UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RLW) |
| | **CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:** | |
| *American European Insurance Company*, 1:13-cv-1169 (RLW) | **MOTION FOR ADMISSION PRO HAC VICE OF PATRICK V. DAHLSTROM** |

I, Michael G. McLellan, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local Civil Rule 83.2(d) that Patrick V. Dahlstrom be permitted to participate in the above-captioned matter pro hac vice as counsel for Plaintiff American European Insurance Company. In support of this motion, I submit the accompanying declaration of Patrick V. Dahlstrom.

Dated: November 25, 2013
Washington, D.C.

Respectfully submitted,

By: */s/* Michael G. McLellan
Michael G. McLellan (D.C. Bar No. 489217)
Finkelstein Thompson LLP
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
mmclellan@finkelsteinthompson.com