UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RLW) |
| | **CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:** *American European Insurance Company v. Federal National Mortgage Association,* (13-cv-1169) | **DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1. My full name is Patrick V. Dahlstrom, counsel for American European Insurance Company. I am a member of the law firm of Pomerantz Grossman Hufford Dahlstrom & Gross LLP.

2. My office is located at 10 South LaSalle, Suite 3505, Chicago, IL 60603. My office telephone number is (312) 377-1181.

3. I am a member in good standing of the Bars of the state of Illinois (admitted 1988) and New York (admitted 1998). I am also admitted to practice before the following District Courts, Supreme Court and Appellate Courts:

- U.S.D.C., Southern District of New York;
- U.S.D.C., Eastern District of New York;
- U.S.D.C., Northern District of Illinois;
- U.S.D.C., Northern District of Indiana;
- U.S.D.C., District of Colorado;
- U.S.D.C., Western District of Pennsylvania;
- U.S.D.C., Eastern District of Wisconsin;

- United States Supreme Court;
- Fourth Circuit Court of Appeals;
- Sixth Circuit Court of Appeals;
- Seventh Circuit Court of Appeals;
- Eighth Circuit Court of Appeals; and
- Ninth Circuit Court of Appeals.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2013
Chicago, Illinois

Respectfully submitted,

**POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**

By: _____
Patrick V. Dahlstrom (NY Bar No. 2212736)
10 South LaSalle - Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com