UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** _____ **THIS DOCUMENT RELATES TO:** *American European Insurance Company*, 1:13-cv-1169 (RLW) | Misc. Action No. 13-mc-1288 (RLW) **CLASS ACTION** **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK V. DAHLSTROM** |

Upon consideration of the Motion for Admission *Pro Hac Vice* of Patrick V. Dahlstrom in the above-captioned matter and the Declaration of Patrick V. Dahlstrom in support thereof, it is this ____ day of _____, 2013, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Patrick V. Dahlstrom be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Patrick V. Dahlstrom be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

_____
Hon. Robert L. Wilkins
United States District Judge