# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERRY CAPITAL LLC**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JACOB J. LEW**, in his official capacity as )<br>Secretary of the Treasury, *et al.*, )<br>)<br>Defendants. )<br>_____)| Case No. 1:13-cv-1025-RLW |
| **FAIRHOLME FUNDS, INC.**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**FEDERAL HOUSING FINANCE AGENCY**, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____)| Case No. 1:13-cv-1053-RLW |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION**, *et al.*, )<br>)<br>Defendants. )<br>_____)| Case No. 1:13-cv-1439-RLW |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** )<br>_____ )<br>This document relates to: )<br>ALL CASES )<br>_____)| Misc. Action No. 13-mc-1288-RBW |

## NOITCE OF FILING OF ADMINISTRATIVE RECORD
## OF THE DEPARTMENT OF TREASURY

The United States Department of the Treasury ("Treasury") and Jacob J. Lew, in his official capacity as Secretary of the Treasury, defendants in the above-referenced actions, hereby give notice of the filing of the attached administrative record on behalf of Treasury with respect to its August 17, 2012, Third Amendment to Senior Preferred Stock Purchase Agreement with the Federal National Mortgage Association and its August 17, 2012, Third Amendment to Senior Preferred Stock Purchase Agreement with the Federal Home Loan Mortgage Corporation.

Dated: December 17, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

　　/s/ Joel McElvain
JOEL McELVAIN
THOMAS DAVID ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov