Federal Housing Finance Agency

Conservator's Report on the<br>Enterprises' Financial Performance<br>Second Quarter 2012

## 4.2    Loan Loss Reserves

- Loan loss reserves decreased at both Enterprises during the second quarter of 2012, particularly at Fannie Mae, but remain high.  The decrease in loan loss reserves was driven by the decrease in the provision for credit losses, resulting in charge-offs exceeding the provision for credit losses at both Enterprises for the quarter.  Differences in the magnitude of loan loss reserves stemmed from differences in the size and credit quality of the Enterprises' single-family credit guarantee portfolios.  Fannie Mae's single-family credit guarantee portfolio is larger than Freddie Mac's and has historically reflected higher serious delinquency rates.

**Figure 4.2 Loan Loss Reserves** *($ in billions)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Single-Family Loss Reserve** | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 | Total | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 | Total |
| Beginning balance[1] | $3 | $24 | $62 | $60 | $72 | | $3 | $15 | $33 | $39 | $39 | |
|   Provision (benefit) for credit losses[2,3] | 26 | 50 | 25 | 26 | (1) | 126 | 16 | 29 | 19 | 12 | 3 | 79 |
|   Charge-offs, net[3] | (5) | (13) | (21) | (18) | (8) | (65) | (2) | (7) | (13) | (12) | (6) | (40) |
|   Adoption of Accounting Standards[1] | - | - | (11) | - | - | | - | - | (0) | - | - | |
|   Other | 0 | 0 | 5 | 3 | 1 | | (1) | (4) | 0 | (1) | (0) | |
| Ending balance[1] | $24 | $62 | $60 | $72 | $63 | | $15 | $33 | $39 | $39 | $35 | |
| **Credit Losses - Single-Family** | | | | | | | | | | | | |
| Charge-offs[3] | $5 | $13 | $21 | $18 | $8 | $65 | $2 | $7 | $13 | $12 | $6 | $40 |
| Other[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| Foreclosed Property Expense | 2 | 1 | 2 | 1 | 0 | 5 | 1 | 0 | 1 | 1 | 0 | 3 |
|   Total[3] | $6 | $13 | $23 | $18 | $9 | $70 | $4 | $8 | $14 | $13 | $6 | $45 |

Notes
  Totals may not sum due to rounding.
[1] Fannie Mae's loan loss reserve excludes amounts related to the allowance for accrued interest receivable and allowance for preforeclosure property taxes and insurance receivable.  Freddie Mac's loan loss reserve excludes amounts related to the allowance for accrued interest receivable and forgone interest on loans placed on non-accrual status.
[2] Freddie Mac's figures represent Segment Earnings provision for credit losses, which is generally higher than that recorded under GAAP, primarily due to recognized provision associated with forgone interest income on loans placed on non-accrual status, which is not recognized under GAAP.
[3] Fannie Mae's provision for credit losses has been adjusted to exclude losses on credit-impaired loans acquired from MBS trusts.  Additionally, the effect of losses from credit-impaired loans acquired from MBS trusts on charge-offs and foreclosed property expense has been reflected as an adjustment to total credit losses and charge-offs, net.
[4] Freddie Mac's figures include charge-offs related to certain loans purchased under financial guarantees.

Sources:
SEC disclosures for the relevant time periods.

Federal Housing Finance Agency

Conservator's Report on the
Enterprises' Financial Performance
Second Quarter 2012

### 4.3 Credit Losses

- Non-traditional and higher-risk mortgages concentrated in the 2006 and 2007 vintages, and mortgages originated in California, Florida, Arizona and Nevada continue to account for a disproportionate share of credit losses (charge-offs and foreclosed property expenses).  However, the proportion of losses coming from non-traditional products continued to decline in the second quarter of 2012 as these vintages aged.

