**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PERRY CAPITAL LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RLW |
| | ) | |
| **JACOB J. LEW**, in his official capacity as Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RLW |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1439-RLW |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | ) | Misc. Action No. 13-mc-1288-RBW |
| _____ | ) | |
| This document relates to: ALL CASES | ) | |
| _____ | ) | |

**ERRATA WITH RESPECT TO ADMINISTRATIVE RECORD**

The United States Department of the Treasury ("Treasury") and Jacob J. Lew, in his official capacity as Secretary of the Treasury, defendants in the above-referenced actions, respectfully submit this errata with respect to the administrative record filed on December 17, 2013 in these actions.  Portions of several documents in the record as filed are illegible.  The defendants accordingly respectfully submit, as attachments to this filing, corrected copies of the following documents in the record:

- Freddie Mac 2010 Form 10-K (Bates numbers TREASURY-0640 through TREASURY-1063);

- Freddie Mac First Quarter 2011 Form 10-Q (Bates numbers TREASURY-1231 through TREASURY-1461);

- Freddie Mac Second Quarter 2011 Form 10-Q (Bates numbers TREASURY-1647 through TREASURY-1892);

- Freddie Mac Third Quarter 2011 Form 10-Q (Bates numbers TREASURY-2114 through TREASURY-2357);

- Freddie Mac 2011 Form 10-K (Bates numbers TREASURY-2765 through TREASURY-3247); and

- Freddie Mac First Quarter 2012 Form 10-Q (Bates numbers TREASURY-3532 through TREASURY-3774).

Dated: December 19, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

    /s/ Joel McElvain
JOEL McELVAIN
THOMAS D. ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov