## VERIFICATION

I, Steve Klein, Treasurer of American European Insurance Company, hereby verify that I have authorized the filing of the attached Consolidated Amended Class Action Complaint, that I have reviewed the Consolidated Amended Class Action Complaint and that the facts therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.


Date: <u>12/17/13</u>                                          _____
                                                                            Steve Klein
                                                                            Treasurer, American European
                                                                            Insurance Company