## VERIFICATION

I, Philippe Katz, General Counsel of Marneu Holdings, Co. hereby verify that I have authorized the filing of the attached Consolidated Amended Class Action Complaint, that I have reviewed the Consolidated Amended Class Action Complaint and that the facts therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __12/26/2013__

Philippe Katz
General Counsel, Marneu Holdings, Co.

{00115923;1}