## VERIFICATION

I, Philippe Katz, General Counsel of United Equities Commodities, Co., hereby verify that I have authorized the filing of the attached Consolidated Amended Class Action Complaint, that I have reviewed the Consolidated Amended Class Action Complaint and that the facts therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/26/2013

Philippe Katz
General Counsel, United Equities
Commodities, Co.

{00115924;1 }