### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PERRY CAPITAL LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RLW |
| | ) | |
| **JACOB J. LEW**, in his official capacity as Secretary of the Treasury, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RLW |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1439-RLW |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | ) ) ) | Misc. Action No. 13-mc-1288-RLW |
| _____ | ) | |
| This document relates to: ALL CASES | ) ) | |
| _____ | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT
### OF THE PAGE LIMITATION FOR THEIR DISPOSITIVE MOTIONS

The defendants in these coordinated actions respectfully request that the Court grant them an enlargement of ten (10) pages with respect to the page limitation for their forthcoming dispositive motions, and permit the two sets of defendants to each file a single brief in support of their respective dispositive motions in all four of these actions, not to exceed 140 pages collectively. The defendants have conferred with counsel for each of the plaintiffs in these coordinated actions, who have represented that they do not object to this request. In support of this unopposed motion, the defendants state as follows:

1. These actions raise challenges to the Third Amendment to the Preferred Stock Purchase Agreements entered into between the Department of the Treasury ("Treasury") and the Federal Housing Finance Authority ("FHFA"), acting as conservator on behalf of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac").

2. This Court has consolidated several putative class actions challenging the Third Amendment. The plaintiffs in those cases have filed a consolidated class complaint, and that action is proceeding in this Court under the caption *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Actions Litigations*, Misc. Action No. 1:13-mc-1288-RLW.

3. Several additional actions challenging the Third Amendment are pending in this Court, which have not been consolidated with the putative class actions, but which are being coordinated with each other and with the putative class actions. These actions are: (a) *Perry Capital LLC v. Lew*, No. 1:13-cv-1025-RLW; (b) *Fairholme Funds, Inc. v. Federal Housing Finance Agency*, No. 1:13-cv-1053-RLW; and (c) *Arrowood Indemnity Company v. Federal*

2

*National Mortgage Association*, No. 1:13-cv-1439-RLW.

  4. With respect to the three non-consolidated actions, this Court directed the parties to confer and to propose to establish a protocol for briefing to minimize duplicative briefs. In response to this Court's order, the parties proposed a schedule under which one set of defendants – FHFA, its director, Fannie Mae, and Freddie Mac ("the non-Treasury defendants") – would file a single brief in support of their dispositive motions in those three actions, not to exceed 70 pages, and the other set of defendants – Treasury and its Secretary ("the Treasury defendants") – would file a single brief in support of their dispositive motions in those three actions, not to exceed 60 pages.

  5. This Court accepted the parties' proposal, and directed that the defendants could file briefing in support of their dispositive motions in the three non-consolidated actions that collectively would not exceed 130 pages.

  6. With respect to the consolidated actions, the Court has not yet entered an order with respect to page limitations. The Treasury defendants and the non-Treasury defendants believe that the interests of judicial economy would be served if each set of defendants were to file a single brief in support of their dispositive motions, not only in the three non-consolidated actions, but in the consolidated class action as well. In order to be able to do so, the Treasury defendants would require an enlargement of the page limitation with respect to their brief, from 60 pages to 70 pages, so that they could address claims raised against them in the consolidated class complaint but not in the complaints in the non-consolidated actions. As a result of such an enlargement, the defendants would file two briefs – one by the Treasury defendants and one by the non-Treasury defendants – in support of their dispositive motions in all four actions, with the

total pages of those two briefs not to exceed 140 pages.

   7.  Counsel for the plaintiffs in each of these actions have indicated to the defendants that they do not oppose this request.

   WHEREFORE, the defendants respectfully request that the Court grant this unopposed motion, and grant them leave to file briefs in support of their dispositive motions in these four actions not to exceed 140 pages in length.

Dated: January 8, 2014

/s/ Asim Varma (by permission)
ASIM VARMA
DAVID B. BERGMAN
HOWARD N. CAYNE
Arnold & Porter LLP
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5180
Asim.Varma@aporter.com

*Counsel for FHFA and Director Mel Watt*

/s/ Michael Joseph Ciatti (by permission)
MICHAEL JOSEPH CIATTI
GRACIELA MARIA RODRIGUEZ
King & Spalding, LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
(202) 626-5508
mciatti@kslaw.com

*Counsel for Federal Home Loan Mortgage Corp.*

/s/ Paul D. Clement (by permission)
PAUL D. CLEMENT
Bancroft PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090
pclement@bancroftpllc.com

*Counsel for Federal National Mortgage Ass'n*

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

/s/ Joel McElvain
JOEL McELVAIN
THOMAS D. ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for Treasury Department and*
  *Secretary Jacob J. Lew*

5