# Freddie Mac Downside Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($7.8) | $6.6 | $8.9 | $6.1 | $5.6 | $5.6 | $5.7 | $5.4 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $20.7 | $2.3 | $0.5 | $2.7 | $3.6 | $4.0 | $4.4 | $5.1 | $5.5 | $6.2 | $6.8 | $7.5 |
| Total Dividend Paid | ($7.6) | ($8.8) | ($9.0) | ($9.1) | ($9.4) | ($9.7) | ($10.2) | ($10.6) | ($11.2) | ($11.7) | ($12.4) | ($13.1) |
| Total PSPA Draw Net of PSPA Dividends | $13.1 | ($6.5) | ($8.4) | ($6.4) | ($5.8) | ($5.7) | ($5.8) | ($5.5) | ($5.7) | ($5.5) | ($5.6) | ($5.6) |
| *Projected End of Period Net Worth*[2] | *($1.1)* | *($0.9)* | *($0.5)* | *($0.8)* | *($0.9)* | *($1.1)* | *($1.2)* | *($1.3)* | *($1.5)* | *($1.6)* | *($1.8)* | *($2.0)* |
| Percent of Dividends Funded by PSPA Draws | 100% | 26% | 6% | 30% | 38% | 41% | 43% | 48% | 49% | 53% | 55% | 57% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $6.5 | $8.4 | $6.4 | $5.8 | $5.7 | $5.8 | $5.5 | $5.7 | $5.5 | $5.6 | $5.6 |
| **Cumulative Cash Dividends Funded by Earnings** | **$0.0** | **$6.5** | **$14.9** | **$21.3** | **$27.0** | **$32.8** | **$38.6** | **$44.1** | **$49.7** | **$55.3** | **$60.8** | **$66.4** |
| **Cumulative Net Return To Taxpayers By FY2023**[3] | - | - | - | - | - | - | - | - | - | - | - | **$64.4** |
| Beginning PSPA Liquidation Preference | $72.2 | $92.9 | $95.2 | $95.7 | $98.4 | $102.0 | $106.0 | $110.4 | $115.5 | $121.0 | $127.2 | $134.0 |
| Total Gross Liquidation Preference | $20.7 | $2.3 | $0.5 | $2.7 | $3.6 | $4.0 | $4.4 | $5.1 | $5.5 | $6.2 | $6.8 | $7.5 |
| Cumulative Gross Liquidation Preference | $92.9 | $95.2 | $95.7 | $98.4 | $102.0 | $106.0 | $110.4 | $115.5 | $121.0 | $127.2 | $134.0 | $141.5 |
| *Remaining PSPA Funding Capacity* | *$150.0* | *$149.0* [4] | *$148.4* | *$145.7* | *$142.1* | *$138.1* | *$133.7* | *$128.6* | *$123.1* | *$116.9* | *$110.1* | *$102.6* |
| **Cumulative Net PSPA Investment**[5] | **$70.4** | **$64.0** | **$55.6** | **$49.2** | **$43.4** | **$37.7** | **$31.9** | **$26.4** | **$20.7** | **$15.2** | **$9.6** | **$4.0** |

## Per annum projected PSPA draws and dividends

## Projected PSPA funding capacity as a result of draws

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative every year because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

TREASURY-3850

# Section 5: Treasury's PSPA Modification Proposal

Sensitive / Pre-Decisional

1) Executive Summary
2) Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)
3) Key Considerations With Existing PSPAs
4) GSE Financial Projections
   - Base Case
   - Stress Case
5) **Treasury's PSPA Modification Proposal**

TREASURY-3851

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# Goals of Modifying the PSPAs

Sensitive / Pre-Decisional

- Treasury would like to modify the PSPAs given the challenges and circularity embedded in the current structure.

- Any modification would need to achieve four core goals:

  1) Protect the taxpayers' investment in the GSEs.

  2) There should be no material difference in the net cash returned to taxpayers (i.e., the difference between draws taken and dividends received) as would be expected with the fixed ten percent dividend.

  3) The maximum financial upside possible should be retained for the taxpayer if/when the GSEs return to sustained profitability.

  4) Should be executed in a transparent manner that maintains stakeholder confidence in the GSEs so they can fulfill their current and future mission.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3852

# Treasury's PSPA Modification Proposal

Sensitive / Pre-Decisional

- Replace the fixed 10 percent quarterly cash dividend paid by each GSE to Treasury with a variable quarterly dividend equal to a net worth sweep based upon financial results.
  - If quarterly net worth[1] is positive above a minimum amount[2], all of that value would be paid to Treasury.
  - If quarterly net worth[1] is negative, no dividends would be paid to Treasury.
    - The GSEs would draw on the remaining funding commitment capacity to maintain positive net worth.
- The proposed modification has the following impact on PSPA operations:
  - Eliminates the circularity of Treasury funding dividends paid to Treasury.
  - All future net income/profits above an established threshold are distributed to Treasury as dividends.
  - Future draws are only used to meet solvency needs and fund actual operating losses to the extent necessary.

(1) Net worth is determined by subtracting the total liabilities from the total assets as reflected on the GSE balance sheets as of an applicable date, prepared in accordance with GAAP.

(2) Treasury is proposing a minimum net worth amount of $10,000,000,000 for the quarterly reporting periods between January 1, 2013 and December 31, 2019. For all subsequent periods, the minimum net worth amount will be $1,000,000. The economic rationale behind the minimum net worth amount is to avoid having unnecessary PSPA draws that result from price volatility in the GSEs mortgage investment portfolios. By January 1, 2020, these portfolios need to be reduced to $250 billion from their current levels of $708 billion and $653 billion at Fannie Mae and Freddie Mac, respectively.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# Hypothetical Cashflows prior to 2020 where the GSE has positive net worth that totals less than $10 billion

Sensitive / Pre-Decisional

## Current 10% Annualized Dividend

### Quarter with Positive Net Worth

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,202.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $2.00 |
| | *Dividend Accrued* | *$2.50* |
| Cash Flows: TSY | Dividend Payment | $2.50 |
| | Less: Increase in Liq. Pref. | ($0.50) |
| | Net Cash to/from Treasury | $2.00 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.50 |

### Quarter with Negative Net Worth

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | ($2.00) |
| Balance Sheet | Assets | $3,198.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | ($2.00) |
| | *Dividend Accrued* | $2.50 |
| Cash Flows: TSY | Dividend Payment | $2.50 |
| | Less: Increase in Liq. Pref. | ($4.50) |
| | Net Cash to/from Treasury | ($2.00) |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $104.50 |

## Proposed Net Worth Sweep

### Quarter with Positive Net Worth

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,202.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $2.00 |
| | *Dividend Accrued* | *$0.00* |
| Cash Flows: TSY | Dividend Payment | $0.00 |
| | Less: Increase in Liq. Pref. | $0.00 |
| | Net Cash to/from Treasury | $0.00 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.00 |

### Quarter with Negative Net Worth

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | ($2.00) |
| Balance Sheet | Assets | $3,198.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | ($2.00) |
| | *Dividend Accrued* | *$0.00* |
| Cash Flows: TSY | Dividend Payment | $0.00 |
| | Less: Increase in Liq. Pref. | ($2.00) |
| | Net Cash to/from Treasury | ($2.00) |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $102.00 |

TREASURY-3854

# Hypothetical Cashflows prior to 2020 where the GSE has positive net worth that totals more than $10 billion

Sensitive / Pre-Decisional

## Current 10% Annualized Dividend

### *Quarter with Positive Net Worth*

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,212.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $12.00 |
| | *Dividend Accrued* | *$2.50* |
| Cash Flows: TSY | Dividend Payment | $2.50 |
| | Less: Increase in Liq. Pref. | $0.00 |
| | Net Cash to/from Treasury | $2.50 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.00 |

