## VERIFICATION

I, Michelle M. Miller, hereby verify that I have authorized the filing of the attached Consolidated Amended Class Action and Derivative Complaint, that I have reviewed the Consolidated Amended Class Action and Derivative Complaint and that the facts therein are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/3/14

_____
Michelle M. Miller