## VERIFICATION

I, Barry P. Borodkin, hereby verify that I have authorized the filing of the attached Consolidated Amended Class Action and Derivative Complaint, that I have reviewed the Consolidated Amended Class Action and Derivative Complaint and that the facts therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/31/13

Barry P. Borodkin
*On Behalf Of Himself And On Behalf Of Barry P. Borodkin SEP IRA And Barry P. Borodkin IRA*

{2632 / DECL / 00120301.DOC v1}