UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred )<br>Stock Purchase Agreement Class Action Litigations )<br>)<br>This document relates to: ALL CASES )<br>) | Misc. Action No. 13-mc-01288 (RLW) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Federal Home Loan Mortgage Corporation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Federal Home Loan Mortgage Corporation which have any outstanding securities in the hands of the public: None.  These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 17, 2014

Respectfully Submitted,

 /s/ Graciela M. Rodriguez
Graciela M. Rodriguez (D.C. Bar. No. 438955)
grodriguez@kslaw.com
Michael J. Ciatti (D.C. Bar. No. 467177)
mciatti@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
*Counsel for the Federal Home Loan Mortgage Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2014, I filed the foregoing **CERTIFICATE UNDER LCvR 7.1** through the Court's electronic filing system, which will provide notice to all counsel of record.

                                           /s/ Graciela M. Rodriguez
                                      Graciela M. Rodriguez (D.C. Bar. No. 438955)