UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>ALL CASES | Misc. Action No. 13-mc-01288 (RLW) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTICT OF COLUMBIA**

　　　　I, the undersigned, counsel of record for Federal National Mortgage Association certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Federal National Mortgage Association which have any outstanding securities in the hands of the public:  None.  These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 17, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Paul D. Clement
　　　　　　　　　　　　　　　　　　　Paul D. Clement (D.C. Bar # 433215)
　　　　　　　　　　　　　　　　　　　pclement@bancroftpllc.com
　　　　　　　　　　　　　　　　　　　Stephen V. Potenza (D.C. Bar # 1010066)
　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　spotenza@bancroftpllc.com
　　　　　　　　　　　　　　　　　　　BANCROFT PLLC
　　　　　　　　　　　　　　　　　　　1919 M Street, N.W., Suite 470
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　　Telephone:  202.234.0090
　　　　　　　　　　　　　　　　　　　Facsimile:  202.234.2806

　　　　　　　　　　　　　　　　　　　*Attorneys for the Federal National*
　　　　　　　　　　　　　　　　　　　*Mortgage Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2014, I filed the foregoing **CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTICT OF COLUMBIA** through the Court's electronic filing system, which will provide notice to all counsel of record.

      s/ Stephen V. Potenza

      Stephen V. Potenza (D.C. Bar # 1010066)

      (*admitted pro hac vice*)