## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** ) ) ) ) ) **This document relates to:** ) ALL CASES ) ) | Misc. Action No. 1:13-mc-1288-RLW |

### TREASURY DEFENDANTS' MOTION TO DISMISS
### OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants, the Department of the Treasury and Jacob J. Lew, in his official capacity as Secretary of the Treasury, hereby move to dismiss pursuant to Fed. R. Civ. P. 12, or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56. The reasons for this motion are set forth in the attached memorandum and the administrative record filed with the Court.

Dated: January 17, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

/s/Joel McElvain
JOEL MCELVAIN
THOMAS D. ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
 (202) 514-2988
Joel.McElvain@usdoj.gov