IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** )<br>)<br>) <br>_____ )<br>This document relates to: )<br>ALL CASES )<br>_____) | Misc. Action No. 1:13-mc-1288-RLW |

## TREASURY DEFENDANTS' PROPOSED ORDER

Upon consideration of the motion of defendants the Department of the Treasury and Jacob J. Lew, in his official capacity as Secretary of the Treasury (the "Treasury Defendants"), to dismiss or, in the alternative, for summary judgment (the "Motion"), the briefing of the parties, and the entire record herein, it is hereby,

ORDERED that the Motion is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

SO ORDERED.

Dated: _____, 2014            _____
                                                                ROBERT L. WILKINS
                                                                UNITED STATES DISTRICT JUDGE