# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>             Plaintiff,<br>     v.<br><br>JACOB J. LEW, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>ALL CASES | Misc. Action No. 13-mc-01288 (RLW) |

## [PROPOSED] ORDER

Upon consideration of the motion by Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," together

2

with Fannie Mae, the "Enterprises"), Melvin L. Watt, in his official capacity as Director of FHFA (together with FHFA, the "FHFA Defendants"), and the Enterprises for the Court to take judicial notice of certain documents in connection with resolving the FHFA Defendants' and the Enterprises' Motion to Dismiss and to consider certain documents incorporated by reference into the complaints, it is hereby:

ORDERED that the motion is GRANTED.  The Court will consider the documents identified in the motion in connection with resolving the FHFA Defendants' and Enterprises' Motion to Dismiss without converting that motion into a motion for summary judgment.


Dated: _____, 2014              _____
                                        UNITED STATES DISTRICT JUDGE