UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RCL) |
| | <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO: ALL CASES** | NOTICE OF JOINDER AND JOINDER |

**CONSOLIDATED CLASS ACTION AND DERIVATIVE PLAINTIFFS' NOTICE OF JOINDER AND JOINDER TO THE FAIRHOLME FUNDS PLAINTIFFS' MOTION FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORDS, FOR LIMITED DISCOVERY, FOR SUSPENSION OF BRIEFING ON DEFENDANTS' DISPOSITIVE <u>MOTIONS, AND FOR A STATUS CONFERENCE</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:**

Please take notice that the consolidated class action and derivative plaintiffs in the above-captioned action ("Plaintiffs") hereby join in the Fairholme Funds Plaintiffs' Motion for Supplementation of the Administrative Records, for Limited Discovery, for Suspension of Briefing on Defendants' Dispositive Motions, and for a Status Conference (the "Motion) filed in the related and coordinated action captioned *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, No. 13-cv-01053-RCL (D.D.C.) on February 12, 2014. The Motion has not yet been noticed for a hearing and is opposed by defendants. Plaintiffs join in the Motion, join in each of the filings submitted in support thereof, and incorporate the arguments set forth in the Motion and supporting papers as though fully set forth herein.[1] Plaintiffs believe that the relief sought in the Motion is necessary and appropriate, including as to Plaintiffs' class and derivative claims, and should be granted.

Dated:  February 18, 2014    Respectfully Submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ David L Wales*

David L. Wales (Bar No. 417440)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1409
Fax:  (212) 554-1444 (fax)
dwales@blbglaw.com

Blair A. Nicholas
David R. Kaplan
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com

---

[1] A copy of the Motion and supporting papers are attached hereto as Exhibit A.

davidk@blbglaw.com

BOIES, SCHILLER & FLEXNER LLP

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Tel:  (202) 237-2727
Fax:  (202) 237-6131
hhume@bsfllp.com

GRANT & EISENHOFER P.A.

/s/ *Geoffrey C. Jarvis*
Jay W. Eisenhofer
485 Lexington Avenue
New York, NY  10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Michael J. Barry
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100
gjarvis@gelaw.com
mbarry@gelaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP

*/s/ Lee D. Rudy*
Lee D. Rudy
Eric L. Zagar
Matthew A. Goldstein
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
lrudy@ktmc.com
ezagar@ktmc.com
mgoldstein@ktmc.com

*Interim Co-Lead Class Counsel*