**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred** | ) | |
| **Stock Purchase Agreement Class Action Litigations** | ) | No. 1:13-mc-1288-RCL |
| | ) | |
| **THIS DOCUMENT RELATED TO ALL CASES** | ) | |
| | ) | |
| _____ | ) | |

**DEPARTMENT OF THE TREASURY'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' NOTICE OF JOINDER IN DISCOVERY MOTION**

The plaintiffs in this action have filed a "notice of joinder" (ECF 23), which recites that they join in a motion for supplementation of the administrative record and for leave to take discovery that has been filed by the plaintiffs in another action, *Fairholme Funds, Inc. v. Federal Housing Finance Authority*, No. 1:13-cv-1053-RCL.  The *Fairholme* action is being coordinated with this action for briefing purposes.

The Department of the Treasury respectfully informs the Court that it opposes the plaintiffs' notice of joinder, for the reasons stated in the brief in opposition to Fairholme's discovery motion that it has filed in that action.  *See* Department of the Treasury's Memorandum in Opposition to Fairholme Funds' Motion to Supplement the Administrative Records, to Take Discovery, to Suspend the Agreed Briefing Schedule, and for a Status Conference, ECF 33, *Fairholme Funds, Inc. v. Federal Housing Finance Authority*, No. 1:13-cv-1053-RCL (D.D.C. filed Mar. 4, 2014).

Dated: March 4, 2014                    Respectfully submitted,

                                        STUART F. DELERY
                                        Assistant Attorney General

                                        RONALD C. MACHEN, JR.
                                        United States Attorney

                                        DIANE KELLEHER
                                        Assistant Branch Director

                                          /s/ Joel McElvain
                                        JOEL McELVAIN
                                        THOMAS D. ZIMPLEMAN
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, NW
                                        Washington, D.C. 20530
                                        (202) 514-2988
                                        Joel.McElvain@usdoj.gov

                                        *Counsel for the Department of the Treasury*