UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | Misc. Action No. 13-mc-1288 (RCL)<br><br><br>CLASS ACTION<br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER GRANTING CONSOLIDATED CLASS ACTION
AND DERIVATIVE PLAINTIFFS' MOTION FOR ENLARGEMENT
OF TIME FOR OPPOSITION TO MOTIONS TO DISMISS AND
REQUEST FOR EXPEDITED DECISION**

The Court, having considered Consolidated Class Action and Derivative Plaintiffs' ("Class Plaintiffs") Motion for Enlargement of Time for Opposition to Motions to Dismiss and Request for Expedited Decision (the "Motion"), any opposition to the Motion, the arguments of counsel, other pleadings and documents filed in the above-captioned action, and good cause appearing therefore it is hereby ORDERED and DECREED as follows:

The deadline for Class Plaintiffs' opposition to defendants' motions to dismiss and for summary judgment is enlarged to the later of: (a) if the Court grants the Motion for Supplementation of the Administrative Records, for Limited Discovery, for Suspension of Briefing on Defendants' Dispositive Motions, and for a Status Conference ("Discovery Motion") filed on February 12, 2014 in the action captioned *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, No. 13-cv-1053-RCL, the same deadline the Court sets for the filing of the Fairholme plaintiffs' opposition to defendants' dispositive motions; or (b) if the

-2-

Court denies the Discovery Motion, 5 days after the Court enters an Order denying the Discovery Motion.

    IT IS SO ORDERED.

    This _____ day of _____, 2014

                                                     _____
                                                    THE HONORABLE ROYCE C. LAMBERTH