IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | ) ) ) ) ) ) ) | No. 1:13-mc-1288-RCL |
| **THIS DOCUMENT RELATED TO ALL CASES** | | |
| _____ | | |

**DEPARTMENT OF THE TREASURY'S
OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME**

This case is being coordinated for briefing purposes with three other cases pending in this Court raising similar claims. The defendants have filed dispositive motions in each of the coordinated cases. Pursuant to a stipulated briefing schedule, the plaintiffs' responses to the defendants' dispositive motions are due to be filed on or before March 21, 2014. Order Regarding Briefing Schedule in All Cases at 2, ECF 2 (Nov. 18, 2013); Joint Stipulation Regarding Briefing Schedule in All Cases, ECF 35, *Perry Capital LLC v. Lew*, No. 1:13-cv-1025 (D.D.C. filed Feb. 14, 2014) (stipulation to extend plaintiffs' deadline to March 21, signed by parties in each of the coordinated actions, but filed only in the *Perry* action).

The plaintiffs in this case now move for a further enlargement of time for their response to the dispositive motions, pending the resolution of a motion for supplementation of the administrative record and for leave to take discovery that has been filed by the plaintiffs in another of the coordinated actions, *Fairholme Funds, Inc. v. Federal Housing Finance Authority*, No. 1:13-cv-1053-RCL (D.D.C.). The Department of the Treasury respectfully opposes this request. These coordinated cases should proceed together on the agreed briefing schedule, which has already provided ample time for the plaintiffs to prepare and file their responses to the defendants' dispositive motions. As noted in the opposition to the supplementation motion that Treasury filed in the *Fairholme* action, the existing schedule explicitly contemplated that

plaintiffs might oppose the defendants' motions on the basis of Rule 56(d). There is no reason to disrupt this coordinated schedule to provide for separate briefing of collateral issues that can be addressed in the context of the dispositive motion briefing schedule that the Court has already established.

Dated: March 14, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

  /s/ Joel McElvain
JOEL McELVAIN
THOMAS D. ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for the Department of the Treasury*