**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations _____ This document relates to: ALL CASES | Misc. Action No. 13-mc-01288 (RCL) |

**OPPOSITION OF DEFENDANTS FEDERAL HOUSING FINANCE AGENCY**
**AS CONSERVATOR FOR FANNIE MAE AND FREDDIE MAC, FHFA DIRECTOR**
**MELVIN L. WATT, FANNIE MAE, AND FREDDIE MAC**
**TO CONSOLIDATED CLASS ACTION AND DERIVATIVE PLAINTIFFS' MOTION**
**FOR ENLARGEMENT OF TIME FOR OPPOSITION TO MOTIONS TO DISMISS**
**<u>AND REQUEST FOR EXPEDITED DECISION</u>**

Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as

Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal

Home Loan Mortgage Corporation ("Freddie Mac," together with Fannie Mae, the

"Enterprises"), Melvin L. Watt, in his official capacity as Director of FHFA (together with

FHFA, the "FHFA Defendants"), and the Enterprises hereby oppose the Motion of the

Consolidated Class Action and Derivative Plaintiffs' for an Enlargement of Time for Opposition

to Motions to Dismiss and Request for Expedited Decision (Doc. # 26).

The FHFA Defendants and Enterprises respectfully request the Court deny the present

motion and maintain the existing briefing schedule.

On November 18, 2013, the Court entered the parties' agreed briefing schedule for initial

dispositive motions, ordering that all Plaintiffs file their oppositions to Defendants' dispositive

motions on February 19, 2014.  Doc. # 2.

On January 17, 2014, Defendants filed their dispositive motions.  Doc. ## 19, 20.

On February 12, 2014, plaintiffs in *Fairholme Funds, Inc. v. FHFA*, No. 1:13cv1053

(D.D.C.), filed a Motion for Supplementation of the Administrative Records, for Limited

Discovery, for Suspension of Briefing on Defendants' Dispositive Motions, and for a Status Conference (the "Discovery Motion") (Doc. # 31 (1:13cv1053)).  The Consolidated and Derivative Plaintiffs joined this Discovery Motion on February 18, 2014.  Doc. # 23.

On February 14, 2014, the parties filed a Joint Stipulation by which they agreed to extend the briefing schedule by 30 days.  Doc. # 35 (filed in *Perry Capital v. Lew*, No. 1:13cv1025 (D.D.C.)).  Defendants' consent to that Joint Stipulation was "premised on the understanding that Defendants [were] consenting only to set a date certain for all Plaintiffs to file their responses to Defendants' dispositive motions. . . . because Fairholme's discovery motion ha[d] cast uncertainty on the existing briefing schedule."  *Id.*

On March 4, 2014, Defendants filed their oppositions to the Discovery Motion, in which Defendants explain in detail why the discovery that plaintiffs seek is unwarranted and improper, both substantively and procedurally.  *See* Doc. ## 33, 34 (1:13cv1053).

Because the FHFA Defendants and Enterprises believe the Discovery Motion is meritless, they likewise believe the pendency of the Discovery Motion does not justify extending the existing scheduling.  Accordingly, for the reasons stated in Defendants' oppositions to the Discovery Motion (Doc. ## 33, 34 (1:13cv1053)), the FHFA Defendants and Enterprises respectfully request that the Court deny the present motion and maintain the existing briefing schedule, including the Consolidated and Derivative Plaintiffs' March 21, 2014, deadline to oppose Defendants' dispositive motions.

Dated:  March 14, 2014                          Respectfully submitted,


/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Howard.Cayne@aporter.com
Asim.Varma@aporter.com
David.Bergman@aporter.com

*Attorneys for Defendants Federal Housing
Finance Agency and Director Melvin L.
Watt*


s/ Michael Joseph Ciatti                        /s/ Paul D. Clement
Michael Joseph Ciatti (D.C. Bar # 467177)       Paul D. Clement (D.C. Bar # 433215)
mciatti@kslaw.com                               pclement@bancroftpllc.com
Graciela Maria Rodriguez                        BANCROFT PLLC
(D.C. Bar # 438955)                             1919 M Street, N.W., Suite 470
gmrodriguez@kslaw.com                           Washington, D.C.  20036
KING & SPALDING, LLP                            Telephone:  202.234.0090
1700 Pennsylvania Avenue, N.W.                  Facsimile:  202.234.2806
Suite 200
Washington, D.C.  20006                         *Attorney for the Federal National Mortgage
Telephone:  202.626.5508                        Association*
Facsimile:  202.626.3737

*Attorneys for the Federal Home Loan
Mortgage Corporation*