UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION<br><br>**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION** |

**CONSOLIDATED CLASS ACTION AND DERIVATIVE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON OMNIBUS OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTIONS**

Consolidated Class Action and Derivative Plaintiffs ("Class Plaintiffs"), by and through their undersigned counsel, respectfully submit this unopposed motion for an enlargement of 40 pages with respect to the page limitation for their forthcoming omnibus opposition to defendants' dispositive motions (the "Motion").

On January 6, 2014, the Court entered an Order providing that defendants' could file briefing in support of their dispositive motions in the related individual actions *Perry Capital, LLC v. Lew*, No. 13-cv-1025-RCL, *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, No. 13-cv-1053-RCL and *Arrowood Indemnity Co., et al. v. Federal National Mortgage Association, et al.*, No. 13-cv-1439-RCL (collectively, the "Individual Actions") that collectively would not exceed 130 pages (70 pages for FHFA, its director, Fannie Mae and Freddie Mac's brief and 60 pages for Treasury and its Secretary's brief), and plaintiffs' could file briefing in support of their opposition to defendants' dispositive motions that collectively would not exceed 150 pages.

On January 8, 2014, defendants filed an Unopposed Motion for an Enlargement of the Page Limitation for their Dispositive Motions [ECF No. 13] seeking an enlargement of 10 pages (from 130 to 140 pages) with respect to the page limitation for their dispositive motions. Defendants requested the enlargement because, as stated, the Treasury defendants and non-Treasury defendants wished to each file a single brief in support of their dispositive motions in the Individual Actions *and* this action, and the Treasury defendants required the additional 10 pages to address claims raised in Class Plaintiffs' complaint and not in the complaints filed in the Individual Actions. On January 9, 2014, the Court issued an Order granting defendants' unopposed motion. On January 17, 2014, defendants filed their dispositive motions which collectively total 139 pages [ECF Nos. 19-1, 20].

With respect to Class Plaintiffs, the Court has not yet entered an Order with respect to page limitations. In order to respond to the two dispositive motions filed by defendants, Class Plaintiffs would require an enlargement of the page limitation with respect to their brief, from 45 pages pursuant to Local Rule 7(e), to 85 pages. The reasons for the request enlargement are as follows. First, Class Plaintiffs seek to file approximately an 85-page omnibus opposition to defendants' dispositive motions, which is 54 pages less than the total number of pages of defendants' two dispositive motions. Class Plaintiffs believe that an increase to 85 pages is fair in light of the length of defendants' dispositive motions. Second, Class Plaintiffs require the additional pages to address claims raised in their complaint and not in the complaints filed in the Individual Actions, such as: (i) a breach of contract claim on behalf of Freddie Mac common stockholders against Freddie Mac and FHFA; (ii) a breach of the implied covenant of good faith and fair dealing claim on behalf of Freddie Mac common stockholders against Freddie Mac and FHFA; and (iii) a Takings claim against FHFA and Treasury.

Before the Motion was filed, counsel for the Class Plaintiffs consulted with counsel for defendants, who confirmed that the defendants do not oppose the relief requested in the Motion.

Accordingly, Class Plaintiffs request that the Motion be granted. A Proposed Order is attached.

Dated:  March 18, 2014	Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Tel:  (202) 237-2727
Fax:  (202) 237-6131
hhume@bsfllp.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

*/s/ David L Wales*
David L. Wales (Bar No. 417440)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1409
Fax:  (212) 554-1444 (fax)
dwales@blbglaw.com

Blair A. Nicholas
David R. Kaplan
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

GRANT & EISENHOFER, P.A.

/s/ *Geoffrey C. Jarvis*
Jay W. Eisenhofer
485 Lexington Avenue
New York, NY  10017

Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Michael J. Barry
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
gjarvis@gelaw.com
mbarry@gelaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP

*/s/ Lee D. Rudy*
Lee D. Rudy
Eric L. Zagar
Matthew A. Goldstein
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
lrudy@ktmc.com
ezagar@ktmc.com
mgoldstein@ktmc.com

*Interim Co-Lead Class Counsel*