UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Michael J. Barry *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael J. Barry, filed herewith. As set forth in Mr. Barry's declaration, he is admitted and an active member in good standing of the following courts and bars: the Delaware Bar, Massachusetts Bar, New Jersey Bar, Pennsylvania Bar, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Ninth Circuit Court of Appeals, the U.S. District Court for the District of New Jersey, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. District Court for the Middle District of Pennsylvania. This motion is supported and signed by Geoffrey C. Jarvis, an active and sponsoring member of the Bar of this Court.

Dated: March 20, 2014

Respectfully submitted,

GRANT & EISENHOFER P.A.

/s/ *Geoffrey Jarvis*
Geoffrey Jarvis (Bar No. 392243)
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100
gjarvis@gelaw.com

*Interim Co-Lead Counsel for the Class*