**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW) <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**<u>DECLARATION OF MICHAEL J. BARRY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Michael J. Barry, hereby declare:

1. My name, office address, and telephone number are as follows:
   Michael J. Barry
   Grant & Eisenhofer P.A.
   123 Justison Street
   Wilmington, DE 19801
   Tel: 302-622-7000

2. I have been admitted to the following courts and bars:
   Delaware Bar (June 18, 2003) (Del. Bar No. 4368)
   Massachusetts Bar (February 16, 2000) (Mass Bar No. 638667)
   New Jersey Bar (December 21, 1993) (NJ Bar No. 4155-1993)
   Pennsylvania Bar (November 29, 1993) (PA Bar No. 69122)
   Second Circuit Court of Appeals (June 25, 2013)
   First Circuit Court of Appeals (September 18, 2013)
   Third Circuit Court of Appeals (November 29, 1993)
   Ninth Circuit Court of Appeals (April 28, 2008)
   U.S. District Court for the District of New Jersey (December 21, 1993)
   U.S. District Court for the Eastern District of Pennsylvania (November 29, 1993)
   U.S. District Court for the Middle District of Pennsylvania (November 29, 1993)
   District of Colorado (May 18, 2004)
   District of Connecticut (November 4, 2002)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court within the last two years.

5. Grant & Eisenhofer P.A. has an office located in the District of Columbia at 1747 Pennsylvania Ave, N.W. Suite 875, Washington D.C. 20006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2014                    Respectfully submitted,

                                         GRANT & EISENHOFER P.A.

                                         /s/ *Michael J. Barry*
                                         Michael J. Barry
                                         123 Justison Street
                                         Wilmington, DE 19801
                                         Telephone: (302) 622-7000
                                         Facsimile: (302) 622-7100
                                         mbarry@gelaw.com
                                         *Interim Co-Lead Counsel for the Class*