**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW) <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY MICHAEL J. BARRY *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Michael J. Barry *pro hac vice*. Upon consideration of that motion, the Court grants attorney Michael J. Barry *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____                           _____
                                                                              ROBERT L. WILKINS
                                                                              United States District Judge