**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW) <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL CASES | DECLARATION OF DAVID M. HAENDLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

I, David M. Haendler, hereby declare:

1. My name, office address, and telephone number are as follows:
   David M. Haendler
   Grant & Eisenhofer P.A.
   123 Justison Street
   Wilmington, DE 19801
   Tel: 302-622-7000

2. I have been admitted to the following courts and bars:
   Delaware Bar (December 11, 2013) (DE Bar No. 5899)
   Illinois Bar (November 4, 2010) (Ill. Bar No. 6303443)
   Pennsylvania Bar (December 12, 2006) (PA Bar No. 202755)
   U.S. District Court for the Eastern District of Pennsylvania (January 10, 2008)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court within the last two years.

5. Grant & Eisenhofer P.A. has an office located in the District of Columbia at 1747 Pennsylvania Ave, N.W. Suite 875, Washington D.C. 20006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2014                     Respectfully submitted,

                                          GRANT & EISENHOFER P.A.

                                          /s/ *David M. Haendler*
                                          David M. Haendler
                                          123 Justison Street
                                          Wilmington, DE  19801
                                          Telephone:  (302) 622-7000
                                          Facsimile:  (302) 622-7100
                                          dhaendler@gelaw.com

                                          *Interim Co-Lead Counsel for the Class*