# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW) <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL CASES | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DAVID M. HAENDLER *PRO HAC VICE* |

The Court has reviewed the Plaintiffs' motion for admission of attorney David M. Haendler *pro hac vice*. Upon consideration of that motion, the Court grants attorney David M. Haendler *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____        _____
                                ROBERT L. WILKINS
                                United States District Judge