UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Misc. Action No. 13-mc-1288 (RLW) |

**DECLARATION OF PLAINTIFF MARY MEIYA LIAO IN SUPPORT OF CONSOLIDATED CLASS ACTION AND DERIVATIVE PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION AND DERIVATIVE COMPLAINT**

I, Mary Meiya Liao, hereby declare under penalty of perjury as follows:

1. I am a plaintiff in the above-captioned action and respectfully submit this declaration in support of the Consolidated Class Action and Derivative Plaintiff's Omnibus Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action and Derivative Complaint. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. I hold 300 shares of Federal National Mortgage Association ("Fannie Mae") Preferred Series T stock. I have held such shares continuously since their initial public offering on or about May 13, 2008. These shares are the subject of the claims asserted on my behalf in this litigation. I hold no other securities issued by either Fannie Mae or defendant Federal Home Loan Mortgage Corporation ("Freddie Mac").

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 21 day of March, 2014.

_____
MARY MEIYA LIAO