UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations )<br>)<br>)<br>)<br>)<br>)<br>This Order relates to: )<br>ALL CASES )<br>) | Misc. No. 13-1288 (RCL)<br><br>**FILED**<br>AUG 1 1 2014<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Before the Court are the Consolidated Class Action and Derivative Plaintiffs' ("class plaintiffs") motion [26] for enlargement of time for opposition to the defendants' motions [19. 20] to dismiss and the defendants' oppositions [27, 28] thereto. Given that the class plaintiffs filed their opposition to the defendants' motions to dismiss in accordance with the stipulated briefing schedule filed on the active docket for *Perry Capital LLC v. Lew*, 13 Civ. 1025 (D.D.C. Feb. 14, 2014), ECF No. 35, it is hereby

**ORDERED** that the class plaintiffs' motion [26] for enlargement of time is **DENIED**, *nunc pro tunc*.

It is **SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on August 6, 2014.