FILED
AUG 1 1 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER |
|---|---|

[~~PROPOSED~~] ORDER GRANTING CONSOLIDATED CLASS ACTION
AND DERIVATIVE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION ON OMNIBUS OPPOSITION TO
DEFENDANTS' DISPOSITIVE MOTIONS

The Court, having considered Consolidated Class Action and Derivative Plaintiffs' ("Class Plaintiffs") Unopposed Motion for Leave to Exceed Page Limitation on Omnibus Opposition to Defendants' Dispositive Motions, and good cause appearing therefore it is hereby ORDERED and DECREED as follows:

Class Plaintiffs' omnibus opposition to defendants' dispositive motions filed on January 17, 2014 shall not exceed eighty-five (85) pages in length.

IT IS SO ORDERED, *nunc pro tunc*.

This __7th__ day of __August__, 2014

_____
THE HONORABLE ROYCE C. LAMBERTH