**FILED**

AUG 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RCL) <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL CASES | [~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DAVID M. HAENDLER *PRO HAC VICE* |

The Court has reviewed the Plaintiffs' motion for admission of attorney David M. Haendler *pro hac vice*. Upon consideration of that motion, the Court grants attorney David M. Haendler *pro hac vice* admission to this Court, nunc pro tunc.

IT IS SO ORDERED.

DATED: 8/7/14

_____
~~ROBERT L. WILKINS~~
United States District Judge