UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
SEP 3 0 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PERRY CAPITAL LLC,

          Plaintiff,

v.

JACOB J. LEW, *et al.*,

          Defendant.

Civil No. 13-1025 (RCL)

---

FAIRHOLME FUNDS, INC., *et al.*,

          Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY, *et al.*,

          Defendant.

Civil No. 13-1053 (RCL)

---

ARROWOOD INDEMNITY COMPANY, *et al.*,

          Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*,

          Defendant.

Civil No. 13-1439 (RCL)

|  |  |
|---|---|
| In re Fannie Mae/Freddie Mac ) <br> Senior Preferred Stock Purchase Agreement ) <br> Class Action Litigations ) <br> ) <br> ) <br> This Memorandum Opinion relates to: ) <br> ALL CASES ) <br> ) | Miscellaneous No. 13-1288 (RCL) <br><br> <u>CLASS ACTION</u> |

### ORDER

Before the Court are the defendants' respective motions to dismiss and, in the alternative, for summary judgment [*Perry* 31, 32], [*Fairholme* 27, 28], [*Arrowood* 35, 36], [*In re Fannie Mae/Freddie Mac* 19, 20], the class action plaintiffs' ("class plaintiffs") opposition to the defendants' motions to dismiss [*In re Fannie Mae/Freddie Mac* 33], the *Perry*, *Fairholme*, and *Arrowood* plaintiffs' (collectively, "individual plaintiffs") opposition to the defendants' motions to dismiss and cross-motion for summary judgment [*Perry* 37, 38], [*Fairholme* 38, 40], [*Arrowood* 44, 46], the *Fairholme* and *Arrowood* plaintiffs' supplemental memorandum in support of the individual plaintiffs' opposition to the defendants' motions to dismiss and cross-motion for summary judgment [*Fairholme* 39], [*Arrowood* 45], the defendants' respective reply briefs to the class and individual plaintiffs' oppositions to the motions to dismiss [*Perry* 40, 42], [*Fairholme* 43, 45], [*Arrowood* 48, 50], [*In re Fannie Mae/Freddie Mac* 36, 38] and identical opposition briefs to the individual plaintiffs' cross-motion for summary judgment [*Perry* 41, 43], [*Fairholme* 44, 46], [*Arrowood* 49, 51], and the individual plaintiffs' reply to the defendants' opposition to the cross-motion [*Perry* 47], [*Fairholme* 51], [*Arrowood* 54]. For the reasons explained in the accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that the defendants' motions to dismiss [*Perry* 31, 32], [*Fairholme* 27, 28], [*Arrowood* 35, 36], [*In re Fannie Mae/Freddie Mac* 19. 20] are **GRANTED** and the individual

plaintiffs' cross-motion for summary judgment [*Perry* 37], [*Fairholme* 39, 40], [*Arrowood* 45, 46] are **DENIED**.

These cases are hereby **DISMISSED**.

It is **SO ORDERED** this 30th day of September 2014.

*[signature]*
ROYCE C. LAMBERTH
United States District Judge