UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> THIS DOCUMENT RELATES TO: <br> ALL CASES | Misc. Action No. 13-mc-1288 (RCL) <br><br> <u>CLASS ACTION</u> |

**CONSOLIDATED CLASS ACTION AND DERIVATIVE PLAINTIFFS'**
<u>**NOTICE OF APPEAL**</u>

Notice is hereby given this 15th day of October, 2014, that the Consolidated Class Action and Derivative Plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the District of Columbia from: (1) the Memorandum Opinion [ECF No. 46] entered on September 30, 2014; (2) the Order Granting Defendants' Motions to Dismiss and Denying Plaintiffs' Cross-Motion for Summary Judgment [ECF No. 47] entered on September 30, 2014; (3) the Order Denying Motion for Supplementation of the Administrative Record, Limited Discovery, Suspension of Briefing on the Defendants' Dispositive Motions, and a Status Conference [ECF No. 48] entered on September 30, 2014; and (4) all other orders and rulings adverse to the Consolidated Class Action and Derivative Plaintiffs in the above-captioned action.

Dated:  October 15, 2014          Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Tel:  (202) 237-2727
Fax:  (202) 237-6131
hhume@bsfllp.com

BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP

*/s/ David L Wales*
David L. Wales (Bar No. 417440)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1409
Fax:  (212) 554-1444
dwales@blbglaw.com

Blair A. Nicholas
David R. Kaplan
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

GRANT & EISENHOFER, P.A.

*/s/ Geoffrey C. Jarvis*
Jay W. Eisenhofer
485 Lexington Avenue
New York, NY  10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Michael J. Barry
123 Justison Street
Wilmington, DE  19801
Tel:  (302) 622-7000
Fax:  (302) 622-7100
gjarvis@gelaw.com
mbarry@gelaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP

*/s/ Lee D. Rudy*
Lee D. Rudy
Eric L. Zagar
Matthew A. Goldstein
280 King of Prussia Road

Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
lrudy@ktmc.com
ezagar@ktmc.com
mgoldstein@ktmc.com

*Interim Co-Lead Class Counsel*