IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Civil Action No. 1:13-cv-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br> _____ <br> This document relates to: <br> Cacciapelle, 1:13-cv-1149 (RCL); <br> American European Insurance Company, 1:13-cv-1169 (RCL); <br> Dennis, 1:13-cv-1208 (RCL); <br> Marneu Holdings Co., 1:13-cv-1421 (RCL); <br> Borodkin, 1:13-cv-1443 (RCL). | Misc. Action No. 13-mc-1288 (RCL) |

## **NOTICE OF APPEARANCE BY MICHAEL J. WALSH, JR.**

PLEASE TAKE NOTICE that Michael J. Walsh, Jr. of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendant Federal National Mortgage Association in the above-captioned case.

Date:   September 26, 2016

Respectfully submitted,

 /s/ Michael J. Walsh, Jr.
Michael J. Walsh, Jr. (D.C. Bar # 483296)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

*Counsel for Defendant Federal National Mortgage Association*