# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, et al., <br><br>           Plaintiffs, <br>      v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br>           Defendants. | Civil Action No. 1:13-cv-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br> _____ <br> This document relates to: <br><br> Cacciapelle, 1:13-cv-1149 (RCL); <br><br> American European Insurance Company, 1:13-cv-1169 (RCL); <br><br> Dennis, 1:13-cv-1208 (RCL); <br><br> Marneu Holdings Co., 1:13-cv-1421 (RCL); <br><br> Borodkin, 1:13-cv-1443 (RCL). | Misc. Action No. 13-mc-1288 (RCL) |

## NOTICE OF APPEARANCE BY JEFFREY W. KILDUFF

   PLEASE TAKE NOTICE that Jeffrey W. Kilduff of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendant Federal National Mortgage Association in the above-captioned case.

Date:   September 26, 2016                    Respectfully submitted,

                                        /s/ Jeffrey W. Kilduff
                                       Jeffrey W. Kilduff. (D.C. Bar # 426632)
                                       O'MELVENY & MYERS LLP
                                       1625 Eye Street, NW
                                       Washington, DC 20006-4001
                                       (202) 383-5300 (telephone)
                                       (202) 383-5414 (facsimile)

                                       *Counsel for Defendant Federal National Mortgage Association*