## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Consolidated Nos. 13-mc-1288 (L); 13-cv-1094; 13-cv-1149; 13-cv-1169; 13-cv-1184; 13-cv-1208; 12-cv-1421; 13-cv-1443 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Paul D. Clement and Stephen V. Potenza of Bancroft PLLC respectfully submit notice to this Court of their withdrawal in the above-captioned matter. Defendant Federal National Mortgage Association has engaged substitute counsel, Jeffrey W. Kilduff and Michael J. Walsh, Jr., of O'Melveny & Myers LLP, who have entered appearances in this matter.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
BANCROFT PLLC
500 New Jersey Avenue, NW
Seventh Floor
Washington, DC 20001
(202) 234-0090
pclement@bancroftpllc.com

*Counsel for Defendant*

September 26, 2016