### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Misc. Action No. 13-mc-1288 (RCL)** |
| _____ | <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO:** | |
| Cacciapelle, 13-cv-1149 (RCL) | |

<u>**NOTICE OF APPEARANCE BY STACEY K. GRIGSBY**</u>

Please take notice that Stacey K. Grigsby of Boies Schiller Flexner LLP enters her

appearance as counsel on behalf of Plaintiff Joseph Cacciapelle in the above-captioned

case.

Dated:  August 29, 2017                     Respectfully submitted,

                                                     ____*/s/ Stacey K. Grigsby*_____

                                                     Stacey K. Grigsby (D.C. Bar No. 491197)
                                                     Boies Schiller Flexner LLP
                                                     1401 New York Ave., NW
                                                     Washington, D.C. 20005
                                                     Tel: (202) 237-2727
                                                     Fax: (202) 237-6131
                                                     sgrigsby@bsfllp.com

                                                     *Interim Co-Lead Class Counsel*