# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Misc. Action No. 13-mc-1288 (RCL)** |
| _____ | <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO:** | |
| Cacciapelle, 13-cv-1149 (RCL) | |

<u>**NOTICE OF APPEARANCE BY JONATHAN M. SHAW**</u>

Please take notice that Jonathan M. Shaw of Boies Schiller Flexner LLP enters his appearance as counsel on behalf of Plaintiff Joseph Cacciapelle in the above-captioned case.

Dated:  August 29, 2017

Respectfully submitted,

_____ */s/ Jonathan M. Shaw* _____

Jonathan M. Shaw (D.C. Bar No. 446249)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jshaw@bsfllp.com

*Interim Co-Lead Class Counsel*