UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Cacciapelle, 13-cv-1149 (RCL) | Misc. Action No. 13-mc-1288 (RCL) <br><br> <u>CLASS ACTION</u> |

### NOTICE OF APPEARANCE BY ALEXANDER I. PLATT

Please take notice that Alexander I. Platt of Boies Schiller Flexner LLP enters his appearance as counsel on behalf of Plaintiff Joseph Cacciapelle in the above-captioned case.

Dated: August 29, 2017                              Respectfully submitted,

                                                                     */s/ Alexander I. Platt*

                                                                    Alexander I. Platt (D.C. Bar No. 1019844)
                                                                    Boies Schiller Flexner LLP
                                                                    1401 New York Ave., NW
                                                                    Washington, D.C. 20005
                                                                    Tel: (202) 237-2727
                                                                    Fax: (202) 237-6131
                                                                    aplatt@bsfllp.com

                                                                    *Interim Co-Lead Class Counsel*