**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                           )
IN RE FANNIE MAE/FREDDIE MAC    )
SENIOR PREFERRED STOCK             )
PURCHASE AGREEMENT CLASS     )
ACTION LITIGATIONS                         )
                                                           )
THIS NOTICE RELATES TO ALL        )
CASES                                                   )     Misc. Action No. 13-mc-1288 (RCL)
                                                           )
_____)

**NOTICE OF APPEARANCE**

Please take notice that Caroline J. Anderson of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel for Defendant Steven T. Mnuchin, in his official capacity as the Secretary of the Department of the Treasury, and the Department of the Treasury.

Dated:  August 30, 2017

                                                            Respectfully submitted,

                                                            CHAD A. READLER
                                                            Acting Assistant Attorney General

                                                            Diane Kelleher
                                                            Assistant Branch Director

                                                             /s/ *Caroline Anderson*
                                                            CAROLINE J. ANDERSON
                                                            Trial Attorney (IL Bar No. 6308482)
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            20 Massachusetts Avenue NW
                                                            Washington, DC 20530
                                                            Telephone: (202) 305-8645
                                                            Fax: (202) 616-8470
                                                            Caroline.J.Anderson@usdoj.gov

                                                            *Counsel for Defendants*