# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> **This Notice Relates to All Cases** | ) <br> ) <br> ) <br> ) No. 1:13-mc-1288-RCL <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joel McElvain withdraws his appearance as counsel for the defendants Department of the Treasury and Steven T. Mnuchin, in his official capacity as Secretary of the Treasury, in the above-captioned matter.

Dated: August 30, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

DIANE KELLEHER
Assistant Branch Director


    /s/ Joel McElvain
CAROLINE J. ANDERSON
JOEL McELVAIN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov