IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS,<br><br>This Notice Relates to All Cases | No. 13-mc-1288-RCL |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of R. CHARLIE MERRITT as additional counsel for Defendant Steven T. Mnuchin, in his official capacity as the Secretary of the Department of the Treasury, and the Department of the Treasury, in the above-captioned case. Please direct all communication regarding this case to Mr. Merritt's address listed below.

Dated: September 14, 2017

Respectfully submitted

CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 616-8098
Fax: (202) 616-8470
Email: robert.c.merritt@usdoj.gov