## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | **Misc. Action No. 13-mc-1288 (RCL)**<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants*. | **Civil Action No: 13-cv-1439 (RCL)** |

**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

Following the opinion by the U.S. Court of Appeals for the District of Columbia Circuit, amended and reissued on July 17, 2017, and reported at *Perry Capital LLC v. Mnuchin*, 864 F.3d 591 (D.C. Cir. 2017), the undersigned counsel for parties in the above-captioned actions agree to comply with and respectfully request that the Court order the following schedule for these actions on remand:

- Plaintiffs' motions for leave to file amended complaints shall be due on **November 1, 2017.**
- Prior to filing, Plaintiffs will disclose to Defendant the Federal Housing Finance Agency ("FHFA") the general nature of their proposed amendments on or before **October 13, 2017.**
- FHFA will inform Plaintiffs whether they plan to oppose the proposed amendments on or before **October 20, 2017.**
- If FHFA does file an opposition, it will be due on **January 10, 2018**, with Plaintiffs' replies due on **February 12, 2018.**
- All Defendants' motions to dismiss will be due on **January 10, 2018,** Plaintiffs' oppositions will be due on **February 12, 2018,** and Defendants' Replies will be due on **March 12, 2018.**

Further, Plaintiffs stipulate that their proposed amended Complaints will not add any new claims against Defendant U.S. Department of the Treasury ("Treasury"), and Treasury will not be named as a defendant at this time. Treasury stipulates that it will not oppose Plaintiffs' motions to amend and further stipulates that, if the D.C. Circuit's decision in this matter is reversed, Treasury would not oppose amendment to add Treasury back as a defendant, for any claims, on the ground that Plaintiffs caused undue delay by not seeking to bring claims against Treasury in 2017, or on the ground that the Complaint has already been amended. Any defenses available to Treasury as of the Date of this Joint Stipulation will be preserved in the event that Treasury is named as a defendant in these matters at a date subsequent to the Date.

A proposed order is submitted along with this stipulation.

Dated: October 4, 2017

Respectfully submitted,

*/s/ Howard N. Cayne*
(by permission)
Howard N. Cayne
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Howard.Cayne@apks.com

*Counsel for Defendants Federal Housing Finance Agency and Director Melvin L. Watt*

*/s/ Caroline Anderson*
(by permission)
Caroline Anderson
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8645
Fax: (202) 616-8470
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendant U.S. Department of Treasury and Secretary Steven T. Mnuchin*

*/s/ Alexander I. Platt*
Alexander I. Platt
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
aplatt@bsfllp.com

KESSLER TOPAZ MELTZER & CHECK LLP
Eric L. Zagar
280 King of Prussia Road
Radnor, PA 19087
Tel: (610)667-7706
Fax: (610)667-7056
ezagar@ktmc.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
David R. Kaplan
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
(858) 793-0070
Fax: (858) 793-0323
davidk@blbglaw.com

GRANT & EISENHOFER P.A.
Michael J. Barry
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

*Interim Co-Lead Class Counsel*

| | |
|---|---|
| */s/ Jeffrey W. Kilduff* | */s/ Peter A. Patterson* |
| (by permission) | (by permission) |
| Jeffrey W. Kilduff | Peter A. Patterson |
| O'MELVENY & MYERS, LLP | COOPER & KIRK, PLLC |
| 1625 Eye Street, N.W. | 1523 New Hampshire Ave., N.W. |
| Washington, DC 20006 | Washington, D.C. 20036 |
| Tel: (202)383-5300 | Tel: (202) 220-9600 |
| Fax: (202)383-5414 | Fax: (202) 220-9601 |
| jkilduff@omm.com | ppatterson@cooperkirk.com |

*Counsel for Defendant Federal National Mortgage Association*

*Counsel for Plaintiffs Fairholme Funds et al.*

| | |
|---|---|
| */s/ Michael J. Ciatti* | */s/ Richard M. Zuckerman* |
| (by permission) | (by permission) |
| Michael J. Ciatti | Richard M. Zuckerman |
| KING & SPALDING LLP | DENTONS US LLP |
| 1700 Pennsylvania Ave. N.W. | 1221 Avenue of the Americas |
| Washington, DC 20006 | New York, NY 10020 |
| Tel: (202) 626-5508 | Tel: (212) 768-6700 |
| Fax: (202) 626-3737 | Fax: (212) 768-6800 |
| mciatti@kslaw.com | richard.zuckerman@dentons.com |

*Counsel for Defendant Federal Home Loan Mortgage Corporation*

*Counsel for Plaintiffs Arrowood Indemnity Co., et al.*