UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>    ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER**

It is hereby ORDERED that Class Plaintiffs' Unopposed Motion for Leave to File a Second Amended Complaint is GRANTED, and that, pursuant to LCvR 15.1, the Second Amended Complaint, as submitted with Class Plaintiffs' Motion, is deemed to have been FILED.

    SO ORDERED.

Date: _____          _____
                                                                                               Hon. Royce C. Lamberth
                                                                                               U.S. District Judge,
                                                                                               U.S. District Court for the District of Columbia