# Exhibit B



(By Email)

Howard N. Cayne
Asim Varma
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington DC 20001-3743
Tel: (202) 942-5656
Howard.Cayne@apks.com
Asim.Varma@apks.com

Oct. 13, 2017

Re: *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations,* **13-mc-1288 (D.D.C.)**

Counsel,

    I am writing on behalf of Class Counsel in the above-captioned matter pursuant to the joint scheduling stipulation filed October 4, 2017 to disclose the general nature of the proposed amendments to our Complaint. We propose to add the following to our Complaint:

- Direct claims against FHFA for breach of fiduciary duties.
- Claims against FHFA based on the fact that the Net Worth Sweep is barred by Delaware and Virginia law applicable to preferred stock.
- New class representatives.
- Additional factual material drawn from documents disclosed in the Court of Federal Claims and the public record.
- Fannie Mae and Freddie Mac as defendants with respect to all claims (to the extent they are not already named).

    Pursuant to the October 4, 2017 stipulation, please let us know by October 20, 2017, whether you plan to oppose these proposed amendments.



Respectfully,

*/s/ Hamish P.M. Hume*

Hamish P.M. Hume

BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com

*Interim Co-Lead Class Counsel*

CC: Pete Patterson (Cooper & Kirk, PLLC), *Counsel for Fairholme Funds, et al.*
Richard Zuckerman (Dentons US LLP), *Counsel for Arrowood Indemnity Company, et al.*
Michael Ciatti (King & Spalding LLP), *Counsel for Freddie Mac*
Jeffrey W. Kilduff (O'Melveny & Myers, LLP), *Counsel for Fannie Mae*
Carly Anderson (U.S. Department of Justice), *Counsel for U.S. Department of the Treasury*