# Exhibit C



**Asim Varma**
+1 202.942.5180 Direct
Asim.Varma@apks.com

October 20, 2017

<u>**VIA E-MAIL**</u>

David H. Thompson
Cooper & Kirk
1523 New Hampshire Ave., NW
Washington, D.C. 20036

Richard M. Zuckerman
Denton US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

Hamish P.M. Hume
Boies Schiller Flexner LLP
1401 New York Ave. NW,
Washington, D.C. 20005

Re:   *Fairholme Funds, Inc. v. FHFA*, No. 13-1053 (D.D.C.)
      *Arrowood Indemnity Co. et al v. FNMA et al.,* No. 13-1439 (D.D.C.)
      *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-mc-1288 (D.D.C.)

Dear Counsel,

I write in connection with Plaintiffs' proposed amendments to their complaints, which were described in Plaintiffs' letters dated October 13, 2017.  Based on Plaintiffs' disclosures in those letters, FHFA intends not to oppose Plaintiffs' motions for leave to amend and intends, rather, to file motions to dismiss the amended complaints.  However, FHFA of course reserves the right to oppose Plaintiffs' motions for leave to amend if the as-filed proposed amended complaints do not conform to Plaintiffs' disclosures.

Additionally, I have conferred with counsel for Fannie Mae and Freddie Mac, who have indicated that they join in this response.

ARNOLD & PORTER
KAYE SCHOLER

October 20, 2017
Page 2

                                          Sincerely,

                                          /s/ Asim Varma
                                          Asim Varma