IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>Plaintiffs,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Defendants. | Civil Action No. 1:13-cv-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>Cacciapelle, 1:13-cv-1149 (RCL);<br>American European Insurance Company, 1:13-cv-1169 (RCL);<br>Dennis, 1:13-cv-1208 (RCL);<br>Marneu Holdings Co., 1:13-cv-1421 (RCL);<br>Borodkin, 1:13-cv-1443 (RCL). | Misc. Action No. 13-mc-1288 (RCL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of the undersigned, Michael J. Walsh, Jr., as attorney of record on behalf of defendant Federal National Mortgage Association in the above-captioned matter. In support of such notice, undersigned counsel states the following:

As of January 5, 2018, Mr. Walsh will no longer be affiliated with the law firm of O'Melveny & Myers LLP. O'Melveny & Myers LLP continues to be counsel of record in this matter for defendant Federal National Mortgage Association.

-2-

Date:   December 28, 2017               Respectfully submitted,

  /s/ Michael J. Walsh, Jr.
Michael J. Walsh, Jr. (D.C. Bar # 483296)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

*Counsel for Defendant Federal National Mortgage Association*