# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br><br> Cacciapelle, 1:13-cv-1149 (RCL); <br><br> American European Insurance Company, 1:13-cv-1169 (RCL); <br><br> Dennis, 1:13-cv-1208 (RCL); <br><br> Marneu Holdings Co., 1:13-cv-1421 (RCL); <br><br> Borodkin, 1:13-cv-1443 (RCL). | Misc. Action No. 13-mc-1288 (RCL) |

## NOTICE OF APPEARANCE BY MEAGHAN VERGOW

PLEASE TAKE NOTICE that Meaghan VerGow of O'Melveny & Myers LLP enters her appearance as counsel on behalf of defendant Federal National Mortgage Association in the above-captioned case.

Date:   January 4, 2018                                   Respectfully submitted,

                                                                           /s/ Meaghan VerGow  
Meaghan VerGow (D.C. Bar # 977165)  
O'MELVENY & MYERS LLP  
1625 Eye Street, NW  
Washington, DC 20006-4001  
(202) 383-5300 (telephone)  
(202) 383-5414 (facsimile)

*Counsel for Defendant Federal National Mortgage Association*