UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Misc. Action No. 13-mc-1288 (RCL) |
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| ALL CASES | |

[~~PROPOSED~~] ORDER

It is hereby ORDERED that Class Plaintiffs' Unopposed Motion [62] for Leave to File a Second Amended Complaint is GRANTED, and that, pursuant to LCvR 15.1, the Second Amended Complaint, as submitted with Class Plaintiffs' Motion, is deemed to have been FILED.

SO ORDERED.

Date: 1/30/18

_____
Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia