UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RCL) |
| **THIS DOCUMENT RELATES TO:** | <u>CLASS ACTION</u> |
| ALL CASES | |

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendants' Motion to Dismiss is **DENIED.**

SO ORDERED.

Date: _____

                                         Hon. Royce C. Lamberth
                                         U.S. District Judge,
                                         U.S. District Court for the District of Columbia