UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, who move the Court for an order granting admission *pro hac vice* of David R. Stickney to appear and participate in proceedings in this Court in the above referenced actions. The grounds for this motion are set forth in the Declaration of David R. Stickney, filed concurrently herewith.

Mr. Stickney acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rule of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States Court for the District Court of the District of Columbia with whom Mr. Stickney will be associated in this case.

WHEREFORE, the undersigned respectfully requests the Court to grant this Motion and

1

enter an Order admitting David R. Stickney *pro hac vice*.

Dated: February 23, 2018                     Respectfully submitted,

                                             BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP

                                             */s/ David L Wales*

                                             David L. Wales (Bar No. 417440)
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             Tel:  (212) 554-1409
                                             Fax:  (212) 554-1444 (fax)
                                             dwales@blbglaw.com

                                                   -and-

                                             David R. Stickney
                                             David R. Kaplan
                                             12481 High Bluff Drive, Suite 300
                                             San Diego, CA 92130
                                             Tel:  (858) 793-0070
                                             Fax:  (858) 793-0323
                                             davids@blbglaw.com
                                             davidk@blbglaw.com

                                             *Attorneys for John Cane*

## **CERTIFICATE OF SERVICE**

  I, David L. Wales, hereby certify that the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on February 23, 2018.

                  <u>/s/ David L. Wales</u>
                  David L. Wales