# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br> *John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | |

## DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, David R. Stickney, hereby declare as follows:

1. My full name is David R. Stickney;

2. My office address and telephone number is:

   Bernstein Litowitz Berger & Grossmann, LLP
   12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
   Telephone:    (858) 793-0070
   Facsimile:    (858) 793-0323

3. I have been admitted to practice law in the United States District Courts for the Northern District of California, the Southern District of California, the Central District of California and the Second, Fifth, Sixth, Eighth and Ninth Circuit Court of Appeals. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

5. To the best of my recollection, I have not been admitted *Pro Hac Vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge and belief.

Dated: February 23, 2018

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

/s/ David R. Stickney
DAVID R. STICKNEY

David R. Stickney
David R. Kaplan
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

-and-

John Rizio-Hamilton
David L. Wales
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1409
Fax: (212) 554-1444 (fax)
dwales@blbglaw.com

*Attorneys for John Cane*

2