UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | **Misc. Action No. 13-mc-1288 (RCL)**<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants*. | **Civil Action No: 13-cv-1439 (RCL)** |

**AMENDED JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

On October 4, 2017, the Plaintiffs and Defendants in the above-captioned actions filed a joint stipulation regarding a proposed schedule for certain filings in this case. [ECF No. 61]  On January 18, 2018, the Plaintiffs and Defendants filed a joint stipulation amending the proposed

schedule. [ECF No. 67] The parties now jointly stipulate to modify the proposed schedule again, and to modify the page limits, as follows:

- Defendants shall be permitted to file a single forty-page Reply in support of their Motion to Dismiss.
- Defendants' Reply shall be due on **March 23, 2018.**

A proposed order is submitted along with this stipulation.

Dated:  March 2, 2018

Respectfully submitted,

    */s/ Howard N. Cayne*
Howard N. Cayne (Bar No. 331306)
Asim Varma (Bar No. 426364)
David B. Bergman (Bar No. 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Counsel for Defendants Federal Housing Finance Agency and Director Melvin L. Watt*


    */s/ Meaghan VerGow*
(by permission)
Meaghan VerGow (Bar No. 977165)
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for Defendant Federal National Mortgage Association*

    */s/ Alexander I. Platt*
(by permission)
Alexander I. Platt (Bar No. 1019844)
Hamish P.M. Hume (Bar No. 449914)
Stacey K. Grigsby (Bar No. 491197)
Jonathan M. Shaw (Bar No. 446249)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
aplatt@bsfllp.com
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

Eric L. Zagar (*Pro Hac Vice*)
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Blair A. Nicholas (*Pro Hac Vice*)
David R. Kaplan   (*Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070

    */s/ Michael J. Ciatti*
(by permission)
Michael J. Ciatti (Bar No. 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for Defendant Federal Home Loan Mortgage Corporation*

Fax: (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

Michael J. Barry (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

*Interim Co-Lead Class Counsel*

    */s/ Charles J. Cooper*
(by permission)
Charles J. Cooper (Bar No. 248070)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
dthompson@cooperkirk.com
vcolatriano@cooperkirk.com
ppatterson@cooperkirk.com

*Counsel for Plaintiffs Fairholme Funds et al.*

    */s/ Richard M. Zuckerman*
(by permission)
Richard M. Zuckerman (*Pro Hac Vice*)
Michael H. Barr (*Pro Hac Vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
richard.zuckerman@dentons.com
michael.barr@dentons.com

*Counsel for Plaintiffs Arrowood Indemnity Co., et al.*