**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | **Misc. Action No. 13-mc-1288 (RCL)**<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants.* | **Civil Action No: 13-cv-1439 (RCL)** |

**[PROPOSED] ORDER**

It is hereby ORDERED that:

- Defendants shall be permitted to file a single forty-page Reply in support of their Motion to Dismiss, and

- Defendants' Reply in Support of their Motionsto Dismiss shall be due on **March 23, 2018.**

SO ORDERED.

Date: _____                    _____

                                                 Hon. Royce C. Lamberth
                                                 U.S. District Judge,
                                                 U.S. District Court for the District of Columbia