UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE / FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action 1:13-mc-01288-RCL <br><br> CLASS ACTION |
| THIS DOCMENT RELATES TO: <br><br> *John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | **NOTICE OF WITHDRAWAL OF ATTORNEY BLAIR A. NICHOLAS** |

      PLEASE TAKE NOTICE that the appearance of Blair A. Nicholas, an attorney admitted *pro hac vice*, is hereby withdrawn in the above-captioned action.  Plaintiffs respectfully request that the Clerk of the Court discontinue electronic notifications of his email address.  Withdrawal is sought as Mr. Nicholas is no longer associated with Bernstein Litowitz Berger & Grossmann LLP.  The law firm of Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Interim Co-Lead Class Counsel in this matter.

Dated:  March 20, 2018                       Respectfully submitted,

                                              BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP

                                           */s/ David L Wales*

                                           David L. Wales (Bar No. 417440)
                                           1251 Avenue of the Americas
                                           New York, NY 10020
                                           Tel:  (212) 554-1409
                                           Fax:  (212) 554-1444 (fax)
                                           dwales@blbglaw.com

                                                 -and-

                                           David R. Stickney (Admitted *pro hac vice*)
                                           David R. Kaplan (Admitted *pro hac vice*)

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
davidk@blbglaw.com

*Co-Lead Class Counsel*