UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>    ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |

## MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' MOTION TO DISMISS

Class Plaintiffs respectfully move for leave to file a short Surreply responding to a new ripeness argument which depends upon an inaccurate characterization of Plaintiffs' Second Amended Complaint and was raised for the first time in FHFA's Reply brief. *See* Dkt. 77 at 8-10.

"The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Wultz v. Islamic Republic of Iran*, 2010 WL 4135913, at *1 (D.D.C. Oct. 20, 2010) (quotations and citations omitted). "A district court should consider whether the movant's reply in fact raises arguments or issues for the first time, whether the nonmovant's proposed surreply would be helpful to the resolution of the pending motion, and whether the movant would be unduly prejudiced were leave to be granted." *Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 85 (D.D.C. 2014). Where this standard is met, leave to file is "routinely" granted. *Id.*

Class Plaintiffs' proposed Surreply satisfies this standard.  As the Court knows, the D.C. Circuit held that Class Plaintiffs' anticipatory repudiation and implied covenant claims were constitutionally and prudentially ripe.  *Perry Capital LLC v. Mnuchin*, 864 F.3d 591, 632 (D.C. Cir. 2017).  FHFA's opening memorandum ***implicitly*** attacked this holding by asking this Court to find that the doctrine of anticipatory breach does not apply when the plaintiff has fully performed its contractual performance and it is merely the defendant who has failed to perform and who has announced its intention not to perform.  *See* Dkt. 66 at 15-16.  Class Plaintiffs responded to these points in their Opposition.  *See* Dkt. 72 at 13-16.

Now, in its Reply brief, FHFA seeks ***explicitly*** to relitigate the question of ripeness.  *See* Dkt. 77 at 10 ("[T]he contract-related claims in the current complaints are not ripe.").  FHFA's basis for this new argument – that Plaintiffs' Second Amended Complaint supposedly "omit[s] the allegations that the D.C. Circuit considered indispensable to ripeness" (Dkt. 77 at 9) – does not appear anywhere in FHFA's opening memorandum and is simply incorrect.

Fairness requires that Class Plaintiffs be allowed to respond to this new argument. The proposed Surreply demonstrates that FHFA's new argument is based on a complete mischaracterization of both the D.C. Circuit's decision and Plaintiffs' Claims, and would therefore be "helpful to the resolution of the pending motion."  *Doe*, 69 F. Supp. 3d at 85.

For the foregoing reasons, Class Plaintiffs respectfully request that the Court grant leave to file the attached Surreply.

Dated:  April 5, 2018

Respectfully submitted,

   /s/ Hamish P.M. Hume
Hamish P.M. Hume (Bar No. 449914)
Stacey K. Grigsby (Bar No. 491197)
Jonathan M. Shaw (Bar No. 446249)
Alexander I. Platt (Bar No. 1019844)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com
aplatt@bsfllp.com

David R. Kaplan   (*Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davidk@blbglaw.com

Michael J. Barry (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Eric L. Zagar (*Pro Hac Vice*)
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

*Interim Co-Lead Class Counsel*

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Michael M. Goldberg
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
esams@glancylaw.com

LOWEY DANNENBERG, P.C.
Barbara Hart (*pro hac vice*)
Thomas M. Skelton
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

FINKELSTEIN THOMPSON LLP
Michael G. McLellan (Bar #489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
mmclellan@finkelsteinthompson.com

*Additional Counsel for Plaintiffs*