**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>    ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING CLASS PLAINTFFS' MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Class Plaintiffs' Motion for Leave to file a Surreply to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that the motion is granted.

**SO ORDERED.**

Date:_____          _____

                                                                                     Hon. Royce C. Lamberth
                                                                                     U.S. District Judge