## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion For Class Certification and the supporting materials were served by CM/ECF on August 16, 2018 upon counsel for Defendants.

Dated: August 16, 2018                                                                                   Respectfully submitted,

/s/ Hamish Hume
*Counsel for Plaintiffs*