UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | Misc. Action No. 13-mc-1288 (RCL)<br><br><u>**CLASS ACTION**</u> |

## <u>NOTICE OF ERRATA TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF LAW IN SUPPORT THEREOF</u>

Co-Lead Plaintiffs N. Bradford Isbell, Joseph Cacciapalle, John Cane, Estate of Francis J. Dennis, Michelle M. Miller, Marneu Holdings, Co., 111 John Realty Corp., United Equities Commodities, Co., Charles Rattley, and Timothy J. Cassell (collectively, "Plaintiffs") respectfully submit this errata to their Motion for Class Certification and Memorandum of Law in Support of Motion for Class Certification to correct two inadvertent errors in the signature block.

Under the signature for Bernstein Litowitz Berger & Grossmann LLP, Blair Nicholas should be removed and replaced with David R. Stickney. Additionally, the following signatures should be added to the both the motion and memorandum in support thereof as additional counsel:

| | |
|---|---|
| BOTTINI & BOTTINI, INC.<br>Frank A. Bottini<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>fbottini@bottinilaw.com | POMERANTZ LLP<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com |
| GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy<br>Ex Kano S. Sams II | Patrick V. Dahlstrom<br>Ten South LaSalle Street, Suite 3505<br>Chicago, Illinois 60603 |

| | |
|---|---|
| 1925 Century Park East, Suite 2100 | Telephone: (312) 377-1181 |
| Los Angeles, California 90067 | Facsimile: (312) 377-1184 |
| Telephone: (310) 201-9150 | pdahlstrom@pomlaw.com |
| Facsimile: (310) 201-9160 | |
| lglancy@glancylaw.com | |
| esams@glancylaw.com | FINKELSTEIN THOMPSON LLP |
| | Michael G. McLellan (Bar #489217) |
| LOWEY DANNENBERG, P.C. | 3201 New Mexico Avenue NW, Suite 395 |
| Barbara Hart (pro hac vice) | Washington, DC 20016 |
| Thomas M. Skelton | Telephone: (202) 337-8000 |
| 44 South Broadway, Suite 1100 | Facsimile: (202) 337-8090 |
| White Plains, NY 10601 | mmclellan@finkelsteinthompson.com |
| Telephone: (914) 997-0500 | |
| Facsimile: (914) 997-0035 | |

Plaintiffs file with this errata sheet corrected versions of the motion and memorandum in support thereof that have the correct signature block and have no other changes.

-3-

Dated:  August 17, 2018

Respectfully submitted,

*/s/ Hamish P.M. Hume*

| | |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK, LLP<br>Eric L. Zagar (*Pro Hac Vice*)<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br>ezagar@ktmc.com<br><br>GRANT & EISENHOFER, P.A.<br>Michael J. Barry (*Pro Hac Vice*)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100<br>mbarry@gelaw.com | BOIES SCHILLER FLEXNER LLP<br>Hamish P.M. Hume (D.C. Bar No. 449914)<br>Stacey K. Grigsby (D.C. Bar No. 491197)<br>Jonathan M. Shaw (D.C. Bar No. 446249)<br>James Kraehenbuehl (D.C. Bar No. 1017809)<br>1401 New York Ave. NW<br>Washington, DC 20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>hhume@bsfllp.com<br>sgrigsby@bsfllp.com<br>jshaw@bsfllp.com<br>jkraehenbuehl@bsfllp.com<br><br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>David R. Kaplan (*Pro Hac Vice*)<br>David R. Stickney (*Pro Hac Vice*)<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>davidk@blbglaw.com<br>davids@blbglaw.com<br><br>*Interim Co-Lead Class Counsel* |

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
esams@glancylaw.com

LOWEY DANNENBERG, P.C.
Barbara Hart (pro hac vice)
Thomas M. Skelton
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

FINKELSTEIN THOMPSON LLP
Michael G. McLellan (Bar #489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
mmclellan@finkelsteinthompson.com