UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RCL) |
| **THIS DOCUMENT RELATES TO: ALL CASES** | <u>**CLASS ACTION**</u> |

### CORRECTED PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Co-Lead Plaintiffs N. Bradford Isbell, Joseph Cacciapalle, John Cane, Estate of Francis J. Dennis, Michelle M. Miller, Marneu Holdings, Co., 111 John Realty Corp., United Equities Commodities, Co., Charles Rattley, and Timothy J. Cassell (collectively, "Plaintiffs"), hereby move for entry of an Order, in the form attached hereto, certifying this action as a class action pursuant to Rule 23(a) and 23(b) of the Federal Rules of Civil Procedure on behalf of four Classes consisting of:

(1) All persons and entities who held shares of Fannie Mae Preferred Stock on August 17, 2012 and who were damaged thereby, and their successors in interest (meaning current shareholders) (the "Fannie Preferred Class");

(2) All persons and entities who held shares of Freddie Mac Preferred Stock on August 17, 2012 and who were damaged thereby, and their successors in interest (meaning current shareholders) (the "Freddie Preferred Class");

(3) All persons and entities who held shares of Fannie Mae Common Stock on August 17, 2012 and who were damaged thereby, and their successors in interest (meaning current shareholders) (the "Fannie Common Class"); and

(4) All persons and entities who held shares of Freddie Mac Common Stock on August 17, 2012 and who were damaged thereby, and their successors in interest (meaning current shareholders) (the "Freddie Common Class").

Excluded from all Classes are the Defendants.

Plaintiffs also moves for an Order designating Plaintiffs as Co-Lead class representatives. Plaintiffs also move for an Order designating the law firms of Boies Schiller Flexner LLP, Kessler Topaz Meltzer & Check LLP, Grant & Eisenhofer, P.A., and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Class Counsel.

The reasons for this motion are fully set forth in the Memorandum of Law filed simultaneously herewith.

Dated:  August 17, 2018

Respectfully submitted,

/s/ Hamish P.M. Hume

KESSLER TOPAZ MELTZER & CHECK, LLP
Eric L. Zagar (*Pro Hac Vice*)
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

GRANT & EISENHOFER, P.A.
Michael J. Barry (*Pro Hac Vice*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar No. 449914)
Stacey K. Grigsby (D.C. Bar No. 491197)
Jonathan M. Shaw (D.C. Bar No. 446249)
James Kraehenbuehl (D.C. Bar No. 1017809)
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com
jkraehenbuehl@bsfllp.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
David R. Kaplan (*Pro Hac Vice*)
David R. Stickney (*Pro Hac Vice*)
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davidk@blbglaw.com
davids@blbglaw.com

*Interim Co-Lead Class Counsel*

| | |
|---|---|
| BOTTINI & BOTTINI, INC.<br>Frank A. Bottini<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>fbottini@bottinilaw.com | POMERANTZ LLP<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com |
| GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy<br>Ex Kano S. Sams II<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>lglancy@glancylaw.com<br>esams@glancylaw.com | Patrick V. Dahlstrom<br>Ten South LaSalle Street, Suite 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>Facsimile: (312) 377-1184<br>pdahlstrom@pomlaw.com |
| LOWEY DANNENBERG, P.C.<br>Barbara Hart (pro hac vice)<br>Thomas M. Skelton<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035 | FINKELSTEIN THOMPSON LLP<br>Michael G. McLellan (Bar #489217)<br>3201 New Mexico Avenue NW, Suite 395<br>Washington, DC 20016<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br>mmclellan@finkelsteinthompson.com |