## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Notice Of Errata To Plaintiffs' Motion For Class Certification And Memorandum Of Law In Support Thereof and the supporting materials were served by CM/ECF on August 17, 2018 upon counsel for Defendants.

Dated: August 17, 2018                                                          Respectfully submitted,

                                                                                                  /s/ Hamish Hume
                                                                                                  *Counsel for Plaintiffs*