UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> **THIS DOCUMENT RELATES TO: ALL CASES** | Misc. Action No. 13-mc-1288 (RCL) <br><br> <u>**CLASS ACTION**</u> |

**<u>JOINT MOTION TO STAY BRIEFING OF MOTION FOR CLASS CERTIFICATION</u>**

Co-Lead Plaintiffs N. Bradford Isbell, Joseph Cacciapalle, John Cane, Estate of Francis J. Dennis, Michelle M. Miller, Marneu Holdings, Co., 111 John Realty Corp., United Equities Commodities, Co., Charles Rattley, and Timothy J. Cassell (collectively, "Plaintiffs"), as well as Defendants Federal House Finance Agency ("FHFA"), FHFA Director Melvin Watt, Fannie Mae, and Freddie Mac (collectively, "Defendants") hereby move for entry of an Order, in the form attached hereto, staying briefing of Plaintiffs' motion for class certification.

The Court's "power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "The authority to stay proceedings stems from 'the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Nat'l Indus. for Blind v. Dep't of Veterans Affairs*, 296 F. Supp. 3d 131, 137 (D.D.C. 2017) (quoting *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998)). "In considering a stay, courts must 'weigh competing interests and maintain an even balance between the court's interests in judicial

economy and any possible hardship to the parties.'" *Id*. (quoting *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 732-33 (D.C. Cir. 2012)).

On August 16, 2018, Plaintiffs' moved for an order certifying four classes of shareholders. Dkt. No. 81. Plaintiffs filed this motion to defend against a potential argument that claims by unnamed class members are barred by the applicable statute of limitations should a class not be certified. Defendants take no position on that issue at this time. The parties move to stay briefing on class certification until resolution of Defendants' currently pending motion to dismiss. Dkt. No. 66. That contested motion seeks to dismiss the entirety of the case such that, should the Court rule in favor of Defendants, any further briefing on class certification will be moot and an unnecessary expenditure of the parties' resources. Should the Court deny Defendants' motion to dismiss, the parties will meet and confer regarding a briefing schedule for class certification.

The parties respectfully submit that staying briefing on class certification until the Court resolves the motion to dismiss, at which point the parties will meet and confer on a briefing schedule to the extent it is necessary, is the most efficient use the Court's and the parties' resources. The process will preserve the status quo while also not prejudicing either Plaintiffs' right to renew their motion for class certification at the appropriate time or Defendants' right to oppose such a motion. *See Nat'l Indus. for Blind*, 296 F. Supp. 3d at 137 (affirming district court's power to manage their docket "'with economy of time and effort for itself, for counsel, and for litigants'") (quoting *Air Line Pilots Ass'n*, 523 U.S. at 879 n.6).

Dated:  August 24, 2018

Respectfully submitted,

*/s/ Howard N. Cayne*
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*

*/s/ Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

*/s/ Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

*/s/ Hamish P.M. Hume*
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar No. 449914)
Stacey K. Grigsby (D.C. Bar No. 491197)
Jonathan M. Shaw (D.C. Bar No. 446249)
James Kraehenbuehl (D.C. Bar No. 1017809)
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com
jkraehenbuehl@bsfllp.com

KESSLER TOPAZ MELTZER & CHECK, LLP
Eric L. Zagar (*Pro Hac Vice*)
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

GRANT & EISENHOFER, P.A.
Michael J. Barry (*Pro Hac Vice*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
David R. Stickney (*Pro Hac Vice*)
David R. Kaplan (*Pro Hac Vice*)
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
davidk@blbglaw.com

*Interim Co-Lead Class Counsel*

*Additional Counsel for Plaintiffs*:

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
esams@glancylaw.com

LOWEY DANNENBERG, P.C.
Barbara Hart (pro hac vice)
Thomas M. Skelton
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

-5-

>FINKELSTEIN THOMPSON LLP
>Michael G. McLellan (Bar #489217)
>3201 New Mexico Avenue NW, Suite 395
>Washington, DC 20016
>Telephone: (202) 337-8000
>Facsimile: (202) 337-8090
>mmclellan@finkelsteinthompson.com