UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> **THIS DOCUMENT RELATES TO: ALL CASES** | Misc. Action No. 13-mc-1288 (RCL) <br><br> **CLASS ACTION** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
STAY BREIFING OF MOTION FOR CLASS CERTIFICATION**

WHEREAS, Co-Lead Plaintiffs N. Bradford Isbell, Joseph Cacciapalle, John Cane, Estate of Francis J. Dennis, Michelle M. Miller, Marneu Holdings, Co., 111 John Realty Corp., United Equities Commodities, Co., Charles Rattley, and Timothy J. Cassell (collectively, "Plaintiffs"), as well as Defendants Federal House Finance Agency ("FHFA"), FHFA Director Melvin Watt, Fannie Mae, and Freddie Mac (collectively, "Defendants"), having moved to stay briefing of Plaintiffs' motion for class certification (Dkt. No. 81) and having shown that such a stay would further judicial economy and reduce hardship to the parties,

IT IS HEREBY ORDERED that, the briefing for Plaintiffs' Motion for Class Certification (Dkt. No. 81) is STAYED pending this Court's resolution of Defendants' Motion to Dismiss (Dkt. No. 66). Upon the Court's resolution of the motion to dismiss, the parties shall meet and confer regarding a briefing schedule for the motion for class certification.

IT IS HEREBY ORDERED this _____ day of _____, 2018.