## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Parties' Joint Motion To Stay Briefing Of Motion For Class Certification was served by CM/ECF on August 24, 2018 upon counsel for Defendants.

Dated: August 24, 2018                                                                         Respectfully submitted,

/s/ Hamish Hume
*Counsel for Plaintiffs*