AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | )<br>)<br>) Case No.   Misc. Action No. 1:13-mc-01288-RCL<br>)<br>) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Joseph Cacciapelle and Melvin Bareiss.

Date:   09/28/2018

*Attorney's signature*

James A. Kraehenbuehl, 1017809
*Printed name and bar number*

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
*Address*

JKRAEHENBUEHL@BSFLLP.COM
*E-mail address*

(202) 237-2727
*Telephone number*

(202) 237-6131
*FAX number*