UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*,<br><br>        Defendants. | Civil No. 13-1439 (RCL) |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>This Order relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL)<br><br><u>CLASS ACTION</u> |

## ORDER

Upon consideration, the Court hereby approves the Stipulation Extending Defendants' Time to File Answers to the Complaints [ECF No. 85 in Civil No. 13-1053, ECF No. 93 in Civil No. 13-1439, ECF No. 87 in Misc. No. 13-1288]. Defendants' new deadline to file answers to the Amended Complaints is December 11, 2018.

**IT IS SO ORDERED.**

Date: 10/12/18

ROYCE C. LAMBERTH
United States District Judge