UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac<br>Senior Preferred Stock Purchase Agreement<br>Class Action Litigations | Miscellaneous No. 13-1288 (RCL)<br><br>CLASS ACTION |

**[PROPOSED] ORDER**

Now before the Court is Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims, filed by the defendants Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "GSEs"), and the GSEs (collectively, "Defendants"). The Court hereby **GRANTS** Defendants' Motion and **DISMISSES WITH PREJUDICE** Counts IV, V, and VI of Plaintiffs' Second Amended Complaint.

It is so **ORDERED**.


Dated: _____, 2018           _____
                                        ROYCE C. LAMBERTH
                                        United States District Judge