UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>        Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL)<br><br><u>CLASS ACTION</u> |

**STIPULATION EXTENDING BRIEFING DEADLINES FOR MOTION FOR PARTIAL RECONSIDERATION**

Plaintiffs and Defendants in the three above-captioned cases hereby stipulate that (1) Plaintiffs shall have a seven-day extension to file their response to Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims ("Motion for Partial Reconsideration"), and (2) Defendants shall have a seven-day extension to file their reply

1

in support of their Motion for Partial Reconsideration.  The new deadline for Plaintiffs' response shall be <u>November 5, 2018</u>, and the new deadline for Defendants' reply shall be <u>November 19, 2018</u>.  Specifically, Plaintiffs and Defendants stipulate as follows:

     1.     On September 28, 2018, this Court issued an Memorandum Opinion and Order dismissing Plaintiffs' claims alleging breach of contract, breach of fiduciary duty, and violation of Delaware and Virginia statutes, but declining to dismiss Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing.  *Fairholme Funds, Inc. v. FHFA*, 2018 WL 4680197 (D.D.C. Sept. 28, 2018).

     2.     On October 15, 2018, Defendants filed a Motion for Partial Reconsideration of the Court's ruling declining to dismiss Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing [ECF No. 87 in Civil No. 13-1053; ECF No. 95 in Civil No. 13-1439; ECF No. 89 in Misc. No. 13-1288].

     3.     Under the Local Rules, Plaintiffs' response to the Motion for Partial Reconsideration is due on October 29, 2018.  *See* LCvR 7(b).  Defendants' reply in support of the Motion for Partial Reconsideration is due on November 5, 2018.  *See* LCvR 7(d).

     4.     Due to competing demands on other matters, Plaintiffs and Defendants agree that good cause exists for extensions of the deadlines for the response and the reply.

     WHEREFORE, the parties respectfully request that the Court approve this stipulation extending Plaintiffs' deadline to file a response to the Motion for Partial Reconsideration by seven days to <u>November 5, 2018</u>, and extending Defendants' deadline to file a response to the Motion for Partial Reconsideration by seven days to <u>November 19, 2018</u>.

Dated:  October 22, 2018

Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*

s/ Michael J. Ciatti
Michael J. Ciatti  (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

s/ Meaghan VerGow
Meaghan VerGow  (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

s/ Hamish P.M. Hume
Hamish P.M. Hume (D.C. Bar # 449914)
Stacey K. Grigsby (D.C. Bar # 491197)
James A. Kraehenbuehl
(D.C. Bar 1017809)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jkraehenbuehl@bsfllp.com

s/ Charles J. Cooper
Charles J. Cooper, SBN 24870
David H. Thompson, SBN 450503
Vincent J. Colatriano, SBN 429562
Peter A. Patterson, SBN 998668
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.220.9600
Facsimile:  202.220.9601

*Attorneys for Plaintiffs Fairholme Funds, Inc. et al.*

| | |
|---|---|
| Eric L. Zagar (pro hac vice)<br>KESSLER TOPAZ MELTZER &<br>CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>ezagar@ktmc.com | DENTONS US LLP<br><br>By: /s/ Michael H. Barr<br>Michael H. Barr<br>Richard M. Zuckerman<br>Sandra Hauser<br>1221 Avenue of the Americas<br>New York, New York  10020<br>Tel.: (212) 768-6700<br>Fax: (212) 768-6800<br>michael.barr@dentons.com<br>richard.zuckerman@dentons.com<br>sandra.hauser@dentons.com |
| BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>David R. Stickney (*pro hac vice*)<br>David R. Kaplan (*pro hac vice*)<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>davids@blbglaw.com<br>davidk@blbglaw.com | Drew W. Marrocco (D.C. Bar # 453205)<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel.: (202) 496-7500<br>Fax: (202) 496-7756<br>Drew.Marrocco@dentons.com<br><br>*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.* |
| GRANT &EISENHOFER, P.A.<br>Michael J. Barry (*pro hac vice*)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100<br>mbarry@gelaw.com<br><br>*Lead Counsel for Class Plaintiffs* | |

4