**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., *Plaintiffs*, v. THE FEDERAL HOUSING FINANCE AGENCY, et al., *Defendants.* | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, et al., *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCATION, et al., *Defendants*. | Case No. 1:13-cv-1439-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations _____ This document related to: ALL CASES | Miscellaneous No. 13-1288-RCL CLASS ACTION |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Partial Reconsideration of Denial of

Motion to Dismiss Implied Covenant Claims, it is hereby

**ORDERED** that the motion is denied.

**SO ORDERED**.

Date:_____                    _____

Hon. Royce C. Lamberth
U.S. District Judge