# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO: *John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | <u>CLASS ACTION</u> |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY ADAM H. WIERZBOWSKI

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and, in accordance with Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Adam H. Wierzbowski to appear and participate in proceedings in this Court in the above-referenced actions. The grounds for this motion are set forth in the Declaration of Adam H. Wierzbowski.

Mr. Wierzbowski acknowledges the power and jurisdiction of this Court over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Wierzbowski will be associated in this case.

WHEREFORE, the undersigned respectfully requests the Court to grant this Motion and enter an Order admitting Adam H. Wierzbowski *pro hac vice*.

Dated: February 19, 2019                    Respectfully submitted,


                                            BERNSTEIN LITOWITZ BERGER
                                               & GROSSMANN LLP

                                            */s/ David L. Wales*
                                            David L. Wales (Bar No. 417440)
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Tel:  (212) 554-1409
                                            Fax:  (212) 554-1444 (fax)
                                            dwales@blbglaw.com

                                                     -and-

                                            David R. Stickney
                                            David R. Kaplan
                                            12481 High Bluff Drive, Suite 300
                                            San Diego, CA 92130
                                            Tel:  (858) 793-0070
                                            Fax:  (858) 793-0323
                                            davids@blbglaw.com
                                            davidk@blbglaw.com

                                            *Attorneys for John Cane*

## CERTIFICATE OF SERVICE

I, David L. Wales, hereby certify that the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on February 19, 2019.

*/s/ David L. Wales*
David L. Wales