UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | <u>CLASS ACTION</u> |

**DECLARATION OF ADAM H. WIERZBOWSKI IN**
<u>**SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***</u>

Pursuant to 28 U.S.C. § 1746, I, Adam H. Wierzbowski, hereby declare as follows:

1. My full name is Adam H. Wierzbowski;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   1251 Avenue of the Americas
   New York, NY 10020
   Telephone:   (212) 554-1510
   Facsimile:   (212) 554-1444

3. I have been admitted to practice law in the State of New York, the United States District Courts for the Southern District of New York, Eastern District of New York and Eastern District of Michigan, as well as the United States Courts of Appeals for the Third, Fifth, Sixth and Ninth Circuits, and the United States Supreme Court.  I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5. I have not been admitted *Pro Hac Vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2019

Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1409
Fax: (212) 554-1444 (fax)
adam@blbglaw.com