UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | <u>CLASS ACTION</u> |

**MOTION FOR ADMISSION *PRO HAC<u>VICE</u>* OF ATTORNEY RICHARD D. GLUCK**

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and, in accordance with Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Richard D. Gluck to appear and participate in proceedings in this Court in the above-referenced actions. The grounds for this motion are set forth in the accompanying Declaration of Richard D. Gluck.

Mr. Gluck acknowledges the power and jurisdiction of this Court over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Gluck will be associated in this case.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion and enter an Order admitting Richard D. Gluck *pro hac vice*.

Dated: February 19, 2019					Respectfully submitted,

                                              BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP

*/s/ David L. Wales*
David L. Wales (Bar No. 417440)
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 554-1409
Fax:  (212) 554-1444 (fax)
dwales@blbglaw.com

                -and-

David R. Stickney
David R. Kaplan
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
davids@blbglaw.com
davidk@blbglaw.com

*Attorneys for John Cane*

## CERTIFICATE OF SERVICE

I, David L. Wales, hereby certify that the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on February 19, 2019.

/s/ David L. Wales
David L. Wales