UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | <u>CLASS ACTION</u> |

DECLARATION OF RICHARD D. GLUCK IN
<u>SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to 28 U.S.C. § 1746, I, Richard D. Gluck, hereby declare as follows:

1. My full name is Richard D. Gluck;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
   Telephone:    (858) 793-0070
   Facsimile:     (858) 793-0323

3. I have been admitted to practice law in all California State Courts, the Ninth Circuit Court of Appeals, and the United States District Courts for the Northern District of California, Southern District of California, and Central District of California. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5.  I have not been admitted *Pro Hac Vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2019

                                       Richard D. Gluck
                                       BERNSTEIN LITOWITZ BERGER
                                           & GROSSMANN LLP
                                       12481 High Bluff Drive, Suite 300
                                       San Diego, CA 92130
                                       Tel: (858) 793-0070
                                       Fax: (858) 793-0323
                                       rich.gluck@blbglaw.com