UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.* Case No. 1:13-cv-01184-RCL | CLASS ACTION |

**[PROPOSED] ORDER**

Upon consideration of the motion of David L. Wales (USDC-DC Bar No. 417440), an active member of the Bar of this Court, for the admission *pro hac vice* of Richard D. Gluck, and for good cause shown, it is, this ____ day of _____, 2019.

ORDERED THAT: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and Richard D. Gluck be, and hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced actions under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

                                                                                              _____
                                                                                              Honorable Royce C. Lamberth
                                                                                              United States District Judge