UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>     Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>     Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-1288 (RCL) |
| This document relates to:<br>ALL CASES | |

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

    Plaintiffs and Defendants in these three cases hereby stipulate that the Court enter a protective order in accordance with Federal Rule of Civil Procedure 26(c) to protect the confidentiality of nonpublic, highly sensitive information that they will need to disclose in discovery in this action. Specifically, Plaintiffs and Defendants stipulate as follows:

    1.    Documents to be produced and testimony to be provided in these cases likely will contain sensitive or otherwise confidential and protectable information.

1

2.  Entry of a protective order is necessary to safeguard the confidentiality of that information.

3.  The parties, through their respective counsel, have agreed to the terms of the Proposed Protective Order attached as Exhibit A, and agree that good cause exists for entry of the Order.

WHEREFORE, the parties respectfully request that the Court approve this stipulation and enter the Proposed Protective Order.

Dated:  March 25, 2019                     Respectfully submitted,

| | |
|---|---|
| /s/ Hamish P.M. Hume | DENTONS US LLP |
| Hamish P.M. Hume (D.C. Bar # 449914) | |
| Stacey K. Grigsby (D.C. Bar # 491197) | By: /s/ Michael H. Barr |
| James A. Kraehenbuehl (D.C. Bar # 1017809) | Michael H. Barr |
| BOIES SCHILLER FLEXNER LLP | Richard M. Zuckerman |
| 1401 New York Avenue, NW | Sandra Hauser |
| Washington, DC 20005 | 1221 Avenue of the Americas |
| Tel:   (202) 237-2727 | New York, NY 10020 |
| hhume@bsfllp.com | Tel:   (212) 768-6700 |
| sgrigsby@bsfllp.com | Fax:  (212) 768-6800 |
| jkraehenbuehl@bsfllp.com | michael.barr@dentons.com |
| | richard.zuckerman@dentons.com |
| Eric L. Zagar (*pro hac vice*) | sandra.hauser@dentons.com |
| KESSLER TOPAZ MELTZER | |
|   & CHECK LLP | Drew W. Marrocco (D.C. Bar # 453205) |
| 280 King of Prussia Road | 1900 K Street, NW |
| Radnor, PA 19087 | Washington, DC 20006 |
| Tel:   (610) 667-7706 | Tel:   (202) 496-7500 |
| ezagar@ktmc.com | Fax:  (202) 496-7756 |
| | Drew.Marrocco@dentons.com |
| BERNSTEIN LITOWITZ BERGER | |
|   & GROSSMANN LLP | *Attorneys for Plaintiffs Arrowood Indemnity* |
| David L. Wales (D.C. Bar # 417440) | *Co., et al.* |
| Adam W. Wierzbowski (*pro hac vice* pending) | |
| 1251 Avenue of the Americas, 44th Floor | |
| New York, NY 10020 | |
| Tel:   (212) 554-1400 | |
| Fax:  (212) 554-1444 | |
| DavidW@blbglaw.com | |
| Adam@blbglaw.com | |

-and-

Richard D. Gluck (*pro hac vice* pending)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
Rich.Gluck@blbglaw.com

GRANT & EISENHOFER, P.A.
Michael J. Barry (*pro hac vice*)
123 Justison Street
Wilmington, DE 19801
Tel:   (302) 622-7000
Fax:   (302) 622-7100

*Lead Counsel for the Class Plaintiffs*


*/s/* Michael J. Ciatti
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:   (202) 626-5508
Fax:   (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*


*/s/* Charles J. Cooper
Charles J. Cooper, SBN 24870
David H. Thompson, SBN 450503
Vincent J. Colatriano, SBN 429562
Peter A. Patterson, SBN 998668
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Tel:   (202) 220-9600
Fax:   (202) 220-9601

*Attorneys for Plaintiffs Fairholme Funds, Inc., et al.*

*/s/* Asim Varma
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   (202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*


*/s/* Meaghan VerGow
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel:   (202) 383-5300
Fax:   (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

3