**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-MC-1288-RCL<br><br>**CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Marneu Holdings, Co., et al. v. Federal Housing Finance Agency, et al.*, Case No. 13-CV-1421-RCL | **MOTION FOR ADMISSION PRO HAC VICE OF MORDCHAI KRAUSZ** |

I, Michael G. McLellan, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local Civil Rule 83.2(d) that Mordchai Krausz be permitted to participate in the above-captioned matter *pro hac vice* as counsel for Plaintiffs Marneu Holdings, Co., 111 John Realty Corp., and United Equities Commodities Company. In support of this motion, I submit the accompanying declaration of Mordchai Krausz.

Dated: March 26, 2019
Washington, DC

Respectfully submitted,

/s Michael G. McLellan
Michael G. McLellan (D.C. Bar No. 489217)
Finkelstein Thompson LLP
3201 New Mexico Avenue, NW
Suite 395
Washington, DC 20016
Phone: 202-337-8000
Fax: 202-337-8090
Email: mmclellan@finkelsteinthompson.com