**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Misc. Action No. 13-MC-1288-RCL<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>*Marneu Holdings, Co., et al. v. Federal Housing Finance Agency, et al.*, Case No. 13-CV-1421-RCL | **DECLARATION OF MORDCHAI KRAUSZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

1.     My full name is Mordchai Krausz, counsel for Plaintiffs Marneu Holdings, Co., 111 John Realty Corp., United Equities Commodities Company, on behalf of themselves and all others similarly situated, and derivatively on behalf of the Federal National Mortgage Association, et al. I am a member of the law firm of Koven & Krausz PLLC.

2.     My office is located at 880 Third Avenue, Floor 15, New York, New York 10022. My office telephone number is 212-736-7432.

3.     I am a member in good standing of the Supreme Court, State of New York, Appellate Division, Second Judicial Department; United States District Court, Southern District of New York; and United States District Court, Eastern District of New York.

4.     I certify that there are no pending disciplinary proceedings against me before any bar and I have not been disciplined by any bar in the past, except as follows:

I was temporarily suspended from practicing law by the New York State, Appellate Division, First Judicial Department from October 19, 1998 to August 31, 2000 for failure to comply with biennial registration requirements pursuant to Judiciary Law §468-a.

5.     I have not been admitted Pro Hac Vice in this Court within the last two years.

6.      I do not engage in the practice of law from an office located in the District of

Columbia.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March ___, 2019                              Respectfully submitted,
New York, New York


                                                    Mordchai Krausz
                                                    Mordchai Krausz, Esq.
                                                    880 Third Avenue, Floor 15
                                                    New York, New York 10022
                                                    Phone: 212-736-7432
                                                    Email: krauszesq@gmail.com