**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Misc. Action No. 13-MC-1288-RCL**<br><br>**CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Marneu Holdings, Co., et al. v. Federal Housing Finance Agency, et al.*, Case No. 13-CV-1421-RCL | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF MORDCHAI KRAUSZ** |

Upon consideration of the Motion for Admission Pro Hac Vice of Mordchai Krausz in the above-captioned matter and the Declaration of Mordchai Krausz in support thereof, it is this _____ day of _____, 2019, hereby

**ORDERED**, that the Motion for Admission Pro Hac Vice of Mordchai Krausz be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Mordchai Krausz be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

{00318410;1 }                                              1