UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE / FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action 1:13-mc-01288-RCL<br><br>CLASS ACTION |
| THIS DOCUMENT ALSO RELATES TO:<br><br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | **NOTICE OF WITHDRAWAL OF ATTORNEY DAVID KAPLAN** |

TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that David Kaplan is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP, and it is respectfully requested that he be withdrawn pursuant to LCvR 83.6 as counsel for Plaintiffs John Cane and Timothy J. Cassell in the above-captioned actions. Bernstein Litowitz Berger & Grossmann LLP, through the additional counsel of record listed below, will continue to serve as counsel for Plaintiffs John Cane and Timothy J. Cassell, and the Class, and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 3, 2019

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ David L. Wales*

David L. Wales (Bar No. 417440)
Adam H. Wierzbowski (*Pro hac vice* pending)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1409
Fax: (212) 554-1444 (fax)
dwales@blbglaw.com
adam@blbglaw.com
-and-
Richard D. Gluck (*Pro hac vice* pending)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

1

Tel:  (858) 793-0070
Fax:  (858) 793-0323
rich.gluck@blbglaw.com

*Attorneys for Plaintiffs John Cane and
Timothy J. Cassell and Co-Lead Class Counsel*