## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO: *John Cane v. Federal Housing Finance Agency, et al.* Case No. 1:13-cv-01184-RCL | CLASS ACTION |

### [PROPOSED] ORDER
### [97]

Upon consideration of the motion of David L. Wales (USDC-DC Bar No. 417440), an active member of the Bar of this Court, for the admission *pro hac vice* of Adam H. Wierzbowski, and for good cause shown, it is, this 20th day of May, 2019,

ORDERED THAT: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and Adam H. Wierzbowski be, and hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced actions under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Honorable Royce C. Lamberth
United States District Judge