UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Misc. Action No. 13-MC-1288-RCL<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>*Marneu Holdings, Co., et al. v. Federal Housing Finance Agency, et al.*, Case No. 13-CV-1421-RCL | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF MORDCHAI KRAUSZ |

[107]

Upon consideration of the Motion for Admission Pro Hac Vice of Mordchai Krausz in the above-captioned matter and the Declaration of Mordchai Krausz in support thereof, it is this 20th day of May, 2019, hereby

**ORDERED**, that the Motion for Admission Pro Hac Vice of Mordchai Krausz be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Mordchai Krausz be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

      *Royce C. Lamberth*
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

{00318410;1}        1