UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------X

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Misc. Action No. 13-mc-1288-rcl<br><br>CLASS ACTION |

-------------------------------------------------------------X

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Marneu Holdings, Co., et al. v. Federal Housing Finance Agency, et al.,* Case No. 13-CV-1421-RCL | APPEARANCE OF COUNSEL |

-------------------------------------------------------------X

**TO:   The clerk of court and all parties of record**

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Marneu Holdings, Co., 111 John Realty Corp., and United Equities Commodities Company.

Dated: June 6, 2019

                                                Respectfully submitted,

                                                Mordchai Krausz (NY Bar ID No. 2343994)
                                                Koven & Krausz PLLC
                                                880 3rd Avenue
                                                15th Floor
                                                New York, New York 10022
                                                Phone: 212-736-7432
                                                Fax: 212-967-2755
                                                Email: mkrausz@kovenkrauszlaw.com