**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Misc. Action No. 13-mc-1288 (RCL)** |
| _____ | CLASS ACTION |
| **THIS DOCUMENT RELATES TO:** | |
| Cacciapalle, 13-cv-1149 (RCL) | |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of James A. Kraehenbuehl as counsel on behalf of Plaintiff Joseph Cacciapalle in the above-captioned case.  This withdrawal is limited to Mr. Kraehenbuehl, and does not apply to any other attorney from Boies Schiller Flexner LLP.  The basis for this withdrawal is that Mr. Kraehenbuehl will be leaving Boies Schiller Flexner LLP effective June 28, 2019.

2

Dated:  June 28, 2019                              Respectfully submitted,

       */s/ James A. Kraehenbuehl*

James A. Kraehenbuehl
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jkraehenbuehl@bsfllp.com