# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL)<br><br>CLASS ACTION |

## STIPULATION OF DISMISSAL OF CERTAIN NAMED PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned putative class action (the "Class Action") hereby stipulate to the voluntary dismissal, without prejudice, with each party to bear his, her, or its own costs and attorneys' fees, of the claims of Francis J. Dennis and John Cane in this case and state as follows:

1. On February 1, 2018, the Court entered on the docket in this case class plaintiffs' second amended consolidated class action and derivative complaint ("SAC"), originally submitted to the Court on November 1, 2017 by motion for leave to file the SAC.

2. The SAC names the Estate of Francis J. Dennis, as a holder of Federal National Mortgage Association ("Fannie Mae") 8.25% Series S Preferred Stock and Fannie Mae 8.25% Series T Preferred Stock, and John Cane, as a holder of Fannie Mae 8.25% Series T Preferred Stock, as plaintiffs and proposed class representatives.

3. Pursuant to the Court's Scheduling Order, the Motion for Class Certification naming the above-identified plaintiffs is currently not due until August 31, 2019.

4. The Estate of Francis J. Dennis and John Cane wish to dismiss their claims and no longer seek to serve as named plaintiffs or class representatives.

1

5.      Plaintiffs allege the class will suffer no prejudice from the dismissal of the Estate of Francis J. Dennis and John Cane as named plaintiffs or class representatives, because the remaining named plaintiffs and proposed class representatives can adequately represent the interests of the class, and the dismissal requested herein in no way affects their rights or the rights of the class.

WHEREFORE, the claims of Francis J. Dennis and John Cane are dismissed, without prejudice, and with each party to bear his, her, or its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

Dated: July 26, 2019                                                                 Respectfully submitted,

| | |
|---|---|
| /s/ *Charles J. Cooper* | /s/ *Hamish P.M. Hume* |
| Charles J. Cooper, SBN 24870 | Hamish P.M. Hume (D.C. Bar # 449914) |
| David H. Thompson, SBN 450503 | Stacey K. Grigsby (D.C. Bar # 491197) |
| Vincent J. Colatriano, SBN 429562 | James A. Kraehenbuehl |
| Peter A. Patterson, SBN 998668 | (D.C. Bar 1017809) |
| COOPER & KIRK, PLLC | BOIES SCHILLER FLEXNER LLP |
| 1523 New Hampshire Avenue, N.W. | 1401 New York Avenue NW |
| Washington, D.C. 20036 | Washington, D.C. 20005 |
| Telephone: 202.220.9600 | Tel: (202) 237-2727 |
| Facsimile: 202.220.9601 | hhume@bsfllp.com |
| | sgrigsby@bsfllp.com |
| *Attorneys for Plaintiffs Fairholme Funds, Inc. et al.* | jkraehenbuehl@bsfllp.com |

| | |
|---|---|
| /s/ *Michael H. Barr* | /s/ *Eric L. Zagar* |
| Michael H. Barr | Eric L. Zagar (pro hac vice) |
| Richard M. Zuckerman | KESSLER TOPAZ MELTZER & |
| Sandra Hauser | CHECK LLP |
| DENTONS US LLP | 280 King of Prussia Road |
| 1221 Avenue of the Americas | Radnor, PA 19087 |
| New York, New York 10020 | Tel: (610) 667-7706 |
| Tel.: (212) 768-6700 | ezagar@ktmc.com |
| Fax: (212) 768-6800 | |
| michael.barr@dentons.com | |

richard.zuckerman@dentons.com
sandra.hauser@dentons.com
   -and-

Drew W. Marrocco (D.C. Bar # 453205)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756
Drew.Marrocco@dentons.com

*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.*

/s/ *Adam Wierzbowski*
Adam Wierzbowski (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1251 Avenue of the Americas, 44th Floor
New York, NY10020
Tel: (212) 554-1400
Fax: (212) 554-1444
davidw@blbglaw.com
adam@blbglaw.com

  -and-

Richard D. Gluck (*pro hac vice*)
12481 High Bluff Dr., Ste. 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
rich.gluck@blbglaw.com

/s/ *Michael J. Barry*
Michael J. Barry (*pro hac vice*)
GRANT &EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

*Lead Counsel for Class Plaintiffs*

/s/ *Asim Varma*
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

/s/ *Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*