IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>           Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>           Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [~~PROPOSED~~] AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1. Fact discovery shall close on **November 26, 2019**

2. The deadline for seeking leave to add additional parties or amend the pleadings in **30 days** after the close of fact discovery.

1

112739675

3. Regarding expert discovery:

    a. Plaintiffs' expert witness reports shall be produced by **January 31, 2020**.

    b. Depositions of Plaintiffs' experts shall be conducted by **February 28, 2020**.

    c. Defendants' rebuttal expert reports shall be produced by **March 31, 2020**; and

    d. All expert discovery, including depositions of Defendants' experts, shall be completed by **April 30, 2020.**

4. Regarding class certification:

    a. Plaintiffs' motion for class certification is due on **January 31, 2020**.

    b. Defendants' opposition is due on **March 31, 2020**.

    c. Plaintiffs' reply is due on **May 14, 2020**.

5. Regarding motions for summary judgment:

    a. Defendants shall file their motion for summary judgment on or before **May 29, 2020.**

    b. Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

    c. Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment; and

    d. Plaintiffs reply is due **14 days** after the filing of Defendants' response.

6. Trial is set for **October 19, 2020**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

*It is So Ordered.*
*8/7/19*

*Royce C. Lamberth*
*U.S.D.J.*

2