IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>        Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Misc. No. 13-1288 (RCL) |

## [PROPOSED] SECOND AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

    1.    Fact discovery shall close on **April 30, 2020.**

    2.    The deadline for seeking leave to add additional parties or amend the pleadings is **30 days** after the close of fact discovery.

    3.    Regarding expert discovery:

        a.  Plaintiffs' expert witness reports shall be produced by **June 30, 2020**;

        b.  Deposition of Plaintiffs' experts shall be conducted by **July 31, 2020;**

      c. Defendants' rebuttal expert reports shall be produced by **August 28, 2020;** and

      d. All expert discovery, including deposition of Defendants' experts, shall be completed by **October 2, 2020.**

4. Regarding class certification:

      a. Plaintiffs' motion for class certification is due on **June 30, 2020;**

      b. Defendants' opposition is due on **August 28, 2020**; and

      c. Plaintiffs' reply is due on **September 11, 2020**.

5. Regarding motions for summary judgment:

      a. Defendants shall file their motion for summary judgment on or before **October 30, 2020**;

      b. Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

      c. Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment; and

      d. Plaintiffs' reply is due **14 days** after the filing of Defendants' response.

6. Trial is set for **March __, 2021**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____                                   _____
                                                                                         U.S.D.J.