IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Misc. No. 13-1288 (RCL) |

## [PROPOSED] SECOND AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1. Fact discovery shall close on **April 30, 2020.**

2. The deadline for seeking leave to add additional parties or amend the pleadings is **30 days** after the close of fact discovery.

3. Regarding expert discovery:

    a. Plaintiffs' expert witness reports shall be produced by **June 30, 2020**;

    b. Deposition of Plaintiffs' experts shall be conducted by **July 31, 2020**;

1

  c. Defendants' rebuttal expert reports shall be produced by **August 28, 2020**; and

  d. All expert discovery, including deposition of Defendants' experts, shall be completed by **October 2, 2020**.

4. Regarding class certification:

  a. Plaintiffs' motion for class certification is due on **June 30, 2020**;

  b. Defendants' opposition is due on **August 28, 2020**; and

  c. Plaintiffs' reply is due on **September 11, 2020**.

5. Regarding motions for summary judgment:

  a. Defendants shall file their motion for summary judgment on or before **October 30, 2020**;

  b. Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

  c. Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment; and

  d. Plaintiffs' reply is due **14 days** after the filing of Defendants' response.

6. Trial is set for **March 31, 2021**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: 12/23/19

Royce C. Lamberth
U.S.D.J.

2