IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>*v*<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>―――――――――<br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER ADJOURNING SECOND AMENDED SCHEDULING ORDER DEADLINES**

It is hereby **ORDERED** that:

    1.    The deadlines in the Second Amended Scheduling Order are hereby adjourned pending further order of this Court.

- 2 -

      2.      The parties are directed to submit proposed amended deadlines no later than June 30, 2020.

Dated: _____                      _____
                                                                                 U.S.D.J.

Case 1:13-mc-01288-RCL   Document 116-1   Filed 04/27/20   Page 2 of 2