IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> ———————————— <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**JOINT MOTION TO ADJOURN SECOND AMENDED
SCHEDULING ORDER DEADLINES**

Plaintiffs in the above-captioned actions (collectively, the "Plaintiffs"), as well as Defendants Federal Housing Finance Agency ("FHFA"), FHFA Director Mark Calabria, the Federal National Mortgage Association, and the Federal Home Loan Mortgage Corporation (collectively, "Defendants"), hereby move the Court for entry of an order adjourning the deadlines in the Second Amended Scheduling Order entered by the Court on December 23, 2019.

Under the Second Amended Scheduling Order, the fact discovery deadline is April 30, 2020, and the deadline for expert reports and class certification motions is June 30, 2020. Two events outside the parties' control have made it impossible to meet those deadlines. First, the coronavirus crisis, in addition to a more general disruption recognized by the Court's Standing Orders, *In Re: Court Operations in Exigent Circumstances Created by the Covid-19 Pandemic*, has caused the parties to suspend scheduled depositions for at least the month of April. Second, the Department of Treasury has just commenced producing documents pursuant to this Court's Order dated November 8, 2019. The first batch of such documents was produced by Treasury on April 3, 2020. That initial production consisted of 2,795 documents, and a substantial volume of documents remain to be produced.

The length and severity of the COVID-19 disruption is uncertain. Moreover, it is unclear when Treasury will complete its document production. Therefore, rather than propose to the Court an amended schedule with speculative new deadlines that may well require further adjustments, the parties jointly request that the Court adjourn the deadlines in the Second Amended Scheduling Order and allow the parties to attempt to determine and submit to the Court appropriate new deadlines as the situation becomes clearer, but by no later than June 30, 2020.

All parties have been litigating this case in earnest and will continue to do so during this short adjournment. The parties believe the proposed adjournment of the Second Amended Scheduling Order deadlines will aid the administration of justice in this case by allowing the parties to more effectively prepare the case for trial and will prevent prejudice to any party.

Dated: April 27, 2020

/s/ Asim Varma
Howard N. Cayne (D.C. Bary #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
howard.cayne@arnoldporter.com
asim.varma@arnoldporter.com
david.bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Mark A. Calabria*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorneys for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGrow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
mvergow@omm.com

*Attorneys for the Federal National Mortgage Association*

/s/ Eric L. Zagar
Eric L. Zagar (Pro Hac Vice)
KESSLER TOPAZ MELTZER
 & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914
Stacey K. Grigsby (D.C. Bar #491197)
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

GRANT& EISENHOFER, P.A.
Michael J. Barry (Pro Hac Vice)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Adam Wierzbowski (Pro Hac Vice)
1251 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

3

<div style="columns:2">

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel:  (858) 914-2001
FBOTTINI@BOTTINILAW.COM


LOWEY DANNENBERG, P.C.
Barbara Hart (Pro Hac Vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:  (914) 997-0500


Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel:  (312) 377-1181
pdahlstrom@pomlaw.com


/s/ Richard M. Zuckerman
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

-and-

Drew W. Marroco (D.C. Bar # 435205)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax:  (202) 496-7756
Drew.Marrocco@dentons.com

*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.*

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Ex Kano S. Sams III
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel:  (310) 201-9150
lglancy@glancylaw.com
esams@glancylaw.com


POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (2120 661-1100
jalieberman@pomlaw.com


FINKELSTEIN THOMPSON LLP
Michael G. McLellan (D.C. Bar # 489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Tel:  (202) 337-8000
mmclellan@finkelsteinthompson.com

*Additional Counsel for Plaintiffs*

/s/ Charles J. Cooper
Charles J. Cooper (SBN # 24870)
David H. Thompson (SBN #450503)
Vincent J. Colantriano (SBN # 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
Tel.: (202) 220-9600
Fax:  (202) 220-9601

*Counsel for Fairholme Plaintiffs*

</div>

4