**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.,*<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.,*<br><br>Plaintiffs,<br><br>*v*<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.,*<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER ADJOURNING SECOND AMENDED
SCHEDULING ORDER DEADLINES**

It is hereby **ORDERED** that:

1.      The deadlines in the Second Amended Scheduling Order are hereby adjourned

pending further order of this Court.

- 2 -

    2.       The parties are directed to submit proposed amended deadlines no later than June 30, 2020.


Dated: _____                    _____
                                                  U.S.D.J.