IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> ──────────── <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## ~~[PROPOSED]~~ ORDER ADJOURNING SECOND AMENDED SCHEDULING ORDER DEADLINES

It is hereby **ORDERED** that:

1. The deadlines in the Second Amended Scheduling Order are hereby adjourned pending further order of this Court.

- 2 -

2.  The parties are directed to submit proposed amended deadlines no later than June 30, 2020.

Dated: <u>05/09/2020</u>  /s/ Royce C. Lamberth
                                                      _____
                                                      U.S.D.J.

- 2 -