IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Court's Order Adjourning Second Amended Scheduling Order Deadlines, Plaintiffs in the above-captioned actions (collectively, the "Plaintiffs"), as well as Defendants Federal Housing Finance Agency ("FHFA"), FHFA Director Mark Calabria, the Federal National Mortgage Association, and the Federal Home Loan Mortgage Corporation (collectively, "Defendants"), hereby move the Court for entry of attached Proposed Third Amended Scheduling Order, which has been agreed to by all parties except with respect to the trial date.

Upon joint motion of the parties, the Court adjourned the deadlines under the Second Amended Scheduling Order because of issues caused by COVID-19 and the production of certain documents by the Department of Treasury. The Court directed the parties to submit proposed revised deadlines by June 30, 2020. The parties have agreed to the proposed revised deadlines in the attached Proposed Order. Although the Department of Treasury has not yet completed its production of documents, it has made substantial progress and the parties anticipate completion in time to complete fact discovery by the proposed January 22, 2021 date. The one date the parties could not agree on was the trial date.

Plaintiffs' Position: Plaintiffs propose that the trial date be set for February 21, 2022. Plaintiffs believe 108 days between the end of summary judgment briefing and trial is sufficient both to address summary judgment and for the parties to prepare for trial. Plaintiffs note that the existing schedule only provides for 78 days between summary judgment briefing and trial. Nor does filing pretrial disclosures two months after summary judgment briefing is completed present any problems for the parties, whether any motion for summary judgment has been ruled on or not.

Defendants' Position: Defendants propose a trial date of July 19, 2022, which is both practical and consistent with the Court's rules regarding resolution of dispositive motions in advance of the final pretrial conference. In contrast, Plaintiffs' proposed trial date of February 21, 2022 leaves only 3.5 months between the completion of briefing on summary judgment motions (November 5, 2021) and trial (February 21, 2022). With that trial date, the final pretrial conference would have to occur no later than January 21, 2022 (LCvR 16.3(c)(14)-(15)), and the Parties' pretrial disclosures would be due no later than January 7, 2022 (LCvR 16.5(a)(2)). Thus, with a February 21, 2022 trial date, pretrial disclosures would be due only 2

months after the close of briefing on summary judgment (and immediately following the December holidays) without regard to whether the court has resolved the summary judgment motions.  This approach is both impractical and in tension with the Court's rules, which state that "[a] dispositive motion in a civil action shall be filed sufficiently in advance of the final pretrial conference that it may be fully briefed *and ruled on* before the conference."  LCvR 7(l) (emphasis added).  Defendants' proposed trial date of July 19, 2022 gives the Court time to resolve the summary judgment motions in advance of the final pretrial conference.  In this way, a July 2022 trial date is consistent with the first scheduling order entered in this case, which also provided for an approximately 8 month interval between the completion of briefing on summary judgment motions (February 26, 2020) and trial (October 19, 2020).  *See* Doc. # 100 (No. 1:13cv1053).  Finally, a July 2022 trial date would make it more likely the Parties could either prepare their pretrial disclosures more efficiently with the benefit of the Court's decision on summary judgment, or save the time and cost of preparing such disclosures in the event the Court decides the case on summary judgment.

All parties have been litigating this case in earnest and believe the Proposed Third Amended Scheduling Order deadlines will aid the administration of justice in this case by allowing the parties to effectively prepare the case for trial and prevent prejudice to any party.

Dated:  June 30, 2020

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  (202) 942-5000
howard.cayne@arnoldporter.com
asim.varma@arnoldporter.com
david.bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Mark A. Calabria*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel:  (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorneys for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel:  (202) 383-5300
mvergow@omm.com

*Attorneys for the Federal National Mortgage Association*

 /s/ Hamish Hume
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Avenue, NW
Washington, DC 20005
Tel:  (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
Eric L. Zagar (Pro Hac Vice)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
ezagar@ktmc.com

/s/ Michael J. Barry
GRANT& EISENHOFER, P.A.
Michael J. Barry (Pro Hac Vice)
123 Justison Street
Wilmington, DE 19801
Tel:  (302) 622-7000
Mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Adam Wierzbowski (Pro Hac Vice)
1251 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| BOTTINI & BOTTINI, INC.<br>Frank A. Bottini<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel:  (858) 914-2001<br>FBOTTINI@BOTTINILAW.COM | GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy<br>Ex Kano S. Sams III<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel:  (310) 201-9150<br>lglancy@glancylaw.com<br>esams@glancylaw.com |
| LOWEY DANNENBERG, P.C.<br>Barbara Hart (Pro Hac Vice)<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel:  (914) 997-0500 | POMERANTZ LLP<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel:  (2120 661-1100<br>jalieberman@pomlaw.com |
| Patrick V. Dahlstrom<br>Ten South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Tel:  (312) 377-1181<br>pdahlstrom@pomlaw.com | FINKELSTEIN THOMPSON LLP<br>Michael G. McLellan (D.C. Bar # 489217)<br>3201 New Mexico Avenue NW, Suite 395<br>Washington, DC 20016<br>Tel:  (202) 337-8000<br>mmclellan@finkelsteinthompson.com |
| | *Additional Counsel for Plaintiffs* |
| /s/ Richard M. Zuckerman<br>Richard M. Zuckerman<br>Sandra Hauser<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800<br>richard.zuckerman@dentons.com<br>sandra.hauser@dentons.com<br><br>-and-<br><br>Drew W. Marroco (D.C. Bar # 435205)<br>DENTONS US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel.: (202) 496-7500<br>Fax:  (202) 496-7756<br>Drew.Marrocco@dentons.com<br><br>*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.* | /s/ Charles J. Cooper<br>Charles J. Cooper (SBN # 24870)<br>David H. Thompson (SBN #450503)<br>Vincent J. Colantriano (SBN # 998668)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave. NW<br>Washington, DC 20036<br>Tel.: (202) 220-9600<br>Fax:  (202) 220-9601<br><br>*Counsel for Fairholme Plaintiffs* |

5