IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>                Plaintiffs,<br><br>        v<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>                Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] THIRD AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

    1.    Fact discovery shall close on **January 22, 2021.**

    2.    The deadline for seeking leave to add additional parties or amend the pleadings is **February 19, 2021**.

3. Regarding expert discovery:

   a. Plaintiffs' expert witness reports shall be produced by **April 16, 2021**;

   b. Deposition of Plaintiffs' experts shall be conducted by **May 21, 2021;**

   c. Defendants' rebuttal expert reports shall be produced by **June 18, 2021;** and

   d. All expert discovery, including deposition of Defendants' experts, shall be completed by **July 16, 2021.**

4. Regarding class certification:

   a. Plaintiffs' motion for class certification is due on **April 16, 2021;**

   b. Defendants' opposition is due on **June 18, 2021**; and

   c. Plaintiffs' reply is due on **July 16, 2021**.

5. Regarding motions for summary judgment:

   a. Defendants shall file their motion for summary judgment on or before **August 20, 2021**;

   b. Plaintiffs' response and cross-motion for summary judgment is due **September 21, 2021**;

   c. Defendants' reply and response is due **October 22, 2021**; and

   d. Plaintiffs' reply is due **November 5, 2021**.

6. Trial is set for _____, **2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____                              _____
                                                      U.S.D.J.

2