# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |

## STIPULATED ORDER OF DISMISSAL OF
## MARY MEIYA LIAO

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, hereby stipulate to the dismissal without prejudice of the above-entitled action as to Plaintiff Mary Meiya Liao, with each party to bear her or its own costs.

/s/ *Asim Varma*
Howard N. Cayne (D.C. Bary #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
howard.cayne@arnoldporter.com
asim.varma@arnoldporter.com
david.bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Mark A. Calabria*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar # 467177)
King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 661-7828
mciatti@kslaw.com

/s/ *Michael J. Barry*
GRANT& EISENHOFER, P.A.
Michael J. Barry (Pro Hac Vice)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Mbarry@gelaw.com

/s/ *Hamish P.M. Hume*
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Stacey K. Grigsby (D.C. Bar #491197)
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

1

*Attorneys for the Federal Home Loan Mortgage Corp.*

/s/ *Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel:  (202) 383-5300
mvergow@omm.com

*Attorneys for the Federal National Mortgage Association*

KESSLER TOPAZ MELTZER
  & CHECK, LLP
Eric L. Zagar (Pro Hac Vice)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
ezagar@ktmc.com


BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Adam Wierzbowski (Pro Hac Vice)
1251 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*