UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>   ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |

**[PROPOSED] ORDER**

It is hereby ORDERED that the STIPULATED ORDER OF DISMISSAL OF MARY MEIYA LIAO is **GRANTED.**

SO ORDERED.

Date: _____      _____
Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia

1