UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |

[~~PROPOSED~~e] ORDER

It is hereby ORDERED that the STIPULATED ORDER OF DISMISSAL OF AMERICAN EUROPEAN INSURANCE COMPANY is **GRANTED.**

SO ORDERED.

Date: 4/23/21

_____
Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia

1