## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RCL) |
| **THIS DOCUMENT RELATES TO:** | CLASS ACTION |
| ALL CASES | |

## [PROPOSED] ORDER

It is hereby ORDERED that the STIPULATED ORDER OF DISMISSAL OF

MARY MEIYA LIAO is **GRANTED.**

SO ORDERED.

Date: ___4/23/21___

_Royce C. Lamberth_
Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia

1