IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>———————————<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**NOTICE OF FILING OF FIFTH AMENDED SCHEDULING ORDER**

Pursuant to the Court's direction during the status conference conducted on June 15, 2021, the parties to the above-captioned cases hereby submit a proposed Fifth Amended Scheduling Order. During the status conference, the Court indicated that it would grant the parties' request to extend the schedule by 45 days from the date the Supreme Court issues its decision in *Collins v.*

*Yellin*, No. 19-422 (S.Ct.). Since the parties do not know the precise date on which the *Collins* decision will be issued, the parties have assumed for simplicity's sake that the decision will be issued on June 28, 2021, which is the last date the Court is expected to issue decisions during this term.

Moreover, the parties reserve all rights to address at an appropriate time the sequencing of trial(s) in these coordinated actions, including any objections the parties may have to a single consolidated trial.

Accordingly, the parties respectfully request that the Court enter the proposed Fifth Amended Scheduling Order.

Respectfully submitted,

*/s/ Howard N. Cayne*
Howard N. Cayne (D.C. Bar #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
ARNOLD & PORTER KAYE
  SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Mark A. Calabria*

*/s/ Hamish P.M. Hume*
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Stacey K. Grigsby (D.C. Bar #491197)
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

| | |
|---|---|
| */s/ Michael J. Ciatti* .<br>Michael J. Ciatti (D.C. Bar #467177)<br>KING &SPALDING LLP<br>1700 Pennsylvania Ave. N.W.<br>Washington, DC 20006<br>Tel: (202) 626-5508<br>Fax: (202) 626-3737<br>mciatti@kslaw.com<br><br>*Attorney for the Federal Home Loan Mortgage Corp.*<br><br>*/s/ Meaghan VerGow* .<br>Meaghan VerGow (D.C. Bar # 977165)<br>O'MELVENY &MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br>mvergow@omm.com<br><br>*Attorney for the Federal National Mortgage Association* | KESSLER TOPAZ MELTZER &<br>  CHECK, LLP<br>Eric L. Zagar (*Pro Hac Vice*)<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br>ezagar@ktmc.com<br><br>GRANT & EISENHOFER, P.A.<br>Michael J. Barry (*Pro Hac Vice*)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100<br>mbarry@gelaw.com<br><br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>Adam Wierzbowski (*Pro Hac Vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br>adam@blbglaw.com<br><br>*Co-Lead Counsel for Plaintiffs*<br><br>BOTTINI & BOTTINI, INC.<br>Frank A. Bottini<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>fbottini@bottinilaw.com<br><br>GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy<br>Ex Kano S. Sams II<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 201-9160<br>lglancy@glancylaw.com<br>esams@glancylaw.com |

LOWEY DANNENBERG, P.C.
Barbara Hart (*Pro Hac Vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
pdahlstrom@pomlaw.com

FINKELSTEIN THOMPSON LLP
Michael G. McLellan (DC Bar #489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Tel: (202) 337-8000
Fax: (202) 337-8090
mmclellan@finkelsteinthompson.com

*Additional Counsel for Plaintiffs*