IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>        Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] FIFTH AMENDED SCHEDULING ORDER**

It is hereby **ORDERED** that:

    1.    Regarding expert discovery:

            a.    Plaintiff's expert witness reports shall be produced by **August 12, 2021**;

    b.    Deposition of Plaintiffs' experts shall be conducted by **September 16, 2021**;

    c.    Defendants' rebuttal expert reports shall be produced by **October 14, 2021**; and

    d.    All expert discovery, including deposition of Defendants' experts shall be completed by **November 11, 2021**.

2. Regarding class certification:

    a.    Plaintiffs; motion for class certification is due on **August 12, 2021**;

    b.    Defendants' opposition is due on **October 14, 2021**; and

    c.    Plaintiffs' reply is due on **November 11, 2021**.

3. Regarding motions for summary judgment:

    a.    Defendants shall file their motion for summary judgment on or before **December 9, 2021**;

    b.    Plaintiffs' response and cross-motion for summary judgment is due **January 13, 2022**;

    c.    Defendants' reply and response is due on **February 15, 2022**; and

    d.    Plaintiffs' reply is due **March 10, 2022**.

4. Trial is set for **July 11, 2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____       _____
                                                                 U.S.D.J.