**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion For Class Certification and the supporting materials were served by CM/ECF on August 12, 2021 upon counsel for Defendants.

Dated: August 12, 2021 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hamish P.M. Hume
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*