UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> **THIS DOCUMENT RELATES TO: ALL CASES** | Misc. Action No. 13-mc-1288 (RCL) <br><br> **CLASS ACTION** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

WHEREAS, Plaintiffs Joseph Cacciapalle, Michelle M. Miller, Timothy J. Cassell, and Barry P. Borodkin (collectively, "Plaintiffs"), having moved pursuant to Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure to certify this action as a class action and for good cause shown,

IT IS HEREBY ORDERED that,

1. The following three Classes are certified pursuant to Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure, consisting of:

   (1) All current holders of junior preferred stock in Fannie Mae as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Fannie Preferred Class");

   (2) All current holders of junior preferred stock in Freddie Mac as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Freddie Preferred Class"); and

   (3) All current holders of common stock in Freddie Mac as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Freddie Common Class").

-2-

2. Plaintiffs are certified as Co-Lead class representatives.

3. The law firms of Boies Schiller Flexner LLP, Kessler Topaz Meltzer & Check, LLP, Grant & Eisenhofer, P.A., and Bernstein Litowitz Berger & Grossmann LLP are certified as Co-Lead Class Counsel.

4. Excluded from all Classes are the defendants, the United States Department of the Treasury, and their respective officers and directors.

IT IS HEREBY ORDERED this _____ day of _____, 2021.

_____
U.S.D.J.