## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | |
| This Memorandum Opinion relates to: ALL CASES. | Case No. 1:13-mc-1288-RCL |

## ORDER

For the reasons stated in the accompanying memorandum opinion, plaintiffs' motion [132] for class certification is **GRANTED**. The Court hereby **CERTIFIES** the following three classes pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3):

1. All current holders of junior preferred stock in Fannie Mae as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Fannie Preferred Class");

2. All current holders of junior preferred stock in Freddie Mac as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Freddie Preferred Class"); and

3. All current holders of common stock in Freddie Mac as of the date of certification, or their successors in interest to the extent shares are sold after the date of certification and before any final judgment or settlement (the "Freddie Common Class").

Excluded from the foregoing three classes (the "Classes") are defendants and the United States Department of Treasury, as well as their respective officers and directors.

The Court hereby **APPOINTS** plaintiff Joseph Cacciapalle as a class representative of the Fannie Preferred Class and the Freddie Preferred Class.

The Court hereby **APPOINTS** plaintiff Barry P. Borodkin as a class representative of the Fannie Preferred Class.

The Court hereby **APPOINTS** plaintiffs Michelle M. Miller and Timothy J. Cassell as class representatives of the Freddie Common Class.

The Court hereby **APPOINTS** the law firms of Boies Schiller Flexner LLP; Kessler Topaz Meltzer & Check, LLP; Grant & Eisenhofer, P.A.; and Bernstein Litowitz Berger & Grossman LLP as Co-Lead Class Counsel.

It is further **ORDERED** that the parties shall promptly meet and confer regarding an appropriate form, content, and method of providing the notices to be disseminated to the Classes pursuant to Federal Rule of Civil Procedure 23(c)(2)(B).

It is further **ORDERED** that no later than forty-five (45) days following the entry of this Order, the Parties shall submit a mutually satisfactory stipulation and proposed order setting forth the agreed-upon form, content, and method of providing the notices to be disseminated to the Classes pursuant to Federal Rule of Civil Procedure 23(c)(2)(B). If the parties are unable to reach agreement regarding an appropriate form, content, and method of providing notice to the Classes, Class plaintiffs shall move for an order approving a proposed form, content, and method of providing notices to the Class pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) no later than forty-five (45) days following the entry of this Order.

**IT IS SO ORDERED.**

Date: 12/7/21

Royce C. Lamberth
United States District Judge