# EXHIBIT 2

Exhibit 2

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** <br><br> **THIS DOCUMENT RELATES TO: ALL CASES** | Misc. Action No. 13-mc-1288 (RCL) <br><br> <u>**CLASS ACTION**</u> |

<u>**SUMMARY NOTICE OF CLASS ACTION**</u>

**TO:**   ALL CURRENT HOLDERS OF JUNIOR PREFERRED STOCK IN FANNIE MAE AS OF DECEMBER 7, 2021, OR THEIR SUCCESSORS IN INTEREST TO THE EXTENT SHARES ARE SOLD AFTER DECEMBER 7, 2021 AND BEFORE ANY FINAL JUDGMENT OR SETTLEMENT (THE "FANNIE PREFERRED CLASS");

ALL CURRENT HOLDERS OF JUNIOR PREFERRED STOCK IN FREDDIE MAC AS OF DECEMBER 7, 2021, OR THEIR SUCCESSORS IN INTEREST TO THE EXTENT SHARES ARE SOLD AFTER DECEMBER 7, 2021 AND BEFORE ANY FINAL JUDGMENT OR SETTLEMENT (THE "FREDDIE PREFERRED CLASS"); AND

ALL CURRENT HOLDERS OF COMMON STOCK IN FREDDIE MAC AS OF DECEMBER 7, 2021, OR THEIR SUCCESSORS IN INTEREST TO THE EXTENT SHARES ARE SOLD AFTER DECEMBER 7, 2021 AND BEFORE ANY FINAL JUDGMENT OR SETTLEMENT (THE "FREDDIE COMMON CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Columbia, that the above-captioned action ("Action") against the Federal Housing Finance Agency ("FHFA"), the Federal National Mortgage Association ("Fannie Mae"), and the Federal Home Loan Mortgage Corporation ("Freddie Mac") (collectively, "Defendants") has been certified as a class action on behalf of the Classes set forth above, except for certain persons and entities that are excluded from the Classes by definition as set forth in the full printed Notice of Class Action ("Notice").  Plaintiffs Joseph Cacciapalle, Michelle M. Miller, Timothy J. Cassell, and Barry P. Borodkin have been appointed by the Court to represent the Classes.

IF YOU ARE A MEMBER OF ONE OR MORE OF THE CLASSES, YOUR RIGHTS WILL BE AFFECTED BY THIS LAWSUIT.  The full printed Notice is currently being mailed to known Class Members.  If you have not yet received a full printed Notice, you may obtain a copy from the website for the Action, www.fannie-freddieclassaction.com or by contacting the Administrator:

Fannie Mae Freddie Mac Class Action
c/o A.B. Data, Ltd.
P.O. Box 173066
Milwaukee, WI  53217

If you did not receive the Notice by mail and you are a member of one or more of the Classes, please send your name and address to the Administrator so that if any future notices are disseminated in connection with the Action, you will receive them.

If you are a member of one or more of the Classes, you have the right to decide whether to remain a member of the Classes.  *If you choose to remain a member of the Classes, you do not need to do anything at this time other than retain your documentation reflecting your holdings in Fannie Mae junior preferred stock, Freddie Mac junior preferred stock, or Freddie Mac common stock.*  You will automatically be included in the Classes, and you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.  If you are a Class Member and **do not** wish to remain a member of the Classes, you **must** take steps to exclude yourself from the Classes.

If you timely and validly request to be excluded from one or more of the Classes, you will not be bound by any orders or judgments in the Action as to that Class, and you will not be eligible to receive a share of any money which might be recovered in the future for the benefit of the Class(es) which you timely sought exclusion from.  To exclude yourself, you must submit a written request for exclusion postmarked **no later than _____, 2022** in accordance with the instructions set forth in the full printed Notice.

**You must maintain ownership in the underlying security through the date of any final judgment or settlement to remain a member of the Classes.  If you sell your shares of Fannie Mae or Freddie Mac preferred stock or Freddie Mac common stock before that time, you will no longer be a member of the Classes.**

"Final judgment" means the judgment of the Court after (1) any and all appeals to the U.S. Court of Appeals for the D.C. Circuit (the "Court of Appeals") have been adjudicated, or the time for appeal to the Court of Appeals has expired with no appeal having been taken, (2) any and all petitions for writ of certiorari to the U.S. Supreme Court (the "Supreme Court") have been adjudicated, or the time for filing petitions for writ of certiorari has expired with no petition having been filed, and (3) if any petition for writ of certiorari is granted, any and all appeals to the Supreme Court have been adjudicated.

Inquiries, other than requests for the Notice, may be made to any of the below Court-appointed Class Counsel:

Hamish P.M. Hume, Esq.
Samuel C. Kaplan, Esq.
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
www.bsfllp.com
hhume@BSFLLP.com
skaplan@bsfllp.com


Eric L. Zagar, Esq.
Lee D. Rudy, Esq.
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
www.ktmc.com
ezagar@ktmc.com
lrudy@ktmc.com


Michael J. Barry, Esq.
**GRANT & EISENHOFER, P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
www.gelaw.com
mbarry@gelaw.com


Adam Wierzbowski, Esq.
Richard D. Gluck, Esq.
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY  10020

Telephone: (212) 554-1400  
Facsimile: (212) 554-1444  
www.blbglaw.com  
adam@blbglaw.com  
rich.gluck@blbglaw.com

Further information may be obtained by contacting the Administrator or visiting the website www.fannie-freddieclassaction.com.

**DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**

DATED: _____, 2022         BY ORDER OF THE
                                UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLUMBIA