# EXHIBIT HH



## ISSUER COMMENT

# US Treasury Amends Fannie Mae's and Freddie Mac's Capital Agreement, a Credit Positive
From Credit Outlook

**Analyst Contacts:**

NEW YORK     +1.212.553.1653

Brian Harris     +1.212.553.4705
*Senior Vice President*
brian.harris@moodys.com

Last Friday, the US Treasury amended[1] its Senior Preferred Stock Purchase Agreement (the Capital Agreement) with the government-sponsored enterprises (GSEs) Fannie Mae (Aaa negative) and Freddie Mac (Aaa negative). The most significant provision of the amendment, which goes into effect on 1 January 2013, is the reduction of the dividends the GSEs will pay. This reduction is credit positive because it considerably diminishes the risk of the GSEs depleting the capital commitment that they have from the US Treasury.

The Treasury's capital commitment to the GSEs has been the source that provides positive net worth to the two GSEs since their conservatorship. Our Aaa ratings on the GSEs are based on effective credit substitution with the US government. We believe this amendment confirms the connection between the GSEs and the US government because the most tangible form of GSE support, the Capital Agreement, will remain in place and will continue to provide for a significant call on capital from the US government for the foreseeable future.

Prior to this amendment, the GSEs were to have a fixed capital commitment from the US Treasury, and we believed those dividend payments would have depleted the limited capital commitment over about the next 10 years. Therefore, the US government needed to take some action to avoid depleting the capital commitment.

The amendment reduces dividends from the GSEs to the US Treasury to any positive net worth above a pre-determined nominal capital reserve.[2] More importantly, limiting dividends to the amount of earnings each GSE generates and eliminating the burden of the former high dividends ensures that each company will have sufficient contingent capital under its Capital Agreement with the US Treasury, a credit positive.

Based on our analysis, Fannie Mae and Freddie Mac are likely to return to operating profitability in the next few years, increasing the certainty that they each will have a significant amount of contingent capital from the US government available to them. By our estimates, they are each likely to receive more than $100 billion of capital from the US Treasury, and given that only operating losses would reduce this amount, we expect this capital to remain in place for the foreseeable future.

**What is Moody's Credit Outlook?**

Published every Monday and Thursday morning, Moody's Credit Outlook informs our research clients of the credit implications of current events.

---

[1] This is the third amendment of the Senior Preferred Stock Purchase Agreement between the US Treasury and Fannie Mae and Freddie Mac. In each case, the amendment resulted in increased protections for bondholders.

[2] The capital reserve for each company in 2013 will be $3.0 billion and will decline by $600 million per year. That is, each of the GSE's capital reserve will be $3.0 billion in 2013, $2.4 billion in 2014, $1.8 billion in 2015, $1.2 billion in 2016, $600 million in 2017, and $0 in 2018 and beyond.

Protected Information to be Disclosed Only in Accordance with Protective Order     Fairholme Funds, Inc., et al. v. Fed. Hous. Fin. Agency, et al., No. 13-1053 (D.D.C.)     FRE-FAIRHOLME-0077864

MOODY'S INVESTORS SERVICE   BANKING

Report Number: 144994

| Author | Production Associate |
|---|---|
| Brian Harris | David Dombrovskis |

© 2012 Moody's Investors Service, Inc. and/or its licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

CREDIT RATINGS ISSUED BY MOODY'S INVESTORS SERVICE, INC. ("MIS") AND ITS AFFILIATES ARE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND CREDIT RATINGS AND RESEARCH PUBLICATIONS PUBLISHED BY MOODY'S ("MOODY'S PUBLICATIONS") MAY INCLUDE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL, FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS AND MOODY'S OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. CREDIT RATINGS AND MOODY'S PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. NEITHER CREDIT RATINGS NOR MOODY'S PUBLICATIONS COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS AND PUBLISHES MOODY'S PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The ratings, financial reporting analysis, projections, and other observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. Each user of the information contained herein must make its own study and evaluation of each security it may consider purchasing, holding or selling.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

MIS, a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MIS have, prior to assignment of any rating, agreed to pay to MIS for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Shareholder Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Any publication into Australia of this document is by MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657, which holds Australian Financial Services License no. 336969. This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001.

Notwithstanding the foregoing, credit ratings assigned on and after October 1, 2010 by Moody's Japan K.K. ("MJKK") are MJKK's current opinions of the relative future credit risk of entities, credit commitments, or debt or debt-like securities. In such a case, "MIS" in the foregoing statements shall be deemed to be replaced with "MJKK". MJKK is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO.

This credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors. It would be dangerous for retail investors to make any investment decision based on this credit rating. If in doubt you should contact your financial or other professional adviser.



Protected Information to be Disclosed   Fairholme Funds, Inc., et al. v. Fed. Hous.   FRE-FAIRHOLME-0077865
Only in Accordance with Protective Order   Fin. Agency, et al., No. 13-1053 (D.D.C.)