# **EXHIBIT II**

**To:** Newell, Jamie[Jamie.Newell@fhfa.gov]
**From:** Winer, Mark D
**Sent:** 2012-08-17T16:05:22Z
**Importance:** Normal
**Subject:** FW: Update: Treasury changes the PSPAs: Initial thoughts
**Received:** 2012-08-17T16:05:35Z

I will send you a market summary shortly but, I thought you'd find this piece helpful. Seems pretty well thought through.

**This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.**

---

**From:** Chandarana, Mohit
**Sent:** Friday, August 17, 2012 11:47 AM
**To:** Shen, Steve; Winer, Mark D
**Subject:** FW: Update: Treasury changes the PSPAs: Initial thoughts

This is a nice summary.

Thanks.

- Mohit

**Mohit Chandarana | Capital Markets - Portfolio Management | Fannie Mae | 202-752-5848**

**This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.**

---

**From:** Barclays Research [mailto:barclaysresearch@barclays.com]
**Sent:** Friday, August 17, 2012 11:17 AM
**To:** Chandarana, Mohit
**Subject:** Update: Treasury changes the PSPAs: Initial thoughts

<u>Barclays</u>

INTEREST RATES RESEARCH | U.S. INSTANT INSIGHTS        17 August 2012

James Ma     +1 212 412 2563     james.ma@barclays.com
Rajiv Setia  +1 212 412 5507     rajiv.setia@barclays.com
Nicholas Strand     +1 212 412 2057     nicholas.strand@barclays.com

*This version replaces the one sent earlier today with updates to our views on ratings and other implications.*

## Treasury changes the PSPAs: Initial thoughts

The Treasury has changed two aspects of the Preferred Stock Purchase Agreements (PSPAs) that govern the terms of the Treasury's capital support for Fannie Mae (FNM) and Freddie Mac (FRE):

n   All future net income generated by FNM/FRE will be swept directly to the Treasury; the dividend is waived in any period in which a GSE makes a net loss. Previously, this was a flat 10% annual rate.

n   The retained portfolios' maximum size will now decrease 15% per year, an acceleration from the previous 10% per year.

This change is along the lines that we have been calling for since last [1] This modification of the coupon ensures that capital support will be maintained post-YE12 (of $125bn at FNM and $150bn at FRE), while allowing the Treasury and taxpayers to recover the maximum possible value from future GSE cash flows. It obviously is a blow to the hopes of investors in the junior preferred shares and those who have speculated the old GSE model would eventually be revived.

When we examined the GSEs' long-term cash flows last year, we concluded that the Treasury would likely make such a change this [2] However, the push forward in the timeline could have been prompted by worries over FNM/FRE ratings; for example, Moody's had suggested that GSE ratings could be changed independently of the US sovereign ratings if more clarity on capital support post-2012 were not provided.

Our baseline projections for GSE profitability have always assumed that legacy credit losses would be fully provisioned in 2012, allowing the GSEs to return to profitability even after the 10% dividend; we saw clear evidence of this in the Q2 results. However, the primary driver of profitability was net interest income from the portfolio; as this was slated to shrink 10% per annum, it could not be counted on as a sustainable source of revenues. As a result, we were more concerned about the viability of finite credit support 7-10y out, rather than in the near term. This view was likely shared by agency debt investors; for instance, 2-3y debt trades at less than 10bp vs. Treasuries, while intermediate maturities are valued at a spread closer to 35-40bp.

With the change in support, we see virtually no chance of the post-YE12 capital supports being exhausted over a multi-decade period. This is primarily because of the high quality of the post-conservatorship guarantee book, coupled with our view that provisioning for legacy credit losses is essentially complete (also in line with the Q2 results).

In our view, this puts to rest any worries about GSE credit risk even in intermediate/longer maturities. Thus, we expect the agency-Treasury spread curve to flatten sharply and can envision 10s trading at T+15-20bp. By accelerating the pace of portfolio shrinkage to 15%, this should also boost the positive supply technical for agency debt, further buoying valuations.

In terms of knock-on effects for other sectors:

n  With the pace of shrinkage accelerating to 15% per annum, the retained portfolios could be a marginal source of agency MBS "supply." However, the current pace of liquidations should be enough for FNM/FRE to comply with the new limits in 2012 without resorting to outright sales. Further out, depending on the level of rates, strategic dispositions may be needed. However, past experience suggests that FHFA will be flexible in ensuring that the portfolios are wound down in a non-disruptive way.

n  Also, the accelerated pace of portfolio runoff also reduces the GSEs' need to use pay-fixed swaps positions and/or buy options. Notional derivative positions have already been declining roughly 15% per year over the past four years, slightly ahead of the existing pace of portfolio shrinkage. This reinforces the secular move underway in which ownership of the mortgage universe is transitioning from hedgers to non-hedgers. Despite the presumably faster wind-down of the derivatives book, we do not see a large effect on intermediate swap spreads. However, our vol strategist expects the modest acceleration in the unwind of the GSEs' existing swaption books to be bearish for intermediate expiries on mid-tails (on a relative basis).

In our view, the GSEs are now, more than ever, dependent on the government. By removing virtually all concerns about standalone credit and appropriating all future profits, the government is signalling what most market participants already know: that FNM/FRE are essentially off-balance-sheet government entities. The question remains whether this move will be enough to change perceptions of investors (typically overseas) that have previously differentiated between Treasury/GNMA and FNM/FRE securities.

We think that over time, the answer to this question is an unambiguous yes. Any signal that the Fed/OCC is considering reducing FNM/FRE risk weights as a result of this dividend change would increase investor appetite for agency debt/MBS; however, this would also further entrench FNM/FRE securitization, complicating any transition to another housing finance model. Ultimately, our MBS strategists expect this change to help weaken support for the GNMA/FNMA swaps over time.

---

[1] US Agencies Outlook 2012: Achtung baby! , 14 December 2011

[2] GSE preferred shares: Hope is not a strategy, 16 June 2011

For analyst certification(s) and important disclosures, please **click here**.

Edit my subscriptions profile | Unsubscribe me from this email

The Corporate and Investment Banking division of Barclays Bank PLC and its affiliates

FHFA-DDC-0065666

(collectively and each individually, "Barclays") uses your contact information to deliver information to you. Barclays reserves the right, as permitted by applicable law, to monitor electronic communications. Barclays uses cookies and other tracking technologies to collect information about recipients of electronic communications (such as internet protocol addresses). Barclays uses the information collected to monitor the effectiveness, and extent and frequency of usage of our products, and to further improve our products and our relationships with our clients. This e-mail is intended only for the person to whom it was originally sent, and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, please advise the sender by reply e-mail. Do not duplicate or redistribute it by any means. Please delete it and any attachments without retaining any copies. Unless specifically indicated, this e-mail is not an offer to buy or sell, or a solicitation to buy or sell any securities, investment products, or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link:http://www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other divisions or affiliates of Barclays.

FHFA-DDC-0065667