# **EXHIBIT JJ**

GUGGENHEIM

People. Ideas. Success.



**WASHINGTON RESEARCH GROUP**　　　　　　　　　　　　　　　　　　　　　　AUG. 20, 2012

THIS MATERIAL IS MARKET COMMENTARY AND NOT A RESEARCH REPORT

*Aug. 20 to Aug. 24*

# What to Watch: Housing Finance Reform Long Off

FINANCIAL SERVICES POLICY BULLETIN

**Jaret Seiberg**
202-747-9461
jaret.seiberg@guggenheimpartners.com

Our Washington calendar of financial policy events is at the end of this note, but first a few comments on what Treasury's decision to revamp its capital support agreement with Fannie and Freddie tells us about housing finance reform.

Keys for Investors

- We believe that even after this revamp of the support agreement that the door is open for Fannie and Freddie to be spun back to the public.

- Those who thought a transaction would happen soon were always going to be disappointed. There was never a real chance that the administration would spin Fannie and Freddie off to the public in an AIG-like transaction without broader housing finance reform. The political backlash would have been too great and the loss to taxpayers too high.

- The soonest we believe real reform will advance is after the next congressional election. It may even have to wait until after the next presidential election. This extra time will give Fannie and Freddie more time to pay dividends to Treasury. The closer Fannie and Freddie get to paying dividends equal to the $188 billion invested in them, the easier it will be to spin them off to the pubic as part of a reform effort that preserves the enterprises.

- In the end, the most likely housing finance reform outcome is the same today as it was a week ago. Eventually we expect there will be a consensus to move from an implicit backing of the enterprises to an explicit guarantee of the MBS. This will be modeled after the FDIC insurance, which means the enterprises will pay a fee for it. We also see the door open for Congress to let other financial firms get GSE charters to compete with Fannie and Freddie to issue government-backed MBS.

Rest of the Story.

As we discussed in our note Friday, the Treasury has restructured its capital support agreement with Fannie and Freddie. The new deal replaces the 10% dividend with a requirement that the enterprises pay out all of their profits to the government. When there are no profits, the enterprises won't pay the government anything. This was down to end the perverse cycle of having the enterprises borrow more from Treasury in order to pay dividends to Treasury.

This was attractive to both sides for several reasons:

SEE PAGE 4 FOR DISCLAIMERS

FHFA-DDC-0067168

- It means Fannie and Freddie will be on a stronger financial footing as they will not have to seek Treasury preferred just to repay Treasury.

- Politically it allows the President to say he has stabilized the enterprises. He also can say the administration has recouped a quarter of the investment and will be on track to recoup all of the investment over the next decade.

- This should calm debt investors as the fear was that Fannie and Freddie – without the earnings from ever-shrinking retained portfolios – would find making the Treasury dividend payments increasingly challenging. This could have eventually caused them to exhaust their lines with Treasury, which would have called into question their ability to make their debt payments. A default on their debt could have driven up Treasury's borrowing costs as many foreign investors consider GSE debt to be sovereign U.S. debt.

What it doesn't do, in our view, is change the political equation for housing finance reform.

*Capitol Hill Sees Reform as Less Likely*

- We recognize that some on Capitol Hill view this differently. They see this as further sinking the odds for housing finance reform. We suspect this is because it makes a financial crisis at the enterprises less likely. And there is nothing like a crisis to push legislation across the finish line.

*Market Sees Reform More Likely*

- Many investors appear to have the opposite view. This perspective contends that broader reform is more likely because this makes it harder for the government to spin Fannie and Freddie back to the market with an AIG-like transaction. Hopes for an AIG approach had been rising in recent days as the enterprises were profitable in the last quarter. The Treasury restructuring has dashed hopes for a quick transaction and convinced some that Washington eventually will formally nationalize the companies rather than spin them back to the public.

*Reality Less Radical*

We believe this does little to change the odds for housing finance reform for the following reasons:

1. The government will declare victory as soon as Fannie and Freddie contribute $188 billion to the government in the form of dividends. At that point, the government could still engage in an AIG-like transaction that spins the enterprises off to the public. Whatever cash the government gets will be considered profit.

