# EXHIBIT KK

CONFIDENTIAL
Protected Information to Be Disclosed Only in Accordance With Protective Order

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**REBUTTAL EXPERT REPORT OF PROFESSOR S.P. KOTHARI**

October 14, 2021

**Exhibit 6A**
**Fannie Mae**
**Market Value of Common and Junior Preferred Stock**

|  |  | Face Value ($ millions) | Par Value Per Share ($) | Shares Outstanding (millions) | August 16, 2012 Price ($) | August 16, 2012 Market Value ($ millions) |
|---|---|---|---|---|---|---|
|  |  | [a] | [b] | [c] | [d] | [e] |
| [1] | Total Junior Preferred Stock |  |  |  |  | 1,467.57 |
| [2] | FNMAS | 7,000.00 | 25.00 | 280.00 | 2.35 | 658.00 |
| [3] | FNMFO | 2,492.20 | 100,000.00 | 0.02 | 2,701.00 | 67.31 |
| [4] | FNMFN | 2,500.00 | 50.00 | 50.00 | 3.30 | 165.00 |
| [5] | FNMAT | 2,225.00 | 25.00 | 89.00 | 2.65 | 235.85 |
| [6] | FNMAH | 1,000.00 | 25.00 | 40.00 | 1.90 | 76.00 |
| [7] | FNMAG | 300.00 | 50.00 | 6.00 | 3.42 | 20.52 |
| [8] | FNMAP | 690.00 | 50.00 | 13.80 | 3.25 | 44.85 |
| [9] | FNMAJ | 530.00 | 25.00 | 21.20 | 1.95 | 41.34 |
| [10] | FNMAO | 288.00 | 50.00 | 5.76 | 3.31 | 19.07 |
| [11] | FNMAM | 400.00 | 50.00 | 8.00 | 3.50 | 28.00 |
| [12] | FNMAK | 225.00 | 50.00 | 4.50 | 3.25 | 14.63 |
| [13] | FNMAL | 460.00 | 50.00 | 9.20 | 3.22 | 29.62 |
| [14] | FNMAN | 345.00 | 50.00 | 6.90 | 3.40 | 23.46 |
| [15] | FNMAI | 375.00 | 25.00 | 15.00 | 1.99 | 29.85 |
| [16] | FNMFM | 150.00 | 50.00 | 3.00 | 1.00 | 3.00 |
| [17] | FDDXD | 150.00 | 50.00 | 3.00 | 3.69 | 11.07 |
| [18] | Common Stock (excluding Treasury warrants) |  |  | 1,158.07 | 0.30 | 341.63 |
| [19] | Common Stock (including Treasury warrants) |  |  |  |  | 1,699.65 |
| [20] | Total |  |  |  |  | **3,167.22** |

**Notes and Sources:**

[1]   = SUM([2]:[17]).

[2]-[17]
[a]-[b]   Fannie Mae, Form 10-K for the fiscal year ended December 31, 2011, pp. F-96.
[c]   = [a] / [b].
[d]   Refinitiv Eikon. For securities that had no close prices available on August 16, 2012, the last available close price prior to August 16, 2012 is used.
[e]   = [c] * [d].

[18]
[c]   Refinitiv Eikon.
[d]   Refinitiv Eikon.
[e]   = [c] * [d].

[19]   = [18] / 0.201. Warrants are assumed to be converted to common stock at closing price.
[20]   = [1] + [19].