UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**DEFENDANTS' NOTICE REGARDING LENGTH OF JURY TRIAL**

Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "Enterprises,"), Sandra L. Thompson, in her official capacity as Acting Director of FHFA, and the Enterprises hereby notify the Court of the following:

    1.    Trial in the above-captioned cases is currently scheduled for July 11, 2022, "or at the Court's earliest convenience thereafter." The complaint in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-1288 (RCL) (the "Class Action"), includes a jury demand (ECF No. 71), while the complaint in *Fairholme Funds,*

*Inc. v. FHFA*, No. 13-1053 (RCL), does not contain a jury demand (ECF No. 75).  Because trial in both cases is scheduled to commence on the same date, Defendants understand that the jury trial in the Class Action and the bench trial in the *Fairholme* action will be tried simultaneously.[1]

2. In a document posted in the "Jury Information" section of the Court's website, the Jury Office states: "[Special Trials] are trials specially ordered as they may last at least two weeks, mainly high-profile, and ordered through the jury office at least 10 weeks in advance and a pre screening form (advising the prospective jurors of the duration of the trial) are included in the mailing."  *See* Regular and Special Jury Trials, U.S. District Court for the District of Columbia, https://www.dcd.uscourts.gov/jury-selections (attached as Exhibit A).

3. The parties have not yet exchanged trial witness or exhibit lists, but based on their good faith estimates, Defendants by this Notice respectfully advise the Court that they anticipate that trial in the Class Action may last at least two weeks— (*i.e.*, at least ten trial days).

4. Defendants remain available should the Court or the Jury Office request or require further information.

---

[1] The Court's online calendar currently reflects that both the Class Action and the *Fairholme* case are scheduled for bench trials to commence on May 16, 2022.  This date appears to be based on a prior, no longer operative scheduling order (*see* ECF No. 120 in No. 13-1288).  Further, as noted above, the complaint in the Class Action includes a jury demand.

Dated: April 28, 2022

Respectfully submitted,

 */s/ Howard N. Cayne* 
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com

*Counsel for Defendant Federal Housing Finance Agency and Acting Director Sandra Thompson*

 */s/ Michael J. Ciatti* 
Michael J. Ciatti (D.C. Bar #467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for the Federal Home Loan Mortgage Corp.*

 */s/ Meaghan VerGow* 
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for the Federal National Mortgage Association*