UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] SEVENTH AMENDED SCHEDULING ORDER

Having considered the Parties Joint Motion to Reset Trial Date and Amend Scheduling Order, and good cause appearing therefor, it is hereby **ORDERED** that:

1. The Parties' oppositions to the already-filed motions in limine based on Federal Rules of Evidence 701 to 706 shall be filed by **June 17, 2022**;

2. The Parties' replies in support of the already-filed motions in limine based on Federal Rules of Evidence 701 to 706 shall be filed by **July 1, 2022**;

3. Pretrial Statements, which must include (i) all of the information and disclosures required under Local Rule 16.5(b), (ii) any stipulations of fact agreed upon or proposed by the

Parties, and (iii) proposed voir dire questions, jury instructions and verdict forms, shall be filed by **August 19, 2022**;

4. The parties shall exchange electronic copies of the exhibits identified on their lists of exhibits, pre-marked with PX and DX numbers, by **August 19, 2022**;

5. The Parties' motions in limine other than those based on Federal Rules of Evidence 701 to 706 shall be filed by **August 26, 2022** (with later motions allowed for good cause);

6. The Parties shall (i) serve objections to deposition designations and any cross-designations, (ii) exchange objections to admissibility of exhibits and meet and confer over proposed jury instructions and verdict forms by **September 2, 2022**;

7. The Parties shall meet and confer and attempt to resolve any objections to the admissibility of exhibits, and regarding proposed voir dire questions, jury instructions and verdict forms by **September 9, 2022**;

8. The Parties' oppositions to motions in limine other than those based on Federal Rules of Evidence 701 to 706 shall be filed by **September 13, 2022**;

9. The pretrial conference shall be set for the week of **September 19, 2022**;

10. The Parties' replies to motions in limine other than those based on Federal Rules of Evidence 701 to 706 shall be filed by **September 23, 2022**;

11. Trial is set for **October 17, 2022**, or at the Court's earliest convenience thereafter.

Dated: 6/13/22

ROYCE C. LAMBERTH
United States District Judge