# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## UNOPPOSED MOTION BY DEFENDANTS TO EXTEND THE
## BRIEFING SCHEDULE ON PLAINTIFFS' MOTION IN LIMINE

Defendants respectfully request that the Court extend the briefing deadlines on Plaintiffs' recently-filed motion in limine (ECF No. 176 (No. 1:13-cv-01053) and ECF No. 169 (in No. 1:13-mc-01288)).  Plaintiffs have indicated that they do not oppose this request.

In further support, Defendants state:

1. On August 3, 2022, Plaintiffs filed their Motion in Limine to Admit Evidence Pursuant to F.R.E. 801 and 803 ("Plaintiffs' Motion").

2. Under Local Civil Rule 7, the deadline for Defendants to oppose the Plaintiffs' Motion is August 17, 2022, and the deadline for Plaintiffs to file their reply in support of the motion is August 24, 2022.

3. The Plaintiffs' Motion involves a significant number of documents and raises multiple evidentiary and related issues. Moreover, a large number of parties and counsel must coordinate in connection with the briefing.

4. Accordingly, Defendants respectfully request a 7 day extension for their opposition brief—from August 17, 2022, to August 24, 2022, and an enlargement of Plaintiffs' time for filing a reply by 2 days—from August 31, 2022, to September 2, 2022.

5. Undersigned counsel for Defendants have conferred with counsel for Plaintiffs, who have represented that Plaintiffs do not oppose the relief requested in this motion.

6. A proposed order granting the requested relief is attached hereto.

Dated: August 12, 2022

Respectfully submitted,

/s/ Asim Varma
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Sandra L. Thompson*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar #467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*