# *Exhibit B*

**TRIAL JUROR QUESTIONNAIRE**

**You shall not blog, Tweet, use Google, or use any other search engine or the Internet to obtain or share information about the parties, attorneys or subject matter involved in the case while serving as a potential juror or if selected to serve as a juror.**

1. Name: (first) _____ (middle)_____ (last)_____

2. Date of Birth: (month) _____ (date) _____ (year) _____

3. How long have you lived in Washington, D.C.? _____

4. Where were you raised? _____

5. Do you own or rent your residence? __own  __rent  __ live with friends  ___ live with relatives  __other

6. Marital Status: __married  __single  __living with partner  __divorced/separated  __widow/widower

7. What is your current employment status (check all that apply)? __employed full-time  __employed part-time  __business owner  __homemaker  __self-employed  __unemployed  __retired in _____ (year)  __full-time student  __disabled, do not work  __work more than one job  __laid off  __do not work outside the home  __other (please specify): _____

8. Please list your last 3 jobs and employers during your employment career?

| Employer | Dates | Job Title |
|---|---|---|
| | | |
| | | |
| | | |

9. What is the occupation, job title, and employer of your spouse, partner or significant other (if any)?  If he/she is unemployed or retired, please list his/her last job: _____

10. What do you like to do in your spare time? _____

11. Have you ever had the responsibility to hire or fire employees?  __yes   __no

12. Have you ever worked for a large corporation?  __yes   __no

    If yes, please list the corporation, the dates of employment, and your job title:

| Corporation | Dates | Job Title |
|---|---|---|
| | | |
| | | |

13. Do you have any opinions, positive or negative, about the influence of corporations on the US economy?  __yes   __no

14. Have you ever worked for a federal, state, or local government?  __yes   __no

    If yes, please list the government agency, the dates of employment, and your job title:

| Agency | Dates | Job Title |
|---|---|---|
| | | |
| | | |

1

15. Have you ever worked for a government contractor? __yes   __no

    If yes, please list the agency, the dates of employment, and your job title:

    | Agency | Dates | Job Title |
    |---|---|---|
    |  |  |  |
    |  |  |  |

16. Do you have any strong feelings or beliefs about the government in general, any particular government agency, or government officials that might make it difficult for you to serve as a fair or impartial juror in this case?  ___ yes   _____ no

17. Do you believe government officials generally try their best to serve the public interest?  __ yes  __ no  __ unsure

18. Describe your educational background, including degrees obtained, if any, and area of study and school:

    __Less than High School   __High School or GED  __Some college or technical school   __AA or technical school   __4-year college   __Some graduate school   __Graduate degree

    | Degrees Obtained | School or College Attended | Area of Study |
    |---|---|---|
    |  |  |  |
    |  |  |  |
    |  |  |  |

19. Have you ever been in the military? __yes   __no    If yes, please indicate:

    | Branch | Years | Rank |
    |---|---|---|
    |  |  |  |
    |  |  |  |

    What type of discharge?  __ honorable   __general   __medical   __other than honorable  __other

20. With what social, civil, volunteer, professional, trade, labor union, or other organizations are you affiliated?

    | Organization | Years | Position (member or leader & title) |
    |---|---|---|
    |  |  |  |
    |  |  |  |
    |  |  |  |

21. Have you ever been involved in a civil legal dispute? __yes, as a plaintiff   __yes, as a defendant   __yes, as a witness   __yes, other   __no

22. Please indicate your agreement with the statement: "I believe that people generally get what they deserve."  __ strongly agree   __ somewhat agree __ neutral  __ somewhat disagree  __ strongly disagree

23. Do you have any views about expert witnesses either in general or in particular areas?  __ yes __ no

24. Do you have any strong feelings or beliefs about lawsuits in general?  ___ yes   ___no

25. What is your impression of class action lawsuits, the parties to such lawsuits (whether plaintiffs or defendants), or their lawyers?  __ very positive  __ positive  __ neutral  ___ negative  __ very negative

