# Exhibit G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**<u>DEFENDANTS' PROPOSED VERDICT FORM</u>**

You are to follow this Form and use it to report your findings after you have reached a unanimous verdict.

## Definitions

The following definitions apply to this verdict form.

- "Fannie Mae" is the Federal National Mortgage Association. Fannie Mae is in Conservatorship. FHFA is the Conservator for Fannie Mae.

- "Freddie Mac" is the Federal Home Loan Mortgage Corporation. Freddie Mac is in Conservatorship. FHFA is the Conservator for Freddie Mac.

- "FHFA" is the Federal Housing Finance Agency, the Conservator of each of Fannie Mae and Freddie Mac.

- "Insurance Company Plaintiffs" are Berkley Insurance Company, Berkley Regional Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, Preferred Employers Insurance Company. The Insurance Company Plaintiffs are current holders of junior preferred stock in Fannie Mae and junior preferred stock in Freddie Mac.

- "Fannie Mae Preferred Class" is all current holders of junior preferred stock in Fannie Mae as of December 7, 2021, or their successors in interest to the extent shares are sold after December 7, 2021, and before any final judgment or settlement.

- "Freddie Mac Preferred Class" is all current holders of junior preferred stock in Freddie Mac as of December 7, 2021, or their successors in interest to the extent shares are sold after December 7, 2021, and before any final judgment or settlement.

- "Freddie Mac Common Class" is all current holders of common stock in Freddie Mac as of December 7, 2021, or their successors in interest to the extent shares are sold after December 7, 2021, and before any final judgment or settlement.

- "Plaintiffs" refers collectively to the Insurance Company Plaintiffs, the Fannie Mae Preferred Class, the Freddie Mac Preferred Class, and the Freddie Mac Common Class.

- "Third Amendment" is the Third Amendment to the Senior Preferred Stock Purchase Agreements ("SPSPAs") for each Fannie Mae and Freddie Mac, entered into by FHFA, as Conservator for each Fannie Mae and Freddie Mac, and the United States Department of Treasury on August 17, 2012.

**Question No. 1**:

    Did the Plaintiffs prove by a preponderance of the evidence that the Third Amendment violated the reasonable expectations of a hypothetical reasonable shareholder of Fannie Mae junior preferred stock, Freddie Mac junior preferred stock, and/or Freddie Mac common stock?

- Fannie Mae Junior Preferred Stock:     Yes ____     No ____
- Freddie Mac Junior Preferred Stock:     Yes ____     No ____
- Freddie Mac Common Stock:     Yes ____     No ____

*If your answer to Question 1 is "Yes" for any group of shareholders, continue to Question 2, but only for the group(s) of Plaintiffs as to whom you answered "Yes".  If your answer to Question 1 is "No" for all three groups of shareholders, skip all other questions and sign the verdict form.*

**Question No. 2**:

    Did the Plaintiffs prove by a preponderance of the evidence that FHFA, in its role as the Conservator of Fannie Mae and Freddie Mac, acted arbitrarily or unreasonably by entering into the Third Amendment on behalf of Fannie Mae and/or Freddie Mac?

- As for Fannie Mae:     Yes ____     No ____
- As for Freddie Mac:     Yes ____     No ____

*If your answer to Question 2 is "Yes" for either Fannie Mae or Freddie Mac, proceed to Question 3.  If your answer to Question 2 is "No" for both Fannie Mae and Freddie Mac, skip the remaining questions (i.e., Question 3 and Question 4) and sign the verdict form.*

**Question No. 3**:

    Did the Plaintiffs prove by a preponderance of the evidence that members of the Fannie Mae Preferred Class, the Freddie Mac Preferred Class, the Freddie Mac Common Class, and/or the Insurance Company Plaintiffs sustained harm as a result of the Third Amendment?

- Fannie Mae Junior Preferred Stock:　　Yes ____　　No ____
- Freddie Mac Junior Preferred Stock:　　Yes ____　　No ____
- Freddie Mac Common Stock:　　Yes ____　　No ____
- Insurance Company Plaintiffs Fannie Mae Preferred Stock:  Yes ____　　No ____
- Insurance Company Plaintiffs Freddie Mac Preferred Stock:  Yes ____　　No ____

*If your answer to any subpart of Question 3 is "Yes," proceed to Question 4, but only for the group(s) of Plaintiffs as to whom you answered "Yes." If your answer to all of the subparts of Question 3 is "No," skip Question 4 and sign the verdict form.*

**Question No. 4**:

    Enter the amount of damages (monetary compensation), if any, that you find each group of Plaintiffs listed below has proven to a reasonable certainty. Please answer in dollars and cents or state "None."

- Fannie Mae Preferred Class:　　　　　　　　　　　$_____
- Freddie Mac Preferred Class:　　　　　　　　　　　$_____
- Freddie Mac Common Class:　　　　　　　　　　　$_____
- Insurance Company Plaintiffs Fannie Mae Preferred Stock:  $_____
- Insurance Company Plaintiffs Freddie Mac Preferred Stock:  $_____

*Your deliberations are now concluded. Sign and date the verdict form and notify the courtroom deputy that you have reached a verdict.*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jury Foreperson