# EXHIBIT A



## SUSAN HARTMAN, CPA*, CFE

### PARTNER

Direct        +1.214.619.4966
Mobile       +1.917.573.5225
Email        shartman@bvagroup.com

Susan Hartman is responsible for a variety of financial forensic investigations and litigation consulting engagements.  Ms. Hartman has over 20 years of professional services experience in finance and accounting, including valuations, damages calculations, investigations, regulatory compliance, and internal controls.  Ms. Hartman is a Certified Public Accountant* and a Certified Fraud Examiner.

Ms. Hartman was the founder of Park Hartman LLC, a boutique consulting firm focused on financial forensic investigations and litigation support engagements.  Prior to founding Park Hartman, Ms. Hartman worked for close to a decade with the consulting firm AlixPartners in both New York City and Dallas.  Significant representative engagements include:

- Advised attorneys on partner dispute over $10 billion hedge fund. Valued partnership interest in the fund.
- Appointed by probate judge to create 30 years of financial history from source documents for real estate joint venture.
- Valued operations of multi-billion dollar hedge fund as part of partner dispute and litigation.
- Advised defense attorneys in federal criminal charges of money laundering of a Mexican business executive. Testified in federal court.
- Advised on $1.1 billion dollar sale of DoubleClick, Inc. to Hellman & Friedman.
- Investigated embezzlement by a corporate executive of a private enterprise.  Advised the Board of Directors on the type and extent of malfeasance and on subsequent internal control enhancements.
- Advised the Independent Monitor appointed by the court as part of a Deferred Prosecution Agreement of a publicly traded software firm regarding financial forensics.  Reported to the Department of Justice quarterly on revenue recognition, internal controls and Sarbanes-Oxley compliance.
- Advised defense attorneys on revenue recognition accounting in the Federal criminal trial of healthcare executive.

Prior to AlixPartners, Ms. Hartman focused on valuations as the internal mergers and acquisitions lead for two large public companies, DoubleClick and the Interpublic Group.  At DoubleClick, she led numerous acquisitions and divestitures, including the ultimate sale of DoubleClick for $1.1 billion to Hellman and Friedman in 2005.  At the Interpublic Group, she worked and lived in Frankfurt, Germany, focusing on international acquisitions.

Prior to Interpublic Group, Ms. Hartman served as the CFO/Controller of a venture-backed company.  In this role, she managed all finance and accounting functions for the entity and negotiated the raising of two rounds of equity funding and a bridge loan.  Additionally, Ms. Hartman began her career at Lehman Brothers in New York City.  At Lehman, Ms. Hartman advised Fortune 500 companies on public stock and debt offerings and merger transactions.  After leaving Lehman, Ms. Hartman worked as a CFO and Controller of a venture-backed internet real estate company, Owners.com.  Ms. Hartman managed all of the financial and accounting operations for Owners.com and eventually led the successful sale of the company to Homebytes.com.

Ms. Hartman received a Bachelor of Science in Management (Accounting) degree from Tulane University and is a member of Beta Alpha Psi (Accounting Honor Society).  She received her MBA in Finance from University of Pennsylvania's The Wharton School.  She is a member of the American Institute of Certified Public Accountants, International Women's Insolvency & Restructuring Confederation, Texas Wall Street Women, and a founding member of the Dallas Chapter of Women in White Collar Defense.  She was also a member of the Leadership Dallas class of 2012.

*Although BVA employs CPAs, it is not a CPA firm.

