# EXHIBIT H

# Federal Housing Finance Agency

 

## ABS EAST

### OCTOBER 20, 2008

# Housing GSEs Exceed the Public U.S. Debt

**FHFA**



**Relative Size of Enterprise Obligations**
**(August 2008)**

Total = $5.4 Trillion

Total = $6.7 Trillion

(Trillions)

- FHLB Consolidated Obligations $1.3
- Fannie and Freddie Debt $1.7
- Fannie and Freddie MBS $3.7
- Held by the Fed $0.5
- Held by Private Investors $5.0

$5.4 trillion

Publicly Held Debt of the U.S.A.

FHFA Regulated Entities

Sources: Fannie Mae and Freddie Mac Monthly Volume Summaries, TreasuryDirect.gov, Federal Reserve H.4.1 Release.

**2**

# Enterprise and FHLB Shares of Originations

**FHFA**



**Fannie Mae, Freddie Mac, and FHLB Shares of Mortgage Originations
January 2006 - June 2008**

Sources: Enterprise Monthly Volume Summaries, FHLB Office of Finance, Inside Mortgage Finance.

3

# Combined Book of Business Continues to Grow

**FHFA**



**Enterprises' Combined Total Book of Business
1990 - August 2008**

Total Book
of Business
$5.3

Net MBS
Outstanding
$3.7

MBS Outstanding

Retained Portfolios

Retained
Portfolio
$1.5

(Trillions)

$5.5
$5.0
$4.5
$4.0
$3.5
$3.0
$2.5
$2.0
$1.5
$1.0
$0.5
$0.0

1990 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007   Aug 08

**4**

Sources: Fannie Mae and Freddie Mac Monthly Volume Summaries and 2007 OFHEO Report to Congress.

# FHLBanks' Portfolios Also Continuing to Grow

**FHFA**



# MBS Issuance by Issuer

**FHFA**



**MBS Issuance by Issuer, in Billions**
**January 2007 - September 2008**

Sources: Inside Mortgage Finance Publications and Fannie Mae and Freddie Mac Monthly Volume Summaries.

# Quarterly Net Income for 2006Q1 through 2008Q2

**FHFA**

Both Enterprises reported significant net losses in the second half of 2007 and the first half of 2008, continuing a trend of volatile and unattractive financial results over the past several quarters.



Sources: Fannie Mae 2008 Q2 10-Q, Freddie Mac 2008 Q2 10-Q.

**7**

# House Prices Continue to Fall

**FHFA**



### OFHEO and S&P/Case-Shiller House Price Indexes

**Fall From Peak**
S&P/C-S 20-City:       -19.5%
OFHEO Purchase-Only:   -5.8%

Note: For purposes of comparison, the OFHEO purchase-only index has been re-based to January 2000=100 (the standard series is set so that January 1991=100)

8   8

# Serious Delinquencies Rising

**FHFA**



Serious Delinquency Rates, 1998 - 2008Q2

Source: Mortgage Bankers Association.

**9**

# Federal Housing Finance Agency

 **+**  **+** 

FHFB           OFHEO           HUD

*mission
compliance*

# Federal Housing Finance Agency

**FHFA**

- **Single, unified and independent GSE regulator**
  - ❖ FHFB and OFHEO
  - ❖ HUD's mission and new product authority

- **Enhanced safety and soundness authorities**
  - ❖ More complete set of regulatory and enforcement authorities
  - ❖ Authorities based on safety and soundness, not just capital
  - ❖ Flexibility to adjust capital requirements – minimum and risk based

- **Focus on mission**
  - ❖ Combines safety and soundness, charter compliance, and affordable housing goals in one agency
  - ❖ Establish criteria governing the Enterprises' retained portfolios

**11**

# Agency Structure

**FHFA**

## Independent Agency

❖ **Director**

- 5-year term
- Current OFHEO Director serves until successor is appointed and confirmed
- Oversees the operations of each regulated entity and any joint office of the FHLBanks
- Ensures safety and soundness
- Ensures regulated entities comply with applicable laws, regulations, orders and guidelines, and that they carry out their missions only through permissible activities

