# DX0549

Message

| | |
|---|---|
| **From:** | DeLeo, Wanda [/O=FHFA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WDELEO] |
| **Sent:** | 8/17/2012 11:41:57 AM |
| **To:** | DeMarco, Edward [edward.demarco@fhfa.gov]; Ugoletti, Mario [mario.ugoletti@fhfa.gov] |
| **Subject:** | Fw: Treasury changes the PSPAs: Initial thoughts |

See below.

**From:** Newell, Jamie
**Sent:** Friday, August 17, 2012 11:29 AM
**To:** DeLeo, Wanda; Stauffer, Lawrence; Singh, Manoj
**Subject:** FW: Treasury changes the PSPAs: Initial thoughts

Some initial market feedback on PSPA changes.
Jamie

**From:** Kathleen Foody-Malus [mailto:kathleen_foody-malus@freddiemac.com]
**Sent:** Friday, August 17, 2012 10:53 AM
**To:** Newell, Jamie; Doc_Ghose@freddiemac.com
**Subject:** Fw: Treasury changes the PSPAs: Initial thoughts



INTEREST RATES RESEARCH | U.S. INSTANT INSIGHTS                                                    17 August 2012

| | | |
|---|---|---|
| James Ma | +1 212 412 2563 | james.ma@barclays.com |
| Rajiv Setia | +1 212 412 5507 | rajiv.setia@barclays.com |
| Nicholas Strand | +1 212 412 2057 | nicholas.strand@barclays.com |

**Treasury changes the PSPAs: Initial thoughts**
The Treasury has changed two aspects of the Preferred Stock Purchase Agreements (PSPAs) that govern the terms of the Treasury's capital support for Fannie Mae (FNM) and Freddie Mac (FRE):
- All future net income generated by FNM/FRE will be swept directly to the Treasury; the dividend is waived in any period in which a GSE makes a net loss. Previously, this was a flat 10% annual rate.
- The retained portfolios' maximum size will now decrease 15% per year, an acceleration from the previous 10% per year.

This change is along the lines that we have been calling for since last year.[1] This modification of the coupon ensures capital support post-YE12 (of $125bn at FNM and $150bn at FRE) to be maintained, while allowing the Treasury and taxpayers to recover the maximum possible value from future GSE cash flows. It obviously is a blow to the hopes of investors in the junior preferred shares and those who have speculated the old GSE model would eventually be revived.

When we examined the GSEs' long-term cash flows last year, we concluded that the Treasury would likely make such a change this December.[2] However, the push forward in the timeline puts to rest any worries over FNM/FRE ratings; for example, Moody's had indicated it could downgrade FNM/FRE independently of the US government sovereign ratings if the coupon were not changed.

Our baseline projections for GSE profitability have always assumed that legacy credit losses would be fully provisioned in 2012, eventually allowing the GSEs to return to profitability even after the 10% dividend; we saw evidence of this in the Q2 results. However, the primary

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA00047830

driver of profitability was the portfolio, which was slated to shrink 10% per annum and, therefore, could not be counted on as a sustainable source of revenues. As a result, we were more concerned about the viability of finite credit support 7-10y out, rather than in the near term. This view was likely shared by debt investors, who kept the agency-Treasury spread curve very steep in 5y+ maturities.

With the change in support, we see virtually no chance of the post-YE12 capital supports being exhausted over a multi-decade period. This is primarily because of the high quality of the post-conservatorship guarantee book, coupled with our view that provisioning for legacy credit losses is essentially complete (also in line with the Q2 results).

In our view, this puts to rest any worries about GSE credit risk even in intermediate maturities. Thus, we expect the agency-Treasury spread curve to flatten sharply and can envision 10s trading at T+15-20bp. By accelerating the pace of portfolio shrinkage to 15%, this should also boost the positive supply technical for agency debt, further buoying valuations.

In terms of knock-on effects for other sectors:

- With the pace of shrinkage accelerating to 15% per annum, the retained portfolios could be a marginal source of agency MBS "supply." However, the pace of liquidations should be enough for FNM/FRE to comply with the new limits in 2012 without resorting to outright sales. Further out, depending on the level of rates, strategic dispositions may be needed. However, past experience suggests that FHFA will be flexible in ensuring the portfolios are wound down in a non-disruptive way.
- Also, the accelerated pace of portfolio runoff reduces the GSEs' need to use pay-fixed swaps positions and/or buy options. Notional positions have already been declining roughly 15% per year over the past four years, slightly ahead of the existing pace of shrinkage. This reinforces the secular move underway in which ownership of the mortgage universe is transitioning from hedgers to non-hedgers. Our vol strategist expects a modest acceleration in the unwind of the GSEs' existing swaption books, which should be bearish for intermediate expiries on mid-tails on a relative basis.

In our view, the GSEs are now, more than ever, dependent on the government. By removing virtually all concerns about standalone credit and appropriating all profits, the government is signaling what most market participants already know: that FNM/FRE are essentially off-balance-sheet government entities. The question remains whether this move will be enough to change perceptions of investors (typically overseas) that have previously differentiated between Treasury/GNMA and FNM/FRE securities.

We think that over time, the answer to this question is an unambiguous yes. Any signal that the Fed/OCC is considering reducing FNM/FRE risk weights as a result of this dividend change would increase investor appetite for agency debt/MBS; however, this would also further entrench FNM/FRE securitization, complicating any transition to another housing finance model.

---

[1] *US Agencies Outlook 2012: Achtung baby!* , 14 December 2011.
[2] *GSE preferred shares: Hope is not a strategy*, 16 June 2011 .

For analyst certification(s) and important disclosures, please **click here**.

Edit my subscriptions profile | Unsubscribe me from this email

The Corporate and Investment Banking division of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays") uses your contact information to deliver information to you. Barclays reserves the right, as permitted by applicable law, to monitor electronic communications. Barclays uses cookies and other tracking technologies to collect information about recipients of electronic communications (such as internet protocol addresses). Barclays uses the information collected to monitor the effectiveness, and extent and frequency of usage of our products, and to further improve our products and our relationships with our clients. This e-mail is intended only for the person to whom it was originally sent, and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, please advise the sender by reply e-mail. Do not duplicate or redistribute it by any means. Please delete it and any attachments without retaining any copies. Unless specifically indicated, this e-mail is not an offer to buy or sell, or a solicitation to buy or sell any securities, investment products, or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link:http://www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other divisions or affiliates of Barclays.