# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Omnibus Motion in Limine and Defendants' opposition thereto, it is hereby:

ORDERED that the Plaintiffs' Omnibus Motion in Limine is DENIED.


Dated: _____            _____
                                            ROYCE C. LAMBERTH
                                            United States District Judge