**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN C. KAIRIS

Pursuant to Civil Local Rule 83.2(d) of the United States District Court for the District of Columbia, the undersigned sponsoring attorney moves for the admission and appearance of attorney John C. Kairis *pro hac vice* in the above-referenced action. This motion is supported by the Declaration of John C. Kairis, filed herewith.

Mr. Kairis acknowledges the power and jurisdiction of this Court over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if he is admitted *pro hac vice* in this matter.

As set forth in Mr. Kairis's declaration, he is admitted and an active member in good standing of the following courts and bars: The United States Supreme Court, The United States District Court of Appeals for the Second Circuit, The United States Court of Appeals for the Fourth Circuit, The United States District Court of Appeals for the Sixth Circuit, The United States District Court for the District of Delaware, The United States District Court for the Southern District of Ohio, the Supreme Court of the State of Ohio and the Supreme Court for the State of Delaware.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that the Court grant this Motion and enter an Order admitting John C. Kairis *pro hac vice*.

                                             BOIES SCHILLER FLEXNER LLP

                                             /s/ Hamish P.M. Hume
                                             Hamish P.M. Hume (Bar No. 449914)
                                             Washington D.C.
                                             1401 New York Ave, NW
                                             Washington, DC 20005
                                             (202) 274-1149
                                             hhume@bsfllp.com

Dated: October 4, 2022