IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

**DECLARATION OF JOHN C. KAIRIS IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

1. My full name is John Charles. Kairis, co-lead counsel for plaintiffs in the above-referenced actions.

2. My office address: Grant & Eisenhofer, PA, 123 Justison Street, 7th Floor, Wilmington, Delaware 19801, Telephone (302) 622-7000, Facsimile (302) 622-7100.

3. I am admitted to practice law in the United States Supreme Court, United States District Court of Appeals for the Second Circuit, United States Court of Appeals for the Fourth Circuit, United States District Court of Appeals for the Sixth Circuit, United States District Court for the District of Delaware, United States District Court for the Southern District of Ohio, the Supreme Court of the State of Delaware and, the Supreme Court of the State of Ohio.

4. I have not been disciplined by any court and am a member in good standing in all referenced Courts.

5. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

6. I have not been admitted *Pro Hac Vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ John C. Kairis*

John C. Kairis
GRANT & EISENHOFER, PA
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000
Facsimile: (302) 622-7100
jkairis@gelaw.com
*Co-Lead Counsel for the Class*

STATE OF Delaware
New Castle County

Subscribed and sworn to before me this 27th day of September, 2022.

Notary Public
My Commission Expires: August 16, 2026

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **John C. Kairis** was admitted to practice as an attorney in the Courts of this State on **December 14, 1989** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 26th day of September 2022.

Lisa A. Dolph
Clerk of the Supreme Court