**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-01288-RCL<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Samuel C. Kaplan of Boies Schiller Flexner LLP enters his appearance as counsel on behalf of Plaintiff Joseph Cacciapelle and the class plaintiffs in the above-captioned case.

Dated: October 6, 2022

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (D.C. Bar Number 463350)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 237-2727
Email: skaplan@bsfllp.com