UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | CLASS ACTION |

**DECLARATION OF ROBERT F. KRAVETZ IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, I, Robert F. Kravetz, hereby declare as follows:

1. My full name is Robert F. Kravetz;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone:   (212) 554-1400
   Facsimile:    (212) 554-1444

3. I have been admitted to practice law in the Commonwealth of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5. I have not been admitted Pro Hac Vice in this Court within the last two years.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2022

*Robert F. Kravetz*
_____
Robert F. Kravetz
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Robert.kravetz@blbglaw.com

*Co-Lead Counsel for the Class*



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Robert F. Kravetz, Esq.*

**DATE OF ADMISSION**

*October 27, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 26, 2022

Nicole Traini
Chief Clerk