# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | CLASS ACTION |

### [PROPOSED] ORDER

Upon consideration of the motion of Samuel Kaplan (USDC-DC Bar No. 463350), an active member of the Bar of this Court, for the admission pro hac vice of Robert F. Kravetz, and for good cause shown, it is, this _____ day of _____, 2022.

**ORDERED THAT**: The Motion for Admission Pro Hac Vice be and hereby is **GRANTED**, and Robert F. Kravetz be, and hereby is, admitted pro hac vice to appear and participate as co-counsel in the above-referenced actions under Rule L. Cv. R. 83.2(d) of the Rules of the United States District Court for the District of Columbia.

**SO ORDERED**.

_____
Honorable Royce C. Lamberth
United States District Judge