UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | CLASS ACTION |

## DECLARATION OF KATE W. AUFSES IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, Kate W. Aufses, hereby declare as follows:

1. My full name is Kate W. Aufses;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone:    (212) 554-1400
   Facsimile:     (212) 554-1444

3. I have been admitted to practice law in the State of New York, the United States District Courts for the Southern District of New York and Eastern District of New York, as well as the United States Courts of Appeals for the Second and Eighth Circuits. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5. I have not been admitted Pro Hac Vice in this Court within the last two years.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2022

/s/ Kate W. Aufses
_____

Kate W. Aufses
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Kate Whitman Aufses

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 27, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on September 20, 2022.



*Clerk of the Court*

CertID-00083996