**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion in Limine to Compel One Appearance of

Defendants' Principal Fact Witness Edward DeMarco in Defendants' Case-in-Chief

("Defendants' Motion") and Plaintiffs' opposition thereto, it is hereby:

ORDERED that the Defendants' Motion is GRANTED.


Dated: _____                    _____
                                                                ROYCE C. LAMBERTH
                                                                United States District Judge