UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO: *John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | CLASS ACTION |

**ORDER**

Upon consideration of the motion of Samuel Kaplan (USDC-DC Bar No. 463350), an active member of the Bar of this Court, for the admission pro hac vice of Robert F. Kravetz, and for good cause shown, it is, this 7th day of October, 2022.

**ORDERED THAT**: The Motion for Admission Pro Hac Vice be and hereby is **GRANTED**, and Robert F. Kravetz be, and hereby is, admitted pro hac vice to appear and participate as co-counsel in the above-referenced actions under Rule L. Cv. R. 83.2(d) of the Rules of the United States District Court for the District of Columbia.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ Royce C. Lamberth
　　　　　　　　　　　　　　　　　　Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　United States District Judge