# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br>*John Cane v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01184-RCL | CLASS ACTION |

## ORDER

Upon consideration of the motion of Samuel Kaplan (USDC-DC Bar No. 463350), an active member of the Bar of this Court, for the admission pro hac vice of Kate W. Aufses, and for good cause shown, it is, this 7th day of October, 2022.

**ORDERED THAT**: The Motion for Admission Pro Hac Vice be and hereby is **GRANTED**, and Kate W. Aufses be, and hereby is, admitted pro hac vice to appear and participate as co-counsel in the above-referenced actions under Rule L. Cv. R. 83.2(d) of the Rules of the United States District Court for the District of Columbia.

**SO ORDERED**.

/s/ Royce C. Lamberth
Honorable Royce C. Lamberth
United States District Judge