# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Case No. 1:13-mc-1288-RCL <br><br> <u>CLASS ACTION</u> |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion [195] for Leave to Amend Their Pretrial Statement, Serve a Supplemental Expert Report, and Adjust the Trial Schedule and Plaintiffs' Motion [196] for Clarification and/or Partial Reconsideration are **DENIED**.

The Memorandum Opinion was filed under seal because it references documents the parties filed under seal. It is hereby **ORDERED** that the parties meet and confer and jointly identify which, if any, parts of the Memorandum Opinion should remain sealed within three days.

**IT IS SO ORDERED.**

Date: October 11, 2022

/s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge

1