IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-01288-RCL<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

Please take notice that Kenya K. Davis of Boies Schiller Flexner LLP enters her appearance as counsel on behalf of Plaintiff Joseph Cacciapelle and the class plaintiffs in the above-captioned case.

Dated: October 12, 2022

                                                */s/ Kenya K. Davis*
Kenya K. Davis (D.C. Bar Number 502305)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 237-2727
Email: kdavis@bsfllp.com