### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS  ───────────  This document relates to: ALL CASES | Case No. 1:13-mc-1288-RCL |

### MOTION FOR ADMISSION *PRO HAC VICE* OF KENYA K. DAVIS

Pursuant to Civil Local Rule 83.2(d) of the United States District Court for the District of Columbia, the undersigned sponsoring attorney moves for the admission and appearance of attorney Kenya K. Davis *pro hac vice* in the above-referenced action. This motion is supported by the Declaration of Kenya K. Davis, filed herewith.

Ms. Davis acknowledges the power and jurisdiction of this Court over her professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if she is admitted *pro hac vice* in this matter.

As set forth in Ms. Davis's declaration, she is admitted and an active member in good standing of the following courts and bars: United States District Court for the Southern District of New York, The District of Columbia Bar, and the New York State Bar. Her application to the United States District Court for the District of Columbia is currently pending.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that the Court grant this Motion and enter an Order admitting Kenya K. Davis *pro hac vice*.

BOIES SCHILLER FLEXNER LLP

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (Bar No. 463350)

|  |  |
|---|---|
|  | Washington D.C. |
|  | 1401 New York Ave, NW |
|  | Washington, DC 20005 |
|  | (202) 237-6131 |
| Dated: October 14, 2022 | skaplan@bsfllp.com |