IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. I:13-mc-1288-RCL |

## DECLARATION OF KENYA K. DAVIS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

1. My full name is Kenya K. Davis, co-lead counsel for plaintiffs in the above-referenced actions.

2. My office address: Boies Schiller Flexner, LLP, 1401 New York Ave., N.W., Washington, DC 20005, Telephone (202) 237-2727, Facsimile (202) 237-6131.

3. I am admitted to practice law in the United States District Court for the Southern District of New York. My application for the Unites States District Court for the District of Columbia is currently pending.

4. I have not been disciplined by any court and am a member in good standing in all referenced Courts.

5. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

6. I have not been admitted *Pro Hac Vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Kenya K. Davis
BOIES SCHILLER FLEXNER, LLP
1401 New York Ave., N.W.
Washington, DC 20005
Phone: (202) 237-2727
Facsimile: (202) 237-6131
kdavis@bsfllp.com
*Co-Lead Counsel for the Class*

STATE OF District of Columbia

Subscribed and sworn to before me this 14th day of October, 2022

Notary Public

My Commission Expires: 10/14/2024

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Kenya Davis*

was duly qualified and admitted on April 14, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 13, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*