# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

# ORDER GRANTING
# MOTION FOR ADMISSION *PRO HAC VICE* OF KENYA K. DAVIS

IT IS HEREBY ORDERED, Kenya K. Davis is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-referenced matter as co-lead Counsel for the Class.

SO ORDERED.
　　　　　　　　　　　　　　　　　　　　 /s/ Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: October 14, 2022