**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion in Limine to Preclude Plaintiffs From

Arguing Damages Unsupported By Record Evidence During Closing Arguments ("Defendants'

Motion") and Plaintiffs' opposition thereto, it is hereby:

ORDERED that the Defendants' Motion is GRANTED.


Dated: _____                          _____
                                                  ROYCE C. LAMBERTH
                                                  United States District Judge