UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Request for Judicial Notice Pursuant to Fed. R. Evid. 201(b) and Defendants' opposition thereto, it is hereby:

ORDERED that the Plaintiffs' Motion is DENIED.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge