# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*. | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

**PLAINTIFFS' ADDITIONAL PROPOSED JURY INSTRUCTIIONS**

Plaintiffs respectfully submit two additional proposed jury instructions to reflect how and for what purposes certain evidence was received in this matter.  Exhibit 1 is a proposed instruction concerning the playing and reading of certain deposition excerpts. Defendants have agreed that this instruction should be given.  Exhibit 2 is a proposed instruction concerning certain analyst reports that were either introduced into evidence or published to the jury as demonstratives. Defendants have not agreed to this instruction.

Dated: October 30, 2022

Respectfully submitted,

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Adam H. Wierzbowski (*Pro Hac Vice*)
Robert F. Kravetz (*Pro Hac Vice*)
Kate W. Aufses (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com
robert.kravetz@blbglaw.com
kate.aufses@blbglaw.com

Richard D. Gluck (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067

Tel: (858) 793-0070
rich.gluck@blbglaw.com

Eric L. Zagar (*Pro Hac Vice*)
Lee D. Rudy (*Pro Hac Vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com
lrudy@ktmc.com

Michael J. Barry (*Pro Hac Vice*)
John C. Kairis (*Pro Hac Vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com
jkairis@gelaw.com

*Co-Lead Counsel for the Class*

Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*