# Exhibit 2

# INSTRUCTION NO. ___
# ANALYST REPORTS[1]

During this trial, the Court permitted Defendants to introduce into evidence two analyst reports. You may not consider these analyst reports for the truth of any information set forth in those reports. You may only consider a particular analyst report if you find that a specific report factored into the FHFA's decision-making process to enter into the Third Amendment.

The Court also permitted Defendants to display certain analyst reports in connection with Dr. Attari's testimony for the limited purpose of explaining that he relied upon those reports in formulating his opinion on the subject. You may not consider those analyst reports for their truth or for any other purpose.

---

[1] *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-mc-1288-RCL (ECF No. 222) at 13; Fed. R. Evid. 703, 801(c)(3).