# *Exhibit A*

# Attari Clip_221025_0905

Designation List Report

| | Attari, Mukarram | 2022-02-14 |
|---|---|---|

| Our Designations | 00:03:39 |
|---|---:|
| **TOTAL RUN TIME** | **00:03:39** |

Documents linked to video:
PX375



**ID: Attari_01**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 233:19 - 236:11 | **Attari, Mukarram 2022-02-14** | 00:02:50 | Attari_01.1 |
| 🔗 PX375.1 | 233:19     (Deposition Exhibit 21 was marked | | |
| | 233:20     for identification.) | | |
| | 233:21     MS. VARMA:  Is this Exhibit 21? | | |
| | 233:22     MR. BARNES:  Yes.  I'm sorry, Asim. | | |
| | 234:01     Yes, it's Exhibit 21. | | |
| | 234:02     MS. VARMA:  Okay. | | |
| | 234:03     BY MR. BARNES: | | |
| | 234:04  Q. When was the last time you saw this | | |
| | 234:05     document? | | |
| | 234:06  A. Relatively recently. | | |
| | 234:07  Q. And how did you consider this | | |
| | 234:08     document when formulating your opinions in this | | |
| | 234:09     case? | | |
| | 234:10  A. It was a piece of analysis that we | | |
| | 234:11     had done early on in this case. | | |
| | 234:12  Q. Okay.  And I think the document | | |
| | 234:13     makes reference to an underlying statistical | | |
| | 234:14     regression. | | |
| | 234:15     Does that sound familiar to you? | | |
| | 234:16  A. Probably.  I am just looking for | | |
| | 234:17     where because -- | | |
| 🔗 PX375.14 | 234:18  Q. Yeah.  I'm sorry.  I don't have the | | |
| | 234:19     exact slide number.  I think it's on Page 13. | | |
| | 234:20     The title there is:  "Dates With Significant | | |
| | 234:21     Excess Returns." | | |
| | 234:22  A. Yes. | | |
| | 235:01  Q. And I think this is -- this looks | | |
| | 235:02     like it was a statistical analysis of excess | | |
| | 235:03     returns associated with Fannie and Freddie | | |
| | 235:04     common and junior preferred stock; is that | | |
| | 235:05     right? | | |
| | 235:06  A. Yes. | | |
| | 235:07  Q. And in preparing your opinions in | | |
| | 235:08     this case, did you consult the underlying | | |
| | 235:09     regression model that is being referred to | | |
| | 235:10     here? | | |
| | 235:11  A. Not really, no.  I mean, when you | | |
| | 235:12     say in preparing my opinions in this case, at | | |
| | 235:13     some point over the last two years or whenever, | | |

Attari_01 - Attari Clip_221025_0905

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 235:14 | | this -- this is what -- yeah.  So at some point | | |
| | 235:15 | | between when this was done and now, I probably | | |
| | 235:16 | | looked at the statistical model -- | | |
| | 235:17 | Q. | Okay -- | | |
| | 235:18 | A. | -- or knew about the statistical | | |
| | 235:19 | | model. | | |
| | 235:20 | Q. | And when we are talking about the | | |
| | 235:21 | | statistical model, I -- I assume -- tell me if | | |
| | 235:22 | | I've got this wrong -- what we are talking | | |
| | 236:01 | | about is some kind of Excel spreadsheet; is | | |
| | 236:02 | | that correct? | | |
| | 236:03 | A. | It would depend on who ran it.  It | | |
| | 236:04 | | would be -- I -- I would not have looked at the | | |
| | 236:05 | | actual model itself.  I would have looked at | | |
| | 236:06 | | the results from the model, a description of | | |
| | 236:07 | | the model. | | |
| | 236:08 | Q. | Okay.  It would have been something | | |
| | 236:09 | | other than just this -- this Slide 13, though; | | |
| | 236:10 | | is that right? | | |
| | 236:11 | A. | Probably, yes. | | |
| 237:11 - 238:08  🔗 PX375.1 | **Attari, Mukarram 2022-02-14** | | | 00:00:50 | Attari_01.2 |
| | 237:11 | Q. | Okay.  And to the extent you know, | | |
| | 237:12 | | can you specifically identify the people who | | |
| | 237:13 | | were involved in preparing this document we are | | |
| | 237:14 | | looking at now. | | |
| | 237:15 | A. | It -- it would be members of the CRA | | |
| | 237:16 | | team.  I don't know who specifically worked on | | |
| | 237:17 | | this. | | |
| | 237:18 | Q. | Okay.  Okay.  And who was the -- | | |
| | 237:19 | A. | Sorry.  Can I -- can you ask that | | |
| | 237:20 | | question again just so I make sure I answer it. | | |
| | 237:21 | Q. | Sure.  Of course.  So I am asking | | |
| | 237:22 | | for the specific names of the people who helped | | |
| | 238:01 | | prepare this document we are looking at. | | |
| | 238:02 | A. | One of those people would be me -- | | |
| | 238:03 | Q. | Okay. | | |
| | 238:04 | A. | -- and then other members of the | | |
| | 238:05 | | team. | | |
| | 238:06 | Q. | Other than -- other than you, you | | |
| | 238:07 | | don't know; is that right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 238:08   A.   Sitting here, I don't know. | | |
| | Our Designations | 00:03:39 | |
| | **TOTAL RUN TIME** | **00:03:39** | |

Documents linked to video:
PX375