*Exhibit B*

# Benson

## Designation List Report

| | |
|---|---|
| **Benson, David** | **2013-11-07** |

| Our Designations | 00:17:22 |
|---|---|
| **TOTAL RUN TIME** | **00:17:22** |

Documents linked to video:
PX216
PX370



ID: BD03

BD03 - Benson

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:07 | **Benson, David 2020-02-28** | 00:00:05 | BD03.1 |

    12:05  Q.  And, Mr. Benson, would you just state your
    12:06      name for the record?
    12:07  A.  David Benson.

| 13:17 - 14:13 | **Benson, David 2020-02-28** | 00:00:56 | BD03.2 |

    13:17  Q.  Okay. And, Mr. Benson, did I see
    13:18      correctly, you have a degree from Harvard Medical
    13:19      School?
    13:20  A.  Yes.
    13:21  Q.  I have a lot of questions about that, but
    13:22      none of them are relevant to the case, so I guess
    14:01      what I would like to do is start by asking you to
    14:02      kind of walk me through, basically, from the time you
    14:03      graduated from Harvard Medical School up to when you
    14:04      went to Fannie Mae. Can you just kind of give me a
    14:05      thumbnail sketch of your education and professional
    14:06      career?
    14:07  A.  Sure. Graduated Harvard Medical School.
    14:08      The following year, I was a medical intern. And from
    14:09      there, I went to Stanford Business School and
    14:10      received an MBA. From there, I went to Merrill
    14:11      Lynch, where I was -- had a 14-year career there,
    14:12      through 2002. And then I came to Fannie Mae in 2002,
    14:13      where I've been since that time.

| 15:08 - 16:02 | **Benson, David 2020-02-28** | 00:01:10 | BD03.3 |

    15:08  Q.  And how did you end up taking the job at
    15:09      Fannie Mae? Sort of what transpired that got you to
    15:10      make that move?
    15:11  A.  I was contacted when the firm was looking
    15:12      for an assistant treasurer, somebody who had deep --
    15:13      deep experience in the various products that Fannie
    15:14      Mae used to manage its liability profile, its risk
    15:15      management process. And so I was contacted, and then
    15:16      I showed an interest, and we went from there.
    15:17  Q.  And why were you interested? What made
    15:18      you want to work at Fannie Mae?
    15:19  A.  The firm was one of the, if not the
    15:20      largest participants in the fixed income market in
    15:21      many of the markets that I knew -- you know, knew
    15:22      well. And so I knew of their involvement from the

Our Designations

2 / 12

BD03 - Benson

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 16:01   other side of the equation, from the sell side.  And | | |
| | 16:02   as -- you know, I knew them as a very, you know, | | |
| 16:03 - 17:02 | **Benson, David 2020-02-28** | 00:01:14 | BD03.4 |
| | 16:03   important part of the marketplace.  And it was very | | |
| | 16:04   attractive to me to sort of, you know, be able to | | |
| | 16:05   kind of look at things from that perspective, and to | | |
| | 16:06   come in with that level of import, you know, and try | | |
| | 16:07   to make a difference. | | |
| | 16:08  Q.  And can you now give me sort of the same | | |
| | 16:09   type of thumbnail sketch of the different positions | | |
| | 16:10   you've had at Fannie Mae up to present? | | |
| | 16:11  A.  Sure.  So I came in as the assistant | | |
| | 16:12   treasurer.  I was promoted to treasurer a few years | | |
| | 16:13   after that.  And then within a couple of years, I was | | |
| | 16:14   promoted to executive vice president of capital | | |
| | 16:15   markets.  And I also served as treasurer during, you | | |
| | 16:16   know, part of that time. | | |
| | 16:17   As the executive vice president of capital | | |
| | 16:18   markets, I think over a period of about five years, I | | |
| | 16:19   took on additional roles, you know, that came into | | |
| | 16:20   that, including strategy and some other things.  But | | |
| | 16:21   the primary role was to run our balance sheet.  And | | |
| | 16:22   then I became the CFO, and was CFO for about five | | |
| | 17:01   years.  And then about two years ago, or a year and a | | |
| | 17:02   half ago, I became president. | | |
| 46:14 - 46:18 | **Benson, David 2020-02-28** | 00:00:03 | BD03.5 |
| | 46:14  Q.  Okay.  I'm going to show you a document, | | |
| | 46:15   if I could. | | |
| 🔗 PX370.1 | 46:16  A.  Okay. | | |
| | 46:17   (Benson Exhibit No. 1 was | | |
| | 46:18   marked for identification.) | | |
| 47:04 - 47:11 | **Benson, David 2020-02-28** | 00:00:22 | BD03.6 |
| | 47:04   if you would, I would appreciate it if you would turn | | |
| 🔗 PX370.3 | 47:05   to -- I think it's page 68, which is the third page | | |
| | 47:06   in the handout here. | | |
| | 47:07  A.  Okay. | | |
| | 47:08  Q.  And what I would like you to do is read | | |
| | 47:09   the bottom paragraph on that page that starts, "Our | | |
| 🔗 PX370.3.1 | 47:10   competitors for the acquisition."  Do you see that? | | |
| | 47:11  A.  Okay.  Okay. | | |

