*Exhibit E*

# 221018_2101 Lockhart, James

Designation List Report

**Lockhart, James**　　　　　　　　　　　2021-01-13

| Our Designations | 00:36:18 |
|---|---|
| **TOTAL RUN TIME** | **00:36:18** |

Documents linked to video:
PX2B
PX2C



**ID: LJ_01**

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:07 | LJ_01.1 |
| | 10:16  Can you just go ahead and state your name for | | |
| | 10:17  the record, please, your full name. | | |
| | 10:18  A.  James Bicknell Lockhart III. | | |
| 26:03 - 27:21 | **Lockhart, James 2021-01-13** | 00:02:34 | LJ_01.2 |
| | 26:03  Can you just give me a brief overview of your | | |
| | 26:04  employment history, starting from when you graduated | | |
| | 26:05  and any post-secondary school.  I really mean just an | | |
| | 26:06  overview. | | |
| | 26:07  A.  I went to Yale.  Worked for a bank for a year | | |
| | 26:08  in the credit department, and then spent three years | | |
| | 26:09  in the Navy as a supply officer on a nuclear | | |
| | 26:10  submarine.  Then Harvard Business School.  Gulf Oil | | |
| | 26:11  for about nine years, where I ended up as an assistant | | |
| | 26:12  treasurer.  Treasurer of Alexander & Alexander | | |
| | 26:13  thereafter, which was the second largest broker and | | |
| | 26:14  risk manager in the world. | | |
| | 26:15  After that, I went to run the Pension Benefit | | |
| | 26:16  Guarantee Corporation for George -- H.W. Bush, No. 41. | | |
| | 26:17  After he was defeated, I went to Smith Barney and was | | |
| | 26:18  a managing director in their insurance investment | | |
| | 26:19  banking practice, then for a year was senior | | |
| | 26:20  vice-president of finance of a reinsurance company, | | |
| | 26:21  National Re, then started a risk management firm, | | |
| | 26:22  advising financial institutions on credit interest | | |
| | 27:01  rate and operational risk, enterprise risk. | | |
| | 27:02  And then I got the call to go back in | | |
| | 27:03  government, and for about four years I was the No. 2 | | |
| | 27:04  chief operating officer Social Security, deputy | | |
| | 27:05  commissioner.  And after that I was asked to join | | |
| | 27:06  OFHEO in April or May of '06, and was confirmed, I | | |
| | 27:07  think, in June or so.  But I was there starting in | | |
| | 27:08  April. | | |
| | 27:09  And then when HERA was passed end of July | | |
| | 27:10  '08, I became the executive director of FHFA, which | | |
| | 27:11  continued to be the regulator of Fannie and Freddie, | | |
| | 27:12  but also, I was a regulator of federal loan home | | |
| | 27:13  banks. | | |
| | 27:14  And after that I stayed there through August | | |
| | 27:15  of '09, then joined a private equity firm -- WL Ross | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:16    is a private equity firm -- as a vice chairman and ran | | |
| | 27:17    their financial services practice.  We invested in a | | |
| | 27:18    whole series of banks in the U.S. and Europe, and | | |
| | 27:19    probably five different mortgage companies in the | | |
| | 27:20    U.S., most single family and multi-family and | | |
| | 27:21    advisory.  And I retired a couple years ago. | | |
| 27:22 - 28:14 | **Lockhart, James 2021-01-13** | 00:00:41 | LJ_01.3 |
| | 27:22    Q.   Thank you.  That was very helpful.  I'm | | |
| | 28:01        seeing reference to the fact that you are a senior | | |
| | 28:02        fellow at something called the Bipartisan Policy | | |
| | 28:03        Center. | | |
| | 28:04    A.   Yes. | | |
| | 28:05    Q.   Can you describe what that is? | | |
| | 28:06    A.   Yeah, that's correct.  The Bipartisan Policy | | |
| | 28:07        Center was started by former ex-Senate majority | | |
| | 28:08        leaders, two Republicans, two Democrats.  And their | | |
| | 28:09        mission is to bring Republicans and Democrats together | | |
| | 28:10        to come up with solutions to problems. | | |
| | 28:11        I co-chaired a communication there with | | |
| | 28:12        ex-senator Conrad on retirement security and personal | | |
| | 28:13        savings, and that report came out about three or four | | |
| | 28:14        years ago. | | |
| 29:06 - 29:18 | **Lockhart, James 2021-01-13** | 00:00:46 | LJ_01.4 |
| | 29:06    Q.   What was your degree in at Yale? | | |
| | 29:07    A.   American studies. | | |
| | 29:08    Q.   Do you have any degrees or professional | | |
| | 29:09        certifications that you believe were particularly | | |
| | 29:10        relevant to your work at OFHEO and FHFA? | | |
| | 29:11    A.   Well, certainly Harvard Business School. | | |
| | 29:12        Most of my courses were in finance.  I'm also a fellow | | |
| | 29:13        of the corporate treasurer's organization in the UK, | | |
| | 29:14        but now it's worldwide. | | |
| | 29:15    Q.   And what was your degree from Harvard | | |
| | 29:16        Business School? | | |
| | 29:17    A.   They -- just the master's of business | | |
| | 29:18        administration.  They don't have specific majors. | | |
| 29:19 - 30:16 | **Lockhart, James 2021-01-13** | 00:01:20 | LJ_01.5 |
| | 29:19    Q.   Can you describe briefly how it came | | |
| | 29:20        about that you were asked to go to OFHEO? | | |
