*Exhibit F*

# Mayopoulos

Designation List Report

**Mayopoulos, Timothy**　　　　　　　　　　　　　**2020-03-10**

Our Designations　　　　　　　　　　　　　00:27:12
**TOTAL RUN TIME**　　　　　　　　　　　　**00:27:12**

Documents linked to video:
PX167
PX239
PX308



**ID: MT03**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:04 - 60:11 | **Mayopoulos, Timothy 2020-03-10** | 00:00:15 | MT03.1 |

| | | | |
|---|---|---|---|
| | 60:04 | Q. | Okay. Well, I wanted to ask you a few |
| | 60:05 | | questions about Fannie Mae's deferred tax assets if |
| | 60:06 | | I could. |
| | 60:07 | A. | Sure. |
| | 60:08 | Q. | I guess, as a threshold matter, are you |
| | 60:09 | | familiar with deferred tax assets? Do you know what |
| | 60:10 | | they are? |
| | 60:11 | A. | Yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:16 - 63:07 | **Mayopoulos, Timothy 2020-03-10** | 00:01:37 | MT03.2 |

| | | | |
|---|---|---|---|
| | 61:16 | Q. | Okay. And are you familiar with the -- |
| | 61:17 | | the valuation allowance that Fannie Mae took on its |
| | 61:18 | | deferred tax assets? |
| | 61:19 | A. | Yes. |
| | 61:20 | Q. | And if I have it right, I think Fannie |
| | 61:21 | | did that back in 2008. Does that sound correct? |
| | 61:22 | A. | Yes. |
| | 62:01 | Q. | And, again, you were not at Fannie in |
| | 62:02 | | 2008, so am I correct that you wouldn't have been |
| | 62:03 | | involved in that decision to take the valuation |
| | 62:04 | | allowance? |
| | 62:05 | A. | Correct. |
| | 62:06 | Q. | And to the extent you recall, do you |
| | 62:07 | | remember sort of broadly what criteria the |
| | 62:08 | | accountants would consider when deciding whether a |
| | 62:09 | | valuation allowance was necessary on a deferred tax |
| | 62:10 | | asset? |
| | 62:11 | A. | I used to be much more conversant about |
| | 62:12 | | this than I am today, but I think the gist of it is |
| | 62:13 | | that if -- if as a company you're not likely to |
| | 62:14 | | generate profits on which you would pay taxes, |
| | 62:15 | | you're required to take a valuation allowance, |
| | 62:16 | | essentially a reserve against your deferred tax |
| | 62:17 | | assets, to such point where -- where the |
| | 62:18 | | circumstances change and it's expected that the |
| | 62:19 | | company will likely be able to use those tax assets |
| | 62:20 | | going forward. |
| | 62:21 | Q. | And do you recall discussions at Fannie |
| | 62:22 | | Mae in 2012 and 2013 around whether it was necessary |
| | 63:01 | | to reverse the valuation allowance on Fannie's |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 63:02 | | deferred tax assets? | | |
| | 63:03 | A. | Yes. | | |
| | 63:04 | Q. | Do you remember whether those | | |
| | 63:05 | | conversations were kind of brought to your attention | | |
| | 63:06 | | or you were looped in on them before August of 2012? | | |
| | 63:07 | A. | I don't remember. | | |
| 83:04 - 83:04  🔗 PX167.2 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:02 | MT03.3 |
| | 83:04 | Q. | And this will be Exhibit 7. | | |
| 83:16 - 84:11 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:14 | MT03.4 |
| | 83:16 | | And I ask you, sir, if you've seen these | | |
| | 83:17 | | documents before. | | |
| | 83:18 | A. | I have. | | |
| | 83:19 | Q. | When was the last time you saw them? | | |
| | 83:20 | A. | I think I saw them yesterday. | | |
| | 83:21 | Q. | And do you recall the circumstances of -- | | |
| | 83:22 | | of sort of what prompted the drafting of this | | |
| | 84:01 | | letter? | | |
| | 84:02 | A. | I don't have a detailed recollection, but | | |
| | 84:03 | | I do recall that the board of directors had | | |
| | 84:04 | | expressed desire to communicate with Director | | |
| | 84:05 | | DeMarco in writing about steps that might be taken | | |
| | 84:06 | | to publicize the progress that Fannie Mae had made | | |
| | 84:07 | | and to help market and policymakers understand the | | |
| | 84:08 | | current state of the company. | | |
| | 84:09 | Q. | And would this have been a common way for | | |
| | 84:10 | | the board to communicate with Director DeMarco, or | | |
| | 84:11 | | was this a little unusual? | | |
| 84:13 - 85:11  ❌ Clear | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:01 | MT03.5 |
| | 84:13 | | If your question is did the | | |
| | 84:14 | | board write many letters to Director DeMarco, it | | |
| | 84:15 | | wrote some, but it didn't write many. | | |
| | 84:16 | | -- | | |
| | 84:17 | Q. | Okay. And what were the circumstances | | |
| | 84:18 | | under which the board would opt to write a letter to | | |
| | 84:19 | | the director of FHFA? | | |
| | 84:20 | A. | I believe it was in those circumstances | | |
| | 84:21 | | where it had things it wanted to convey that were | | |
| | 84:22 | | longer than, you know, a short conversation, and | | |
| | 85:01 | | typically involved things that the board -- the | | |
| | 85:02 | | board felt strongly about. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 85:03  Q. Okay. And do you happen to recall if the | | |
