*Exhibit A*

| | |
|---|---|
| **From:** | Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com> |
| **Sent:** | Tuesday, October 25, 2022 9:04 PM |
| **To:** | Samuel Kaplan; Varma, Asim |
| **Cc:** | Hamish Hume; Jones, Stanton |
| **Subject:** | RE: Yesterday's DeMarco testimony |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Sam:

Thanks very much for your message, and please excuse our delay in replying to your email of Saturday.

I'm taking the liberty of copying in Stanton, who will be handling this for us. He will get back to you as promptly as possible.

Sorry again, and thanks.

Jon

**From:** Samuel Kaplan <skaplan@bsfllp.com>
**Sent:** Tuesday, October 25, 2022 8:56 PM
**To:** Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; Varma, Asim <Asim.Varma@arnoldporter.com>
**Cc:** Hamish Hume <hhume@BSFLLP.com>
**Subject:** RE: Yesterday's DeMarco testimony

External E-mail

Jonathan and Asim,

Just following up on the below. This is obviously time-sensitive in light of the impending resting of our case and charging conference.

Thank you,

Sam

**From:** Samuel Kaplan
**Sent:** Saturday, October 22, 2022 2:28 PM
**To:** Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; Varma, Asim <Asim.Varma@arnoldporter.com>
**Cc:** Hamish Hume <hhume@BSFLLP.com>
**Subject:** Yesterday's DeMarco testimony

Jonathan and Asim,

Hope you are both having good weekends. In the afternoon session yesterday, Mr. DeMarco gave the following testimony which can be found at 1003-04 of the transcript.

1

> Q. Right. But you've said several times in your testimony with Mr. Stern, you said that part of your thinking was informed by the fact that there were numerous bills, I think you said three bills on Congress and a proposal from the Treasury Department, all of which -- they were different, but they had one thing in common: Shrinking the GSEs; correct?
> A. Yes.
> Q. But it required legislation; correct? Let me rephrase that. Excuse me. You talked about three proposed bills and a Treasury proposal; correct?
> A. We talked about multiple bills in Congress, and we talked about the Treasury plan, all of which talked about wind-down. It was the FHFA strategic plan that talked about gradually shrinking the footprint, and that was something that I could do
> without legislation.
> Q. There were some things you could do without, some things you couldn't; correct?
> A. Correct.
> Q. Okay. At that time, summer of 2012, President Obama is in the White House; correct?
> A. Yes.
> Q. And the Republicans control the House; correct?
> A. I believe so. Yeah, that's right.
> Q. Did it strike you as a time of particularly productive bipartisan unity where they were going to get together and pass legislation together?
> A. Actually, the Senate bill was a bipartisan bill that was supported by both the leader –
> Q. Did it pass?
> A. It did. It actually passed through the Senate Banking Committee and went to the Senate floor.
> Q. Did it pass into law?
> A. No, it did not.

Having previously researched the GSE legislation during this period, we are unaware of any bill that talked about winding down the GSEs passed the Senate Banking Committee, and went to the floor, much less a "bipartisan" one. If we are incorrect on this, could you please identify what bill you or Mr. DeMarco believe meets these characteristics or to what bill he was referring? If we are correct that no such bill exists, we likely will seek judicial notice and/or a curative instruction to that effect, but we are open to discussing to other ways to correct the record. Thank you. Best,

Sam

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of  his electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify  he sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com