# *Exhibit D*

**INSTRUCTION NO. \_\_\_**
**JUDICIAL NOTICE[1]**

In this case, I have taken judicial notice of the fact that there was no legislation providing for the shrinking of the GSEs that was reported by the Senate Banking Committee in 2011 or 2012, which I regard as a matter of common knowledge or that can be determined easily through undisputed sources. You should consider this fact as included in the evidence and proven.

---

[1] Civil Jury Instructions for DC § 2.05