UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **FEDERAL HOUSING FINANCE AGENCY**, *et al.*, <br><br> *Defendants.* | Case No. 1:13-cv-1053-RCL |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Case No. 1:13-mc-1288-RCL |
| This document relates to: <br> ALL CASES | <u>CLASS ACTION</u> |

## NOTE TO JURY

In response to your note requesting to have the terms 'arbitrarily' and 'unreasonably' "explained in layman's terms" with "more plain language."

The sixth full paragraph on page eight of the Court's final instructions states as follows:

In general, arbitrary actions or decisions are those taken or made without appropriate consideration of or regard for the existing facts and circumstances, or that are not supported by fair, solid, and substantial cause in light of all the facts and circumstances; while unreasonable actions or decisions are those that are not guided by reason, that are beyond what can be expected or beyond the limits of acceptability or fairness, or that are lacking justification in fact or circumstance.

Hopefully this response adequately answers your inquiry.

Date: November 3, 2022
11:55 a.m.

*/s/ Royce C. Lamberth*
Royce C. Lamberth
United States District Judge