# Lauren Jenkins

| | |
|---|---|
| **From:** | Hamish Hume <hhume@BSFLLP.com> |
| **Sent:** | Friday, November 4, 2022 2:57 PM |
| **To:** | Lauren Jenkins; Hoffman, Ian S. |
| **Cc:** | Varma, Asim; Stern, Jonathan L.; Bergman, David B.; Jones, Stanton; Eric Zagar; Lee Ruby; Grant Goodhart; Samuel Kaplan; Kenya K. Davis; Rich Gluck; Robert Kravetz |
| **Subject:** | RE: In re Fannie/Freddie -- Response to note re deposition videos and transcripts |

**CAUTION - EXTERNAL:**

Ms. Jenkins:

Pasted below is Plaintiffs' proposed response for the Court to provide the jury in response to the note from 11:54 am today:

The Court is in receipt of your note from 11:54 am. Before answering it, the Court wishes to make clear that if you wish to request specific testimony from the trial, your ability to do so is the same for testimony given live in trial and that which was given by deposition, whether the deposition was by video or by reading at trial. But in addition, the Court wishes to make clear that in general, each juror should rely on her recollection of the testimony (and her notes, which should only be used by that juror who took the notes, not by others). The Court is therefore not going to provide all of the video testimony and transcriptions of depositions as requested, and also is not inclined to provide a full trial transcript of both depositions and live testimony. If at any point you wish to request any specific testimony, please notify the Court and the Court will then consider that request.

Thank you,

Hamish

*let this be filed.*
*Royce C. Lamberth, U.S.D.J. 11/4/22*

**Hamish PM Hume**
Partner

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue N.W.
Washington, DC 20005
(o) +1 202 274 1149
(t) +1 703 328 9651
hhume@bsfllp.com
www.bsfllp.com

**From:** Lauren Jenkins <Lauren_Jenkins@dcd.uscourts.gov>
**Sent:** Friday, November 4, 2022 2:54 PM
**To:** Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>
**Cc:** Varma, Asim <Asim.Varma@arnoldporter.com>; Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; Bergman, David B. <David.Bergman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Hamish Hume <hhume@BSFLLP.com>; Eric Zagar <ezagar@ktmc.com>; Lee Ruby <lrudy@ktmc.com>; Grant Goodhart <GGoodhart@ktmc.com>; Samuel Kaplan <skaplan@bsfllp.com>; Kenya K. Davis <kdavis@bsfllp.com>; Rich Gluck

1

## Lauren Jenkins

**From:** Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>
**Sent:** Friday, November 4, 2022 2:49 PM
**To:** Lauren Jenkins
**Cc:** Varma, Asim; Stern, Jonathan L.; Bergman, David B.; Jones, Stanton; hhume@bsfllp.com; Eric Zagar; lrudy@ktmc.com; Grant Goodhart; skaplan@bsfllp.com; Kenya K. Davis; Rich Gluck; Robert Kravetz
**Subject:** In re Fannie/Freddie -- Response to note re deposition videos and transcripts

**CAUTION - EXTERNAL:**

Ms. Jenkins -- Below is the proposed response to the jury's note this afternoon regarding deposition videos and transcripts. This has been shared with Plaintiffs (copied here) and they have indicated that they consent to it.

PROPOSED RESPONSE:
I will not be providing you with the video deposition testimony or with the transcripts of the depositions. Rather, you should rely on your memory of the testimony.

Let this be filed.
Royce C. Lamberth
U.S.D.J. 11/4/22

Ian Hoffman
Partner | Bio

Arnold&Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6406
Ian.Hoffman@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.