UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-1288-RCL<br><br>CLASS ACTION |

ORDER

It is hereby **ORDERED** that the Joint Motion [129] for a Hearing and Defendants' Motion [171] to Extend the Briefing Schedule for Plaintiff's Motion in Limine are **GRANTED** *nunc pro tunc*.

Furthermore, for the reasons stated in open court, it is **ORDERED** that:

Plaintiffs' Motion in Limine [234] to Preclude Defendants from Offering Deposition Testimony of Timothy Bowler and Jeffrey Foster is **DENIED AS MOOT**;

Plaintiffs' Motion [235] to Admit PX-226 is **DENIED**;

Plaintiffs' Motion [238] to Take Judicial Notice is **DENIED**;

Defendants' Motion in Limine [239] to Preclude Plaintiffs from Arguing Damages Unsupported by Record Evidence During Closing Arguments is **DENIED**;

Defendants' Motion [248] for Judgment as a Matter of Law is **DENIED**; and

Defendants' Motion [249] to Decertify the Classes is **DENIED**.

**IT IS SO ORDERED.**

Date: November 30, 2022

Royce C. Lamberth
United States District Judge

1