UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br><br>*Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01053-RCL | <u>CLASS ACTION</u> |

### DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, Jeremy P. Robinson, hereby declare as follows:

1. My full name is Jeremy P. Robinson;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone:   (212) 554-1400
   Facsimile:   (212) 554-1444

3. I have been admitted to practice law in the State of New York, the United States District Courts for the Southern District of New York, Eastern District of Michigan, and the District of Puerto Rico, as well as the United States Court of Appeals for the Fifth and Ninth Circuits. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5. I have not been admitted Pro Hac Vice in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2023

/s/ *[signature]*

Jeremy P. Robinson
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jeremy@blbglaw.com

*Co-Lead Counsel for the Class*