UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO: *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01053-RCL | <u>CLASS ACTION</u> |

**MOTION FOR ADMISSION PRO HAC VICE
<u>OF ATTORNEY JEREMY P. ROBINSON</u>**

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and, in accordance with Rule L. Cv. R. 83.2(c) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission pro hac vice of Jeremy P. Robinson to appear and participate in proceedings in this Court in the above-referenced actions. The grounds for this motion are set forth in the Declaration of Jeremy P. Robinson.

Mr. Robinson acknowledges the power and jurisdiction of this Court over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if he is admitted pro hac vice in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Robinson will be associated in this case.

WHEREFORE, the undersigned respectfully requests the Court to grant this Motion and enter an Order admitting Jeremy P. Robinson pro hac vice.

Dated: February 9, 2023               Respectfully submitted,

                                      <u>*/s/ Hamish P.M. Hume*</u>
                                      Hamish P.M. Hume (Bar No. 449914)

**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
Email: hhume@bsfllp.com

*Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Hamish P.M. Hume, hereby certify that the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on February 9, 2023.

                    */s/ Hamish P.M. Hume*
                    **BOIES, SCHILLER & FLEXNER LLP**
                    1401 New York Avenue, NW
                    Washington, DC 20005
                    Tel.: (202) 237-2727
                    Fax: (202) 237-6131
                    Email: hhume@bsfllp.com