UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br><br>*Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01053-RCL | CLASS ACTION |

DECLARATION OF CAITLIN C. BOZMAN IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Caitlin C. Bozman, hereby declare as follows:

1. My full name is Caitlin C. Bozman;

2. My office address and telephone number are:

   Bernstein Litowitz Berger & Grossmann LLP
   2121 Avenue of the Stars, Suite 2575
   Los Angeles, California 90067
   Telephone:     (310) 819-3478

3. I have been admitted to practice law in the states of California and New York, and the United States District Court for the Northern District of California. I have not been disciplined by any bar and am a member in good standing in each above-referenced bar.

4. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2023

*[signature: Caitlin Bozman]*

_____
Caitlin C. Bozman
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3478
caitlin.bozman@blbglaw.com

*Co-Lead Counsel for the Class*