## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-01288-RCL |
| THIS DOCUMENT RELATES TO:<br><br>*Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, Case No. 1:13-cv-01053-RCL | <u>CLASS ACTION</u> |

## [PROPOSED] ORDER

Upon consideration of the motion of Samuel Kaplan (USDC-DC Bar No. 463350), an active member of the Bar of this Court, for the admission pro hac vice of Veronica V. Montenegro, and for good cause shown, it is, this ____ day of _____, 2023.

**ORDERED THAT**: The Motion for Admission Pro Hac Vice be and hereby is **GRANTED**, and Veronica V. Montenegro be, and hereby is, admitted pro hac vice to appear and participate as co-counsel in the above-referenced actions under Rule L. Cv. R. 83.2(d) of the Rules of the United States District Court for the District of Columbia.

**SO ORDERED**.

                                                  Honorable Royce C. Lamberth
                                                  United States District Judge