# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>       Defendants. | Civil No. 13-1053 (RCL) |
| In Re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-mc-01288 (RCL) |
| This document relates to:<br>*ALL CASES* | |

## NOTICE OF WITHDRAWAL OF ATTORNEY RICHARD D. GLUCK

      PLEASE TAKE NOTICE that the appearance of Richard D. Gluck, an attorney admitted *pro hac vice*, is hereby withdrawn in the above-captioned action. Plaintiffs respectfully request that the Clerk of the Court discontinue electronic notifications of his email address. Withdrawal is sought as Mr. Gluck is no longer associated with Bernstein Litowitz Berger & Grossmann LLP. The law firm of Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Co-Lead Class Counsel in this matter.

Dated: March 2, 2023                       Respectfully submitted,

                                                  **BERNSTEIN LITOWITZ BERGER**
                                                      **& GROSSMANN LLP**

                                                   */s/ Jeremy P. Robinson*
                                                   Jeremy P. Robinson (*Pro Hac Vice*)

-1-

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Jeremy.robinson@blbglaw.com

*Co-Lead Class Counsel*