# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>　　　　　*Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## JOINT MOTION TO ISSUE JURY QUESTIONNAIRE IN ADVANCE OF VOIR DIRE

Plaintiffs and Defendants jointly request that the Court order that an updated jury questionnaire, attached as Exhibit A (the "Questionnaire"), be disseminated to potential jurors who are summoned to report for potential service as jurors in this matter. The Parties further request that the Court order that potential jurors be told to complete the Questionnaire and return it pursuant to the jury office procedures at least one week prior to reporting for jury service on July 24, 2023. All Parties believe that the updated Questionnaire will help to elicit more pertinent information and streamline the jury selection process for the upcoming re-trial.

As jury summonses are likely being issued shortly, the Parties jointly request that this Motion be granted expeditiously so that the Questionnaire can be included in communications with potential jurors and received by the Court and the Parties at least one week before trial.

The Parties are available to answer any questions that the Court may have.

| | |
|---|---|
| Dated: April 12, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ Asim Varma* | */s/ Eric L. Zagar* |
| Asim Varma (D.C. Bar # 426364) | Eric L. Zagar (*Pro Hac Vice*) |
| Jonathan Stern (D.C. Bar # 375713) | **KESSLER TOPAZ** |
| David B. Bergman (D.C. Bar # 435392) | **  MELTZER & CHECK, LLP** |
| Ian S. Hoffman (D.C. Bar # 983419) | 280 King of Prussia Rd. |
| R. Stanton Jones (D.C. Bar # 987088) | Radnor, PA 19087 |
| **ARNOLD & PORTER KAYE** | Tel: (610) 667-7706 |
| **  SCHOLER LLP** | Fax: (610) 667-7056 |
| 601 Massachusetts Ave NW | ezagar@ktmc.com |
| Washington, D.C. 20001 | |
| (202) 942-5000 | Hamish P.M. Hume (Bar No. 449914) |
| Asim.Varma@arnoldporter.com | Samuel C. Kaplan (Bar No. 463350) |
| Jonathan.Stern@arnoldporter.com | **BOIES SCHILLER FLEXNER LLP** |
| David.Bergman@arnoldporter.com | 1401 New York Ave. NW |
| Ian.Hoffman@arnoldporter.com | Washington, DC 20005 |
| Stanton.Jones@arnoldporter.com | Tel: (202) 237-2727 |
| | Fax: (202) 237-6131 |
| *Counsel for Defendant Federal Housing Finance Agency* | hhume@bsfllp.com |
| | skaplan@bsfllp.com |
| */s/ Michael J. Ciatti* | Michael J. Barry (*Pro Hac Vice*) |
| Michael J. Ciatti (D.C. Bar #467177) | **GRANT & EISENHOFER, P.A.** |
| **KING & SPALDING LLP** | 123 Justison Street |
| 1700 Pennsylvania Ave. N.W. | Wilmington, DE 19801 |
| Washington, DC 20006 | Tel: (302) 622-7000 |
| Tel: (202) 661-7828 | Fax: (302) 622-7100 |
| Fax: (202) 626-3737 | mbarry@gelaw.com |
| mciatti@kslaw.com | |
| | Adam Wierzbowski (*Pro Hac Vice*) |
| *Counsel for the Federal Home Loan Mortgage Corp.* | **BERNSTEIN LITOWITZ BERGER** |
| | **  & GROSSMANN LLP** |
| | 1251 Avenue of the Americas |
| */s/ Meaghan VerGow* | New York, NY 10020 |
| Meaghan VerGow (D.C. Bar # 977165) | Tel: (212) 554-1400 |
| **O'MELVENY & MYERS LLP** | Fax: (212) 554-1444 |
| 1625 Eye Street, N.W. | adam@blbglaw.com |
| Washington, DC 20006 | |
| Tel: (202) 383-5300 | *Co-Lead Counsel for the Class* |
| Fax: (202) 383-5414 | |
| mvergow@omm.com | |
| | |
| *Counsel for the Federal National Mortgage Association* | |

-3-

/s/ *Charles J. Cooper*
Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*