# EXHIBIT B

**OFFERING CIRCULAR**

Freddie
Mac

## 5,000,000 Shares

# Federal Home Loan Mortgage Corporation

### Variable Rate, Non-Cumulative
### Preferred Stock

| | |
|---|---|
| Dividend Rate: | $\dfrac{\text{(3-Month LIBOR} + 1.0\%)}{1.377}$ |
| Dividend Rate Cap: | 9.00% |
| Payment Dates: | March 31, June 30, September 30 and December 31 of each year, beginning June 30, 1996 |
| Dividend Reset Frequency: | Quarterly |
| Dividend Adjustment: | Dividend amount subject to adjustment upon certain adverse changes to dividends-received deduction prior to April 26, 1998 |
| Liquidation Preference: | $50 per share plus current dividends |
| Optional Redemption: | On or after June 30, 2001 |
| Issue Date: | On or about April 26, 1996 |
| Initial Dividend Rate: | 4.7091% (from April 26, 1996 through June 30, 1996) |
| Listing: | New York Stock Exchange |

**FREDDIE MAC'S OBLIGATIONS UNDER THE TERMS OF THE PREFERRED STOCK ARE OBLIGATIONS OF FREDDIE MAC ONLY AND ARE NOT OBLIGATIONS OF, OR GUARANTEED BY, THE UNITED STATES OR ANY AGENCY OR INSTRUMENTALITY OF THE UNITED STATES OTHER THAN FREDDIE MAC.**

| | Initial Public Offering Price(1) | Underwriting Discount(2) | Proceeds to Freddie Mac(1)(3) |
|---|---|---|---|
| Per Share ............................................. | $50.00 | $.875 | $49.125 |
| Total(4)................................................. | $250,000,000 | $4,375,000 | $245,625,000 |

(1) Plus accrued dividends, if any, from April 26, 1996.
(2) Freddie Mac has agreed to indemnify the several Underwriters against certain liabilities. See ''Underwriting.''
(3) Before deducting expenses payable by Freddie Mac estimated at $200,000.
(4) Freddie Mac has granted the Underwriters an option to purchase up to an additional 500,000 shares to cover overallotments. If all such shares are purchased, the total Initial Public Offering Price, Underwriting Discount and Proceeds to Freddie Mac will be $275,000,000, $4,812,500 and $270,187,500, respectively. See ''Underwriting.''

## Goldman, Sachs & Co.

### Bear, Stearns & Co. Inc.

#### Salomon Brothers Inc

The date of this Offering Circular is April 23, 1996.



**DX13**

FHFA/Fannie/Freddie Litig.
Case No. 1:13cv1053,
1:13mc1288 (D.D.C.)

**DX13 Page 1 of 104**

dividend payable to holders of Preferred Stock will vary from Dividend Period to Dividend Period. The "Dividend Period" relating to a Dividend Payment Date will be the period from but not including the preceding Dividend Payment Date through and including the related Dividend Payment Date. Freddie Mac will calculate the dividend rate for each Dividend Period based on LIBOR determined as of two London Business Days (defined as any day, other than a Saturday or Sunday, on which banks are open for business in London) prior to the first day of such Dividend Period (each, a "Determination Date"). Each dividend will be calculated on the basis of the actual number of days elapsed, assuming a year of 360 days, and the dividend rate will be applied to the $50 per share redemption value.

The Preferred Stock will rank prior to the Voting Common Stock, par value $0.84 per share, of Freddie Mac (the "Common Stock") with respect to dividends, to the extent provided in the Certificate of Designation. No dividend may be declared or paid or set apart for payment on the Common Stock (or any other junior stock) unless dividends have been declared and paid or set apart (or ordered to be set apart) on the Preferred Stock in respect to the then-current Dividend Period. The Preferred Stock will rank on a parity with the 6.72% Non-Cumulative Preferred Stock (the "1993 Preferred Stock") issued on August 2, 1993 and currently outstanding and the 7.90% Non-Cumulative Preferred Stock (the "1992 Preferred Stock") issued on April 27, 1992 and currently outstanding (together, the "Existing Preferred Stock") with respect to dividends.

Dividends on the Preferred Stock will not be cumulative. If a dividend is not paid on the Preferred Stock, the holders of the Preferred Stock will have no claim in respect of such non-payment so long as no dividend is paid on the Common Stock (or any other junior stock) or the Existing Preferred Stock for the then-current period.

The Board of Directors may, in its discretion, choose to pay dividends on the Preferred Stock without the payment of any dividends on the Common Stock.

No dividends will be declared or paid or set apart for payment on any shares of the Preferred Stock if at the same time any arrears or default exists in the payment of dividends on any outstanding class or series of stock of Freddie Mac ranking prior to the Preferred Stock with respect to the payment of dividends. At the time of issuance of the Preferred Stock, no class or series of stock of Freddie Mac ranking prior to the Preferred Stock will exist.

Holders of shares of the Preferred Stock will not be entitled to any dividends, whether payable in cash or property, other than as described above and will not be entitled to interest, or any sum in lieu of interest, in respect of any dividend payment. See "Regulatory Matters" for a description of possible regulatory restrictions on Freddie Mac's payment of dividends.

**Changes in the Dividends-Received Percentage**

If, prior to April 26, 1998, one or more amendments to the Code are enacted that reduce the percentage of the dividends-received deduction (currently 70 percent) as specified in section 243(a)(1) of the Code or any successor provision (the "Dividends-Received Percentage"), certain adjustments may be made in respect of the dividends payable by the Corporation, and Post Declaration Date Dividends and Retroactive Dividends (as such terms are defined below) may become payable, as described below.

The amount of each dividend payable (if declared) per share of Preferred Stock for dividend payments made on or after the effective date of such change in the Code will be adjusted by multiplying the amount of the dividend payable described above under "Dividends" (before adjustment) by a factor, which will be the number determined in accordance with the following formula (the "DRD Formula"), and rounding the result to the nearest cent (with one-half cent rounded up):

$$\frac{1-.35(1-.70)}{1-.35(1-DRP)}$$

For the purposes of the DRD Formula, "DRP" means the Dividends-Received Percentage (expressed as a decimal) applicable to the dividend in question; *provided, however,* that if the Dividends-Received

10