# EXHIBIT D

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Page 1

1                UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLUMBIA
3   In re Fannie Mae/Freddie      )
    Mac Senior Preferred          )No. 13-1288 (RCL)
4   Stock Purchase Agreement      )
    Class Action Litigations      )
5   ------------------------------)
    This document relates to:     )
6   ALL CASES                     )
    ------------------------------)
7
8                          - - -
9              THURSDAY, SEPTEMBER 16, 2021
10                         - - -
11      **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
12
13       REMOTE VIDEOTAPED Deposition of JOSEPH MASON,
14   PH.D., beginning at 8:34 a.m., before Nancy J. Martin,
15   a Registered Merit Reporter, Certified Shorthand
16   Reporter.  All parties appeared remotely.
17
18
19
20
21
22

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Page 233

1     A.  Okay.
2     Q.  This is labeled "Restitution Damages."  Why
3  did you calculate restitution damages?
4     A.  I was asked by counsel to calculate damages
5  according to this style of analysis.
6     Q.  And is it counsel that told you that the
7  measure of damages for restitution was the issuance
8  price minus dividends paid since issuance plus
9  prejudgment interest since August 2012?
10    A.  No.  I've calculated rescission damages
11 before.  I'm sure I've checked with counsel, what
12 their interpretation of this was, but I'm aware of the
13 mathematical calculation methods needed here.
14    Q.  Okay.  And what is your understanding of how
15 you measure rescission damages?
16         MR. GLUCK:  Object to the form.
17         THE WITNESS:  That's the time value of that
18 which is paid minus that which was received.
19 BY MS. VARMA:
20    Q.  Is it your understanding, when a shareholder
21 buys a share, that they get a guarantee that they will
22 get the present value of the dividends forecast?

Page 234

1        MR. GLUCK:  Object to the form.
2        THE WITNESS:  No.  I know of no underlying
3    guarantee.
4    BY MS. VARMA:
5        Q.  So when shareholders bought GSE shares, I
6    think starting in 1996 is what -- as far back as you
7    go, do you know what they were expecting as dividends
8    through 2029?
9        MR. GLUCK:  Object to the form.
10       THE WITNESS:  Well, with preferred shares
11   that are the subject of the restitution analysis, the
12   expectation is generally the dividends that are
13   promised.
14   BY MS. VARMA:
15       Q.  Is that why you only calculated damages for
16   restitution for prepared shares and not for common
17   shares of Freddie?
18       A.  I understand there's a legal distinction that
19   supports that separation, yes.
20       Q.  Is there an economic distinction as far as
21   you know?
22       MR. GLUCK:  Object to the form.