**EXHIBIT E**

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
In re Fannie Mae/Freddie Mac       ) Miscellaneous No.
Senior Preferred Stock             ) 13-1288(RCL)
Purchase Agreement Class           )
Action Litigation                  ) CLASS ACTION
                                   )
                                   )
                                   )
This document relates to:          )
                                   )
ALL CASES                          )
_____

Remote Videotaped Deposition of
BALA DHARAN, Ph.D.
April 20, 2023
9:07 a.m.

Reported by:  Bonnie L. Russo
Job No. 5840904

Page 92

1    paid-in-kind portion as soon as possible given
2    the high cost in this case.
3         Q.   In -- in your supplemental report,
4    Paragraph 4, you say that the payment in kind
5    is at least as effective as the net worth sweep
6    in ensuring no erosion of the Treasury
7    commitment cost by circular dividends.
8         A.   Yes.
9         Q.   You agree that the net worth sweep
10   was, in fact, effective in ensuring there would
11   be no erosion of the Treasury commitment cost
12   by circular dividends, correct?
13        A.   As far as circular dividends is
14   concerned, correct, but as I mentioned I think
15   both here and in my prior reports, it's not
16   overall going to -- it's not going to ensure
17   that overall.  It's just with respect to
18   circular dividend.
19             On the other hand, it increases the
20   likelihood that there would be a draw because
21   every time there is a loss, the enterprises
22   would have to draw down from the Treasury.  But

Page 93

1       as before the net worth sweep, they could build
2       up their equity in good years so that when
3       there is a loss, they don't have to draw down
4       on the Treasury.
5                So -- but specifically referring to
6       the circular dividend, this would be true for
7       the NWS.
8                With respect to prior to NWS there
9       would be no draw down on the circular -- on the
10      circular dividend if you can build up your
11      equity in the first place or, alternatively, if
12      you're anticipating a good return coming up
13      very soon.
14         Q.   You state that the -- what you
15      called the PIK option might result in a higher
16      liquidation preference for Treasury than use of
17      the net worth sweep.
18                How -- how -- explain how that would
19      work.
20         A.   I think in the -- in the example
21      that I showed, I gave us an illustrative
22      example a few minutes ago.  Let's say that you