# EXHIBIT E

**To:** Stegman, Michael[Michael.Stegman@treasury.gov]
**From:** Anderson, Matthew
**Sent:** Fri 8/17/2012 12:22:17 PM
**Subject:** RE: FINAL PSPA Release

They will be added for the final formatted release that is sent to the press by our press assistant at 8:30am.

**From:** Stegman, Michael
**Sent:** Friday, August 17, 2012 8:22 AM
**To:** Anderson, Matthew
**Subject:** RE: FINAL PSPA Release

The links are not complete at the bottom of the release.

_____
Michael A. Stegman
Counselor for Housing Finance Policy
Tel:  202 622 0481

**From:** Anderson, Matthew
**Sent:** Thursday, August 16, 2012 8:07 PM
**To:** Miller, Mary; Stegman, Michael; Eberly, Janice; Patterson, Mark (DO); LeCompte, Jenni; Massad, Timothy; Fitzpayne, Alastair; Meade, Christopher; Bowler, Timothy; Weideman, Christian; Adeyemo, Adewale (Wally); Bieger, Peter; Clunie, David; Moore, Megan; Coley, Anthony; Kingsley, Darius; Valverde, Sam; Woolf, Andrew; Wyeth, Natalie; Lee, Sandra; Mlynarczyk, Beth; Dash, Eric; Suarez-Palomo, Victoria; Williams, Edward Lance; Colbert, Julian (Drew); Wyeth, Natalie
**Subject:** FINAL PSPA Release

Attached/below is the final PSPA press release that will be go live at 8:30am tomorrow morning (along with a link to the agreements themselves). It reflects final edits from Acting FHFA Director DeMarco received this evening.

The WSJ will also post a story at 7:00am with the information included in this release.

\*\*\*



# U.S. TREASURY DEPARTMENT

OFFICE OF PUBLIC AFFAIRS

EMBARGOED FOR 8:30AM EDT: August 16, 2012
CONTACT: Treasury Public Affairs (202) 622-2960

## TREASURY DEPARTMENT ANNOUNCES FURTHER STEPS TO EXPEDITE WIND DOWN OF FANNIE MAE AND FREDDIE MAC

*Modifications to Preferred Stock Purchase Agreements Will Make Sure That Every Dollar of Earnings Fannie Mae and Freddie Mac Generate Will Benefit Taxpayers*

*Announcement Will Support the Continued Flow of Mortgage Credit during a Responsible Transition to a Reformed Housing Finance Market*

**WASHINGTON** -- The U.S. Department of the Treasury today announced a set of modifications to the Preferred Stock Purchase Agreements (PSPAs) between the Treasury Department and the Federal Housing Finance Agency (FHFA) as conservator of Fannie Mae and Freddie Mac (the Government Sponsored Enterprises or GSEs) that will help expedite the wind down of Fannie Mae and Freddie Mac, make sure that every dollar of earnings each firm generates is used to benefit taxpayers, and support the continued flow of mortgage credit during a responsible transition to a reformed housing finance market.

"With today's announcement, we are taking the next step toward responsibly winding down Fannie Mae and Freddie Mac, while continuing to support the necessary process of repair and recovery in the housing market," said Michael Stegman, Counselor to the Secretary of the Treasury for Housing Finance Policy. "As we continue to work toward bi-partisan housing finance reform, we are committed to putting in place measures right now that support continued access to mortgage credit for American families, promote a responsible transition, and protect taxpayer interests."

The modifications to the PSPAs announced today are consistent with FHFA's strategic plan for the conservatorship of Fannie Mae and Freddie Mac that it released in February 2012. The modifications include the following key components:

### Accelerated Wind Down of the Retained Mortgage Investment Portfolios at Fannie Mae and Freddie Mac

The agreements require an accelerated reduction of Fannie Mae and Freddie Mac's investment portfolios. Those portfolios will now be wound down at an annual rate of 15 percent – an increase from the 10 percent annual reduction required in the previous agreements. As a result of this change, the GSEs' investment portfolios must be reduced to the $250 billion target set in the previous agreements four years earlier than previously scheduled.

### Annual Taxpayer Protection Plan

To support a thoughtfully managed wind down, the agreements require that on an annual basis,

Protected Information to Be Disclosed Only in Accordance With Protective Order        TREASDDC00056861

each GSE will – under the direction of their conservator, the Federal Housing Finance Agency – submit a plan to Treasury on its actions to reduce taxpayer exposure to mortgage credit risk for both its guarantee book of business and retained investment portfolio.

**Full Income Sweep of All Future Fannie Mae and Freddie Mac Earnings to Benefit Taxpayers for Their Investment**

The agreements will replace the 10 percent dividend payments made to Treasury on its preferred stock investments in Fannie Mae and Freddie Mac with a quarterly sweep of every dollar of profit that each firm earns going forward.

This will help achieve several important objectives, including:

- Making sure that every dollar of earnings that Fannie Mae and Freddie Mac generate will be used to benefit taxpayers for their investment in those firms.
- Ending the circular practice of the Treasury advancing funds to the GSEs simply to pay dividends back to Treasury.
- Acting upon the commitment made in the Administration's 2011 White Paper that the GSEs will be wound down and will not be allowed to retain profits, rebuild capital, and return to the market in their prior form.
- Supporting the continued flow of mortgage credit by providing borrowers, market participants, and taxpayers with additional confidence in the ability of the GSEs to meet their commitments while operating under conservatorship.
- Providing greater market certainty regarding the financial strength of the GSEs.

For a copy of the modification agreements for the PSPAs, please visit, link and link.

###

Protected Information to Be Disclosed Only in Accordance With Protective Order          TREASDDC00056862