# EXHIBIT O

**From:** Bowler, Timothy
**Sent:** Saturday, August 11, 2012 5:54 PM
**To:** Miller, Mary
**Cc:** Stegman, Michael; Mlynarczyk, Beth; Lee, Sandra
**Subject:** Re: next week

Jim and I met with OMB on Friday and they did not see any issues. Dana said a Monday sign off should not be a problem. (They had already prepared for this in June) Notwithstanding this comment, I think it makes sense for you to call Jeff early on Monday.

In June, the SEC. (Jim Kroker (sp?) and his deputies) told us and FHFAs head accountant that this would not trigger push down accounting. They will take a call from FNMs and FREs auditors if they have any issues / questions.

Private shareholders have no rights while the GSEs are in conservatorship.

The GSEs managements and boards must approve the change, but if they do not FHFA will. Notwithstanding this, we need to give them time to digest the change without running a material risk of leaks. Mike and I would like to discuss this with you whenever you have a good slot.

Agree on getting NSW all documents.

Thanks

TJB

---

**From:** Miller, Mary
**Sent:** Saturday, August 11, 2012 05:37 PM
**To:** Bowler, Timothy
**Cc:** Stegman, Michael; Mlynarczyk, Beth; Lee, Sandra
**Subject:** RE: next week

My reaction to this is that it looks pretty ambitious to get this done by Friday. I've never known OMB to turn something around this quickly, but maybe it will move on Monday if Jim Parrott is helping. What about the SEC? Do they have to sign off on behalf of the remaining private shareholders? At a minimum they need to be informed. I'm also concerned about a one day turnaround for the GSEs board and auditors. What are we specifically asking them to do? Finally, we need to add Neal Wolin to the documents list, even if he's on vacation. Happy to discuss this weekend.

---

**From:** Bowler, Timothy
**Sent:** Friday, August 10, 2012 5:14 PM
**To:** Miller, Mary
**Cc:** Stegman, Michael; Mlynarczyk, Beth; Lee, Sandra
**Subject:** next week

Mary

I hope all is well and that your trip today has been successful.

Mike and I would like to catch up with you on the draft action plan that we have produced to guide what needs to be done next week. (There is a lot, so we want to be highly coordinated)

1

Protected Information To Be Disclosed Only
In Accordance With Protective Order



UST00556724

Let us know when you have some time to discuss.

Thanks

TJB

2

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00556725