# EXHIBIT Q

| | |
|---|---|
| **From:** | Valverde, Sam |
| **Sent:** | Friday, June 01, 2012 6:21 PM |
| **To:** | ExecSecProcessUnit; ExecSecStaff |
| **Subject:** | Document for TFG |
| **Attachments:** | PSPA Covenants Review June 1.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Yesterday TFG asked for the "path forward" on PSPA covenants, the attached working document is responsive to that request.

Please provide with the note below:

"PSPA Update"

Sir,

On Thursday you requested an update on the "path forward" on PSPA covenants. The attached draft working document is responsive to that request. Mary Miller, Michael Stegman, and Tim Bowler have been using this document with Brian Deese and Jim Parrott to frame their discussions on the substance, timing, and process for amending the PSPA covenants.

1



Protected Information To Be Disclosed Only In Accordance With Protective Order

UST00536564