# EXHIBIT T

**From:** Ugoletti, Mario
**Sent:** Wednesday, August 08, 2012 9:55 AM
**To:** DeMarco, Edward
**Subject:** PSPA Update

Ed, just a brief update.

Talked with Bowler this morning. They are thinking they would like to do this next week. He will get me what the working documents as soon as possible. There has been some change in their thinking, I think for the better around the covenants. The package would look like:

(1) Net Income Sweep (amount of held surplus TBD, but the thinking is less than $5 billion).
(2) Same language on eliminating the future Commitment Fee.
(3) Same increase in Portfolio wind down to 15 percent from 10 percent.
(4) As opposed to the various other covenants we discussed (e.g., g-fee, and risk retention), one covenant that requires an annual plan on risk management to be presented to Treasury.
(5) A dominium's carve out for ordinary course that we had in before, I will have to check on the number I provided, but I think it was $250 million.

I also reminded him of the goal to meet jointly with the companies, he acknowledged that, and noted that was one of the reasons to go next week as TFG would be out of town after that.

On another note, I raised my objection to the structure of the meetings with Fannie and Freddie for tomorrow, as I think it puts everybody in an awkward place.

As a reminder, I will be leaving at around 11:00 tomorrow, and will be out on Friday, but available via Blackberry.

Mario.



EXHIBIT 28
WIT: UGOLETTI
DATE: 5/15/15
A. Blomstrom CRR/CLR/RMR/CSR

1

Protected Information To Be Disclosed Only
In Accordance With Protective Order

FHFA00031708