UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE FOR ADMISSION OF PX 550, PX 226, PX 562, PX 274, AND PX 279**

Having considered the briefing on Plaintiffs' Motion *In Limine* for Admission of PX 550, PX 226, PX 562, PX 274, and PX 279, the Court hereby **GRANTS** the motion in full and orders as follows:

PX 550, PX 226, PX 562, PX 274, and PX 279 are admissible for the purpose of demonstrating the state of mind and intent of Treasury and the White House in entering into the Third Amendment and Net Worth Sweep.

**So Ordered**.

Dated: _____                                BY THE COURT:

                                                      _____
                                                      Royce C. Lamberth,
                                                      United States District Judge