**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS _____ This document relates to: ALL CASES | Case No. 1:13-mc-1288-RCL |

## MOTION FOR ADMISSION *PRO HAC VICE* OF REBECCA A. MUSARRA

Pursuant to Civil Local Rule 83.2(d) of the United States District Court for the District of Columbia, the undersigned sponsoring attorney moves for the admission and appearance of attorney Rebecca A. Musarra *pro hac vice* in the above-referenced action. This motion is supported by the Declaration of Rebecca A. Musarra, filed herewith.

Ms. Musarra acknowledges the power and jurisdiction of this Court over her professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if she is admitted *pro hac vice* in this matter.

As set forth in Ms. Musarra's declaration, she is admitted and an active member in good standing of the following courts and bars: The United States District Court of Appeals for the Second Circuit, The United States District Court for the District of Delaware, The United States District Court for the Northern District of California, The United States District Court for the Southern District of New York, the Supreme Court of the State of Delaware, the Supreme Court of the State of California and the Supreme Court for the New York.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that the Court grant this Motion and enter an Order admitting Rebecca A. Musarra *pro hac vice*.

BOIES SCHILLER FLEXNER LLP

*/s Samuel Kaplan*
Samuel C. Kaplan (Bar No. 463350)
Washington D.C.
1401 New York Ave, NW
Washington, DC 20005
(202) 237-6131
skaplan@bsfllp.com

Dated: June 1, 2023

**CERTIFICATE OF SERVICE**

I, Samuel Kaplan, hereby certify that the foregoing documents were filed through

CM/ECF system and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-

registered participants on June 1, 2023.

/s/ Samuel Kaplan
**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
Email: skaplan@bsfllp.com