IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

**DECLARATION OF REBECCA A. MUSARRA IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

1. My full name is Rebecca A. Musarra, co-lead counsel for plaintiffs in the above-referenced actions.

2. My office address: Grant & Eisenhofer, PA, 123 Justison Street, 7th Floor, Wilmington, Delaware 19801, Telephone (302) 622-7000, Facsimile (302) 622-7100.

3. I am admitted to practice law in the United States District Court of Appeals for the Second Circuit, the United States District Court for the District of Delaware, the United States District Court for the Northern District of California, the United States District Court for the Southern District of New York, the Supreme Court of the State of Delaware, the Supreme Court of the State of California and the Supreme Court for the New York.

4. I have not been disciplined by any court and am a member in good standing in all referenced Courts.

5. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

6. I have not been admitted *Pro Hac Vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*

Rebecca A. Musarra
GRANT & EISENHOFER, PA
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000
Facsimile: (302) 622-7100
rmusarra@gelaw.com
*Co-Lead Counsel for the Class*

STATE OF Delaware
New Castle County

Subscribed and sworn to before me this 31 day of May, 2023.

*[signature]*
Notary Public
My Commission Expires:

*[Notary seal: CAITLIN ROSE GRAPSY, MY COMMISSION EXPIRES SEPT. 2, 2024, NOTARY PUBLIC, STATE OF DELAWARE]*

2