IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF REBECCA A. MUSARRA**

IT IS HEREBY ORDERED, Rebecca A. Musarra is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-referenced matter as co-lead Counsel for the Class.

SO ORDERED.

_____
Honorable Royce C. Lamberth
United States District Judge

Dated: _____