UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-1288-RCL<br><br>CLASS ACTION |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion [276] to Serve Supplemental Expert Reports is **DENIED**.

It is further **ORDERED** that the Joint Motion [285] to Issue a Jury Questionnaire in Advance of Voir Dire is **DENIED**. The Court declines to place that additional burden on the Jury Office, which is currently facing an unusually high number of trials due to the January Sixth criminal cases.

**IT IS SO ORDERED.**

Date: June 2, 2023

Royce C. Lamberth
United States District Judge

1