# EXHIBIT B

7/7/2015                              Freddie Mac Biography - Ross J. Kari

## Ross J. Kari
*Executive Vice President and Chief Financial Officer*



Ross J. Kari
Download hi-res image [ZIP]

Ross J. Kari was named executive vice president and chief financial officer of Freddie Mac in September 2009. In this position, he is responsible for the company's financial controls, accounting, investor relations, financial planning and reporting, tax, capital oversight, and compliance with the requirements of Sarbanes-Oxley. Additionally, he oversees the Investment and Capital Markets division and management of Freddie Mac's mortgage investment activities. Kari is a member of the company's senior operating committee and reports directly to Chief Executive Officer Don Layton.

Kari is a veteran finance executive with broad experience in the mortgage business and financial services industry. Previously, Kari served as chief financial officer of Fifth Third Bancorp in Cincinnati, Ohio. Before joining Fifth Third, Kari served as executive vice president and CFO of Safeco Corporation in Seattle where he managed a team of 250 financial professionals and helped grow business line revenue while enhancing essential risk management processes. From 2002 to 2006, Kari served as executive vice president and chief operating officer for another housing government-sponsored enterprise, the Federal Home Loan Bank of San Francisco. Kari spent a large portion of his career at Wells Fargo from 1983 to 2001, during which time he rose from senior financial analyst to executive vice president and chief financial officer.

Kari received a Bachelor of Science degree in Mathematics and earned his MBA in Finance, both from the University of Oregon.

Freddie Mac was established by Congress in 1970 to provide liquidity, stability and affordability to the nation's residential mortgage markets. Freddie Mac supports communities across the nation by providing mortgage capital to lenders. Today Freddie Mac is making home possible for one in four home borrowers and is one of the largest sources of financing for multifamily housing. For more information please visit www.FreddieMac.com and Twitter @FreddieMac.

© 2015 Freddie Mac





**DX736 Page 1 of 1**