# EXHIBIT A


PX-0004-V - p. 1 of 1

Hartman-Trial-1 29