# *Exhibit B*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 13-mc-1288-RCL |

**JOINT SUBMISSION OF DEPOSITION DESIGNATIONS**

The Parties hereby submit the deposition designations of the testimony that the Parties intend to present at the upcoming trial, either via video or live witness reenactment (for those depositions that do not have a video recording).

Certain designations remain in dispute and are the subject of pending motions in limine or the Joint Submission of Objections to Deposition Designations (the "Joint Submission"). In addition to the notations in the chart below that certain designations are "Pending ruling on motion in limine" or "Pending ruling on [Defendants' or Plaintiffs'] objection[,]" various designations by each Party may be either the subject of pending motions in limine or may be affected by rulings on pending motions in limine. Accordingly, the Parties reserve all rights with respect to such

designations and have agreed to promptly meet and confer about the extent to which the rulings on the pending motions in limine may affect the Parties' deposition designations.

| **Deposition of Mukarram Attari – February 14, 2022** |
|---|
| **Played in Plaintiffs' Case** |
| 233:19-236:11 |
| 237:11-238:8 |

| **Deposition of David Benson – February 28, 2020** |
|---|
| **Played in Plaintiffs' Case** |
| 12:5-12:7 |
| 14:4-14:13 |
| 15:8-17:2 |
| 75:22-76:7 |
| 79:11-80:15 (Pending ruling on Plaintiffs' objection) |
| 81:1-81:13 (Pending ruling on Plaintiffs' objection) |
| 136:17-136:21 |
| 142:14-143:10 |
| 143:11-144:7 |
| 144:8-145:5 |
| 158:16-158:17 |
| 158:22-159:17 |
| 160:4-160:5 |
| 160:18-161:18 |
| 173:7-176:14 |
| 176:15-21 |
| 177:1-177:8 |
| 177:22-178:2 |
| 178:4-179:7 |
| 182:15-183:8 |
| 186:18-186:18 |
| 186:21-187:2 |
| 187:5-187:13 |
| 188:4-188:10 |
| 189:19-190:10 |
| 191:20-192:8 (Pending ruling on Plaintiffs' objection) |
| 198:16-199:8 |
| 205:9-206:5 (Pending ruling on motion in limine) |
| 212:11-213:10 |

| Deposition of Joseph Cacciapalle – February 28, 2020 ||
|---|---|
| **Played in Plaintiffs' Case** (subject to further negotiation between the Parties pending the Court's ruling on motion in limine) ||
| **Plaintiffs' Designations** | **Defendants' Designations** |
| 9:4-9:16 | 5:4-5:11 |
| 12:1-12:8 | 9:4-9:7 |
| 12:18-13:2 | 10:13-11:20 |
| 16:22-17:5 | 12:1-12:8 |
| 25:7-25:8 | 31:3-31:14 |
| 25:17-26:1 | 31:15-31:16 |
| 31:3-31:14 | 31:17 |
| 32:8-33:5 | 31:22-33:5 |
| 34:3-34:11 | 35:13-35:22 |
| 37:17-37:19 | 36:16-36:21 |
| 38:8-38:10 | 38:20-39:9 |
| 38:20-40:12 | 39:11-39:13 |
| 47:5-50:5 | 44:10-44:14 |
| 51:4-51:16 | 47:5-47:11 |
| 53:8-54:5 | 50:3-50:5 |
| 54:21-56:9 | 50:6-51:3 |
| 57:19-58:14 | 53:20-54:5 |
| 60:15-61:10 | 54:6-54:18 |
| 61:17-64:1 | 54:21-55:5 |
| 68:3-68:18 | 58:15-58:17 |
| 78:12-79:4 | 58:19-58:22 |
| 82:19-82:21 | 60:2-60:14 |
| 83:3-83:11 | 64:3-65:5 |
| 92:11-92:21 | 65:10-66:10 |
| 99:11-100:18 | 67:5-68:2 |
|  | 71:10-71:14 |
|  | 71:19-72:5 |
|  | 72:19-73:4 |
|  | 73:14-74:12 |
|  | 75:6-75:14 |
|  | 78:3-78:11 |

