# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL ACTIONS | Case No. 1:13-mc-1288-RCL<br><br><u>CLASS ACTION</u> |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY GRANT D. GOODHART III

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and, in accordance with Rule L. Cv. R. 83.2(c) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Grant D. Goodhart III to appear and participate in proceedings in this Court in the above-referenced actions. The grounds for this motion are set forth in the Declaration of Grant D. Goodhart III.

Mr. Goodhart acknowledges the power and jurisdiction of this Court over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Goodhart will be associated in this case.

WHEREFORE, the undersigned respectfully requests the Court to grant this Motion and enter an Order admitting Grant D. Goodhart III *pro hac vice*.

Dated: July 14, 2023

Respectfully submitted,

*/s/Samuel C. Kaplan*
Samuel C. Kaplan, (Bar No. 463350)
**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005

Tel.: (202) 237-2727
Fax: (202) 237-6131
Email: skaplan@bsfllp.com
*Co-Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I, Samuel C. Kaplan, hereby certify that the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on July 14, 2023.

        */s/Samuel C. Kaplan*
Samuel C. Kaplan, (Bar No. 463350)
**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
Email: skaplan@bsfllp.com
*Co-Lead Counsel for the Class*