UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL <br><br> CLASS ACTION |
| This document relates to: <br> ALL ACTIONS | |

**DECLARATION OF GRANT D. GOODHART III
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, I, Grant D. Goodhart III, hereby declare as follows:

1. My full name is Grant D. Goodhart III;

2. My office address and telephone number are:

   Kessler Topaz Meltzer & Check, LLP
   280 King of Prussia Rd.
   Radnor, PA 19087
   Telephone: (610) 667-7706

3. I have been admitted to practice law in the Commonwealth of Pennsylvania.

4. I have not been disciplined by any bar and am a member in good standing in the above-referenced bar.

5. I have read the Local Civil Rules of this Court and will comply with them and with the standards of practice.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have a pending application to be a member.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2023

_____
Grant D. Goodhart III

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ggoodhart@ktmc.com

*Co-Lead Counsel for the Class*