

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Grant Donald Goodhart III, Esq.*

#### DATE OF ADMISSION

*November 5, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 13, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk