**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL ACTIONS | Case No. 1:13-mc-1288-RCL<br><br>CLASS ACTION |

**[PROPOSED] ORDER**

Upon consideration of the motion of Samuel Kaplan (USDC-DC Bar No. (Bar No. 463350), an active member of the Bar of this Court, for the admission *pro hac vice* of Grant D. Goodhart III, and for good cause shown, it is, this 14th day of July, 2023.

**ORDERED THAT:** The Motion for Admission *Pro Hac Vice* be and hereby is **GRANTED**, and Grant D. Goodhart III be, and hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced actions under Rule L. Cv. R. 83.2(d) of the Rules of the United States District Court for the District of Columbia.

**SO ORDERED.**

_____
Honorable Royce C. Lamberth
United States District Judge