# EXHIBIT A



# THE END OF AFFORDABLE HOUSING? A REVIEW OF THE TRUMP ADMINISTRATION'S PLANS TO CHANGE HOUSING FINANCE IN AMERICA

## HEARING

BEFORE THE

## COMMITTEE ON FINANCIAL SERVICES

## U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED SIXTEENTH CONGRESS

FIRST SESSION

———————

OCTOBER 22, 2019

———————

Printed for the use of the Committee on Financial Services

## Serial No. 116–61



———————

U.S. GOVERNMENT PUBLISHING OFFICE

42–450 PDF                    WASHINGTON : 2020

## HOUSE COMMITTEE ON FINANCIAL SERVICES

MAXINE WATERS, California, *Chairwoman*

CAROLYN B. MALONEY, New York
NYDIA M. VELÁZQUEZ, New York
BRAD SHERMAN, California
GREGORY W. MEEKS, New York
WM. LACY CLAY, Missouri
DAVID SCOTT, Georgia
AL GREEN, Texas
EMANUEL CLEAVER, Missouri
ED PERLMUTTER, Colorado
JIM A. HIMES, Connecticut
BILL FOSTER, Illinois
JOYCE BEATTY, Ohio
DENNY HECK, Washington
JUAN VARGAS, California
JOSH GOTTHEIMER, New Jersey
VICENTE GONZALEZ, Texas
AL LAWSON, Florida
MICHAEL SAN NICOLAS, Guam
RASHIDA TLAIB, Michigan
KATIE PORTER, California
CINDY AXNE, Iowa
SEAN CASTEN, Illinois
AYANNA PRESSLEY, Massachusetts
BEN McADAMS, Utah
ALEXANDRIA OCASIO-CORTEZ, New York
JENNIFER WEXTON, Virginia
STEPHEN F. LYNCH, Massachusetts
TULSI GABBARD, Hawaii
ALMA ADAMS, North Carolina
MADELEINE DEAN, Pennsylvania
JESÚS "CHUY" GARCIA, Illinois
SYLVIA GARCIA, Texas
DEAN PHILLIPS, Minnesota

PATRICK McHENRY, North Carolina,
    *Ranking Member*
ANN WAGNER, Missouri
PETER T. KING, New York
FRANK D. LUCAS, Oklahoma
BILL POSEY, Florida
BLAINE LUETKEMEYER, Missouri
BILL HUIZENGA, Michigan
ANDY BARR, Kentucky
SCOTT TIPTON, Colorado
ROGER WILLIAMS, Texas
FRENCH HILL, Arkansas
TOM EMMER, Minnesota
LEE M. ZELDIN, New York
BARRY LOUDERMILK, Georgia
ALEXANDER X. MOONEY, West Virginia
WARREN DAVIDSON, Ohio
TED BUDD, North Carolina
DAVID KUSTOFF, Tennessee
TREY HOLLINGSWORTH, Indiana
ANTHONY GONZALEZ, Ohio
JOHN ROSE, Tennessee
BRYAN STEIL, Wisconsin
LANCE GOODEN, Texas
DENVER RIGGLEMAN, Virginia
WILLIAM TIMMONS, South Carolina

CHARLA OUERTATANI, *Staff Director*

(II)

# CONTENTS

————————

| | Page |
|---|---|
| Hearing held on: | |
| October 22, 2019 ................................................................................ | 1 |
| Appendix: | |
| October 22, 2019 ................................................................................ | 65 |

## WITNESSES

### TUESDAY, OCTOBER 22, 2019

| | |
|---|---|
| Calabria, Hon. Mark A., Director, Federal Housing Finance Agency ................. | 8 |
| Carson, Hon. Benjamin S., Sr., Secretary, U.S. Department of Housing and Urban Development ........................................................................................ | 6 |
| Mnuchin, Hon. Steven T., Secretary, U.S. Department of the Treasury ............ | 5 |

## APPENDIX

| | |
|---|---|
| Prepared statements: | |
| Calabria, Hon. Mark A. ................................................................. | 66 |
| Carson, Hon. Benjamin S., Sr. ..................................................... | 74 |
| Mnuchin, Hon. Steven T. .............................................................. | 82 |

### ADDITIONAL MATERIAL SUBMITTED FOR THE RECORD

| | |
|---|---|
| Waters, Hon. Maxine: | |
| Written statement of the Bond Dealers of America ....................................... | 84 |
| Written statement of the California Association of REALTORS ................. | 87 |
| Written statement of the Credit Union National Association ..................... | 90 |
| Written statement of the Housing Assistance Council ............................... | 93 |
| Written statement of the Main Street GSE Reform Coalition ..................... | 97 |
| Written statement of the National Association of Federally-Insured Credit Unions ........................................................................................................ | 99 |
| Cleaver, Hon. Emanuel: | |
| Written responses to questions submitted to Secretary Carson ................... | 101 |
| McHenry, Hon. Patrick: | |
| Article from The New York Times entitled, "Climate Risk in the Housing Market Has Echoes of Subprime Crisis, Study Finds" ............................. | 106 |

24

other securitized products to fail and that these same hedge funds then blocked shares in the zombie GSEs for pennies on the dollar after the government had bailed out Fannie and Freddie. And what's more, some of those principals at those hedge funds, including John Paulson, have served on advisory committees to the President on this very issue.

My question is, I guess, to Secretary Mnuchin, what sort of conflict of interest vetting took place to conclude that that was appropriate?

Secretary MNUCHIN. First, let me just explain that the Treasury has a giant obligation that needs to be paid back.

Mr. FOSTER. I just want you to describe the conflict of interest vetting.

Secretary MNUCHIN. I understand. But you are saying a premise that these shareholders are getting a benefit of a sweep and—

Mr. FOSTER. Has the trading share price gone up?

Secretary MNUCHIN. I don't really look at the share price one way or another.

Mr. FOSTER. All right. Could you get back to us on that in case you are unaware of it?

Secretary MNUCHIN. As it relates to any conflicts of interest at Treasury, we have full—

Mr. FOSTER. Okay. To the entire Administration and everyone who is making the decisions about the shareholder sweep, I guess that applies, too.

Director Calabria, do you have anything to say about that?

Mr. CALABRIA. Let me first say I very much am on the record over the years in saying in 2008, what we should have done is wiped out the shareholders.

Mr. FOSTER. I agree completely. But that should be your guiding principle going forward instead of putting more money in their pockets.

Mr. CALABRIA. If the circumstances present themselves to where we have to wipe out the shareholders, we will.

Mr. FOSTER. I look forward to that.

However, I was concerned that on October 10th, you participated in an event at George Mason University where you commented that FHFA was looking at ways for Fannie and Freddie to increase their return on equity, which would presumably increase the amount that was eventually going into the shareholders' pockets.

It is completely unclear to me who you are actually working for here, when you make that kind of statement.

Mr. CALABRIA. I am working for the taxpayer, sir.

Mr. FOSTER. Then why are you concerned about the return on equity—

Mr. CALABRIA. Because we need to build—

Mr. FOSTER. —which ends up in the shareholders' pockets?

Mr. CALABRIA. Because these entities are leveraged 500-to-1. It is essential to build capital now before a downturn.

Mr. FOSTER. If you aren't planning on privatizing them. Really, I agree completely that we should have and that we should still wipe out these shareholders, and I look forward to working with you on that.

Thank you. I yield back.