# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, Co., *et al.*,<br><br>       Plaintiffs,<br><br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>       Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**DECLARATION OF NICHOLAS SATRIANO**

I, Nicholas Satriano, hereby declare:

1. I am over 18 years of age and legally competent to make this declaration, which is true and correct and based on my personal knowledge.

    **A.**    **My Personal Knowledge of the Record-Keeping Procedures of Fannie Mae and Freddie Mac with Respect to Their SEC Filings**

2. I have worked at the Federal Housing Finance Agency ("FHFA" or "Conservator") and its predecessor, the Office of Federal Housing Enterprise Oversight ("OFHEO"), for nearly 20 years. Since 2011, I have served as the Chief Accountant at FHFA, which is the regulator and Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with

1

Fannie Mae, the "Enterprises").  From 2008 to 2011, I served as Deputy Chief Accountant within FHFA's Office of the Chief Accountant.

3. Since the Enterprises were placed into conservatorship in September 2008, FHFA's Office of the Chief Accountant has been responsible for, among other things, (i) issuing accounting- and auditing-related guidance to the Enterprises, and (ii) reviewing the Enterprises' financial disclosures to the Securities and Exchange Commission ("SEC"), including their quarterly and annual SEC filings (referred to as Form 10-Q and Form 10-K, respectively). Leading FHFA's review of these SEC filings is one of my primary responsibilities as Chief Accountant.

4. Through my work at FHFA, I have gained detailed personal knowledge of the Enterprises' record-keeping procedures with respect to their SEC filings, including how, when, and under what circumstances these filings are prepared, maintained, and submitted to the SEC.

5. Since the Enterprises were placed into conservatorship in September 2008, I have regularly participated in meetings with each Enterprise's management to discuss the preparation and review of the Enterprise's financial reporting, including its SEC filings.  In particular, I regularly meet with each Enterprise's CFO, who is responsible for overseeing the preparation and submission of SEC filings, and who certifies the accuracy of the filings.  I also regularly meet with each Enterprise's Controller or members of the Controller's Department.  The Controller reports to the CFO and has primary responsibility for preparing the SEC filings.

6. Since the Director of FHFA placed the Enterprises into conservatorship in 2008, I have regularly received reports on the preparation of each Enterprise's SEC filings from employees in the Office of the Chief Accountant.  In particular, I or a member of the Office of the Chief Accountant attended each Enterprise's Disclosure Committee meetings about SEC

filings. I have regularly reviewed meeting agendas, meeting minutes, and reports from such meetings. The role of each Enterprise's Disclosure Committee is discussed further below.

7. I am personally familiar with, and was involved in the creation of, the advisory guidance that FHFA has provided to the Enterprises regarding their preparation of SEC filings. I am also personally familiar with each Enterprise's own written guidelines for the preparation of such filings.

8. I have been personally involved in FHFA's review of each Enterprise's SEC filing since the Enterprises were placed into conservatorships in September 2008.

**B.     Summary of Fannie Mae's and Freddie Mac's Record-Keeping Procedures for the Creation, Distribution, and Submission of Their SEC Filings Based on My Personal Knowledge**

9. Each Enterprise follows regular record-keeping procedures for the creation, distribution, and submission of the Enterprise's SEC filings. Creating, distributing, and submitting SEC filings is a regular practice of each Enterprise. These procedures at each Enterprise have remained substantially the same in all material respects since the Enterprises were placed into conservatorships in September 2008 and are summarized below.

10. Each Enterprise prepares for the submission of an upcoming SEC filing by reviewing the prior quarter's filing (and other SEC filings as necessary) and identifying potential updates that occurred in the current quarter that should be disclosed. In the case of preparing the Form 10-K, each Enterprise also reviews the prior year's Form 10-K to identify potential changes that may need to be made from that previous filing.

11. Each Enterprise prepares and reviews the current period financial information in the SEC filing, such as the balance sheet, income statement, and related disclosures.

12. Each Enterprise assigns responsibility to various committees, groups, and executives to review and approve specific components of the draft SEC filings. For example,

3

each Enterprise has a Disclosure Committee that evaluates significant issues requiring management discussion and assists in ensuring that the information in the SEC filing is recorded, processed, summarized, and reported accurately. As another example, each Enterprise's Board of Directors has an Audit Committee that oversees and evaluates the process of reviewing the draft SEC filings. I or a member of the Office of the Chief Accountant regularly attend each Enterprise's Audit Committee meetings.

13. Each Enterprise transmits drafts of its SEC filings to its respective external auditor (Deloitte Touche for Fannie Mae, and PricewaterhouseCoopers for Freddie Mac), which reviews and provides feedback, if any, to the Enterprise and FHFA.

14. Each Enterprise regularly transmits multiple interim drafts of the SEC filing to FHFA's Office of the Chief Accountant.

15. I personally review each Enterprise's draft SEC filing, as do other employees within FHFA's Office of the Chief Accountant and other subject matter experts within FHFA.

16. FHFA reviews each Enterprise's draft SEC filings to ensure that they do not contain any material omissions or material misstatements. FHFA devotes significant time to ensuring the completeness and transparency of each Enterprise's SEC filings.

17. Once FHFA completes its review of an Enterprise's draft SEC filing, FHFA's Director issues an Acknowledgment Letter confirming that FHFA has no objection to the Enterprise submitting the SEC filing and that the CEO and CFO may execute their respective certifications.

