# EXHIBIT G

```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3   FAIRHOLME FUNDS, INC., et al.,   .
                                      .
 4           Plaintiffs,              .
                                      .  Case Number 13-cv-1053
 5       vs.                          .
                                      .
 6   FEDERAL HOUSING FINANCE AGENCY,  .
     et al.,                          .
 7                                    .
             Defendants.              .
 8   - - - - - - - - - - - - - - - -
     In re FANNIE MAE/FREDDIE MAC     .  Case Number 13-mc-1288
 9   SENIOR PREFERRED STOCK PURCHASE  .
     AGREEMENT CLASS ACTION           .  Washington, D.C.
10   LITIGATIONS.                     .  October 28, 2022
     - - - - - - - - - - - - - - - -    10:09 a.m.
11

12              TRANSCRIPT OF JURY TRIAL, MORNING SESSION
                 BEFORE THE HONORABLE ROYCE C. LAMBERTH
13                    UNITED STATES DISTRICT JUDGE

14   APPEARANCES:

15   For Berkley Plaintiffs:     BRIAN BARNES, ESQ.
                                 Cooper & Kirk, PLLC
16                               1523 New Hampshire Avenue Northwest
                                 Washington, D.C. 20036
17
     For Class Plaintiffs:       LEE RUDY, ESQ.
18                               ERIC ZAGAR, ESQ.
                                 Kessler Topaz Meltzer & Check, LLP
19                               280 King of Prussia Road
                                 Radnor, Pennsylvania 19087
20
                                 HAMISH HUME, ESQ.
21                               SAMUEL KAPLAN, ESQ.
                                 KENYA DAVIS, ESQ.
22                               Boies Schiller Flexner LLP
                                 1401 New York Avenue Northwest
23                               Washington, D.C. 20005

24

25                        -- continued --
```

```
 1    the Government Accountability Office, and I worked in an area
 2    covering financial markets and financial institutions.
 3    Q.   And then you eventually joined OFHEO, the predecessor of
 4    FHFA?
 5    A.   Right, with some other moves in between.
 6    Q.   And so you spent most of your career at FHFA; is that
 7    right?
 8    A.   That's right.
 9    Q.   And can you tell the jury briefly what is -- what do you do
10    as FHFA's chief accountant?
11    A.   Okay.  So FHFA, as you may have heard already, is a
12    regulatory agency which oversees the secondary mortgage market,
13    which primarily includes Fannie Mae, Freddie Mac, and the
14    federal home loan banks.
15         My role is to run the Office of the Chief Accountant.  We
16    do that by issuing accounting- and auditing-related guidance to
17    our regulated entities, Fannie and Freddie.  The primary areas
18    where we spend the most of our time in the accounting office is
19    looking at accounting policy, how management records and decides
20    how to record transactions.
21         We also look at financial disclosures.  I will assume
22    you've heard a lot about the SEC filings the last week.  So
23    that's the things -- those are the kinds of documents we spent a
24    lot of time reviewing and commenting on to ensure completeness
25    and transparency.
```