# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion *in Limine* to Admit Enterprise SEC Filings and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Defendant's Motion *in Limine* to Admit Enterprise SEC Filings is **DENIED.**

It is further **ORDERED** that the SEC filings are excluded and shall not be admitted as evidence in the trial.

It is further **ORDERED** that Defendants are precluded from discussing and/or displaying SEC filings during their opening statement.

Dated: _____                    BY THE COURT:

_____
Royce C. Lamberth
United States District Judge