# Exhibit B


# Office of Systemic Risk and Market Surveillance

## Capital Markets Weekly – 8/19/2012

Robert F. Hynes

Treasuries extended their retreat as hopeful news from Europe dimmed the safety bid. The 10YR Note closed out the week above 1.80% for the first time since May and the 3YR Note's closing yield on Thursday (0.4248%) was the highest since April 12th. On Friday GSE debt had its biggest one-day tightening since 2008 after the Treasury Department announced plans to accelerate the wind-down of Fannie Mae and Freddie Mac, instantaneously making outstanding issues more valuable given the prospect of less forward supply. MBS spreads had a more muted reaction.

### Spread Monitor

GSE Spreads to Treasuries (in basis points)      GSE Yields to Maturity

|  | 2yr | 3yr | 5yr* | 10yr | 30yr | 2yr | 3yr | 5yr | 10yr | 30yr |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2012 | 0.5 | 6.9 | 23.0 | 28.1 | 22.1 | 0.27 | 0.44 | 0.94 | 1.94 | 2.97 |
| 08/13/2012 | 0.5 | 5.8 | 22.5 | 27.6 | 21.5 | 0.27 | 0.43 | 0.93 | 1.94 | 2.97 |
| 08/14/2012 | 1.3 | 7.6 | 21.0 | 26.6 | 19.6 | 0.29 | 0.47 | 0.96 | 2.00 | 3.03 |
| 08/15/2012 | 0.6 | 6.1 | 21.2 | 25.9 | 18.7 | 0.29 | 0.48 | 1.01 | 2.08 | 3.11 |
| 08/16/2012 | 0.7 | 7.1 | 21.0 | 26.3 | 20.7 | 0.30 | 0.50 | 1.03 | 2.10 | 3.16 |
| 08/17/2012 | 0.5 | 4.5 | 16.1 | 17.7 | 9.5 | 0.29 | 0.46 | 0.96 | 1.99 | 3.03 |
| 1-week Chg | 0.0 | -2.4 | -6.9 | -10.4 | -12.6 | +2.0 | +2.0 | +2.0 | +5.0 | +6.0 |

*Transitioned to FNMA 0.875% 8/28/2017 as reference security for 5-year agency.

### Highlights

- Treasury yields rose to highest levels since April/May on continued optimism on Europe.
- GSE debt spreads gapped tighter after Treasury Department announcement sparked buying.
- MBS spreads widened early in the week before narrowing Friday, but performance lagged debt action.
- Fannie Mae priced a $4B Benchmark Note +12.0 bps/Tsy that tightened to +6.3/Tsy on Friday.



GSE Spreads vs Libor — GSE spreads gapped tighter on Friday after the Treasury Department's announcement (2 wks. ago, 8/17/2012, 2 mos. ago; 2yr, 3yr, 5yr)

Sources: Bloomberg, FINRA TRACE (Trade Reporting and Compliance Engine) data, Fidelity Capital Markets

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0320333

# Market Drivers

- ➢ Treasuries will continue to be pressured if domestic data prints better than expectations.
- ➢ GSE debt spreads should stay tight given diminished forward supply on faster wind-down plans.
- ➢ Agency MBS spreads may not tighten as much as debt due to other inputs in valuations.
- ➢ FHLBanks has the option to price a Global Bond.

Chart of the Week – Last Call…Concern About Future Supply of GSE Debt Sparked Friday's Spread Collapse

Friday's grab-a-thon for agency debt was reminiscent of the dramatic tightening that occurred in late 2008 after the Fed announced it would be purchasing agency debt and MBS in the open market in what has since come to be known as QE1. This time around the tightening was caused by the Treasury Department's announcement that it would accelerate the wind-down of the Enterprises. For agency debt investors that points to fewer remaining new issues since the lifespan of Fannie/Freddie just got shorter.



