## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BERKLEY INSURANCE CO., *et al.*,

        Plaintiffs,

    v.

FEDERAL HOUSING FINANCE
AGENCY, *et al.*,

        Defendants.

Case No. 1:13-cv-1053-RCL

In re Fannie Mae/Freddie Mac Senior
Preferred Stock Purchase Agreement Class
Action Litigations

_____

This document relates to:
ALL CASES

Case No. 1:13-mc-1288-RCL

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Replace the Words "Third Amendment" with the Words "Net Worth Sweep" in Questions 1 and 2 of Verdict Form ("Plaintiffs' Motion"), Defendants' opposition, and any reply thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.

Dated: _____

_____
ROYCE C. LAMBERTH
United States District Judge