# EXHIBIT C



# Deferred Tax Asset Valuation Allowance Analysis

Briefing for the Acting Director

February 21, 2013

(with corrections to pg 3 made 2/22/2013)

*Contains Confidential Non-public Information*                                1

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-

EXHIBIT 0023

## Fannie vs. Freddie



**Fannie Mae**

- FNM conclusion – More likely than not the DTA will be realized.

- Analysis based upon the weight of positive and negative factors.

- Biggest difference with FRE is that FNM says:
    - Taxable income in 4th quarter of 2012
    - They believe it is likely they will realize DTA prior to any GSE reform – within 5 years.

**Freddie Mac**

- FRE conclusion – Not more likely than not the DTA will be realized.

- Analysis based upon the weight of positive and negative factors.

- Biggest differences with FNM is that FRE says:
    - Expect taxable income in 2013
    - They cannot predict if there will be substantial GSE reform;
    - They expect a change in corporate structure which may preclude the use of the NOLs.
    - Longer time horizon to realize: ~<5 years FNM; ~<10 years FRE.

*Contains Confidential Non-public Information* 2

**Redacted**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0301365

# Statistical Comparison
(Unless otherwise noted, figures are as of 12/31/2012.)



**Fannie Mae**
- DTA - $59B
- DTA reserve – $59B
- NOL carry forward - $8.2B
- Estimated time to utilize - ~2 years
- Taxable income:
  - 2010    ($8.1B)
  - 2011    ($7.3B)
  - 2012    $10.5B
  - 2013    $4.8B (projected)
  - 2014    $4.9B (projected)
  - 2015    $7.3B (projected)
  - 2016    $5.7B (avg prior 3)
  - 2017    $6.0B (avg prior 3)

**Freddie Mac**
- DTA - $37.2B
- DTA reserve – $31.7B
- NOL carry forward – $33.9B
- Estimated time to utilize - <10 years
- Taxable income:
  - 2010    ($22.2B)
  - 2011    ($10.4B)
  - 2012    ($1.3B)
  - 2013    $5.5B (projected)
  - 2014    $2.3B (projected)
  - 2015    $2.9B (projected)
  - 2016    $3.8B (projected)
  - 2017    $2.7B (projected

*Contains Confidential Non-public Information*                                3

# Redacted

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0301366

## Strengths Cited by FNM



- New book income absent significant forecasted credit provisions is perhaps the strongest factor.
- Improving forecasts – increases in income above expectations.

> **Redacted**

- B of A uncertainty resolved.
- HPI continued improvement.

*Contains Confidential Non-public Information*  4

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0301367

# Issues & Way Forward



- 
- 
- 
- 
- 
- 
- 

**Redacted**

*Contains Confidential Non-public Information*　　　　　5

Protected Information To Be Disclosed Only In Accordance With Protective Order　　　　　FHFA-DDC-0301368

Uncertainties related to FNM deferred tax asset reserve analysis

**Redacted**

*Contains Confidential Non-public Information*   6

**Redacted**

Protected Information To Be Disclosed Only In Accordance With Protective Order    FHFA-DDC-0301369

# Use of Forecasts by FNM for DTA reserve release analysis



- From ACS 740:

    - To the extent that evidence about one or more sources of taxable income is sufficient to eliminate any need for a valuation allowance, other sources need not be considered. Detailed forecasts, projections, or other types of analyses16 are unnecessary if expected future taxable income is more than sufficient to realize a tax benefit.

    - 16 The terms forecast and projection refer to any process by which available evidence is accumulated and evaluated for purposes of estimating whether future taxable income will be sufficient to realize a deferred tax asset. Judgment is necessary to determine how detailed or formalized that evaluation process should be. Furthermore, information about expected future taxable income is necessary only to the extent positive evidence available from other sources (refer to paragraph 21 ) is not sufficient to support a conclusion that a valuation allowance is not needed. This Statement does not require either a financial forecast or a financial projection within the meaning of those terms in the Statements on Standards for Accountants' Services on Prospective Financial Information issued by the Auditing Standards Board of the American Institute of Certified Public Accountants.

*Contains Confidential Non-public Information*                                                                  7

Protected Information To Be Disclosed Only In Accordance With Protective Order                                    FHFA-DDC-0301370

Items that FNM needs to address 

- **Redacted**

*Contains Confidential Non-public Information* 8

**Redacted**

## Some Technical Notes



- Business model, book quality and future prospects of FNM & FRE are positive.
- FRE's NOL is so large because it recognizes credit losses for tax purposes on loans purchased out of MBS trusts at the time of purchase, whereas FNM does not recognize a loss until charge off.
- Only significant risk to the NOL utilization - risk of being re-organized in a way which will preclude the use of the NOLs.
- In the long run, book income and taxable income are the same, except for permanent differences (e.g., interest on municipal bonds).

*Contains Confidential Non-public Information*     9

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0301372

# FRE DTA Disclosure in 2012 10-K



*Realizability of Deferred Tax Assets, Net: (P177-178)*

We determined that, as of September 30, 2008, it was more likely than not that we would not realize the portion of our net deferred tax assets that is dependent upon the generation of future taxable income. This determination was driven by the events and the resulting uncertainties as of that date. Those conditions continued to exist as of December 31, 2012. As a result, we continue to maintain a valuation allowance against these net deferred tax assets at December 31, 2012. It is possible that, in future periods, the uncertainties regarding our future operations and profitability could be resolved such that it could become more likely than not that these net deferred tax assets would be realized due to the generation of sufficient taxable income. If that were to occur, we would assess the need for a reduction of the valuation allowance, which could have a material effect on our financial position and results of operations in the period of the reduction.

Also, we determined that a valuation allowance is not necessary for the portion of our net deferred tax assets that is dependent upon our intent and ability to hold available-for-sale debt securities until the recovery of any temporary unrealized losses. These temporary unrealized losses have only impacted AOCI, not income from continuing operations or our taxable income, nor will they impact income from continuing operations or taxable income if they are held to maturity. As such, the realization of this deferred tax asset is not dependent upon the generation of sufficient taxable income but rather on our intent and ability to hold these securities until recovery of these unrealized losses, which may be at maturity. Our conclusion that these unrealized losses are temporary and that we have the intent and ability to hold these securities until recovery requires significant estimates, assumptions, and judgments, as described above in "Impairment Recognition on Investments in Securities." Any changes in these estimates, assumptions, or judgments in future periods may result in the recognition of an other-than-temporary impairment, which would result in some of this deferred tax asset not being realized and may have a material effect on our financial position and results of operations.

*Contains Confidential Non-public Information*                10

Protected Information To Be Disclosed Only In Accordance With Protective Order        FHFA-DDC-0301373