UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |
| This document relates to: <br> ALL CASES | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Curative Instruction, and any opposition thereto, and for the reasons stated in Plaintiffs' motion, it is hereby,

**ORDERED** that Plaintiffs' motion is **GRANTED.**

Dated: _____                                BY THE COURT:

                                                                                 _____
                                                                                 Royce C. Lamberth,
                                                                                 United States District Judge