# EXHIBIT A

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:04 - 5:11 | **Cacciapalle, Joseph 2021-01-28** | 00:00:35 | Cacciapalle_New.1 |
| | 5:04  THE VIDEOGRAPHER:  Good morning.  We're going | | |
| | 5:05  on the record at 9:30 a.m. on January 28, 2021.  This | | |
| | 5:06  is media unit one of the remote recorded deposition of | | |
| | 5:07  Mr. Joseph Cacciapalle in the matter of in re Fannie | | |
| | 5:08  Mae, Freddie Mac Senior Preferred Stock Purchase | | |
| | 5:09  Agreement, Class Action Litigation, filed in the | | |
| | 5:10  United States District Court, District of Columbia, | | |
| | 5:11  Case No. 13-MC-1288 RCO. | | |
| 9:04 - 9:07 | **Cacciapalle, Joseph 2021-01-28** | 00:00:11 | Cacciapalle_New.2 |
| | 9:04  Q.  Please state your full name and address for | | |
| | 9:05  the record. | | |
| | 9:06  A.  Joseph Cacciapalle.  100 Glenbrook Road, | | |
| | 9:07  Freehold Township, New Jersey. | | |
| 9:08 - 9:16 | **Cacciapalle, Joseph 2021-01-28** | 00:00:34 | Cacciapalle_New.3 |
| | 9:08  Q.  Mr. Cacciapalle, give me a background of your | | |
| | 9:09  education after high school, please. | | |
| | 9:10  A.  I attended Lawrence Tech for one year, and | | |
| | 9:11  after that I started working for Merrill Lynch.  And I | | |
| | 9:12  went to night school, Allen Park Junior College for a | | |
| | 9:13  while.  Years later I came to New York, and I went to | | |
| | 9:14  Pace University, a couple of courses through Merrill | | |
| | 9:15  Lynch.  All together I may have two years' worth of | | |
| | 9:16  college credits. | | |
| 10:13 - 11:20 | **Cacciapalle, Joseph 2021-01-28** | 00:02:17 | Cacciapalle_New.4 |
| | 10:13  Q.  Walk me through your professional career | | |
| | 10:14  please, again, after high school, what jobs you've | | |
| | 10:15  had. | | |
| | 10:16  A.  Let's see.  After high school I probably -- I | | |
| | 10:17  worked in a couple of supermarkets, stock boy or | | |
| | 10:18  something like that.  I went to work for Merrill Lynch | | |
| | 10:19  in 1961.  I stayed there for about five years.  I got | | |
| | 10:20  accepted into a training program.  I came to New York. | | |
| | 10:21  I think it was '66.  I was dropped out of the program | | |
| | 10:22  to be assigned immediately to Grand Rapids, Michigan. | | |
| | 11:01  I spent a couple years in Grand Rapids. | | |
| | 11:02  I left there in, I think, 1968.  Transferred | | |
| | 11:03  to New York to assist in a training department.  I | | |
| | 11:04  spent a couple years working in training.  Then I | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 11:05 | transferred over. I had the -- we had a group called | | |
| | 11:06 | the operations service handlers. Basically they went | | |
| | 11:07 | around to all the offices and audited them to see -- | | |
| | 11:08 | to make sure they were doing things properly. | | |
| | 11:09 | After that, I was assigned to Rockefeller | | |
| | 11:10 | Center office. I was in Rockefeller Center for about | | |
| | 11:11 | five years. After that I think I worked on a couple | | |
| | 11:12 | projects in the home office. One was -- Merrill Lynch | | |
| | 11:13 | was considering -- they were toying with the idea of | | |
| | 11:14 | maybe having a discount brokerage firm, and I was | | |
| | 11:15 | involved with helping to create that. It never went | | |
| | 11:16 | anywhere. It was started, but it never went anywhere. | | |
| | 11:17 | I believe after that I went to -- I think I | | |
| | 11:18 | transferred to the marketing division. And basically | | |
| | 11:19 | that's where I wound up for the rest of my career with | | |
| | 11:20 | getting involved with operational matters. | | |
