# EXHIBIT C

# Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

Designation List Report

 **Ugoletti, Mario**                    **2015-05-15**

| | |
|---|---:|
| Our Designations | 00:12:01 |
| **TOTAL RUN TIME** | **00:12:01** |



**ID: Ugoletti_New**

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:02 | **Ugoletti, Mario 2015-05-15** | 00:00:08 | Ugoletti_New.1 |
| | 13:01    MARIO UGOLETTI, | | |
| | 13:02    having been first duly sworn, testified as follows: | | |
| 16:04 - 16:13 | **Ugoletti, Mario 2015-05-15** | 00:00:20 | Ugoletti_New.2 |
| | 16:04    All right. So let's start with your | | |
| | 16:05    educational background. Where did you go to college? | | |
| | 16:06    A.   Starting in undergraduate, I -- | | |
| | 16:07    Q.   Yes, sir. | | |
| | 16:08    A.   -- assume. | | |
| | 16:09    Yes, I went to undergraduate at Mercyhurst | | |
| | 16:10    College in Erie, Pennsylvania. | | |
| | 16:11    Q.   Okay. And what did you major in? | | |
| | 16:12    A.   My major was hotel/restaurant management | | |
| | 16:13    at that time. | | |
| 17:10 - 18:06 | **Ugoletti, Mario 2015-05-15** | 00:00:47 | Ugoletti_New.3 |
| | 17:10    Q.   Okay. Great. Then -- so and what year | | |
| | 17:11    did you graduate from college? | | |
| | 17:12    A.   1984. | | |
| | 17:13    Q.   Okay. And then when did you cease being a | | |
| | 17:14    golf pro? | | |
| | 17:15    A.   Well, after those two years in Ohio, it | | |
| | 17:16    sounds like a very exciting job and very fun job, but | | |
| | 17:17    I think when you're actually in the business, you -- | | |
| | 17:18    you realize that you work very long hours, you don't | | |
| | 17:19    play much golf, and it's not a very -- not that great | | |
| | 17:20    of a job. And so I kind of got tired of being a golf | | |
| | 17:21    professional and decided that, well, I think I need | | |
| | 17:22    to go back to school. | | |
| | 18:01    Q.   Okay. | | |
| | 18:02    A.   And somehow over that time period, I mean, | | |
| | 18:03    I got interested in economics. | | |
| | 18:04    Q.   Okay. | | |
| | 18:05    A.   And so I decided I wanted to go back to | | |
| | 18:06    school either for economics or an MBA. | | |
| 18:19 - 19:05 | **Ugoletti, Mario 2015-05-15** | 00:00:23 | Ugoletti_New.4 |
| | 18:19    A.   Accepted into Penn State's Master's Degree | | |
| | 18:20    program in Economics. I did quite well there for a | | |
| | 18:21    couple years, and they asked me, do you want to get a | | |
| | 18:22    Ph.D., I'm like, do you want to join the Ph.D. | | |

Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:01    program. I said, Well, if you guys can find some | | |
| | 19:02    funding, get me in the Ph.D. program, I'll gladly | | |
| | 19:03    try, so they got -- put me on a stipend, and I ended | | |
| | 19:04    up getting a Ph.D. from Penn State in 1995 in | | |
| | 19:05    Economics. | | |
| 20:13 - 20:21 | **Ugoletti, Mario 2015-05-15** | 00:00:10 | Ugoletti_New.5 |
| | 20:13  Q.  Okay. Now, when you got your Ph.D. from | | |
| | 20:14    Penn State, then you went to work at the Treasury | | |
| | 20:15    Department -- | | |
| | 20:16  A.  I did -- | | |
| | 20:17  Q.  -- is that right? | | |
| | 20:18  A.  -- yeah. | | |
| | 20:19  Q.  And what was your job title when you got | | |
| | 20:20    there? | | |
| | 20:21  A.  Financial economist. | | |
| 26:18 - 26:20 | **Ugoletti, Mario 2015-05-15** | 00:00:06 | Ugoletti_New.6 |
| | 26:18  Q.  All right. So what -- and you stayed at | | |
| | 26:19    Treasury until 2009; is that right? | | |
| | 26:20  A.  I did. | | |
| 31:07 - 33:13 | **Ugoletti, Mario 2015-05-15** | 00:02:22 | Ugoletti_New.7 |
| | 31:07  Q.  Now, at some point, you switched over to | | |
| | 31:08    being an employee of FHFA; is that right? | | |
| | 31:09  A.  I did, yes. | | |
| | 31:10  Q.  And when was that? | | |
| | 31:11  A.  September of 2009. | | |
| | 31:12  Q.  Okay. Were you a detailee at any point | | |
| | 31:13    from Treasury to FHFA? | | |
| | 31:14  A.  It was the other way around. | | |
| | 31:15  Q.  Okay. | | |
| | 31:16  A.  So I became a full-time employee at FHFA | | |
| | 31:17    in September of 2009. Treasury requested that I | | |
| | 31:18    detail back initially for a six-month period, and | | |
| | 31:19    then that was extended. | | |
| | 31:20  Q.  Why did Treasury want you back for six | | |
| | 31:21    months? | | |
| | 31:22  A.  Well, I mean, at the time, so you have a | | |
| | 32:01    new administration that came in, well, about nine | | |
| | 32:02    months prior to that, I knew pretty much all the | | |
| | 32:03    people pretty well: you know, they had Secretary | | |
| | 32:04    Geithner; Neal Wolin, I worked with Neal Wolin back | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:05   in the Clinton administration; my direct report | | |
| | 32:06   Michael Barr, I worked with him back in the Clinton | | |
| | 32:07   administration; Lee Sachs was there somewhere as a | | |
| | 32:08   counselor, I worked with him in the Clinton | | |
| | 32:09   administration. So they all knew me quite well. I | | |
| | 32:10   think they valued my perspective and what I did, and | | |
| | 32:11   given that I did have really the historical knowledge | | |
| | 32:12   of 15, 16 years of Treasury policy and Treasury | | |
| | 32:13   what Treasury had been doing on this wide range of | | |
| | 32:14   issues, including the GS -- especially the GSE, that | | |
| | 32:15   they felt that it was a -- it would have been | | |
| | 32:16   difficult to just cut, cut it off immediately, so | | |
| | 32:17   they, they wanted me to help them out a little more. | | |
| | 32:18   BY MR. THOMPSON: | | |
| | 32:19   Q.  Okay. And sorry again for being ignorant, | | |
| | 32:20     I don't know how this works, but you're an FHFA | | |
| | 32:21     employee starting in September -- | | |
| | 32:22   A.  Yeah. | | |
| | 33:01   Q.  -- 2009, but do you go to work at the | | |
| | 33:02     Treasury Department if you're in -- | | |
| | 33:03   A.  I split my time. | | |
| | 33:04   Q.  Okay. | | |
| | 33:05   A.  Because we were actually -- it was much | | |
| | 33:06     easier then because our office was right on the other | | |
| | 33:07     side of the White House, so a half a day at Treasury | | |
| | 33:08     and a half a day at FHFA. | | |
| | 33:09   Q.  Okay. And how long did that last for? | | |
| | 33:10   A.  I said, it was six months, and then it was | | |
| | 33:11     extended, I think it was extended for another six | | |
| | 33:12     months, but it might have been shorter than that, I | | |
