# EXHIBIT D

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

Designation List Report

| | | |
|---|---|---|
| | **Benson, David** | **2013-11-07** |

| | |
|---|---|
| Our Designations | 00:22:41 |
| **TOTAL RUN TIME** | **00:22:41** |

Documents linked to video:
OLDP196
OLDP213
OLDP216
OLDP253
P167
P211



ID: Benson_New

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:07 | **Benson, David 2020-02-28** | 00:00:05 | Benson_New.1 |

| | | |
|---|---|---|
| 12:05 | Q. | And, Mr. Benson, would you just state your |
| 12:06 | | name for the record? |
| 12:07 | A. | David Benson. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 14:13 | **Benson, David 2020-02-28** | 00:00:36 | Benson_New.2 |

| | | |
|---|---|---|
| 14:04 | | Can you just kind of give me a |
| 14:05 | | thumbnail sketch of your education and professional |
| 14:06 | | career? |
| 14:07 | A. | Sure. Graduated Harvard Medical School. |
| 14:08 | | The following year, I was a medical intern. And from |
| 14:09 | | there, I went to Stanford Business School and |
| 14:10 | | received an MBA. From there, I went to Merrill |
| 14:11 | | Lynch, where I was -- had a 14-year career there, |
| 14:12 | | through 2002. And then I came to Fannie Mae in 2002, |
| 14:13 | | where I've been since that time. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:08 - 17:02 | **Benson, David 2020-02-28** | 00:02:24 | Benson_New.3 |

| | | |
|---|---|---|
| 15:08 | Q. | And how did you end up taking the job at |
| 15:09 | | Fannie Mae? Sort of what transpired that got you to |
| 15:10 | | make that move? |
| 15:11 | A. | I was contacted when the firm was looking |
| 15:12 | | for an assistant treasurer, somebody who had deep -- |
| 15:13 | | deep experience in the various products that Fannie |
| 15:14 | | Mae used to manage its liability profile, its risk |
| 15:15 | | management process. And so I was contacted, and then |
| 15:16 | | I showed an interest, and we went from there. |
| 15:17 | Q. | And why were you interested? What made |
| 15:18 | | you want to work at Fannie Mae? |
| 15:19 | A. | The firm was one of the, if not the |
| 15:20 | | largest participants in the fixed income market in |
| 15:21 | | many of the markets that I knew -- you know, knew |
| 15:22 | | well. And so I knew of their involvement from the |
| 16:01 | | other side of the equation, from the sell side. And |
| 16:02 | | as -- you know, I knew them as a very, you know, |
| 16:03 | | important part of the marketplace. And it was very |
| 16:04 | | attractive to me to sort of, you know, be able to |
| 16:05 | | kind of look at things from that perspective, and to |
| 16:06 | | come in with that level of import, you know, and try |
| 16:07 | | to make a difference. |
| 16:08 | Q. | And can you now give me sort of the same |
| 16:09 | | type of thumbnail sketch of the different positions |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 16:10 | you've had at Fannie Mae up to present? | | |
| | 16:11 | A. Sure. So I came in as the assistant | | |
| | 16:12 | treasurer. I was promoted to treasurer a few years | | |
| | 16:13 | after that. And then within a couple of years, I was | | |
| | 16:14 | promoted to executive vice president of capital | | |
| | 16:15 | markets. And I also served as treasurer during, you | | |
| | 16:16 | know, part of that time. | | |
| | 16:17 | As the executive vice president of capital | | |
| | 16:18 | markets, I think over a period of about five years, I | | |
| | 16:19 | took on additional roles, you know, that came into | | |
| | 16:20 | that, including strategy and some other things. But | | |
| | 16:21 | the primary role was to run our balance sheet. And | | |
| | 16:22 | then I became the CFO, and was CFO for about five | | |
| | 17:01 | years. And then about two years ago, or a year and a | | |
| | 17:02 | half ago, I became president. | | |
| 75:22 - 76:03 | **Benson, David 2020-02-28** | | 00:00:11 | Benson_New.4 |
| | 75:22 | And I guess the first thing I'd like to ask is, | | |
| | 76:01 | meetings of the Fannie Mae executive management | | |
| | 76:02 | committee, would those be meetings that typically | | |
| | 76:03 | somebody from FHFA would attend? | | |
| 76:06 - 76:07 | **Benson, David 2020-02-28** | | 00:00:05 | Benson_New.5 |
| | 76:06 | THE WITNESS: Since the inception of the | | |
| | 76:07 | conservatorship, yes. | | |
| 79:11 - 80:15 | **Benson, David 2020-02-28** | | 00:01:00 | Benson_New.6 |
| | 79:11 | Q. Okay. And are you familiar with the | | |
| | 79:12 | preferred stock purchase agreements that FHFA and | | |
| | 79:13 | Treasury signed at the beginning of Fannie Mae's | | |
| | 79:14 | conservatorship? | | |
| | 79:15 | A. Yes. | | |
| | 79:16 | Q. Are you familiar with a provision of the | | |
| | 79:17 | original preferred stock purchase agreement that | | |
| | 79:18 | calls for Fannie to, I think, gradually over time, | | |
| | 79:19 | reduce the size of its retained mortgage portfolio? | | |
| | 79:20 | A. Yes. | | |
| | 79:21 | Q. Do you happen to recall the rate at which | | |
| | 79:22 | Fannie was required to reduce the size of its | | |
| | 80:01 | retained mortgage portfolio? | | |
| | 80:02 | A. Yes. | | |
| | 80:03 | Q. And what was the rate? | | |
| | 80:04 | A. Initially, 10 percent per year. | | |

Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 80:05  Q. Okay, and you say initially. Did that | | |
| | 80:06       rate change? | | |
| | 80:07  A. Yes. | | |
| | 80:08  Q. When did it change? | | |
| | 80:09  A. 2012. | | |
| | 80:10  Q. And it changed as part of the third | | |
| | 80:11       amendment to the preferred stock purchase agreements, | | |
| | 80:12       does that sound right? | | |
| | 80:13  A. The amendment of the summer of 2012, if | | |
| | 80:14       that's what you call the third amendment, that's the | | |
| | 80:15       amount that -- it increased to 15 percent per year. | | |
| 81:01 - 81:13 | **Benson, David 2020-02-28** | 00:00:44 | Benson_New.7 |
| | 81:01  Q. As Fannie is reducing the size of | | |
| | 81:02       its retained mortgage portfolio, what effect, if any, | | |
| | 81:03       would you expect that to have on the net revenues | | |
| | 81:04       that Fannie is bringing in? | | |
| | 81:05  A. Net revenues, it would go down. | | |
| | 81:06  Q. Okay. And what effect -- what would be | | |
| | 81:07       the marginal effect on net revenues or the change in | | |
| | 81:08       net revenue in moving from a 10 percent rate of | | |
| | 81:09       reduction to a 15 percent rate of reduction? | | |
| | 81:10  A. More. | | |
| | 81:11  Q. You would expect it to go down faster, is | | |
| | 81:12       that correct? | | |
| | 81:13  A. Faster, correct. | | |
| 136:17 - 136:21 | **Benson, David 2020-02-28** | 00:00:11 | Benson_New.8 |
| | 136:17       (Benson Exhibit No. 11 was | | |
| | 136:18       marked for identification.) | | |
| | 136:19       BY MR. BARNES: | | |
| 🔗 P167.2 | 136:20  Q. This will be Benson 11. The Bates stamp | | |
| | 136:21       on this one is FNM-Fairholme-0022595. And this is a | | |
| 142:14 - 143:10 | **Benson, David 2020-02-28** | 00:01:09 | Benson_New.9 |
| | 142:14  Q. And can you say a little more about the | | |
| | 142:15       kind of progress that had been made as of March of | | |
| | 142:16       2012? | | |
| | 142:17  A. Well, as is noted in this document, the | | |
| | 142:18       firm was expecting at some point that year to | | |
| | 142:19       become -- potentially to become profitable with some | | |
| | 142:20       various categories in the income statement that were | | |
| | 142:21       somewhat unknowable, but it was at least seeing its | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 142:22 | way through that.  So that was a change from what had | | |
| | 143:01 | been going on in the previous few years. | | |
| | 143:02 | And, you know, there was a recognition of | | |
| | 143:03 | the book of business that had been generated since | | |
| | 143:04 | 2009 as becoming, you know, the larger part of the | | |
| | 143:05 | assets on the balance sheet, which were of much | | |
| | 143:06 | higher quality and were expected to perform, you | | |
| | 143:07 | know, well going forward.  And that much of the | | |
| | 143:08 | damage that had been created in the crisis up to that | | |
| | 143:09 | point had been reflected in the financial statements | | |
| | 143:10 | already.  So I think that's what the changes were. | | |
| 143:11 - 144:07 | **Benson, David 2020-02-28** | | 00:01:10 | Benson_New.10 |
| | 143:11 Q. | And early on in that answer, you made | | |
| | 143:12 | reference to various categories in the income | | |
