# EXHIBIT F

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

## Designation List Report

**Lockhart, James**                                    **2021-01-13**

| Our Designations | 00:32:42 |
|---|---|
| **TOTAL RUN TIME** | **00:32:42** |

Documents linked to video:

OLDP2B

OLDP2C

P515

P520



**ID: Lockhart_New**

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.1 |

| | | |
|---|---|---|
| 10:16 | | Can you just go ahead and state your name for |
| 10:17 | | the record, please, your full name. |
| 10:18 | A. | James Bicknell Lockhart III. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 26:03 - 27:21 | **Lockhart, James 2021-01-13** | 00:02:34 | Lockhart_New.2 |

| | | |
|---|---|---|
| 26:03 | | Can you just give me a brief overview of your |
| 26:04 | | employment history, starting from when you graduated |
| 26:05 | | and any post-secondary school.  I really mean just an |
| 26:06 | | overview. |
| 26:07 | A. | I went to Yale.  Worked for a bank for a year |
| 26:08 | | in the credit department, and then spent three years |
| 26:09 | | in the Navy as a supply officer on a nuclear |
| 26:10 | | submarine.  Then Harvard Business School.  Gulf Oil |
| 26:11 | | for about nine years, where I ended up as an assistant |
| 26:12 | | treasurer.  Treasurer of Alexander & Alexander |
| 26:13 | | thereafter, which was the second largest broker and |
| 26:14 | | risk manager in the world. |
| 26:15 | | After that, I went to run the Pension Benefit |
| 26:16 | | Guarantee Corporation for George -- H.W. Bush, No. 41. |
| 26:17 | | After he was defeated, I went to Smith Barney and was |
| 26:18 | | a managing director in their insurance investment |
| 26:19 | | banking practice, then for a year was senior |
| 26:20 | | vice-president of finance of a reinsurance company, |
| 26:21 | | National Re, then started a risk management firm, |
| 26:22 | | advising financial institutions on credit interest |
| 27:01 | | rate and operational risk, enterprise risk. |
| 27:02 | | And then I got the call to go back in |
| 27:03 | | government, and for about four years I was the No. 2 |
| 27:04 | | chief operating officer Social Security, deputy |
| 27:05 | | commissioner.  And after that I was asked to join |
| 27:06 | | OFHEO in April or May of '06, and was confirmed, I |
| 27:07 | | think, in June or so.  But I was there starting in |
| 27:08 | | April. |
| 27:09 | | And then when HERA was passed end of July |
| 27:10 | | '08, I became the executive director of FHFA, which |
| 27:11 | | continued to be the regulator of Fannie and Freddie, |
| 27:12 | | but also, I was a regulator of federal loan home |
| 27:13 | | banks. |
| 27:14 | | And after that I stayed there through August |
| 27:15 | | of '09, then joined a private equity firm -- WL Ross |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 27:16 | is a private equity firm -- as a vice chairman and ran | | |
| | 27:17 | their financial services practice.  We invested in a | | |
| | 27:18 | whole series of banks in the U.S. and Europe, and | | |
| | 27:19 | probably five different mortgage companies in the | | |
| | 27:20 | U.S., most single family and multi-family and | | |
| | 27:21 | advisory.  And I retired a couple years ago. | | |

| 27:22 - 28:14 | **Lockhart, James 2021-01-13** | 00:00:41 | Lockhart_New.3 |
|---|---|---|---|
| | 27:22  Q.  Thank you.  That was very helpful.  I'm | | |
| | 28:01       seeing reference to the fact that you are a senior | | |
| | 28:02       fellow at something called the Bipartisan Policy | | |
| | 28:03       Center. | | |
| | 28:04  A.  Yes. | | |
| | 28:05  Q.  Can you describe what that is? | | |
| | 28:06  A.  Yeah, that's correct.  The Bipartisan Policy | | |
| | 28:07       Center was started by former ex-Senate majority | | |
| | 28:08       leaders, two Republicans, two Democrats.  And their | | |
| | 28:09       mission is to bring Republicans and Democrats together | | |
| | 28:10       to come up with solutions to problems. | | |
| | 28:11       I co-chaired a communication there with | | |
| | 28:12       ex-senator Conrad on retirement security and personal | | |
| | 28:13       savings, and that report came out about three or four | | |
| | 28:14       years ago. | | |

