# EXHIBIT G

# Lockhart

Designation List Report

 **Lockhart, James**                              2021-01-13

| Defense Designations | 00:06:11 |
|---|---|
| **TOTAL RUN TIME** | **00:06:11** |



**ID: Lockhart**

**Lockhart**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart.7 |
| | 10:16    Can you just go ahead and state your name for | | |
| | 10:17    the record, please, your full name. | | |
| | 10:18    A.   James Bicknell Lockhart III. | | |
| 27:05 - 27:10 | **Lockhart, James 2021-01-13** | 00:00:28 | Lockhart.8 |
| | 27:05    And after that I was asked to join | | |
| | 27:06    OFHEO in April or May of '06, and was confirmed, I | | |
| | 27:07    think, in June or so. But I was there starting in | | |
| | 27:08    April. | | |
| | 27:09    And then when HERA was passed end of July | | |
| | 27:10    '08, I became the executive director of FHFA, | | |
| 219:09 - 219:19 | **Lockhart, James 2021-01-13** | 00:00:43 | Lockhart.4 |
| | 219:09    When FHFA became conservator of Fannie and | | |
| | 219:10    Freddie, did it suspend dividends on the companies' | | |
| | 219:11    junior preferred stock? | | |
| | 219:12    A.   Yes. | | |
| | 219:13    Q.   And why was that done? | | |
| | 219:14    A.   To ensure that there was no leakage to | | |
| | 219:15    anybody but the senior preferred. | | |
| | 219:16    Q.   What do you mean "leakage"? | | |
| | 219:17    A.   That there was no dividends being paid to | | |
| | 219:18    anybody junior than to the senior preferred. That's a | | |
| | 219:19    common thing that happens. | | |
| 219:20 - 220:09 | **Lockhart, James 2021-01-13** | 00:00:43 | Lockhart.5 |
| | 219:20    Q.   Okay. I just want to make sure I understand | | |
| | 219:21    because it almost sounded a little bit circular | | |
| | 219:22    because I asked you why you suspended the dividends, | | |
| | 220:01    and your answer was, essentially, "Because I didn't | | |
| | 220:02    want to pay dividends to the junior preferred," and I | | |
| | 220:03    guess I want to understand why. | | |
| | 220:04    A.   Again, the senior preferreds come first in | | |
| | 220:05    the waterfall. And so they were the ones that were | | |
| | 220:06    getting the dividends. The junior preferreds' | | |
| | 220:07    dividends were suspended because these companies were | | |
| | 220:08    effectively insolvent, and dividends would not be paid | | |
| | 220:09    out of an insolvent company. | | |
| 220:10 - 220:15 | **Lockhart, James 2021-01-13** | 00:00:20 | Lockhart.6 |
| | 220:10    Q.   Was there ever a determination about whether | | |
| | 220:11    dividends would be reinstated if the company became | | |

**Lockhart**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 220:12  solvent? | | |
| | 220:13 A. I don't remember that discussion. But, | | |
| | 220:14  again, I left in August of '09, and they were still | | |
| | 220:15  taking draws from Treasury. | | |
| 154:09 - 154:13 | **Lockhart, James 2021-01-13** | 00:00:18 | Lockhart.2 |
| | 154:09  Do you recall that -- we've talked about the | | |
| | 154:10  original PSPA agreements. Do you recall that the | | |
| | 154:11  PSPAs were amended twice in 2009? | | |
| | 154:12 A. Yeah. Once was when I was there and once | | |
| | 154:13  after I left. | | |
| 154:14 - 155:19 | **Lockhart, James 2021-01-13** | 00:01:44 | Lockhart.3 |
| | 154:14 Q. Right. What was your involvement in the | | |
| | 154:15  first amendment, the one that happened while you were | | |
| | 154:16  there? | | |
| | 154:17 A. I was significantly involved in that | | |
| | 154:18  amendment. In particular, Freddie was coming up with | | |
| | 154:19  projections that showed very large losses, and, in | | |
| | 154:20  fact, losses beyond the 100 million in some of their | | |
| | 154:21  forecasts and under more stressed scenarios, and they | | |
| | 154:22  were actually talking to their outside accountants of | | |
| | 155:01  having to -- saying they had going concern issues, | | |
| | 155:02  which would have been very detrimental to the mortgage | | |
| | 155:03  market. | | |
| | 155:04  We worked with Freddie through the numbers. | | |
| | 155:05  We had meetings with Treasury about it. We also | | |
| | 155:06  talked to Fannie about their numbers, and in the end, | | |
| | 155:07  we did push to increase, and that was the key. And | | |
| | 155:08  the change increased from 100 million to 200 million | | |
| | 155:09  on each of the senior preferreds. | | |
| | 155:10 Q. When you say you did "push" for that, you | | |
| | 155:11  pushed with Treasury to get that done, or what do you | | |
| | 155:12  mean? | | |
| | 155:13 A. Yeah. We pushed with Treasury. I thought | | |
| | 155:14  that potentially, the Freddie numbers were a little | | |
| | 155:15  excessive, but I think that we just needed the cushion | | |
| | 155:16  just in case. So to me -- we needed to show the | | |
| | 155:17  mortgage market that Treasury was behind Freddie and | | |
| | 155:18  Fannie come hell or high water. So, to me, it made | | |
| | 155:19  sense to increase them to 200 million. | | |
| 139:03 - 140:06 | **Lockhart, James 2021-01-13** | 00:01:47 | Lockhart.1 |

**Lockhart**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 139:03 | Q. If you recall, we talked about the dividend | | Lockhart.1 |
| | 139:04 | and if there was a provision for a cash dividend or if | | |
| | 139:05 | the dividend wasn't paid in cash, there would be an | | |
| | 139:06 | addition to the liquidation preference at a rate of | | |
| | 139:07 | 12 percent.  Do you recall that discussion? | | |
| | 139:08 | A. Yes. | | |
| | 139:09 | Q. Subsequent to the execution of the PSPAs, did | | |
| | 139:10 | you or anyone else at FHFA engage in any analysis of | | |
| | 139:11 | under what circumstances the dividends would be paid | | |
| | 139:12 | in cash versus in addition to the liquidation | | |
| | 139:13 | preference? | | |
| | 139:14 | A. An analysis of whether they could pay in cash | | |
| | 139:15 | or not -- | | |
| | 139:16 | Q. Well -- I'm sorry.  Go ahead. | | |
| | 139:17 | A. I don't remember seeing an analysis of that, | | |
| | 139:18 | actually. | | |
| | 139:19 | Q. Did you or anyone else at FHFA consider | | |
| | 139:20 | whether it made sense to pay the dividends in cash or | | |
| | 139:21 | using the 12 percent liquidation preference option? | | |
| | 139:22 | A. I think people felt that it was cheaper to | | |
| | 140:01 | pay at 10 percent than 12 percent.  That's about all I | | |
| | 140:02 | remember. | | |
| | 140:03 | Q. When you say, "people thought" that, what are | | |
| | 140:04 | you referring to? | | |
| | 140:05 | A. Just the math.  That's all I'm referring to | | |
| | 140:06 | because 10 is cheaper than 12. | | |

| | |
|---|---|
| Defense Designations | 00:06:11 |
| **TOTAL RUN TIME** | **00:06:11** |