# EXHIBIT H

# Mayopoulos

## Designation List Report

**Mayopoulos, Timothy**                                    **2020-03-10**

| | |
|---|---|
| <span style="color:red">Defense Designations</span> | <span style="color:red">00:11:27</span> |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
D490



**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:01 - 15:03 | **Mayopoulos, Timothy 2020-03-10** | 00:00:05 | Mayopoulos.13 |

15:01   Q.  And what was your first job at Fannie
15:02       Mae?  What was your role at the start?
15:03   A.  I was the general counsel.

| | | | |
|---|---|---|---|
| 15:19 - 15:20 | **Mayopoulos, Timothy 2020-03-10** | 00:00:07 | Mayopoulos.14 |

15:19   Q.  And when were you promoted to CEO?
15:20   A.  June 2012.

| | | | |
|---|---|---|---|
| 78:19 - 81:15 | **Mayopoulos, Timothy 2020-03-10** | 00:03:49 | Mayopoulos.1 |

78:19   Q.  Shareholder -- or stockholders'
78:20       equity, was that one of the things that you were
78:21       generally supposed to take into account when you're
78:22       making decisions for Fannie Mae, or was that not --
79:01       not one of the relevant considerations?
79:02   A.  I wouldn't say that we ran the company
79:03       with an eye towards promoting stockholder equity
79:04       over everything else, if that's the question.
79:05   Q.  That's not the question.  The question
79:06       is:  Is -- maintaining a positive stockholders'
79:07       equity, was that one of the things that you were
79:08       told to take into account when you were managing
79:09       Fannie Mae?
79:10   A.  Well, at the time I joined the company,
79:11       we did not have a positive shareholder equity.  It
79:12       was only through capital infusions from Treasury
79:13       that we got to zero at the end of every quarter, and
79:14       we didn't get to positive shareholder equity for
79:15       quite some time.  So it was certainly, I think, an
79:16       objective to have the company have positive
79:17       shareholder equity and to get to long-term
79:18       profitability, but for the first few years that I
79:19       was at the company, I don't think anybody thought
79:20       that that was something that was likely to happen.
79:21   Q.  And I guess to back up there, you made
79:22       reference to -- I think you made reference to draws
80:01       on the Treasury funding commitment.
80:02       Did I hear that right?
80:03   A.  Yes.
80:04   Q.  And what's the connection between making
80:05       draws on Treasury's funding commitment and
80:06       stockholders' equity?

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

80:07   A.  Fannie Mae was required to maintain
80:08       stockholder equity -- positive stockholder equity
80:09       of, you know, at least a dollar as of the end of
80:10       every quarter, and so in those quarters in which we
80:11       lost substantial amounts of money, and we had
80:12       already consumed all of the capital of the company,
80:13       the only way we could get to -- back to a net
80:14       balance that was positive was to make a draw on the
80:15       Treasury commitment under the PSPA.
80:16   Q.  Well, and so maybe I can ask the question
80:17       in a slightly different way.  Was minimizing the
80:18       draws on Treasury's funding commitment among the
80:19       goals that FHFA gave you when you're managing Fannie
80:20       Mae as the CEO?
80:21   A.  I think that FHFA expected us to manage
80:22       the business prudently so as not to incur
81:01       unnecessary losses, but we were balancing, and I
81:02       think FHFA was balancing many different factors in
81:03       terms of what to pursue at any given time.  But
81:04       overall, we were trying to do things that were good
81:05       for the company and good for the market and good for
81:06       borrowers and good for taxpayers.  So we were
81:07       balancing all of those things.
81:08   Q.  Mm-hmm.  And when you say good for the
81:09       company, what -- what do you mean by that?
81:10   A.  You know, that it would enable the
81:11       company to continue to operate, continue to be
81:12       viable.  The company played an important role in the
81:13       housing finance system, and one of our directives
81:14       was to make sure that it was operationally
81:15       effective.

| 101:14 - 101:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:18 | Mayopoulos.2 |
| 🔗 D490.1 | | | |

101:14   Q.  Okay.  So this will be Exhibit 9, and
101:15       what it is, is excerpts from Fannie Mae's second
101:16       quarter 2012 10-Q.  I didn't print the entire thing
101:17       but --
101:18   A.  The trees thank you.

| 101:19 - 102:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:21 | Mayopoulos.12 |
| 🔗 D490.13 | | | |

101:19   Q.  And what I want to look at is page 12.
101:20       There's the paragraph that carries over from page 12

