# EXHIBIT I

# Layton

## Designation List Report

**Layton, Donald**                                    **2021-01-07**

| | |
|---|---|
| <span style="color:red">Defense Designations</span> | <span style="color:red">00:34:31</span> |
| **TOTAL RUN TIME** | **00:34:31** |

Documents linked to video:
D408
D527
P261



**ID: Layton**

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:17 - 12:10 | **Layton, Donald 2021-01-07** | 00:00:51 | Layton.1 |

11:17  Q.  Okay.  And let me start just by
11:18       asking you to describe a little bit of
11:19       your professional background leading up
11:20       to the time that you joined Freddie Mac.
11:21  A.  At the time I joined Freddie
11:22       Mac, I had been in banking and finance
12:01       for a long time.  The bulk of my career
12:02       was almost 30 years at the bank, the
12:03       banks that became J.P. Morgan Chase
12:04       through all the mergers.
12:05       I then retired for a while.  I
12:06       then went back to work as chairman and
12:07       then CEO of E*Trade for several years.
12:08       Retired from that at the end of 2009 and
12:09       was doing board work when I then became
12:10       CEO of Freddie Mac.

| | | | |
|---|---|---|---|
| 33:19 - 35:02 | **Layton, Donald 2021-01-07** | 00:01:19 | Layton.2 |

33:19  Q.  Let me ask you a few other kind
33:20       of general questions about Freddie Mac's
33:21       business model, if I could.
33:22  A.  Sure.
34:01  Q.  One feature of what Freddie
34:02       does is it maintains this retained
34:03       mortgage portfolio, do I have that right?
34:04  A.  Well, it's usually called
34:05       retained portfolio, retained investment
34:06       portfolio, but I know what you mean, yes.
34:07  Q.  And what is that, the retained
34:08       investment portfolio?
34:09  A.  On the balance sheet of Freddie
34:10       Mac, on the asset side, the vast majority
34:11       of the assets are mortgages, are the
34:12       ownership of mortgage loans which are
34:13       then securitized through pass through
34:14       MBS.  However, there is a small portion,
34:15       small when I got there, not necessarily
34:16       historically, of just assets owned and
34:17       funded by via unsecured debt.  And most
34:18       of those are in the category called the

Layton

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 34:19 | retained investment portfolio, which is, | | |
| | 34:20 | in fact, the investment in | | |
| | 34:21 | mortgage-related assets as opposed to | | |
| | 34:22 | non-mortgage-related assets.  It was | | |
| | 35:01 | historically a mostly discretionary | | |
| | 35:02 | additional investment activity. | | |
| 35:08 - 36:15 | **Layton, Donald 2021-01-07** | | 00:01:29 | Layton.3 |
| | 35:08 | Q.  And how did the size of the | | |
| | 35:09 | retained mortgage portfolio or investment | | |
| | 35:10 | portfolio change over time? | | |
| | 35:11 | A.  The PSPA at its origin back in | | |
| | 35:12 | the rescue of the company, or putting the | | |
| | 35:13 | company in conservatorship and the PSPA | | |
| | 35:14 | being put in, had a clause requiring the | | |
| | 35:15 | shrinkage of the retained investment | | |
| | 35:16 | portfolio over time. | | |
| | 35:17 | Q.  And did the rate at which | | |
| | 35:18 | Freddie was required to reduce the size | | |
| | 35:19 | of its portfolio change? | | |
| | 35:20 | A.  Yes, it changed -- to my | | |
| | 35:21 | recollection, the only time it changed is | | |
| | 35:22 | the Third Amendment, it was slightly | | |
| | 36:01 | speeded up, although it was much smaller | | |
| | 36:02 | at the time. | | |
| | 36:03 | Q.  And did that change have any | | |
| | 36:04 | practical effect on the rate at which | | |
| | 36:05 | Freddie was reducing the size of its | | |
| | 36:06 | portfolio? | | |
| | 36:07 | A.  Well, obviously the limit was | | |
| | 36:08 | decreasing faster, but the numbers were | | |
| | 36:09 | not that large at that point.  I want to | | |
| | 36:10 | distinguish in your question, the | | |
| | 36:11 | requirements were in percentage terms as | | |
| | 36:12 | opposed to dollar terms.  So by the time | | |
| | 36:13 | 2012 and '13 -- '13 and '14 were around, | | |
| | 36:14 | it was a smaller denominator applied to | | |
| | 36:15 | it. | | |
| 38:22 - 42:15 | **Layton, Donald 2021-01-07** | | 00:04:00 | Layton.4 |
| | 38:22 | Q.  I wanted to ask you also about | | |
| | 39:01 | the guarantee business.  Can you just, I | | |