**Figure 4.3 Credit Losses** *(Percent of total credit losses)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of UPB as of Dec 31, 2008[1] | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 | % of UPB as of Dec 31, 2008[1] | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 |
| **by State** | | | | | | | | | | | | |
| California | 16% | 25% | 24% | 23% | 27% | 20% | 14% | 30% | 32% | 26% | 29% | 24% |
| Florida | 7% | 11% | 16% | 18% | 11% | 20% | 7% | 10% | 15% | 19% | 13% | 16% |
| Arizona | 3% | 8% | 11% | 10% | 12% | 7% | 3% | 9% | 11% | 11% | 11% | 8% |
| Nevada | 1% | 5% | 7% | 6% | 8% | 5% | 1% | 4% | 6% | 6% | 7% | 7% |
| **by Product[2]** | | | | | | | | | | | | |
| Alt-A | 11% | 46% | 40% | 33% | 27% | 25% | 10% | 50% | 44% | 37% | 28% | 24% |
| Interest-Only | 8% | 34% | 33% | 29% | 26% | 23% | 9% | 50% | 47% | 37% | 29% | 24% |
| **by Vintage** | | | | | | | | | | | | |
| 2006 | 14% | 35% | 31% | 29% | 28% | 26% | 15% | 41% | 35% | 30% | 28% | 26% |
| 2007 | 20% | 28% | 36% | 36% | 30% | 34% | 19% | 25% | 36% | 34% | 36% | 36% |
| 2008 | 16% | 1% | 5% | 7% | 6% | 8% | 15% | 0% | 5% | 7% | 8% | 9% |
| 2009 | N/A | N/A | 0% | 0% | 2% | 2% | N/A | N/A | 0% | 0% | 1% | 2% |
| 2010 | N/A | N/A | N/A | 0% | 1% | 1% | N/A | N/A | N/A | 0% | 0% | 1% |

Notes
 [1] Represents each category's share of the respective Enterprise's single-family book of business, which is based on the unpaid principal balance of all single-family unsecuritized mortgages held by the Enterprises and those underlying Freddie Mac mortgage-related securities, or covered by the Enterprise's other guarantee commitments.
 [2] Product categories overlap.

Sources:
Enterprises' Forms 10-K and 10-Q, credit supplements to SEC disclosures, and management reports.

Federal Housing Finance Agency

## 5.  Investments and Capital Markets Segment Results

### 5.1 Investments and Capital Markets Segment Results

- In the first half of 2012, the Investments and Capital Markets segment was a positive contributor to capital as both Enterprises continued to benefit from low funding costs as a result of the low interest rate environment.  Gains and losses on derivatives and trading securities during the first half of 2012 were muted.

**Figure 5.1 Investments and Capital Markets Segment Results** *($ in billions)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 | Total | 2008 | 2009 | 2010 | 2011 | YTD 2Q12 | Total | 2008 - 2Q12 |
| Revenue[1] | $8 | $13 | $13 | $13 | $7 | $54 | $3 | $8 | $6 | $7 | $3 | $28 | $81 |
| Derivatives gains (losses) | (15) | (6) | (3) | (7) | (2) | (34) | (13) | 5 | (2) | (4) | 0 | (13) | (47) |
| Trading gains (losses) | (7) | 4 | 3 | 0 | 0 | 0 | 1 | 5 | (1) | (1) | (1) | 3 | 3 |
| Other gains (losses)[2] | 2 | 1 | 4 | 3 | 2 | 12 | 2 | (0) | 1 | 2 | 1 | 6 | 18 |
| Other-than-temporary impairments | (7) | (10) | (1) | (0) | (1) | (19) | (17) | (10) | (4) | (2) | (1) | (33) | (52) |
| Other expenses[3] | (1) | (1) | (0) | (1) | (0) | (2) | (2) | (1) | 1 | 0 | 0 | (1) | (3) |
| Pre-tax income (loss) | (21) | 1 | 16 | 9 | 6 | 11 | (26) | 7 | 1 | 3 | 4 | (11) | 0 |
| (Provision) benefit for taxes[4] | (9) | (0) | 0 | 0 | - | (9) | (2) | (1) | 0 | 0 | 0 | (2) | (11) |
| Net income (loss) | ($29) | $1 | $16 | $9 | $6 | $2 | ($28) | $6 | $1 | $3 | $4 | ($13) | ($11) |
| Unrealized gains (losses) on AFS[5] | (6) | 11 | 4 | 1 | 1 | 10 | (20) | 11 | 10 | 3 | 0 | 5 | 15 |
| Accounting change for Impairments | - | 3 | - | - | - | 3 | 0 | 5 | - | - | - | 5 | 8 |
| Total Comprehensive Income (Loss) | ($35) | $15 | $20 | $10 | $6 | $16 | ($48) | $23 | $11 | $6 | $4 | ($3) | $13 |

Notes
Totals may not sum due to rounding.
[1] Consists of guarantee fee expense, trust management income, net interest income, and other income.
[2] Figures consist of debt extinguishment losses, debt foreign exchange gains (losses), debt fair-value losses, investment gains (losses), and hedged mortgage assets gains, net.
[3] Consists of administrative expenses, other expenses, and at Freddie Mac, segment adjustments.
[4] Includes extraordinary losses /noncontrolling interest.
[5] Amount for 2008 includes consolidated changes in unrealized gains (losses) on available for sale securities, net of taxes.  Effective April 2009, includes adjustments for other-than-temporary impairments, net of taxes, included in accumulated other comprehensive income due to a change in accounting standards for impairments.  At Freddie Mac, amount also includes the change in unrealized gains (losses), net of taxes, related to cash flow hedge relationships.