## Proposed Net Worth Sweep

### *Quarter with Positive Net Worth*

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,212.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $12.00 |
| | *Dividend Accrued* | *$2.00* |
| Cash Flows: TSY | Dividend Payment | $2.00 |
| | Less: Increase in Liq. Pref. | $0.00 |
| | Net Cash to/from Treasury | $2.00 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.00 |

TREASURY-3855

# Hypothetical Cashflows Where The GSE Has Positive Net Worth After 2020

Sensitive / Pre-Decisional

## Current 10% Annualized Dividend

### *Quarter with Positive Net Worth*

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,212.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $12.00 |
| | *Dividend Accrued* | *$2.50* |
| Cash Flows: TSY | Dividend Payment | $2.50 |
| | Less: Increase in Liq. Pref. | $0.00 |
| | Net Cash to/from Treasury | $2.50 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.00 |

## Proposed Net Worth Sweep

### *Quarter with Positive Net Worth*

| | | |
|---|---|---|
| Income Statement | Net Comprehensive Income | $2.00 |
| Balance Sheet | Assets | $3,212.00 |
| | Liabilities | $3,200.00 |
| | Net Worth | $12.00 |
| | *Dividend Accrued* | *$12.00* |
| Cash Flows: TSY | Dividend Payment | $12.00 |
| | Less: Increase in Liq. Pref. | $0.00 |
| | Net Cash to/from Treasury | $12.00 |
| PSPAs | Beg. Cum. Liquidation Pref. | $100.00 |
| | End. Cum. Liquidation Pref. | $100.00 |

TREASURY-3856

# Fannie Mae Base Case PSPA Forecast Under Sweep Proposal

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($13.1) | $5.4 | $13.1 | $13.5 | $9.1 | $8.5 | $8.0 | $7.9 | $8.5 | $8.4 | $8.1 | $8.0 |
| Total Gross PSPA Draw | $28.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Net Worth Sweep Dividend | ($11.8) | $0.0 | ($2.3) | ($13.5) | ($9.1) | ($8.5) | ($8.0) | ($7.9) | ($18.5) | ($8.4) | ($8.1) | ($8.0) |
| Total PSPA Draw Net of Net Worth Sweep | $16.9 | $0.0 | ($2.3) | ($13.5) | ($9.1) | ($8.5) | ($8.0) | ($7.9) | ($18.5) | ($8.4) | ($8.1) | ($8.0) |
| *Projected End of Period Net Worth*[2] | *($6.2)* | *($0.8)* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $0.0 | $2.3 | $13.5 | $9.1 | $8.5 | $8.0 | $7.9 | $18.5 | $8.4 | $8.1 | $8.0 |
| **Cumulative Cash Dividends Funded by Earnings** | **$0.0** | **$0.0** | **$2.3** | **$15.8** | **$24.9** | **$33.4** | **$41.4** | **$49.3** | **$67.8** | **$76.2** | **$84.3** | **$92.4** |
| **Cumulative Net Return To Taxpayers By FY2023**[3] | - | - | - | - | - | - | - | - | - | - | - | **$92.4** |
| Beginning PSPA Liquidation Preference | $112.6 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 |
| Total Gross Liquidation Preference | $28.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cumulative Gross Liquidation Preference | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 | $141.3 |
| *Remaining PSPA Funding Capacity* | *$125.0* | *$125.0* [4] | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* |
| **Cumulative Net PSPA Investment**[5] | **$112.3** | **$112.3** | **$110.0** | **$96.5** | **$87.4** | **$78.9** | **$70.9** | **$63.0** | **$44.4** | **$36.0** | **$27.9** | **$19.9** |

TREASURY-3857

Per annum projected PSPA draws and dividends
$ in billions
$80
$60
$40
$20
$0
($20)
($40)
($60)
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
Net Worth Sweep Dividend (6)
Net Compreh. Income (1)
Gross PSPA Liqd. Pref.
Projected PSPA funding capacity as a result of draws
$ in billions
$160
$110
$60
$10
($40)
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Until 2020, the GSEs can retain $10 billion in net worth before being required to sweep dividends. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.
(6) Net worth sweep dividend begins in FY2013. 10 percent cash dividend paid through FY2012.

# Fannie Mae Downside Case PSPA Forecast Under Sweep Proposal

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($49.0) | ($8.8) | $12.9 | $18.6 | $9.3 | $8.7 | $8.2 | $8.0 | $8.7 | $8.5 | $8.2 | $8.2 |
| Total Gross PSPA Draw | $58.1 | $15.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Net Worth Sweep Dividend | ($12.9) | $0.0 | $0.0 | ($8.1) | ($9.3) | ($8.7) | ($8.2) | ($8.0) | ($18.7) | ($8.5) | ($8.2) | ($8.2) |
| Total PSPA Draw Net of Net Worth Sweep | $45.2 | $15.7 | $0.0 | ($8.1) | ($9.3) | ($8.7) | ($8.2) | ($8.0) | ($18.7) | ($8.5) | ($8.2) | ($8.2) |
| *Projected End of Period Net Worth*[2] | *($20.3)* | *($13.4)* | *($0.5)* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $0.0 | $0.0 | $8.1 | $9.3 | $8.7 | $8.2 | $8.0 | $18.7 | $8.5 | $8.2 | $8.2 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $0.0 | $0.0 | $8.1 | $17.4 | $26.1 | $34.2 | $42.3 | $60.9 | $69.5 | $77.6 | $85.8 |
| Cumulative Net Return To Taxpayers By FY2023[3] | - | - | - | - | - | - | - | - | - | - | - | $85.8 |
| Beginning PSPA Liquidation Preference | $112.6 | $170.7 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 |
| Total Gross Liquidation Preference | $58.1 | $15.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cumulative Gross Liquidation Preference | $170.7 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 | $186.3 |
| *Remaining PSPA Funding Capacity* | *$125.0* | *$125.0* [4] | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* | *$125.0* |
| Cumulative Net PSPA Investment[5] | $0.0 | $154.0 | $154.0 | $145.9 | $136.6 | $127.9 | $119.8 | $111.8 | $93.1 | $84.6 | $76.4 | $68.2 |

## Per annum projected PSPA draws and dividends

## Projected PSPA funding capacity as a result of draws

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Until 2020, the GSEs can retain $10 billion in net worth before being required to sweep dividends. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.
(6) Net worth sweep dividend begins in FY2013. 10 percent cash dividend paid through FY2012.

# Freddie Mac Base Case PSPA Forecast Under Sweep Proposal

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | $6.7 | $9.5 | $10.6 | $6.0 | $5.5 | $5.5 | $5.6 | $5.3 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Net Worth Sweep Dividend | ($7.3) | ($3.0) | ($10.6) | ($6.0) | ($5.5) | ($5.5) | ($5.6) | ($5.3) | ($15.5) | ($5.4) | ($5.4) | ($5.4) |
| Total PSPA Draw Net of Net Worth Sweep | $3.2 | ($3.0) | ($10.6) | ($6.0) | ($5.5) | ($5.5) | ($5.6) | ($5.3) | ($15.5) | ($5.4) | ($5.4) | ($5.4) |
| *Projected End of Period Net Worth*[2] | *$3.5* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $3.0 | $10.6 | $6.0 | $5.5 | $5.5 | $5.6 | $5.3 | $15.5 | $5.4 | $5.4 | $5.4 |
| **Cumulative Cash Dividends Funded by Earnings** | **$0.0** | **$3.0** | **$13.6** | **$19.6** | **$25.1** | **$30.6** | **$36.2** | **$41.5** | **$57.0** | **$62.4** | **$67.8** | **$73.2** |
| **Cumulative Net Return To Taxpayers By FY2023**[3] | - | - | - | - | - | - | - | - | - | - | - | **$73.2** |
| Beginning PSPA Liquidation Preference | $72.2 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 |
| Total Gross Liquidation Preference | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cumulative Gross Liquidation Preference | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 |
| *Remaining PSPA Funding Capacity* | *$150.0* | *$150.0* [4] | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* |
| **Cumulative Net PSPA Investment**[5] | **$60.5** | **$57.5** | **$46.9** | **$40.9** | **$35.4** | **$29.9** | **$24.3** | **$19.0** | **$3.5** | ($2.0) | ($7.4) | ($12.7) |