2. We agree with many investors out there who believe that guarantee fees would have to rise at least 50 basis points in order for the enterprises to cover the costs of their capital without the benefit of lucrative retained portfolios. We don't see that rise as a problem as higher Basel 3 capital charges will make it more expensive for a bank to hold the loan in portfolio while risk retention will boost the cost of private securitizations. So the need for guarantee fees to rise is not a hurdle to action.

3. To us, the issue is what do the enterprises look like when they get spun back to the public. That is where we see little political consensus. Our view is that the government will shift to an explicit backing of the MBS in exchange for a fee. This will be similar to FDIC insurance on bank deposits. We believe this will be scored as raising revenue, which is why it will get legs. We also believe small banks, credit unions, home builders and Realtors want to see the enterprises preserved. The hurdle will be to get conservatives to consent and to decide whether big banks should be allowed to get GSE charters to compete against Fannie and Freddie.

4. Election-year rhetoric makes this compromise unlikely in the next few years. The best path forward will be if President Obama wins as he could push this forward in his final two years without worrying about upsetting voters.

5. A Mitt Romney victory would be more complicated. Many Republicans – including vice presidential nominee Paul Ryan – see the mega banks as a threat. They also want to eliminate Fannie and Freddie. We see no way to get rid of the enterprises without making the mega banks bigger. This is why GSE reform in a Romney administration could

FHFA-DDC-0067169

extend out to a second term. Despite this, we still believe President Romney could favor a compromise similar to what we describe above because it is modeled after the FDIC and it opens the door to more competition. And we expect it will raise money for the government.

6. The wild card is whether the employees at Fannie and Freddie are willing to stay at the enterprises. Even now – when the financial sector has been under stress – employees have been leaving the enterprises. That could accelerate as the economy improves as the government is effectively regulating pay and benefits at Fannie and Freddie. That means many employees will make more elsewhere. To us, this is the biggest threat to our thesis as without the right employees, the enterprises cannot remain viable.

## Washington Financial Calendar: Aug. 20 to Aug. 24

Monday, Aug. 20

The House and Senate remain on recess through the political conventions.

House Financial Services financial institutions subcommittee at 11 a.m. holds a field hearing in Charleston, W.Va., on the challenges that **community banks** in West Virginia face.

Tuesday, Aug. 21

Nothing scheduled. *What it means: Beach day!*

Wednesday, Aug. 22

The National Association of Realtors at 10 a.m. releases **existing home sales**.

The SEC meets at 10 a.m. to discuss Dodd-Frank rules on **conflict minerals**.

The **FOMC** around 2 p.m. releases the minutes from its July 31 to Aug. 1 meeting.

Thursday, Aug. 23

New **home sales** are out at 10 a.m.

FHFA at 10 a.m. releases June **home prices.**

Friday, Aug. 24

Unlike last week, this should be a very **quiet day** in D.C. *What it means: Maybe this time I'll actually get in my run in Shenandoah National Park.*

## DISCLAIMER

Guggenheim Securities, LLC ("Guggenheim") has prepared this institutional sales material for your information purposes only. This material is for institutional investors only and should not be construed as presenting information from which you could form a basis upon which to make an investment decision. This material should not be construed as a research report, a recommendation or advice or an offer or solicitation by Guggenheim with respect to the purchase or sale of any investment. This material is distributed with the understanding that it does not provide accounting, legal or tax advice; you should consult appropriate advisors concerning such matters.

Sources for the information herein are believed to be reliable, but the information is not guaranteed as to accuracy and does not purport to be complete, and Guggenheim makes no representation and gives no warranty that it is accurate or complete. Guggenheim undertakes no obligation to provide you with any additional or supplemental information or any update to or correction of the information contained herein. Guggenheim, its officers, employees, affiliates and partners shall not be liable to any person in any way whatsoever for any losses, costs or claims for your reliance on this material. Guggenheim may have positions in financial instruments mentioned, may have acquired such positions at prices no longer available, and may have interests different from or adverse to your interests. No liability is accepted by Guggenheim for any losses that may arise from any use of the information contained herein.

This material is not to be reproduced or redistributed to any other person outside of your organization or published in whole or in part for any purpose absent the written consent of Guggenheim.