2

26. Have you or someone close to you ever been a victim of what you considered to be fraud or any other type of wrongdoing in the securities, real estate, or financial industries?  __ yes  __ no

27. Have you ever served on a jury before? __yes   __no

    If yes, how many of each: ___civil case (s)    ___criminal case (s)    ___unsure

    If yes, did you ever serve as a foreperson or presiding juror? __yes   __no

    If yes, have you ever served on a jury that failed to reach a verdict?  __ yes __no

28. Have you or anyone you know, had a foreclosure on their residence? __yes, me   __yes, another   __no

    If yes, was that foreclosure(s) a result of the 2008 financial crisis? __yes   __no   __unsure   __n/a

29. Do you currently have a mortgage on your primary residence? __yes   __no   __unsure   __n/a

    If yes, do you know which company(s) holds your mortgage? __yes   __no   __unsure

    If yes, do you know your interest rate and duration of your mortgage? __yes   __no   __unsure

30. Have you ever refinanced a home loan/mortgage? __yes   __no   __unsure

31. Have you ever been self-employed? __yes, currently   __yes, in the past   __no

32. Have you, or anyone who lives with you, ever had any educational or job-related training or paid work experience, volunteer experience, or any other relevant experience in any of the following fields (check all that apply):

    | Banking | _____ Yes, Self | _____ Yes, household member | _____ No |
    |---|---|---|---|
    | Economics | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Finance | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Investments | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Legal Contracts | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Litigation | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Loans | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Real Estate | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Statistics | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Tax Preparation | _____ Yes, Self | _____ Yes, household member | _____ No |
    | Underwriting | _____ Yes, Self | _____ Yes, household member | _____ No |

33. Were you and/or your family negatively impacted by the 2008 financial crisis? __yes   __no

    If yes, is it still currently impacting your/their life? __yes   __no   __unsure

34. Did you and/or any family members receive government assistance during the 2008 financial crisis?

    __yes   __no   __unsure

35. Do you have any views on the causes of the 2008 financial crisis? __yes   __no

36. Have you or someone close to you ever gained or lost a significant amount of money in the stock market or in real estate? __yes   __no

37. Do you believe that investing in the stock market (and other securities) is like gambling? __yes   __no

3

38. Have you, a relative, or a close friend ever been involved in a conservatorship of any kind?  __yes  __no

39. How would you describe your political views?  __very liberal  __somewhat liberal  __moderate  __somewhat conservative  __very conservative  __other: _____

40. Do you consider yourself to be knowledgeable about investing and finance?  __yes  __somewhat  __no

41. Have you ever taken out a federal loan of any kind?  __yes  __no

42. Do you regularly follow business and market events on TV, internet, or radio?  __yes  __no

    If yes, is that daily or less than every day?  __daily  __less than every day

43. How would you rate your level of financial risk-taking:  __aggressive  __moderate  __conservative

44. Do you have money invested in the financial markets, such as stocks or bonds?  __yes  __no

    If yes, how important are dividends to you?  __very  __somewhat  __not important  __unsure

    If yes, how important is the price of stocks?  __very  __somewhat  __not important  __unsure

    If yes, how do you approach your investments?  __conservatively  __moderately  __aggressively?

45. What role do you think the government should have to regulate the US financial markets?

    __it should do more    __it is currently doing enough    __it should do less

46. What is your opinion about the current financial condition of the US economy?

    __very good   __good   __fair   __poor   __very poor  __unsure

47. The Federal Housing Finance Agency (FHFA), Federal National Mortgage Association (Fannie Mae), and Federal Home Loan Mortgage Corporation (Freddie Mac) are parties in this lawsuit.

    Have you ever had any dealings with the FHFA, Fannie Mae, or Freddie Mac?   __yes  __no  __unsure

    Do you have any opinions about the FHFA, Fannie Mae, or Freddie Mac?  __yes  __no

48. Have you formed any opinions about this case or the parties mentioned, as a result of completing this questionnaire?  __yes  __no

49. Is there anything else that you think the Court or the attorneys should know?  __yes  __no