❖ **Deputy Directors oversee**:

- Fannie Mae and Freddie Mac
- Federal Home Loan Banks
- Housing Mission and Goals -- mission functions of all the GSEs, including their respective affordable housing goals and programs

**12**

# New Authorities Given to FHFA

**FHFA**

- **Fannie/Freddie Regulation**

  - ❖ Prudential Management and Operations Standards

  - ❖ Portfolio Limits

  - ❖ Expanded Enforcement Authorities

  - ❖ Capital Regulation
    - • Risk-based
    - • Minimum Capital

  - ❖ Prompt Corrective Action broadened

  - ❖ Receivership

# New Authorities Given to FHFA

**FHFA**

- **FHLBank Regulation**

  - ❖ Prudential Management and Operations Standards

  - ❖ Risk-based Capital Requirements

  - ❖ Capital Classification for Prompt Corrective Action

  - ❖ Temporary authority to provide letters of credit for tax-exempt bonds

  - ❖ Conservatorship/ Receivership Authority

# New Authorities Given to FHFA

**FHFA**

- **Mission Supervision**

  ❖ Combines FHFB oversight of Affordable Housing Program and Community Investment Program and HUD's setting of affordable housing goals

  ❖ New product approval for all GSEs

**15**

# Conservatorship

❑    Conservatorship is defined as a statutory process to stabilize a troubled institution which is intended to have a limited duration and has as its objective to return the entity to normal business operations once stabilized.  Conservatorship statutes provide broad authority for a conservator to operate the institution until it is stabilized and then returned to the shareholders.

❑    FHFA is  Conservator

❑    New CEO's appointed

❑    Appointed new Chairmen who will reconstitute boards

# Treasury Facilities

**FHFA**

- ❑ Senior Preferred Stock Purchase Agreement – no expiration date

  - ❑ Binding legal agreement that ensures that each GSE maintain a positive net worth through Treasury purchases of senior preferred stock as needed.  Means the United States stands behind the debt and the MBS of the GSEs.

  - ❑ Contract between Treasury and each GSE with a capacity of $100 billion ($200 billion combined).

    - ❑ nearly three and a quarter times the Enterprises combined statutory minimum capital.

  - ❑ Enterprises each paid Treasury $1 billion in senior preferred stock and warrants for 79.9 percent of common stock.

  - ❑ Portfolios allowed to grow to $850 billion and then shrink 10 percent p.a starting 2010

# Treasury Facilities

**FHFA**

❑ Senior Preferred Stock Purchase Agreement (continued)

   ❑ Holders of MBS, senior debt and subordinated debt, including all maturities and issuances are effectively guaranteed by the U. S. Treasury.

   ❑ Facility can only terminate if:

      1. Facility is fully funded

      2. GSE liquidates and Treasury has topped up net worth deficiency, if any

      3. GSE satisfies all its liabilities

**18**

# Treasury Facilities

**FHFA**

❑    GSE MBS Purchase Program – Expires 12/31/09

    ❑    Provides for Treasury to make unlimited purchases of Fannie Mae and Freddie Mac MBS in open market.  Over $15 billion purchased.

    ❑    Treasury may hold these securities to maturity.

❑    GSE Credit Facility – Expires 12/31/09

    ❑    Secured funding provided directly to Fannie Mae, Freddie Mac and FHLBanks by Treasury as a backstop.

    ❑    Unlimited borrowing facility with Federal Reserve Bank of New York as fiscal agent.

**19**

# Emergency Economic Stabilization Act

**FHFA**

- ❑   TARP (Troubled Asset Relief Program) - $700 billion.

- ❑   Broad, flexible power to allow Treasury to purchase troubled assets, provide guarantees and provide capital.

  - ❑   $250 billion in Bank Preferred Stock

  - ❑   Other financial institutions eligible

  - ❑   Investment managers for Private Label MBS, whole mortgages

- ❑   Provides for heightened mortgage modification activities to avoid preventable foreclosures.

- ❑   Strong oversight established