**BD03 - Benson**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:12 - 48:02 | **Benson, David 2020-02-28** | 00:00:30 | BD03.7 |

🔗 PX370.3.2

| | | |
|---|---|---|
| 47:12 | Q. | And there is a sentence in the middle of |
| 47:13 | | this paragraph that you probably noticed.  It says, |
| 47:14 | | "Currently, our primary competitors for the issuance |
| 47:15 | | of single-family mortgage-related securities are |
| 47:16 | | Freddie Mac and Ginnie Mae, as many private market |
| 47:17 | | competitors dramatically reduced or ceased their |
| 47:18 | | activities in the single-family secondary mortgage |
| 47:19 | | market following the 2008 housing crisis."  Do you |
| 47:20 | | see that? |
| 47:21 | A. | Yes. |
| 47:22 | Q. | And is this talking about, I guess, sort |
| 48:01 | | of the declined of so-called private label |
| 48:02 | | securitizations? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:04 - 48:10 | **Benson, David 2020-02-28** | 00:00:17 | BD03.8 |

| | | |
|---|---|---|
| 48:04 | | THE WITNESS:  Yes. |
| 48:05 | | BY MR. BARNES: |
| 48:06 | Q. | And can you kind of explain why Fannie's |
| 48:07 | | private market competitors dramatically reduced or |
| 48:08 | | ceased their activities in the single family |
| 48:09 | | secondary mortgage market following the 2008 housing |
| 48:10 | | crisis? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:13 - 49:03 | **Benson, David 2020-02-28** | 00:00:38 | BD03.9 |

| | | |
|---|---|---|
| 48:13 | | THE WITNESS:  There wasn't sufficient |
| 48:14 | | investor demand for the securities that they were |
| 48:15 | | issuing. |
| 48:16 | | BY MR. BARNES: |
| 48:17 | Q. | And you're talking about 2008 now, when |
| 48:18 | | you say there wasn't sufficient investor demand? |
| 48:19 | A. | I would argue that's certainly the case |
| 48:20 | | then, and since. |
| 48:21 | Q. | It's the case today as well, is that |
| 48:22 | | right? |
| 49:01 | A. | Yes. |
| 49:02 | Q. | And why the decline in investor demand |
| 49:03 | | during and after the financial crisis? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:06 - 50:03 | **Benson, David 2020-02-28** | 00:01:33 | BD03.10 |

| | | |
|---|---|---|
| 49:06 | | THE WITNESS:  There's lots of reasons. |
| 49:07 | | BY MR. BARNES: |