| | 29:21    A.   Yes.  I was leading President Bush's, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 29:22 | No. 43's, social security reform efforts at the agency | | |
| | 30:01 | and had done that for several years. It became | | |
| | 30:02 | apparent by the end of '05 that it was not going to go | | |
| | 30:03 | anywhere, and it was time for me to go back to | | |
| | 30:04 | civilian life. | | |
| | 30:05 | What they asked me, given the issues at | | |
| | 30:06 | Fannie and Freddie, was to take over as the director | | |
| | 30:07 | there. They probably asked me six months before I | | |
| | 30:08 | made the decision to do it. And in that time, | | |
| | 30:09 | actually spent a lot of time just reading up and | | |
| | 30:10 | understanding some of the issues at Fannie and | | |
| | 30:11 | Freddie. | | |
| | 30:12 | And I was really parachuted in. I had | | |
| | 30:13 | already been Senate confirmed. So it was easy to move | | |
| | 30:14 | me in. And the first order of business was the | | |
| | 30:15 | examination report on the accounting standards at | | |
| | 30:16 | Fannie Mae and doing a settlement with them. | | |
| 35:08 - 35:12 | **Lockhart, James 2021-01-13** | | 00:00:14 | LJ_01.6 |
| | 35:08 | Q. And I think you said that OFHEO, and I assume | | |
| | 35:09 | after HERA, FHFA, a big part of the mission was to be | | |
| | 35:10 | the safety and soundness regulator for the GSEs; | | |
| | 35:11 | correct? | | |
| | 35:12 | A. Yes. | | |
| 35:13 - 35:22 | **Lockhart, James 2021-01-13** | | 00:00:42 | LJ_01.7 |
| | 35:13 | Q. And what does safety and soundness entail | | |
| | 35:14 | with respect to those companies? What was your | | |
| | 35:15 | understanding of what that meant, to be the safety and | | |
| | 35:16 | soundness regulator? | | |
| | 35:17 | A. Safety and soundness meant that they had a | | |
| | 35:18 | strong balance sheet, that they were able to manage | | |
| | 35:19 | their credit, interest rates, operational risk, that | | |
| | 35:20 | they had good governance management and boards. And | | |
| | 35:21 | as I said, strong balance sheet, liquidity, that they | | |
| | 35:22 | were a strong financial institution. | | |
| 36:01 - 36:06 | **Lockhart, James 2021-01-13** | | 00:00:21 | LJ_01.8 |
| | 36:01 | Q. And what role, if any, does capital play in | | |
| | 36:02 | the assessment of the institutions safety and | | |
| | 36:03 | soundness. | | |
| | 36:04 | A. Capital is very important for any financial | | |
| | 36:05 | institution and was very important for Fannie and | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 36:06 | Freddie.  The problem was that the legislation that | | |
| 36:07 - 37:18 | **Lockhart, James 2021-01-13** | | 00:01:48 | LJ_01.9 |
| | 36:07 | set up OFHEO originally had a very low capital | | |
| | 36:08 | requirement, and Freddie, much lower than any other | | |
| | 36:09 | financial institution. | | |
| | 36:10 | At the end they probably, even though they | | |
| | 36:11 | were "adequately capitalized," had only about | | |
| | 36:12 | 1 percent capital against their loans and | | |
| | 36:13 | mortgage-backed securities. | | |
| | 36:14 | They also specified in the original | | |
| | 36:15 | legislation some risk capital rules.  There was a | | |
| | 36:16 | leverage rule.  As I said, it was probably less than | | |
| | 36:17 | 1 percent, and by now, most banks are more like | | |
| | 36:18 | 10 percent.  But they also had a risk-based rule, and | | |
| | 36:19 | the risk-based rule, again was specified by law and | | |
| | 36:20 | not very strong. | | |
| | 36:21 | So one of our big problems and one of the big | | |
| | 36:22 | things we were fighting from Day 1 is to allow the | | |
| | 37:01 | agency, OFHEO and then FHFA, once HERA was passed and | | |
| | 37:02 | it did give us that capability, to set new leverage | | |
| | 37:03 | rules and risk-based capital rules. | | |
| | 37:04 | Q. During the course of that answer, I think in | | |
| | 37:05 | one of your previous answers you said something along | | |
| | 37:06 | the lines "at the end," and I think in that answer you | | |
| | 37:07 | said at the end, even though they were adequately | | |
| | 37:08 | capitalized, there was still issues there, and I'm | | |
| | 37:09 | paraphrasing that. | | |
| | 37:10 | But just to be clear, when you say, "at the | | |
| | 37:11 | end," are you referring to when they were taken into | | |
| | 37:12 | conservatorship? | | |
| | 37:13 | A. Well, I would say really in the last year or | | |
| | 37:14 | two, actually, that they -- again, they were | | |
| | 37:15 | adequately capitalized according to the law, which I | | |
| | 37:16 | said many times, but they were not adequately | | |
| | 37:17 | capitalized compared to any other financial | | |
| | 37:18 | institution. | | |
| 37:19 - 37:21 | **Lockhart, James 2021-01-13** | | 00:00:09 | LJ_01.10 |
| | 37:19 | Q. Can an institution be considered safe and | | |
| | 37:20 | sound without having adequate capital? | | |
| | 37:21 | A. Not in my mind.  And, you know, I was an | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:22 - 38:02 | **Lockhart, James 2021-01-13** | 00:00:11 | LJ_01.11 |