| | 85:04     substance of this letter is something the board felt | | |
| | 85:05     strongly about? | | |
| | 85:06  A. I believe it did. | | |
| | 85:07  Q. And I'm right, aren't I, in thinking that | | |
| | 85:08     typically when the board would -- would have | | |
| | 85:09     meetings, there would be someone there from FHFA | | |
| | 85:10     present in the room; is that right? | | |
| | 85:11  A. Yes. | | |
| 86:01 - 86:01 | **Mayopoulos, Timothy 2020-03-10** | 00:00:03 | MT03.6 |
| | 86:01  Q. And this is I guess, Exhibit 8. | | |
| 86:04 - 87:15 | **Mayopoulos, Timothy 2020-03-10** | 00:02:06 | MT03.7 |
| | 86:04     This is the | | |
| | 86:05     version that I believe went to FHFA, but it was not | | |
| | 86:06     sent until September 14th, 2012, and I'm curious. | | |
| | 86:07     Do you recall sort of what explains the | | |
| | 86:08     length of the process that was involved in preparing | | |
| | 86:09     the letter? | | |
| | 86:10  A. I don't remember all of the circumstances | | |
| | 86:11     that might have contributed to that passage of time. | | |
| | 86:12     I think some of it was getting feedback from the | | |
| | 86:13     board, which consists of a dozen or so people, | | |
| | 86:14     consists of incorporating those comments. It | | |
| | 86:15     consists -- I think there were also events that may | | |
| | 86:16     have occurred in that period that may have | | |
| | 86:17     influenced what the board wanted to put in the | | |
| | 86:18     letter, but I don't remember. I can't account for | | |
| | 86:19     the six months that it took to -- to finalize the | | |
| | 86:20     draft. | | |
| | 86:21  Q. Do you recall what any of the events | | |
| | 86:22     might have been that would have contributed to the | | |
| | 87:01     delay? | | |
| | 87:02  A. My recollection is that one of the things | | |
| | 87:03     that happened was that -- my recollection is that at | | |
| | 87:04     some point FHFA put out some further guidance as to | | |
| | 87:05     the strategic plan for -- for the enterprises, and I | | |
| | 87:06     think that might have influenced this. But that's | | |
| | 87:07     just my vague recollection. | | |
| | 87:08  Q. Okay. So you think there was a strategic | | |
| | 87:09     plan from FHFA that may have influenced the contents | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 87:10 | | of the letter; is that right? | | |
| | 87:11 | A. | Maybe. I -- I just -- I can't | | |
| | 87:12 | | remember -- I just remember there was something that | | |
| | 87:13 | | was going on with respect to FHFA that influenced | | |
| | 87:14 | | this, and it might have been the strategic plan, but | | |
| | 87:15 | | I don't remember. | | |
| 87:16 - 87:18 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:08 | MT03.8 |
| | 87:16 | Q. | Okay. And what would the board have been | | |
| | 87:17 | | trying to accomplish in sending a letter like this | | |
| | 87:18 | | to FHFA? | | |
| 87:19 - 89:06 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:37 | MT03.9 |
| 🔗 PX308.1.1 | 87:19 | A. | I think it's captured here on the first | | |
| | 87:20 | | page of the letter, where the board says that the | | |
| | 87:21 | | board feels a strong obligation to work with FHFA to | | |
| | 87:22 | | inform policymakers, industry participants, and the | | |
| | 88:01 | | public at large about developments of Fannie Mae in | | |
| | 88:02 | | the housing finance market. | | |
| | 88:03 | | I think this was an attempt to encourage | | |
| | 88:04 | | Director DeMarco to share this information with | | |
| | 88:05 | | those constituencies. | | |
| | 88:06 | Q. | And is this -- it's interesting that the | | |
| | 88:07 | | board was encouraging Director DeMarco to share the | | |
| | 88:08 | | information with those constituencies rather than | | |
| | 88:09 | | just sharing it directly itself. What would be the | | |
| | 88:10 | | reason for trying to sort of channel the message | | |
| | 88:11 | | through Mr. DeMarco? | | |
| | 88:12 | A. | Well, the company's communications were | | |
| | 88:13 | | governed by a set of rules that FHFA had put in | | |
| | 88:14 | | place, and I think that the board was respectful of | | |
| | 88:15 | | those rules, and I think the board thought that it | | |
| | 88:16 | | would be useful to work in concert with Director | | |
| | 88:17 | | DeMarco to have this information put out to those | | |
| | 88:18 | | constituencies rather than unilaterally taking those | | |
| | 88:19 | | measures itself. | | |
| | 88:20 | Q. | And do you have any recollection of how | | |
| | 88:21 | | FHFA responded to this letter? Did it implement any | | |
| | 88:22 | | of the suggestions? | | |
| | 89:01 | A. | My recollection is that there were | | |
| | 89:02 | | discussions about this. Director DeMarco | | |
| | 89:03 | | attended -- regularly attended meetings of the board | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 89:04    of directors in executive session, and my | | |