3

| Deposition of Ross Kari – July 10, 2015 |
| --- |
| **Played in Defendants' Case** |
| 8:4-8:6 |
| 15:22-16:20 |
| 18:13 - 19:15 |
| 19:25 - 20:24 |
| 21:3 - 21:8 |
| 21:17 - 22:1 |
| 22:6 - 22:7 |
| 22:8 - 22:21 (ending at "as the CEO") |
| 23:8 - 23:20 |
| 30:9-31:5 |
| 31:6-31:13 |
| 31:14-32:5 |
| 34:8-16 |
| 44:11-46:7 |
| 46:8-46:18 |
| 47:1-47:20 |
| 48:4-49:18 |
| 56:21-57:14 |
| 57:20 - 59:24 |
| 56:21-57:6 |
| 62:23-63:25 |
| 64:2-64:5 |
| 64:7-65:16 |
| 91:5-92:2 |
| 112:24-116:12 |
| 118:4-118:5 |
| 118:8-118:12 |
| 119:12-119:22 |
| 155:24-156:21 (Pending ruling on motion in limine) |
| 156:22-157:9 |
| 159:9-159:10 (Pending ruling on motion in limine) |
| 159:17-159:17 (Pending ruling on motion in limine) |
| 162:1-5 |
| 162:13 - 163:3 |
| 163:7-11 |
| 164:5-164:7 (Pending ruling on motion in limine) |
| 164:10-165:18 (Pending ruling on motion in limine) |
| 165:19-165:21 |
| 166:1-166:6 (Pending ruling on motion in limine) |
| 186:15-186:19 |
| 186:21-187:4 |

| |
|---|
| 192:22-193:3 |
| 197:17-197:23 (Pending ruling on motion in limine) |
| 198:6-199:25 (Pending ruling on motion in limine) |
| 200:16-201:10 (Pending ruling on motion in limine) |
| 201:19-204:7 (Pending ruling on motion in limine) |
| 204:9-19 |
| 204:20-205:17 |
| 206:6-206:21 |
| 207:3-207:6 |
| 207:14-208:6 |
| 209:1-209:4 (if DX451 is in evidence) |

| Deposition of Donald Layton – January 7, 2021 |
| --- |
| **Played in Defendants' Case** |
| 11:17-12:10 |
| 33:19-35:2 |
| 35:8-36:15 |
| 38:22-42:15 |
| 49:4-50:15 |
| 53:22-54:2 |
| 55:9-55:16 |
| 56:16-56:20 |
| 57:1-6 |
| 57:7-58:12 |
| 92:16-93:10 |
| 93:11-93:14 |
| 93:17-94:1 |
| 103:19-104:8 |
| 107:14-109:1 |
| 109:2-9 |
| 109:13-112:6 |
| 112:9-113:1 |
| 113:2-113:14 |
| 113:15-114:3 |
| 114:6-114:14 |
| 114:15-114:22 |
| 115:3-116:7 |
| 116:10-117:16 |
| 117:17-118:2 |
| 149:8-149:18 |
| 149:19-150:19 (Pending ruling on motion in limine) |
| 150:22-153:19 (Pending ruling on motion in limine) |
| 189:3-190:21 (Pending ruling on motion in limine) |
| 191:2-192:21 (Pending ruling on motion in limine) |
| 193:11-193:15 (Pending ruling on motion in limine) |
| 193:18-195:14 (Pending ruling on motion in limine) |
| 195:17-195:20 (Pending ruling on motion in limine) |

| Deposition of James Lockhart – January 13, 2021 ||
|---|---|
| **Played in Plaintiffs' Case** | **Played in Defendants' Case** |
| 10:16-10:18 | 139:3-140:6 |
| 26:3-27:21 | 154:9-154:13 |
| 27:22-28:14 | 154:14-155:19 |
| 29:6-29:18 | 219:9-219:19 |
| 29:19-30:4 | 219:20-220:9 |
| 30:4-30:16 | 220:10-220:15 |
| 45:22-46:12 | |
| 46:19-47:7 | |
| 48:1-12 | |
| 48:13-48:15 | |
| 60:16-61:13 | |
| 61:14-62:4 | |
| 62:5-62:19 | |
| 63:6-14 | |
| 64:14-64:19 | |
| 64:20-65:1 | |
| 65:2-65:9 | |
| 65:10-65:15 | |
| 65:16-65:22 | |
| 66:1-66:9 | |
| 90:21-91:13 | |
| 96:17-98:12 | |
| 98:18-98:22 | |
| 99:7-100:19 | |
| 100:20-101:17 | |
| 101:18-102:10 | |
| 102:19-102:21 | |
| 104:2-104:15 | |
| 104:16-105:7 | |
| 105:8-106:1 | |
| 106:14-19 | |
| 120:2-120:19 | |
| 145:16-149:2 | |
| 224:7-224:19 | |
| 224:20-225:20 | |