18. Prior to submitting each SEC filing, each Enterprise's CFO and CEO certify the Enterprise's SEC filings in accordance with applicable securities laws.

19. Each Enterprise maintains and stores complete copies of its final SEC filings in the normal course of its business. Each Enterprise also makes complete copies of its SEC filings publicly available through its website. Copies of the SEC filings are also stored on the SEC's publicly-available EDGAR database. I have reviewed the Enterprises' SEC filings on numerous occasions as part of my work at FHFA.

C. **Certification as to Particular SEC Filings of Fannie Mae and Freddie Mac**

20. The relevant Enterprise followed the process described above in creating, distributing, and submitting each of the SEC filings listed below. Each of these SEC filings was made at or near the time by—or from information transmitted by—a person or persons with knowledge, and each filing was kept in the course of a regularly conducted activity of the relevant Enterprise, and making each filing was a regular practice of that activity:

| DX | Period Ending | Description |
|---|---|---|
| DX0102 | 9/30/2008 | Fannie Mae 2008 Q3 Form 10-Q |
| DX0103 | 9/30/2008 | Freddie Mac 2008 Q3 Form 10-Q |
| DX0136 | 12/31/2008 | Fannie Mae 2008 Form 10-K |
| DX0137 | 12/31/2008 | Freddie Mac 2008 Form 10-K |
| DX0158 | 3/31/2009 | Fannie Mae 2009 Q1 Form 10-Q |
| DX0159 | 3/31/2009 | Freddie Mac 2009 Q1 Form 10-Q |
| DX0175 | 6/30/2009 | Fannie Mae 2009 Q2 Form 10-Q |
| DX0176 | 6/30/2009 | Freddie Mac 2009 Q2 Form 10-Q |
| DX0188 | 9/30/2009 | Fannie Mae 2009 Q3 Form 10-Q |
| DX0189 | 9/30/2009 | Freddie Mac 2009 Q3 Form 10-Q |
| DX0212 | 12/31/2009 | Fannie Mae 2009 Form 10-K |
| DX0213 | 12/31/2009 | Freddie Mac 2009 Form 10-K |
| DX0226 | 3/31/2010 | Fannie Mae 2010 Q1 Form 10-Q |
| DX0227 | 3/31/2010 | Freddie Mac 2010 Q1 Form 10-Q |
| DX0237 | 6/30/2010 | Fannie Mae 2010 Q2 Form 10-Q |
| DX0238 | 6/30/2010 | Freddie Mac 2010 Q2 Form 10-Q |
| DX0252 | 9/30/2010 | Fannie Mae 2010 Q3 Form 10-Q |
| DX0253 | 9/30/2010 | Freddie Mac 2010 Q3 Form 10-Q |

| DX | Period Ending | Description |
|---|---|---|
| DX0275 | 12/31/2010 | Fannie Mae 2010 Form 10-K |
| DX0276 | 12/31/2010 | Freddie Mac 2010 Form 10-K |
| DX0297 | 3/31/2011 | Fannie Mae 2011 Q1 Form 10-Q |
| DX0298 | 3/31/2011 | Freddie Mac 2011 Q1 Form 10-Q |
| DX0327 | 6/30/2011 | Fannie Mae 2011 Q2 Form 10-Q |
| DX0328 | 6/30/2011 | Freddie Mac 2011 Q2 Form 10-Q |
| DX0341 | 9/30/2011 | Fannie Mae 2011 Q3 Form 10-Q |
| DX0342 | 9/30/2011 | Freddie Mac 2011 Q3 Form 10-Q |
| DX0367 | 12/31/2011 | Fannie Mae 2011 Form 10-K |
| DX0369 | 12/31/2011 | Freddie Mac 2011 Form 10-K |
| DX0420 | 3/31/2012 | Fannie Mae 2012 Q1 Form 10-Q |
| DX0421 | 3/31/2012 | Freddie Mac 2012 Q1 Form 10-Q |
| DX0476 | 6/30/2012 | Fannie Mae 2012 Q2 Form 10-Q |
| DX0477 | 6/30/2012 | Freddie Mac 2012 Q2 Form 10-Q |
| DX0576 | 9/30/2012 | Fannie Mae 2012 Q3 Form 10-Q |
| DX0577 | 9/30/2012 | Freddie Mac 2012 Q3 Form 10-Q |
| DX0597 | 12/31/2012 | Fannie Mae 2012 Form 10-K |
| DX0598 | 12/31/2012 | Freddie Mac 2012 Form 10-K |
| DX0642 | 3/31/2013 | Freddie Mac 2013 Q1 Form 10-Q |
| DX0645 | 3/31/2013 | Fannie Mae 2013 Q1 Form 10-Q |
| DX0663 | 6/30/2013 | Fannie Mae 2013 Q2 Form 10-Q |
| DX0664 | 6/30/2013 | Freddie Mac 2013 Q2 Form 10-Q |
| DX0674 | 9/30/2013 | Fannie Mae 2013 Q3 Form 10-Q |
| DX0675 | 9/30/2013 | Freddie Mac 2013 Q3 Form 10-Q |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2023

Nicholas Satriano (Jul 23, 2023 19:13 EDT)

Nicholas Satriano