Agency spreads have been tightening all year due to investors designating them as safe asset cohorts to Treasuries but the prospect of fewer years of new issues remaining served as a "last call" of sorts, particularly for longer maturities that may not be tapped again. The Freddie Mac 10YR Reference Note (FHLMC 2.375% 1/13/2022) warrants special since its closing quote on Friday left it 35 bps tighter than where it was priced in January, but all issues benefited to varying degrees. The "legacy 30YR" Freddie Mac 6.25% 7/15/2032 that rarely trade (issues with dollar prices of 149-00 tend to lose liquidity) saw round lots taken down 11 bps tighter than the previous day, with a yield only 6 bps over the reference 30YR Bond. Expect price talk for any future agency debentures to be commensurately tighter.

### The Week Ahead

Treasuries could get hit again tonight (Sunday) following a *Der Spiegel* report that the ECB may look to "cap" sovereign bond yields with open-ended purchases, but there is another story circulating that Germany is balking at extending austerity targets for Greece, which could revive the "safe" asset rally. We will have an update in our Monday morning report.

| | |
|---|---|
| Message | |
| From: | Hynes, Robert [/O=FHFA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNESR] |
| Sent: | 8/19/2012 11:24:48 PM |
| To: | !DER All Staff [!derallstaff@fhfa.gov]; !DHMG Office of Systemic Risk and Market Surveillance [osrms@fhfa.gov]; Depfer, James [james.depfer@fhfa.gov]; McKenzie, Joseph A. [joseph.mckenzie@fhfa.gov]; Prendergast, Joseph [joseph.prendergast@fhfa.gov]; Sacco, George [george.sacco@fhfa.gov]; !OFA [!ofa@fhfa.gov]; Ashley, Timothy [timothy.ashley@fhfa.gov]; Barnes, Kenneth [kenneth.barnes@fhfa.gov]; Bartholomew, Alexandra (Intern) [alexandra.bartholomew@fhfa.gov]; Beard, Michael [michael.beard@fhfa.gov]; Bell, James [james.bell@fhfa.gov]; Bravenec, Bill [bill.bravenec@fhfa.gov]; Breitkopf, Mendy [mendy.breitkopf@fhfa.gov]; Burns, Meg [meg.burns@fhfa.gov]; Callahan, Jim [jim.callahan@fhfa.gov]; Campbell, Linda [linda.campbell@fhfa.gov]; Christopher Poor [christopher.poor@fhfaoig.gov]; Chu, Sai-Cheong [sai-cheong.chu@fhfa.gov]; Collender, Robert [robert.collender@fhfa.gov]; Cross, Stephen [stephen.cross@fhfa.gov]; DeMarco, Edward [edward.demarco@fhfa.gov]; Dickerson, Chris [chris.dickerson@fhfa.gov]; Dickey, Jerimiah (Intern) [jerimiah.dickey@fhfa.gov]; DiVenti, Theresa [theresa.diventi@fhfa.gov]; Duarte, Ricardo [ricardo.duarte@fhfa.gov]; Dunsky, Robert [robert.dunsky@fhfa.gov]; Freimuth, David [david.freimuth@fhfa.gov]; Galeano, Andre D. [andre.galeano@fhfa.gov]; Galloway, Chris [chris.galloway@fhfa.gov]; Graham, Fred C. [fred.graham@fhfa.gov]; Greenlee, Jon [jon.greenlee@fhfa.gov]; Gubich, Denise [denise.gubich@fhfa.gov]; Hemphill, James M [mike.hemphill@fhfa.gov]; Steven Henderson-White [steven.henderson@fhfaoig.gov]; Holmes, Ira [ira.holmes@fhfa.gov]; Hornsby, Richard [rick.hornsby@fhfa.gov]; Kane, Michael [michael.kane@fhfa.gov]; Koon, Jon [jon.koon@fhfa.gov]; Kornstein, Randi [randi.kornstein@fhfa.gov]; Kvartunas, Deirdre [deirdre.kvartunas@fhfa.gov]; Lawler, Patrick [patrick.lawler@fhfa.gov]; Lee, Timothy [timothy.lee@fhfa.gov]; Levine, Martin [martin.levine@fhfa.gov]; Levinson, Masha [masha.levinson@fhfa.gov]; Linick, Steve [steve.linick@fhfa.gov]; Martin, Bradford [bradford.martin@fhfa.gov]; McNicholas, John [john.mcnicholas@fhfa.gov]; McWilliams, Bruce [bruce.mcwilliams@fhfa.gov]; Millman, Phillip [phillip.millman@fhfa.gov]; Newell, Jamie [jamie.newell@fhfa.gov]; Pafenberg, Forrest [forrest.pafenberg@fhfa.gov]; Patrabansh, Saty [saty.patrabansh@fhfa.gov]; Peden, Sheila [sheila.peden@fhfa.gov]; Petrillo, Guy [guy.petrillo@fhfa.gov]; Phelps, Jack [jack.phelps@fhfa.gov]; Phillips, Wesley [wesley.phillips@fhfa.gov]; Pocsik, Peter [peter.pocsik@fhfa.gov]; Rhinesmith, Alan [alan.rhinesmith@fhfa.gov]; Rizopoulos, Doreen [doreen.rizopoulos@fhfa.gov]; Roberts, Peter [peter.roberts@fhfa.gov]; Sar, Prasant [prasant.sar@fhfa.gov]; Seide, David [david.seide@fhfa.gov]; Sharpley, Christopher [christopher.sharpley@fhfa.gov]; Silva, Stacey [stacey.silva@fhfa.gov]; Smith, Stephen [stephen.smith@fhfa.gov]; Stewart, Randal [randal.stewart@fhfa.gov]; Taylor, Mary Ellen [maryellen.taylor@fhfa.gov]; Tirinnanzi, Martha [martha.tirinnanzi@fhfa.gov]; Ugoletti, Mario [mario.ugoletti@fhfa.gov]; Walter, Karen [karen.walter@fhfa.gov]; Wisz, Gerald [gerald.wisz@fhfa.gov]; Heath Wolfe [heath.wolfe@fhfaoig.gov]; Woody, Adam (Brock) [adam.woody@fhfa.gov]; Wu, Simon [simon.wu@fhfa.gov]; Youmans, Russell [russell.youmans@fhfa.gov]; Zhang, Min [min.zhang@fhfa.gov] |
| Subject: | Capital Markets Weekly from the Office of Systemic Risk and Market Surveillance |
| Attachments: | Capital Markets Weekly-187 08192012.pdf |