| 12:18 - 13:02 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:25 | Cacciapalle_New.5 |
| | 12:18 | Q. Okay. Let me just go back and make sure I | | |
| | 12:19 | follow this. So in 1961 you started at Merrill Lynch. | | |
| | 12:20 | What type of job was that? | | |
| | 12:21 | A. Well, probably the lowest thing you could | | |
| | 12:22 | become. I was a runner. In the old days you had | | |
| | 13:01 | ticker tapes. I took care of the ticker tape. | | |
| | 13:02 | Duplication. Take care of -- stuff like that. | | |
| 12:01 - 12:08 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:24 | Cacciapalle_New.6 |
| | 12:01 | Q. Okay. Thank you, sir. Did you spend your | | |
| | 12:02 | entire career at Merrill Lynch? | | |
| | 12:03 | A. Yes. | | |
| | 12:04 | Q. When did you leave Merrill Lynch? | | |
| | 12:05 | A. I can't remember. I think it was October of | | |
| | 12:06 | 2000. They were downsizing and moving people to | | |
| | 12:07 | different parts of the country. I was one of the | | |
| | 12:08 | people that was downsized. | | |
| 31:03 - 31:14 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:51 | Cacciapalle_New.7 |
| | 31:03 | Q. Describe for me, just generally, your | | |
| | 31:04 | investment activities and broadly. I know you -- | | |
| | 31:05 | obviously you bought some Fannie Mae and Freddie Mac | | |
| | 31:06 | securities, but more broadly, what are your investment | | |
| | 31:07 | activities? | | |
| | 31:08 | A. I'm not a trader. I tend to buy something. | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:09 | | I'm a holder. I'm not in and out on stocks or bonds | | |
| | 31:10 | | or anything like that. When I bought the Freddie and | | |
| | 31:11 | | Fannie, I believe what made me look at them was I had | | |
| | 31:12 | | some bonds maturing and I wanted to replace them with | | |
| | 31:13 | | something that was -- that was paying dividends or | | |
| | 31:14 | | interest. | | |
| 31:15 - 31:16 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:09 | Cacciapalle_New.8 |
| | 31:15 | Q. | Do you work with a broker? | | |
| | 31:16 | A. | I did at -- yes, I do. I do, yes. | | |
| 32:01 - 32:18 | **Cacciapalle, Joseph 2021-01-28** | | | 00:01:01 | Cacciapalle_New.9 |
| | 32:01 | | I believe at the time she was with UBS, at | | |
| | 32:02 | | the time. | | |
| | 32:03 | | BY MR. BERGMAN: | | |
| | 32:04 | Q. | How long have you worked with her? | | |
| | 32:05 | A. | As long as -- a little longer than I've had | | |
| | 32:06 | | the -- I don't remember the exact year. 2006, | | |
| | 32:07 | | something like that. | | |
| | 32:08 | Q. | Is she an investment adviser? | | |
| | 32:09 | A. | Right. Yes. | | |
| | 32:10 | Q. | Does she manage your accounts? | | |
| | 32:11 | A. | She's the broker for it, yes. | | |
| | 32:12 | Q. | Does she have discretion over the accounts? | | |
| | 32:13 | | Can she make a trade for you without your specific | | |
| | 32:14 | | sign-off? | | |
| | 32:15 | A. | No. | | |
| | 32:16 | Q. | So describe for me the relationship in terms | | |
| | 32:17 | | of -- again, not focused yet on the Fannie Mae and | | |
| | 32:18 | | Freddie Mac, but generally what is your relationship | | |
| 32:19 - 33:05 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:36 | Cacciapalle_New.64 |
| | 32:19 | | in terms of deciding what kind of | | |
| | 32:20 | | investment to pursue and transactions to make? | | |
| | 32:21 | A. | I think all the years that I've been with | | |
| | 32:22 | | her -- excuse me -- she may have recommended three, | | |
| | 33:01 | | four, five times a recommendation. I maybe bought | | |