| | 33:13     don't recall, but there was another extension. | | |
| 37:06 - 37:09 | **Ugoletti, Mario 2015-05-15** | 00:00:10 | Ugoletti_New.8 |
| | 37:06   Q.  Now, while you were at Treasury, you | | |
| | 37:07     participated in the creation and imple- -- | | |
| | 37:08     implementation of the PSPAs; is that right? | | |
| | 37:09   A.  Yes. | | |
| 45:08 - 45:15 | **Ugoletti, Mario 2015-05-15** | 00:00:34 | Ugoletti_New.9 |
| | 45:08   Q.  Okay. And who was, on Treasury, who was | | |
| | 45:09     involved in working on the PSPAs? | | |
| | 45:10   A.  Well, of course, there were various people | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:11   involved. But I would say on a day-to-day basis, the | | |
| | 45:12   primary people involved in working on coming up with | | |
| | 45:13   the substance and then what became the actual PSPA | | |
| | 45:14   document would have been Dan Jester and Jeremiah | | |
| | 45:15   Norton and myself. | | |
| 55:04 - 56:04 | **Ugoletti, Mario 2015-05-15** | 00:00:47 | Ugoletti_New.10 |
| | 55:04   Q.   Let -- before we get to the others -- | | |
| | 55:05   A.   Yeah. | | |
| | 55:06   Q.   -- now, the payment-in-kind feature, | | |
| | 55:07        though, it would allow the companies to preserve | | |
| | 55:08        their funding commitment; is that right? | | |
| | 55:09        In a quarter in which they didn't make | | |
| | 55:10        enough to pay a cash dividend, if they decided to do | | |
| | 55:11        a payment in kind rather than a circular draw, they | | |
| | 55:12        maintained their funding commitment; isn't that | | |
| | 55:13        right? | | |
| | 55:14   A.   I'm not sure if that's correct. | | |
| | 55:15   Q.   You're not sure if -- | | |
| | 55:16   A.   I'm not a re- -- | | |
| | 55:17   Q.   -- that's correct? | | |
| | 55:18   A.   -- I'm not a legal expert, but I'm -- I'm | | |
| | 55:19        not sure if that's correct. | | |
| | 55:20   Q.   Did -- so you don't have an opinion on | | |
| | 55:21        that? | | |
| | 55:22   A.   Yeah, I'm -- I'm not a legal expert. | | |
| | 56:01   Q.   I'm not asking for a legal opinion. I'm | | |
| | 56:02        saying, on -- when you were thinking about the third | | |
| | 56:03        amendment, did you have an opinion as to whether the | | |
| | 56:04        funding commitment would be unaffected -- - | | |
| 56:06 - 56:07 | **Ugoletti, Mario 2015-05-15** | 00:00:01 | Ugoletti_New.19 |
| | 56:06        BY MR. THOMPSON: | | |
| | 56:07   Q.   -- by a payment in kind? | | |
| 56:11 - 56:20 | **Ugoletti, Mario 2015-05-15** | 00:00:21 | Ugoletti_New.21 |
| | 56:11        THE WITNESS: Yeah, as I said, I'm not a | | |
| | 56:12        legal expert on this; and the -- and the primary | | |
| | 56:13        issue, as I stated earlier, about the payment in kind | | |
| | 56:14        was the difference in cost. I mean, that -- that's | | |
| | 56:15        the issue that everybody was thinking about, 10 and | | |
| | 56:16        12 -- percent. Right? | | |
| | 56:17        BY MR. THOMPSON: | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:18   Q.   Yeah. | | |
| | 56:19   A.   Right. So it doesn't make economic sense | | |
| | 56:20        to pay in kind when you can pay in cash. | | |
| 58:02 - 58:06 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.11 |
| | 58:02        And on the eve of the third amendment, did | | |
| | 58:03        you have an understanding as to whether -- if a | | |
| | 58:04        payment-in-kind dividend had been paid, as to whether | | |
| | 58:05        that would affect the amount of the funding | | |
| | 58:06        commitment? | | |
| 58:10 - 58:14 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.20 |
| | 58:10        THE WITNESS: I certainly may have had a | | |
| | 58:11        thought about that, but it was not a factor that went | | |
| | 58:12        into the decision, I mean, about whether you would | | |
| | 58:13        pay in kind or not pay in kind. I mean, that was all | | |