| | 143:13 | statement that were unknowable. | | |
| | 143:14 A. | Uh-huh. | | |
| | 143:15 Q. | What categories do you have in mind there? | | |
| | 143:16 A. | Fair value, gains and losses, the | | |
| | 143:17 | amortization -- amortization income from the GSE | | |
| | 143:18 | book.  At the time, I think the expectation was that | | |
| | 143:19 | the credit-related income would become -- would begin | | |
| | 143:20 | to -- would have stabilized, which had been very, | | |
| | 143:21 | very negative for quite some time, would stabilize | | |
| | 143:22 | and go positive.  But that's an unknowable also, | | |
| | 144:01 | meaning it's dependent upon a number of factors. | | |
| | 144:02 | So, you know, interest rates are not | | |
| | 144:03 | knowable, in terms of the direction they're going to | | |
| | 144:04 | head, and that impacts a number of these items as | | |
| | 144:05 | well.  Home price appreciation or depreciation in any | | |
| | 144:06 | given period is unknowable, and would have impact on | | |
| | 144:07 | credit-related income. | | |
| 144:08 - 144:14 | **Benson, David 2020-02-28** | | 00:00:18 | Benson_New.11 |
| | 144:08 Q. | And I think you also mentioned that the | | |
| | 144:09 | book of business that Fannie had from 2009 forward | | |
| | 144:10 | was better or more profitable.  Do I have that right? | | |
| | 144:11 A. | Correct. | | |
| | 144:12 Q. | And can you just kind of explain the | | |
| | 144:13 | difference between the 2009 and thereafter book of | | |
| | 144:14 | business versus the earlier book of business? | | |
| 144:17 - 145:05 | **Benson, David 2020-02-28** | | 00:00:40 | Benson_New.12 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 144:17 | THE WITNESS:  Underwriting standards were | | Benson_New.12 |
| | 144:18 | tightened, so the loans that were originated during | | |
| | 144:19 | those periods were, on average, and in the tails, | | |
| | 144:20 | meaning in their worst components, better than what | | |
| | 144:21 | had been the case.  Many of the kinds of products | | |
| | 144:22 | that had been problematic that created losses in the | | |
| | 145:01 | prior periods no longer existed even in the | | |
| | 145:02 | marketplace at all.  So there were just very | | |
| | 145:03 | significant changes in the industry and at Fannie to | | |
| | 145:04 | generate what was expected to be a very, you know, | | |
| | 145:05 | profitable book. | | |
| 158:16 - 158:17 | **Benson, David 2020-02-28** | | 00:00:11 | Benson_New.13 |
| 🔗 P211.1 | 158:16 | Q. And this will be Benson 14, and it's Bates | | |
| | 158:17 | number FHFA-00047951.  And, Mr. Benson, again, you're | | |
| 158:22 - 159:04 | **Benson, David 2020-02-28** | | 00:00:19 | Benson_New.14 |
| | 158:22 | Q. And the date on this document is July 9th, | | |
| | 159:01 | And I guess, as an initial matter, can you | | |
| | 159:02 | give me a sense for the trajectory of Fannie's | | |
| | 159:03 | expectations with respect to credit expenses in the | | |
| | 159:04 | summer of 2012? | | |
| 159:06 - 159:15 | **Benson, David 2020-02-28** | | 00:00:28 | Benson_New.15 |
| | 159:06 | THE WITNESS:  That they would improve. | | |
| | 159:07 | BY MR. BARNES: | | |
| | 159:08 | Q. And what was the reason for thinking that | | |
| | 159:09 | they would improve? | | |
| | 159:10 | A. Home prices were starting to recover, and | | |