| 29:06 - 29:18 | **Lockhart, James 2021-01-13** | 00:00:46 | Lockhart_New.4 |
|---|---|---|---|
| | 29:06  Q.  What was your degree in at Yale? | | |
| | 29:07  A.  American studies. | | |
| | 29:08  Q.  Do you have any degrees or professional | | |
| | 29:09       certifications that you believe were particularly | | |
| | 29:10       relevant to your work at OFHEO and FHFA? | | |
| | 29:11  A.  Well, certainly Harvard Business School. | | |
| | 29:12       Most of my courses were in finance.  I'm also a fellow | | |
| | 29:13       of the corporate treasurer's organization in the UK, | | |
| | 29:14       but now it's worldwide. | | |
| | 29:15  Q.  And what was your degree from Harvard | | |
| | 29:16       Business School? | | |
| | 29:17  A.  They -- just the master's of business | | |
| | 29:18       administration.  They don't have specific majors. | | |

| 29:19 - 30:16 | **Lockhart, James 2021-01-13** | 00:01:20 | Lockhart_New.5 |
|---|---|---|---|
| | 29:19  Q.  Can you describe briefly how it came | | |
| | 29:20       about that you were asked to go to OFHEO? | | |
| | 29:21  A.  Yes.  I was leading President Bush's, | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:22   No. 43's, social security reform efforts at the agency | | |
| | 30:01   and had done that for several years.  It became | | |
| | 30:02   apparent by the end of '05 that it was not going to go | | |
| | 30:03   anywhere, and it was time for me to go back to | | |
| | 30:04   civilian life. | | |
| | 30:05   What they asked me, given the issues at | | |
| | 30:06   Fannie and Freddie, was to take over as the director | | |
| | 30:07   there.  They probably asked me six months before I | | |
| | 30:08   made the decision to do it.  And in that time, | | |
| | 30:09   actually spent a lot of time just reading up and | | |
| | 30:10   understanding some of the issues at Fannie and | | |
| | 30:11   Freddie. | | |
| | 30:12   And I was really parachuted in.  I had | | |
| | 30:13   already been Senate confirmed.  So it was easy to move | | |
| | 30:14   me in.  And the first order of business was the | | |
| | 30:15   examination report on the accounting standards at | | |
| | 30:16   Fannie Mae and doing a settlement with them. | | |
| 45:22 - 46:12 | **Lockhart, James 2021-01-13** | 00:00:50 | Lockhart_New.6 |
| | 45:22   Q.  And a few minutes ago you said something to | | |
| | 46:01        the effect of that you forced Fannie and Freddie to | | |
| | 46:02        raise capital, I think in '07, late '07. | | |
| | 46:03   A.  Right. | | |
| | 46:04   Q.  Can you describe what you mean when you say | | |
| | 46:05        you "forced" them to do it? | | |
| | 46:06   A.  Well, we put out regular reports, quarterly | | |
| | 46:07        and semiannual reports, of the health of Fannie and | | |
| | 46:08        Freddie -- they were significant concerns to us -- and | | |
| | 46:09        we told them that they needed to raise more capital. | | |
| | 46:10        We discussed it with the boards.  They were somewhat | | |
| | 46:11        reluctant, but they agreed.  And as I said, they were | | |
| | 46:12        able to raise capital in November, December of '07. | | |
| 46:19 - 47:07 | **Lockhart, James 2021-01-13** | 00:00:35 | Lockhart_New.7 |
| | 46:19        BY MR. COLATRIANO: | | |
| 🔗 P515.1 | 46:20   Q.  It should be loading right now.  Exhibit 5. | | |
| | 46:21        Let me know when you have it. | | |
| | 46:22   A.  I got it. | | |
| | 47:01   Q.  Exhibit 5 is a March 19 document. | | |
| | 47:02   A.  That's right. | | |
| | 47:03   Q.  I'm sorry. | | |
| 🔗 P515.1.1 | 47:04        A March 19, 2008 news release from OFHEO | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 47:05    Bates stamped LOCKHART-DDC-000050.  Have you reviewed | | |
| | 47:06    this document in preparing for this deposition? | | |
| | 47:07  A.  Yes. | | |
| 48:01 - 48:15 | **Lockhart, James 2021-01-13** | 00:00:56 | Lockhart_New.8 |
| 🔗 P515.1.2 | 48:01  Q.  It then goes on to say the "key part of this | | |
| | 48:02    initiative, both companies announced that they begin | | |
| | 48:03    the process to raise significant capital," and that | | |
| | 48:04    "Both companies also said they would maintain overall | | |
| | 48:05    capital levels well in excess of requirements." | | |
| | 48:06    Did you have a view around this time about | | |
| | 48:07    the company's ability to raise capital in the markets? | | |
| | 48:08  A.  We thought they could.  That's why we | | |
| | 48:09    required it, and, you know, we were hearing from | | |
| | 48:10    investment bankers that it was possible, Treasurywise | | |
| | 48:11    in particular as well.  Treasury was involved in these | | |
| | 48:12    negotiations with the two CEOs. | | |
| | 48:13  Q.  Okay. | | |
| | 48:14  A.  And Fannie did raise capital, as you know, in | | |
| ✖ Clear | 48:15    May of '08.  Freddie did not. | | |
| 60:16 - 61:13 | **Lockhart, James 2021-01-13** | 00:01:29 | Lockhart_New.9 |
| | 60:16  Q.  What was your understanding of the | | |
| | 60:17    difference between conservatorship and receivership? | | |
| | 60:18  A.  Receivership set up an LL -- whatever that | | |
| | 60:19    means.  It set up a separate company that the good | | |
| | 60:20    assets would be transferred into, and conservatorship | | |
| | 60:21    was keeping the companies in place, but with the | | |
| | 60:22    conservator, the agency, myself in particular, having | | |
| | 61:01    the powers of the board and the management of the | | |
| | 61:02    companies to conserve their assets. | | |
| | 61:03  Q.  Okay.  And so would it be fair to say that | | |
| | 61:04    conservatorship and receivership had different | | |
| | 61:05    objectives, different purposes? | | |
| | 61:06  A.  Yes. | | |
| | 61:07  Q.  And how would you describe that difference? | | |
| | 61:08  A.  Well, the receivership was much more | | |
| | 61:09    draconian.  It effectively had the impact of moving | | |
| | 61:10    the assets to another vehicle and -- that would be | | |
| | 61:11    capitalized.  While conservatorship was an attempt to | | |
| | 61:12    work through their issues and -- over time and | | |
| | 61:13    potentially keep the companies in place. | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:14 - 62:04 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.10 |