**Mayoupoulos**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 D490.13.1 | 101:21 | to 13. It's got a subheading of "Uncertainty | | |
| | 101:22 | Regarding Our Future Status and Ability to Pay | | |
| | 102:01 | Dividends to Treasury." | | |
| | 102:02 | Do you see that? | | |
| | 102:03 A. | Yes. | | |
| | 102:04 Q. | If you could read that for me. | | |
| 102:05 - 102:19 | **Mayoupoulos, Timothy 2020-03-10** | | **00:00:30** | **Mayoupoulos.3** |
| | 102:05 A. | Okay. I've read that. | | |
| | 102:06 Q. | Okay. And there's a sentence in there | | |
| 🔗 D490.13.2 | 102:07 | that says, "Although we may experience | | |
| | 102:08 | period-to-period volatility in earnings and | | |
| | 102:09 | comprehensive income, we do not expect to generate | | |
| | 102:10 | that income or comprehensive income in excess of our | | |
| | 102:11 | annual dividend obligation to Treasury over the long | | |
| | 102:12 | term." | | |
| | 102:13 | Did you see that sentence? | | |
| | 102:14 A. | Yes. | | |
| | 102:15 Q. | And is this saying that there might be | | |
| | 102:16 | some quarters in the future when Fannie doesn't earn | | |
| | 102:17 | enough to pay the 10 percent dividend? Is that the | | |
| | 102:18 | thrust of the sentence? | | |
| | 102:19 A. | That's one of the conclusions, yes. | | |
| 103:03 - 103:05 | **Mayoupoulos, Timothy 2020-03-10** | | **00:00:08** | **Mayoupoulos.4** |
| | 103:03 Q. | Okay. And what was Fannie's expectation | | |
| | 103:04 | at this time about whether it would earn enough to, | | |
| | 103:05 | over the long run, pay the 10 percent? | | |
| 103:07 - 103:08 | **Mayoupoulos, Timothy 2020-03-10** | | **00:00:02** | **Mayoupoulos.5** |
| | 103:07 | THE WITNESS: When you say at this time, | | |
| | 103:08 | you mean as of? | | |
| 103:10 - 103:19 | **Mayoupoulos, Timothy 2020-03-10** | | **00:00:34** | **Mayoupoulos.6** |
| | 103:10 Q. | As of the summer of 2012. | | |
| | 103:11 A. | I think it was unclear whether we would | | |
| | 103:12 | be able to earn enough money to pay the dividend | | |
| | 103:13 | every quarter. We certainly knew that our earnings | | |
| | 103:14 | had a certain amount of volatility to them and that | | |
| | 103:15 | quarters in which we did not make enough money to | | |
| | 103:16 | pay the dividend, we'd have to take an additional | | |
| | 103:17 | draw from Treasury, which would only increase the | | |
| | 103:18 | amount outstanding, which means that the subsequent | | |

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| ☒ Clear | 103:19    dividends would have to be higher. | | |
| 104:02 - 105:12 | **Mayopoulos, Timothy 2020-03-10** | 00:01:45 | Mayopoulos.7 |
| | 104:02  Q.  Putting yourself back in the shoes you | | |
| | 104:03        were in at the end of June 2012, would you have | | |
| | 104:04        said then it was possible that Fannie would earn | | |
| | 104:05        enough over the long run to pay the 10 percent | | |
| | 104:06        dividend? | | |
| | 104:07  A.  I think it was possible.  We just | | |
| | 104:08        couldn't say with confidence that we'd be able to. | | |
| | 104:09  Q.  Right.  And we can look at the other | | |
| | 104:10        pages of this filing if need be, but I think I | | |
| | 104:11        noticed that this statement was specifically | | |
| | 104:12        identified as what's called a forward-looking | | |
| | 104:13        statement. | | |
| | 104:14        Does that make sense to you that Fannie | | |
| | 104:15        would have identified it as such? | | |
| | 104:16  A.  Yes. | | |
| | 104:17  Q.  And what are the implications of | | |
| | 104:18        identifying a statement as a forward-looking | | |
| | 104:19        statement in an SEC filing? | | |
| | 104:20  A.  Well, as a general matter, it's to | | |
| | 104:21        indicate to the reader that these are judgments that | | |
| | 104:22        are being made by management and that they are | | |
| | 105:01        subject to certain uncertainty and, while it might | | |
| | 105:02        represent the best estimate of management, | | |
| | 105:03        management cannot assure or guarantee the reader | | |
| | 105:04        that that will actually come to be. | | |
| | 105:05  Q.  You're basically saying here's what we | | |
| | 105:06        expect.  It could be wrong.  It could be better.  It | | |
| | 105:07        could be worse, but here's what we expect. | | |
| | 105:08        Is that kind of the thrust of it? | | |
| | 105:09  A.  The gist of it is we're saying we are | | |
| | 105:10        making a prediction and, you know, accurate | | |
| | 105:11        predictions are difficult to make, especially those | | |
| | 105:12        about the future, to quote Yogi Berra. | | |
| 145:12 - 146:08 | **Mayopoulos, Timothy 2020-03-10** | 00:01:24 | Mayopoulos.8 |
| | 145:12  Q.  Do you recall how you first learned about | | |
| | 145:13        the third amendment? | | |
| | 145:14  A.  I don't recall exactly when or how I | | |
| | 145:15        first learned of the third amendment. | | |