Layton

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 39:02 | guess, explain what you mean by that? | | |
| | 39:03 | A. The phrase "guarantee business" | | |
| | 39:04 | is a shorthand for the core function of | | |
| | 39:05 | the company in terms of its role in the | | |
| | 39:06 | housing finance markets.  I am going to | | |
| | 39:07 | refer to the single-family business to | | |
| | 39:08 | appoint the complexity of the smaller | | |
| | 39:09 | multifamily, which doesn't operate in the | | |
| | 39:10 | exact same way. | | |
| | 39:11 | The core function is to | | |
| | 39:12 | purchase mortgage loans from primary | | |
| | 39:13 | market lenders and then issue | | |
| | 39:14 | mortgage-backed securities against pools, | | |
| | 39:15 | meaning an aggregation of many individual | | |
| | 39:16 | loans that are structured on what are | | |
| | 39:17 | called pass-throughs.  That is the | | |
| | 39:18 | principal and interest and payments or, | | |
| | 39:19 | repayments upon, say, sale of a home, all | | |
| | 39:20 | of the cash flows that came from the | | |
| | 39:21 | mortgage to the servicer, that was sent | | |
| | 39:22 | from the servicer to us.  And we would | | |
| | 40:01 | then put those in, package these properly | | |
| | 40:02 | to which mortgage-backed security they | | |
| | 40:03 | were related and send the monies on to | | |
| | 40:04 | the mortgage-backed security investors | | |
| | 40:05 | minus a guarantee fee, which we kept for | | |
| | 40:06 | our account. | | |
| | 40:07 | And because the core premise of | | |
| | 40:08 | the business model was that those | | |
| | 40:09 | investors only wished to take interest | | |
| | 40:10 | rate risk, not credit risk, that we would | | |
| | 40:11 | guarantee the credit at all aspects of | | |
| | 40:12 | credit that might impact them so that | | |
| | 40:13 | they can see a virtually no credit risk | | |
| | 40:14 | instrument, which is what they wanted and | | |
| | 40:15 | which is necessary for the operation of | | |
| | 40:16 | the market, since the interest rate risk | | |
| | 40:17 | is quite complex, and that's what | | |
| | 40:18 | investors are investing in. | | |
| | 40:19 | For this business model to | | |
| | 40:20 | work, the guarantee by the GSE or Freddie | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 40:21     Mac in this case, has to be perceived as | | |
| | 40:22     not having any material counterparty | | |
| | 41:01     risk, that is the credit quality of | | |
| | 41:02     Freddie Mac might be in question. | | |
| | 41:03     Because then our guarantee would not, | | |
| | 41:04     would leave credit risk on Freddie Mac | | |
| | 41:05     with the investor. And so the business | | |
| | 41:06     models always had directly or indirectly | | |
| | 41:07     Government support to that guarantee. | | |
| | 41:08    Q. And you mentioned a guarantee | | |
| | 41:09     fee. Is that the principal way in which | | |
| | 41:10     Freddie is compensated for the | | |
| | 41:11     securitization process you just | | |
| | 41:12     described? | | |
| | 41:13    A. Yes. | | |
| | 41:14    Q. And how did the guarantee fees | | |
| | 41:15     that Freddie charges change over time | | |
| | 41:16     during your tenure as CEO at Freddie? | | |
| | 41:17    A. The guarantee fee during my | | |
| | 41:18     time was mainly controlled by the FHFA, | | |
| | 41:19     which had certain policies under Ed | | |
| | 41:20     DeMarco as acting director and different | | |
| | 41:21     policies under Mel Watt as director after | | |
| | 41:22     him. So the fees were ordered to be | | |
| | 42:01     increased. | | |
| | 42:02     I want to stop and say I will | | |
| | 42:03     talk about the fees just like they are | | |
| | 42:04     the same for everyone, but they're not. | | |
| | 42:05     Within a total and an average level, | | |
| | 42:06     there is risk adjustment for the quality | | |
| | 42:07     of the loans being purchased, for | | |
| | 42:08     example. And much of that risk | | |
| | 42:09     adjustment is also controlled by the | | |
| | 42:10     FHFA. Although we had some modest room | | |
| | 42:11     in terms of competitiveness for certain | | |
| | 42:12     lenders and such. | | |
| | 42:13     So it's largely controlled by | | |
| | 42:14     the FHFA with a little bit of variation | | |
| | 42:15     under the control of the Freddie Mac. | | |