Sources:
Fannie Mae segment earnings per Fannie Mae SEC disclosures for the relevant time periods.  Effective in the first quarter 2010, Fannie Mae changed the presentation of segment financial information; prior periods were not revised.  Freddie Mac segment comprehensive income (loss) for 2008 and 2009 reflect revised methodology effective January 1, 2010.  Enterprise segment comprehensive income (loss) since 2010  is not comparable with prior periods due to the adoption of accounting standards for consolidations effective January 1, 2010.

Federal Housing Finance Agency

Conservator's Report on the<br>Enterprises' Financial Performance<br>Second Quarter 2012

### 5.2   Security Impairments

- Freddie Mac's non-agency portfolio is larger than Fannie Mae's, generally causing higher levels of security impairments.  A substantial portion of both Enterprises' security impairments during the first half of 2012 was from 2006 and 2007 vintage subprime securities.

**Figure 5.2 Security Impairments** *($ in billions)*

| Fannie Mae | 2008 | | | 2009 | | | 2010 | | | 2011 | | | YTD 2Q12 | | | Total 2008- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vintage[1] | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2Q12 |
| Alt-A/Option ARM Alt-A | $3.0 | $1.8 | $4.8 | $1.7 | $2.3 | $4.0 | $0.2 | $0.1 | $0.3 | $0.2 | $0.3 | $0.6 | $0.2 | $0.2 | $0.4 | $10.0 |
| Subprime | 1.9 | - | 1.9 | 5.6 | 0.1 | 5.7 | 0.4 | 0.0 | 0.4 | (0.3) | (0.0) | (0.3) | 0.3 | 0.0 | 0.3 | 8.0 |
| Other | 0.0 | 0.2 | 0.2 | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| Total[2] | $4.9 | $2.0 | $7.0 | $7.3 | $2.6 | $9.9 | $0.6 | $0.2 | $0.7 | ($0.1) | $0.4 | $0.3 | $0.5 | $0.2 | $0.7 | $18.5 |

| Freddie Mac | 2008 | | | 2009 | | | 2010 | | | 2011 | | | YTD 2Q12 | | | Total 2008- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vintage[1] | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2Q12 |
| Alt-A | $2.1 | $1.8 | $4.0 | $0.9 | $0.8 | $1.7 | $0.5 | $0.2 | $0.7 | $0.1 | $0.1 | $0.2 | $0.0 | $0.0 | $0.1 | $6.6 |
| Subprime | 3.4 | 0.2 | 3.6 | 6.4 | 0.1 | 6.5 | 1.7 | 0.0 | 1.8 | 1.3 | 0.0 | 1.3 | 0.5 | 0.0 | 0.5 | 13.7 |
| CMBS | - | - | - | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.3 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 0.6 |
| Option ARM | 6.0 | 1.6 | 7.6 | 1.4 | 0.4 | 1.7 | 1.2 | 0.2 | 1.4 | 0.3 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 11.2 |
| Other | 1.1 | 0.4 | 1.4 | 0.8 | 0.1 | 0.9 | 0.3 | 0.1 | 0.3 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 2.7 |
| Total[2] | $12.6 | $4.0 | $16.6 | $9.6 | $1.5 | $11.0 | $3.8 | $0.5 | $4.3 | $2.0 | $0.3 | $2.3 | $0.6 | $0.1 | $0.7 | $34.8 |

Notes

Totals may not sum due to rounding.
[1] Vintage of private-label securities is based on security issue date.
[2] The adoption of an accounting standard for impairments in April 2009 required the Enterprises to begin recognizing only the credit portion of impairments in their statements of income and comprehensive income. This accounting standard did not require the Enterprises to revise previously recorded amounts in their statements of income and comprehensive income but did result in an equity increase of $5 billion and $3 billion for Freddie Mac and Fannie Mae, respectively, which is not reflected in Figure 5.2.  For the full year of 2008 and a portion of 2009, amounts include both credit and non-credit-related security impairments.