Per annum projected PSPA draws and dividends
$ in billions
$30
$20
$10
$0
($10)
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
Net Worth Sweep Dividend (6)
Net Compreh. Income (1)
Gross PSPA Liqd. Pref.
Projected PSPA funding capacity as a result of draws
$ in billions
$200
$150
$100
$50
$0
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Until 2020, the GSEs can retain $10 billion in net worth before being required to sweep dividends. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.
(6) Net worth sweep dividend begins in FY2013. 10 percent cash dividend paid through FY2012.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

27

TREASURY-3859

# Freddie Mac Downside Case PSPA Forecast Under Sweep Proposal

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($7.8) | $6.6 | $8.9 | $6.1 | $5.6 | $5.6 | $5.7 | $5.4 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $20.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Net Worth Sweep Dividend | ($7.6) | $0.0 | ($4.4) | ($6.1) | ($5.6) | ($5.6) | ($5.7) | ($5.4) | ($15.5) | ($5.4) | ($5.4) | ($5.4) |
| Total PSPA Draw Net of Net Worth Sweep | $13.1 | $0.0 | ($4.4) | ($6.1) | ($5.6) | ($5.6) | ($5.7) | ($5.4) | ($15.5) | ($5.4) | ($5.4) | ($5.4) |
| *Projected End of Period Net Worth*[2] | *($1.1)* | *$5.5* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$10.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $0.0 | $4.4 | $6.1 | $5.6 | $5.6 | $5.7 | $5.4 | $15.5 | $5.4 | $5.4 | $5.4 |
| **Cumulative Cash Dividends Funded by Earnings** | $0.0 | $0.0 | $4.4 | $10.5 | $16.1 | $21.7 | $27.4 | $32.7 | $48.2 | $53.7 | $59.1 | $64.4 |
| **Cumulative Net Return To Taxpayers By FY2023**[3] | - | - | - | - | - | - | - | - | - | - | - | $64.4 |
| Beginning PSPA Liquidation Preference | $72.2 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 |
| Total Gross Liquidation Preference | $20.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cumulative Gross Liquidation Preference | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 | $92.9 |
| *Remaining PSPA Funding Capacity* | *$150.0* | *$150.0* [4] | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* | *$150.0* |
| **Cumulative Net PSPA Investment**[5] | $0.0 | $70.4 | $66.1 | $60.0 | $54.3 | $48.8 | $43.1 | $37.7 | $22.2 | $16.8 | $11.4 | $6.0 |

TREASURY-3860

Per annum projected PSPA draws and dividends
$ in billions
$30
$20
$10
$0
($10)
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
Net Worth Sweep Dividend (6)
Net Compreh. Income (1)
Gross PSPA Liqd. Pref.
Projected PSPA funding capacity as a result of draws
$ in billions
$200
$150
$100
$50
$0
'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23
PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Until 2020, the GSEs can retain $10 billion in net worth before being required to sweep dividends. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.
(6) Net worth sweep dividend begins in FY2013. 10 percent cash dividend paid through FY2012.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

28

# Summary

Sensitive / Pre-Decisional

- The net cash returned to taxpayers post the dividend modification is materially equivalent under the proposal as with the 10 percent fixed dividend.
  - The aggregate net cash returned by the GSEs remains materially the same.

**Fannie Mae Base Case Net Cash Returned to Taxpayers**
($ in billions)




**Fannie Mae Downside Case Net Cash Returned to Taxpayers**
($ in billions)




**Freddie Mac Base Case Net Cash Returned to Taxpayers**
($ in billions)







**Freddie Mac Downside Case Net Cash Returned to Taxpayers**
($ in billions)

# Summary (Cont'd)

Sensitive / Pre-Decisional

- The net PSPA investment is materially equivalent under the proposal as with the 10 percent fixed dividend.
  - Under all scenarios, net draws (total payments made by Treasury to GSEs under PSPA funding commitments less dividends received) are materially equivalent.
  - In certain positive scenarios (not modeled), the proceeds recaptured by Treasury might be higher.
- The residual economic value of Treasury's existing and future liquidation preference may be higher as investor confidence in the GSEs should improve, which will decrease funding costs and enhance profitability.



Federal Housing Finance Agency

# Conservator's Report on the Enterprises' Financial Performance

First Quarter 2012

## Contents

Executive Summary ........ 3

1. Mortgage Markets and the Enterprises' Market Presence ........ 4
2. Credit Quality of New Single-Family Business ........ 6
3. Capital ........ 9
4. Single-Family Credit Guarantee Segment Results ........ 11
5. Investments and Capital Markets Segment Results ........ 14
6. Loss Mitigation Activity ........ 16
7. Comparison of Actual Results to Projections of the Enterprises' Financial Performance ........ 17

The purpose of this report is to provide an overview of key aspects of the financial condition of Fannie Mae and Freddie Mac (the Enterprises) during conservatorship. The data in this report are derived primarily from the Enterprises' SEC filings and other publicly available sources. In some cases, FHFA adjusted the classification of certain data to provide comparability between the Enterprises. In other cases, the Enterprises' reporting methodologies changed over time. Therefore, the data in this report may not exactly match published figures.

TREASURY-3864

# Executive Summary

## Mortgage Markets and the Enterprises' Market Presence

Seventy-five percent of all mortgage originations in the first quarter of 2012 were due to refinance volume. Refinance volumes surged during the first quarter of 2012, in response to a sustained period of record low mortgage rates, enhancements in the Home Affordable Refinance Program, and increased volume ahead of the 10 basis point guarantee fee increase in April 2012. As a result, combined Enterprise MBS issuance share grew to 79% in the first quarter of 2012.

## Credit Quality of New Single-Family Business

The quality of new business remained high in the first quarter of 2012, as evidenced by average FICO credit scores around the 760 range. Both Enterprises have experienced an increase in new business with LTVs greater than 90 percent. This is primarily due to activity related to the Enterprises' refinance programs (including the Home Affordable Refinance Program) that support improving the housing market.

## Capital

Combined Treasury support as a result of poor financial performance fell to a total of $19 million in the first quarter of 2012, all of which pertains to Freddie Mac. Losses in the Single-Family Credit Guarantee segment declined sizably, particularly at Fannie Mae, as a result of lower provisions for credit losses. The Investments segment results continued to be positive in the first quarter of 2012 driven by low funding costs as a result of the low interest rate environment. The Single-Family Credit Guarantee segment and senior preferred dividends have been the main drivers of charges against capital since the end of 2007.

## Single-Family Credit Guarantee Segment Results

Credit-related expenses continued to drive Single-Family Credit Guarantee segment financial results for the Enterprises. However, losses decreased in the first quarter of 2012, driven by lower provisions for credit losses, particularly at Fannie Mae. Lower provisions for credit losses were driven by improvement in both REO disposition values and early stage delinquencies, as well as, the continued decrease in the seriously delinquent loan population.

## Investments and Capital Markets Segment Results

The Investments and Capital Markets segment was a positive contributor to capital in the first quarter of 2012, as both Enterprises continued to benefit from low funding costs as a result of the low interest rate environment.

## Loss Mitigation Activity

Since conservatorship, the Enterprises have completed approximately 2.3 million foreclosure prevention actions. Half of these actions were permanent loan modifications.

## Projections of Financial Performance

The projected combined Treasury draws for the second half of 2011 and the first quarter of 2012 ranged from $33 billion to $74 billion. This compares to an actual combined draw of $19 billion. The primary driver of the difference between actual and projected performance was lower than projected provisions for credit losses, particularly at Fannie Mae. Lower provisions for credit losses were mainly driven by an improved book profile reflected in lower delinquencies, combined with improvement in REO disposition values.