|  |  |  |  |
|---|---|---|---|
| | 49:08    Q.  Can you tell me what they are? | | |
| | 49:09    A.  Well, one is, investors took enormous | | |
| | 49:10        losses in securities of this type, so that's one | | |
| | 49:11        reason.  The complexity of the marketplace, of the | | |
| | 49:12        security structures themselves, the lack of | | |
| | 49:13        standardization, the lack of understanding of how | | |
| | 49:14        investor -- how the investors' rights would be | | |
| | 49:15        protected, and adverse conditions that would affect | | |
| | 49:16        the -- you know, the status of the loans that are in | | |
| | 49:17        the securitizations. | | |
| | 49:18        The lack of appropriate compensation being | | |
| | 49:19        provided to the investors in the offerings | | |
| | 49:20        themselves.  So inadequate returns, from their | | |
| | 49:21        perspective, given the risks that they're being asked | | |
| | 49:22        to bear.  Propensity -- propensity for liquidity | | |
| | 50:01        concerns, other factors that can include regulatory | | |
| | 50:02        treatment for various instruments.  I mean, there is | | |
| | 50:03        an assortment of reasons. | | |
| 50:18 - 50:20 | **Benson, David 2020-02-28** | 00:00:11 | BD03.11 |
| | 50:18    Q.  Well, can you compare Fannie | | |
| | 50:19        mortgage-backed securities to private label | | |
| | 50:20        securitizations on this kind of dynamic or dimension? | | |
| 50:22 - 51:15 | **Benson, David 2020-02-28** | 00:00:40 | BD03.12 |
| | 50:22        THE WITNESS:  Look, in general, from the | | |
| | 51:01        crisis period, those who owned Fannie Mae | | |
| | 51:02        mortgage-backed securities, and held them, ended up | | |
| | 51:03        receiving all of the payments that they would have | | |
| | 51:04        expected to make contractually under that, whereas | | |
| | 51:05        those who owned private label securities, which were | | |
| | 51:06        really very, very differently structured, often found | | |
| | 51:07        themselves not receiving, you know, full payment of | | |
| | 51:08        what they would have expected. | | |
| | 51:09        BY MR. BARNES: | | |
| | 51:10    Q.  And I think you also mentioned the lack of | | |
| | 51:11        standardization among private label securities.  Do I | | |
| | 51:12        have that right? | | |
| | 51:13    A.  Uh-huh. | | |
| | 51:14    Q.  And is that also a problem for Fannie | | |
| | 51:15        Mae's mortgage-backed securities? | | |
| 51:17 - 51:21 | **Benson, David 2020-02-28** | 00:00:07 | BD03.13 |