| | 37:22 | | investor in lots of banks. Many of them were actually |
| --- | --- | --- | --- |
| | 38:01 | | pretty troubled, and we had to recapitalize them, or |
| | 38:02 | | they would have been taken over by the FDIC. |

| 38:03 - 39:12 | **Lockhart, James 2021-01-13** | 00:01:50 | LJ_01.12 |

| | 38:03 | Q. | So focusing again on the safety and soundness |
| --- | --- | --- | --- |
| | 38:04 | | part of the agency's mission, and leaving aside for |
| | 38:05 | | the moment anything regarding conservatorship, was the |
| | 38:06 | | safety and soundness mission of the agency essentially |
| | 38:07 | | the same, in your view, both before and after the |
| | 38:08 | | enactment of HERA? |
| | 38:09 | A. | Well, after the enactment of HERA, we had a |
| | 38:10 | | lot more power because we had gotten the legislation |
| | 38:11 | | we wanted. The problem was the legislation came much |
| | 38:12 | | too late. We didn't have a chance to implement all |
| | 38:13 | | the new capital rules, the new regulations and |
| | 38:14 | | everything that was required to get them to be safe |
| | 38:15 | | and sound. |
| | 38:16 | Q. | Yeah. And I understand that your powers |
| | 38:17 | | changed, but I guess I was getting at a more basic |
| | 38:18 | | point, which is that the basic objective of the |
| | 38:19 | | regulator, as far as safety and soundness, would you |
| | 38:20 | | consider it to be more or less the same before and |
| | 38:21 | | after the enactment of HERA? |
| | 38:22 | A. | The objective was the same. The tools were |
| | 39:01 | | different, and obviously, the market changed pretty |
| | 39:02 | | dramatically in both '07 and '08. |
| | 39:03 | Q. | Right. You said, "the tools were different." |
| | 39:04 | | Can you give me a sense for how the tools changed? |
| | 39:05 | A. | Well, HERA allowed us to set the leverage |
| | 39:06 | | ratio and develop a risk-based capital model, which is |
| | 39:07 | | important. As I mentioned before, we had mission |
| | 39:08 | | capability as well as safety and soundness. And part |
| | 39:09 | | of the problem was that the two were in conflict over |
| | 39:10 | | the years, and then there was other different, smaller |
| | 39:11 | | things that we could do to help strengthen the two |
| | 39:12 | | companies. |