| | 89:05    recollection is that there were discussions about | | |
| | 89:06    the content of this letter. | | |
| 90:16 - 92:01 | **Mayopoulos, Timothy 2020-03-10** | 00:01:29 | MT03.10 |
| | 90:16    Q. And I think you mentioned one of the | | |
| | 90:17        themes in this letter is -- I don't recall how you | | |
| | 90:18        put it, but sort of Fannie's return to | | |
| | 90:19        profitability. | | |
| | 90:20        Is that a fair characterization? | | |
| | 90:21    A. I think what I characterized it was | | |
| | 90:22        progress had been made at Fannie Mae on a number of | | |
| | 91:01        fronts, yeah. | | |
| | 91:02    Q. Okay. And would Director DeMarco have | | |
| | 91:03        been aware of that progress even before receiving | | |
| | 91:04        this letter in September of 2012? | | |
| | 91:05    A. I'm sure he was. | | |
| | 91:06    Q. Okay. And why are you sure? | | |
| | 91:07    A. The senior representatives of FHFA were | | |
| | 91:08        on site at Fannie Mae every day. They sat in on all | | |
| | 91:09        of our senior management meetings. They sat in all | | |
| | 91:10        of our board meetings. They -- they had complete, | | |
| | 91:11        open access to everything that was happening at | | |
| | 91:12        Fannie Mae, and I'm aware that they gave regular | | |
| | 91:13        reports to Director DeMarco and others at FHFA. | | |
| | 91:14        So I don't think there was anything going | | |
| | 91:15        on at Fannie Mae, progress or otherwise, that they | | |
| | 91:16        weren't aware of. | | |
| 🔗 PX308.3 | 91:17    Q. Okay. And if you would, take a look at | | |
| | 91:18        page 3 for me, and I'd like you to read the section | | |
| 🔗 PX308.3.1 | 91:19        under heading No. 2, "Fannie Mae is Playing a | | |
| | 91:20        Critical Role in Funding the Housing Market and | | |
| | 91:21        Assisting Troubled Homeowners." | | |
| | 91:22        Do you see that section? | | |
| | 92:01    A. I do. | | |
| 92:02 - 92:12 | **Mayopoulos, Timothy 2020-03-10** | 00:00:23 | MT03.11 |
| | 92:02        Yes, I see that. | | |
| | 92:03    Q. Okay. And -- and there's a sentence. I | | |
| | 92:04        guess it's the last sentence of the second | | |
| 🔗 PX308.3.2 | 92:05        paragraph. It says, "However, while we support | | |
| | 92:06        thoughtful actions to reduce the presence of the | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 92:07 | | GSEs, we currently see no evidence of sufficient | | |
| | 92:08 | | amounts of private capital waiting on the sidelines | | |
| | 92:09 | | to meet the market need." | | |
| | 92:10 | | Do you -- do you see that sentence? | | |
| | 92:11 | A. | I do. | | |
| | 92:12 | Q. | What is the board saying there? | | |
| 92:13 - 93:05 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:59 | MT03.12 |
| | 92:13 | A. | I think what the board is saying is that | | |
| | 92:14 | | while the board is of the view that in a properly | | |
| | 92:15 | | functioning market, Fannie Mae and Freddie Mac would | | |
| | 92:16 | | not have the scale in the market that they did. | | |
| | 92:17 | | They -- I think they are also cautioning Director | | |
| | 92:18 | | DeMarco that from their perspective they didn't | | |
| | 92:19 | | think that other kinds of private capital, such as | | |
| | 92:20 | | banks or private label securitizations or other | | |
| | 92:21 | | sources of private capital were likely to step up | | |
| | 92:22 | | and meet the funding needs of the housing market. | | |
| | 93:01 | Q. | And did you agree with that assessment? | | |
| | 93:02 | A. | Yes. | | |
| | 93:03 | Q. | And looking now -- looking back now with | | |
| | 93:04 | | the benefit of hindsight, would you say that you and | | |
| | 93:05 | | the board were right about that? | | |
| 93:06 - 94:01 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:04 | MT03.13 |
| | 93:06 | A. | I believe we were correct about that, and | | |
| | 93:07 | | I believe that -- I believe that both the management | | |
| | 93:08 | | team and the board viewed our role is as providing | | |
| | 93:09 | | our best advice to FHFA.  It was clear that we owed | | |
| | 93:10 | | all of our legal duties to FHFA.  The board was | | |
| | 93:11 | | appointed at the pleasure of the FHFA, as was the | | |
| | 93:12 | | management team, and we viewed it as our job to | | |
| | 93:13 | | share our observations, perspectives, advice with | | |
| | 93:14 | | FHFA in as constructive and candid a way as we | | |
| | 93:15 | | could; and I believe that FHFA consumed that from us | | |
| | 93:16 | | and from Freddie and, you know, made their decisions | | |
| | 93:17 | | accordingly. | | |
| 🔗 PX308.5.4 | 93:18 | Q. | And now if you would jump ahead to page | | |
| | 93:19 | | 5, and I'll ask you to read the section under | | |
| | 93:20 | | heading No. 4, "Fannie Mae Has Built a Demonstrably | | |
| | 93:21 | | Strong New Book of Business." | | |
| | 93:22 | | Do you see that? | | |