| Deposition of Timothy Mayopoulos – March 10, 2020 ||
| --- | --- |
| **Played in Plaintiffs' Case** | **Played in Defendants' Case** |
| 14:4-15:20 | 78:19-81:15 |
| 83:4-85:2 | 101:14-102:4 (Pending ruling on motion in limine) |
| 86:1-86:1 | 102:5-102:19 (Pending ruling on motion in limine) |
| 86:4-87:15 | 103:3-103:5 (Pending ruling on motion in limine) |
| 87:16-88:5 | 103:7-103:8 (Pending ruling on motion in limine) |
| 88:20-89:6 | 103:10-103:19 (Pending ruling on motion in limine) |
| 90:16-91:16 | 104:3-105:12 (Pending ruling on motion in limine) |
| 93:18-93:22 | 145:12-146:8 (Pending ruling on motion in limine) |
| 94:1-95:16 | 146:9-146:14 (Pending ruling on motion in limine) |
| 95:18-99:15 | 146:17-146:18 (Pending ruling on motion in limine) |
| 115:17-117:10 | 146:20-148:12 (Pending ruling on motion in limine) |
| 128:12 - 130:12 | |
| 131:11-132:14 | |
| 136:4-136:12 | |
| 143:13-144:18 | |
| 187:14-188:10 | |
| 247:9-247:18 | |
| 260:4-262:1 (Pending ruling on Defendants' objection) | |
| 264:22-265:5 | |

| **Deposition of Susan McFarland – July 15, 2015** ||
|---|---|
| **Played in Plaintiffs' Case** | **Whether played in Plaintiffs' case or Defendants' case subject to further negotiation between the Parties pending ruling on Motion in Limine** |
| 5:9-5:12 | 196:10-196:18 (Pending ruling on motion in limine) |
| 9:5-9:21 | 197:1-199:17 (Pending ruling on motion in limine) |
| 10:8-10:13 | 201:3-202:13 (Pending ruling on motion in limine) |
| 11:10-11:15 | 202:14-203:5 (Plaintiffs' counter if motion in limine denied) |
| 13:8-13:15 | 203:13-203:21 (Pending ruling on motion in limine) |
| 14:11-12 | 203:23-204:5 (Pending ruling on motion in limine) |
| 14:19-14:25 | 204:18-205:18 (Pending ruling on motion in limine) |
| 15:1-15:25 | 205:19-206:6 (Plaintiffs' counter if motion in limine denied) |
| 18:7-24 | 206:9-212:14 (Pending ruling on motion in limine) |
| 28:8-28:20 | 213:5-213:24 (Pending ruling on motion in limine) |
| 28:21-29:6 | 214:10-214:20 (Pending ruling on motion in limine) |
| 30:1-31:23 | 215:3-215:21 (Pending ruling on motion in limine) |
| 44:13-17 | 216:16-217:10 (Pending ruling on motion in limine) |
| 44:25-45:10 | |
| 45:11-16 (Pending ruling on motion in limine) | |
| 45:17-47:6 | |
| 47:25-48:12 | |
| 48:13-48:23 | |
| 53:8-53:16 | |
| 54:20-60:16 (Pending ruling on Defendants' objection) | |
| 58:18-58:22 | |
| 65:5-66:23 | |
| 72:1-72:5 | |
| 72:8-73:2 | |
| 73:3-73:18 | |
| 75:19-77:5 | |
| 77:6-79:23 | |
| 100:13-102:12 | |
| 126:10-129:9 | |
| 131:23-134:8 | |
| 137:21-139:4 | |
| 161:18-21 | |
| 161:25-162:12 | |
| 162:19-164:12 | |
| 190:20-22 | |

| **Deposition of Naa Awaa Tagoe – December 16, 2020** |
| --- |
| **Played in Plaintiffs' Case** |
| 14:12-14:14 |
| 15:17-15:22 |
| 16:5-17:2 |
| 28:11-28:20 |
| 28:21 - 29:24 |
| 30:19-32:16 |
| 32:17-33:8 |
| 33:9-34:4 |
| 34:5-35:21 |
| 35:22-36:1 |
| 37:5-41:9 |
| 119:22-120:14 |
| 136:18-137:20 |
| 252:4-252:9 (Defendants may withdraw based on outcome of motion in limine) |
| 252:15-252:16 (Pending ruling on motion in limine) |
| 252:18-253:3 (Pending ruling on motion in limine) |

| Deposition of Mario Ugoletti – May 15, 2015 |
| --- |
| **Played in Plaintiffs' Case** |
| 13:1-13:2 |
| 16:4-13 |
| 17:10-18:6 |
| 18:19-19:5 |
| 20:13-20:21 |
| 26:18-26:20 |
| 31:7-33:13 |
| 37:6-37:9 |
| 45:8-45:15 |
| 55:4-56:20 |
| 58:2-58:14 |
| 132:5-132:12 |
| 135:22-138:1 |
| 169:2-169:10 |
| 170:7-170:13 |
| 175:6-175:21 |
| 271:15-271:18 |
| 359:17-361:14 |