Attached is this week's edition of Capital Markets Weekly.

### The Week Ahead

*Treasuries could get hit again tonight (Sunday) following a Der Spiegel report that the ECB may look to "cap" sovereign bond yields with open-ended purchases, but there is another story circulating that Germany is balking at extending austerity targets for Greece, which could revive the "safe" asset rally. We will have an update in our Monday morning report.*

### Chart of the Week – Last Call…Concern About Future Supply of GSE Debt Sparked Friday's Spread Collapse

Protected Information To Be Disclosed Only In Accordance With Protective Order        FHFA-DDC-0320331

| Spreads (bps) | **2yr** | **3yr** | **5yr** | **10yr** | **30yr** |
|---|---|---|---|---|---|
| 8/16/2012 | 0.7 | 7.1 | 21.0 | 26.3 | 20.7 |
| 8/17/2012 | 0.5 | 4.5 | 16.1 | 17.7 | 9.5 |
| 1-Day Change (more inside report) | **-0.2** | **-2.6** | **-4.9** | **-8.6** | **-11.2** |




Bob Hynes
*Robert F. Hynes, Jr.*
Principal Financial Analyst – Capital Markets
Office of Systemic Risk and Market Surveillance
Federal Housing Finance Agency
202-834-3798 (office)
781-635-6144 (mobile)
Robert.Hynes@fhfa.gov

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0320332