| | 33:02 | | something she recommended two or three times. I tend | | |
| | 33:03 | | to do my own stuff. And I don't -- I'll listen to | | |
| | 33:04 | | her, but I'm not necessarily buy or sell. I kind of | | |
| | 33:05 | | do my own thing. | | |
| 34:03 - 34:11 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:44 | Cacciapalle_New. |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 34:03 | Q. | What are the sources that you rely upon | | 10 |
| | 34:04 | | generally when making a decision about an investment? | | |
| | 34:05 | A. | I might get an idea just by something in a | | |
| | 34:06 | | newspaper or something on television.  I tend to use | | |
| | 34:07 | | Morningstar a lot because most of my investments are | | |
| | 34:08 | | going to be in mutual funds.  I have a few stocks, but | | |
| | 34:09 | | like I said, I don't necessarily go looking for stuff. | | |
| | 34:10 | | I maybe see something and I do a little checking in | | |
| | 34:11 | | and then I decide not to or I will, I will or I won't. | | |
| 36:16 - 36:21 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:32 | Cacciapalle_New.11 |
| | 36:16 | Q. | And besides Morningstar, what are the other | | |
| | 36:17 | | major sources of information you rely upon for | | |
| | 36:18 | | investing? | | |
| | 36:19 | A. | Oh, I might scan something on Ameriprise's | | |
| | 36:20 | | site.  I might just check a little bit in the | | |
| | 36:21 | | newspaper.  That's about it really. | | |
| 38:08 - 38:10<br>🔗 P346.1 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:05 | Cacciapalle_New.12 |
| | 38:08 | | MR. BERGMAN:  Mac, can you pull this up for | | |
| | 38:09 | | the group and we'll introduce this as Cacciapalle | | |
| | 38:10 | | Exhibit 1. | | |
| 38:20 - 39:01 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:14 | Cacciapalle_New.13 |
| | 38:20 | Q. | Mr. Cacciapalle, can you just, for | | |
| | 38:21 | | the record, identify what this document is? | | |
| | 38:22 | A. | These are copies of my trade confirmation | | |
| | 39:01 | | when I purchased the preferred shares. | | |
| 37:17 - 37:19 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:05 | Cacciapalle_New.63 |
| | 37:17 | Q. | Okay.  You purchased these shares and you | | |
| | 37:18 | | continue to hold them? | | |
| | 37:19 | A. | Yes, I do. | | |
| 39:02 - 39:09 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:41 | Cacciapalle_New.14 |
| | 39:02 | Q. | And just to confirm, these represent your | | |
| | 39:03 | | only trades, purchases or sales or anything in | | |
| | 39:04 | | securities issued by Fannie Mae and Freddie Mac? | | |
| | 39:05 | A. | Yes. | | |
| | 39:06 | Q. | Okay.  Let's walk through each of these | | |
| | 39:07 | | transactions, please.  We'll start on the first page. | | |
| | 39:08 | | Can you tell me -- am I right, this is a purchase of a | | |
| | 39:09 | | Fannie Mae preferred securities | | |
| 39:11 - 40:12 | **Cacciapalle, Joseph 2021-01-28** | | | 00:01:25 | Cacciapalle_New. |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 OLDP346.1.2 | 39:11 | A. | Yes. | | 65 |
| | 39:12 | Q. | Series S? | | |
| | 39:13 | A. | Right. | | |
| | 39:14 | Q. | Why did you make this purchase? | | |
| | 39:15 | A. | I don't recall which ones they were, but | | |
| | 39:16 | | basically I had bonds that were maturing.  And I | | |
| | 39:17 | | wanted to replace it with something that had a nice | | |
| | 39:18 | | dividend.  And if I recall correctly, these preferreds | | |
| | 39:19 | | were better than average in what they paid as a | | |
| | 39:20 | | dividend.  So I basically had something coming due and | | |
| | 39:21 | | I needed to reinvest it. | | |