| | 58:14        based on the -- that was based on the economics. | | |
| 132:05 - 132:12 | **Ugoletti, Mario 2015-05-15** | 00:00:27 | Ugoletti_New.12 |
| | 132:05   Q.   Do you know whether the Federal | | |
| | 132:06        Reserve ever was consulted on this topic? | | |
| | 132:07   A.   Again, I had left Treasury by time -- by | | |
| | 132:08        the time they were potentially thinking about this, | | |
| | 132:09        because it wasn't to be set until after if I left; | | |
| | 132:10        but I do not recall any discussions with Treasury or | | |
| | 132:11        the Federal Reserve on the topic of what to set the | | |
| | 132:12        periodic commitment fee at. | | |
| 135:22 - 136:04 | **Ugoletti, Mario 2015-05-15** | 00:00:21 | Ugoletti_New.13 |
| | 135:22   Q.   Have you ever attempted to calculate any | | |
| | 136:01        periodic commitment fee in any context? | | |
| | 136:02   A.   I'm not aware of where that calculation | | |
| | 136:03        would occur. | | |
| | 136:04   Q.   So that's a no, you haven't done that? | | |
| 136:07 - 137:17 | **Ugoletti, Mario 2015-05-15** | 00:01:24 | Ugoletti_New.22 |
| | 136:07        BY MR. THOMPSON: | | |
| | 136:08   Q.   Any commitment fee. Have you ever | | |
| | 136:09        attempted to calculate what a com- -- any commitment | | |
| | 136:10        fee should be in any context? | | |
| | 136:11   A.   I'm not in the business of calculating | | |
| | 136:12        commitment fees. | | |
| | 136:13   Q.   And have you -- | | |
| | 136:14   A.   And I'm not aware of where they exist, so | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 136:15   I guess the answer is no. | | |
| | 136:16  Q.  You know, but you say in terms of where | | |
| | 136:17      they exist. I mean, if you go and you get a line of | | |
| | 136:18      credit, I mean, aren't there fees that people are | | |
| | 136:19      charged for getting a line of credit? | | |
| | 136:20  A.  Yeah, I, I agree. I'm -- | | |
| | 136:21  Q.  Yeah. | | |
| | 136:22  A.  -- I'm not sure it's the same concept as | | |
| | 137:01      this, but there's a fee that you get for a line of | | |
| | 137:02      credit, that's -- that's, that's true. | | |
| | 137:03  Q.  Well, I understand the magnitude of this | | |
| | 137:04      is bigger. | | |
| | 137:05  A.  Yeah, that's what I'm saying, yeah. Sure, | | |
| | 137:06      yeah, you, you charge a fee for somebody willing to | | |
| | 137:07      provide you some amount of credit. Yeah, that's | | |
| | 137:08      clearly one, yeah. | | |
| | 137:09  Q.  Okay. Have you ever done such a valuation | | |
| | 137:10      yourself of a commitment fee? | | |
| | 137:11  A.  No. | | |
| | 137:12  Q.  Okay. And have you ever read a valuation | | |
| | 137:13      of a commitment? | | |
| | 137:14  A.  Not that I recall. | | |
| | 137:15  Q.  Okay. Isn't it true that commitment fees | | |
| | 137:16      are calculated typically as a percentage of the | | |
| | 137:17      amount that the borrower is willing to extend? | | |
| 137:20 - 138:01 | **Ugoletti, Mario 2015-05-15** | 00:00:09 | Ugoletti_New.23 |
| | 137:20      THE WITNESS:  Yeah, I can't, I can't | | |
| | 137:21      speculate. I'm, I'm not the expert on commitment | | |
| | 137:22      fees, so I can't speculate on how they're typically | | |
| | 138:01      calculated. | | |
| 169:02 - 169:07 | **Ugoletti, Mario 2015-05-15** | 00:00:16 | Ugoletti_New.14 |
| | 169:02      With respect to the periodic commitment | | |
| | 169:03      fee, do you know if anyone at FHFA ever tried to | | |
| | 169:04      calculate what the value of it would be? | | |
| | 169:05  A.  No. | | |
| | 169:06  Q.  Okay. And do you know if anyone at | | |
| | 169:07      Treasury ever tried to calculate the value of it? | | |
| 169:10 - 169:10 | **Ugoletti, Mario 2015-05-15** | 00:00:01 | Ugoletti_New.24 |
| | 169:10      THE WITNESS:  Not that I'm aware of. | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 170:07 - 170:13 | **Ugoletti, Mario 2015-05-15** | 00:00:14 | Ugoletti_New.15 |