| | 159:11 | the overall credit environment was recovering with | | |
| | 159:12 | them. | | |
| | 159:13 | Q. And was the expectation that that would | | |
| | 159:14 | make an appreciable difference, in terms of Fannie's | | |
| | 159:15 | profitability? | | |
| 159:17 - 159:17 | **Benson, David 2020-02-28** | | 00:00:02 | Benson_New.16 |
| | 159:17 | THE WITNESS:  Over time, yes. | | |
| 160:04 - 160:05 | **Benson, David 2020-02-28** | | 00:00:09 | Benson_New.17 |
| | 160:04 | Q. And this is Benson 15, Bates number | | |
| 🔗 OLDP196.1 | 160:05 | FHFA-00073824. | | |
| 160:18 - 161:06 | **Benson, David 2020-02-28** | | 00:00:35 | Benson_New.18 |
| | 160:18 | Q. Okay.  And the author of the email -- this | | |
| | 160:19 | is an internal FHFA email -- suggests that Fannie | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 OLDP196.1.11 | 160:20 | could see a roaring recovery fueled in large part by | | |
| | 160:21 | drawing down on approximately $70 billion allowance | | |
| | 160:22 | for loan loss reserves and 03-3 loans. Do you see | | |
| | 161:01 | that? | | |
| | 161:02 A. | Uh-huh. | | |
| | 161:03 Q. | In May of 2012, was it your expectation | | |
| | 161:04 | that Fannie would experience a roaring recovery as a | | |
| | 161:05 | result of the recognition of money coming out of the | | |
| | 161:06 | loan loss reserve? | | |
| 161:08 - 161:18 | **Benson, David 2020-02-28** | | 00:00:33 | Benson_New.19 |
| 🔗 OLDP196.1.12 | 161:08 | THE WITNESS: I can't recall specifically, | | |
| | 161:09 | you know, May of 2012. But in the period, in 2012, | | |
| | 161:10 | when we returned to profitability, all -- you know, | | |
| | 161:11 | the factors that would -- that we discussed, which | | |
| | 161:12 | were improving home prices and better credit | | |
| | 161:13 | conditions, and all of that, were playing into a | | |
| | 161:14 | better profile for our profitability. I think those | | |
| | 161:15 | trends continued. So we've already really discussed | | |
| | 161:16 | what I think our -- you know, how we were thinking | | |
| | 161:17 | about things in that early period, when we had just | | |
| | 161:18 | begun to be profitable. | | |
| 173:07 - 173:10 | **Benson, David 2020-02-28** | | 00:00:12 | Benson_New.20 |
| | 173:07 Q. | Mr. Benson, have you seen this document | | |
| 🔗 OLDP216.1 | 173:08 | before? It's Bates stamped FNM-Fairholme-0039749. | | |
| | 173:09 A. | Yes, I have. | | |
| | 173:10 Q. | When was the last time you saw it? | | |
| 173:12 - 174:10 | **Benson, David 2020-02-28** | | 00:01:04 | Benson_New.21 |
| | 173:12 | THE WITNESS: I saw this in preparation | | |
| | 173:13 | for this deposition. | | |
| | 173:14 | BY MR. BARNES: | | |
| | 173:15 Q. | And did you have a role in preparing this | | |
| | 173:16 | document? | | |
| | 173:17 A. | Yes. | | |
| 🔗 OLDP216.1.1 | 173:18 Q. | And the title of the document is strategic | | |
| | 173:19 | planning session. What is that referring to, | | |
| | 173:20 | strategic planning session? | | |
| | 173:21 A. | Each July, the board of directors | | |
| | 173:22 | typically would reserve two to three hours a time to | | |
| | 174:01 | talk about what they would call strategic planning. | | |
| | 174:02 | Strategic planning, in the context of being a GSE in | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 174:03 | | conservatorship, might have a slightly different feel | | |