| | | |
|---|---|---|
| 61:14 | Q. | So that suggests that receivership and |
| 61:15 | | conservatorship had different sort of end results in |
| 61:16 | | mind; correct? |
| 61:17 | A. | End results and different market |
| 61:18 | | implications, which was one of the reasons we were |
| 61:19 | | having a big debate about receivership and |
| 61:20 | | conservatorship. |
| 61:21 | Q. | What do you mean by "market implications"? |
| 61:22 | A. | I think receivership would have panicked the |
| 62:01 | | market pretty dramatically.  The market was already |
| 62:02 | | very thin at that point, and I'm talking about the |
| 62:03 | | mortgage market in particular, but also the overall |
| 62:04 | | market. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 62:05 - 62:19 | **Lockhart, James 2021-01-13** | 00:00:57 | Lockhart_New.11 |

| | | |
|---|---|---|
| 62:05 | Q. | Was receivership more of a liquidation type |
| 62:06 | | of vehicle for the companies? |
| 62:07 | A. | Well, it was closer to liquidation but not |
| 62:08 | | liquidation itself.  In theory, they could have still |
| 62:09 | | written some business, I guess.  I can't remember the |
| 62:10 | | details of the receivership So I can't speculate.  At |
| 62:11 | | the time we looked at it, but because it was rejected, |
| 62:12 | | I haven't really re-looked at it since then. |
| 62:13 | Q. | When you say, "at the time" you looked at it, |
| 62:14 | | do you mean at around this time in '08 you were |
| 62:15 | | looking at receivership? |
| 62:16 | A. | I would say it was in August, mid-August on |
| 62:17 | | really, probably.  So later than this.  It was again, |
| 62:18 | | after HERA was passed because -- which was on July 30. |
| 62:19 | | We couldn't look at receivership until we had HERA. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 63:06 - 63:14 | **Lockhart, James 2021-01-13** | 00:00:33 | Lockhart_New.12 |

| | | |
|---|---|---|
| 63:06 | Q. | How would you describe the agency powers in |
| 63:07 | | the conservatorship? |
| 63:08 | A. | As we said in an announcement, we put them in |
| 63:09 | | a conservatorship, that the agency and the director of |
| 63:10 | | the agency as conservator had all the powers of -- to |
| 63:11 | | run effectively if the board wanted to.  They didn't |
| 63:12 | | even have to have board.  We decided to keep the board |
| 63:13 | | and the management so it was under the control of the |
| 63:14 | | agency. |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 64:14 - 65:01 | **Lockhart, James 2021-01-13** | 00:00:41 | Lockhart_New.13 |

| | | |
|---|---|---|
| 64:14 | | What was your understanding of how the |
| 64:15 | | conservator role differed from your role as regulator? |
| 64:16 | | The safety and soundness regulator. |
| 64:17 | A. | It was different.  We actually set up a |
| 64:18 | | separate group to be the conservator, if you will, and |
| 64:19 | | we kept the regulator and the examination teams in |
| 64:20 | | place as well.  And the conservator's job was to |
| 64:21 | | ensure that they kept supporting their mission and |
| 64:22 | | that they were safe and sound and that they conserved |
| 65:01 | | assets as well. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:02 - 65:09 | **Lockhart, James 2021-01-13** | 00:00:22 | Lockhart_New.15 |