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 145:16  Q.  Do you remember whether it happened over | | |
| | 145:17        the telephone or in person? | | |
| | 145:18  A.  I don't. | | |
| | 145:19  Q.  Okay. | | |
| | 145:20  A.  I don't remember. | | |
| | 145:21  Q.  Do you remember if the substance of the | | |
| | 145:22        third amendment, whether that was something that was | | |
| | 146:01        communicated to you by someone from FHFA or someone | | |
| | 146:02        from Treasury? | | |
| | 146:03  A.  I don't remember. | | |
| | 146:04  Q.  Okay.  And am I right in assuming you | | |
| | 146:05        also wouldn't remember how the third amendment was | | |
| | 146:06        described to you for the first time or what anyone | | |
| | 146:07        said about it when you first learned about it? | | |
| | 146:08  A.  Correct. | | |
| 146:09 - 146:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:20 | Mayopoulos.9 |
| | 146:09  Q.  Okay.  Do you remember what your first | | |
| | 146:10        reaction was when you heard about the third | | |
| | 146:11        amendment? | | |
| | 146:12  A.  No, I don't remember what my reaction | | |
| | 146:13        was. | | |
| | 146:14  Q.  Do you recall whether you were surprised? | | |
| 146:17 - 146:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | Mayopoulos.10 |
| | 146:17        THE WITNESS:  I don't remember being | | |
| | 146:18        surprised. | | |
| 146:20 - 148:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:02 | Mayopoulos.11 |
| | 146:20  Q.  Was it consistent with what you expected | | |
| | 146:21        would happen? | | |
| | 146:22  A.  I don't know that I had any particular | | |
| | 147:01        expectations about what would happen.  I was aware | | |
| | 147:02        that there had been discussion about the possibility | | |
| | 147:03        of there being a third amendment to the PSPA.  I | | |
| | 147:04        think I understood at least some of the issues that | | |
| | 147:05        people were trying to address by the amendment.  In | | |
| | 147:06        my view, there were a number of ways that those | | |
| | 147:07        issues could be addressed, and it seemed that the | | |
| | 147:08        third amendment -- I don't remember the first time I | | |
| | 147:09        heard about the third amendment or exactly what | | |
| | 147:10        context that was, but my recollection is I thought | | |
| | 147:11        that what the third amendment was, was in line with | | |

**Mayopoulos**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

| | 147:12 | what I thought what could be in the range of |
|---|---|---|
| | 147:13 | possibilities. |
| | 147:14 | It's like you were talking about earlier |
| | 147:15 | about, you know, was the -- is the estimate |
| | 147:16 | somewhere within the range?  The third amendment was |
| | 147:17 | somewhere in the range of what I thought could |
| | 147:18 | happen. |
| | 147:19 Q. | And you referenced a number of ways that |
| | 147:20 | something could be addressed.  I guess, first of |
| | 147:21 | all, what is the something that you were referring |
| | 147:22 | to there? |
| | 148:01 A. | Well, I think it was trying to preserve |
| | 148:02 | as much of the amount of the Treasury commitment |
| | 148:03 | under the PSPA as possible and trying to reduce the |
| | 148:04 | possibility that future draws might -- especially |
| | 148:05 | future draws for dividend payments, might diminish |
| | 148:06 | the amount that was available under the PSPA to the |
| | 148:07 | enterprises. |
| | 148:08 | So that had been a discussion of some |
| | 148:09 | concern to people that that was something that -- if |
| | 148:10 | there was going to be an amendment to the PSPA, that |
| | 148:11 | was something that people were talking about trying |
| | 148:12 | to address. |

| Defense Designations | 00:11:27 |
|---|---|
| **TOTAL RUN TIME** | **00:11:27** |

📄 Documents linked to video:
D490