| 49:04 - 50:15 | **Layton, Donald 2021-01-07** | 00:01:33 | Layton.5 |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:04   Q.   And I think I've seen somewhere | | Layton.5 |
| | 49:05        you wrote about, maybe a mote around the | | |
| | 49:06        business models of Fannie and Freddie, | | |
| | 49:07        does that sound familiar? | | |
| | 49:08   A.   Yes, that's a different topic | | |
| | 49:09        than what we were just talking about, | | |
| | 49:10        however. | | |
| | 49:11   Q.   And tell me about the mote. | | |
| | 49:12   A.   There is confusion I find on | | |
| | 49:13        many people's parts, either intentional | | |
| | 49:14        or otherwise, that Fannie and Freddie are | | |
| | 49:15        just normal securitizers participating in | | |
| | 49:16        the market as if they had no Government | | |
| | 49:17        advantages.  That is not true.  They are | | |
| | 49:18        stockholder-owned companies with charters | | |
| | 49:19        from Congress giving them a public | | |
| | 49:20        mission, giving them advantages and | | |
| | 49:21        giving them restrictions.  Therefore, | | |
| | 49:22        they are economically advantaged versus | | |
| | 50:01        normal private market competitors. | | |
| | 50:02        That was the public policy to | | |
| | 50:03        help the broad middle class get better | | |
| | 50:04        access to the classic 30-year fixed rate | | |
| | 50:05        mortgage, which is not something that is | | |
| | 50:06        automatic.  And that provided a mote | | |
| | 50:07        against the private sector, which had no | | |
| | 50:08        similar Government type support. | | |
| | 50:09        I will note that the Government | | |
| | 50:10        support to Fannie and Freddie is | | |
| | 50:11        therefore greater than the more | | |
| | 50:12        traditional private sector competitors. | | |
| | 50:13        It is however less Government support | | |
| | 50:14        than given to FHA and the VA in their | | |
| | 50:15        mortgage activities. | | |
| 53:03 - 53:10 | **Layton, Donald 2021-01-07** | 00:00:22 | Layton.38 |
| | 53:03   Q.   Well, welcome back, Mr. Layton. | | |
| 🔗 D408.1 | 53:04        I have put on the Exhibit Share site what | | |
| | 53:05        I think is the conservatorship scorecard | | |
| | 53:06        we were talking about a moment ago.  And | | |
| | 53:07        I think we've now put up the first page | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:08     of that document.  Does this look like | | |
| | 53:09     the scorecard you were referring to | | |
| | 53:10     earlier? | | |
| 53:20 - 53:21 | **Layton, Donald 2021-01-07** | 00:00:03 | Layton.39 |
| | 53:20    A.   Yes, this is a page from the | | |
| | 53:21     scorecard. | | |
| 53:22 - 54:02 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.6 |
| | 53:22    Q.   I wanted to ask you about the | | |
| | 54:01     contract goal that we were talking about | | |
| | 54:02     a moment ago. | | |
| 55:09 - 55:16 | **Layton, Donald 2021-01-07** | 00:00:37 | Layton.7 |
| | 55:09    Q.   And what specifically were you, | | |
| | 55:10     as Freddie's CEO, directed to do in | | |
| | 55:11     furtherance of the contract goal in | | |
| | 55:12     FHFA's strategic plan? | | |
| | 55:13    A.   The 2012 strategic plan, and | | |
| | 55:14     these were annual, list from my | | |
| | 55:15     perspective, one, two, three, four, five | | |
| | 55:16     general action area items. | | |
| 56:16 - 56:20 | **Layton, Donald 2021-01-07** | 00:00:17 | Layton.8 |
| | 56:16    Q.   And to what extent, if any, in | | |
| | 56:17     carrying out these goals did you expect | | |
| | 56:18     that executing on them would reduce the | | |
| | 56:19     long-term comprehensive income of Freddie | | |
| | 56:20     Mac? | | |
| 57:01 - 57:06 | **Layton, Donald 2021-01-07** | 00:00:23 | Layton.9 |
| | 57:01    A.   Reducing the long-term | | |
| | 57:02     comprehensive income of Freddie Mac would | | |
| | 57:03     clearly happen via risk sharing | | |
| | 57:04     transactions, the third item.  That is | | |
| | 57:05     the only one that would clearly lead to | | |
| | 57:06     that impact. | | |
| 57:07 - 58:12 | **Layton, Donald 2021-01-07** | 00:01:22 | Layton.10 |
| | 57:07    Q.   And how about the guarantee fee | | |
| | 57:08     increases, what impact did that have on | | |
| | 57:09     Freddie Mac's comprehensive income? | | |
| | 57:10    A.   As long as volumes did not go | | |
| | 57:11     down too much, they would increase it. | | |
| | 57:12    Q.   Do you have a sense from your | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 57:13 | tenure at Freddie which had a larger | | |
| | 57:14 | effect on Freddie's comprehensive income | | |
| | 57:15 | in terms of magnitude, the increasing | | |
| | 57:16 | guarantee fees or the risk sharing | | |
| | 57:17 | program? | | |
| | 57:18 | A. That's an unanswerable | | |
| | 57:19 | question. It depend on how much the | | |
| | 57:20 | guarantee fees would go up and it depends | | |
| | 57:21 | on what we did not know then, how much | | |
| | 57:22 | risk sharing we would do, nor what it | | |
| | 58:01 | would cost. | | |
| | 58:02 | Q. I guess I am asking a | | |
| | 58:03 | historical question now. As things | | |
| | 58:04 | played out, which of these factors had a | | |
| | 58:05 | greater impact on Freddie's comprehensive | | |
| | 58:06 | income? | | |
| | 58:07 | A. As they have played out, | | |
| | 58:08 | guarantee fee increases from the point | | |
| | 58:09 | this was issued, as opposed to what had | | |
| | 58:10 | been done previously, and the impact of | | |
| | 58:11 | risk sharing, I am not sure what the net | | |
| | 58:12 | would be. | | |
| 92:16 - 93:10 | **Layton, Donald 2021-01-07** | | 00:00:48 | Layton.11 |
| | 92:16 | Q. And what was your understanding | | |
| | 92:17 | while you were the CEO of Freddie of this | | |
| | 92:18 | periodic committee fee provision of the | | |
| | 92:19 | PSPA? | | |
| | 92:20 | A. Actually, I thought very little | | |
| | 92:21 | about it. It had been routinely waived | | |
| | 92:22 | or considered zero. Ever since | | |
| | 93:01 | conservatorship, and every quarter I was | | |
| | 93:02 | there, while the focus was on paying | | |
| | 93:03 | dividends, and so I took it to be | | |
| | 93:04 | something that had in maybe a belt and | | |
| | 93:05 | suspenders sense had been put into the | | |
| | 93:06 | original document but was just inactive | | |
| | 93:07 | in anything I was doing, it was inactive | | |
| | 93:08 | and not paid attention to in terms of the | | |
| | 93:09 | current operations of the company during | | |
| | 93:10 | conservatorship. | | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 93:11 - 93:14 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.12 |