Sources:
Fannie Mae and Freddie Mac management reports.

Federal Housing Finance Agency

Conservator's Report on the
Enterprises' Financial Performance
Second Quarter 2012

## 6.  Loss Mitigation Activity

- The Enterprises have traditionally worked with delinquent borrowers to mitigate credit losses in situations where the borrower demonstrates the willingness and ability to cure the delinquency.  Loss mitigation actions include home retention actions (loan modifications, repayment plans and forbearance plans), and home forfeiture actions (short sales and deeds-in-lieu).
- The Enterprises have completed approximately 2.4 million foreclosure prevention actions since the start of conservatorship in September 2008.  Half of these actions have been permanent loan modifications.
- More information on the Enterprises' loss mitigation activities can be found in <u>FHFA's Second Quarter 2012 Foreclosure Prevention Report</u>.

### Figure 6 Enterprises' Completed Foreclosure Prevention Actions

|  | Full Year 2009 | Full Year 2010 | Full Year 2011 | YTD Jun-12 | Conservatorship to Date[1] |
|---|---|---|---|---|---|
| **Home Retention Actions** |  |  |  |  |  |
| Repayment Plans | 142,360 | 185,954 | 181,558 | 80,979 | 604,160 |
| Forbearance Plans | 25,227 | 63,024 | 34,423 | 11,600 | 136,390 |
| Charge-offs-in-lieu | 2,247 | 3,118 | 2,263 | 849 | 8,750 |
| HomeSaver Advance *(Fannie)* | 39,199 | 5,191 | - | - | 70,178 |
| Loan Modifications | 163,647 | 575,022 | 322,108 | 110,822 | 1,195,376 |
| **Total** | **372,680** | **832,309** | **540,352** | **204,250** | **2,014,854** |
| **Nonforeclosure - Home Forfeiture Actions** |  |  |  |  |  |
| Short Sales | 55,447 | 107,953 | 115,237 | 62,962 | 347,791 |
| Deeds-in-lieu | 2,971 | 6,043 | 10,231 | 7,894 | 27,679 |
| **Total** | **58,418** | **113,996** | **125,468** | **70,856** | **375,470** |
| **Total Foreclosure Prevention Actions** | **431,098** | **946,305** | **665,820** | **275,106** | **2,390,324** |

[1] Since the first full quarter in conservatorship (4Q08).

## 7.  Comparison of Actual Results to Projections of the Enterprises' Financial Performance

### 7.1    Comparison of Actual Results to Projections of the Enterprises' Financial Performance

- FHFA published updated projections of the Enterprises' financial performance in October 2011. The purpose and approach of these projections can be found in <u>FHFA's Projections of the Enterprises' Financial Performance, October 2011</u>.
- October 2011 projections are not expected outcomes, but rather modeled projections in response to "what if" exercises based on assumptions about Enterprise operations, financial market conditions, and house prices.
- The combined projected Treasury draws for the Enterprises for the second half of 2011 and the first half of 2012 ranged from $35 billion to $91 billion. The actual combined Treasury draw for the second half of 2011 and the first half of 2012 was $19 billion.
- The primary driver of the difference was lower than projected credit-related expenses, mostly due to a substantially lower provision for credit losses. The main drivers of lower provisions for credit losses were improved portfolio quality reflected in lower delinquencies and lower LTV ratios, coupled with higher REO disposition values.

**Figure 7.1 Actual versus Projected Treasury Draws through 2Q12** *($ in billions)*

| | Cumulative Treasury Draw | Projected Draw through 2Q12 Scenario 1 | | Projected Draw through 2Q12 Scenario 2 | | Projected Draw through 2Q12 Scenario 3 | | Actual Draw through 2Q12 | |
|---|---|---|---|---|---|---|---|---|---|
| | As of 6/30/2011 | Additional Draw | Cumulative Draw as of 6/30/2012 | Additional Draw | Cumulative Draw as of 6/30/2012 | Additional Draw | Cumulative Draw as of 6/30/2012 | Additional Draw | Cumulative Draw as of 6/30/2012 |
| Fannie Mae | $103.8 | $26 | $130 | $31 | $135 | $67 | $171 | $12.4 | $116.1 |
| Freddie Mac | 65.2 | 9 | 75 | 10 | 76 | 24 | 89 | 6.2 | 71.3 |
| Total | $169.0 | $35 | $204 | $41 | $210 | $91 | $260 | $18.5 | $187.5 |

Numbers may not foot due to rounding.