TREASURY-3865

# 1 Mortgage Markets and the Enterprises' Market Presence

## 1.1 Primary Mortgage Market Trends—Mortgage Originations

- Seventy-five percent of all mortgage originations in the first quarter of 2012 were due to refinance volume. Refinance volumes surged during the first quarter of 2012, in response to a sustained period of record low mortgage rates, enhancements to the Home Affordable Refinance Program (HARP), and increased volume ahead of the 10 basis point guarantee fee increase in April 2012.

**Figure 1.1 Mortgage Originations by Product Type** *($ in billions)*

Source:
Inside Mortgage Finance

TREASURY-3866

## 1.2 Secondary Mortgage Market Trends—Mortgage-Backed Securities Issued

- The Enterprises' market share of mortgage-backed securities (MBS) issuances grew to 79 percent in the first quarter of 2012, as sellers delivered heavily ahead of the expected 10 basis point guarantee fee increase in April 2012. Ginnie Mae's market share fell to 20 percent. The Enterprises and Ginnie Mae continued to account for almost all issuances of mortgage-backed securities.

**Figure 1.2 Enterprises' Market Share – MBS Issuance Volume**

MBS Issuance Volume ($ in billions)
Private-Label
Ginnie Mae
Freddie Mac
Fannie Mae
$300
$250
$200
$150
$100
$50
$0

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enterprises | 67% | 68% | 70% | 47% | 41% | 40% | 58% | 73% | 72% | 70% | 73% | 79% |
| Ginnie Mae | 13% | 9% | 8% | 7% | 4% | 4% | 5% | 22% | 25% | 26% | 25% | 20% |
| Total Agency | 80% | 77% | 78% | 54% | 45% | 44% | 63% | 95% | 97% | 96% | 98% | 99% |

Sources:
Inside Mortgage Finance, Inside MBS & ABS, Enterprises' Monthly Volume Summaries.
Issuance figures exclude MBS issued backed by assets previously held in the Enterprises' portfolios.

## 2 Credit Quality of New Single-Family Business

### 2.1 Credit Characteristics of the Enterprises' New Single-Family Business

- The credit quality of new Single-Family business remained high in the first quarter of 2012. Purchases of non-traditional and higher-risk mortgages were very low and the average FICO credit score remained around the 760 range at both Enterprises. Average loan-to-value ratios (LTVs) were near 70 percent at both Enterprises. An increase in the percentage of new business with LTVs greater than 90 percent primarily relates to the Enterprises' refinance programs, including the Home Affordable Refinance Program.

**Figure 2.1 Characteristics of Single-Family Mortgage Acquisitions**

(Categories overlap and are not additive)

| Percent of New Single-Family Business[1] | Fannie Mae | | | | | | | Freddie Mac | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 |
| Alt-A[2] | 22% | 17% | 3% | 0% | 1% | 1% | 1% | 18% | 22% | 7% | 0% | 0% | 0% | 0% |
| Interest-Only | 15% | 15% | 6% | 1% | 1% | 1% | 0% | 17% | 21% | 6% | 0% | 0% | 0% | 0% |
| Credit Score <620 | 6% | 6% | 3% | 0% | 0% | 0% | 1% | 5% | 6% | 3% | 1% | 1% | 1% | 1% |
| LTV >90 Percent | 10% | 16% | 10% | 4% | 7% | 9% | 11% | 6% | 11% | 9% | 4% | 9% | 11% | 14% |
| Average LTV | 73% | 75% | 72% | 67% | 68% | 69% | 70% | 73% | 74% | 71% | 67% | 69% | 70% | 71% |
| Average Credit Score | 716 | 716 | 738 | 761 | 762 | 762 | 763 | 720 | 718 | 734 | 756 | 755 | 755 | 758 |

Sources:
Enterprises' Forms 10-K and 10-Q, credit supplements to SEC disclosures, and management reports.

Notes
[1] New business is defined as issuance of MBS/PC plus purchases of whole loans and does not include purchases of mortgage-related securities.
[2] Refer to sources for Alt-A definitions. Freddie Mac's 2010 figures include Alt-A purchases of $1.5 billion due to a long-term standby commitment termination and a subsequent PC issuance. There was no change to the Alt-A exposure on these mortgages as a result of these transactions. Fannie Mae newly originated Alt-A loans acquired since 2009 consist of the refinancing of existing loans.

TREASURY-3868

## 2.2 Performance of Non-Traditional and Higher-Risk Mortgages (mostly purchased pre-conservatorship)

- Single-family serious delinquency rates remained high for the Enterprises' Single-Family credit guarantee portfolios; however, serious delinquency rates declined in the first quarter of 2012 for all product categories as delinquent loans were resolved through loss mitigation activities or foreclosure, and new loans with stronger credit profiles were acquired. Non-traditional and higher-risk mortgages, which account for a relatively small portion of the credit guarantee portfolios, continue to show substantially higher serious delinquency rates than traditional mortgages.

### Figure 2.2 Single-Family Serious Delinquency Rates

| | Fannie Mae | | | | | | Freddie Mac | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q07 | 4Q08 | 4Q09 | 4Q10 | 4Q11 | 1Q12 | 4Q07 | 4Q08 | 4Q09 | 4Q10 | 4Q11 | 1Q12 |
| **Product Type**[1] | | | | | | | | | | | | |
| Alt-A | 2.2% | 7.0% | 15.6% | 13.9% | 12.4% | 12.0% | 1.9% | 5.6% | 12.3% | 12.2% | 11.9% | 11.8% |
| Interest-Only | 2.0% | 8.4% | 20.2% | 17.9% | 15.3% | 14.7% | 2.0% | 7.6% | 17.6% | 18.4% | 17.6% | 17.2% |
| **Credit Score** | | | | | | | | | | | | |
| <620 | 4.7% | 9.0% | 18.2% | 14.6% | 13.5% | 12.6% | 3.4% | 7.8% | 14.9% | 13.9% | 12.9% | 12.6% |
| **Loan-to-Value Ratio** | | | | | | | | | | | | |
| >90 Percent | 3.0% | 6.3% | 13.1% | 10.0% | 8.1% | 7.2% | 1.9% | 4.8% | 9.1% | 7.8% | 6.7% | 6.3% |
| **Risk-Layering** | | | | | | | | | | | | |
| Credit score <620 & LTV >90 Percent | 8.6% | 16.0% | 28.0% | 21.4% | 18.7% | 16.8% | 5.4% | 11.5% | 19.0% | 17.1% | 15.4% | 14.7% |
| **Total Single-Family** | 1.0% | 2.4% | 5.4% | 4.5% | 3.9% | 3.7% | 0.7% | 1.8% | 4.0% | 3.8% | 3.6% | 3.5% |

Notes
[1] Loans with multiple product features may be in more than one category. Refer to sources for Alt-A definition.

Sources:
Enterprises' Forms 10-K and 10-Q, credit supplements to SEC disclosures, and management reports.

Serious Delinquency - All loans in the process of foreclosure plus loans that are three or more payments delinquent (including loans in the process of bankruptcy).

TREASURY-3869

## 2.3 Performance of Post-Conservatorship Business

- While not necessarily indicative of the ultimate performance, the improved credit characteristics of the new post-conservatorship business is reflected in substantially lower cumulative default rates for the 2009 and 2010 vintages compared to the years leading up to conservatorship.