## BD03 - Benson

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 51:17 | | THE WITNESS: It's not a problem. | | BD03.13 |
| | 51:18 | | BY MR. BARNES: | | |
| | 51:19 | Q. | And why not? | | |
| | 51:20 | A. | Because for the most part, our securities | | |
| | 51:21 | | are very standard. | | |
| 51:22 - 52:04 | **Benson, David 2020-02-28** | | | 00:00:13 | BD03.14 |
| | 51:22 | Q. | And if I'm running JP Morgan or Bank of | | |
| | 52:01 | | America, and I want to issue mortgage-backed | | |
| | 52:02 | | securities, are there any obstacles I would face, if | | |
| | 52:03 | | I wanted to have the same level of standardization | | |
| | 52:04 | | that Fannie Mae has? | | |
| 52:07 - 52:07 | **Benson, David 2020-02-28** | | | 00:00:01 | BD03.15 |
| | 52:07 | | THE WITNESS: I don't believe so. | | |
| 52:09 - 52:17 | **Benson, David 2020-02-28** | | | 00:00:29 | BD03.16 |
| 🔗 PX370.4 | 52:09 | Q. | Turn, if you would, to the next page in | | |
| | 52:10 | | this document. It's page 69 of Fannie's 2019 10-K. | | |
| | 52:11 | A. | Uh-huh. | | |
| | 52:12 | Q. | And there is a pie chart. Actually, there | | |
| 🔗 PX370.4.1 | 52:13 | | are two pie charts on this page, but the top one is | | |
| | 52:14 | | the one I would like to ask you about. I found it | | |
| | 52:15 | | really helpful. I guess, first of all, does this | | |
| | 52:16 | | accurately reflect the market share in the single | | |
| | 52:17 | | family mortgage market -- | | |
| 53:04 - 53:15 | **Benson, David 2020-02-28** | | | 00:00:40 | BD03.17 |
| | 53:04 | Q. | So does this pie chart accurately reflect | | |
| | 53:05 | | the approximate market share of single family | | |
| | 53:06 | | mortgages in the United States? | | |
| | 53:07 | A. | The mortgage acquisition market share. | | |
| | 53:08 | Q. | Yeah. And private label securities are | | |
| | 53:09 | | about 3 percent, is that right? | | |
| | 53:10 | A. | That is correct. That is what this pie | | |
| | 53:11 | | chart says, correct. | | |
| | 53:12 | Q. | Okay. And does that sound about right to | | |
| | 53:13 | | you, in terms of how much market share private label | | |
| | 53:14 | | securities have now? | | |
| Clear | 53:15 | A. | In 2019, yes. | | |
| 79:11 - 79:15 | **Benson, David 2020-02-28** | | | 00:00:10 | BD03.23 |
| | 79:11 | Q. | Okay. And are you familiar with the | | |
| | 79:12 | | preferred stock purchase agreements that FHFA and | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 79:13 | Treasury signed at the beginning of Fannie Mae's | | |
| | 79:14 | conservatorship? | | |
| | 79:15 | A. Yes. | | |
| 79:16 - 80:15 | **Benson, David 2020-02-28** | | 00:00:50 | BD03.24 |
| | 79:16 | Q. Are you familiar with a provision of the | | |
| | 79:17 | original preferred stock purchase agreement that | | |
| | 79:18 | calls for Fannie to, I think, gradually over time, | | |
| | 79:19 | reduce the size of its retained mortgage portfolio? | | |
| | 79:20 | A. Yes. | | |
| | 79:21 | Q. Do you happen to recall the rate at which | | |
| | 79:22 | Fannie was required to reduce the size of its | | |
| | 80:01 | retained mortgage portfolio? | | |
| | 80:02 | A. Yes. | | |
| | 80:03 | Q. And what was the rate? | | |
| | 80:04 | A. Initially, 10 percent per year. | | |
| | 80:05 | Q. Okay, and you say initially. Did that | | |
| | 80:06 | rate change? | | |
| | 80:07 | A. Yes. | | |
| | 80:08 | Q. When did it change? | | |
| | 80:09 | A. 2012. | | |
| | 80:10 | Q. And it changed as part of the third | | |
| | 80:11 | amendment to the preferred stock purchase agreements, | | |
| | 80:12 | does that sound right? | | |
| | 80:13 | A. The amendment of the summer of 2012, if | | |
| | 80:14 | that's what you call the third amendment, that's the | | |
| | 80:15 | amount that -- it increased to 15 percent per year. | | |
| 81:01 - 81:13 | **Benson, David 2020-02-28** | | 00:00:44 | BD03.25 |
| | 81:01 | Q. Sure. As Fannie is reducing the size of | | |
| | 81:02 | its retained mortgage portfolio, what effect, if any, | | |
| | 81:03 | would you expect that to have on the net revenues | | |
| | 81:04 | that Fannie is bringing in? | | |
| | 81:05 | A. Net revenues, it would go down. | | |
| | 81:06 | Q. Okay. And what effect -- what would be | | |
| | 81:07 | the marginal effect on net revenues or the change in | | |
| | 81:08 | net revenue in moving from a 10 percent rate of | | |
| | 81:09 | reduction to a 15 percent rate of reduction? | | |
| | 81:10 | A. More. | | |
| | 81:11 | Q. You would expect it to go down faster, is | | |
| | 81:12 | that correct? | | |
| | 81:13 | A. Faster, correct. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 100:10 - 100:12 | **Benson, David 2020-02-28** | 00:00:11 | BD03.38 |
| | 100:10 Q. Before Fannie was put into | | |
| | 100:11    conservatorship, if Fannie had needed to raise new | | |
| | 100:12    equity, do you think it could have done it? | | |
| 100:15 - 100:16 | **Benson, David 2020-02-28** | 00:00:02 | BD03.26 |
| | 100:15 Q. In August of 2008? | | |
| | 100:16 A. No. | | |
| 100:21 - 101:02 | **Benson, David 2020-02-28** | 00:00:06 | BD03.28 |
| | 100:21 Q. Fannie Mae's board of directors consented | | |
| | 100:22    to conservatorship. Do I have that right? | | |
| | 101:01 A. Yes. | | |
| | 101:02 Q. Do you know why? | | |
| 101:05 - 101:11 | **Benson, David 2020-02-28** | 00:00:22 | BD03.29 |
| | 101:05    THE WITNESS: They had a deliberative | | |
| | 101:06    process of determining what they felt, in executing | | |
| | 101:07    their responsibilities as the board of directors of | | |
| | 101:08    Fannie Mae, given their responsibility to, you know, | | |
| | 101:09    the company and shareholders, that it was in that -- | | |
| | 101:10    in those -- in the best interest to accept that | | |
| | 101:11    determination versus not doing so. | | |
| 103:04 - 103:10 | **Benson, David 2020-02-28** | 00:00:27 | BD03.30 |
| | 103:04 Q. And do you recall any discussion of what | | |
| | 103:05    the implications would be for shareholders? | | |
| | 103:06 A. I remember the conclusion, which was that | | |
| | 103:07    to not to accede to this request would be potentially | | |
| | 103:08    worse. And the judgment was, is that this was, | | |
| | 103:09    although two bad options, if you want to call it | | |
| | 103:10    that, it was the best option in front of them. | | |
| 173:07 - 173:10 🔗 PX216.1 | **Benson, David 2020-02-28** | 00:00:12 | BD03.31 |
| | 173:07 Q. Mr. Benson, have you seen this document | | |
| | 173:08    before? It's Bates stamped FNM-Fairholme-0039749. | | |
| | 173:09 A. Yes, I have. | | |
| | 173:10 Q. When was the last time you saw it? | | |
| 173:12 - 173:17 | **Benson, David 2020-02-28** | 00:00:10 | BD03.32 |
| | 173:12    THE WITNESS: I saw this in preparation | | |
| | 173:13    for this deposition. | | |
| | 173:14    BY MR. BARNES: | | |
| | 173:15 Q. And did you have a role in preparing this | | |