| 60:16 - 61:13 | **Lockhart, James 2021-01-13** | 00:01:29 | LJ_01.13 |

| | 60:16 | Q. | What was your understanding of the |
| --- | --- | --- | --- |
| | 60:17 | | difference between conservatorship and receivership? |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 60:18 | A. | Receivership set up an LL -- whatever that | | |
| | 60:19 | | means. It set up a separate company that the good | | |
| | 60:20 | | assets would be transferred into, and conservatorship | | |
| | 60:21 | | was keeping the companies in place, but with the | | |
| | 60:22 | | conservator, the agency, myself in particular, having | | |
| | 61:01 | | the powers of the board and the management of the | | |
| | 61:02 | | companies to conserve their assets. | | |
| | 61:03 | Q. | Okay. And so would it be fair to say that | | |
| | 61:04 | | conservatorship and receivership had different | | |
| | 61:05 | | objectives, different purposes? | | |
| | 61:06 | A. | Yes. | | |
| | 61:07 | Q. | And how would you describe that difference? | | |
| | 61:08 | A. | Well, the receivership was much more | | |
| | 61:09 | | draconian. It effectively had the impact of moving | | |
| | 61:10 | | the assets to another vehicle and -- that would be | | |
| | 61:11 | | capitalized. While conservatorship was an attempt to | | |
| | 61:12 | | work through their issues and -- over time and | | |
| | 61:13 | | potentially keep the companies in place. | | |
| 61:14 - 62:04 | **Lockhart, James 2021-01-13** | | | 00:00:37 | LJ_01.14 |
| | 61:14 | Q. | So that suggests that receivership and | | |
| | 61:15 | | conservatorship had different sort of end results in | | |
| | 61:16 | | mind; correct? | | |
| | 61:17 | A. | End results and different market | | |
| | 61:18 | | implications, which was one of the reasons we were | | |
| | 61:19 | | having a big debate about receivership and | | |
| | 61:20 | | conservatorship. | | |
| | 61:21 | Q. | What do you mean by "market implications"? | | |
| | 61:22 | A. | I think receivership would have panicked the | | |
| | 62:01 | | market pretty dramatically. The market was already | | |
| | 62:02 | | very thin at that point, and I'm talking about the | | |
| | 62:03 | | mortgage market in particular, but also the overall | | |
| | 62:04 | | market. | | |
| 62:05 - 62:19 | **Lockhart, James 2021-01-13** | | | 00:00:56 | LJ_01.15 |
| | 62:05 | Q. | Was receivership more of a liquidation type | | |
| | 62:06 | | of vehicle for the companies? | | |
| | 62:07 | A. | Well, it was closer to liquidation but not | | |
| | 62:08 | | liquidation itself. In theory, they could have still | | |
| | 62:09 | | written some business, I guess. I can't remember the | | |
| | 62:10 | | details of the receivership So I can't speculate. At | | |
| | 62:11 | | the time we looked at it, but because it was rejected, | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 62:12 | | I haven't really re-looked at it since then. | | |
| | 62:13 | Q. | When you say, "at the time" you looked at it, | | |
| | 62:14 | | do you mean at around this time in '08 you were | | |
| | 62:15 | | looking at receivership? | | |
| | 62:16 | A. | I would say it was in August, mid-August on | | |
| | 62:17 | | really, probably.  So later than this.  It was again, | | |
| | 62:18 | | after HERA was passed because -- which was on July 30. | | |
| | 62:19 | | We couldn't look at receivership until we had HERA. | | |
| 63:06 - 64:01 | **Lockhart, James 2021-01-13** | | | 00:01:03 | LJ_01.16 |
| | 63:06 | Q. | How would you describe the agency powers in | | |
| | 63:07 | | the conservatorship? | | |
| | 63:08 | A. | As we said in an announcement, we put them in | | |
| | 63:09 | | a conservatorship, that the agency and the director of | | |
| | 63:10 | | the agency as conservator had all the powers of -- to | | |
| | 63:11 | | run effectively if the board wanted to.  They didn't | | |
| | 63:12 | | even have to have board.  We decided to keep the board | | |
| | 63:13 | | and the management so it was under the control of the | | |
| | 63:14 | | agency. | | |
| | 63:15 | Q. | Were these differences that we've been | | |
| | 63:16 | | talking about between receiverships and | | |
| | 63:17 | | conservatorships, do you have an understanding of | | |
| | 63:18 | | whether those differences were understood by the | | |
| | 63:19 | | companies themselves, by Fannie's and Freddie's | | |
| | 63:20 | | management and the boards? | | |
| | 63:21 | A. | They had very good lawyers in both companies, | | |
| | 63:22 | | internal and external.  So I'm sure that they looked | | |
| | 64:01 | | at it, yes. | | |
| 64:14 - 64:19 | **Lockhart, James 2021-01-13** | | | 00:00:20 | LJ_01.17 |
| | 64:14 | | What was your understanding of how the | | |
| | 64:15 | | conservator role differed from your role as regulator? | | |
| | 64:16 | | The safety and soundness regulator. | | |
| | 64:17 | A. | It was different.  We actually set up a | | |
| | 64:18 | | separate group to be the conservator, if you will, and | | |
| | 64:19 | | we kept the regulator and the examination teams in | | |
| 64:20 - 65:01 | **Lockhart, James 2021-01-13** | | | 00:00:21 | LJ_01.18 |
| | 64:20 | | place as well.  And the conservator's job was to | | |
| | 64:21 | | ensure that they kept supporting their mission and | | |
| | 64:22 | | that they were safe and sound and that they conserved | | |
| | 65:01 | | assets as well. | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:02 - 65:09 | **Lockhart, James 2021-01-13** | 00:00:22 | LJ_01.19 |
| | 65:02　Q.　It sounds like there's at least some overlap | | |
| | 65:03　　　between the roles because you talked about the | | |
| | 65:04　　　conservator's job was to make sure the institutions | | |
| | 65:05　　　were kept safe and sound, which obviously, is | | |
| | 65:06　　　something that's relevant to the regulator's role as | | |
| | 65:07　　　the safety and soundness regulator.  So those concepts | | |
| | 65:08　　　are similar; is that correct? | | |
| | 65:09　A.　That's correct, yes. | | |
| 65:10 - 65:15 | **Lockhart, James 2021-01-13** | 00:00:31 | LJ_01.20 |
| | 65:10　Q.　And when you say the conservator's job is in | | |