| | | | |
|---|---|---|---|
| | 94:01     A.  Yes. | | |
| 94:02 - 94:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | MT03.14 |

94:02     Yes, I've read it.
94:03  Q. And what is the board saying in this
94:04     section?  What is the point they are trying to
94:05     convey to FHFA?

| | | | |
|---|---|---|---|
| 94:07 - 94:22 | **Mayopoulos, Timothy 2020-03-10** | 00:00:51 | MT03.15 |

94:07     A: I think the gist of this is
94:08     that while the company had a very challenged book of
94:09     business of loans that had been acquired in the
94:10     years leading up to the crisis, many of those loans
94:11     were either being paid off or otherwise resolved,
94:12     and of course every day the company was acquiring
94:13     new loans, making new guarantees on loans more
94:14     recently originated that had higher credit quality,
94:15     and that the mix of the old, more troubled
94:16     population of loans and the newer, higher performing
94:17     loans, was steadily changing over time.
94:18     --
94:19  Q. And that's an accurate description of
94:20     Fannie's situation as of September 2012; is that
94:21     right?
94:22  A. Yes.

| | | | |
|---|---|---|---|
| 95:01 - 95:16 | **Mayopoulos, Timothy 2020-03-10** | 00:00:53 | MT03.16 |

95:01  Q. And sometimes I've heard people talk
95:02     about this concept use the word "vintages."  Is that
95:03     a familiar term to you?
95:04  A. Yes.
95:05  Q. And can you just sort of explain that as
95:06     a concept?
95:07  A. So we would categorize different eras of
95:08     loans by vintage, typically by a year, and so 2005
95:09     would be a vintage and 2006 would be a vintage, and
95:10     we often tracked many of our risk management
95:11     measures by vintage to show what the delinquency
95:12     rate or the loss rate was for 2005 loans versus 2006
95:13     loans or 2008 loans versus 2012 loans.
95:14  Q. Okay.  And what did that sort of vintage
95:15     analysis imply about Fannie's profitability going
95:16     forward as of September 2012?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:18 - 96:20 | **Mayopoulos, Timothy 2020-03-10** | 00:01:05 | MT03.17 |