| | 39:22 | Q. | How did you decide that this particular | | |
| | 40:01 | | security was the right one for you? | | |
| | 40:02 | A. | I think the reason I looked at it would have | | |
| | 40:03 | | been the dividend it was paying was a nice kind of | | |
| | 40:04 | | dividend, given what the current interest rates were, | | |
| | 40:05 | | I think, at the time.  When you think of Fannie and | | |
| | 40:06 | | Freddie Mac and stuff like that, you kind of think | | |
| | 40:07 | | this is -- it's government related.  So I thought, | | |
| | 40:08 | | well, it sounds safe.  It was basically a good yield, | | |
| | 40:09 | | so I'm going to buy it. | | |
| | 40:10 | Q. | Was this something you found -- | | |
| | 40:11 | A. | I believe also the rating on it was good, | | |
| | 40:12 | | Moody's rating. | | |
| 48:08 - 48:11 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:14 | Cacciapalle_New. |
| 🔗 OLDP346.2 | 48:08 | Q. | Let's turn to the next page of the | | 18 |
| | 48:09 | | exhibit, the page Bates stamped 002.  It looks like, | | |
| | 48:10 | | am I right, this is a purchase of Freddie Mac | | |
| 🔗 OLDP346.2.1 | 48:11 | | securities preferred stock? | | |
| 48:12 - 48:12 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:02 | Cacciapalle_New. |
| | 48:12 | A. | Yeah.  Okay. | | 19 |
| 48:13 - 49:18 | **Cacciapalle, Joseph 2021-01-28** | | | 00:01:35 | Cacciapalle_New. |
| | 48:13 | Q. | Same question.  How did it come about that | | 20 |
| | 48:14 | | you decided to make this purchase in Freddie Mac | | |
| | 48:15 | | preferred stock? | | |
| | 48:16 | A. | Again, I don't recall exactly, but I think in | | |
| | 48:17 | | all the cases I had bonds coming due, and I wanted to | | |
| | 48:18 | | reinvest the money. | | |
| | 48:19 | Q. | Okay.  Was this the first time you had | | |
| | 48:20 | | purchased preferred stock? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 48:21 | A. | Yes. | | |
| | 48:22 | Q. | And have you since purchased any preferred | | |
| | 49:01 | | stock? | | |
| | 49:02 | A. | No. | | |
| | 49:03 | Q. | What is your understanding of preferred stock | | |
| | 49:04 | | as distinct from common stock or bonds? | | |
| | 49:05 | A. | Common stock has preference in a lot of | | |
| | 49:06 | | matters, but I think the preferred had the preference | | |
| | 49:07 | | on the income, the profits. I believe this one was | | |
| | 49:08 | | not -- this one is -- what do you call it? It doesn't | | |
| | 49:09 | | accumulate. I think once it's done, past, you don't | | |
| | 49:10 | | go back and get it. | | |
| | 49:11 | Q. | Did you buy these securities on the secondary | | |
| | 49:12 | | market or at issuance? | | |
| | 49:13 | A. | New issue? | | |
| | 49:14 | Q. | Yeah, was it a new issue or did you buy it on | | |
| | 49:15 | | the secondary market? | | |
| | 49:16 | A. | No. I bought it on secondary. | | |
| | 49:17 | Q. | That's true for all of the purchases? | | |
| | 49:18 | A. | Yes. Right. | | |
| 50:06 - 50:08 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:08 | Cacciapalle_New.23 |
| | 50:06 | Q. | Is that correct? Was that the same process | | |
| | 50:07 | | and reasoning again? | | |
| ❌ Clear | 50:08 | A. | Right. Yes, same. | | |
| 53:08 - 53:19 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:37 | Cacciapalle_New.26 |
| | 53:08 | Q. | When did you first learn that the government | | |
| | 53:09 | | was considering putting Fannie Mae and Freddie Mac in | | |
| | 53:10 | | conservatorship? | | |
| | 53:11 | A. | I don't recall when. | | |
| | 53:12 | Q. | Did you hear about the possibility of | | |
| | 53:13 | | conservatorship before it happened? | | |