170:07  Q.  Did you discuss your view that it was an
170:08      incalculably large fee or would have been with anyone
170:09      at Treasury?
170:10  A.  Not that I recall.
170:11  Q.  Anyone at FHFA?
170:12  A.  Not that I recall. The issue did not --
170:13      wasn't coming up.

| | | | |
|---|---|---|---|
| 175:06 - 175:21 | **Ugoletti, Mario 2015-05-15** | 00:00:45 | Ugoletti_New.16 |

175:06      Was the option of preserving the funding
175:07      commitment --
175:08  A.  Yeah.
175:09  Q.  -- by having the companies pay a
175:10      12 -- percent payment-in-kind dividend, was that
175:11      something that was discussed at FHFA, you know, in
175:12      the leadup to the Net Worth Sweep?
175:13  A.  Not that I recall and for the reasons that
175:14      we talked about. I mean, one of them was the basic
175:15      10 -- percent versus 12 percent, that it just -- that
175:16      had been -- unless there was some economic aspect
175:17      that would make that an economic transaction, it
175:18      wasn't even part of the discussion.
175:19      So that's -- that's one that I would point
175:20      to at FHFA. So it really wasn't -- it just never was
175:21      on the table.

| | | | |
|---|---|---|---|
| 271:15 - 271:18 | **Ugoletti, Mario 2015-05-15** | 00:00:11 | Ugoletti_New.17 |

271:15  Q.  Was there ever any discussion about not
271:16      doing the Net Worth Sweep for Freddie, just doing it
271:17      for Fannie?
271:18  A.  No.

| | | | |
|---|---|---|---|
| 359:17 - 360:12 | **Ugoletti, Mario 2015-05-15** | 00:00:52 | Ugoletti_New.18 |

359:17  Q.  Now, you, in 2008, were working on the
359:18      PSPAs on the Treasury side of the table?
359:19  A.  Um-hmm.
359:20  Q.  And then in 2012 you're on the opposite
359:21      side of the table, same transaction, it's an
359:22      amendment, that same -- representing the other party,
360:01      right?
360:02  A.  Right.
360:03  Q.  Did you go to your ethics officer and say,

Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 360:04   Look, am I allowed to participate in the same | | |
| | 360:05   transaction? | | |
| | 360:06  A.  No, nobody ever said that that would have | | |
| | 360:07   been a necessary issue because I no longer have any | | |
| | 360:08   affiliation with Treasury, I'm working on an issue | | |
| | 360:09   for FHFA. | | |
| | 360:10  Q.  But you were working on that issue | | |
| | 360:11   standing in the shoes of the companies, right? | | |
| | 360:12  A.  As FHFA, as conservator. | | |
| 360:15 - 360:20 | **Ugoletti, Mario 2015-05-15** | 00:00:11 | Ugoletti_New.25 |
| | 360:15   BY MR. THOMPSON: | | |
| | 360:16  Q.  Did -- did you have an understanding of | | |
| | 360:17   the conflict-of-interest rules, that if you had | | |
| | 360:18   rotated out to Fannie or Freddie you couldn't have | | |
| | 360:19   negotiated against Treasury on the PSPAs, could you | | |
| | 360:20   have? | | |
| 361:01 - 361:14 | **Ugoletti, Mario 2015-05-15** | 00:00:37 | Ugoletti_New.26 |
| | 361:01   THE WITNESS:  I do not understand that | | |
| | 361:02   rule completely, but I don't understand what the | | |
| | 361:03   conflict-of-interest rule would apply between two | | |
| | 361:04   government agencies. | | |
| | 361:05   BY MR. THOMPSON: | | |
| | 361:06  Q.  Well, you weren't acting -- were you | | |
| | 361:07   acting in your capacity as conservator and standing | | |
| | 361:08   in the shoes of the companies or were you acting in | | |
| | 361:09   your capacity as a government employee when you | | |
| | 361:10   negotiated the third amendment? | | |
| | 361:11  A.  I am a government employee that works for | | |
| | 361:12   FHFA, and this was a transaction that was done as | | |
| | 361:13   part of a conservatorship. And I do not sign the | | |
| | 361:14   documents. | | |

| | | |
|---|---|---|
| Our Designations | 00:12:01 | |
| **TOTAL RUN TIME** | **00:12:01** | |