| | 174:04 | | to it than in a normal commercial corporate setting, | | |
| | 174:05 | | but nevertheless, it was to discuss, you know, | | |
| | 174:06 | | matters of long-term, you know, import to the | | |
| | 174:07 | | company. | | |
| | 174:08 | Q. | And in the course of these strategic | | |
| | 174:09 | | planning sessions, would one thing that you would | | |
| | 174:10 | | look at be the financial projections for the company? | | |
| 174:12 - 174:13 | **Benson, David 2020-02-28** | | | 00:00:03 | Benson_New.22 |
| | 174:12 | | THE WITNESS: The answer is sometimes, but | | |
| | 174:13 | | not necessarily. | | |
| 174:15 - 175:18 | **Benson, David 2020-02-28** | | | 00:02:01 | Benson_New.23 |
| 🔗 OLDP216.14 | 174:15 | Q. | Okay. And if you would flip to slide 13 | | |
| | 174:16 | | of this document. And there is a bar chart here, and | | |
| | 174:17 | | it looks like it's got some projections about | | |
| | 174:18 | | Fannie's dividend payments to the Treasury | | |
| | 174:19 | | Department, is that right? | | |
| | 174:20 | A. | Correct. | | |
| | 174:21 | Q. | And it appears that there is -- the | | |
| 🔗 OLDP216.14.1 | 174:22 | | chart -- the bars associated with 2020 are circled. | | |
| | 175:01 | | Can you explain for me why those years are circled? | | |
| | 175:02 | A. | Sure. There's two bars. The lighter bar | | |
| | 175:03 | | is dividend payments that have been made to Treasury. | | |
| | 175:04 | | And many of these years, they're showing are | | |
| | 175:05 | | obviously a stylized estimate of the future, because | | |
| | 175:06 | | I think this has been published in 2012. So you have | | |
| | 175:07 | | maybe four years of actuals, and then the rest is | | |
| | 175:08 | | some form of estimate or forecast of the type. | | |
| | 175:09 | | And then the right gray bar, darker bar, | | |
| | 175:10 | | is the -- it's the aggregate amount of draws that had | | |
| | 175:11 | | been taken. And so -- and then the circled bar is | | |
| | 175:12 | | where the dividend payments on a cumulative basis | | |
| | 175:13 | | that have gone to Treasury exceeded the cumulative | | |
| | 175:14 | | draws. And this is a combination of both Fannie and | | |
| | 175:15 | | Freddie, so it's an estimate of both GSEs combined. | | |
| | 175:16 | Q. | And to what extent, if any, did you think | | |
| | 175:17 | | the GSEs making combined dividend payments in excess | | |
| | 175:18 | | of Treasury's investment was a significant event? | | |
| 175:20 - 176:14 | **Benson, David 2020-02-28** | | | 00:00:58 | Benson_New.24 |
| | 175:20 | | THE WITNESS: It was a -- I would consider | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 175:21 | | this to have been in the category of a marketing | | |
| | 175:22 | | issue of representing the benefits that the | | |
| | 176:01 | | government had received versus the commitment or the | | |
| | 176:02 | | actual amounts that they had had to put in.  So using | | |
| | 176:03 | | this as sort of a marketing spin on trying to put | | |
| | 176:04 | | success on that wrapper. | | |
| | 176:05 | | BY MR. BARNES: | | |
| | 176:06 | Q. | And who was the target of the marketing? | | |
| | 176:07 | A. | Well, this was a presentation to the board | | |
| | 176:08 | | of directors, and offering to them ideas of how one | | |
| | 176:09 | | might position, from a marketing standpoint, the | | |