| | | |
|---|---|---|
| 65:02 | Q. | It sounds like there's at least some overlap |
| 65:03 | | between the roles because you talked about the |
| 65:04 | | conservator's job was to make sure the institutions |
| 65:05 | | were kept safe and sound, which obviously, is |
| 65:06 | | something that's relevant to the regulator's role as |
| 65:07 | | the safety and soundness regulator.  So those concepts |
| 65:08 | | are similar; is that correct? |
| 65:09 | A. | That's correct, yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:10 - 65:22 | **Lockhart, James 2021-01-13** | 00:00:54 | Lockhart_New.16 |

| | | |
|---|---|---|
| 65:10 | Q. | And when you say the conservator's job is in |
| 65:11 | | part to conserve assets, what do you mean by that? |
| 65:12 | A. | Well, I meant that over the long term, the |
| 65:13 | | idea was that we wanted to work to provide that they |
| 65:14 | | could grow their assets, or at least not dissipate |
| 65:15 | | their assets dramatically over that period. |
| 65:16 | | Obviously, as when we did put them in |
| 65:17 | | conservatorship, the market was quite a bit different |
| 65:18 | | than even in July where we're talking about here.  But |
| 65:19 | | certainly it became much worse after September, after |
| 65:20 | | the Lehman bankruptcy, the next week after |
| 65:21 | | conservatorship and all the other actions that were |
| 65:22 | | taken. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:01 - 66:09 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.18 |

| | | |
|---|---|---|
| 66:01 | Q. | Was one of the objectives, at least, of |
| 66:02 | | conservatorship, as you understood it, was to try to |
| 66:03 | | restore the companies to financial health? |
| 66:04 | A. | The objective was to definitely restore the |
| 66:05 | | companies, and therefore, the mortgage market, because |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:06    they worked the mortgage market at that point to | | |
| | 66:07    financial health.  You could not restore them to | | |
| | 66:08    financial health without restoring the mortgage | | |
| | 66:09    market. | | |
| 90:21 - 91:13 | **Lockhart, James 2021-01-13** | 00:00:56 | Lockhart_New.19 |
| | 90:21   Q.   And I'm going to show you that Q&A in | | |
| | 90:22    a little bit, but, you know, you referred to it a | | |
| | 91:01    couple times already.  I just want to make sure I | | |
| | 91:02    understand.  What was the purpose of that?  Why did | | |
| | 91:03    you feel you needed to prepare that type of Q&A? | | |
| | 91:04   A.   Well, Fannie was the biggest financial | | |
| | 91:05    institution in the country at that point.  Freddie was | | |
| | 91:06    probably the third largest.  They were such a major | | |
| | 91:07    part of the financial markets, and as I said before, | | |
| | 91:08    the mortgage markets that we needed to be as clear as | | |
| | 91:09    we could about what was happening and why it was | | |
| | 91:10    happening, and more importantly, that Treasury was | | |
| | 91:11    backing them with the preferred, and therefore, Fannie | | |
| | 91:12    and Freddie would survive despite their major | | |
| | 91:13    problems. | | |
| 96:17 - 96:19 | **Lockhart, James 2021-01-13** | 00:00:23 | Lockhart_New.20 |
| 🔗 OLDP2B.1 | 96:17   Q.   Exhibit 8 is a document with the Bates | | |
| 🔗 OLDP2B.1.1 | 96:18    FHFA-DDC-0090764.  It's a September 7, 2008 statement | | |
| | 96:19    from FHFA director, James B. Lockhart. | | |
| 96:20 - 96:22 | **Lockhart, James 2021-01-13** | 00:00:07 | Lockhart_New.21 |
| | 96:20    I assume this is one of the documents you | | |
| | 96:21    reviewed in preparing for this deposition? | | |
| | 96:22   A.   That's correct. | | |
| 97:01 - 97:06 | **Lockhart, James 2021-01-13** | 00:00:09 | Lockhart_New.22 |
| | 97:01   Q.   I assume, as well, that you were heavily | | |
| | 97:02    involved in the drafting of this statement; is that | | |
| | 97:03    correct? | | |
| | 97:04   A.   That is correct. | | |
| | 97:05   Q.   Why don't you turn to Page 5 of the document. | | |
| | 97:06   A.   Okay. | | |
| 97:07 - 97:11 | **Lockhart, James 2021-01-13** | 00:00:21 | Lockhart_New.23 |
| 🔗 OLDP2B.5.2 | 97:07   Q.   At the bottom of Page 5 there's a description | | |
| | 97:08    of "Conservatorship," where you say, "That is a | | |
| | 97:09    statutory process designed to stabilize a troubled | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 97:10   institution with the objective of returning the | | |
| | 97:11   entities to normal business operations." | | |
| 97:12 - 97:20 | **Lockhart, James 2021-01-13** | 00:00:39 | Lockhart_New.24 |
| | 97:12   What was your understanding of what "normal | | |
| | 97:13   business operations" would be for Fannie and Freddie? | | |
| | 97:14   A.  That was difficult because they were not | | |
| | 97:15   normal businesses.  They were GSEs and they had a | | |
| | 97:16   government charter, and so part of the view was did | | |
| | 97:17   that mean returning them back to just the way they | | |
| | 97:18   were, or would there be some changes.  I think many of | | |
| | 97:19   us thought that there would have to be some | | |
| | 97:20   Congressional action. | | |
| 97:21 - 98:03 | **Lockhart, James 2021-01-13** | 00:00:18 | Lockhart_New.25 |
| | 97:21   But "normal business operations" meant that | | |
| | 97:22   they had the capital.  They had the systems.  They had | | |
| | 98:01   the risk management and the ability to serve their | | |
| | 98:02   mission of providing stability, liquidity, and | | |
| | 98:03   affordability to the mortgage market. | | |
| 98:04 - 98:08 | **Lockhart, James 2021-01-13** | 00:00:17 | Lockhart_New.26 |
| | 98:04   Q.  And I take it from that response that | | |
| | 98:05   normal business operations would mean, at least in | | |
| | 98:06   part, safe and sound business operations? | | |
| | 98:07   A.  Yes.  That's the risk management, the capital | | |
| | 98:08   and other things I mentioned. | | |
| 98:09 - 98:12 [x] Clear | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.27 |
| | 98:09   Q.  So can a company with no capital -- can | | |
| | 98:10   financial institutions with no capital be considered | | |
| | 98:11   to be normal business operation? | | |
| | 98:12   A.  No. | | |
| 98:18 - 98:22 | **Lockhart, James 2021-01-13** | 00:00:16 | Lockhart_New.28 |
| | 98:18   THE WITNESS:  In fact, a company with no | | |
| | 98:19   capital shouldn't be operating.  Obviously, Fannie and | | |
| | 98:20   Freddie had no capital, but they did have preferred | | |
| | 98:21   stock that effectively kept them above negative net | | |
| | 98:22   worth. | | |
| 99:07 - 99:14 | **Lockhart, James 2021-01-13** | 00:00:28 | Lockhart_New.29 |
| | 99:07   Q.  I think I know the answer to this | | |
| | 99:08   based on our earlier discussion, but at this time, | | |
| | 99:09   September 20, '08, did you have an expectation about | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