93:11   Q.   Did you regard the periodic
93:12         commitment fee as potentially a large sum
93:13         that Freddie would be required to pay
93:14         Treasury?

| 93:17 - 94:01 | **Layton, Donald 2021-01-07** | 00:00:20 | Layton.13 |

93:17   A.   During conservatorship I
93:18         regarded it as nonexistent.  It had never
93:19         been charged.  No one ever talked about
93:20         it.  No one ever talked about a level.
93:21         For a possible future state after
93:22         conservatorship would end, yes, that
94:01         could be a significant number.

| 103:19 - 104:08 | **Layton, Donald 2021-01-07** | 00:00:23 | Layton.14 |

103:19        just asking, how frequently were you
103:20        meeting with Mr. DeMarco in the summer of
103:21        2012?
103:22   A.   Actually, through Ed's entire
104:01        tenure, I met with him generally once a
104:02        week.
104:03   Q.   Got it.  And what kinds of
104:04        things would you discuss with him during
104:05        those weekly meetings?
104:06   A.   Everything about Freddie Mac.
104:07        As conservator, he had a view over the
104:08        entire company.

| 107:14 - 107:22 | **Layton, Donald 2021-01-07** | 00:00:21 | Layton.15 |

107:14   Q.   Welcome back, Mr. Layton.  If
🔗 P261.1.1   107:15        we could, we will pull up Exhibit 8 again
107:16        for you, and is this an e-mail that you
107:17        received in the usual course of your
107:18        business?
107:19   A.   It appears so.
107:20   Q.   Okay.  And I am going to show
🔗 D527.1   107:21        you a document that was attached to this
107:22        e-mail, if I could.

| 108:06 - 108:21 | **Layton, Donald 2021-01-07** | 00:00:46 | Layton.34 |

108:06        MR. BARNES:  And the title of
108:07        this document is 2012-2015 Corporate

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 108:08   Forecast/Senior Preferred Stock | | |
| | 108:09   Purchase Agreement - 3Q Update. | | |
| | 108:10  Q.  Mr. Layton, have you seen this | | |
| | 108:11      document before? | | |
| | 108:12  A.  Possibly.  I don't specifically | | |
| | 108:13      recall it. | | |
| | 108:14  Q.  And if we could, let's flip to | | |
| 🔗 D527.2 | 108:15      the second page.  There we go.  And it | | |
| | 108:16      looks like this is a set of financial | | |
| | 108:17      forecasts for Freddie Mac.  Does that | | |
| | 108:18      appear to be correct? | | |
| | 108:19  A.  This appears to be a financial | | |
| | 108:20      forecast using what is referred to here | | |
| | 108:21      as a 2012 base case. | | |
| 108:22 - 109:09 | **Layton, Donald 2021-01-07** | 00:00:24 | Layton.16 |
| | 108:22  Q.  Okay.  Yeah.  And that's | | |
| | 109:01      something I wanted to ask you about | | |
| | 109:02      actually.  In some of the documents I | | |
| | 109:03      saw, it seemed like sometimes there would | | |
| | 109:04      be different cases for projections.  A | | |
| | 109:05      base case.  A stress case.  A better | | |
| | 109:06      case.  A worst case.  Was it Freddie's | | |
| | 109:07      general practice to sort of prepare | | |
| | 109:08      projections for different possible | | |
| | 109:09      futures? | | |
| 109:13 - 112:06 | **Layton, Donald 2021-01-07** | 00:02:52 | Layton.17 |
| | 109:13  A.  Since the future is | | |
| | 109:14      fundamentally unknowable, any document | | |
| | 109:15      doing forecasts has to make reference to | | |
| | 109:16      either assumptions they are based on, | | |
| | 109:17      which could be judged, or different | | |
| | 109:18      versions to show different outcomes. | | |
| | 109:19      Obviously you can't predict the future | | |
| | 109:20      with certainty. | | |
| | 109:21  Q.  Right.  And what did Freddie | | |
| | 109:22      generally use its financial projections | | |
| | 110:01      for? | | |
| | 110:02  A.  Certain kinds of planning in | | |
| | 110:03      the company.  I mean it's such a generic | | |
| | 110:04      comment, I'm not sure how to answer that. | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