Federal Housing Finance Agency

Conservator's Report on the<br>Enterprises' Financial Performance<br>Second Quarter 2012

### 7.2   Impact of Actual Results on Future Projections of the Enterprises' Financial Performance

- Mortgage defaults pushed out to later periods could reduce projected losses if home prices improve or increase projected losses if home prices worsen.
- The Enterprises' future financial performance is heavily dependent on the performance of the U.S. housing market. Trends observed in the second half of 2011 and the first half of 2012 should not be used to extrapolate future projections.

FHFA 4070

# Tab 69





# Agency Financial Report
## DEPARTMENT OF THE TREASURY
## FISCAL YEAR 2012

November 15, 2012

FHFA 4071

As of September 30, 2012 and 2011, the Department had committed up to $45.6 billion for these programs.  For fiscal year 2012 and 2011, payments made from the Housing Programs under TARP totaled $3.1 billion and $1.9 billion, respectively.

# 8. INVESTMENTS IN GOVERNMENT SPONSORED ENTERPRISES

Congress established Fannie Mae and Freddie Mac as GSEs to support the supply of mortgage loans.  A key function of the GSEs is to package purchased mortgages into securities, which are subsequently sold to investors.

Leading up to the financial crisis, increasingly difficult conditions in the housing market challenged the soundness and profitability of the GSEs, thereby undermining the entire housing market.  This led Congress to pass the Housing and Economic Recovery Act (HERA) (P.L. 110-289).  This Act created the new FHFA, with enhanced regulatory authority over the GSEs, and provided the Secretary with certain authorities intended to ensure the financial stability of the GSEs, if necessary.  On September 7, 2008, FHFA placed the GSEs under conservatorship, and the Department entered into a Senior Preferred Stock Purchase Agreement (SPSPA) with each GSE.  These actions were taken to preserve the GSEs' assets, ensure a sound and solvent financial condition, and mitigate systemic risks that contributed to current market instability.  The SPSPAs were amended in August 2012 (the amended SPSPAs) which changed, among other things, the basis by which quarterly dividends are paid by the GSEs to the U.S. Government.  The dividend change in the amended SPSPAs is effective commencing with the quarter ending March 31, 2013.

The actions taken by the Department thus far are temporary, as defined by section 1117 of HERA, and are intended to provide financial stability.  The purpose of the Department's actions is to maintain the solvency of the GSEs so they can continue to fulfill their vital roles in the home mortgage market while the Administration and Congress determine what structural changes should be made.  The FHFA director may terminate the conservatorship if safe and solvent conditions can be established.  Draws under the SPSPAs are designed to ensure that the GSEs maintain positive net worth as a result of any net losses from operations, and also meet taxpayer dividend requirements under the SPSPAs.  The SPSPAs were structured to ensure any draws result in an increased nominal investment as further discussed below.

Under the SPSPAs, the Department initially received from each GSE:  *(i)* 1,000,000 shares of non-voting variable liquidation preference senior preferred stock with a liquidation preference value of $1,000 per share, and *(ii)* a non-transferrable warrant for the purchase, at a nominal cost, of 79.9 percent of common stock on a fully-diluted basis.  The warrants expire on September 7, 2028.  Through December 31, 2012, the senior preferred stock accrues dividends at 10.0 percent per year, payable quarterly.  Under the amended SPSPAs, the quarterly dividend payment will change from a 10.0 percent per annum fixed rate dividend to an amount equivalent to the GSE's positive net worth above a capital reserve amount.  The capital reserve amount is initially set at $3.0 billion for calendar year 2013, and declines by $600 million at the beginning of each calendar year thereafter until it reaches zero by calendar year 2018.  The GSEs will not pay a quarterly dividend if their positive net worth is not above the required capital reserve threshold; in such cases, the Department may be required to provide funding pursuant to the amended SPSPAs.

Cash dividends of $18.4 billion and $15.6 billion were received during fiscal years ended September 30, 2012 and 2011, respectively.  In addition, beginning in fiscal year 2011, the GSEs were scheduled to begin paying the Department a "Periodic Commitment Fee" (PCF) on a quarterly basis, payable in cash or via an increase to the liquidation preference. This fee may be waived by the Department for up to one year at a time if warranted by adverse mortgage market conditions.  The Department waived the PCF payments for calendar years 2012 and 2011 given that the imposition of the PCF at that time would not fulfill its intended purpose of generating increased compensation to the American taxpayer. Commencing January 1, 2013, the PCF will no longer be required pursuant to the amended SPSPAs.