### Figure 2.3 Cumulative Default Rate by Origination Year

**Fannie Mae[1]**

| Vintage | Yr1Q4 | Yr 2Q4 |
|---|---|---|
| 2002 | 0.4 | 9.5 |
| 2003 | 0.4 | 7.1 |
| 2004 | 0.7 | 11.6 |
| 2005 | 0.7 | 14.0 |
| 2006 | 1.3 | 37.4 |
| 2007 | 3.0 | 78.9 |
| 2008 | 2.2 | 37.1 |
| 2009 | 0.1 | 4.3 |
| 2010 | 0.2 | 5.6 |
| 2011 | 0.3 | NA |

**Freddie Mac[2]**

| Vintage | Yr1Q4 | Yr2Q4 |
|---|---|---|
| 2002 | 0.3 | 7.7 |
| 2003 | 0.2 | 3.7 |
| 2004 | 0.4 | 5.2 |
| 2005 | 0.2 | 6.3 |
| 2006 | 0.6 | 25.2 |
| 2007 | 2.3 | 63.4 |
| 2008 | 2.1 | 36.4 |
| 2009 | 0.1 | 4.0 |
| 2010 | 0.1 | 5.4 |
| 2011 | 0.2 | NA |

Source:
Enterprises' quarterly credit supplements.

Notes
[1] Defaults include loan liquidations other than through voluntary pay-off or repurchase by lenders and include loan foreclosures, preforeclosure sales, sales to third parties and deeds-in-lieu of foreclosure. Cumulative Default Rate is the total number of single-family conventional loans in the guarantee book of business originated in the identified year that have defaulted, divided by the total number of single-family conventional loans in Fannie Mae's guarantee book of business originated in the identified year.
[2] Rates are calculated for each year of origination as the number of loans that have proceeded to foreclosure transfer or short sale and resulted in a credit loss, excluding any subsequent recoveries, divided by the number of loans in Freddie Mac's single-family credit guarantee portfolio originated in the identified year.

## 3. Capital

### 3.1 Capital Changes: January 1, 2008 – March 31, 2012

- At the end of 2007, the Enterprises had $71 billion of combined capital. From the end of 2007 through the first quarter of 2012, the Enterprises' combined charges against capital have totaled $265 billion, requiring Treasury support of approximately $187 billion through draws under the Senior Preferred Stock Purchase Agreements. The Single-Family Credit Guarantee segment has been the largest contributor to charges against capital, accounting for $218 billion, or 82 percent, of capital reduction to date. Senior preferred dividends on Treasury draws accounted for $41 billion, or 15 percent, of capital reduction.

**Figure 3.1 Capital Changes: January 1, 2008 – March 31, 2012** *($ in billions)*

| | Fannie Mae | | Freddie Mac | | Combined | |
|---|---|---|---|---|---|---|
| Beginning Capital[1] | $44 | | $27 | | $71 | |
| Equity Issuance[2] | 7 | | 0 | | 7 | |
| Available Capital | $51 | | $27 | | $78 | |
| **Capital Change** | | | | | | |
| Single-Family Comprehensive Income (Loss)[3] | ($143) | 85% | ($75) | 77% | ($218) | 82% |
| Multifamily Comprehensive Income (Loss)[3,4] | (5) | 3% | 16 | -16% | 10 | -4% |
| Investments Comprehensive Income (Loss)[3,4] | 14 | -8% | (5) | 6% | 8 | -3% |
| Consolidation Accounting Adjustment | 3 | -2% | (12) | 12% | (8) | 3% |
| Other | (14) | 8% | (3) | 3% | (17) | 6% |
| Senior Preferred dividends | (23) | 14% | (18) | 19% | (41) | 15% |
| Total Capital Change[5] | ($167) | 100% | ($98) | 100% | ($265) | 100% |
| Capital surplus (deficit) | ($116) | | ($71) | | ($187) | |
| Treasury Senior Preferred draw[6] | $116.1 | | $71.3 | | $187.5 | |

Sources:
Fannie Mae segment earnings per Fannie Mae SEC disclosures for the relevant time periods.
Freddie Mac's 2008 and 2009 comprehensive income (loss) by segment reflect revised methodology effective January 1, 2010.

Notes
Totals may not sum due to rounding.
1 Capital is defined as stockholders' equity.
2 Fannie Mae's figure includes common and preferred stock issuance pre-conservatorship.
3 Segment comprehensive income (loss) represents net income (loss) plus total other comprehensive income (loss) by segment.
4 Freddie Mac includes net interest income on investments in multifamily loans, net interest income on commercial mortgage- backed securities, and non-interest rate risk-related unrealized gains (losses) on commercial mortgage-backed securities in Multifamily Comprehensive Income (Loss), while Fannie Mae includes these items in Investments comprehensive income. Investments comprehensive income includes the impact of accounting changes for security impairments.
5 Included in total capital change for both Enterprises are losses attributable to the writedown of low income housing tax credits (LIHTC) investments to zero in the fourth quarter of 2009. The writedown of these LIHTC losses for Fannie Mae and Freddie Mac were $5 billion and $3 billion, respectively, and are included in Other. The establishment of a deferred tax asset valuation allowance, which reduced capital by $21 billion for Fannie Mae and $14 billion for Freddie Mac in 2008, is also contributing to the total capital change (valuation allowance has been allocated across segments).
6 Total draws include amounts relating to the first quarter of 2012 to be received in the second quarter of 2012.

TREASURY-3871

## 3.2 Capital Changes: First Quarter 2012

- During the first quarter of 2012, both Enterprises generated capital from the Investments segment and the Multifamily segment. At Fannie Mae, positive contributions to capital from these segments more than offset losses from the Single-Family Credit Guarantee segment, and senior preferred dividends. Freddie Mac ended the quarter with a capital deficit of $18 million.

**Figure 3.2 Capital Changes: December 31, 2011 – March 31, 2012** *($ in billions)*

| | Fannie Mae | Freddie Mac | Combined |
|---|---|---|---|
| Available Capital[1] | $0 | $0 | $0 |
| **Capital Change** | | | |
| Single-Family Comprehensive Income (Loss)[2] | ($1) | ($2) | ($3) |
| Multifamily Comprehensive Income (Loss)[2] | 0 | 2 | 2 |
| Investments Comprehensive Income (Loss)[2] | 5 | 2 | 7 |
| Other | (1) | 0 | (1) |
| Capital increase (decrease) pre-dividends | $3 | $2 | $5 |
| Senior Preferred dividends | (3) | (2) | (5) |
| Total Capital Change | $0 | ($0) | $0 |
| Capital Surplus (Deficit) | $0 | ($0) | $0 |
| Treasury Senior Preferred draw[3] | - | $0.0 | $0.0 |

Sources:
Fannie Mae and Freddie Mac SEC disclosures for the quarter ended March 31, 2012.

Notes
Totals may not sum due to rounding.
[1] Capital is defined as stockholders' equity. Available capital is defined as beginning capital plus Treasury draw related to prior quarter's deficit.
[2] Represents net income (loss) plus total other comprehensive income (loss) by segment. Freddie Mac includes net interest income on investments in multifamily loans, net interest income on commercial mortgage-backed securities, and non-interest rate risk-related unrealized gains (losses) on commercial mortgage-backed securities in Multifamily comprehensive income (loss), while Fannie Mae includes these items in Investments comprehensive income (loss).
[3] Reflects requested Treasury draws related to current quarter deficit, to be received during the next quarter. Enterprises' draw requests are rounded up to the nearest $1 million.

## 4. Single-Family Credit Guarantee Segment Results

### 4.1 Single-Family Credit Guarantee Segment Results

- Losses from the Single-Family Credit Guarantee segment declined in the first quarter of 2012, as a result of lower credit-related expenses, notably the provision for credit losses. Provisions for credit losses decreased at both Enterprises driven by improvement in REO disposition values, improvement in early stage delinquencies, and the continued decrease in the seriously delinquent loan population.