## BD03 - Benson

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 173:16   document? | | |
| | 173:17  A.  Yes. | | |
| 175:16 - 175:18 | **Benson, David 2020-02-28** | 00:00:10 | BD03.39 |

    175:16  Q.  And to what extent, if any, did you think
    175:17      the GSEs making combined dividend payments in excess
    175:18      of Treasury's investment was a significant event?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 175:20 - 176:21 | **Benson, David 2020-02-28** | 00:01:17 | BD03.33 |

    175:20      THE WITNESS:  It was a -- I would consider
    175:21      this to have been in the category of a marketing
    175:22      issue of representing the benefits that the
    176:01      government had received versus the commitment or the
    176:02      actual amounts that they had had to put in.  So using
    176:03      this as sort of a marketing spin on trying to put
    176:04      success on that wrapper.
    176:05      BY MR. BARNES:
    176:06  Q.  And who was the target of the marketing?
    176:07  A.  Well, this was a presentation to the board
    176:08      of directors, and offering to them ideas of how one
    176:09      might position, from a marketing standpoint, the
    176:10      potential -- basically, the potential, you know,
    176:11      success factors of how the GSEs could be looked at,
    176:12      at some point in the future, potentially.
    176:13  Q.  Looked at in the future by whom?
    176:14  A.  The public.

🔗 PX216.15

    176:15  Q.  And if you look at the next page, slide
    176:16      14, it looks like there are some more detailed
    176:17      financial projections for Fannie and Freddie both.
    176:18      Do I have that right?
    176:19  A.  Correct.
    176:20  Q.  And why was Fannie preparing financial
    176:21      projections for Freddie Mac?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 177:01 - 177:08 | **Benson, David 2020-02-28** | 00:00:23 | BD03.34 |

    177:01      THE WITNESS:  Well, this is not -- this
    177:02      wouldn't have been information -- this would come
    177:03      from public information, so it would be information
    177:04      that -- we didn't have Freddie's internal.  So this
    177:05      would have been our attempt to be able to frame, in
    177:06      the same way that we would do for yourselves, to do
    177:07      the best we could to try to estimate what their
    177:08      position might be.  And that's what that is.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 177:22 - 178:02  🔗 PX216.15 | **Benson, David 2020-02-28** | 00:00:08 | BD03.35 |

| | 177:22 | Q. | Do these projections reflect Fannie's best |
| | 178:01 | | and most honest assessment of how it expected to |
| | 178:02 | | perform in the future at the time? |