| | 65:11　　　part to conserve assets, what do you mean by that? | | |
| | 65:12　A.　Well, I meant that over the long term, the | | |
| | 65:13　　　idea was that we wanted to work to provide that they | | |
| | 65:14　　　could grow their assets, or at least not dissipate | | |
| | 65:15　　　their assets dramatically over that period. | | |
| 65:16 - 65:22 | **Lockhart, James 2021-01-13** | 00:00:21 | LJ_01.21 |
| | 65:16　　　Obviously, as when we did put them in | | |
| | 65:17　　　conservatorship, the market was quite a bit different | | |
| | 65:18　　　than even in July where we're talking about here.  But | | |
| | 65:19　　　certainly it became much worse after September, after | | |
| | 65:20　　　the Lehman bankruptcy, the next week after | | |
| | 65:21　　　conservatorship and all the other actions that were | | |
| | 65:22　　　taken. | | |
| 66:01 - 66:09 | **Lockhart, James 2021-01-13** | 00:00:36 | LJ_01.22 |
| | 66:01　Q.　Was one of the objectives, at least, of | | |
| | 66:02　　　conservatorship, as you understood it, was to try to | | |
| | 66:03　　　restore the companies to financial health? | | |
| | 66:04　A.　The objective was to definitely restore the | | |
| | 66:05　　　companies, and therefore, the mortgage market, because | | |
| | 66:06　　　they worked the mortgage market at that point to | | |
| | 66:07　　　financial health.  You could not restore them to | | |
| | 66:08　　　financial health without restoring the mortgage | | |
| | 66:09　　　market. | | |
| 90:21 - 91:13 | **Lockhart, James 2021-01-13** | 00:00:56 | LJ_01.23 |
| | 90:21　Q.　And I'm going to show you that Q&A in | | |
| | 90:22　　　a little bit, but, you know, you referred to it a | | |
| | 91:01　　　couple times already.  I just want to make sure I | | |
| | 91:02　　　understand.  What was the purpose of that?  Why did | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 91:03 | | you feel you needed to prepare that type of Q&A? | | |
| | 91:04 | A. | Well, Fannie was the biggest financial | | |
| | 91:05 | | institution in the country at that point. Freddie was | | |
| | 91:06 | | probably the third largest. They were such a major | | |
| | 91:07 | | part of the financial markets, and as I said before, | | |
| | 91:08 | | the mortgage markets that we needed to be as clear as | | |
| | 91:09 | | we could about what was happening and why it was | | |
| | 91:10 | | happening, and more importantly, that Treasury was | | |
| | 91:11 | | backing them with the preferred, and therefore, Fannie | | |
| | 91:12 | | and Freddie would survive despite their major | | |
| | 91:13 | | problems. | | |
| 93:01 - 93:12 | **Lockhart, James 2021-01-13** | | | 00:00:54 | LJ_01.24 |
| | 93:01 | Q. | In your book, in describing the meeting with | | |
| | 93:02 | | Fannie, you say that Fannie's counsel, Ms. Wilkinson, | | |
| | 93:03 | | as part of her push-back, said the conservatorship | | |
| | 93:04 | | would destroy the investor proposition and was a move | | |
| | 93:05 | | to nationalization. If you'd like, I can show you | | |
| | 93:06 | | that. It's on Page 66 but -- | | |
| | 93:07 | A. | Yes, I see that. | | |
| | 93:08 | Q. | What was your reaction to that statement, if | | |
| | 93:09 | | you have one? | | |
| | 93:10 | A. | Well, first of all, nationalization was the | | |
| | 93:11 | | last thing we wanted out of Fannie and Freddie. That | | |
| | 93:12 | | was not the goal at all. It was to -- you know, keep | | |
| 93:13 - 94:12 | **Lockhart, James 2021-01-13** | | | 00:01:19 | LJ_01.25 |
| | 93:13 | | them outside the government. | | |
| | 93:14 | | And the investor proposition, certainly it | | |
| | 93:15 | | was possible and certainly that the common would be | | |
| | 93:16 | | wiped out entirely, and certainly, there was a | | |
| | 93:17 | | possibility that a major portion of the preferred | | |
| | 93:18 | | depending on how big the hole was and how much the | | |
| | 93:19 | | Treasury had to advance in the senior preferred. | | |
| | 93:20 | Q. | And just so I'm clear on what you thought was | | |
| | 93:21 | | the last thing that you wanted to do, what, in your | | |
| | 93:22 | | view, would nationalization entail and how would that | | |
| | 94:01 | | be different from either a conservatorship or a | | |
| | 94:02 | | receivership? | | |
| | 94:03 | A. | Nationalization would be that Fannie and | | |
| | 94:04 | | Freddie became government agencies, that their | | |
| | 94:05 | | liabilities and assets would be on the balance sheet | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:06   of the United States, and they would be controlled | | |
| | 94:07   by a -- they would be a government agency or | | |
| | 94:08   whoever -- they'd become civil servants, and they'd go | | |
| | 94:09   through the whole process, just like, you know, the | | |
| | 94:10   Government National Mortgage association or the | | |
| | 94:11   Federal Housing Agency.  So that's what | | |
| | 94:12   "nationalization" means to me. | | |
| 96:17 - 96:19  🔗 PX2B.1 | **Lockhart, James 2021-01-13** | 00:00:23 | LJ_01.26 |
| | 96:17   Q.  Exhibit 8 is a document with the Bates | | |
| | 96:18        FHFA-DDC-0090764.  It's a September 7, 2008 statement | | |
| | 96:19        from FHFA director, James B. Lockhart. | | |
| 96:20 - 96:22 | **Lockhart, James 2021-01-13** | 00:00:07 | LJ_01.27 |
| | 96:20        I assume this is one of the documents you | | |
| | 96:21        reviewed in preparing for this deposition? | | |
| | 96:22   A.  That's correct. | | |
| 97:01 - 97:06 | **Lockhart, James 2021-01-13** | 00:00:09 | LJ_01.28 |
| | 97:01   Q.  I assume, as well, that you were heavily | | |
| | 97:02        involved in the drafting of this statement; is that | | |
| | 97:03        correct? | | |
| | 97:04   A.  That is correct. | | |
| | 97:05   Q.  Why don't you turn to Page 5 of the document. | | |
| | 97:06   A.  Okay. | | |
| 97:07 - 97:11  🔗 PX2B.5.2 | **Lockhart, James 2021-01-13** | 00:00:21 | LJ_01.29 |
| | 97:07   Q.  At the bottom of Page 5 there's a description | | |
| | 97:08        of "Conservatorship," where you say, "That is a | | |
| | 97:09        statutory process designed to stabilize a troubled | | |
| | 97:10        institution with the objective of returning the | | |