95:18   You know, looking at it
95:19   over the long term we expected that as the mix of
95:20   older vintages running off and newer vintages
95:21   replacing them, that the company would eventually
95:22   return to profitability, and I think actually by
96:01   this point we were profitable for at least a quarter
96:02   or so, that we expected over the long term for that
96:03   to be the case.
96:04   It didn't mean that we would be
96:05   profitable in every financial reporting period, but
96:06   over time the company would -- would -- would return
96:07   to profitability.
96:08   --

🔗 PX308.1.2

96:09   Q.   And this letter, the final version of the
96:10        letter, is dated September 2012, but was that
96:11        Fannie's expectation in July and August of 2012 as
96:12        well?
96:13   A.   Yes.  We -- we -- we expected that to
96:14        happen so that we expected that over time we would
96:15        get sustained profitability.  Again, assuming no
96:16        major changes in the macroeconomic environment or
96:17        sudden changes in our own business practices.
96:18   Q.   And Fannie Mae was right about that,
96:19        wasn't it?
96:20   A.   That turned out to be accurate, yes.

| 96:21 - 97:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:16 | MT03.18 |

🔗 PX308.6

96:21   Q.   All right.  So flipping ahead, I'd now
96:22        like to ask you to read the balance of page 6.
97:01        There's not a new heading when you get to page 7,
97:02        but you can stop at the end of page 6, and, you
97:03        know, if you need to read more to answer my
97:04        questions, that's okay.  But --

| 97:05 - 97:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:26 | MT03.19 |

97:05   A.   Okay.  I've read that.

🔗 PX308.6.3

97:06   Q.   Okay.  And there's a reference in the
97:07        first paragraph to, quote, A widespread
97:08        misperception among many policymakers and taxpayers
97:09        that Fannie Mae will continue to experience losses
97:10        indefinitely into the future.