| | 53:14 | A. | No. | | |
| | 53:15 | Q. | Okay. So it was -- when conservatorship was | | |
| | 53:16 | | announced publicly, is that, to the best of your | | |
| | 53:17 | | recollection, when you understood that it was | | |
| | 53:18 | | happening? | | |
| | 53:19 | A. | Yes. | | |
| 53:20 - 54:05 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:30 | Cacciapalle_New.27 |
| | 53:20 | Q. | And what was your reaction to the | | |
| | 53:21 | | conservator? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 53:22 | A. | Well, I just -- it sounded like it was | | |
| | 54:01 | | probably a necessary thing to do, if for no other | | |
| | 54:02 | | reason than to keep the public and keep the nation, | | |
| | 54:03 | | keep everybody kind of, you know, mellow them down a | | |
| | 54:04 | | little bit.  I don't think probably in the beginning I | | |
| | 54:05 | | had any problem with it. | | |
| 54:06 - 54:08 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:11 | Cacciapalle_New.28 |
| | 54:06 | Q. | Okay.  But you understood that once the | | |
| | 54:07 | | conservator was appointed, your own holdings were | | |
| | 54:08 | | worthless; right? | | |
| 54:11 - 54:18 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:30 | Cacciapalle_New.29 |
| | 54:11 | | THE WITNESS:  That was my feeling, that they | | |
| | 54:12 | | were worthless.  I didn't immediately think that, but | | |
| | 54:13 | | not too long after I did.  I think I read somewhere | | |
| | 54:14 | | where, you know, even though this was happening, that | | |
| | 54:15 | | they allowed the common -- you know preferred | | |
| | 54:16 | | shareholders to exist, to continue to exist.  I | | |
| | 54:17 | | couldn't understand that, but -- I couldn't figure it | | |
| | 54:18 | | out. | | |
| 54:21 - 55:05 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:26 | Cacciapalle_New.30 |
| | 54:21 | | Do you recall, in September 2008 when the | | |
| | 54:22 | | conservator was appointed, making any efforts to | | |
| | 55:01 | | understand how the conservator intended to operate the | | |
| | 55:02 | | enterprises going forward? | | |
| | 55:03 | A. | No.  I didn't really go very deep into it.  I | | |
| | 55:04 | | just understood that the conservator was basically | | |
| | 55:05 | | going to take charge of management. | | |
| 55:06 - 55:09 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:12 | Cacciapalle_New.31 |
| | 55:06 | Q. | Okay.  Is it fair to say your attitude at | | |
| | 55:07 | | that time was sort of, this is a loss, I'm not going | | |
| | 55:08 | | to sell it, but I'm washing my hands of it; is that | | |
| | 55:09 | | correct? | | |
| 55:12 - 55:17 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:28 | Cacciapalle_New.32 |
| | 55:12 | | THE WITNESS:  No, I -- it just -- it was too | | |
| | 55:13 | | new.  You had to give time for it to all play-out, I | | |
| | 55:14 | | think.  I understood what had to be done at the time, | | |
| | 55:15 | | I think.  Although I, in my mind, considered it a | | |
| | 55:16 | | loss, I was still hoping for the best in the future. | | |
| | 55:17 | | And that's probably all I thought about at the time. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:15 - 58:17 | **Cacciapalle, Joseph 2021-01-28** | 00:00:10 | Cacciapalle_New.34 |
| | 58:15  Q.  Did you make a point of reading press | | |
| | 58:16       coverage of the conservatorships? | | |
| | 58:17  A.  Not really, no. | | |
| 50:09 - 50:17 | **Cacciapalle, Joseph 2021-01-28** | 00:00:37 | Cacciapalle_New.66 |
| | 50:09  Q.  Did you do anything in June 2008 to try to | | |
| | 50:10       better understand the financial condition of Fannie | | |