| | 176:10 | | potential -- basically, the potential, you know, | | |
| | 176:11 | | success factors of how the GSEs could be looked at, | | |
| | 176:12 | | at some point in the future, potentially. | | |
| | 176:13 | Q. | Looked at in the future by whom? | | |
| | 176:14 | A. | The public. | | |
| 176:15 - 176:21 | **Benson, David 2020-02-28** | | | 00:00:17 | Benson_New.25 |
| 🔗 OLDP216.15 | 176:15 | Q. | And if you look at the next page, slide | | |
| | 176:16 | | 14, it looks like there are some more detailed | | |
| | 176:17 | | financial projections for Fannie and Freddie both. | | |
| | 176:18 | | Do I have that right? | | |
| | 176:19 | A. | Correct. | | |
| | 176:20 | Q. | And why was Fannie preparing financial | | |
| | 176:21 | | projections for Freddie Mac? | | |
| 177:01 - 177:08 | **Benson, David 2020-02-28** | | | 00:00:24 | Benson_New.26 |
| | 177:01 | | THE WITNESS:  Well, this is not -- this | | |
| | 177:02 | | wouldn't have been information -- this would come | | |
| | 177:03 | | from public information, so it would be information | | |
| | 177:04 | | that -- we didn't have Freddie's internal.  So this | | |
| | 177:05 | | would have been our attempt to be able to frame, in | | |
| | 177:06 | | the same way that we would do for yourselves, to do | | |
| | 177:07 | | the best we could to try to estimate what their | | |
| | 177:08 | | position might be.  And that's what that is. | | |
| 177:22 - 178:02 | **Benson, David 2020-02-28** | | | 00:00:08 | Benson_New.27 |
| 🔗 OLDP216.15 | 177:22 | Q. | Do these projections reflect Fannie's best | | |
| | 178:01 | | and most honest assessment of how it expected to | | |
| | 178:02 | | perform in the future at the time? | | |
| 178:04 - 179:07 | **Benson, David 2020-02-28** | | | 00:01:20 | Benson_New.28 |
| | 178:04 | | THE WITNESS:  This was intended as a | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 178:05 | | strategic thought piece, as opposed to an audited | | |
| | 178:06 | | financial statement.  So these would be, you know, | | |
| | 178:07 | | estimates using information that came from our | | |
| | 178:08 | | finance group with a lens on the various assumptions | | |
| | 178:09 | | also that were -- I believe some of those assumptions | | |
| | 178:10 | | were listed in a previous page -- to really | | |
| | 178:11 | | illustrate what could be -- assuming that those | | |
| | 178:12 | | assumptions were reasonable.  Of course, the | | |
| | 178:13 | | actuality of events going forward were going to be | | |
| | 178:14 | | highly sensitive to many of those assumptions and | | |
| | 178:15 | | whether they were correct or not. | | |
| | 178:16 | | You've asked if it was the best estimate. | | |
| | 178:17 | | It wasn't -- the purpose of this wasn't necessarily | | |
| | 178:18 | | to go through the kind of rigor that one would | | |
| | 178:19 | | typically go through, in terms of the way we would do | | |
| | 178:20 | | our official forecast.  This was more of a -- call it | | |
| | 178:21 | | an unofficial, long-term forecast, which by the way | | |
| | 178:22 | | is not usual for us to do a 10-year forecast.  That's | | |
| | 179:01 | | outside the bounds of what we would typically do for | | |
| | 179:02 | | our own purposes.  Typically, that's more of a | | |
| | 179:03 | | five-year forecast that we do. | | |
| | 179:04 | | So, again, it was -- it was a reasonable | | |