99:10    how long it would be before the companies could be
99:11    returned to normal business operations?
99:12  A.  No, I didn't.  There was too many other
99:13    things going on in the financial markets at that point
99:14    to have an idea of what it would take.

**99:15 - 100:21    Lockhart, James 2021-01-13    00:01:52    Lockhart_New.30**

99:15  Q.  Turn to Page 10 of this document.  Let me
99:16    know when you're there.

🔗 OLDP2B.9.1

99:17  A.  I'm on Page 10.  That's the final page?
99:18  Q.  Yes.  Yes, it is.  Actually, at the very top,
99:19    it's the continuation of the paragraph that begins at
99:20    the bottom of Page 9 where you're talking about FHFA
99:21    continued to work on new regulations, including

🔗 OLDP2B.9.2

99:22    minimum capital standards.  You then say, "It is
100:01    critical to complete these regulations so that any new
100:02    investor will understand the investment proposition."
100:03    What were you referring to there with
100:04    reference to "any new investor"?
100:05  A.  To return to normal operations, they would
100:06    have to have capital, and the only way they could get
100:07    new capital is from new investors.  So that's what I
100:08    was referring to, that anybody that was going to
100:09    invest in them would want to know what the capital
100:10    requirements were, what the other -- as I mentioned,
100:11    the other issues, what their regulations were, what
100:12    their risk management practices were.
100:13    So that's what I was referring to, that they
100:14    would need to raise more capital to get out of

❌ Clear

100:15    conservatorship.
100:16  Q.  And just so I understand it, the companies
100:17    could also build capital through earnings; right?
100:18  A.  Well, at that point I didn't think they were
100:19    going to have earnings to build capital.
100:20  Q.  I'm just talking as a general proposition,
100:21    that that's a way to build capital.