110:05  Q.  So making decisions for the
110:06      company generally?
110:07  A.  Yes.
110:08  Q.  And can you walk me through
110:09      sort of the process that Freddie used to
110:10      prepare financial projections?
110:11  A.  It was the responsibility of
110:12      the finance department to do.  They would
110:13      get input from the economics area and the
110:14      businesses as to -- and public data, like
110:15      the house price forecasts I referred to
110:16      earlier, which is all public data, to
110:17      work up various scenarios.  And would ask
110:18      the business finance people what things
110:19      would look like in their businesses under
110:20      those scenarios.  And would put the
110:21      numbers together and everyone understood
110:22      it was an approximation and it would not
111:01      be given more credence than that.
111:02  Q.  And what do you mean by it
111:03      would not be given more credence than
111:04      that?
111:05  A.  It's projecting the future.
111:06      You can't be -- point numbers always have
111:07      a standard deviation around them.
111:08  Q.  Yeah, and something I always
111:09      wondered about is I've looked at these
111:10      and other projections.  The tendency
111:11      seems to be to come up with a point
111:12      number rather than a range.  And I guess
111:13      I wonder why that is so.
111:14  A.  It's understood by the reader
111:15      that it's a range.
111:16  Q.  Yeah.  And do you recall how
111:17      far out into the future Freddie would
111:18      typically do financial projections?
111:19  A.  I think for different purposes,
111:20      they do different lengths.  The longest I
111:21      remember for some purposes much later
111:22      than 2012 probably would have been three
112:01      to five years, maybe.  Again, all the