**Figure 4.1 Single-Family Credit Guarantee Segment Results** *($ in billions)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 1Q12 | Total | 2008 | 2009 | 2010 | 2011 | 1Q12 | Total | 2008 - 1Q12 |
| Revenue[1] | $9 | $9 | $2 | $6 | $2 | $28 | $5 | $4 | $5 | $5 | $1 | $20 | $48 |
| Provision for credit losses[2] | (26) | (50) | (25) | (26) | (2) | (129) | (16) | (29) | (19) | (12) | (2) | (79) | (208) |
| Foreclosed Property Expenses | (2) | (1) | (2) | (1) | (0) | (5) | (1) | (0) | (1) | (1) | (0) | (3) | (8) |
| Credit-related expenses | (28) | (51) | (26) | (27) | (2) | (134) | (17) | (29) | (19) | (13) | (2) | (82) | (216) |
| SOP 03-3 Losses[3] | (2) | (20) | (0) | (0) | (0) | (23) | (2) | (5) | (0) | (0) | (0) | (6) | (29) |
| Other expenses[4] | (2) | (3) | (2) | (3) | (1) | (10) | (1) | (1) | (2) | (2) | (0) | (7) | (17) |
| Pre-tax income (loss) | (22) | (65) | (27) | (24) | (1) | (140) | (15) | (31) | (17) | (10) | (2) | (74) | (214) |
| (Provision) benefit for taxes | (5) | 1 | 0 | 0 | 0 | (3) | (5) | 4 | 1 | (0) | (0) | (1) | (4) |
| Net income (loss) | ($27) | ($64) | ($27) | ($24) | ($1) | ($143) | ($20) | ($27) | ($16) | ($10) | ($2) | ($75) | ($218) |
| Other Comprehensive Income | - | 0 | 0 | - | - | 0 | - | 0 | 0 | 0 | (0) | 0 | 0 |
| Total Comprehensive Income (Loss)[5] | ($27) | ($64) | ($27) | ($24) | ($1) | ($143) | ($20) | ($27) | ($16) | ($10) | ($2) | ($75) | ($218) |

Sources:
Fannie Mae segment earnings per Fannie Mae SEC disclosures for the relevant time periods. Effective in the first quarter 2010, Fannie Mae changed the presentation of segment financial information; prior periods were not revised. Freddie Mac segment comprehensive income (loss) for 2008 and 2009 reflect revised methodology effective January 1, 2010. Enterprise segment comprehensive income (loss) since 2010 is not comparable with prior periods due to the adoption of accounting standards for consolidations, effective January 1, 2010.

Notes
Totals may not sum due to rounding.
[1] Consists of guarantee fee income, trust management income, net interest income, and other income. Guarantee fee revenue of $1.9 billion for Fannie Mae in the first quarter of 2012 was offset by net interest expense of $0.4 billion primarily related to interest income not recognized for non-accrual loans.
[2] The provision for credit losses is the recognition of estimated incurred losses and increases the loan loss reserve. Fannie Mae's figures have been adjusted to exclude losses on credit-impaired loans acquired from MBS trusts.
[3] Losses on credit-impaired loans acquired from MBS/PC Trusts.
[4] Consists of investment gains (losses), fair value losses (Fannie Mae), administrative expenses, other expenses, and at Freddie Mac, segment adjustments.
[5] Represents segment earnings (loss) and, for periods after 2008, total comprehensive income (loss), net of taxes, for the Single-Family Credit Guarantee Segment.

TREASURY-3873

## 4.2 Loan Loss Reserves

- Loan loss reserves decreased at both Enterprises during the first quarter of 2012, but remain high. The decrease in loan loss reserves was driven by the decrease in the provision for credit losses, resulting in charge-offs exceeding the provision for credit losses at both Enterprises for the quarter. Differences in the magnitude of loan loss reserves stemmed from differences in the size and credit quality of the Enterprises' single-family credit guarantee portfolios. Fannie Mae's single-family credit guarantee portfolio is larger than Freddie Mac's and has higher serious delinquency rates.

**Figure 4.2 Loan Loss Reserves** *($ in billions)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Single-Family Loss Reserve** | **2008** | **2009** | **2010** | **2011** | **1Q12** | **Total** | **2008** | **2009** | **2010** | **2011** | **1Q12** | **Total** |
| Beginning balance[1] | $3 | $24 | $62 | $60 | $72 | | $3 | $15 | $33 | $39 | $39 | |
| Provision for credit losses[2,3] | 26 | 50 | 25 | 26 | 2 | 129 | 16 | 29 | 19 | 12 | 2 | 79 |
| Charge-offs, net[3] | (5) | (13) | (21) | (18) | (5) | (61) | (2) | (7) | (13) | (12) | (3) | (38) |
| Adoption of Accounting Standards | - | - | (11) | - | - | | - | - | (0) | - | - | |
| Other | 0 | 0 | 5 | 3 | 1 | | (1) | (4) | 0 | (1) | (0) | |
| Ending balance[1] | $24 | $62 | $60 | $72 | $70 | | $15 | $33 | $39 | $39 | $38 | |
| **Credit Losses - Single-Family** | | | | | | | | | | | | |
| Charge-offs[3] | $5 | $13 | $21 | $18 | $5 | $61 | $2 | $7 | $13 | $12 | $3 | $38 |
| Other[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| Foreclosed Property Expense | 2 | 1 | 2 | 1 | 0 | 5 | 1 | 0 | 1 | 1 | 0 | 3 |
| Total[3] | $6 | $13 | $23 | $18 | $5 | $66 | $4 | $8 | $14 | $13 | $3 | $42 |

Sources:
SEC disclosures for the relevant time periods.

Notes
Totals may not sum due to rounding.
[1] Fannie Mae's loan loss reserve excludes amounts related to the allowance for accrued interest receivable and allowance for preforeclosure property taxes and insurance receivable. Freddie Mac's loan loss reserve excludes amounts related to the allowance for accrued interest receivable and forgone interest on loans placed on non-accrual status.
[2] Freddie Mac's figures represent Segment Earnings provision for credit losses, which is generally higher than that recorded under GAAP, primarily due to recognized provision associated with forgone interest income on loans placed on non-accrual status, which is not recognized under GAAP.
[3] Fannie Mae's provision for credit losses has been adjusted to exclude losses on credit-impaired loans acquired from MBS trusts. Additionally, the effect of losses from credit-impaired loans acquired from MBS trusts on charge-offs and foreclosed property expense has been reflected as an adjustment to total credit losses and charge-offs, net.
[4] Freddie Mac's figures include charge-offs related to certain loans purchased under financial guarantees.

TREASURY-3874

## 4.3 Credit Losses

- Non-traditional and higher-risk mortgages concentrated in the 2006 and 2007 vintages, and mortgages originated in California, Florida, Arizona and Nevada continue to account for a disproportionate share of credit losses (charge-offs and foreclosed property expenses). However, the proportion of losses coming from non-traditional products continued to decline in the first quarter of 2012 as these vintages aged.

**Figure 4.3 Credit Losses** *(Percent of total credit losses)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of UPB as of Dec 31, 2008[1] | 2008 | 2009 | 2010 | 2011 | 1Q12 | % of UPB as of Dec 31, 2008[1] | 2008 | 2009 | 2010 | 2011 | 1Q12 |
| **by State** | | | | | | | | | | | | |
| California | 16% | 25% | 24% | 23% | 27% | 20% | 14% | 30% | 32% | 26% | 29% | 24% |
| Florida | 7% | 11% | 16% | 18% | 11% | 20% | 7% | 10% | 15% | 19% | 13% | 16% |
| Arizona | 3% | 8% | 11% | 10% | 12% | 8% | 3% | 9% | 11% | 11% | 11% | 8% |
| Nevada | 1% | 5% | 7% | 6% | 8% | 5% | 1% | 4% | 6% | 6% | 7% | 7% |
| **by Product[2]** | | | | | | | | | | | | |
| Alt-A | 11% | 46% | 40% | 33% | 27% | 25% | 10% | 50% | 44% | 37% | 28% | 24% |
| Interest-Only | 8% | 34% | 33% | 29% | 26% | 23% | 9% | 50% | 47% | 37% | 29% | 24% |
| **by Vintage** | | | | | | | | | | | | |
| 2006 | 14% | 35% | 31% | 29% | 28% | 26% | 15% | 41% | 35% | 30% | 28% | 25% |
| 2007 | 20% | 28% | 36% | 36% | 30% | 35% | 19% | 25% | 36% | 34% | 36% | 37% |
| 2008 | 16% | 1% | 5% | 7% | 6% | 8% | 15% | 0% | 5% | 7% | 8% | 9% |
| 2009 | N/A | N/A | 0% | 0% | 2% | 2% | N/A | N/A | 0% | 0% | 1% | 2% |
| 2010 | N/A | N/A | N/A | 0% | 1% | 1% | N/A | N/A | N/A | 0% | 0% | 1% |

Sources:
Enterprises' Forms 10-K and 10-Q, credit supplements to SEC disclosures, and management reports.