| 178:04 - 179:07 | **Benson, David 2020-02-28** | | 00:01:20 | BD03.36 |

| | 178:04 | THE WITNESS: This was intended as a |
| | 178:05 | strategic thought piece, as opposed to an audited |
| | 178:06 | financial statement. So these would be, you know, |
| | 178:07 | estimates using information that came from our |
| | 178:08 | finance group with a lens on the various assumptions |
| | 178:09 | also that were -- I believe some of those assumptions |
| | 178:10 | were listed in a previous page -- to really |
| | 178:11 | illustrate what could be -- assuming that those |
| | 178:12 | assumptions were reasonable. Of course, the |
| | 178:13 | actuality of events going forward were going to be |
| | 178:14 | highly sensitive to many of those assumptions and |
| | 178:15 | whether they were correct or not. |
| | 178:16 | You've asked if it was the best estimate. |
| | 178:17 | It wasn't -- the purpose of this wasn't necessarily |
| | 178:18 | to go through the kind of rigor that one would |
| | 178:19 | typically go through, in terms of the way we would do |
| | 178:20 | our official forecast. This was more of a -- call it |
| | 178:21 | an unofficial, long-term forecast, which by the way |
| | 178:22 | is not usual for us to do a 10-year forecast. That's |
| | 179:01 | outside the bounds of what we would typically do for |
| | 179:02 | our own purposes. Typically, that's more of a |
| | 179:03 | five-year forecast that we do. |
| | 179:04 | So, again, it was -- it was a reasonable |
| | 179:05 | estimate in the context of what we were trying to |
| | 179:06 | demonstrate for the purposes of this particular |
| Clear | 179:07 | session. |

| 191:20 - 192:08 | **Benson, David 2020-02-28** | | 00:00:30 | BD03.37 |

| | 191:20 | Q. | Do you recall any discussion within Fannie |
| | 191:21 | | Mae before August 16th, 2012, around whether Fannie |
| | 191:22 | | would have taxable income in the future? |
| | 192:01 | A. | I don't. |
| | 192:02 | Q. | Do you recall any discussions within |
| | 192:03 | | Fannie Mae about whether it would be necessary to |
| | 192:04 | | reverse the valuation allowance on the deferred tax |
| | 192:05 | | assets? |

BD03 - Benson

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:06  A.  By when?  At what time? | | |
| | 192:07  Q.  Before August 16th, 2012. | | |
| | 192:08  A.  I don't. | | |
| 203:17 - 203:20 | **Benson, David 2020-02-28** | 00:00:12 | BD03.18 |
| | 203:17  Q.  Did the Treasury Department take on any | | |
| | 203:18      additional risk when it entered into the August | | |
| | 203:19      amendment to the -- the August 2012 amendment to the | | |
| | 203:20      preferred stock purchase agreements? | | |
| 203:22 - 203:22 | **Benson, David 2020-02-28** | 00:00:03 | BD03.19 |
| | 203:22      THE WITNESS:  I don't believe so. | | |
| 204:14 - 204:17 | **Benson, David 2020-02-28** | 00:00:07 | BD03.20 |
| | 204:14  Q.  When did Fannie's senior management first | | |
| | 204:15      learn of the August 2012 amendment to the preferred | | |
| | 204:16      stock purchase agreement? | | |
| | 204:17  A.  I don't recall. | | |
| 205:09 - 205:14 | **Benson, David 2020-02-28** | 00:00:10 | BD03.21 |
| | 205:09  Q.  Do you recall when you first learned of | | |
| | 205:10      the change to the preferred stock purchase agreements | | |
| | 205:11      that was made in August? | | |
| | 205:12  A.  I don't. | | |
| | 205:13  Q.  Do you remember if you were surprised by | | |
| | 205:14      it? | | |
| 205:16 - 206:05 | **Benson, David 2020-02-28** | 00:00:41 | BD03.22 |
| | 205:16      THE WITNESS:  I do. | | |
| | 205:17      BY MR. BARNES: | | |
| | 205:18  Q.  Were you surprised? | | |
| | 205:19  A.  Yes, I was. | | |
| | 205:20  Q.  What surprised you about it? | | |
| | 205:21  A.  The -- I mean, all -- you know, all of the | | |
| | 205:22      terms were surprising, just meaning they hadn't -- | | |
| | 206:01      had not -- in many of its terms, had not really | | |
| | 206:02      occurred to me as a possibility, or would happen, or | | |
| | 206:03      any of that, meaning they were just -- they were | | |
| | 206:04      surprising.  We were like, oh, that's interesting. | | |
| | 206:05      Not expected.  Just, oh, okay. | | |

| | | | |
|---|---|---|---|
| | Our Designations | 00:17:22 | |
| | **TOTAL RUN TIME** | **00:17:22** | |

Documents linked to video:

PX216

PX370