| | 97:11        entities to normal business operations." | | |
| 97:12 - 97:20 | **Lockhart, James 2021-01-13** | 00:00:39 | LJ_01.30 |
| | 97:12        What was your understanding of what "normal | | |
| | 97:13        business operations" would be for Fannie and Freddie? | | |
| | 97:14   A.  That was difficult because they were not | | |
| | 97:15        normal businesses.  They were GSEs and they had a | | |
| | 97:16        government charter, and so part of the view was did | | |
| | 97:17        that mean returning them back to just the way they | | |
| | 97:18        were, or would there be some changes.  I think many of | | |
| | 97:19        us thought that there would have to be some | | |
| | 97:20        Congressional action. | | |
| 97:21 - 98:03 | **Lockhart, James 2021-01-13** | 00:00:18 | LJ_01.31 |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 97:21 | | But "normal business operations" meant that | | LJ_01.31 |
| | 97:22 | | they had the capital.  They had the systems.  They had | | |
| | 98:01 | | the risk management and the ability to serve their | | |
| | 98:02 | | mission of providing stability, liquidity, and | | |
| | 98:03 | | affordability to the mortgage market. | | |
| 98:04 - 98:08 | **Lockhart, James 2021-01-13** | | | 00:00:17 | LJ_01.32 |
| | 98:04 | Q. | And I take it from that response that | | |
| | 98:05 | | normal business operations would mean, at least in | | |
| | 98:06 | | part, safe and sound business operations? | | |
| | 98:07 | A. | Yes.  That's the risk management, the capital | | |
| | 98:08 | | and other things I mentioned. | | |
| 98:09 - 98:12  Clear | **Lockhart, James 2021-01-13** | | | 00:00:13 | LJ_01.33 |
| | 98:09 | Q. | So can a company with no capital -- can | | |
| | 98:10 | | financial institutions with no capital be considered | | |
| | 98:11 | | to be normal business operation? | | |
| | 98:12 | A. | No. | | |
| 98:18 - 98:22 | **Lockhart, James 2021-01-13** | | | 00:00:16 | LJ_01.34 |
| | 98:18 | | THE WITNESS:  In fact, a company with no | | |
| | 98:19 | | capital shouldn't be operating.  Obviously, Fannie and | | |
| | 98:20 | | Freddie had no capital, but they did have preferred | | |
| | 98:21 | | stock that effectively kept them above negative net | | |
| | 98:22 | | worth. | | |
| 99:07 - 99:14 | **Lockhart, James 2021-01-13** | | | 00:00:28 | LJ_01.35 |
| | 99:07 | Q. | I think I know the answer to this | | |
| | 99:08 | | based on our earlier discussion, but at this time, | | |
| | 99:09 | | September 20, '08, did you have an expectation about | | |
| | 99:10 | | how long it would be before the companies could be | | |
| | 99:11 | | returned to normal business operations? | | |
| | 99:12 | A. | No, I didn't.  There was too many other | | |
| | 99:13 | | things going on in the financial markets at that point | | |
| | 99:14 | | to have an idea of what it would take. | | |
| 99:15 - 100:21  PX2B.9.1 | **Lockhart, James 2021-01-13** | | | 00:01:52 | LJ_01.36 |
| | 99:15 | Q. | Turn to Page 10 of this document.  Let me | | |
| | 99:16 | | know when you're there. | | |
| | 99:17 | A. | I'm on Page 10.  That's the final page? | | |
| | 99:18 | Q. | Yes. Yes, it is.  Actually, at the very top, | | |
| | 99:19 | | it's the continuation of the paragraph that begins at | | |
| | 99:20 | | the bottom of Page 9 where you're talking about FHFA | | |
| | 99:21 | | continued to work on new regulations, including | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 99:22 | | minimum capital standards.  You then say, "It is | | |
| | 100:01 | | critical to complete these regulations so that any new | | |
| | 100:02 | | investor will understand the investment proposition." | | |
| | 100:03 | | What were you referring to there with | | |
| | 100:04 | | reference to "any new investor"? | | |
| | 100:05 | A. | To return to normal operations, they would | | |
| | 100:06 | | have to have capital, and the only way they could get | | |
| | 100:07 | | new capital is from new investors.  So that's what I | | |
| | 100:08 | | was referring to, that anybody that was going to | | |
| | 100:09 | | invest in them would want to know what the capital | | |
| | 100:10 | | requirements were, what the other -- as I mentioned, | | |
| | 100:11 | | the other issues, what their regulations were, what | | |
| | 100:12 | | their risk management practices were. | | |
| | 100:13 | | So that's what I was referring to, that they | | |
| | 100:14 | | would need to raise more capital to get out of | | |
| | 100:15 | | conservatorship. | | |
| | 100:16 | Q. | And just so I understand it, the companies | | |
| | 100:17 | | could also build capital through earnings; right? | | |
| | 100:18 | A. | Well, at that point I didn't think they were | | |
| | 100:19 | | going to have earnings to build capital. | | |
| | 100:20 | Q. | I'm just talking as a general proposition, | | |
| | 100:21 | | that that's a way to build capital. | | |
| 100:22 - 101:09 | **Lockhart, James 2021-01-13** | | | 00:00:38 | LJ_01.37 |
| | 100:22 | A. | Yes.  But they also had to repay the | | |
| | 101:01 | | preferred before they could rebuild capital, and that | | |
| | 101:02 | | was -- it turned out to be a very big number. | | |
| | 101:03 | Q. | Okay.  Well, through earnings, they could | | |
| | 101:04 | | build capital on their balance sheet, whether or not | | |
| | 101:05 | | they used it to pay Treasury; correct? | | |
| | 101:06 | A. | Yeah.  In fact, they did have that | | |
| | 101:07 | | capability.  They didn't have the ability to repay | | |
| | 101:08 | | Treasury, but yes, they did have the ability, if they | | |
| | 101:09 | | became profitable.  But at that point there was no | | |
| 101:10 - 102:10 | **Lockhart, James 2021-01-13** | | | 00:01:10 | LJ_01.38 |
| | 101:10 | | sign they would be profitable in the near future. | | |
| | 101:11 | Q. | When you said they didn't have the ability to | | |
| | 101:12 | | repay -- to pay Treasury, you mean to pay down the | | |
| | 101:13 | | stock, to redeem the stock?  Is that what you're | | |
| | 101:14 | | talking about when you said, "They didn't have the | | |
| | 101:15 | | ability" to pay Treasury? | | |