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 97:11 | | Do you see that? | | |
| | 97:12 | A. | Yes. | | |
| | 97:13 | Q. | Was FHFA burdened by that misperception | | |
| | 97:14 | | when this letter was sent in September of 2012? | | |
| 97:17 - 99:15 | **Mayopoulos, Timothy 2020-03-10** | | | 00:02:28 | MT03.20 |
| | 97:17 | | A: I don't know what FHFA | | |
| | 97:18 | | thought, and FHFA was made up of hundreds of people, | | |
| | 97:19 | | if not thousands of people, and so I -- | | |
| | 97:20 | | -- | | |
| | 97:21 | Q. | Okay.  How about Mr. DeMarco? | | |
| | 97:22 | A. | I don't know what Mr. DeMarco thought as | | |
| | 98:01 | | of this moment in time.  I don't know.  He certainly | | |
| | 98:02 | | had access to this information and lots of other | | |
| | 98:03 | | information that showed that conditions were | | |
| | 98:04 | | improving in the company. | | |
| 🔗 PX308.6.4 | 98:05 | Q. | Okay.  And then -- and I guess the third | | |
| | 98:06 | | paragraph in this section, the paragraph that starts | | |
| | 98:07 | | with the word "Second," the last -- the last | | |
| | 98:08 | | sentence reads, "Taking steps to reduce Fannie Mae's | | |
| | 98:09 | | role in the near term would only hurt troubled | | |
| | 98:10 | | homeowners, destabilize neighborhoods, and increase | | |
| | 98:11 | | taxpayer losses, as there are still nearly 500,000 | | |
| | 98:12 | | seriously delinquent loans in our legacy books that | | |
| | 98:13 | | require aggressive actions." | | |
| | 98:14 | | I wanted to ask you to, I guess, kind of | | |
| | 98:15 | | take this sentence clause by clause.  What is the | | |
| | 98:16 | | board saying when it says that taking steps to | | |
| | 98:17 | | reduce Fannie Mae's role in the near term would hurt | | |
| | 98:18 | | troubled homeowners? | | |
| | 98:19 | A. | Well, Fannie Mae was devoting | | |
| | 98:20 | | considerable energy to providing assistance to | | |
| | 98:21 | | homeowners who were unable to make their mortgage | | |
| | 98:22 | | payments, either in the form of loan modifications | | |
| | 99:01 | | or refinancings or, in the case where turning over | | |
| | 99:02 | | the home there's really no alternative to it, | | |
| | 99:03 | | facilitating ways of doing that that had less | | |
| | 99:04 | | detrimental impact on -- on the borrower. | | |
| | 99:05 | | So I think what the board is saying here | | |
| | 99:06 | | is that if Fannie Mae were to be quickly wound down, | | |
| | 99:07 | | those kinds of activities would likely be negatively | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 99:08 | | impacted. | | |
| | 99:09 | Q. | And why would they be negatively | | |
| | 99:10 | | impacted? | | |
| | 99:11 | A. | Well, if this were done to both Fannie | | |
| | 99:12 | | and Freddie, there were -- there really weren't any | | |
| | 99:13 | | other obvious players to go and conduct those | | |
| | 99:14 | | activities in the absence of Fannie and Freddie, at | | |
| | 99:15 | | least in the immediate term. | | |
| 99:16 - 99:19 🔗 PX308.7 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:12 | MT03.21 |
| | 99:16 | Q. | Now, if you would, go ahead and | | |
| | 99:17 | | read the text on page 7 going down to -- there's | | |
| | 99:18 | | kind of a section cut off with three asterisks, but | | |
| | 99:19 | | if you'd read the text before that for me. | | |
| 99:20 - 101:10 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:31 | MT03.22 |
| | 99:20 | A. | Okay. I've read that. | | |
| | 99:21 | Q. | And there's reference in the section you | | |
| | 99:22 | | just read to what I've been calling the third | | |
| | 100:01 | | amendment, the August 2012 amendment to the PSPA. | | |
| | 100:02 | | Did you catch that? | | |
| | 100:03 | A. | Yes. | | |
| 🔗 PX308.7.2 | 100:04 | Q. | And there's a sentence -- I guess it's | | |
| | 100:05 | | the last sentence of the second paragraph on this | | |
| | 100:06 | | page -- that says, "We believe under the new | | |
| | 100:07 | | arrangement, the time period in which the payment of | | |
| | 100:08 | | cumulative dividends will match total draws should | | |
| | 100:09 | | be shorter." | | |
| | 100:10 | | Do you see that? | | |
| | 100:11 | A. | Yes. | | |
| | 100:12 | Q. | And what is the board saying there? | | |
| | 100:13 | A. | It's saying that because of the net worth | | |
| | 100:14 | | sweep that was part of the third amendment, the rate | | |
| | 100:15 | | at which payments will be made to the Treasury will | | |
| | 100:16 | | increase. In other words, instead of it being | | |
| | 100:17 | | defined by a 10 percent amount each quarter to the | | |
| | 100:18 | | extent that the enterprises have profits that exceed | | |
| | 100:19 | | that amount, those will be swept to Treasury and | | |
| | 100:20 | | will cause the amount paid to Treasury in relation | | |
| | 100:21 | | to the amount drawn from Treasury to -- to get | | |