| | 50:11       Mae at that time? | | |
| | 50:12  A.  No, not really.  I mean, I kind of understood | | |
| | 50:13       the idea of why a conservator was necessary given what | | |
| | 50:14       was going on in the world at the time, to add | | |
| | 50:15       stability or security to people's mind.  That was | | |
| | 50:16       probably the only thing I thought of.  I didn't go any | | |
| | 50:17       deeper than that. | | |
| 44:10 - 44:14 | **Cacciapalle, Joseph 2021-01-28** | 00:00:17 | Cacciapalle_New.67 |
| | 44:10  Q.  Okay.  Did you read up on the conservator and | | |
| | 44:11       what the conservator's practices were intended to be | | |
| | 44:12       and the appointment of the conservator and the like? | | |
| | 44:13       Did you read up on that at the time? | | |
| | 44:14  A.  I don't think so, no. | | |
| 47:05 - 48:07 | **Cacciapalle, Joseph 2021-01-28** | 00:01:38 | Cacciapalle_New.68 |
| | 47:05  Q.  Do you know anything about the terms | | |
| | 47:06       governing Treasury's purchase of preferred stock in | | |
| | 47:07       the enterprises? | | |
| | 47:08  A.  They gave them the money.  They gave them | | |
| | 47:09       stock.  I believe -- as they needed more money, the | | |
| | 47:10       Treasury was going to give it to them to keep them | | |
| | 47:11       solvent.  That's about it. | | |
| | 47:12  Q.  Okay.  How did you develop that | | |
| | 47:13       understanding? | | |
| | 47:14  A.  Probably from some of the material Kessler | | |
| | 47:15       sent me, but that was -- at the time -- that's about | | |
| | 47:16       it.  I really don't recall how I got into them, you | | |
| | 47:17       know, studying all this.  I didn't get into a lot of | | |
| | 47:18       detail about this stuff. | | |
| | 47:19  Q.  Okay.  And so is it fair to say that much of | | |
| | 47:20       what you learned was either after the lawsuit was | | |
| | 47:21       filed or in contemplation of joining the lawsuit; is | | |
| | 47:22       that right? | | |
| | 48:01  A.  Yes. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 48:02 | Q. And before the lawsuit you were not following | | |
| | 48:03 | closely what was happening with the enterprises or its | | |
| | 48:04 | financial arrangements with Treasury; is that correct? | | |
| | 48:05 | A. No. I wasn't following up on the detail. I | | |
| | 48:06 | was just trying to find somebody who understood that | | |
| | 48:07 | there was a problem. | | |
| 58:19 - 58:22 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:14 | Cacciapalle_New.35 |
| | 58:19 | You did not read the | | |
| | 58:20 | preferred -- Senior Preferred Stock Agreement between | | |
| | 58:21 | Treasury and FHFA and the enterprises; correct? | | |
| | 58:22 | A. No, I never did. No. | | |
| 92:11 - 92:18 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:28 | Cacciapalle_New.69 |
| | 92:11 | Q. Mr. Cacciapalle, do you believe that you have | | |
| | 92:12 | been harmed by the third amendment to the Senior | | |
| | 92:13 | Preferred Stock Purchase Agreement? | | |
| | 92:14 | A. Yes, I do. | | |
| | 92:15 | Q. What do you believe is the harm you have | | |
| | 92:16 | suffered? | | |
| | 92:17 | A. I bought a security from someone who was | | |
| | 92:18 | receiving an A-plus percent dividend. | | |
| 92:20 - 92:21 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:07 | Cacciapalle_New.70 |
| | 92:20 | And it appears that the amendment has | | |
| | 92:21 | pretty much taken all that away. | | |

| | |
|---|---|
| Our Designations | 00:19:09 |
| **TOTAL RUN TIME** | **00:19:09** |

Documents linked to video:
OLDP346
P346