| | 179:05 | | estimate in the context of what we were trying to | | |
| | 179:06 | | demonstrate for the purposes of this particular | | |
| | 179:07 | | session. | | |
| 182:15 - 182:21 | **Benson, David 2020-02-28** | | | 00:00:30 | Benson_New.29 |
| 🔗 OLDP213.1 | 182:15 | Q. | So this is Benson 19, FHFA-00047889. | | |
| | 182:16 | | Mr. Benson, have you seen this document before? | | |
| | 182:17 | A. | I have not. | | |
| 🔗 OLDP213.1.5 | 182:18 | Q. | It purports to be a set of notes from a | | |
| | 182:19 | | Fannie Mae executive management meeting on July 9th, | | |
| | 182:20 | | 2012. | | |
| | 182:21 | A. | Uh-huh. | | |
| 182:22 - 183:02 | **Benson, David 2020-02-28** | | | 00:00:07 | Benson_New.30 |
| | 182:22 | Q. | And if you would, read for me the | | |
| 🔗 OLDP213.1.19 | 183:01 | | paragraph of text that is under GSE strategy update. | | |
| | 183:02 | A. | Okay.  Okay. | | |
| 183:03 - 183:08 | **Benson, David 2020-02-28** | | | 00:00:19 | Benson_New.31 |
| | 183:03 | Q. | Mr. Benson, did you say at a meeting of | | |
| 🔗 OLDP213.1.18 | 183:04 | | the executive management team on July 9th, 2012 that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 183:05  the next eight years were likely to be the golden | | |
| | 183:06  years of GSE earnings? | | |
| | 183:07  A. That sounds like something I might have | | |
| ✗ Clear | 183:08  said. I don't recall. | | |
| 186:18 - 186:18 | **Benson, David 2020-02-28** | 00:00:02 | Benson_New.32 |
| 🔗 OLDP253.1 | 186:18  Q. This is Benson 22. | | |
| 186:21 - 187:02 | **Benson, David 2020-02-28** | 00:00:10 | Benson_New.33 |
| | 186:21  And the first page here | | |
| 🔗 OLDP253.1.1 | 186:22  is an email -- it looks like an email you sent to Tim | | |
| | 187:01  Bowler. Does that look right? | | |
| | 187:02  A. Tim Bowler. | | |
| 187:05 - 187:10 | **Benson, David 2020-02-28** | 00:00:17 | Benson_New.34 |
| | 187:05  Q. Who was or is Tim Bowler? | | |
| | 187:06  A. Tim Bowler, at the time, was working at | | |
| | 187:07  the Treasury Department. I believe he was a Deputy | | |
| | 187:08  Assistant Secretary. I believe that was the title. | | |
| | 187:09  Q. And did you routinely interact with | | |
| | 187:10  Mr. Bowler or -- | | |
| 187:12 - 187:13 | **Benson, David 2020-02-28** | 00:00:06 | Benson_New.35 |
| | 187:12  THE WITNESS: I would say it was | | |
| | 187:13  reasonably frequent. | | |
| 188:04 - 188:05 | **Benson, David 2020-02-28** | 00:00:04 | Benson_New.36 |
| | 188:04  Q. Would you have sent Mr. Bowler a set of | | |
| | 188:05  financial projections that you thought were wrong? | | |
| 188:07 - 188:07 | **Benson, David 2020-02-28** | 00:00:00 | Benson_New.37 |
| | 188:07  THE WITNESS: No. | | |
| 188:10 - 188:10 | **Benson, David 2020-02-28** | 00:00:02 | Benson_New.38 |
| | 188:10  THE WITNESS: No. | | |
| 189:19 - 189:21 | **Benson, David 2020-02-28** | 00:00:09 | Benson_New.39 |
| | 189:19  Q. And the financial projections we've been | | |
| | 189:20  looking at, would these be projections that FHFA also | | |
| | 189:21  would have had access to? | | |
| 190:01 - 190:10 | **Benson, David 2020-02-28** | 00:00:20 | Benson_New.40 |
| ✗ Clear | 190:01  THE WITNESS: Yes. | | |
| | 190:02  BY MR. BARNES: | | |
| | 190:03  Q. Do you recall during this period anyone | | |
| | 190:04  from FHFA suggesting that Fannie's projections were | | |

Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 190:05   too optimistic? | | |
| | 190:06  A.  I don't recall. | | |
| | 190:07  Q.  Do you recall anyone from the Treasury | | |
| | 190:08   Department suggesting that Fannie Mae's projections | | |
| | 190:09   were too optimistic? | | |
| | 190:10  A.  I don't recall that either. | | |
| 191:20 - 192:08 | **Benson, David 2020-02-28** | 00:00:30 | Benson_New.41 |
| | 191:20  Q.  Do you recall any discussion within Fannie | | |
| | 191:21   Mae before August 16th, 2012, around whether Fannie | | |
| | 191:22   would have taxable income in the future? | | |
| | 192:01  A.  I don't. | | |
| | 192:02  Q.  Do you recall any discussions within | | |
| | 192:03   Fannie Mae about whether it would be necessary to | | |
| | 192:04   reverse the valuation allowance on the deferred tax | | |
| | 192:05   assets? | | |
| | 192:06  A.  By when?  At what time? | | |
| | 192:07  Q.  Before August 16th, 2012. | | |
| | 192:08  A.  I don't. | | |
| 198:16 - 198:18 | **Benson, David 2020-02-28** | 00:00:09 | Benson_New.42 |
| | 198:16  Q.  Can you give me a sense for how Fannie's | | |
| | 198:17   financial condition had changed between September | | |
| | 198:18   2011 and August 2012? | | |
| 198:20 - 199:05 | **Benson, David 2020-02-28** | 00:00:21 | Benson_New.43 |
| | 198:20   THE WITNESS:  I just don't have the data | | |
| | 198:21   in front of me to represent -- give you much of a | | |
| | 198:22   representation on that, other than improving. | | |
| | 199:01   BY MR. BARNES: | | |
| | 199:02  Q.  Things were getting better? | | |
| | 199:03  A.  Things were getting better. | | |
| | 199:04  Q.  And as things got better, would that have | | |
| | 199:05   an effect on projections of comprehensive income? | | |
| 199:08 - 199:08 | **Benson, David 2020-02-28** | 00:00:04 | Benson_New.44 |
| | 199:08   THE WITNESS:  As a general matter, yes. | | |
| 205:09 - 205:14 | **Benson, David 2020-02-28** | 00:00:11 | Benson_New.45 |
| | 205:09  Q.  Do you recall when you first learned of | | |
| | 205:10   the change to the preferred stock purchase agreements | | |
| | 205:11   that was made in August? | | |
| | 205:12  A.  I don't. | | |
| | 205:13  Q.  Do you remember if you were surprised by | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 205:14	it? | | |
| 205:16 - 206:05 | **Benson, David 2020-02-28** | 00:00:41 | Benson_New.46 |
| | 205:16	THE WITNESS:  I do. | | |
| | 205:17	BY MR. BARNES: | | |
| | 205:18  Q.  Were you surprised? | | |
| | 205:19  A.  Yes, I was. | | |
| | 205:20  Q.  What surprised you about it? | | |
| | 205:21  A.  The -- I mean, all -- you know, all of the | | |
| | 205:22	terms were surprising, just meaning they hadn't -- | | |
| | 206:01	had not -- in many of its terms, had not really | | |
| | 206:02	occurred to me as a possibility, or would happen, or | | |
| | 206:03	any of that, meaning they were just -- they were | | |
| | 206:04	surprising.  We were like, oh, that's interesting. | | |
| | 206:05	Not expected.  Just, oh, okay. | | |
| 212:11 - 212:12 | **Benson, David 2020-02-28** | 00:00:04 | Benson_New.47 |
| | 212:11  Q.  Do you think it would be a good thing if | | |
| | 212:12	Fannie Mae exited from conservatorship? | | |
| 212:14 - 213:08 | **Benson, David 2020-02-28** | 00:01:13 | Benson_New.48 |
| | 212:14	THE WITNESS:  My opinion?  Yes. | | |
| | 212:15	BY MR. BARNES: | | |
| | 212:16  Q.  Why? | | |
| | 212:17  A.  I come from a commercial background | | |
| | 212:18	originally.  It's -- I believe that commercial | | |
| | 212:19	practices supported by private capital is a good | | |
| | 212:20	thing for our economy, and for good corporate | | |
| | 212:21	governance and practices.  I believe it leads to | | |
| | 212:22	better outcomes overall for society, in general, | | |
| | 213:01	for -- if, you know -- so, you know, I just naturally | | |
| | 213:02	am constituted to want to favor that form of | | |
| | 213:03	structure, as opposed to, you know, having the | | |
| | 213:04	government be involved in various matters that | | |
| | 213:05	perhaps are better left to the private sector to deal | | |
| | 213:06	with. | | |
| | 213:07  Q.  And in order to exit conservatorship, is | | |
| | 213:08	it necessary for Fannie to build capital? | | |
| 213:10 - 213:10 | **Benson, David 2020-02-28** | 00:00:02 | Benson_New.49 |
| | 213:10	THE WITNESS:  Yes. | | |

| | |
|---|---|
| Our Designations | 00:22:41 |
| **TOTAL RUN TIME** | **00:22:41** |

Documents linked to video:

OLDP196

OLDP213

OLDP216

OLDP253

P167

P211