**100:22 - 101:10    Lockhart, James 2021-01-13    00:00:43    Lockhart_New.31**

100:22  A.  Yes.  But they also had to repay the
101:01    preferred before they could rebuild capital, and that
101:02    was -- it turned out to be a very big number.
101:03  Q.  Okay.  Well, through earnings, they could

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:04    build capital on their balance sheet, whether or not | | |
| | 101:05    they used it to pay Treasury; correct? | | |
| | 101:06   A.   Yeah.  In fact, they did have that | | |
| | 101:07    capability.  They didn't have the ability to repay | | |
| | 101:08    Treasury, but yes, they did have the ability, if they | | |
| | 101:09    became profitable.  But at that point there was no | | |
| | 101:10    sign they would be profitable in the near future. | | |
| 101:11 - 102:10 | **Lockhart, James 2021-01-13** | 00:01:06 | Lockhart_New.32 |
| | 101:11   Q.   When you said they didn't have the ability to | | |
| | 101:12    repay -- to pay Treasury, you mean to pay down the | | |
| | 101:13    stock, to redeem the stock?  Is that what you're | | |
| | 101:14    talking about when you said, "They didn't have the | | |
| | 101:15    ability" to pay Treasury? | | |
| | 101:16   A.   Yeah.  Liquidation preference of stock, | | |
| | 101:17    preferred stock. | | |
| 🔗 OLDP2B.9.2 | 101:18   Q.   Returning to the sentence, is it fair to say | | |
| | 101:19    that, you know, at least in your mind, the objective | | |
| | 101:20    was to get these companies to a point where there | | |
| | 101:21    could be new investment in them? | | |
| | 101:22   A.   Over the long term, yes, whether -- I always | | |
| | 102:01    thought -- and I'll put this right on the table.  I | | |
| | 102:02    always thought that the only way they could figure it | | |
| | 102:03    out was with Congressional action.  There had to be | | |
| | 102:04    some action on Congress about the future structure of | | |
| | 102:05    Fannie and Freddie because their hybrid structure did | | |
| | 102:06    not work and failed. | | |
| | 102:07    And so it was not only getting new investors, | | |
| | 102:08    but it was also Congressional action, and I thought | | |
| | 102:09    the Congressional action probably had to happen before | | |
| | 102:10    they could get new investors. | | |
| 102:19 - 102:21 | **Lockhart, James 2021-01-13** | 00:00:14 | Lockhart_New.33 |
| 🔗 OLDP2C.1 | 102:19   Q.   Exhibit 9 is a document marked | | |
| 🔗 OLDP2C.1.5 | 102:20    FHFA-DDC-0017202.  It's an FHFA "FACT SHEET, | | |
| | 102:21    "QUESTIONS AND ANSWERS ON CONSERVATORSHIP." | | |
| 104:02 - 104:15 | **Lockhart, James 2021-01-13** | 00:00:45 | Lockhart_New.34 |
| 🔗 OLDP2C.1.3 | 104:02   Q.   And on the first page there is discussion | | |
| | 104:03    about what is conservatorship, and the answer talks | | |
| | 104:04    about a "legal process in which a person or entity is | | |
| | 104:05    appointed to establish control and oversight of a | | |
| | 104:06    Company to put it in a sound and solvent condition." | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

104:07    Is that another way of saying safe and sound,

104:08    basically?

104:09  A.  Yes.

104:10  Q.  And presumably "solvent" implies some type of

104:11    positive net worth; correct?

104:12  A.  Well, more than some sort of.  A significant

104:13    positive net worth, especially if you're writing -- at

104:14    that point I think they had $5-1/2 trillion worth of

104:15    mortgages that they were splitting.

---

**104:16 - 105:07**    **Lockhart, James 2021-01-13**    00:00:47    Lockhart_New.35

🔗 OLDP2C.1.4

104:16  Q.  The second page of the

104:17    document there's the first answer, which the question

104:18    is actually on Page 1, which is "What are the goals of

104:19    this conservatorship?"

104:20    Part of the answer is, "The goals of the

104:21    conservatorship are to help restore confidence in the

104:22    Company, enhance its capacity to fulfill its mission,

105:01    and mitigate systemic risk that has contributed

105:02    directly to the instability in the current market."

105:03    When you're talking about helping to restore

105:04    confidence, whose confidence are you talking about?

105:05    The market confidence?

105:06  A.  Yeah.  The buyers of their debt and

105:07    mortgage-backed securities in particular.

---

**105:08 - 106:01**    **Lockhart, James 2021-01-13**    00:01:12    Lockhart_New.36

🔗 OLDP2C.2.4

105:08  Q.  The next question is "When will the

105:09    conservatorship period end?"

105:10    And we've already talked about what your

105:11    expectations were around this time about how long the

105:12    conservatorship might last, but did you have any

105:13    discussions with Treasury, with the GSEs themselves,

105:14    analysts, anybody else in the weeks after the

105:15    conservatorship was instituted about the expected

105:16    duration?