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:02   readers would understand the further out | | |
| | 112:03    you get, the more uncertain it is. | | |
| | 112:04  Q.  And was it more typical for a | | |
| | 112:05    projection to go maybe three years out | | |
| | 112:06    and stop? | | |
| 112:09 - 113:01 | **Layton, Donald 2021-01-07** | 00:00:43 | Layton.18 |
| | 112:09  A.  I don't remember if it was more | | |
| | 112:10    typical.  Anything past three years would | | |
| | 112:11    be highly unusual for a specific purpose | | |
| | 112:12    only. | | |
| | 112:13  Q.  Got it.  And the longer five | | |
| | 112:14    year projection you mentioned, do you | | |
| | 112:15    happen to recall what that was prepared | | |
| | 112:16    for? | | |
| | 112:17  A.  I think that was much later | | |
| | 112:18    when some scenarios would be running | | |
| | 112:19    about what the company would need for | | |
| | 112:20    capital when it would be coming out of | | |
| | 112:21    conservatorship, since the time frame for | | |
| | 112:22    raising capital was very extended given | | |
| | 113:01    the amounts involved. | | |
| 113:02 - 113:03 | **Layton, Donald 2021-01-07** | 00:00:03 | Layton.19 |
| | 113:02  Q.  Got it.  And if we could, let's | | |
| | 113:03    flip to the next page.  I'm sorry, one | | |
| 113:04 - 113:14 | **Layton, Donald 2021-01-07** | 00:00:38 | Layton.35 |
| | 113:04    more page after that.  Okay.  And I | | |
| | 113:05    wonder if you could help me just | | |
| | 113:06    interpret this page of the document. | | |
| | 113:07    There is a base/better case.  There is a | | |
| | 113:08    worst case.  There is a stress case. | | |
| | 113:09    What is the rationale for modeling all of | | |
| | 113:10    those different scenarios? | | |
| | 113:11  A.  Just as I said, the future is | | |
| | 113:12    unknowable.  You want to plan.  What you | | |
| | 113:13    might do in various scenarios, you have | | |
| | 113:14    to run the scenarios. | | |
| 113:15 - 114:03 | **Layton, Donald 2021-01-07** | 00:00:36 | Layton.20 |
| | 113:15  Q.  And what would be the | | |
| | 113:16    relationship between a base case and a | | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:17   worst case or a better case? | | |
| | 113:18  A.  Finance used the judgment for a | | |
| | 113:19   modest up, a modest down and a big down. | | |
| | 113:20   It's not more -- it's judgemental and | | |
| | 113:21   it's not quantitative beyond that. | | |
| | 113:22  Q.  Got it.  And the base case, is | | |
| | 114:01   that going to be, I guess sort of the | | |
| | 114:02   median outcome that you're modeling or | | |
| | 114:03   expecting? | | |
| 114:06 - 114:14 | **Layton, Donald 2021-01-07** | 00:00:19 | Layton.21 |
| | 114:06  A.  The theory is your base case | | |
| | 114:07   should be the one where the odds are | | |
| | 114:08   50 percent it would be worse than that, | | |
| | 114:09   50 percent it might be better than that. | | |
| | 114:10   But that is putting quantitativeness on | | |
| | 114:11   top of people's judgment past the point | | |
| | 114:12   where it makes sense.  So it's just a | | |
| | 114:13   judgment call.  What seems like a | | |
| | 114:14   reasonable future. | | |
| 114:15 - 114:22 | **Layton, Donald 2021-01-07** | 00:00:24 | Layton.22 |
| | 114:15  Q.  Got it.  And looking at this | | |
| | 114:16   page of the document, it appears to me | | |
| | 114:17   that what this document is saying is that | | |
| | 114:18   at least in the base and better cases | | |
| | 114:19   that were being modeled, that Freddie | | |
| | 114:20   would not make any additional draws on | | |
| | 114:21   Treasury's funding commitment through | | |
| | 114:22   2015.  Do I have that right? | | |
| 115:03 - 115:21 | **Layton, Donald 2021-01-07** | 00:00:45 | Layton.23 |
| | 115:03  A.  Okay.  That's what the document | | |
| | 115:04   says.  Although, again, the readers would | | |
| | 115:05   understand that the PSPA document -- the | | |
| | 115:06   actual PSPA works on quarterly.  So an | | |
| | 115:07   annual earnings still could have a | | |
| | 115:08   quarter with a draw inside of it.  So | | |
| | 115:09   everyone understands there is some | | |
| | 115:10   uncertainty around those numbers.  But | | |
| | 115:11   other than that, yes, generally, that's | | |
| | 115:12   what this would show. | | |
| | 115:13  Q.  Got it.  And this document, we | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 115:14    can go back to the first page of it if | | |
| | 115:15    needed, but I think it predates the | | |
| | 115:16    announcement of the Third Amendment. | | |
| | 115:17  A.  Well, you would have to show me | | |
| | 115:18    the date. | | |
| | 115:19  Q.  Okay.  Yeah, let's do that. | | |
| | 115:20    Let's go back to the first page, if we | | |
| | 115:21    could.  This is not a finished document | | |
| 115:22 - 116:01 | **Layton, Donald 2021-01-07** | 00:00:13 | Layton.36 |
| | 115:22    and clearly says it's dated August 14th. | | |
| | 116:01    And it has not been fully reviewed. | | |
| 116:02 - 116:07 | **Layton, Donald 2021-01-07** | 00:00:20 | Layton.37 |
| | 116:02    Before the Third Amendment, was | | |
| | 116:03    it Freddie's expectation that at least in | | |
| | 116:04    the median expected scenario, it would | | |
| | 116:05    not need to make further draws on | | |
| | 116:06    Treasury's funding commitment through | | |
| | 116:07    2015? | | |
| 116:10 - 117:16 | **Layton, Donald 2021-01-07** | 00:01:28 | Layton.24 |
| | 116:10  A.  Could you put it back to the | | |
| | 116:11    prior page?  Do you want me to go back to | | |
| | 116:12    page 4? | | |
| | 116:13  Q.  Yes, please. | | |
| | 116:14  A.  In the four cases mentioned, | | |
| | 116:15    the base case and better, assuming that | | |
| | 116:16    quarterly volatility did not trip you up, | | |
| | 116:17    it shows that cumulative draws would be | | |
| | 116:18    zero during the three-year period of base | | |
| | 116:19    and better case.  And there would be | | |
| | 116:20    draws in worst and stress. | | |
| | 116:21  Q.  And you mentioned that this is | | |
| | 116:22    a draft document.  Is this consistent | | |
| | 117:01    with your recollection of what you | | |
| | 117:02    expected in early August of 2012? | | |
| | 117:03  A.  Actually my general expectation | | |
| | 117:04    was that we were close to a line and that | | |
| | 117:05    if earnings were a little bit weak in a | | |
| | 117:06    quarter, we would have a draw, and if | | |
| | 117:07    earnings were not, we generally would | | |
| | 117:08    not, most likely most quarters not having | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 117:09   it in a likely future.  And as indicated | | |
| | 117:10   on this page 4 in the red circle, for | | |
| | 117:11   planning purposes though, we were most | | |
| | 117:12   concerned about what happened if the | | |
| | 117:13   economy turned down or mortgage markets | | |
| | 117:14   turned down and there was a bad scenario. | | |
| | 117:15   That is what you're trying to figure out | | |
| | 117:16   in this kind of analysis. | | |
| 117:17 - 118:02 | **Layton, Donald 2021-01-07** | 00:00:18 | Layton.25 |
| | 117:17  Q.  You're more concerned with the | | |
| | 117:18   downside than the median or upside? | | |
| | 117:19  A.  Yes.  You're concerned about | | |
| | 117:20   all of it, but the one that causes the | | |
| | 117:21   most problems is clearly the downside. | | |
| | 117:22  Q.  And why is that? | | |
| | 118:01  A.  Because that can threaten the | | |
| | 118:02   viability of a big company. | | |
| 149:08 - 149:18 | **Layton, Donald 2021-01-07** | 00:00:41 | Layton.26 |
| | 149:08   How did you first learn about | | |
| | 149:09   the Third Amendment? | | |
| | 149:10  A.  Well, one possible answer, | | |
| | 149:11   depending on what you mean about learned | | |
| | 149:12   about, is when I walked into a room at | | |
| | 149:13   Treasury when we were given the amendment | | |
| | 149:14   and told about it, along with some other | | |
| | 149:15   things, in a big meeting down there.  So | | |
| | 149:16   that's the first time I learned that | | |
| | 149:17   there was an actual Third Amendment | | |
| | 149:18   existing or being worked on. | | |
| 149:19 - 150:19 | **Layton, Donald 2021-01-07** | 00:01:12 | Layton.27 |
| | 149:19  Q.  Got it.  And it sounded like | | |
| | 149:20   depending on what I meant by learn about, | | |
| | 149:21   there might be a different answer; is | | |
| | 149:22   that right? | | |
| | 150:01  A.  Well, I had known from earlier | | |
| | 150:02   in the summer there was an issue to be | | |
| | 150:03   addressed that was concerning to the | | |
| | 150:04   markets, which was extremely important to | | |
| | 150:05   resolve.  And that issue is that the | | |
| | 150:06   PSPA -- the amount of the PSPA available | | |