Notes
[1] Represents each category's share of the respective Enterprise's single-family book of business, which is based on the unpaid principal balance of all single-family unsecuritized mortgages held by the Enterprises and those underlying Freddie Mac mortgage-related securities, or covered by the Enterprise's other guarantee commitments.
[2] Product categories overlap.

TREASURY-3875

## 5. Investments and Capital Markets Segment Results

### 5.1 Investments and Capital Markets Segment Results

- In the first quarter of 2012, the Investments and Capital Markets segment was a positive contributor to capital as both Enterprises continued to benefit from low funding costs as a result of the low interest rate environment. Gains and losses on derivatives and trading securities during the quarter were muted.

**Figure 5.1 Investments and Capital Markets Segment Results** *($ in billions)*

| | Fannie Mae | | | | | | Freddie Mac | | | | | | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 1Q12 | Total | 2008 | 2009 | 2010 | 2011 | 1Q12 | Total | 2008 - 1Q12 |
| Revenue[1] | $8 | $13 | $13 | $13 | $3 | $50 | $3 | $8 | $6 | $7 | $2 | $26 | $77 |
| Derivatives gains (losses) | (15) | (6) | (3) | (7) | (0) | (31) | (13) | 5 | (2) | (4) | 0 | (13) | (45) |
| Trading gains (losses) | (7) | 4 | 3 | 0 | 0 | 0 | 1 | 5 | (1) | (1) | (0) | 3 | 3 |
| Other gains (losses)[2] | 2 | 1 | 4 | 3 | 1 | 11 | 2 | (0) | 1 | 2 | 0 | 5 | 16 |
| Other-than-temporary impairments | (7) | (10) | (1) | (0) | (0) | (18) | (17) | (10) | (4) | (2) | (0) | (33) | (51) |
| Other expenses[3] | (1) | (1) | (0) | (1) | (0) | (2) | (2) | (1) | 1 | 0 | 0 | (1) | (3) |
| Pre-tax income (loss) | (21) | 1 | 16 | 9 | 4 | 10 | (26) | 7 | 1 | 3 | 2 | (13) | (4) |
| (Provision) benefit for taxes[4] | (9) | (0) | 0 | 0 | - | (9) | (2) | (1) | 0 | 0 | 0 | (2) | (11) |
| Net income (loss) | ($29) | $1 | $16 | $9 | $4 | $1 | ($28) | $6 | $1 | $3 | $2 | ($15) | ($14) |
| Unrealized gains (losses) on AFS[5] | (6) | 11 | 4 | 1 | 0 | 10 | (20) | 11 | 10 | 3 | 0 | 5 | 15 |
| Accounting change for Impairments | - | 3 | - | - | - | 3 | 0 | 5 | - | - | - | 5 | 8 |
| Total Comprehensive Income (Loss) | ($35) | $15 | $20 | $10 | $5 | $14 | ($48) | $23 | $11 | $6 | $2 | ($5) | $8 |

Sources:
Fannie Mae segment earnings per Fannie Mae SEC disclosures for he relevant time periods. Effective in the first quarter 2010, Fannie Mae changed the presentation of segment financial information; prior periods were not revised. Freddie Mac segment comprehensive income (loss) for 2008 and 2009 reflect revised methodology effective January 1, 2010. Enterprise segment comprehensive income (loss) for 2010 and 2011 is not comparable with prior periods due to the adoption of accounting standards for consolidations effective January 1, 2010.

Notes
Totals may not sum due to rounding.
[1] Consists of guarantee fee expense, trust management income, net interest income, and other income.
[2] Figures consist of debt extinguishment losses, debt foreign exchange gains (losses), debt fair-value losses, investment gains (losses), and hedged mortgage assets gains, net.
[3] Consists of administrative expenses, other expenses, and at Freddie Mac, segment adjustments.
[4] Includes extraordinary losses /noncontrolling interest.
[5] Amount for 2008 includes consolidated changes in unrealized gains (losses) on available for sale securities, net of taxes. Effective April 2009, includes adjustments for other-than-temporary impairments, net of taxes, included in accumulated other comprehensive income due to a change in accounting standards for impairments. At Freddie Mac, amount also includes the change in unrealized gains (losses), net of taxes, related to cash flow hedge relationships.

TREASURY-3876

## 5.2 Security Impairments

- Freddie Mac's non-agency portfolio is larger than Fannie Mae's, generally causing higher levels of security impairments. A substantial portion of Freddie Mac's security impairments during the first quarter of 2012 was from 2006 and 2007 vintage subprime securities.

**Figure 5.2 Security Impairments** *($ in billions)*

| Fannie Mae | 2008 | | | 2009 | | | 2010 | | | 2011 | | | 1Q12 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vintage[1] | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | Total 2008 1Q12 |
| Alt-A/Option ARM Alt-A | $3.0 | $1.8 | $4.8 | $1.7 | $2.3 | $4.0 | $0.2 | $0.1 | $0.3 | $0.2 | $0.3 | $0.6 | $0.0 | $0.0 | $0.0 | $9.7 |
| Subprime | 1.9 | - | 1.9 | 5.6 | 0.1 | 5.7 | 0.4 | 0.0 | 0.4 | (0.3) | (0.0) | (0.3) | 0.0 | 0.0 | 0.0 | 7.7 |
| Other | 0.0 | 0.2 | 0.2 | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| Total[2] | $4.9 | $2.0 | $7.0 | $7.3 | $2.6 | $9.9 | $0.6 | $0.2 | $0.7 | ($0.1) | $0.4 | $0.3 | $0.0 | $0.0 | $0.1 | $17.9 |

| Freddie Mac | 2008 | | | 2009 | | | 2010 | | | 2011 | | | 1Q12 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vintage[1] | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | 2006 & 2007 | Other vintages | Total | Total 2008 1Q12 |
| Alt-A | $2.1 | $1.8 | $4.0 | $0.9 | $0.8 | $1.7 | $0.5 | $0.2 | $0.7 | $0.1 | $0.1 | $0.2 | $0.0 | $0.0 | $0.1 | $6.6 |
| Subprime | 3.4 | 0.2 | 3.6 | 6.4 | 0.1 | 6.5 | 1.7 | 0.0 | 1.8 | 1.3 | 0.0 | 1.3 | 0.4 | 0.0 | 0.4 | 13.7 |
| CMBS | - | - | - | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.3 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 0.6 |
| Option ARM | 6.0 | 1.6 | 7.6 | 1.4 | 0.4 | 1.7 | 1.2 | 0.2 | 1.4 | 0.3 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 11.2 |
| Other | 1.1 | 0.4 | 1.4 | 0.8 | 0.1 | 0.9 | 0.3 | 0.1 | 0.3 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 2.7 |
| Total[2] | $12.6 | $4.0 | $16.6 | $9.6 | $1.5 | $11.0 | $3.8 | $0.5 | $4.3 | $2.0 | $0.3 | $2.3 | $0.5 | $0.1 | $0.6 | $34.7 |

Sources:
Fannie Mae and Freddie Mac management reports.

Notes
Totals may not sum due to rounding.
[1] Vintage of private-label securities is based on security issue date.
[2] The adop ion of an accounting standard for impairments in April 2009 required the Enterprises to begin recognizing only the credit portion of impairments in their statements of income and comprehensive income. This accounting standard did not require he Enterprises to revise previously recorded amounts in their statements of income and comprehensive income but did result in an equity increase of $5 billion and $3 billion for Freddie Mac and Fannie Mae, respectively, which is not reflected in Figure 5.2. For the full year of 2008 and a por ion of 2009, amounts include both credit and non-credit-related security impairments.