✗ Clear

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:16  A.  Yeah.  Liquidation preference of stock, | | |
| | 101:17       preferred stock. | | |
| | 101:18  Q.  Returning to the sentence, is it fair to say | | |
| | 101:19       that, you know, at least in your mind, the objective | | |
| | 101:20       was to get these companies to a point where there | | |
| | 101:21       could be new investment in them? | | |
| | 101:22  A.  Over the long term, yes, whether -- I always | | |
| | 102:01       thought -- and I'll put this right on the table.  I | | |
| | 102:02       always thought that the only way they could figure it | | |
| | 102:03       out was with Congressional action.  There had to be | | |
| | 102:04       some action on Congress about the future structure of | | |
| | 102:05       Fannie and Freddie because their hybrid structure did | | |
| | 102:06       not work and failed. | | |
| | 102:07       And so it was not only getting new investors, | | |
| | 102:08       but it was also Congressional action, and I thought | | |
| | 102:09       the Congressional action probably had to happen before | | |
| | 102:10       they could get new investors. | | |
| 102:19 - 102:21  🔗 PX2C.1 | **Lockhart, James 2021-01-13** | 00:00:14 | LJ_01.39 |
| | 102:19  Q.  Exhibit 9 is a document marked | | |
| | 102:20       FHFA-DDC-0017202.  It's an FHFA "FACT SHEET, | | |
| | 102:21       "QUESTIONS AND ANSWERS ON CONSERVATORSHIP." | | |
| 102:22 - 103:02 | **Lockhart, James 2021-01-13** | 00:00:05 | LJ_01.40 |
| | 102:22       I assume this is a document you reviewed in | | |
| | 103:01       preparing for this deposition? | | |
| | 103:02  A.  That's correct. | | |
| 103:06 - 104:01 | **Lockhart, James 2021-01-13** | 00:00:58 | LJ_01.41 |
| | 103:06  Q.  Who prepared this document, if you recall? | | |
| | 103:07  A.  I do not recall.  Frankly, I do not recall | | |
| | 103:08       actually spending much time reviewing it either. | | |
| | 103:09       There was a lot of things going on at the time.  It | | |
| | 103:10       was probably an internal document between our lawyers. | | |
| | 103:11       Maybe there was Treasury.  I wouldn't be surprised if | | |
| | 103:12       there was Treasury input as well, but I don't remember | | |
| | 103:13       spending a lot of time on it myself. | | |
| | 103:14  Q.  When you say, "It was probably an internal | | |
| | 103:15       document," do you mean it was never released? | | |
| | 103:16  A.  No.  I meant that it was developed internally | | |
| | 103:17       by our lawyers and our public affairs people, and I | | |
| | 103:18       would not be surprised if it was shared with Treasury | | |
| | 103:19       because it was part of our joint press conference that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 103:20   Secretary Paulson and I gave on the 7th. | | |
| | 103:21 Q. Okay.  But it was designed, at least in part, | | |
| | 103:22   for public consumption? | | |
| | 104:01 A. Yes. | | |
| 104:02 - 104:15  PX2C.1.3 | **Lockhart, James 2021-01-13** | 00:00:45 | LJ_01.42 |
| | 104:02 Q. And on the first page there is discussion | | |
| | 104:03   about what is conservatorship, and the answer talks | | |
| | 104:04   about a "legal process in which a person or entity is | | |
| | 104:05   appointed to establish control and oversight of a | | |
| | 104:06   Company to put it in a sound and solvent condition." | | |
| | 104:07   Is that another way of saying safe and sound, | | |
| | 104:08   basically? | | |
| | 104:09 A. Yes. | | |
| | 104:10 Q. And presumably "solvent" implies some type of | | |
| | 104:11   positive net worth; correct? | | |
| | 104:12 A. Well, more than some sort of.  A significant | | |
| | 104:13   positive net worth, especially if you're writing -- at | | |
| | 104:14   that point I think they had $5-1/2 trillion worth of | | |
| | 104:15   mortgages that they were splitting. | | |
| 104:16 - 105:07  PX2C.1.4 | **Lockhart, James 2021-01-13** | 00:00:47 | LJ_01.43 |
| | 104:16 Q. The second page of the | | |
| | 104:17   document there's the first answer, which the question | | |
| | 104:18   is actually on Page 1, which is "What are the goals of | | |
| | 104:19   this conservatorship?" | | |
| | 104:20   Part of the answer is, "The goals of the | | |
| | 104:21   conservatorship are to help restore confidence in the | | |
| | 104:22   Company, enhance its capacity to fulfill its mission, | | |
| | 105:01   and mitigate systemic risk that has contributed | | |
| | 105:02   directly to the instability in the current market." | | |
| | 105:03   When you're talking about helping to restore | | |
| | 105:04   confidence, whose confidence are you talking about? | | |
| | 105:05   The market confidence? | | |
| | 105:06 A. Yeah.  The buyers of their debt and | | |
| | 105:07   mortgage-backed securities in particular. | | |
| 106:20 - 107:06  PX2C.3.1 | **Lockhart, James 2021-01-13** | 00:00:36 | LJ_01.44 |
| | 106:20 Q. And later on on that page, there's a | | |
| | 106:21   discussion on whether the conservator could determine | | |
| | 106:22   to liquidate the company.  Again, is that -- why was | | |
| | 107:01   that Q&A included in this document?  Was that a | | |
| | 107:02   question that was coming up? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 107:03  A.  It must have been.  I don't remember it | | |
| | 107:04     actually coming up, but I'm sure our people were | | |
| | 107:05     getting that question and that's why it is written | | |
| | 107:06     that way. | | |
| 107:07 - 107:08 | **Lockhart, James 2021-01-13** | 00:00:05 | LJ_01.45 |
| | 107:07     Let me just add one thing.  Maybe I | | |
| | 107:08     shouldn't, but I will.  The whole point of the | | |
| 107:09 - 107:15 | **Lockhart, James 2021-01-13** | 00:00:26 | LJ_01.46 |
| | 107:09     conservatorship was to have people continue to buy | | |
| | 107:10     their securities, and we wanted to make sure that | | |
| | 107:11     people didn't think that we were going to be | | |