| | 100:22 | | closer to zero more quickly. | | |
| | 101:01 | Q. | And so does this imply that the board | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 101:02 | expected, in at least some quarters, that Fannie | | |
| | 101:03 | would report comprehensive income in excess of the | | |
| | 101:04 | 10 percent dividend? | | |
| | 101:05  A. | I believe that was the expectation, yes. | | |
| | 101:06  Q. | Did you share that expectation? | | |
| | 101:07  A. | I thought that was possible. | | |
| | 101:08  Q. | And that is in fact what happened, isn't | | |
| | 101:09 | it? | | |
| | 101:10  A. | It is. | | |
| 101:14 - 102:04 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:45 | MT03.23 |
| 🔗 PX239.1 | 101:14  Q. | So this will be Exhibit 9, and | | |
| | 101:15 | what it is, is excerpts from Fannie Mae's second | | |
| | 101:16 | quarter 2012 10-Q.  I didn't print the entire thing | | |
| | 101:17 | but -- | | |
| | 101:18  A. | The trees thank you. | | |
| | 101:19  Q. | And what I want to look at is page 12. | | |
| 🔗 PX239.13.3 | 101:20 | There's the paragraph that carries over from page 12 | | |
| | 101:21 | to 13.  It's got a subheading of "Uncertainty | | |
| | 101:22 | Regarding Our Future Status and Ability to Pay | | |
| | 102:01 | Dividends to Treasury." | | |
| | 102:02 | Do you see that? | | |
| | 102:03  A. | Yes. | | |
| | 102:04  Q. | If you could read that for me. | | |
| 102:05 - 103:05 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:58 | MT03.24 |
| | 102:05  A. | Okay.  I've read that. | | |
| | 102:06  Q. | Okay.  And there's a sentence in there | | |
| 🔗 PX239.13.3 | 102:07 | that says, "Although we may experience | | |
| | 102:08 | period-to-period volatility in earnings and | | |
| | 102:09 | comprehensive income, we do not expect to generate | | |
| | 102:10 | that income or comprehensive income in excess of our | | |
| | 102:11 | annual dividend obligation to Treasury over the long | | |
| | 102:12 | term." | | |
| | 102:13 | Did you see that sentence? | | |
| | 102:14  A. | Yes. | | |
| | 102:15  Q. | And is this saying that there might be | | |
| | 102:16 | some quarters in the future when Fannie doesn't earn | | |
| | 102:17 | enough to pay the 10 percent dividend?  Is that the | | |
| | 102:18 | thrust of the sentence? | | |
| | 102:19  A. | That's one of the conclusions, yes. | | |
| | 102:20  Q. | And is it consistent with what we just | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 102:21   saw in the previous document where the board's | | |
| | 102:22   saying we expect in other quarters to earn more than | | |
| | 103:01   the 10 percent? | | |
| | 103:02  A.  Yes.  I think they're consistent. | | |
| | 103:03  Q.  Okay.  And what was Fannie's expectation | | |
| | 103:04   at this time about whether it would earn enough to, | | |
| | 103:05   over the long run, pay the 10 percent? | | |
| 103:07 - 103:08 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | MT03.25 |
| ❌ Clear | 103:07   A:  When you say at this time, | | |
| | 103:08   you mean as of? | | |
| 103:10 - 105:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:33 | MT03.26 |
| | 103:10  Q.  As of the summer of 2012. | | |
| | 103:11  A.  I think it was unclear whether we would | | |
| | 103:12   be able to earn enough money to pay the dividend | | |
| | 103:13   every quarter.  We certainly knew that our earnings | | |
| | 103:14   had a certain amount of volatility to them and that | | |
| | 103:15   quarters in which we did not make enough money to | | |
| | 103:16   pay the dividend, we'd have to take an additional | | |
| | 103:17   draw from Treasury, which would only increase the | | |
| | 103:18   amount outstanding, which means that the subsequent | | |
| | 103:19   dividends would have to be higher. | | |
| | 103:20   So the circularity of that was a concern | | |
| | 103:21   to us, and the fact that we -- you know, that we | | |
| | 103:22   might make more money in other quarters didn't | | |
| | 104:01   necessarily obviate that challenge. | | |
| | 104:02  Q.  Putting yourself back in the shoes you | | |
| | 104:03   were in at the end of June of 2012, would you have | | |
| | 104:04   said then it was possible that Fannie would earn | | |
| | 104:05   enough over the long run to pay the 10 percent | | |
| | 104:06   dividend? | | |
| | 104:07  A.  I think it was possible.  We just | | |
| | 104:08   couldn't say with confidence that we'd be able to. | | |
| | 104:09  Q.  Right.  And we can look at the other | | |
| | 104:10   pages of this filing if need be, but I think I | | |
| | 104:11   noticed that this statement was specifically | | |
| | 104:12   identified as what's called a forward-looking | | |
| | 104:13   statement. | | |
| | 104:14   Does that make sense to you that Fannie | | |
| | 104:15   would have identified it as such? | | |
| | 104:16  A.  Yes. | | |