105:17  A.  No specific.  We were, you know, working on

105:18    trying to solve the mortgage market problems, and it

105:19    was, again, premature.  You know that

105:20    Secretary Paulson called it the time out, which meant

105:21    that it was, in his mind, certainly not the 12 years

105:22    it's been.  But also, in his and my mind, the end

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 106:01      would really be when Congress acted. | | |
| 106:14 - 106:16 | **Lockhart, James 2021-01-13** | 00:00:09 | Lockhart_New.37 |
| 🔗 OLDP2C.3.2 | 106:14   Q.   It's on Page 3.  It's the second question on<br>106:15      Page 3, "What happens to the Company's stock during<br>106:16      the conservatorship?" | | |
| 106:17 - 106:19 | **Lockhart, James 2021-01-13** | 00:00:10 | Lockhart_New.50 |
| ✖ Clear | 106:17   A.   I think it was a legitimate question that the<br>106:18      shareholders both preferred and commonly asked, if<br>106:19      that's what you're asking. | | |
| 120:02 - 120:19 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.38 |
| | 120:02   Q.   So obviously these PSPAs were entered into<br>120:03      more or less concurrently with the imposition of the<br>120:04      conservatorships; correct?<br>120:05   A.   Yes.<br>120:06   Q.   And you signed the PSPAs in your capacity as<br>120:07      conservator for Fannie and Freddie; correct?<br>120:08   A.   That is correct.<br>120:09   Q.   Can you briefly explain how you became<br>120:10      involved in the -- in heading negotiations or<br>120:11      discussions concerning the PSPAs, whether they made<br>120:12      sense or the specific terms of them.<br>120:13   A.   Yes, obviously, Treasury was the driver.<br>120:14      They were the provider of the funding for the PSPA,<br>120:15      and as a result, they did most of the drafting.  We<br>120:16      would occasionally comment on earlier drafts, but<br>120:17      frankly, I don't remember what our comments were, and<br>120:18      we had our lawyers looking at it as well, obviously,<br>120:19      since it's a legal document. | | |
| 145:16 - 146:01 | **Lockhart, James 2021-01-13** | 00:00:31 | Lockhart_New.40 |
| 🔗 P520.1<br>🔗 P520.1.1 | 145:16   Q.   Exhibit 16 is a hearing report, including a<br>145:17      transcript for a hearing before the House Committee on<br>145:18      Financial Services on September 25, 2008.<br>145:19      Have you reviewed this document in preparing<br>145:20      for your deposition?<br>145:21   A.   In preparing my book, yes.  Parts of it.  I'm<br>145:22      not sure if I read the whole document, but parts of<br>146:01      it, at least, yes. | | |
| 146:02 - 146:04 | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.51 |
| 🔗 P520.18 | 146:02   Q.   If you could turn to Page 14.  14, the number | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 146:03    at the top of the page. | | |
| | 146:04  A.  The top of the page.  Okay. | | |
| 146:05 - 146:09 | **Lockhart, James 2021-01-13** | 00:00:07 | Lockhart_New.53 |
| | 146:05  Q.  It could also be Page 52 of 170 would work | | |
| | 146:06    too. | | |
| | 146:07  A.  Okay.  I'm looking at the wrong set of | | |
| | 146:08    numbers. | | |
| | 146:09    (Pause in proceedings.) | | |
| 146:10 - 147:12 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.52 |
| | 146:10    BY MR. COLATRIANO: | | |
| | 146:11  Q.  Are you there? | | |
| | 146:12  A.  I'm getting there.  I have a slow finger. | | |
| | 146:13  Q.  That's okay. | | |
| | 146:14  A.  Here we are. | | |
| | 146:15  Q.  All right. | | |
| | 146:16  A.  Kanjorski. | | |
| 🔗 P520.18.1 | 146:17  Q.  Yeah.  The second question on that page from | | |
| | 146:18    Mr. Kanjorski -- I'm not so interested in the question | | |
| | 146:19    as your answer.  You say in your answer, "Certainly, | | |
| | 146:20    the housing market hurt all lenders, and in reality | | |
| | 146:21    they probably had better books than many other | | |
| | 146:22    lenders." | | |
| | 147:01    I'm assuming by "they," you're referring to | | |
| | 147:02    Fannie and Freddie; right? | | |
| | 147:03  A.  Yes. | | |
| | 147:04  Q.  And so what did you mean when you said, "They | | |
| | 147:05    probably had better books than many other lenders"? | | |
| | 147:06  A.  I meant that if they had less delinquencies, | | |
| | 147:07    then certainly FHA is an example, but many of the | | |
| | 147:08    certain -- the private label mortgage-backed | | |
| | 147:09    securities was much better.  They had probably more | | |
| | 147:10    prime mortgages than some other lenders, and certain | | |
| | 147:11    more prime mortgages than, for instance, the private | | |
| | 147:12    label mortgage-backed securities. | | |
| 147:13 - 147:15 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.41 |
| 🔗 P520.37 | 147:13  Q.  If you'd turn to page, at the very top, 71 of | | |