Layton

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 150:07 | to the Freddie Mac in the summer of 2012 | | |
| | 150:08 | was unlimited.  And by its terms was | | |
| | 150:09 | going limited near year-end by a formula. | | |
| | 150:10 | And that because of the expectation of | | |
| | 150:11 | earnings of the company was that it would | | |
| | 150:12 | from time to time, and maybe in a | | |
| | 150:13 | downturn a lot have draws that it would | | |
| | 150:14 | "use up the limited amount leaving too | | |
| | 150:15 | small amounts to maintain the market's | | |
| | 150:16 | confidence that the Government was behind | | |
| | 150:17 | our credit quality guarantee of the MBS." | | |
| | 150:18 Q. | How did that concern manifest | | |
| | 150:19 | itself? | | |
| 150:22 - 153:19 | **Layton, Donald 2021-01-07** | | 00:02:36 | Layton.28 |
| | 150:22 A. | Yeah, I'm not sure -- can you | | |
| | 151:01 | ask that -- | | |
| | 151:02 Q. | How did you know that was a | | |
| | 151:03 | concern of the markets? | | |
| | 151:04 A. | Relatively soon into my tenure | | |
| | 151:05 | which started in late May of 2012, so I | | |
| | 151:06 | am estimating sometime in June, I was | | |
| | 151:07 | asked to join an existing meeting with | | |
| | 151:08 | one of the -- that was going on with a | | |
| | 151:09 | delegation from one of the major mortgage | | |
| | 151:10 | securities dealers where that was why | | |
| | 151:11 | they were coming to tell us about their | | |
| | 151:12 | seeing this problem.  And that this was | | |
| | 151:13 | highly concerning to them, because it | | |
| | 151:14 | could lead to a real financeability | | |
| | 151:15 | issue, as well as losses to them, | | |
| | 151:16 | obviously. | | |
| | 151:17 Q. | Which mortgage securities | | |
| | 151:18 | dealer are you referring to? | | |
| | 151:19 A. | Credit Suisse. | | |
| | 151:20 Q. | Do you remember who was at that | | |
| | 151:21 | meeting? | | |
| | 151:22 A. | It's too long ago to remember | | |
| | 152:01 | names.  I don't deal with people | | |
| | 152:02 | normally, so the answer is I don't | | |
| | 152:03 | remember the names anymore. | | |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

152:04  Q.  Okay.  Do you remember if
152:05       anyone from FHFA was there?
152:06  A.  No.  I was told at the time
152:07       they were talking to us about their
152:08       concern and making the rounds in
152:09       Washington telling all of the interested
152:10       parties.  So I am under the impression
152:11       they visited with Fannie Mae and FHFA and
152:12       Treasury.  They left me with that
152:13       impression.
152:14  Q.  Got it.  And do you remember if
152:15       anyone else from Freddie Mac was in the
152:16       meeting?
152:17  A.  Well, yes.  This meeting was
152:18       not with me.  I was not supposed to be
152:19       there originally.  I was asked to join
152:20       the person who asked me to join who from
152:21       the meeting was the individual who was
152:22       then head of the markets area of the
153:01       Freddie Mac, his last name is Ghose,
153:02       G-h-o-s-e.
153:03  Q.  Got it.  And was it just you
153:04       and Mr. Ghose for Freddie or there might
153:05       have been others, do you recall?
153:06  A.  It might have been others, but
153:07       I don't remember.
153:08  Q.  Got it.  And was anyone from
153:09       Fannie Mae there?
153:10  A.  No, this is a single company
153:11       meeting.
153:12  Q.  Got it.  And did you ever, in
153:13       the lead-up to mid-August 2012 and the
153:14       Third Amendment, did you have any other
153:15       meetings with market participants where
153:16       market participants expressed this
153:17       concern or is that the only one?
153:18  A.  That's the only one that I
153:19       recall at this time.

| | | | |
|---|---|---|---|
| 189:03 - 190:21 | **Layton, Donald 2021-01-07** | 00:01:48 | Layton.29 |

189:03  Q.  Welcome back, Mr. Layton.  Just

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

189:04    very briefly, we had a conversation a

189:05    little earlier about Credit Suisse and

189:06    some expressions of concern that they had

189:07    about the dividend arrangement that

189:08    preceded the Third Amendment.  Do you

189:09    recall that?

189:10  A.  Yes, I do.

189:11  Q.  And as I understand it, the

189:12    substance of the concern was that Freddie

189:13    might, over the course of the years, be

189:14    put in a position where it needed to draw

189:15    on Treasury's funding commitment to

189:16    finance dividends to Treasury.  Do I have

189:17    that right?

189:18  A.  Yes.

189:19  Q.  And I think you mentioned early

189:20    on in the deposition that you didn't have

189:21    any involvement in and weren't consulted

189:22    about FHFA's decisions with regard to

190:01    whether or not to declare dividends on

190:02    Treasury's senior preferred stock.  Did I

190:03    catch that right?

190:04  A.  Correct.  Because of the lack

190:05    of the delegation about capital matters

190:06    to the board of management, we acted just

190:07    as execution agents for FHFA and anything

190:08    related to the capital.  So they

190:09    literally gave us an order to pay the

190:10    quarterly dividend, the 10 percent coupon

190:11    when the time was due.  It was

190:12    administrative, but that was the paper

190:13    plug.