TREASURY-3877

## 6. Loss Mitigation Activity

- The Enterprises have traditionally worked with delinquent borrowers to mitigate credit losses in situations where the borrower demonstrates the willingness and ability to cure the delinquency. Loss mitigation actions include home retention actions (loan modifications, repayment plans and forbearance plans), and home forfeiture actions (short sales and deeds-in-lieu).
- The Enterprises have completed approximately 2.3 million foreclosure prevention actions since the start of conservatorship in September 2008. Half of these actions have been permanent loan modifications.
- More information on the Enterprises' loss mitigation activities can be found in FHFA's First Quarter 2012 Foreclosure Prevention Report.

**Figure 6 Enterprises' Completed Foreclosure Prevention Actions**

| | Full Year 2009 | Full Year 2010 | Full Year 2011 | 1Q12 | Conservatorship to Date[1] |
|---|---|---|---|---|---|
| **Home Retention Actions** | | | | | |
| Repayment Plans | 142,360 | 185,954 | 181,558 | 44,636 | 567,817 |
| Forbearance Plans | 25,227 | 63,024 | 34,423 | 6,248 | 131,038 |
| Charge-offs-in-lieu | 2,247 | 3,118 | 2,263 | 507 | 8,408 |
| HomeSaver Advance *(Fannie)* | 39,199 | 5,191 | - | - | 70,178 |
| Loan Modifications | 163,647 | 575,022 | 322,108 | 60,348 | 1,144,902 |
| **Total** | **372,680** | **832,309** | **540,352** | **111,739** | **1,922,343** |
| **Nonforeclosure - Home Forfeiture Actions** | | | | | |
| Short Sales | 55,447 | 107,953 | 115,237 | 30,601 | 315,430 |
| Deeds-in-lieu | 2,971 | 6,043 | 10,231 | 3,759 | 23,544 |
| **Total** | **58,418** | **113,996** | **125,468** | **34,360** | **338,974** |
| **Total Foreclosure Prevention Actions** | **431,098** | **946,305** | **665,820** | **146,099** | **2,261,317** |

[1] Since the first full quarter in conservatorship (4Q08).

## 7. Comparison of Actual Results to Projections of the Enterprises' Financial Performance

### 7.1 Comparison of Actual Results to Projections of the Enterprises' Financial Performance

- FHFA published updated projections of the Enterprises' financial performance in October 2011. The purpose and approach of these projections can be found in FHFA's Projections of the Enterprises' Financial Performance, October 2011.
- October 2011 projections are not expected outcomes, but rather modeled projections in response to "what if" exercises based on assumptions about Enterprise operations, financial market conditions, and house prices.
- The combined projected Treasury draws for the Enterprises for the second half of 2011 and the first quarter of 2012 ranged from $33 billion to $74 billion. The actual combined Treasury draw for the second half of 2011 and the first quarter of 2012 was $19 billion.
- The primary driver of the difference was lower than projected credit-related expenses at Fannie Mae, mostly due to a lower provision for credit losses. The main drivers of lower provisions for credit losses was an improved book profile reflected in lower delinquencies coupled with higher REO disposition values.

**Figure 7.1 Actual versus Projected Treasury Draws through 1Q12 *($ in billions)***

| | Cumulative Treasury Draw | Projected Draw through 1Q12 Scenario 1 | | Projected Draw through 1Q12 Scenario 2 | | Projected Draw through 1Q12 Scenario 3 | | Actual Draw through 1Q12 | |
|---|---|---|---|---|---|---|---|---|---|
| | As of 6/30/2011 | Additional Draw | Cumulative Draw as of 3/31/2012 | Additional Draw | Cumulative Draw as of 3/31/2012 | Additional Draw | Cumulative Draw as of 3/31/2012 | Additional Draw | Cumulative Draw as of 3/31/2012 |
| Fannie Mae | $104 | $23 | $127 | $27 | $131 | $53 | $157 | $12 | $116 |
| Freddie Mac | 65 | 9 | 75 | 10 | 76 | 20 | 86 | 6 | 71 |
| Total | $169 | $33 | $202 | $37 | $206 | $74 | $243 | $19 | $187 |

Numbers may not foot due to rounding.

TREASURY-3879

### 7.2 Impact of Actual Results on Future Projections of the Enterprises' Financial Performance

- Mortgage defaults pushed out to later periods could reduce projected losses if home prices improve or increase projected losses if home prices worsen.
- The Enterprises' future financial performance is heavily dependent on the performance of the U.S. housing market. Trends observed in the second half of 2011 and the first half of 2012 should not be used to extrapolate future projections.

TREASURY-3880



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

June 25, 2012

**ACTION MEMORANDUM FOR UNDER SECRETARY MILLER**

**FROM:** Michael Stegman, Counselor to the Secretary

**SUBJECT:** Periodic Commitment Fee Waiver Letter for Q3 2012

In December 2011, Treasury made a decision to waive the Periodic Commitment Fee (PCF) for the calendar year of 2012 (see attached Action Memo as approved by Secretary Geithner). Treasury has elected to communicate its waiver to the Federal Housing Finance Administration (FHFA) on a quarterly basis in a formal letter. The attached waiver letter will waive the PCF for Q3 2012.

**RECOMMENDATION**

That you sign the PCF waiver letter for Q3 2012.

_MJM_ Approve ________ Disapprove ________ Let's Discuss

**BACKGROUND**

The Periodic Commitment Fee is intended to compensate taxpayers for the financial support that Treasury provides to Fannie Mae and Freddie Mac through the Preferred Stock Purchase Agreement (PSPA). Treasury may waive the Periodic Commitment Fee for up to one year at a time at its sole discretion based on adverse conditions in the mortgage market. On December 21, 2011, Secretary Geithner made a decision to waive the PCF for the calendar year of 2012 on two bases: (1) the expected financial draws from Fannie Mae and Freddie Mac were likely to be in excess of dividends those firms pay back to taxpayers under the PSPAs – in other words, setting a PCF would not produce any additional income for taxpayers; and (2) setting the PCF could place greater strains on the housing market recovery, which remains fragile. At the time of the policy decision, we elected to communicate the waiver to FHFA on a quarterly basis via a formal letter.

Waiving the PCF for 2012 preserved full optionality to set the PCF for 2013 if housing markets are more stable and if the GSEs are generating positive net income in excess of their dividend commitments.

**ATTACHMENTS**

1. Q3 2012 PCF Waiver Letter (for signature)
2. TFG December Action Letter approving waiver for CY 2012



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

UNDER SECRETARY

June 25, 2012

Edward DeMarco
Acting Director
Federal Housing Finance Agency
400 7th Street, SW
Washington, DC 20024

Dear Acting Director DeMarco:

As you know, in the letter to you dated March 30, 2012, Treasury communicated to you its waiver, for the second quarter of Calendar Year (CY) 2012, of the "Periodic Commitment Fee" (PCF) under the Amended and Restated Preferred Stock Purchase Agreement dated as of September 26, 2008, as amended (the Agreement), between the United States Department of the Treasury (Treasury) and each of the Federal National Mortgage Association and the Federal Loan Mortgage Corporation (collectively, the Enterprises).

By this letter, please be advised that Treasury waives, for the third quarter of CY 2012, the PCF payable by each Enterprise. Treasury takes this step due to the continued fragility of the mortgage market and the belief that the imposition of the PCF at this time would not fulfill its intended purpose of generating increased compensation to the American taxpayer.

Treasury will reevaluate the situation during the next calendar quarter to determine whether the PCF should then be set. Treasury remains committed to protecting taxpayers and ensuring that future positive earnings of the Enterprises are returned to taxpayers as compensation for their investment.

Sincerely,

Mary Miller