| | 107:12     liquidating this company.  They had 30-year | | |
| | 107:13     mortgage-backed securities out there, and the whole | | |
| | 107:14     point of the conservatorship was to keep the | | |
| | 107:15     marketplace going for their securities. | | |
| 107:16 - 107:19<br>🔗 PX2C.3.2 | **Lockhart, James 2021-01-13** | 00:00:12 | LJ_01.47 |
| | 107:16  Q.  Going back to the previous Q&A, the one about | | |
| | 107:17     the stock, you say, "Stockholders will continue to | | |
| | 107:18     retain all rights in the stocks financial worth; as | | |
| | 107:19     such worth is determined by the market." | | |
| 139:03 - 140:06<br>✗ Clear | **Lockhart, James 2021-01-13** | 00:01:46 | LJ_01.48 |
| | 139:03  Q.  If you recall, we talked about the dividend | | |
| | 139:04     and if there was a provision for a cash dividend or if | | |
| | 139:05     the dividend wasn't paid in cash, there would be an | | |
| | 139:06     addition to the liquidation preference at a rate of | | |
| | 139:07     12 percent.  Do you recall that discussion? | | |
| | 139:08  A.  Yes. | | |
| | 139:09  Q.  Subsequent to the execution of the PSPAs, did | | |
| | 139:10     you or anyone else at FHFA engage in any analysis of | | |
| | 139:11     under what circumstances the dividends would be paid | | |
| | 139:12     in cash versus in addition to the liquidation | | |
| | 139:13     preference? | | |
| | 139:14  A.  An analysis of whether they could pay in cash | | |
| | 139:15     or not -- | | |
| | 139:16  Q.  Well -- I'm sorry.  Go ahead. | | |
| | 139:17  A.  I don't remember seeing an analysis of that, | | |
| | 139:18     actually. | | |
| | 139:19  Q.  Did you or anyone else at FHFA consider | | |
| | 139:20     whether it made sense to pay the dividends in cash or | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 139:21   using the 12 percent liquidation preference option? | | |
| | 139:22  A. I think people felt that it was cheaper to | | |
| | 140:01   pay at 10 percent than 12 percent.  That's about all I | | |
| | 140:02   remember. | | |
| | 140:03  Q. When you say, "people thought" that, what are | | |
| | 140:04   you referring to? | | |
| | 140:05  A. Just the math.  That's all I'm referring to | | |
| | 140:06   because 10 is cheaper than 12. | | |
| 154:09 - 154:13 | **Lockhart, James 2021-01-13** | 00:00:16 | LJ_01.49 |
| | 154:09   We've talked about the | | |
| | 154:10   original PSPA agreements.  Do you recall that the | | |
| | 154:11   PSPAs were amended twice in 2009? | | |
| | 154:12  A. Yeah.  Once was when I was there and once | | |
| | 154:13   after I left. | | |
| 154:14 - 155:09 | **Lockhart, James 2021-01-13** | 00:01:07 | LJ_01.50 |
| | 154:14  Q. What was your involvement in the | | |
| | 154:15   first amendment, the one that happened while you were | | |
| | 154:16   there? | | |
| | 154:17  A. I was significantly involved in that | | |
| | 154:18   amendment.  In particular, Freddie was coming up with | | |
| | 154:19   projections that showed very large losses, and, in | | |
| | 154:20   fact, losses beyond the 100 million in some of their | | |
| | 154:21   forecasts and under more stressed scenarios, and they | | |
| | 154:22   were actually talking to their outside accountants of | | |
| | 155:01   having to -- saying they had going concern issues, | | |
| | 155:02   which would have been very detrimental to the mortgage | | |
| | 155:03   market. | | |
| | 155:04   We worked with Freddie through the numbers. | | |
| | 155:05   We had meetings with Treasury about it.  We also | | |
| | 155:06   talked to Fannie about their numbers, and in the end, | | |
| | 155:07   we did push to increase, and that was the key.  And | | |
| | 155:08   the change increased from 100 million to 200 million | | |
| | 155:09   on each of the senior preferreds. | | |
| 219:09 - 219:19 | **Lockhart, James 2021-01-13** | 00:00:42 | LJ_01.51 |
| | 219:09   When FHFA became conservator of Fannie and | | |
| | 219:10   Freddie, did it suspend dividends on the companies' | | |
| | 219:11   junior preferred stock? | | |
| | 219:12  A. Yes. | | |
| | 219:13  Q. And why was that done? | | |
| | 219:14  A. To ensure that there was no leakage to | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 219:15     anybody but the senior preferred. | | |
| | 219:16  Q. What do you mean "leakage"? | | |
| | 219:17  A. That there was no dividends being paid to | | |
| | 219:18     anybody junior than to the senior preferred. That's a | | |
| | 219:19     common thing that happens. | | |
| 219:20 - 220:09 | **Lockhart, James 2021-01-13** | 00:00:41 | LJ_01.52 |
| | 219:20  Q. Okay. I just want to make sure I understand | | |
| | 219:21     because it almost sounded a little bit circular | | |
| | 219:22     because I asked you why you suspended the dividends, | | |
| | 220:01     and your answer was, essentially, "Because I didn't | | |
| | 220:02     want to pay dividends to the junior preferred," and I | | |
| | 220:03     guess I want to understand why. | | |
| | 220:04  A. Again, the senior preferreds come first in | | |
| | 220:05     the waterfall. And so they were the ones that were | | |
| | 220:06     getting the dividends. The junior preferreds' | | |
| | 220:07     dividends were suspended because these companies were | | |
| | 220:08     effectively insolvent, and dividends would not be paid | | |
| | 220:09     out of an insolvent company. | | |
| 220:10 - 220:15 | **Lockhart, James 2021-01-13** | 00:00:19 | LJ_01.53 |
| | 220:10  Q. Was there ever a determination about whether | | |
| | 220:11     dividends would be reinstated if the company became | | |
| | 220:12     solvent? | | |
| | 220:13  A. I don't remember that discussion. But, | | |
| | 220:14     again, I left in August of '09, and they were still | | |
| | 220:15     taking draws from Treasury. | | |

| | |
|---|---|
| Our Designations | 00:36:18 |
| **TOTAL RUN TIME** | **00:36:18** |

Documents linked to video:
PX2B
PX2C