MT03 - Mayopoulos

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 104:17  Q.  And what are the implications of | | |
| | 104:18       identifying a statement as a forward-looking | | |
| | 104:19       statement in an SEC filing? | | |
| | 104:20  A.  Well, as a general matter, it's to | | |
| | 104:21       indicate to the reader that these are judgments that | | |
| | 104:22       are being made by management and that they are | | |
| | 105:01       subject to certain uncertainty and, while it might | | |
| | 105:02       represent the best estimate of management, | | |
| | 105:03       management cannot assure or guarantee the reader | | |
| | 105:04       that that will actually come to be. | | |
| | 105:05  Q.  You're basically saying here's what we | | |
| | 105:06       expect.  It could be wrong.  It could be better.  It | | |
| | 105:07       could be worse, but here's what we expect. | | |
| | 105:08       Is that kind of the thrust of it? | | |
| | 105:09  A.  The gist of it is we're saying we are | | |
| | 105:10       making a prediction and, you know, accurate | | |
| | 105:11       predictions are difficult to make, especially those | | |
| | 105:12       about the future, to quote Yogi Berra. | | |
| 121:04 - 121:10 | **Mayopoulos, Timothy 2020-03-10** | 00:00:21 | MT03.27 |
| | 121:04  Q.  Am I right in assuming that when senior | | |
| | 121:05       management would present the board with a set of | | |
| | 121:06       financial projections, that those would sort of | | |
| | 121:07       reflect senior management's best work and their best | | |
| | 121:08       assessment of what was likely to happen, that the | | |
| | 121:09       projections were as good as the senior management | | |
| | 121:10       could make them? | | |
| 121:12 - 121:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | MT03.28 |
| | 121:12       A:  I think we endeavored to | | |
| | 121:13       create what we thought were credible, reliable | | |
| | 121:14       reasonable projections. | | |
| 121:16 - 121:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:04 | MT03.29 |
| | 121:16  Q.  You wouldn't have given the board | | |
| | 121:17       projections you thought were wrong? | | |
| | 121:18  A.  No. | | |
| 145:12 - 145:15 | **Mayopoulos, Timothy 2020-03-10** | 00:00:12 | MT03.30 |
| | 145:12  Q.  Do you recall how you first learned about | | |
| | 145:13       the third amendment? | | |
| | 145:14  A.  I don't recall exactly when or how I | | |
| | 145:15       first learned of the third amendment. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 146:09 - 146:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:20 | MT03.31 |
| | 146:09  Q.  Okay.  Do you remember what your first | | |
| | 146:10        reaction was when you heard about the third | | |
| | 146:11        amendment? | | |
| | 146:12  A.  No, I don't remember what my reaction | | |
| | 146:13        was. | | |
| | 146:14  Q.  Do you recall whether you were surprised? | | |
| 146:17 - 146:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | MT03.32 |
| | 146:17        THE WITNESS:  I don't remember being | | |
| | 146:18        surprised. | | |
| 146:20 - 148:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:02 | MT03.33 |
| | 146:20  Q.  Was it consistent with what you expected | | |
| | 146:21        would happen? | | |
| | 146:22  A.  I don't know that I had any particular | | |
| | 147:01        expectations about what would happen.  I was aware | | |
| | 147:02        that there had been discussion about the possibility | | |
| | 147:03        of there being a third amendment to the PSPA.  I | | |
| | 147:04        think I understood at least some of the issues that | | |
| | 147:05        people were trying to address by the amendment.  In | | |
| | 147:06        my view, there were a number of ways that those | | |
| | 147:07        issues could be addressed, and it seemed that the | | |
| | 147:08        third amendment -- I don't remember the first time I | | |
| | 147:09        heard about the third amendment or exactly what | | |
| | 147:10        context that was, but my recollection is I thought | | |
| | 147:11        that what the third amendment was, was in line with | | |
| | 147:12        what I thought what could be in the range of | | |
| | 147:13        possibilities. | | |
| | 147:14        It's like you were talking about earlier | | |
| | 147:15        about, you know, was the -- is the estimate | | |
| | 147:16        somewhere within the range?  The third amendment was | | |
| | 147:17        somewhere in the range of what I thought could | | |
| | 147:18        happen. | | |
| | 147:19  Q.  And you referenced a number of ways that | | |
| | 147:20        something could be addressed.  I guess, first of | | |
| | 147:21        all, what is the something that you were referring | | |
| | 147:22        to there? | | |
| | 148:01  A.  Well, I think it was trying to preserve | | |
| | 148:02        as much of the amount of the Treasury commitment | | |
| | 148:03        under the PSPA as possible and trying to reduce the | | |
| | 148:04        possibility that future draws might -- especially | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 148:05   future draws for dividend payments, might diminish | | |
| | 148:06   the amount that was available under the PSPA to the | | |
| | 148:07   enterprises. | | |
| | 148:08   So that had been a discussion of some | | |
| | 148:09   concern to people that that was something that -- if | | |
| | 148:10   there was going to be an amendment to the PSPA, that | | |
| | 148:11   was something that people were talking about trying | | |
| | 148:12   to address. | | |

| | | | |
|---|---|---|---|
| Our Designations | | 00:27:12 | |
| **TOTAL RUN TIME** | | **00:27:12** | |

Documents linked to video:

PX167

PX239

PX308