| | 147:14    170. | | |
| | 147:15  A.  Okay. | | |
| 147:16 - 149:02 | **Lockhart, James 2021-01-13** | 00:02:00 | Lockhart_New.42 |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 147:16 | Q. All right.  About two-thirds of the way down | | Lockhart_New.42 |
| 🔗 P520.37.1 | 147:17 | on this page, you give an answer where you say, "They | | |
| | 147:18 | were not doing things that other people didn't.  In | | |
| | 147:19 | fact, their underwriting standards, frankly, were | | |
| | 147:20 | higher than any other people's standards." | | |
| | 147:21 | Again, in context, by "they," you're | | |
| | 147:22 | referring to Fannie and Freddie; right? | | |
| | 148:01 | A. Correct. | | |
| | 148:02 | Q. And so could you elaborate a bit when you | | |
| | 148:03 | say, "Their underwriting standard were higher than | | |
| | 148:04 | many other people's"? | | |
| | 148:05 | A. Well, what I just said.  They had more prime | | |
| | 148:06 | mortgages than many other people did.  They obviously | | |
| | 148:07 | couldn't do jumbo mortgages.  They did a lot of | | |
| | 148:08 | mortgages and some subprime, but on average, I think | | |
| | 148:09 | they were less than many other lenders, and again, in | | |
| | 148:10 | private label mortgage-backed securities. | | |
| | 148:11 | Now, there were buyers of those private label | | |
| | 148:12 | mortgage-backed securities.  They bought the AAA in | | |
| | 148:13 | tranches, which turned out not to be AAA, but the | | |
| | 148:14 | overall -- and I think if you look back at their books | | |
| | 148:15 | historically, they had less defaults on average than | | |
| | 148:16 | many other lenders. | | |
| | 148:17 | Q. Would that suggest that, all else equal, that | | |
| | 148:18 | you would expect Fannie and Freddie to have a lower | | |
| | 148:19 | rate on loss on those types of assets than other | | |
| | 148:20 | financial institutions? | | |
| | 148:21 | A. Yes, I would.  Obviously, as the second part | | |
| | 148:22 | of that answer, as they didn't have enough capital for | | |
| | 149:01 | even their lower losses and other financial | | |
| ✖ Clear | 149:02 | institutions that had significantly more capital. | | |
| 224:07 - 224:19 | **Lockhart, James 2021-01-13** | | 00:00:43 | Lockhart_New.48 |
| | 224:07 | Q. Earlier today you testified about Fannie Mae | | |
| | 224:08 | and Freddie Mac raising capital in the period of late | | |
| | 224:09 | 2007 and early 2008.  Do you recall that? | | |
| | 224:10 | A. They raised capital in late 2007. | | |
| | 224:11 | Q. And they did that by selling preferred stock | | |
| | 224:12 | to private investors; correct? | | |
| | 224:13 | A. That's correct. | | |
| | 224:14 | Q. Were they able to raise as much capital as | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 224:15    they needed at that time by selling that preferred | | |
| | 224:16    stock? | | |
| | 224:17  A.  I'm not sure if they tried to raise more than | | |
| | 224:18    that, but they did raise a reasonably significant | | |
| | 224:19    amount of capital. | | |
| 224:20 - 225:20 | **Lockhart, James 2021-01-13** | 00:01:17 | Lockhart_New.49 |
| | 224:20  Q.  You also testified earlier today about the | | |
| | 224:21    decision to place Fannie and Freddie into | | |
| | 224:22    conservatorship.  Do you recall that? | | |
| | 225:01  A.  Yes. | | |
| | 225:02  Q.  When FHFA became the conservator of the | | |
| | 225:03    enterprises, FHFA had the authority at that time to | | |
| | 225:04    cancel the junior preferred and common stock; correct? | | |
| | 225:05  A.  I really don't remember whether we did or | | |
| | 225:06    not, actually.  So I don't remember considering it for | | |
| | 225:07    sure, but I don't know if I had the legal right or | | |
| | 225:08    not.  I don't know. | | |
| | 225:09  Q.  Well, you anticipated my next question. | | |
| | 225:10    Did FHFA, either as regulator or as | | |
| | 225:11    conservator, give any consideration to canceling the | | |
| | 225:12    junior preferred and common stock? | | |
| | 225:13  A.  Well, when we were going through the | | |
| | 225:14    decision -- the three scenarios I mentioned before, if | | |
| | 225:15    we had gone through receivership, that might have | | |
| | 225:16    canceled them.  So there might have been consideration | | |
| | 225:17    there. | | |
| | 225:18    But when we were talking about | | |
| | 225:19    conservatorship, as far as I know, we were not talking | | |
| | 225:20    about cancelling the junior preferred or the common. | | |

Our Designations                                                                00:32:42
**TOTAL RUN TIME**                                                        **00:32:42**

📄  Documents linked to video:
OLDP2B
OLDP2C
P515

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

P520