190:14  Q.  Right.  And if FHFA had adopted

190:15    a policy that it would just not direct

190:16    Freddie to declare dividends in quarters

190:17    when doing so would cause Freddie to make

190:18    a draw on Treasury's funding commitment,

190:19    would that have addressed the Credit

190:20    Suisse concern that you were referring to

190:21    earlier?

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 191:02 - 192:21 | **Layton, Donald 2021-01-07** | 00:01:58 | Layton.30 |

191:02   A.   Say that again?  Ask that

191:03         again?  I didn't follow the logic.

191:04   Q.   Sure.  So if in quarters when

191:05         Freddie was in a position where it would

191:06         need to make a draw in order to pay the

191:07         10 percent dividend, if FHFA during those

191:08         quarters had just declined to direct

191:09         Freddie to declare dividends on Treasury

191:10         stock, would that have addressed the

191:11         Credit Suisse concern?

191:12   A.   Only in the most narrow sense,

191:13         because not paying the 10 percent would

191:14         be a violation of the PSPA, and that

191:15         would have caused a real stir.

191:16   Q.   Okay.  And what is your basis

191:17         for saying that it would have been a

191:18         violation of the PSPA?

191:19   A.   As far as I knew we were

191:20         obligated to pay the 10 percent coupon

191:21         and FHFA telling us nothing, to do

191:22         nothing looks like on the surface to be a

192:01         violation of the agreement.  And Treasury

192:02         would be, you know, concerned it would

192:03         leak out.  The market would wonder what's

192:04         going on.  This is not a confidence

192:05         building path to be on.

192:06   Q.   Do you know whether the PSPA,

192:07         as it existed prior to the Third

192:08         Amendment, permitted Freddie or FHFA to

192:09         add to the liquidation preference on

192:10         Treasury's senior preferred stock in lieu

192:11         of paying cash dividends?

192:12   A.   I actually don't remember

192:13         learning of that until it became brought

192:14         up later after the Third Amendment as

192:15         part of the lawsuits.  So if I knew it,

192:16         it never impacted my thought process,

192:17         because I didn't pay attention to it.

192:18         However, just to tie you up in

192:19         your question, we still would have been

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:20   told to issue paperwork to do the | | |
| | 192:21   preference. | | |
| 193:11 - 193:15 | **Layton, Donald 2021-01-07** | 00:00:14 | Layton.31 |
| | 193:11  Q.  Okay.  And if you had issued | | |
| | 193:12      the paperwork to do the preference in | | |
| | 193:13      that manner, would the concern that was | | |
| | 193:14      expressed to you by Credit Suisse have | | |
| | 193:15      still been a concern? | | |
| 193:18 - 195:14 | **Layton, Donald 2021-01-07** | 00:01:38 | Layton.32 |
| | 193:18  A.  I don't know what Credit | | |
| | 193:19      Suisse's thought process would have been, | | |
| | 193:20      but it would have been a switch about the | | |
| | 193:21      concern of the unused running down to a | | |
| | 193:22      concern about the preference continually | | |
| | 194:01      increasing, which would be unusual in its | | |
| | 194:02      own right. | | |
| | 194:03  Q.  Credit Suisse was expressing | | |
| | 194:04      this concern from the perspective of | | |
| | 194:05      mortgage-backed securities holders and | | |
| | 194:06      bondholders; is that right? | | |
| | 194:07  A.  Yes, liability holders.  Not | | |
| | 194:08      equity holders. | | |
| | 194:09  Q.  And so liability holders, they | | |
| | 194:10      are senior in the capital stack to | | |
| | 194:11      Treasury senior preferred stock, is that | | |
| | 194:12      right? | | |
| | 194:13  A.  That is correct.  That's the | | |
| | 194:14      whole purpose. | | |
| | 194:15  Q.  And so why would an investor | | |
| | 194:16      who is a senior in the capital stack to | | |
| | 194:17      Treasury be concerned about a growing | | |
| | 194:18      Treasury preference on senior preferred | | |
| | 194:19      stock? | | |
| | 194:20  A.  Only because it's so unusual, | | |
| | 194:21      it raises concerns. | | |
| | 194:22  Q.  What concerns? | | |
| | 195:01  A.  It makes the company look | | |
| | 195:02      unsustainable because you can't | | |
| | 195:03      constantly have this growing senior | | |
| | 195:04      preference.  At some point it just | | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 195:05   doesn't make any sense.  So it would be | | |
| | 195:06   more symptomatic of it's a short-term | | |
| | 195:07   solution, it can't last for the long | | |
| | 195:08   term. | | |
| | 195:09  Q.  I guess as the liquidation | | |
| | 195:10   preference ballooned, at some point one | | |
| | 195:11   would say that any investors that were | | |
| | 195:12   junior to Treasury in the capital stack | | |
| | 195:13   had been effectively wiped out; is that | | |
| | 195:14   right? | | |
| 195:17 - 195:20 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.33 |
| | 195:17  A.  If the senior preferred keeps | | |
| | 195:18   going up and up, there is less left for | | |
| | 195:19   people below them in the stack, that is | | |
| | 195:20   correct. | | |

| | | |
|---|---|---|
| Defense Designations | 00:34:31 | |
| **TOTAL RUN TIME** | **00:34:31** | |

Documents linked to video:

D408

D527

P261