**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., ET AL., et al,        Civil Action
                                              No. 1:13-1053
                    Plaintiffs,

        vs.                                   July 24, 2023
                                              Washington, DC
FEDERAL HOUSING FINANCE
AGENCY, et al,                                10:14 a.m.


                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC         Miscellaneous Action
SENIOR PREFERRED STOCK PURCHASE       No. 1:13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.
_____


                **\*\*\* MORNING SESSION \*\*\***
            TRANSCRIPT OF JURY TRIAL - DAY 1
        **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
            UNITED STATES DISTRICT SENIOR JUDGE


APPEARANCES:

**For Plaintiffs          VINCENT COLATRIANO**
**Fairholme Funds,et al:**   Cooper & Kirk, PLLC
                          1523 New Hampshire Avenue NW
                          Washington, D.C. 20036

APPEARANCES CONTINUED:


**For Class Plaintiffs:**      LEE D. RUDY
                               Kessler Topaz Meltzer & Check, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087

                               **HAMISH HUME**
                               **KENYA KHALELAH DAVIS**
                               Boies Schiller Flexner LLP
                               1401 New York Avenue NW
                               Washington, D.C. 20005

                               **ROBERT KRAVETZ**
                               Bernstein Litowitz Berger &
                               Grossmann LLP
                               1251 Avenue of the Americas
                               New York, NY 10020


**For Defendants FHFA,**       ASIM VARMA
**Fannie Mae and**             ROBERT STANTON JONES
**Freddie Mac:**               IAN S. HOFFMAN
                               DAVID BLOCK BERGMAN
                               Arnold & Porter Kaye Scholer LLP
                               601 Massachusetts Avenue NW
                               Washington, D.C. 20001


**Reported By:**               LORRAINE T. HERMAN, RPR, CRC
                               Official Court Reporter
                               U.S. District & Bankruptcy Cts.
                               333 Constitution Avenue, NW
                               Room 6720
                               Washington, D.C. 20001
                               lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1           **P R O C E E D I N G S**

2           **DEPUTY CLERK:**  This is Civil Action, 13-1053, with

3   related Miscellaneous Case 13-1288, In Re: Fannie Mae

4   Freddie Mac Senior Preferred Stock Purchase Agreement Class

5   Action Litigations.

6           Starting with Plaintiffs' counsel, please approach

7   the podium and state your appearance for the record.

8           **MR. RUDY:**  Good morning, Judge.  Lee Rudy for the

9   class plaintiffs.  Would you like me to introduce the

10   others?

11          **THE COURT:**  No.

12          **MR. RUDY:**  Okay.

13          **MR. HOFFMAN:**  Good morning, Your Honor.  Ian

14   Hoffman on behalf of the defendants with co-counsel as well.

15          **THE COURT:**  All right.

16          If there are no preliminary matters, we have the

17   jury panel ready to bring in.

18          **MR. JONES:**  Your Honor, Stanton Jones, for the

19   defendants.

20          Just two quick updates, if I could.  These are

21   related to pretrial motions.

22          **THE COURT:**  Okay.

23          **MR. JONES:**  As you may recall at the pre-trial

24   conference last week on defendants' motion to exclude

25   certain of plaintiffs' exhibits, which we referred to as the

1    Watt-Calabria exhibits.

2            We asked Your Honor to hold off on that.  We

3    didn't argue it because the parties were discussing a

4    possible agreement.  Unfortunately, we were not able to

5    reach agreement.  So the parties will need the Court's

6    ruling on our Motion to Exclude the Watt-Calabria exhibits.

7            We discussed with the plaintiffs, if it would be

8    helpful for Your Honor to hear oral argument on that, we

9    could present it tomorrow morning before the jury comes in.

10   This is a motion where it would be helpful to have a ruling

11   before the opening statements, because the outcome of the

12   motion potentially affects the openings.

13           **THE COURT:**  It may have to be late this afternoon

14   because I have physical therapy in the morning and we can't

15   start until 10:30.

16           **MR. JONES:**  That is totally fine.  I am arguing

17   that one and am ready to go.

18           **THE COURT:**  All right.

19           **MR. JONES:**  The second update pertains to the

20   Enterprise's SEC filings where Your Honor in the Motion in

21   Limine ruling on Friday denied the plaintiffs' Motion to

22   Exclude the SEC filings and reserved ruling on their

23   admissibility over the weekend.

24           As an update, we, the defendants, sent to the

25   plaintiffs a certification on Rule 90211 from Mr. Nicholas

1      Satriano, who testified at the first trial.  He is the chief

2      accountant at FHFA, who has the responsibility to lead the

3      FHFA's review of the enterprise's SEC filings.

4              The certification establishes that he is familiar

5      with the Enterprise's recordkeeping procedures and systems

6      related to the SEC filings; and that those filings meet all

7      of the requirements of the business records exception.

8              Plaintiffs told us, even after receiving

9      Mr. Satriano's certification, that they still object to the

10     SEC filings; and they take the position that defendants

11     cannot refer to or display the SEC filings in the opening

12     statements.

13             So just this morning, to resolve this issue,

14     before openings, we have filed a motion, short notion, about

15     six pages, to admit the SEC filings.

16         **THE COURT:**  We can take that up this afternoon

17     too.

18         **MR. JONES:**  Great.  Thank you.

19         **THE COURT:**  Assuming we get through jury selection

20     again.

21         **MR. JONES:**  Wonderful.  Thank you, Your Honor.

22     That's all for the defendants.

23         **MR. RUDY:**  Lee Rudy, again, for the plaintiffs.

24             We do intend to file an opposition to the motion.

25     We are going to file it sometime today.  We have folks

1    working on it right now.

2              THE COURT:  That's fine.

3              MR. RUDY:  We received the certification at 7:30

4    last night, the motion this morning while we are in court.

5    We can working and will get an opposition to you and we can

6    either argue it later today or tomorrow morning at

7    Your Honor's --

8              THE COURT:  Okay.

9              MR. JONES:  Thank you.

10         (The jury panel entered the courtroom.)

11             THE COURT:  All right.  You may be seated.

12             Good morning, ladies and gentlemen, I am Judge

13   Lamberth.  I am going to be presiding over the trial.  It's

14   a civil trial.

15             I want to tell you I welcome you here for the

16   selection of this jury.  It's what we call the voir dire

17   process, where I am going to ask you a series of questions

18   that will bear upon your willingness and ability to serve as

19   fair and impartial jurors in this trial of this case.

20             I'm going to have the clerk give you the oath as

21   prospective jury panel members in just a moment, to well and

22   faithfully answer my questions truthfully.

23             We will go through a series of questions here.  I

24   am going to have you write down your answers.  Just write

25   "yes", that's all you will need to write-down on your sheet

1    of the paper.

2          I don't mean to embarrass anyone by any question

3    that I ask.  I'm going to ask some questions that might

4    embarrass you or ask some questions where your answer might

5    otherwise taint the jury panel.  Depending on your answer,

6    which may involve personal information.  So after we go

7    through this series of questions, I will have you go back to

8    the ceremonial courtroom where you will have more room to

9    spread out, and I will talk to each of you individually here

10   in this courtroom before we finally seat the jury.

11         So it is going to take at least all morning.  It

12   may take longer than that before we actually get the jury

13   seated.  So I will have to ask you to be patient.  It takes

14   a little while to go through this process.

15         I'll tell you a little about the parties and the

16   case after we give you the oath.  I know it's inconvenient

17   to do it this way.  I'm sure in the long run it will save

18   time, rather than have you come to the bench about personal

19   information that you don't want to have discussed in open

20   court in front of everyone.  So I think this will work

21   better in the long run.

22         The purpose of jury selection is to pick a jury

23   whose members will be fair and impartial, who will keep an

24   open mind, who will decide the case on the facts and the

25   law.

1          From the people in the courtroom, we are going to

2     pick eight jurors who will serve on this trial.  So, first,

3     would you please stand, so the Courtroom Deputy can swear

4     you in.

5          Raise your right hand.

6          **DEPUTY CLERK:**  Do you solemnly affirm and declare

7     that you will well and truly answer all questions propounded

8     to you, and this you do under the pain and penalty of

9     perjury?  If so say, I do.

10         **JURORS:**  I do.

11         **DEPUTY CLERK:**  Thank you.  You may be seated.

12         **THE COURT:**  You should all have an answer sheet

13    and a pen and pencil.  Please look at your badge number

14    first and write down the last three digits from your badge

15    number -- four digits.  Okay -- four digits from your badge

16    number, in the upper right-hand corner.

17         When we finish this series of questions, then I

18    will have you leave your answer sheet on your seat before

19    you go back to the ceremonial courtroom, so we can pick them

20    up and process them in order, because counsel are entitled

21    to see your answer sheets too.

22         I'm going to go through a series of questions that

23    are all yes or no questions.  There is no right or wrong

24    answer to any of these questions.  You must answer the

25    questions candidly, consistent with your promise to tell the

1    truth.

2          If your answer is "yes", please mark an "X" next

3    to that number on the answer sheet.  If your answer is,

4    "no", do not write anything for the question.  You do not

5    have to explain your yes or no in writing.

6          After I've asked the questions, the clerk will

7    take your answer sheets, and I will ask each of you

8    follow-up questions to any "yes" answer.  Because the

9    answers to some questions may be personalized, individual

10   follow-up questions to each of you separately without other

11   potential jurors in the room --

12         First, let me describe the case to you -- I will

13   tell you at the end, we expect this trial to last about two

14   weeks.  Depending on the amount of time for deliberations,

15   it could go a little longer.  There will be a question at

16   the end about whether you have a special hardship at the

17   end, so we can talk about it individually.

18         This is a class action brought by plaintiffs

19   Joseph Cacciapalle, Michelle Miller, Timothy Cassell and

20   Barry Borodkin, on behalf of the common and preferred

21   shareholders on behalf of the Federal National Mortgage

22   Association, known as Fannie Mae, and Federal Home Loan

23   Mortgage Corporation, commonly known as Federal Home Loan

24   Mortgage Corporation.  I will explain later what a class

25   action is.

1          In addition to the class action, the plaintiffs

2     also include several insurance companies, including

3     plaintiff, Berkley Insurance Company.  When I refer to the

4     class action plaintiffs, I mean plaintiffs

5     Joseph Cacciapalle, Michelle Miller, Timothy J. Cassell, and

6     Barry B. Borodkin and class members they represent.

7          When I refer to the W.R. Berkley plaintiffs, I

8     mean plaintiff Berkley Insurance Company and other insurance

9     companies, who are plaintiffs in this case.  When I refer to

10    plaintiffs, I mean class action plaintiffs and W.R. Berkley

11    plaintiffs together.

12         The defendants in this case are the Federal

13    Housing Finance Agency, which I will refer to as FHFA,

14    Fannie Mae and Freddie Mac.  Fannie Mae and Freddie Mac are

15    sometimes referred to as government-sponsored enterprises or

16    GSEs or sometimes as "the companies."  FHFA is the

17    conservator of Fannie Mae and Freddie Mac and is sometimes

18    referred to as the conservator.  When I refer to defendants,

19    I mean FHFA, Fannie Mae or Freddie Mac together.

20         Fannie Mae and Freddie Mac are

21    government-sponsored entities by created by Congress, to

22    promote access to home mortgages, by increasing liquidity

23    and stability in the secondary market for home mortgages.

24         While Fannie Mae and Freddie Mac are government

25    sponsored, they are also publicly-traded companies that

1    issued both common and preferred stock over the years.  As I

2    explained earlier, plaintiffs in this case are holders of

3    common and/or gender-preferred stock in Fannie Mae and/or

4    Freddie Mac.

5          Shareholders are treated by the law as having

6    contracts with the companies whose stock they hold.  A

7    shareholders' contract with the corporation includes not

8    only documents, such as the stock certificate, certificate

9    of designations, the corporate charter and bylaws, but also

10   the corporate law under which the corporation is formed and

11   regulated.  For Fannie Mae and Freddie Mac, changes to

12   federal law, that is, those affecting the governance of the

13   GSEs, and their relationships with their shareholders, in

14   the end are informed the investor contract.

15         In this case, plaintiffs claim that defendants'

16   breached something called the implied covenant of good faith

17   and fair dealing in plaintiffs' shareholder contracts with

18   Fannie Mae and Freddie Mac.  Defendants deny plaintiffs'

19   claim.

20         After the close of evidence, I will instruct you

21   further about the legal standard for proving a breach of

22   implied covenant.  But for now you should understand that

23   the implied covenant is something that is an unwritten part

24   of every contract, including the shareholder contract held

25   by the plaintiffs.

1          The question of whether that implied covenant is

2    breached depends on whether defendants took action that

3    unreasonably or arbitrarily frustrated or interfered with

4    the reasonable contractual expectations of shareholder.  I

5    will provide more detailed instructions at the end of the

6    case and before you deliberate.

7          Now, the first question -- and you should look at

8    number 1 on your sheet:  Have you ever read or heard

9    anything about this case?  If you have, say, "Yes".

10         Second question is, Are you personally acquainted

11   with or, to your knowledge, is any member of your family or

12   any close friend of yours, acquainted with the parties or

13   lawyers in this case or any of their spouses, parents or

14   children?

15         So for question two I will first introduce the

16   parties and the lawyers, and then we will come back and I

17   will reread question two.

18         First, the parties, the class plaintiffs, are

19   Joseph Cacciapalle, Barry P. Borodkin, Timothy Cassell and

20   Michelle Miller.  Those are the class plaintiffs.

21         The insurance companies are Berkley Insurance

22   Company, Acadia Insurance Company, Admiral Insurance

23   Company, Berkley Regional, Carolina Casualty, Midwest

24   Employers Casualty, Nautilus Insurance Company and Preferred

25   Employers Insurance Company.

1          So if you know any of those insurance companies,

2     if you are insured by them or know any of them, or if you

3     know any of those four named class plaintiffs, put "Yes,"

4     under 2.

5          Then I'm going to name the law firms that are

6     representing the plaintiffs.  The law firms are Boies

7     Shiller Flexner, Kessler Topaz Meltzer & Check, Bernstein

8     Litowitz Berger and Grossman, Grant & Eisenhofer and Cooper

9     & Kirk.

10          Then these lawyers are here in the courtroom.  I

11     will have them stand up and see if you or, to your

12     knowledge, you or your family or friends know any of these

13     lawyers. Hamish Hume will stand first.  Kenya  Davis next.

14     Samuel Kaplan.

15          **MR. HUME:**  Not here, Your Honor.

16          **THE COURT:**  Okay.  Samuel Kaplan is not in the

17     courtroom right now.  Robert Kravetz.  Lee Rudy.  Vincent

18     Colatriano.  Put "Yes", if you or family or friends know

19     these.

20          All right.  Turning to the defendants.  There are

21     three parties that are defendants.  First, the Federal

22     Housing Finance Agency, commonly known as FHFA; second, the

23     Federal National Mortgage Association, commonly known as

24     Fannie Mae; and, third, the Federal Home Loan Mortgage

25     Corporation, commonly known as Freddie Mac.

1              The law firms, Arnold & Porter -- I will have the

2     lawyers stand starting with Jonathan Stern, who will stand

3     first.

4              **THE COURT:**  Asim Varma, who is now standing.

5     David Bergman.  Ian Hoffman.  And Stanton Jones.

6              All right.

7              Are you personally acquainted with or, to your

8     knowledge, is any member of your family or any close friends

9     of yours acquainted with any of these parties or lawyers

10    that I've just introduced or any of their spouses, parents

11    or children, put, "Yes," to Question 2.

12             Now, going to Question 3.  I am going to give you

13    a list --

14             **JURORS:**  May I ask a question?  Could we have the

15    insurance company names again, Your Honor?

16             **THE COURT:**  Could I read them again?  Is that what

17    you said?

18             **DEPUTY CLERK:**  The insurance company names.

19             **THE COURT:**  I will read the insurance company

20    names again.  Sure.

21             Berkley Insurance Company, Acadia Insurance

22    Company, Admiral Insurance Company, Berkley Regional

23    Insurance Company, Carolina Casualty Insurance Company,

24    Midwest Employers Casualty Insurance Company, Nautilus

25    Insurance Company and Preferred Employers Insurance

1    Company --

2            Question 3, I am going to talk about witnesses

3    that may be called at the trial; that we are expecting to be

4    called during the trial.  The next question is, Are you

5    personally acquainted wanted with or, to your knowledge, is

6    any member of your family or close friend of yours

7    acquainted with any of the witnesses in the case or any of

8    their spouses, parents or children?

9            So witnesses of the plaintiffs would include

10   Edward Linekin, L-i-n-e-k-i-n; David Benson, B=e-n-s-o-n;

11   Tim Mayopoulos, Susan McFarland, Don Layton, James Lockhart,

12   Ross Kari, K-a-r-i, Mario Ugoletti, U-g-o-l-e-t-t-i; Naa

13   Tagoe, T-a-g-o-e; Bala Dharan, D-h-a-r-a-n; Anjan Thakor,

14   T-h-a-k-o-r, Joseph Mason and Susan Hartman.

15           If you recognize any of those names or think any

16   of your family or friends know any of those individuals that

17   may be witnesses in the case, I would want to follow-up with

18   you so put "Yes."

19           Witnesses expected for the defendants are Edward

20   DeMarco, Nicholas Satriano, Dr.Mukarram Attari, A-t-t-a-r-i;

21   Ross Kari, K-a-r-i, who has already been mentioned; Don

22   Layton, who has already been mentioned; James Lockhart, who

23   has been mentioned; Tim Mayopoulos and Susan McFarland, who

24   have already been mentioned.

25           If you recognize any of those names, then the

1     answer to Question 3 would be, "Yes".

2          Question 4 is, Do any of you know any of the other

3     potential jurors?  That is, do any of you know each other,

4     other than through jury service?  If you recognize anyone

5     else on the panel, answer "Yes" to Question 4.

6          Have any of -- number five is, Have you or someone

7     close to you ever worked for any government agency or for a

8     government contractor?  That's number 5.  Many of you are

9     going to have a "yes" to number 5, I assume.  This is

10    Washington, after all.

11          [Laughter]

12          Everyone wants to know if you ever worked for

13    Fannie Mae or Freddie Mac as well.

14          Number 6, do you have any strong feelings or

15    beliefs about the government in general, any particular

16    government agency or government officials that might make it

17    difficult for you to serve as a fair and impartial juror in

18    this case; that's number 6.  Strong feelings or beliefs

19    about the government in particular or any particular

20    government agency or government officials that would make it

21    difficult for you to serve as a fair and impartial juror.

22          Number 7, Do you have any strong feelings or

23    beliefs about whether government officials generally try

24    their best to try to serve the public interest?

25          Number 8, This case will involve testimony by

1    witnesses who are government employees and others who are

2    not.  Do you consider yourself any more or less likely to

3    believe witnesses who are current or former government

4    employees than those who are not government employees?

5             In number 9, Do you have any views about expert

6    witnesses either in general or particular areas?

7             Number 10, Have you or a close family member ever

8    worked for a large corporation?

9             Number 11, Do you have any strong opinions,

10   positive or negative, about the influence of large

11   corporations on the U.S. economy?

12            Number 12, Have you ever owned your own business?

13   Have you ever owned your own business is 12.

14            Okay.  Thirteen, you have to search your memory

15   for this.  Do you now or have you in the past owned stock in

16   Fannie Mae or Freddie Mac?  That's 13.

17            Number 14, Do you now or have you in the past

18   invested in the financial stock market?

19            Number 15, Have you or someone close to you ever

20   gained or lost a significant amount of money in the stock

21   market or in real estate?

22            Number 16, Have you or someone close to you ever

23   been a victim of fraud or any other type of wrongdoing in

24   the securities, real estate or financial industries?

25            Number 17, Do you have any views on the causes of

1   the 2008 financial crisis?

2           Number 18, Do you have any strong views about

3   corporations that accepted federal bailout funds to stay

4   afloat during the financial downturn in 2008?  Any strong

5   views about corporations that accepted federal bailout funds

6   to stay afloat during the financial downturn in 2008?

7           Number 19, Have you ever had any financial or

8   mortgage dealings with Freddie Mac or Fannie Mae?

9           Number 20, Are you familiar with the term,

10  "government-sponsored entity"?

11          Number 21, Do you have any personal experience

12  with or are you familiar with "conservatorship"?

13          Number 22, Have you or someone close to you had

14  any experience in the following fields:  Banking, finance,

15  economics, securities, underwriting and real estate?  You or

16  someone close to you had experience in banking, finance,

17  economics, securities, underwriting and real estate?

18          Number 23, Do you own your home?

19          Number 24, Have you or someone close to you

20  experienced a foreclosure?

21          Number 25, Have you ever been a party in a civil

22  lawsuit?

23          Number 26, Have you ever served on a jury?

24          Number 27, Have you ever been involved in a civil

25  suit as a party or a witness?

1          Number 28, Do you have any strong views on class

2     action lawsuits, the parties to such lawsuits, whether

3     plaintiffs or defendants or their lawyers?  Strong views on

4     class action lawsuits, the parties to such lawsuits or their

5     lawyers?

6          Number 29, Have you ever served in the military?

7          Number 30, Do you belong to any social or

8     professional organizations?

9          Number 31, Do you have a medical reason or a

10    personal hardship that would make it difficult to serve as a

11    juror in this case?

12         And the last question is 32, Do you have any other

13    information that you feel would be important to share with

14    me that would impact your ability to serve as a juror?

15    Write down "32" so you can talk to me about it.

16         When you come back to the courtroom, I will have

17    you sit here in the first seat and we will discuss your

18    answers.  Your answers will be in front of counsel, but it

19    won't be in front of everyone in the world.  And I'll try to

20    make it as short a process as we can, but it will take some

21    time to go through this, obviously.  So hopefully as we've

22    gone through this, you've written "yes" with each question

23    we need to follow up on.

24         [Laughter]

25         If you will leave your sheets there on your

1    chairs, as you stand up, then you can return to the

2    ceremonial courtroom, and I will see you all back in here at

3    some point.  Thank you very much for your cooperation today.

4            Let me say one more thing.  Without good citizens

5    like you, we cannot fairly and impartially administer

6    justice in our community.  So I thank you all for coming

7    today.  I will tell you again before you go.

8            [Laughter]

9        (Jury panel exited the courtroom.)

10       **MR. HUME:**  Your Honor, may I excuse myself?  My

11   colleagues are here.  I will be out five minutes.

12       **THE COURT:**  I am going to stay on the bench until

13   she gets all of those picked up.

14       **MR. HUME:**  Okay.

15       (Brief pause.)

16       **THE COURT:**  We're going to take five minutes and

17   seat the first 10.

18       (Recess from 11:09 to 11:17 a.m.)

19       **THE COURT:**  Okay.  We will start with 1578.

20       (Prospective juror steps up)

21       **THE COURT:**  You all may be seated.

22            Question 11 was, Do you have any strong opinions,

23   positive or negative, about the influence of large

24   corporations on the U.S. economy?

25            Tell me a little more about that, if you would.

1      **PROSPECTIVE JUROR:**  I just think that corporations

2   should pay more tax.

3      **THE COURT:**  I couldn't hear you.

4      **PROSPECTIVE JUROR:**  I think corporations should

5   pay more taxes in general.  It's not a really clear opinion.

6      **THE COURT:**  I didn't hear the last line.

7      **PROSPECTIVE JUROR:**  It's not a strong opinion but

8   I think they should pay more taxes.

9      **THE COURT:**  Would that have any effect on your

10   ability to be a fair juror here, do you think?

11      **PROSPECTIVE JUROR:**  I mean, this sounds like it's

12   more about some sort of legality or something.  I don't

13   think it bears on tax burgeon or something.

14      **THE COURT:**  Okay.

15      Fourteen was, Do you now or have you in the past

16   invested in the stock market or financial market?

17      **PROSPECTIVE JUROR:**  I wasn't quite sure about this

18   because I have retirement accounts, like everybody, or a lot

19   of people do.

20      **THE COURT:**  I couldn't hear you.  Sorry.

21      **PROSPECTIVE JUROR:**  Sorry.

22      I have a retirement account, like a lot of people.

23   So do multiple members of my family.  So I wasn't quite sure

24   if that counted.

25      **THE COURT:**  Okay.

1          What kind of retirement account is it?

2          **PROSPECTIVE JUROR:**  One was I got was an inherited

3     IRA from my uncle and I have one from my previous jobs.

4          **THE COURT:**  Okay.

5          **PROSPECTIVE JUROR:**  My parents have 401(k)s from

6     Johns Hopkins.

7          **THE COURT:**  Okay.

8          And then, Have you or someone close to you ever

9     gained or lost a significant amount of money in the stock

10    market or real estate?

11         **PROSPECTIVE JUROR:**  I was going to say that sort

12    of applies to the accounts that I just mentioned.  My

13    parents have made a lot of money from just being consistent.

14         **THE COURT:**  Was that a gain or loss?

15         **PROSPECTIVE JUROR:**  I think a gain.  They always

16    tell me.

17         **THE COURT:**  I couldn't hear you.

18         **PROSPECTIVE JUROR:**  I think it was a gain but I'm

19    not quite sure.

20         **THE COURT:**  Okay.

21         **PROSPECTIVE JUROR:**  I mean, they've been at the

22    same job since 1988 so...they just retired.

23         **THE COURT:**  Okay.

24         Who was it?

25         **PROSPECTIVE JUROR:**  Both of my parents.

1          **THE COURT:**  Okay.

2          And the question was, Do you have any personal

3  experience with or are you familiar with conservatorship?

4          **PROSPECTIVE JUROR:**  Isn't that where you are

5  responsible for someone's property?

6          **THE COURT:**  Right.

7          **PROSPECTIVE JUROR:**  Like an individual a or

8  corporation.

9          **THE COURT:**  For?  I didn't hear you.

10          **PROSPECTIVE JUROR:**  Like an individual or a --

11  like a company or --

12          **THE COURT:**  It could be.

13          **PROSPECTIVE JUROR:**  That's all I know.  I knew a

14  little bit and heard about it, but I don't really know.  I'm

15  not an expert.

16          **THE COURT:**  Okay.  Okay.

17          Any reason you couldn't be a fair and impartial

18  juror, if you were seated here?

19          **PROSPECTIVE JUROR:**  I have no experience with

20  conservatorships so I don't know how it would effect me or

21  my judgment.

22          **THE COURT:**  Where are you currently employed?

23          **PROSPECTIVE JUROR:**  I work freelance in

24  architecture, and I also work at Starbucks.

25          **THE COURT:**  Okay.

1          Any follow-up?

2       (No response.)

3          **THE COURT:**  All right.

4          Thank you very much, sir.

5       (Prospective juror steps down)

6          1186.

7          You all don't need to stand each time a juror

8    comes in.

9          Any challenge for cause?

10      **MR. RUDY:**  Your Honor, as a matter of protocol,

11   would you like us to use the phone or microphone?

12      **THE COURT:**  I'm sorry?

13      **MR. RUDY:**  I don't have anything.  I just wanted

14   to know if you would like me to use the phone if I am

15   speaking to the Court.

16      **MR. STERN:**  Your Honor, with no jury --

17      **THE COURT:**  I'm sorry?

18      **MR. STERN:**  Mr. Rudy just asked if the Court

19   preferred if we use phone or mics.  With no jury here, I am

20   fine with using the mics in open court.

21      **MR. RUDY:**  Your Honor, we have no challenge for

22   cause for this juror.

23      **MR. STERN:**  Jonathan Stern for the defense.  No

24   challenge for cause for this juror.

25      **THE COURT:**  All right.

1          **DEPUTY CLERK:**  Juror 1186.

2      (Prospective juror steps up)

3          **THE COURT:**  The first question you had a "yes" to

4  was, Have you or anyone close to you worked for a government

5  agency or government contractor?

6          **PROSPECTIVE JUROR:**  Yes.

7          **THE COURT:**  What did you have in mind there?

8          **PROSPECTIVE JUROR:**  My niece worked for

9  government, you know, as a contractor to do contracting

10  work, as far as review documents as far as contractors

11  coming into work for government.

12          **THE COURT:**  Where was that?

13          **PROSPECTIVE JUROR:**  I believe Department of

14  Veteran Affairs, if I am not mistaken.

15          **THE COURT:**  How long ago was that?

16          **JUROR:**  Maybe 10 years back.

17          **THE COURT:**  How long was she there?

18          **PROSPECTIVE JUROR:**  I believe five or six years.

19  I'm not sure.

20          **THE COURT:**  Okay.

21      The next one was, Have any strong opinions,

22  positive or negative, about the influence of large

23  corporations on the economy?

24          **PROSPECTIVE JUROR:**  I do because it's just, like,

25  you know, my family is from the south.  And there's a lot of

1    factories that closed down and moved overseas, moved to

2    Mexico.  It's the little people that always gets it.  They

3    got laid off.  They have to find other work.  So, yes, I

4    have a real, real negative opinion.

5              **THE COURT:**  Tell me more about that.

6              **PROSPECTIVE JUROR:**  Because to me it's just

7    corporate greed.  They move the company overseas.  Move to

8    different countries.  But we don't get better pricing when

9    it comes back here.  So the little people always pays the

10   price.

11             **THE COURT:**  How do you think that might affect you

12   on a trial like this where there is a corporation involved?

13             **PROSPECTIVE JUROR:**  I think it would effect me a

14   lot, because I do have a negative view on that, because it's

15   just so greed [sic].

16             **THE COURT:**  Okay.

17             Let me ask you a few other questions.

18             Do you now or have you in the past invested in the

19   financial or stock market?

20             **PROSPECTIVE JUROR:**  Well, I do at work.  I have a

21   401a.

22             **THE COURT:**  Okay.

23             **PROSPECTIVE JUROR:**  When the financial market

24   tumbled, I lost quite a bit of money.

25             **THE COURT:**  How are you doing?

1          **PROSPECTIVE JUROR:**  It's slowly coming back.  It's

2   not coming back fast enough.  I seem to have lost it faster

3   than I'm gaining.

4          **THE COURT:**  Over time you've done okay?

5          **PROSPECTIVE JUROR:**  Over time, okay.  But it'd

6   been a lot better than what it should be.

7          **THE COURT:**  Okay.

8          Have you or someone close to you ever gained or

9   lost a significant amount of money in the stock market or in

10  real estate?

11         **JURORS:**  Yes, that is when I am speaking of with

12  my 401a.  I lost quite a bit.

13         **THE COURT:**  A significant amount?

14         **PROSPECTIVE JUROR:**  Yes.  It was thousands of

15  dollars.  It was quite a bit.

16         **THE COURT:**  Okay.  Okay.

17         Have you had financial or mortgage dealings with

18  Freddie Mac or Fannie Mae?

19         **PROSPECTIVE JUROR:**  I do have a mortgage.  There

20  was a couple questions I was confused on.  One of the

21  questions I think you asked was, Do you own your home?

22         I am buying so, yes.  I do have a mortgage, an FHA

23  loan.  It seems like, in my personal opinion, when I had to

24  go for my loan, I had to give up so many documentation.

25  They really seemed like they put me through the ringer.

1      Then I do know some neighbors and family, they didn't have

2      to show any documentation when they was applying for a loan.

3      So, yes, I have a negative view on that.

4                  **THE COURT:**  Okay.

5                  Let me talk to counsel.

6                  **COURT REPORTER:**  Judge, I'm not hearing anything.

7      One moment.

8           (Long pause.)

9                  **MR. STERN:**  I hope we can do a good, old-fashioned

10     bench conference.

11          (Sidebar discussion.)

12                 **DEPUTY CLERK:**  You can talk.  It's working.

13                 **MR. RUDY:**  Your Honor, this is Lee Rudy for the

14     plaintiffs.  I understand Your Honor has no objection to --

15                 **MR. STERN:**  Your Honor, the defendants have no

16     objection.

17                 Your Honor, there is just one quick point I'd like

18     to raise after this juror is excused.  If I could have 30

19     seconds at the podium before we get the next juror, I would

20     be grateful.

21                 **THE COURT:**  Fine.

22          (Sidebar discussion concluded.)

23                 You may be excused.

24          (Prospective juror steps down.)

25                 **MR. STERN:**  Your Honor, thank you.  Jonathan Stern

1    for the defendants.

2              Your Honor, as a follow-up -- and I meant to ask

3    it of the first two jurors and I didn't -- I would be asking

4    the Court, as a follow-up, to allow a single question, What

5    is your educational background?

6              **THE COURT:**  Okay.

7         **MR. STERN:**  And I would ask that of every juror.

8              If the Court would prefer to ask that question

9    itself, rather than have me rise, if the Court approves the

10   question.  Either way is fine.  I would respectfully submit

11   it is an appropriate question, especially given the nature

12   of the case.

13             **THE COURT:**  All right.

14             We will go to 1733.

15             Wait a minute.

16        **MR. RUDY:**  Your Honor, just for the record, so

17   it's clear, Your Honor, I believe the last juror was struck

18   for cause, but I don't know if we put that on the record; is

19   that correct?

20             **THE COURT:**  Yeah.  Thirty-two is stricken.

21        **MR. RUDY:**  Thank you.

22        **DEPUTY CLERK:**  Juror 1733.

23        (Prospective juror steps up)

24             **THE COURT:**  Let me start with the bottom line.

25   You had some information you thought might impact your

1    ability to serve as a juror, Number 32.

2             **PROSPECTIVE JUROR:**  Yes, Your Honor.

3             I am a lawyer myself.  I am supposed to be in

4    front of Judge Sands in the Middle District of Georgia.  I

5    fly down on the 31st, next Monday.  The hearing is the 1st.

6    I hope to come back on the 1st, but maybe the 2nd, depending

7    on flights.

8             So that was my, kind of, initial scheduling

9    concern, along with some other attendant deadlines and those

10   sorts of things that kind of go along with the practice.

11            I also am at a small -- I believe, obviously, in

12   the jury system and need to serve, our civil obligations,

13   but I am also a member of a small firm and there are five

14   lawyers.  I think two weeks would be a hardship on the firm.

15   It would be tough on my colleagues.  So I did want to just

16   raise that.

17            **THE COURT:**  Okay.

18            **PROSPECTIVE JUROR:**  I'm supposed to be out of

19   town, also, a trip -- it was being planned leaving on August

20   18th, coming back on the 23rd.  Just a personal trip.

21            **THE COURT:**  All right.  Let me talk to counsel.

22        (Sidebar discussion.)

23        **MR. RUDY:**  Mr. Rudy for plaintiffs.  This is Lee

24   Rudy.  We would consent to excusing this juror for cause.

25            **MR. RUDY:**  My only comment, for the Court's

1   information, as a reminder, I am going to be asking for the

2   afternoon off on the 1st.  I realize that does not

3   completely resolve this person's problem.

4          We defer to the Court on this one.

5      (Sidebar discussion concluded.)

6          **THE COURT:**  All right.

7          We will go ahead and excuse you at this time.

8          **PROSPECTIVE JUROR:**  Thank you, Your Honor.

9      (Prospective juror steps down.)

10         **DEPUTY CLERK:**  Juror 2047.

11     (Prospective juror steps up)

12         **THE COURT:**  You indicated on the questionnaire you

13  would have a hardship if you had to serve on the case.  Tell

14  me about that.

15         **PROSPECTIVE JUROR:**  The hardship you said?

16         I'm just an hourly worker.  So I am not getting

17  paid the same as I would if salaried.  I've already taken

18  two weeks off since the 14th.  If this continues more, it

19  would be financially hard for me.

20         **THE COURT:**  Where do you work?

21         **PROSPECTIVE JUROR:**  Whole Foods Market.

22         **THE COURT:**  How do long do they pay you?

23         **PROSPECTIVE JUROR:**  So right now, since I'm

24  technically part-time for them.  I'm going to graduate to

25  full-time once I'm on longer.  As far as I understand, they

1    don't have to pay me while I'm here.

2              **THE COURT:**  Have you talked to your boss about

3    that?

4              **PROSPECTIVE JUROR:**  I let him know I had jury duty

5    and I would need the time off for two weeks.  Past that, we

6    haven't talked much about it.

7              **THE COURT:**  Okay.

8              Let me talk to counsel.

9         (Sidebar discussion.)

10             **THE COURT:**  I don't know if that's right or not.

11   It may be for a part-time worker.

12        **MR. STERN:**  Your Honor, it may be.  We defer to

13   the Court on this one as well.

14        **MR. RUDY:**   Lee Rudy for the plaintiffs.  We defer

15   to the Court.

16        **MR. STERN:**  Your Honor, Court's indulgence.

17             Your Honor, perhaps if we continue down the list

18   of the questions, this issue may resolve itself in other

19   ways.

20             **THE COURT:**  All right.

21        (Sidebar discussion concluded.)

22             **THE COURT:**  Let me ask you a few other questions

23   too, while you're here.

24             You or someone close to you ever work for a

25   government agency or government contractor?

1            **PROSPECTIVE JUROR:**  Yes.  My mother works for the

2     FBI.  My grandfather used to.  He passed away.  And my

3     uncle, as well, works for the FBI.  All three of them.

4            **THE COURT:**  What does your mom work for FBI?

5            **PROSPECTIVE JUROR:**  She's a unit chief.  I am not

6     exactly aware of what she does.

7            **THE COURT:**  Is she an agent?

8            **PROSPECTIVE JUROR:**  No, she is not an agent.

9            **THE COURT:**  Okay.

10           Who else?  Your grandfather?

11           **PROSPECTIVE JUROR:**  My grandfather was and my

12    uncle was but he retired.

13           **THE COURT:**  And they were agents?

14           **PROSPECTIVE JUROR:**  Yes, sir.

15           **THE COURT:**  How long have they been retired?

16           **PROSPECTIVE JUROR:**  My grandfather would have been

17    retired now for probably 20 years at this point.  He passed

18    away about 10 years ago.  And then my uncle, he retired, I

19    think, about 10 years ago.

20           **THE COURT:**  Okay.

21           **PROSPECTIVE JUROR:**  My mom is still currently

22    employed there.

23           **THE COURT:**  Do you have strong feelings or beliefs

24    about the government in general or any particular government

25    agency that would make it difficult for you to be fair --

1                THE COURT:  Yeah.  I'm not a big fan of Fannie Mae

2    or Freddie Mac, personally.

3                THE COURT:  Not a big fan of?

4                PROSPECTIVE JUROR:  Fannie Mae or Freddie Mac.

5                THE COURT:  Oh, why is that?

6                PROSPECTIVE JUROR:  I am not a big government

7    person, and that is the epitome of big government.

8                THE COURT:  Tell me more about that.

9                PROSPECTIVE JUROR:  You mentioned -- I can't

10   remember the phrase you used earlier.  But I think

11   government-backed businesses, especially ones that interfere

12   with the real estate market, is not in the purview of the

13   government.  That's my opinion.  I don't know the specifics

14   but that's my opinion on it.

15               THE COURT:  Do you think that would be hard to set

16   aside?

17               PROSPECTIVE JUROR:  I'd say probably not.  I think

18   that I will probably be able to hear impartially.  It's hard

19   to say without knowing the specifics.

20               THE COURT:  There's another one about it will

21   involve testimony with government employees and others who

22   are not.  Do you consider yourself more or less likely to

23   believe witnesses who are former government employees than

24   those who are not government employees?  You said, "Yes".

25   Tell me more about that.

1          **PROSPECTIVE JUROR:**  That one would depend on the

2     government witness.  I would argue that, you know, given my

3     personal relationships with government employees and stuff

4     like that, I would probably be more likely to believe them.

5          However, you know --

6          **THE COURT:**  If they were Fannie or Freddie Mac,

7     what would you say?

8          **PROSPECTIVE JUROR:**  That's the thing.  That's

9     where the views kind of cross.  I think people would be

10    Covering for themselves more than --

11         **THE COURT:**  And have you or close family member

12    ever work for a large corporation.

13         **PROSPECTIVE JUROR:**  I just put that because I work

14    for whole foods, which is owned by Amazon.

15         **THE COURT:**  Any strong opinions positive or

16    negative about influence of large corporations on the

17    economy?

18         **PROSPECTIVE JUROR:**  I generally think larger

19    corporations influence the government too much and interfere

20    with the American public, too much.

21         **THE COURT:**  And do you have now or in the past

22    invested in the financial or stock market?

23         **PROSPECTIVE JUROR:**  Correct.

24         **THE COURT:**  What was that?

25         **PROSPECTIVE JUROR:**  I just did retail investing,

1    but, like -- nothing serious.  It was like a hundred

2    dollars.

3                **THE COURT:**  Okay.

4                Have you had financial or mortgage dealings with

5    Fannie Mae or Freddie Mac?

6                **PROSPECTIVE JUROR:**  No.

7                **THE COURT:**  What was that?

8                **PROSPECTIVE JUROR:**  No, I have not.

9                **THE COURT:**  Oh, No.  Okay.

10               And you have views on the causes of the 2008

11   financial crisis?

12               **PROSPECTIVE JUROR:**  Yeah.  I think it was probably

13   the hubris of larger investment firms that went in on

14   subprime mortgages.

15               **THE COURT:**  Do you have any strong views about

16   corporations that accepted the federal financial bailout

17   funds to stay afloat?

18               **PROSPECTIVE JUROR:**  Yeah, I do.

19               I think those bailouts were a tax on the American

20   people more than they should have been.

21               **THE COURT:**  You were asked about any personal

22   experience or experience with conservatorship.

23               **PROSPECTIVE JUROR:**  No personal experience but I

24   am familiar with it.

25               **THE COURT:**  With the term.

1          **PROSPECTIVE JUROR:**  Yeah.

2          **THE COURT:**  Do you or someone close to you have

3     experience in banking, finance, economics, securities,

4     underwriting and real estate?

5          **PROSPECTIVE JUROR:**  Yeah.  My father is a real

6     estate investor.  He works with a business partner and owns

7     one building in Williamsburg, Virginia.

8          **THE COURT:**  Okay.

9          And strong views on class action lawsuits.

10         **PROSPECTIVE JUROR:**  Yeah.  I think that generally

11    lawyers just use them to extract value from consumers.

12         **THE COURT:**  Okay.

13         Let me talk to counsel again.

14       (Sidebar discussion.)

15         **THE COURT:**  He has something for everyone in

16    there.

17         [Laughter]

18         **MR. RUDY:**  Lee Rudy.  That was going to be my

19    exact comment, Your Honor.

20         We will consent to legislative letting him go.

21         **MR. RUDY:**  We will not object to the strike,

22    Your Honor.

23         **THE COURT:**  I'm sure.

24       (Sidebar discussion concluded.)

25         **THE COURT:**  You may be excused.

1            (Prospective juror steps down.)

2                 **DEPUTY CLERK:**  Juror 0467.

3            (Prospective juror steps up.)

4                 **THE COURT:**  You have a personal hardship in the

5       case you want to talk about.

6                 **PROSPECTIVE JUROR:**  No.  I have a six-year-old for

7       the next two weeks.

8                 **THE COURT:**  Sorry?

9                 **PROSPECTIVE JUROR:**  I don't have someone to watch

10      him.  Because I am arranging childcare for the next two

11      weeks.

12                **THE COURT:**  Try it again.  I couldn't hear that.

13                **PROSPECTIVE JUROR:**  I was saying -- that's weird.

14      Okay.  Arranging childcare for the next two weeks is going

15      to be a little difficult because it's in between when his

16      camp is completed and when school starts.

17                I'm sorry.

18                I was saying, arranging childcare for the next two

19      weeks, because there is a gap between camp and when school

20      is to start.  So that might be a bit difficult to arrange.

21                **THE COURT:**  I still couldn't hear you.  I'm sorry.

22                **PROSPECTIVE JUROR:**  I was saying arranging

23      childcare for the next two weeks may be a bit difficult

24      because there's a gap between camp and when school starts.

25      So having someone to watch my little one over the two-week

1   period.

2   **THE COURT:** You don't have anyone that can do it?

3   **PROSPECTIVE JUROR:** I can ask around but it would

4   be here and there.

5   **THE COURT:** You didn't seek to be excused with the

6   jury office before?

7   **PROSPECTIVE JUROR:** Sorry?

8   **THE COURT:** You don't seek to be excused with the

9   jury office before, so we are going through this now?

10  **PROSPECTIVE JUROR:** Right. I haven't been through

11  this process before. When I got the summons for these two

12  weeks, I have camp arranged for him these two weeks. So I

13  guess I didn't know the process of being selected and then

14  having some additional time outside of these two weeks.

15  **THE COURT:** So I'm supposed to just let you go?

16  Waste everyone's time?

17  You are excused.

18  Worthless.

19  (Prospective juror steps down.)

20  **MR. STERN:** Your Honor, may I be heard for just a

21  moment?

22  **THE COURT:** What?

23  **MR. STERN:** My understanding is that the juror has

24  childcare for the next two weeks; is that correct, ma'am?

25  **PROSPECTIVE JUROR:** I have childcare for these two

1  weeks of jury selection that ends this week.  I didn't know,

2  of course, if you get selected, how much time it is.  There

3  is a two-week gap between the end of this week and when

4  school starts.

5          MR. STERN:  I'm sorry.

6          Thank you, Your Honor.

7          THE COURT:  All she does is mumble.  I asked her

8  four times what she was saying.  I could not understand her.

9  I won't let her out of the pool yet.  We will see.  I'll put

10  her to the end of the pool, and she can sit here all day.

11          DEPUTY CLERK:  1021.

12          THE COURT:  That last juror will remain in the

13  pool.

14          DEPUTY CLERK:  Okay.

15      (Prospective juror steps up.)

16          THE COURT:  The first question you had was, You or

17  someone close to you work for any government agency or for a

18  government contractor?

19          PROSPECTIVE JUROR:  Yes.  My sister worked for the

20  Department of Defense for 37 years --

21          THE COURT:  Okay.

22          PROSPECTIVE JUROR:  -- as a budget analyst for the

23  Redstone Arsenal.

24          THE COURT:  What did the sister do?

25          PROSPECTIVE JUROR:  She was a budget analyst.

1          **THE COURT:**  Budget analyst.  Okay.

2          What part of the Department of Defense?  Do you

3     know?

4          **PROSPECTIVE JUROR:**  Right now she is at home.  She

5     just retired from Redstone Arsenal, Department of Defense.

6          **THE COURT:**  Have you or someone close to you

7     experienced a foreclosure?

8          **PROSPECTIVE JUROR:**  My cousin, my aunt; several

9     people in my family.

10          **THE COURT:**  How long ago has that been?

11          **PROSPECTIVE JUROR:**  Maybe ten years, for my

12     cousin.

13          **THE COURT:**  Okay.  Tell us a little more about

14     that.

15          **PROSPECTIVE JUROR:**  Oh, all I know is she bought a

16     house and, apparently, the interest rate was fluctuated or

17     something, and she just couldn't afford the mortgage.

18          **THE COURT:**  Okay.

19          You or someone close to you had experience in

20     banking, finance, economics, underwriting or real estate.

21          **PROSPECTIVE JUROR:**  I think I checked the wrong

22     box.

23          **THE COURT:**  You had a "yes" to that.

24          **PROSPECTIVE JUROR:**  Oh, sorry.

25          **THE COURT:**  You know what you had in mind?

1          **PROSPECTIVE JUROR:**  No.  No.  I don't know what

2     the question was.  I'm sorry.

3          **THE COURT:**  You or someone close to you had any

4     experience in the following fields:  Banking, finance --

5          **PROSPECTIVE JUROR:**  Oh, that was for my sister.

6     She was a budget analyst, yes.

7          **THE COURT:**  Okay.  Okay.

8          You served on a jury before.

9          **PROSPECTIVE JUROR:**  Yes.

10         **THE COURT:**  Civil, criminal or what?

11         **PROSPECTIVE JUROR:**  It was something about a rape

12    case.  I don't know what you call it.

13         **THE COURT:**  I couldn't hear you.

14         **PROSPECTIVE JUROR:**  It was a rape case of a minor.

15         **THE COURT:**  Okay.

16         How long ago?

17         **PROSPECTIVE JUROR:**  Maybe six years ago.

18         **THE COURT:**  Okay.

19         In this court or across the street?

20         **PROSPECTIVE JUROR:**  Across the street.

21         **THE COURT:**  Were you a foreperson?

22         **PROSPECTIVE JUROR:**  No.

23         **THE COURT:**  Did the jury reach a verdict?

24         **PROSPECTIVE JUROR:**  Yes.

25         **THE COURT:**  Anything about that experience have

1    any affect on your ability to be a fair juror here?

2              **PROSPECTIVE JUROR:**  No.

3              **THE COURT:**  Okay.

4              There's another question -- oh, let me ask you one

5    other thing.  What is your educational background?

6              **PROSPECTIVE JUROR:**  A teacher's assistant with

7    D.C. Public Schools.

8              **THE COURT:**  Okay.

9              And did you go to college after high school or

10   what did you do?

11             **PROSPECTIVE JUROR:**  Yes.

12             **THE COURT:**  Where did you go?

13             **THE COURT:**  Where?

14             **PROSPECTIVE JUROR:**  I have an associates degree

15   from the University of District of Columbia.

16             **THE COURT:**  There is another question:  Do you

17   have any information that you feel is important to share

18   that might impact your ability to be a fair juror?

19             **PROSPECTIVE JUROR:**  To be honest, I have no

20   knowledge of housing or, you know, dealing with that type of

21   stuff.  And I honestly think that depending on what the

22   circumstances is, when it's over, I don't think I could -- I

23   would look at these companies in a different mindset

24   probably.

25             **THE COURT:**  It might be difficult to decide it?

1          **PROSPECTIVE JUROR:**  Yes.

2          **THE COURT:**  'Cause it's complicated?

3          **PROSPECTIVE JUROR:**  Yes.  Yes.  Very complicated.

4          **THE COURT:**  It's true.

5          **PROSPECTIVE JUROR:**  Even when you were explaining

6     it I got lost a little bit.  I'm not going to lie.  It's a

7     difficult thing, especially when you don't own a home, you

8     don't have any knowledge of that type of stuff.

9          **THE COURT:**  Thank you very much for telling me

10    that.

11         **PROSPECTIVE JUROR:**  You're welcome.

12         **THE COURT:**  All right.

13         Let me see if counsel want to ask any follow up.

14         (Sidebar discussion.)

15         **MR. STERN:**  Mr. Rudy?

16         **MR. RUDY:**  For plaintiffs, we have no cause

17    challenge.  We are fine with this juror.

18         **MR. STERN:**  The only follow-up I would have,

19    Your Honor, is the juror said, "I would look at these

20    companies with a different mindset."  And I am not quite

21    sure what she meant by that.

22         If the Court could -- I defer to the Court, but I

23    would be interested to hear a little bit of an elaboration

24    on that point.

25         **THE COURT:**  Okay.

1          (Sidebar discussion concluded.)

2               **THE COURT:**  Just one other question.

3               When you said you would look at these companies

4     with a different mindset, tell me a little more about what

5     that meant.

6               **PROSPECTIVE JUROR:**  It means -- back in the day,

7     growing up, I heard of Fannie Mae, Freddie Mac.  Those were

8     the top companies back then.  But it's, like, I might be

9     biased if I wanted to buy a house or somebody I know wanted

10    to buy a house, I don't think I could, like, oh, go to these

11    people.

12              **THE COURT:**  In what way might it make you biased?

13              **PROSPECTIVE JUROR:**  Like, to go for a mortgage or

14    to sign up with one of their companies, to be honest.

15              **THE COURT:**  Okay.  Any other follow-up?

16         (Sidebar discussion.)

17              **MR. STERN:**  No, Your Honor.

18              **MR. RUDY:**  Your Honor, for the plaintiffs, Lee

19    Rudy.  We have no objection to this juror.

20              **MR. STERN:**  Your Honor, based on the last question

21    of having a bias, we move to strike for cause.

22              **MR. RUDY:**  Your Honor, just for the record, the

23    juror didn't use the word "bias".  Your Honor used the word

24    bias.  She didn't use the word or anything close to that

25    word.

1              **THE COURT:**  The objection is overruled.  She is

2    not stricken.

3              **PROSPECTIVE JUROR:**  Thank you.

4         (Sidebar discussion concluded.)

5              **THE COURT:**  You may return to the jury.

6              **MR. STERN:**  Your Honor, may we go to the phone for

7    just 30 seconds?

8              **THE COURT:**  Yes.

9         (Sidebar discussion.)

10             **MR. RUDY:**  Your Honor, I understand the Court's

11   ruling.  I am not seeking to revisit it.  It was the jury

12   that used the word bias.  According to the scroll it says, I

13   might be biased, if I wanted to buy a house, et cetera.

14             I just wanted the record to be clear, it was the

15   juror that used the word and not Your Honor.  We don't,

16   otherwise, have anything further on this.

17             **MR. RUDY:**  Your Honor, Lee Rudy.  I apologize.

18   Certainly my ears may have deceived me and I trust our court

19   reporter.

20        (Sidebar discussion concluded.)

21             **DEPUTY CLERK:**  Juror 0440.

22        (Prospective juror steps up.)

23             **THE COURT:**  Just a couple of follow-ups.

24             You were asked:  Do you have any strong opinions,

25   positive or negative, about the influence of large

1    corporations on the U.S. economy.  And you said, "Yes".

2    Tell me a little more about that one.

3         PROSPECTIVE JUROR:  I believe most of the rules

4    that government -- for large corporation, they influence

5    most of the decision-making; and that's my personal --

6         THE COURT:  Then you were asked:  Do you have any

7    strong views about corporations that accepted federal

8    bailout funds to stay afloat during the financial downturn

9    in 2008?  You said, "Yes".

10        Tell me more about that one.

11        PROSPECTIVE JUROR:  Yes.  Most people -- during

12   the bailout, most corporations or even Freddie Mac, the CEOs

13   get bonus, but a lot of people lose their house, their

14   lives.  I have a feeling that's not right.

15        THE COURT:  Would that have any effect on your

16   ability to be fair and impartial in deciding the issues in

17   this case, do you think?

18        PROSPECTIVE JUROR:  I don't believe.  I am in the

19   process of buying a house and the -- I build my credit from

20   zero to somewhere around 800.  And last time, Fannie Mae and

21   Freddie Mac produced a new law that is high credit score

22   holders to pay more.  So that might influence me.

23        THE COURT:  What was your educational background?

24        PROSPECTIVE JUROR:  I have a degree in civil

25   engineering.

1          **THE COURT:**  Okay.  All right.  Any follow-up by

2     counsel?

3          (Sidebar discussion.)

4          **MR. STERN:**  Your Honor, no follow-up questions.

5          We would strike this juror for cause based

6     principally on his answer that he believes that large

7     corporations influence the decision-making of government.

8     He said that in a way that implied he had a negative view of

9     that.

10         He also specifically referred to Freddie Mac in

11    his negative comments about what he referred to as the

12    "bailout."  He said, "I have a feeling that's not right."

13         His answer to the question whether that would

14    effect his ability to be fair and impartial was ambiguous,

15    at best.  That ended with, "so that might influence me."

16    For those reasons, Your Honor, we would move to strike this

17    juror for cause.

18         **MR. RUDY:**  Your Honor, I would just ask you to

19    follow up on his question about -- he made a comment about

20    having to pay more if your credit score is going up.  I

21    don't follow that answer.  If you could maybe ask him a

22    follow-up about that.

23         **THE COURT:**  I don't think that will save him.  So

24    I will grant the motion to strike.

25         (Sidebar discussion concluded.)

49

1          **THE COURT:**  Thank you very much.  You are excused.

2      (Prospective juror steps down.)

3          **DEPUTY CLERK:**  Juror 0287.

4      (Prospective juror steps up.)

5          **THE COURT:**  Just a few follow-ups.

6          You or someone close to you work for a government

7   agency or government contractor?

8          **PROSPECTIVE JUROR:**  Yes, Your Honor.

9          I work for the Defense Department.

10          **THE COURT:**  Okay.  What do you do there?

11          **PROSPECTIVE JUROR:**  I am an analyst with the

12   Defense Intelligence Agency.

13          **THE COURT:**  What's your educational background?

14          **PROSPECTIVE JUROR:**  Well, I have advanced degrees

15   from the National Intelligence University and National

16   Defense University.

17          **THE COURT:**  What was the second one?  National

18   Defense University?

19          **PROSPECTIVE JUROR:**  Yes, sir.

20          **THE COURT:**  Okay.

21          You or a close family member work for a large

22   corporation?

23          **PROSPECTIVE JUROR:**  Yes, Your Honor.  My husband

24   is the general counsel of QTS, it's a data center company.

25          **THE COURT:**  What's the formal name?

1          **PROSPECTIVE JUROR:**  It was formerly QTS Realty

2     Trust.  I believe it is now just called QTS.

3          **THE COURT:**  Okay.

4          And it says, Do you now or have you in the past

5     owned stock in Fannie Mae or Freddie Mac?  You put a

6     question mark.

7          **PROSPECTIVE JUROR:**  I don't know if I ever did.  I

8     did not purchase it personally.  It's possible but not to my

9     knowledge.

10          **THE COURT:**  Okay.

11          And then 14, Do you now or have you in the past

12     invested in the financial or stock market?

13          **PROSPECTIVE JUROR:**  Yes, Your Honor.  I am

14     invested in the stock market.

15          **THE COURT:**  Tell me a little more about it.  Have

16     you -- through an advisor or you make your own decisions or

17     both?  Both probably.

18          **PROSPECTIVE JUROR:**  Yeah, a little bit of both.

19     But the vast majority, especially now, through a financial

20     advisor.

21          **THE COURT:**  Okay.

22          What is your education training that enables you

23     to make decisions about investments?

24          **PROSPECTIVE JUROR:**  I would not say I have

25     specialized financial training, but I do follow the news and

1    trends, generally.  I take the advice of my financial

2    advisor.

3              THE COURT:  Company wise not name wise, who is

4    your financial advisor?

5              PROSPECTIVE JUROR:  Morgan Stanley.

6              THE COURT:  How long have they been your financial

7    advisor?

8              PROSPECTIVE JUROR:  More than 10 years.

9              THE COURT:  Okay.

10             How important are or were dividends to you when

11   making investment decisions about stocks?

12             PROSPECTIVE JUROR:  A factor.

13             THE COURT:  Have you ever traded in cryptocurrency

14   or wanted to trade in cryptocurrency?

15             PROSPECTIVE JUROR:  Your Honor, I bought $500 of

16   bitcoin, and it's now worth about $200.  So I don't think I

17   will be doing that anymore.

18             THE COURT:  And what happened to the 500?

19             PROSPECTIVE JUROR:  It just sits in the wallet.

20             THE COURT:  Do you believe investing in the stock

21   market is like gambling?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  You wouldn't do it or would you?

24             PROSPECTIVE JUROR:  Well, I don't believe it's

25   like gambling.  I believe there is more certainty than that.

1      **THE COURT:**  In gambling.

2      **PROSPECTIVE JUROR:**  No, sir.

3      **THE COURT:**  In the stock market.

4      **PROSPECTIVE JUROR:**  Stock market.

5      **THE COURT:**  Okay.

6      Do you have any views on the causes of the 2008

7    financial crisis?

8      **PROSPECTIVE JUROR:**  I've done personal reading

9    about it, aggregation of assets of different levels that

10   then caused underlying instability in our financial system

11   and in the market.  I think I'm just an informed civilian,

12   if you will, on that topic.

13     **THE COURT:**  Have any personal experience with or

14   familiar with conservatorship?

15     **PROSPECTIVE JUROR:**  Well, I am familiar with the

16   idea that assets can be placed in a conservatorship.  I'm

17   not actually sure of the details but my husband has a sister

18   with a serious medical condition, and she has some assets

19   that are in a trust, of which he has some amount of control.

20   I'm not actually sure of the details.

21     **THE COURT:**  He's not the conservator or is he?

22     **PROSPECTIVE JUROR:**  I don't know the answer to

23   that.

24     **THE COURT:**  But she has a conservatorship, anyway.

25     **PROSPECTIVE JUROR:**  That's my understanding.

1          **THE COURT:**  Okay.  Okay.

2          So you know the concept of what it is, anyway.

3          **PROSPECTIVE JUROR:**  I think I know the concept.

4          **THE COURT:**  Okay.

5          You or someone close to you has had experience in

6     banking, finance, economics, securities, underwriting and

7     real estate.

8          **PROSPECTIVE JUROR:**  So prior to being the general

9     counsel of QTS, my husband was a partner at Hogan Lovells.

10    Prior to that counsel and associate.  He was in the

11    corporate practice where he focused, in particular, on real

12    estate investment trusts, but also on capital markets, M&A

13    transactional type of work.

14         **THE COURT:**  Okay.

15         And you and your own home?

16         **PROSPECTIVE JUROR:**  Yes, Your Honor.

17         **THE COURT:**  And you have a mortgage?

18         **PROSPECTIVE JUROR:**  Yes.

19         **THE COURT:**  It's not with Fannie Mae or Freddie

20    Mac.

21         **PROSPECTIVE JUROR:**  It is not.

22         **THE COURT:**  And you've been on a jury before?

23         **PROSPECTIVE JUROR:**  Yes, over in D.C. Court.  I

24    was the foreperson of a jury.

25         **THE COURT:**  What kind of case was it?

1          **PROSPECTIVE JUROR:**  A drug-dealing type case.

2          **THE COURT:**  Okay.

3          How long ago was that?

4          **PROSPECTIVE JUROR:**  About ten years.

5          **THE COURT:**  Okay.

6          The jury reached a verdict?

7          **PROSPECTIVE JUROR:**  No.  It was a hung jury.

8          **THE COURT:**  Hung jury.  Okay.

9          And anything about that experience have any effect

10   on your ability to be a fair juror here?

11          **PROSPECTIVE JUROR:**  I don't think so.

12          **THE COURT:**  Okay.

13          Belong to any social or professional

14   organizations?  What did you have in mind there?

15          **PROSPECTIVE JUROR:**  I am a member of INSA, a group

16   of intelligence professionals.  I am a sustaining member of

17   the Junior League of Washington, a group of volunteers.

18   Let's see.  What else?

19          **THE COURT:**  Do you all still do a big Christmas

20   thing, I guess?

21          **PROSPECTIVE JUROR:**  (No response.)

22          **THE COURT:**  You don't?

23          **PROSPECTIVE JUROR:**  I'm a little old for it at

24   this point, Your Honor.

25          Let's see, I don't know if this counts, I am

1    cofounder of a non-profit dealing with national security

2    matters.  I am a member of the City Tavern, which is a group

3    formed for historical preservation for a site in Georgetown.

4              **THE COURT:**  Okay.

5              Have a leadership role in any of those?

6              **PROSPECTIVE JUROR:**  In the non-profit, I am

7    co-founder.  So I help run the non-profit.  It's very small

8    and nascent.

9              **THE COURT:**  Which one?

10             **PROSPECTIVE JUROR:**  I don't know if church counts,

11   but I am member of vestry of my church.

12             **THE COURT:**  Which church is that?

13             **PROSPECTIVE JUROR:**  Christ Church of Georgetown.

14             **THE COURT:**  Any other information you feel might

15   impact your ability to serve?

16             **PROSPECTIVE JUROR:**  I am supposed to go on

17   vacation on the 5th of August for a week.  So I know that

18   you mentioned that this should be about two weeks, so I am

19   okay for now, but if it goes longer, I do have plans.

20             **THE COURT:**  Okay.  Where are you going?

21             **PROSPECTIVE JUROR:**  I am going to Maine.

22   Hopefully it will be cooler.

23             **THE COURT:**  Doesn't everyone?

24             I am fairly confident that will not be a problem.

25   Let me talk to counsel.

1          (Sidebar discussion.)

2               **MR. RUDY:**  Your Honor, Lee Rudy for plaintiffs.

3               Starting with the last comment, I do, actually,

4     think August 5th will be a problem for this trial.  If it

5     even comes close to last time, we would be leaking over into

6     the week.  August 5th, just to be clear, is the weekend

7     after this coming weekend.  So if this goes any more than 10

8     trial days, she is going to be in trouble here.  I think

9     that might be a hardship, something we can't really work

10    around.

11              I did have a couple other follow-up questions I

12    would suggest, but maybe I will pause there, if Your Honor

13    is okay with that.

14              **THE COURT:**  Go ahead with those.  I may ask her

15    why it couldn't be postponed.

16              **MR. RUDY:**  Okay.

17              The things I would ask you to follow up on are, I

18    would like to know a little more about her work, what her

19    responsibilities are and where she falls within the

20    organizational chart of that large organization, of the

21    Defense Department.  Is she a manager?  Is she managed?

22    Does she have people who report to her?  Things like that.

23              I would like her to follow up about her husband's

24    work.  He is obviously a sophisticated real estate person

25    and understands a lot about real estate and would that

1    potentially effect her opinions and ability to be fair.

2         Finally, she said she had some understanding of

3    the causes of the financial crisis.  I appreciate if you

4    would follow up and is ask what her opinions are.

5         **MR. STERN:**  We don't have any objection to any of

6    those questions, Your Honor.

7         (Sidebar discussion concluded.)

8         **THE COURT:**  Actually, I might be overconfident

9    about that August 15th.

10         What's the possibilities of your postponing that

11    trip?  Are they non-refundable things?

12         **PROSPECTIVE JUROR:**  Yes, including flight and

13    hotel.

14         **THE COURT:**  Okay.

15         Tell me about your husband's work, what his

16    position is.

17         **PROSPECTIVE JUROR:**  He's the general counsel of

18    the company.  So the company was previously public.  Now

19    it's under Blackstone, and it's under their real estate

20    investment trust portfolio.  So they are in growth mode.  He

21    does a lot of scouting for -- well, he doesn't do the

22    scouting.  He does more of the actualization of contracts

23    regarding acquisition of land, building of facilities.  He

24    also handles any internal matters from personnel

25    disciplinary actions to serving as a member of the executive

1     team.

2              **THE COURT:**  And tell me more about what you do.

3              **PROSPECTIVE JUROR:**  So I'm an analyst who studies

4     foreign military capabilities.  Currently I serve as -- what

5     we would -- in a cell called strategic projects, where I

6     manage, at this point, three people.  And we come up with

7     strategies and processes for a relatively new organization

8     called the China Mission Group.

9              **THE COURT:**  Okay.

10             Thank you very much.

11        (Prospective juror steps down)

12             **THE COURT:**  Well, I think that was a big waste of

13    time.  I would ordinarily excuse on non-refundable.

14        (Sidebar discussion.)

15             **MR. RUDY:**  I think, that will run us into the

16    date, and it is probably better to let her go.

17             **MR. STERN:**  Your Honor, my only observation is

18    that we have eight -- I guess my observation is, I would

19    just like the record to reflect the defense feel she is

20    otherwise a qualified juror.  We defer to the Court on the

21    hardship.

22             **THE COURT:**  I think she is otherwise qualified,

23    but I think -- I don't think I can apply a different

24    standard on non-refundables.

25             **MR. STERN:**  Understood, Your Honor.

1          **THE COURT:**  She is a prior formidable jury.

2    Obviously did the best in that case.  I don't want to do it.

3          **MR. STERN:**  Understood, Your Honor.

4       (Sidebar discussion concluded.)

5          **THE COURT:**  All right.  We will go to 1203, and I

6    will start with 31 and 32, instead of stopping with them.

7              Wasting time on somebody who is perfectly

8    well-qualified, but it's still a waste of time.  Maybe not

9    perfectly well.  Perfect for one side, maybe.

10          **DEPUTY CLERK:**  Juror 1203.

11       (Prospective juror steps up.)

12          **THE COURT:**  You have a medical reason or personal

13    hardship to make it difficult to serve.

14          **PROSPECTIVE JUROR:**  I think I checked that wrong.

15    My vertigo was acting up right when we were doing that.

16          **THE COURT:**  Oh, so you think you are okay?

17              Let me go back to 2.  You knew someone or

18    recognized a name of someone.

19          **PROSPECTIVE JUROR:**  The law firm Arnold & Porter.

20          **THE COURT:**  How do you know them?

21          **PROSPECTIVE JUROR:**  I've been working in law for

22    30 years.  I have friends that work at that company.

23          **THE COURT:**  Oh, Arnold & Porter.

24              Do you know any lawyers here?

25          **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  Tell me about Arnold & Porter.

2          **PROSPECTIVE JUROR:**  I know we took over their

3    building when I worked at Chadbourne and Parke.  They are

4    huge.  I work at a law firm.

5          **THE COURT:**  Where do you work now?

6          **PROSPECTIVE JUROR:**  ArentFox Schiff.

7          **THE COURT:**  Okay.

8          How long have you worked there?

9          **PROSPECTIVE JUROR:**  Seven years.

10         **THE COURT:**  How long were you at Arnold & Porter.

11         **PROSPECTIVE JUROR:**  I wasn't there.

12         **THE COURT:**  Oh, you just know who they are.

13         **PROSPECTIVE JUROR:**  I thought your question was,

14   Do we know of the law firms?

15         **THE COURT:**  Okay.  Okay.

16         Will your knowledge of them as a firm have an

17   effect on your ability to be a fair juror?

18         **PROSPECTIVE JUROR:**  No.

19         **THE COURT:**  You don't know any lawyers here at the

20   table?

21         **PROSPECTIVE JUROR:**  No.

22         **THE COURT:**  The next question was, Have you or

23   someone close to you ever worked for a government agency or

24   government contractor?

25         **PROSPECTIVE JUROR:**  Yes.

1          **THE COURT:**  Okay.  What was that?

2          **PROSPECTIVE JUROR:**  Most of my family works in the

3    government, postal service, Department of Transportation.  I

4    don't know the rest but most of my family.

5          **THE COURT:**  Okay.  What government agencies have

6    they worked for?

7          **PROSPECTIVE JUROR:**  Department of Transportation,

8    the post office.  I believe somebody works at the Department

9    of Energy.

10         **THE COURT:**  Okay.

11         **PROSPECTIVE JUROR:**  I don't know anything about

12   their jobs.  They don't do any work because they work for

13   the government.  Just kidding.

14         [Laughter]

15         Just kidding.

16         **THE COURT:**  Okay.

17         **THE COURT:**  Have you or a close family member ever

18   worked for a large corporation?

19         **PROSPECTIVE JUROR:**  I have, yes.

20         **THE COURT:**  Who was that?

21         **PROSPECTIVE JUROR:**  Marriott International.

22         **THE COURT:**  Marriott.  What did you do for them?

23         **PROSPECTIVE JUROR:**  I was a legal secretary for 10

24   years and paralegal for 1.

25         **THE COURT:**  And what location was that?

1    **PROSPECTIVE JUROR:**  Bethesda.

2    **THE COURT:**  At their headquarters.

3    **PROSPECTIVE JUROR:**  Yes, the old one.  They got

4    the new one when I left.

5    **THE COURT:**  Right.  Okay.

6    And then, do you now or have you in the past

7    invested in the financial or stock market.

8    **PROSPECTIVE JUROR:**  Yes, now.

9    **THE COURT:**  Is that through an advisor or did you

10   decide that for yourself.

11   **PROSPECTIVE JUROR:**  For myself.

12   **THE COURT:**  Okay.

13   How did you make those decisions?

14   **PROSPECTIVE JUROR:**  I saw the commercial to do it

15   and I did it.  Robinhood.

16   **THE COURT:**  And, first, let me ask you what your

17   educational backgrounds is.

18   **PROSPECTIVE JUROR:**  Some college.

19   **THE COURT:**  Okay.  Where did you go?

20   **PROSPECTIVE JUROR:**  University of Maryland.

21   **THE COURT:**  Okay.

22   How far did you go?

23   **PROSPECTIVE JUROR:**  My first year.

24   **THE COURT:**  Oh, not an associate degree, just a

25   year.

1          **PROSPECTIVE JUROR:**  I don't have a degree, no.

2          **THE COURT:**  And what kind of education and

3     training did you have to make investment decisions?

4          **PROSPECTIVE JUROR:**  None.

5          **THE COURT:**  None.  Okay.

6          In making investment decisions, how important was

7     it to consider dividends when you were making investment

8     decisions?

9          **PROSPECTIVE JUROR:**  Honestly, I know nothing about

10    the stock market.  I did it because I chose my favorite

11    companies.

12         **THE COURT:**  Okay.  Just on the companies.  What

13    companies were your favorite?

14         **PROSPECTIVE JUROR:**  Peloton and Marriott.

15         **THE COURT:**  You made a lot of money out of

16    Marriott.

17         **PROSPECTIVE JUROR:**  I did and I already had stock.

18    So I am right with that.

19         **THE COURT:**  Have you ever traded in cryptocurrency

20    or wanted to trade in cryptocurrency?

21         **PROSPECTIVE JUROR:**  No.

22         **THE COURT:**  Do you believe investing in the stock

23    market is like gambling?

24         **PROSPECTIVE JUROR:**  Yes.

25         **THE COURT:**  You do.  Okay.

1          Are you familiar with the term

2    government-sponsored entity?

3              **PROSPECTIVE JUROR:**  Yes.

4          **THE COURT:**  How do you know that?

5              **PROSPECTIVE JUROR:**  Working in law for a while.  I

6    used to do real estate and a lot of corporate other work.

7          **THE COURT:**  Okay.

8          And how would you come across that term?

9              **PROSPECTIVE JUROR:**  Doing real estate.  I believe

10   they did a lot of stuff with other government companies.

11         **THE COURT:**  Okay.

12             **PROSPECTIVE JUROR:**  I'm not sure.  I can't

13   remember past yesterday so I couldn't tell you which one.

14         **THE COURT:**  Then you are asked:  Have you or

15   someone else close to you had experience in banking,

16   finance, economic, security underwriting or real estate?

17             **PROSPECTIVE JUROR:**  I picked myself because I did

18   real estate law for a couple of years.

19         **THE COURT:**  Okay.

20         Where was that?

21             **PROSPECTIVE JUROR:**  It used to be called

22   Chadbourne and Parke; that was 20 years ago.

23         **THE COURT:**  Then you were asked:  Do you belong to

24   any social or professional organizations and what were they?

25             **PROSPECTIVE JUROR:**  I did a freelancing class and

1    it -- we are now part of a freelance writing group.  I can't

2    even remember.  It's on my resume, if you want to see it.  I

3    can't remember the name of my group.  I haven't done

4    anything with them...

5              **THE COURT:**  Okay.

6              Do you have a leadership role in that?

7              **PROSPECTIVE JUROR:**  Not in that, no.

8              **THE COURT:**  Okay.

9              And then do you have any other information you

10   think would be important to share that would impact on your

11   ability to serve as a fair juror here?

12             **PROSPECTIVE JUROR:**  No.  I work in law.  And I'm a

13   paralegal.  So attorneys get on my nerves.  No, just

14   kidding.

15        [Laughter]

16             Attorneys are hard work but I don't have any.

17             **THE COURT:**  All paralegals would feel that way.

18        [Laughter]

19             Do you think you could put up with the attorneys

20   for a trial like this?

21             **PROSPECTIVE JUROR:**  [Laughter]

22             Of course, yes.

23             **THE COURT:**  You are under oath.

24             **PROSPECTIVE JUROR:**  Yes.  Yes.

25             **THE COURT:**  And be fair and impartial to both

1      sides?

2                  **PROSPECTIVE JUROR:**  Yes.

3                  **THE COURT:**  Okay.  Any follow-up by counsel.

4            (Sidebar discussion.)

5                  **MR. STERN:**  Your Honor, just two requests.  One,

6      we ask that the Court ask her what type of cases she works

7      on currently at ArentFox.  She talked about what she did 20

8      years ago.  If we could get more information, we would be

9      grateful.

10                 The other question is, when you asked -- she

11     talked about her freelance writing group.  You asked her

12     whether she had a leadership role.  She said, Not in that,

13     suggesting she may have a leadership role in something else.

14     We would ask the Court to ask if she has a leadership role

15     in any organization she is a member or a participant.

16                 **MR. RUDY:**  For plaintiffs, Lee Rudy.

17                 I would just ask that you follow up on her answer

18     to the question, stock market investing is like gambling.

19     If you could ask her what she meant by that.

20           (Sidebar discussion concluded.)

21                 **THE COURT:**  What do you do as a paralegal at

22     ArentFox these days?

23                 **PROSPECTIVE JUROR:**  I am a franchise paralegal.

24                 **THE COURT:**  What does that mean?

25                 **PROSPECTIVE JUROR:**  I do franchising for hotels.

1          **THE COURT:**  Oh.  What hotels?  Can you say?

2          **PROSPECTIVE JUROR:**  Marriott.

3          **THE COURT:**  Okay.

4          When you said, "Investing is a little like

5     gambling," can you tell us more about that?

6          **PROSPECTIVE JUROR:**  Because I don't know that much

7     about stocks.  Unfortunately, in D.C. public schools, we

8     didn't learn a lot.  I did it and I think it's like

9     gambling, because I don't know what the outcome will be.  I

10    don't probably even understand how stocks work.  So gambling

11    means I am taking a chance and putting my $40 down on

12    Peloton.

13          **THE COURT:**  Right.

14          I hear good things about Peloton.  And recently

15    heard something different.

16          **PROSPECTIVE JUROR:**  No, the stock is horrible.

17    It's horrible.

18          **THE COURT:**  So you put something on it?

19          **PROSPECTIVE JUROR:**  (Nods head.)

20          **THE COURT:**  I just saw an article the other day

21    about that.

22          Okay.  You were talking about social/professional

23    organizations.  Tell me a little more.  Did you have a

24    leadership role in something else?

25          **PROSPECTIVE JUROR:**  I don't -- I can't remember.

1    I mean, I know when I did the freelancing course -- so

2    whatever I am in, I am not even involved in, because I don't

3    have time.  Because I am a paralegal.

4         But I believe it was -- I think we could, like, go

5    to courses, extra courses, go to conventions and be a part

6    of that.  But I probably shouldn't have checked it because I

7    don't do it.

8         **THE COURT:**  Okay.  Okay.

9         Thanks very much.

10        **PROSPECTIVE JUROR:**  I'm done?

11        **THE COURT:**  Yes.

12        **PROSPECTIVE JUROR:**  Thank you.

13        (Prospective juror steps down)

14        **THE COURT:**  Any challenge for cause?

15        **MR. RUDY:**  Plaintiffs have no challenge for cause.

16        **MR. STERN:**  Jonathan Stern for the defendants.

17   Your Honor, no challenge.

18        **THE COURT:**  1791 here?

19        **DEPUTY CLERK:**  Not right outside.  I would have to

20   grab a couple from --

21        **THE COURT:**  Okay.  Let's do two more and then we

22   will break.

23        **DEPUTY CLERK:**  Okay.

24        (Brief pause.)

25        **DEPUTY CLERK:**  Juror 1791.

1          (Prospective juror steps up.)

2               **THE COURT:**  You read or heard something about the

3     case?

4               **PROSPECTIVE JUROR:**  Yes.

5               **THE COURT:**  What was that?

6               **PROSPECTIVE JUROR:**  I believe that this case is

7     the -- where the noteholders are suing FHFA.

8               **THE COURT:**  I'm sorry?

9               **PROSPECTIVE JUROR:**  I believe assertion of a

10    conservatorship over Fannie Mae and Freddie Mac is being

11    challenged.  Because, I believe, the noteholders were wiped

12    out when that happened, is my understanding.  I've read a

13    couple articles.  I think the next question will explain a

14    lot.

15              **THE COURT:**  You knew some of the parties or

16    counsel?

17              **PROSPECTIVE JUROR:**  Yes.  I would have some

18    problems serving as a juror on this case.  I represented

19    FHFA as conservator to Fannie Mae and Freddie Mac in

20    mortgage-backed securities litigation.

21              **THE COURT:**  Okay.  Okay.

22              Let me talk to counsel.

23          (Sidebar discussion.)

24              **MR. RUDY:**  For plaintiffs, Lee Rudy.

25              We would consent to excusing the juror.

1          **MR. STERN:**  We defer to the Court, Your Honor.

2          **THE COURT:**  He will be excused.

3       (Sidebar discussion concluded.)

4          **THE COURT:**  When did you represent --

5          **PROSPECTIVE JUROR:**  It was 2012 to 2013.  It was

6    the litigation arising out of the financial crisis in the

7    Southern District of New York and the District of

8    Connecticut.

9          **THE COURT:**  Not before me.  Before this was filed,

10   I guess.

11         **PROSPECTIVE JUROR:**  Say again?

12         **THE COURT:**  Before this was filed.

13         **PROSPECTIVE JUROR:**  I don't know when the case was

14   filed.

15         **THE COURT:**  It was 2013.  There is something in

16   the Southern District, where you were --

17         **PROSPECTIVE JUROR:**  I left my clerkship but the

18   cases continued for many years.

19         **THE COURT:**  Okay.  You will be excused.  Thanks

20   very much.

21         **PROSPECTIVE JUROR:**  Thank you.

22      (Prospective juror steps down)

23         **THE COURT:**  Go to 157.

24         **DEPUTY CLERK:**  Juror 0157.

25      (Prospective juror steps up.)

1          **THE COURT:**  What would your hardship if you had to

2    serve?

3          **PROSPECTIVE JUROR:**  I am a caregiver for my mom

4    who has Alzheimer's.  I have to take her to appointments and

5    different things; that would be my hardship.

6          **THE COURT:**  Okay.

7          There's no one else that can do that?

8          **PROSPECTIVE JUROR:**  No.  Me and my sister tag

9    team.  But our scheduling is so different where sometimes I

10   have to step in.  I have to step in, literally, this Friday;

11   that's kind of how we work it out with our mom.

12         **THE COURT:**  There is no way she could pick up the

13   slack during the two weeks.

14         **PROSPECTIVE JUROR:**  I am literally picking up the

15   slack for her on Friday so, yeah.

16         **THE COURT:**  She is working full-time?

17         **PROSPECTIVE JUROR:**  We both -- yep.

18         **THE COURT:**  Okay.  All right.

19         You will be excused then.  Thanks very much.

20      (Prospective juror steps down.)

21         **THE COURT:**  All right.  We will take our luncheon

22   recess and come back at 1:45.

23         Have they gone yet?  Let's get 576 in before we go

24   then or did they already go?

25         **DEPUTY CLERK:**  Well, next would be 1681.  I can

1    see if they are still there, but they might have already

2    gone.

3              **THE COURT:**  Well, this -- I have 576.  Oh, I see.

4    I don't have these in the right order then.  Okay.  All

5    right.

6              Just let them go.

7              We will be in recess.  See you all at 1:45.

8         (A lunch recess was taken at 12:43 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10   ____July 24, 2023____        _/s/___Lorraine T. Herman___
                 **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**COURT REPORTER:**
**[1]**  28/6
**DEPUTY CLERK: [19]**
3/2 8/6 8/11 14/18 25/1
28/12 29/22 31/10 38/2
40/11 40/14 46/21 49/3
59/10 68/19 68/23
68/25 70/24 71/25
**JUROR: [1]**  25/16
**JURORS: [3]**  8/10
14/14 27/11
**MR. HOFFMAN: [1]**
3/13
**MR. HUME: [3]**  13/15
20/10 20/14
**MR. JONES: [7]**  3/18
3/23 4/16 4/19 5/18
5/21 6/9
**MR. RUDY: [27]**  3/8
3/12 5/23 6/3 24/10
24/13 24/21 28/13
29/16 29/21 30/23
30/25 32/14 37/18
37/21 44/16 45/18
45/22 46/10 46/17
48/18 56/2 56/16 58/15
66/16 68/15 69/24
**MR. STERN: [25]**
24/16 24/18 24/23 28/9
28/15 28/25 29/7 32/12
32/16 39/20 39/23 40/5
44/15 44/18 45/17
45/20 46/6 48/4 57/5
58/17 58/25 59/3 66/5
68/16 70/1
**PROSPECTIVE**
**JUROR: [217]**
**THE COURT: [287]**

**$**

**$200 [1]**  51/16
**$40 [1]**  67/11
**$500 [1]**  51/15

**'**

**'Cause [1]**  44/2

**/**

**/s [1]**  73/10

**0**

**0157 [1]**  70/24
**0287 [1]**  49/3
**0440 [1]**  46/21
**0467 [1]**  38/2

**1**

**10 [8]**  17/7 20/17 25/16
33/18 33/19 51/8 56/7
61/23
**10020 [1]**  2/12
**1021 [1]**  40/11
**1053 [2]**  1/3 3/2
**10:14 [1]**  1/6
**10:30 [1]**  4/15
**11 [2]**  17/9 20/22
**1186 [2]**  24/6 25/1
**11:09 [1]**  20/18
**11:17 [1]**  20/18
**12 [2]**  17/12 17/13
**1203 [2]**  59/5 59/10
**1251 [1]**  2/11
**1288 [2]**  1/10 3/3
**12:43 [1]**  72/8
**13 [1]**  17/16
**13-1053 [1]**  3/2
**13-1288 [1]**  3/3
**14 [2]**  17/17 50/11
**1401 [1]**  2/8
**14th [1]**  31/18
**15 [1]**  17/19
**1523 [1]**  1/18
**157 [1]**  70/23
**1578 [1]**  20/19
**15th [1]**  57/9
**16 [1]**  17/22
**1681 [1]**  71/25
**17 [1]**  17/25
**1733 [2]**  29/14 29/22
**1791 [2]**  68/18 68/25
**18 [1]**  18/2
**18th [1]**  30/20
**19 [1]**  18/7
**19087 [1]**  2/6
**1988 [1]**  22/22
**1:13-1053 [1]**  1/3
**1:13-1288 [1]**  1/10
**1:45 [2]**  71/22 72/7
**1st [3]**  30/5 30/6 31/2

**2**

**20 [4]**  18/9 33/17 64/22
66/7
**20001 [2]**  2/17 2/22
**20005 [1]**  2/9
**20036 [1]**  1/18
**2008 [6]**  18/1 18/4 18/6
**2012 [1]**  70/5
**2013 [2]**  70/5 70/15
**2023 [2]**  1/4 73/10
**2047 [1]**  31/10
**21 [1]**  18/11
**22 [1]**  18/13
**23 [1]**  18/18
**23rd [1]**  30/20
**24 [3]**  1/4 18/19 73/10
**25 [1]**  18/21
**26 [1]**  18/23
**27 [1]**  18/24
**28 [1]**  19/1
**280 [1]**  2/5
**29 [1]**  19/6
**2nd [1]**  30/6

**3**

**30 [4]**  19/7 28/18 46/7
59/22
**31 [2]**  19/9 59/6
**31st [1]**  30/5
**32 [4]**  19/12 19/15 30/1
59/6
**333 [1]**  2/21
**37 [1]**  40/20

**4**

**401 [1]**  22/5
**401a [2]**  26/21 27/12

**5**

**500 [1]**  51/18
**576 [2]**  71/23 72/3
**5th [3]**  55/17 56/4 56/6

**6**

**601 [1]**  2/16
**6720 [1]**  2/22

**7**

**7:30 [1]**  6/3

**8**

**800 [1]**  47/20

**9**

**90211 [1]**  4/25

**A**

**a.m [2]**  1/6 20/18
**ability [13]**  6/18 19/14
21/10 30/1 43/1 43/18
47/16 48/14 54/10
**able [2]**  4/4 34/18
**about [74]**
**above [1]**  73/5
**above-entitled [1]**
73/5
**Acadia [2]**  12/22 14/21
**accepted [4]**  18/3 18/5
36/16 47/7
**access [1]**  10/22
**According [1]**  46/12
**account [2]**  21/22 22/1
**accountant [1]**  5/2
**accounts [2]**  21/18
22/12
**acquainted [6]**  12/10
12/12 14/7 14/9 15/5
15/7
**acquisition [1]**  57/23
**across [3]**  42/19 42/20
64/8
**acting [1]**  59/15
**action [14]**  1/2 1/9
1/10 3/2 3/5 9/18 9/25
10/1 10/4 10/10 12/2
19/2 19/4 37/9
**actions [1]**  57/25
**actualization [1]**  57/22
**actually [5]**  7/12 52/17
52/20 56/3 57/8
**addition [1]**  10/1
**additional [1]**  39/14
**administer [1]**  20/5
**Admiral [2]**  12/22
14/22
**admissibility [1]**  4/23
**admit [1]**  5/15
**advanced [1]**  49/14
**advice [1]**  51/1
**advisor [6]**  50/16
50/20 51/2 51/4 51/7
62/9
**Affairs [1]**  25/14
**affect [2]**  26/11 43/1
**affecting [1]**  11/12
**affects [1]**  4/12
**affirm [1]**  8/6
**afford [1]**  41/17
**afloat [4]**  18/4 18/6
36/17 47/8
**after [9]**  5/8 7/6 7/16
9/6 11/20 16/10 28/18
43/9 56/7
**afternoon [3]**  4/13

# A

**afternoon...** [2]  5/16 31/2
**again** [9]  5/20 5/23 14/15 14/16 14/20 20/7 37/13 38/12 70/11
**agencies** [1]  61/5
**agency** [13]  1/6 10/13 13/22 16/7 16/16 16/20 25/5 32/25 33/25 40/17 49/7 49/12 60/23
**agent** [2]  33/7 33/8
**agents** [1]  33/13
**aggregation** [1]  52/9
**ago** [9]  25/15 33/18 33/19 41/10 42/16 42/17 54/3 64/22 66/8
**agreement** [4]  1/10 3/4 4/4 4/5
**ahead** [2]  31/7 56/14
**aided** [1]  2/25
**al** [4]  1/2 1/2 1/6 1/17
**all** [38]  3/15 4/18 5/6 5/22 6/11 6/25 7/11 8/7 8/12 8/23 13/20 14/6 16/10 20/2 20/6 20/13 20/21 23/13 24/3 24/7 24/25 29/13 30/21 31/6 32/20 33/3 40/7 40/10 41/15 44/12 48/1 54/19 59/5 65/17 71/18 71/21 72/4 72/7
**allow** [1]  29/4
**along** [2]  30/9 30/10
**already** [7]  15/21 15/22 15/24 31/17 63/17 71/24 72/1
**also** [10]  10/2 10/25 11/9 23/24 30/11 30/13 30/19 48/10 53/12 57/24
**always** [3]  22/15 26/2 26/9
**Alzheimer's** [1]  71/4
**am** [48]  4/16 4/17 6/12 6/13 6/17 6/24 14/12 15/2 20/12 24/14 24/19 25/14 27/11 27/22 30/3 30/3 30/11 30/13 31/1 31/16 33/5 34/6 36/24 38/10 44/20 46/11 47/18 49/11 50/13 52/15 54/15 54/16 54/25 55/2 55/6 55/11

**55/16 55/18 58/21**
55/24 63/18 66/23 67/11 68/2 68/2 68/3 71/3 71/14
**Amazon** [1]  35/14
**ambiguous** [1]  48/14
**American** [2]  35/20 36/19
**Americas** [1]  2/11
**amount** [6]  9/14 17/20 22/9 27/9 27/13 52/19
**analyst** [6]  40/22 40/25 41/1 42/6 49/11 58/3
**Anjan** [1]  15/13
**another** [3]  34/20 43/4 43/16
**answer** [21]  6/22 7/4 7/5 8/7 8/12 8/18 8/21 8/24 8/24 9/2 9/3 9/3 9/7 9/8 16/1 16/5 48/6 48/13 48/21 52/22 66/17
**answers** [4]  6/24 9/9 19/18 19/18
**any** [85]
**anymore** [1]  51/17
**anyone** [4]  7/2 16/4 25/4 39/2
**anything** [10]  9/4 12/9 24/13 28/6 42/25 45/24 46/16 54/9 61/11 65/4
**anyway** [2]  52/24 53/2
**apologize** [1]  46/17
**apparently** [1]  41/16
**appearance** [1]  3/7
**APPEARANCES** [2] 1/16 2/3
**applies** [1]  22/12
**apply** [1]  58/23
**applying** [1]  28/2
**appointments** [1]  71/4
**appreciate** [1]  57/3
**approach** [1]  3/6
**appropriate** [1]  29/11
**approves** [1]  29/9
**arbitrarily** [1]  12/3
**architecture** [1]  23/24
**are** [68]  3/16 3/20 5/25 6/4 8/1 8/20 8/23 10/9 10/12 10/14 10/20 10/24 10/25 11/2 11/5 11/14 12/10 12/18 12/20 12/21 13/2 13/5

**3/6 3/9 10/13 13/24**
14/7 15/3 15/4 15/19 16/8 17/1 17/1 17/3 17/4 18/9 18/12 20/11 23/3 23/4 23/22 26/25 30/13 34/22 34/23 34/24 39/9 39/17 44/17 49/1 51/10 52/19 55/20 56/17 56/19 57/4 57/11 57/20 59/16 60/3 60/12 64/1 64/14 65/1 65/16 65/23 69/7 72/1
**areas** [1]  17/6
**ArentFox** [3]  60/6 66/7 66/22
**argue** [3]  4/3 6/6 35/2
**arguing** [1]  4/16
**argument** [1]  4/8
**arising** [1]  70/6
**Arnold** [6]  2/16 14/1 59/19 59/23 60/1 60/10
**around** [3]  39/3 47/20 56/10
**arrange** [1]  38/20
**arranged** [1]  39/12
**arranging** [4]  38/10 38/14 38/18 38/22
**Arsenal** [2]  40/23 41/5
**article** [1]  67/20
**articles** [1]  69/13
**as** [52]  3/14 3/23 3/25 4/24 6/18 6/20 9/22 9/23 10/13 10/15 10/16 10/18 11/1 11/5 11/8 13/22 13/23 13/25 16/13 16/17 16/21 18/25 19/10 19/14 19/20 19/20 19/21 20/1 24/10 25/9 25/10 25/10 25/10 25/10 29/2 29/4 30/1 31/1 31/17 31/25 31/25 32/13 33/3 40/22 48/11 57/25 58/4 60/16 65/11 66/21 69/18 69/19
**aside** [1]  34/16
**ASIM** [2]  2/14 14/4
**Asim Varma** [1]  14/4
**ask** [27]  6/17 7/3 7/3 7/4 7/13 9/7 14/14 26/17 29/2 29/7 29/8 32/22 39/3 43/4 44/13 48/18 48/21 56/14 56/17 57/4 62/16 66/6

**3/6 3/9 10/13 13/24** 66/14 66/17 66/19
**asked** [12]  4/2 9/6 24/18 27/21 36/21 40/7 46/24 47/6 64/14 64/23 66/10 66/11
**asking** [2]  29/3 31/1
**assertion** [1]  69/9
**assets** [3]  52/9 52/16 52/18
**assistant** [1]  43/6
**associate** [2]  53/10 62/24
**associates** [1]  43/14
**Association** [2]  9/22 13/23
**assume** [1]  16/9
**Assuming** [1]  5/19
**Attari** [1]  15/20
**attendant** [1]  30/9
**attorneys** [3]  65/13 65/16 65/19
**August** [5]  30/19 55/17 56/4 56/6 57/9
**aunt** [1]  41/8
**Avenue** [5]  1/18 2/8 2/11 2/16 2/21
**aware** [1]  33/6
**away** [2]  33/2 33/18

# B

**back** [15]  7/7 8/19 12/16 19/16 20/2 25/16 26/9 27/1 27/2 30/6 30/20 45/6 45/8 59/17 71/22
**backed** [2]  34/11 69/20
**background** [4]  29/5 43/5 47/23 49/13
**backgrounds** [1] 62/17
**badge** [3]  8/13 8/14 8/15
**bailout** [6]  18/3 18/5 36/16 47/8 47/12 48/12
**bailouts** [1]  36/19
**Bala** [1]  15/13
**banking** [7]  18/14 18/16 37/3 41/20 42/4 53/6 64/15
**Bankruptcy** [1]  2/21
**Barry** [3]  9/20 10/6 12/19

**B**

**Barry B [1]** 10/6
**based [2]** 45/20 48/5
**be [86]**
**bear [1]** 6/18
**bears [1]** 21/13
**because [24]** 4/3 4/11
4/14 8/20 9/8 21/18
25/24 26/6 26/14 26/14
35/13 38/10 38/15
38/19 38/24 61/12
63/10 64/17 67/6 67/9
68/2 68/3 68/6 69/11
**been [17]** 15/21 15/22
15/23 15/24 17/23
18/21 18/24 22/21 27/6
33/15 33/16 36/20
39/10 41/10 51/6 53/22
59/21
**before [19]** 1/14 4/9
4/11 5/14 7/10 7/12
8/18 12/6 20/7 28/19
39/6 39/9 39/11 42/8
53/22 70/9 70/9 70/12
71/23
**behalf [3]** 3/14 9/20
9/21
**being [5]** 22/13 30/19
39/13 53/8 69/10
**beliefs [4]** 16/15 16/18
16/23 33/23
**believe [20]** 17/3 25/13
25/18 29/17 30/11
34/23 35/4 47/3 47/18
50/2 51/20 51/24 51/25
61/8 63/22 64/9 68/4
69/6 69/9 69/11
**believes [1]** 48/6
**belong [3]** 19/7 54/13
64/23
**bench [3]** 7/18 20/12
28/10
**Benson [1]** 15/10
**Berger [2]** 2/10 13/8
**BERGMAN [2]** 2/15
14/5
**Berkley [8]** 10/3 10/7
10/8 10/10 12/21 12/23
14/21 14/22
**Bernstein [2]** 2/10
13/7
**best [3]** 16/24 48/15
59/2
**Bethesda [1]** 62/1

**better [4]** 7/2 26/3
27/6 58/16
**between [4]** 38/15
38/19 38/24 40/3
**bias [4]** 45/21 45/23
45/24 46/12
**biased [3]** 45/9 45/12
46/13
**big [6]** 34/1 34/3 34/6
34/7 54/19 58/12
**bit [9]** 23/14 26/24
27/12 27/15 38/20
38/23 44/6 44/23 50/18
**bitcoin [1]** 51/16
**Blackstone [1]** 57/19
**BLOCK [1]** 2/15
**Boies [2]** 2/8 13/6
**bonus [1]** 47/13
**Borodkin [3]** 9/20 10/6
12/19
**boss [1]** 32/2
**both [7]** 11/1 22/25
50/17 50/17 50/18
65/25 71/17
**bottom [1]** 29/24
**bought [2]** 41/15
51/15
**box [1]** 41/22
**breach [1]** 11/21
**breached [2]** 11/16
12/2
**break [1]** 68/22
**Brief [2]** 20/15 68/24
**bring [1]** 3/17
**brought [1]** 9/18
**budget [4]** 40/22 40/25
41/1 42/6
**build [1]** 47/19
**building [3]** 37/7 57/23
60/3
**burgeon [1]** 21/13
**business [4]** 5/7 17/12
17/13 37/6
**businesses [1]** 34/1
**buy [3]** 45/9 45/10
46/13
**buying [2]** 27/22 47/19
**bylaws [1]** 11/9

**C**

**Cacciapalle [3]** 9/19
10/5 12/19
**Calabria [2]** 4/1 4/6
**call [2]** 6/16 42/12

**called [7]** 8/14 15/3
15/4 50/2 58/5 58/8
64/21
**camp [4]** 38/16 38/19
38/24 39/12
**can [20]** 5/16 6/5 6/5
8/3 8/19 9/17 19/15
19/20 20/1 28/9 28/12
39/2 39/3 40/10 52/16
58/23 67/1 67/5 71/7
71/25
**can't [7]** 4/14 34/9
56/9 64/12 65/1 65/3
67/25
**candidly [1]** 8/25
**cannot [2]** 5/11 20/5
**capabilities [1]** 58/4
**capital [1]** 53/12
**caregiver [1]** 71/3
**Carolina [2]** 12/23
14/23
**case [30]** 3/3 6/19 7/16
7/24 9/12 10/9 10/12
11/2 11/15 12/6 12/9
12/13 15/7 15/17 16/18
16/25 19/11 29/12
31/13 38/5 42/12 42/14
47/17 53/25 54/1 59/2
69/3 69/6 69/18 70/13
**cases [2]** 66/6 70/18
**Cassell [3]** 9/19 10/5
12/19
**Casualty [4]** 12/23
12/24 14/23 14/24
**cause [11]** 24/9 24/22
24/24 29/18 30/24
44/16 45/21 48/5 48/17
68/14 68/15
**caused [1]** 52/10
**causes [4]** 17/25 36/10
52/6 57/3
**cell [1]** 58/5
**center [1]** 49/24
**CEOs [1]** 47/12
**ceremonial [3]** 7/8
8/19 20/2
**certain [1]** 3/25
**Certainly [1]** 46/18
**certainty [1]** 51/25
**certificate [2]** 11/8
11/8
**certification [4]** 4/25
5/4 5/9 6/3
**certify [1]** 73/4

**cetera [1]** 46/13
**Chadbourne [2]** 60/3
64/22
**chairs [1]** 20/1
**challenge [7]** 24/9
24/21 24/24 44/17
68/14 68/15 68/17
**challenged [1]** 69/11
**chance [1]** 67/11
**changes [1]** 11/11
**chart [1]** 56/20
**charter [1]** 11/9
**Check [2]** 2/5 13/7
**checked [3]** 41/21
59/14 68/6
**chief [2]** 5/1 33/5
**childcare [6]** 38/10
38/14 38/18 38/23
39/24 39/25
**children [3]** 12/14
14/11 15/8
**China [1]** 58/8
**chose [1]** 63/10
**Christ [1]** 55/13
**Christmas [1]** 54/19
**church [4]** 55/10 55/11
55/12 55/13
**circumstances [1]**
43/22
**citizens [1]** 20/4
**City [1]** 55/2
**civil [8]** 1/2 3/2 6/14
18/21 18/24 30/12
42/10 47/24
**civilian [1]** 52/11
**claim [2]** 11/15 11/19
**class [17]** 1/10 2/4 3/4
3/9 9/18 9/24 10/1 10/4
10/6 10/10 12/18 12/20
13/3 19/1 19/4 37/9
64/25
**clear [4]** 21/5 29/17
46/14 56/6
**clerk [2]** 6/20 9/6
**clerkship [1]** 70/17
**close [29]** 11/20 12/12
14/8 15/6 16/7 17/7
17/19 17/22 18/13
18/16 18/19 22/8 25/4
27/8 32/24 35/11 37/2
40/17 41/6 41/19 42/3
45/24 49/6 49/21 53/5
56/5 60/23 61/17 64/15
**closed [1]** 26/1

## C

co [2]  3/14 55/7
co-counsel [1]  3/14
co-founder [1]  55/7
cofounder [1]  55/1
COLATRIANO [2]  1/17 13/18
colleagues [2]  20/11 30/15
college [2]  43/9 62/18
COLUMBIA [2]  1/1 43/15
come [7]  7/18 12/16 19/16 30/6 58/6 64/8 71/22
comes [4]  4/9 24/8 26/9 56/5
coming [6]  20/6 25/11 27/1 27/2 30/20 56/7
comment [4]  30/25 37/19 48/19 56/3
comments [1]  48/11
commercial [1]  62/14
common [3]  9/20 11/1 11/3
commonly [4]  9/23 13/22 13/23 13/25
community [1]  20/6
companies [16]  10/2 10/9 10/16 10/25 11/6 12/21 13/1 43/23 44/20 45/3 45/8 45/14 63/11 63/12 63/13 64/10
company [25]  10/3 10/8 12/22 12/22 12/23 12/24 12/25 14/15 14/18 14/19 14/21 14/22 14/22 14/23 14/23 14/24 14/25 15/1 23/11 26/7 49/24 51/3 57/18 57/18 59/22
completed [1]  38/16
completely [1]  31/3
complicated [2]  44/2 44/3
computer [1]  2/25
computer-aided [1] 2/25
concept [2]  53/2 53/3
concern [1]  30/9
concluded [12]  28/22 31/5 32/21 37/24 45/1 46/4 46/20 48/25 57/7 59/4 66/20 70/3

condition [1]  52/18
conference [2]  3/24 28/10
confident [1]  55/24
confused [1]  27/20
Congress [1]  10/21
Connecticut [1]  70/8
consent [2]  30/24 37/20 69/25
conservator [4]  10/17 10/18 52/21 69/19
conservatorship [7] 18/12 23/3 36/22 52/14 52/16 52/24 69/10
conservatorships [1] 23/20
consider [3]  17/2 34/22 63/7
consistent [2]  8/25 22/13
Constitution [1]  2/21
consumers [1]  37/11
continue [1]  32/17
continued [2]  2/3 70/18
continues [1]  31/18
contract [4]  11/7 11/14 11/24 11/24
contracting [1]  25/9
contractor [7]  16/8 25/5 25/9 32/25 40/18 49/7 60/24
contractors [1]  25/10
contracts [3]  11/6 11/17 57/22
contractual [1]  12/4
control [1]  52/19
conventions [1]  68/5
cooler [1]  55/22
Cooper [2]  1/17 13/8
cooperation [1]  20/3
corner [1]  8/16
corporate [5]  11/9 11/10 26/7 53/11 64/6
corporation [12]  9/23 9/24 11/7 11/10 13/25 17/8 23/8 26/12 35/12 47/4 49/22 61/18
corporations [14] 17/11 18/3 18/5 20/24 21/1 21/4 25/23 35/16 35/19 36/16 47/1 47/7 47/12 48/7
correct [4]  29/19 35/23

39/24 73/8
could [17]  3/20 4/9 9/15 14/14 14/16 23/12 28/18 40/8 43/22 44/22 45/10 48/21 65/19 66/8 66/19 68/4 71/12
couldn't [10]  21/3 21/20 22/17 23/17 38/12 38/21 41/17 42/13 56/15 64/13
counsel [18]  3/6 3/14 8/20 19/18 28/5 30/21 32/8 37/13 44/13 48/2 49/24 53/9 53/10 55/25 57/17 66/3 69/16 69/22
counted [1]  21/24
countries [1]  26/8
counts [2]  54/25 55/10
couple [6]  27/20 46/23 56/11 64/18 68/20 69/13
course [3]  40/2 65/22 68/1
courses [2]  68/5 68/5
court [23]  1/1 2/20 6/4 7/20 24/15 24/18 24/20 29/4 29/8 29/9 31/4 32/13 32/15 42/19 44/22 44/22 46/18 53/23 58/20 66/6 66/14 70/1 73/3
Court's [4]  4/5 30/25 32/16 46/10
courtroom [11]  6/10 7/8 7/10 8/1 8/3 8/19 13/10 13/17 19/16 20/2 20/9
cousin [2]  41/8 41/12
covenant [4]  11/16 11/22 11/23 12/1
Covering [1]  35/10
CRC [1]  2/20
created [1]  10/21
credit [3]  47/19 47/21 48/20
criminal [1]  42/10
crisis [5]  18/1 36/11 52/7 57/3 70/6
cross [1]  35/9
cryptocurrency [4] 51/13 51/14 63/19 63/20
Cts [1]  2/21
current [1]  17/3

currently [4]  23/22 33/21 58/4 66/7

## D

D.C [7]  1/18 2/9 2/17 2/22 43/7 53/23 67/7
data [1]  49/24
date [2]  58/16 73/10
DAVID [3]  2/15 14/5 15/10
David Bergman [1] 14/5
DAVIS [2]  2/7 13/13
day [4]  1/13 40/10 45/6 67/20
days [2]  56/8 66/22
DC [1]  1/5
dcd.uscourts.gov [1] 2/23
deadlines [1]  30/9
dealing [4]  11/17 43/20 54/1 55/1
dealings [3]  18/8 27/17 36/4
deceived [1]  46/18
decide [3]  7/24 43/25 62/10
deciding [1]  47/16
decision [2]  47/5 48/7
decision-making [2] 47/5 48/7
decisions [7]  50/16 50/23 51/11 62/13 63/3 63/6 63/8
declare [1]  8/6
defendants [18]  1/8 2/14 3/14 3/19 4/24 5/10 5/22 10/12 10/18 11/18 12/2 13/20 13/21 15/19 19/3 28/15 29/1 68/16
defendants' [2]  3/24 11/15
defense [10]  24/23 40/20 41/2 41/5 49/9 49/12 49/16 49/18 56/21 58/19
defer [6]  31/4 32/12 32/14 44/22 58/20 70/1
degree [4]  43/14 47/24 62/24 63/1
degrees [1]  49/14
deliberate [1]  12/6
deliberations [1]  9/14

**D**

DeMarco [1] 15/20
denied [1] 4/21
deny [1] 11/18
Department [9] 25/13
40/20 41/2 41/5 49/9
56/21 61/3 61/7 61/8
depend [1] 35/1
depending [4] 7/5
9/14 30/6 43/21
depends [1] 12/2
Deputy [1] 8/3
describe [1] 9/12
designations [1] 11/9
detailed [1] 12/5
details [2] 52/17 52/20
Dharan [1] 15/13
did [31] 25/7 30/15
35/25 40/24 42/23 43/9
43/10 43/12 50/7 50/8
54/14 56/11 59/2 61/22
62/9 62/13 62/15 62/19
62/22 63/3 63/10 63/17
64/10 64/17 64/25 66/7
67/8 67/23 68/1 70/4
71/24
didn't [11] 4/3 21/6
23/9 28/1 29/3 39/5
39/13 40/1 45/23 45/24
67/8
different [9] 26/8
43/23 44/20 45/4 52/9
58/23 67/15 71/5 71/9
difficult [10] 16/17
16/21 19/10 33/25
38/15 38/20 38/23
43/25 44/7 59/13
digits [3] 8/14 8/15
8/15
dire [1] 6/16
disciplinary [1] 57/25
discuss [1] 19/17
discussed [2] 4/7 7/19
discussing [1] 4/3
discussion [24] 28/11
28/22 30/22 31/5 32/9
32/21 37/14 37/24
44/14 45/1 45/16 46/4
46/9 46/20 48/3 48/25
56/1 57/7 58/14 59/4
66/4 66/20 69/23 70/3
display [1] 5/11
DISTRICT [9] 1/1 1/1
1/14 2/21 30/4 43/15

dividends [2] 51/10
63/7
do [97]
documentation [2]
27/24 28/2
documents [2] 11/8
25/10
does [8] 31/2 33/4
33/6 40/7 56/22 57/21
57/22 66/24
doesn't [2] 55/23
57/21
doing [4] 26/25 51/17
59/15 64/9
dollars [2] 27/15 36/2
Don [2] 15/11 15/21
don't [50] 7/2 7/19
21/12 23/14 23/20 24/7
24/13 26/8 29/18 32/1
32/10 34/13 38/9 39/2
39/8 42/1 42/12 43/22
44/7 44/8 45/10 46/15
47/18 48/21 48/23 50/7
51/16 51/24 52/22
54/11 54/22 54/25
55/10 57/5 58/23 59/2
60/19 61/4 61/11 61/12
63/1 65/16 67/6 67/9
67/10 67/25 68/2 68/7
70/13 72/4
done [4] 27/4 52/8
65/3 68/10
down [18] 6/24 6/25
8/14 19/15 24/5 26/1
28/24 30/5 31/9 32/17
38/1 39/19 49/2 58/11
67/11 68/13 70/22
71/20
downturn [3] 18/4
18/6 47/8
Dr.Mukarram [1] 15/20
Dr.Mukarram Attari [1]
15/20
drug [1] 54/1
drug-dealing [1] 54/1
during [6] 15/4 18/4
18/6 47/8 47/11 71/13
duty [1] 32/4

**E**

e-n-s-o-n [1] 15/10
each [6] 7/9 9/7 9/10
16/3 19/22 24/7

earlier [2] 11/22 34/10
ears [1] 46/18
economic [1] 64/16
economics [5] 18/15
18/17 37/3 41/20 53/6
economy [5] 17/11
20/24 25/23 35/17 47/1
education [2] 50/22
63/2
educational [5] 29/5
43/5 47/23 49/13 62/17
Edward [2] 15/10
15/19
effect [8] 21/9 23/20
26/13 47/15 48/14 54/9
57/1 60/17
eight [2] 8/2 58/18
Eisenhofer [1] 13/8
either [3] 6/6 17/6
29/10
elaboration [1] 44/23
else [7] 16/5 33/10
54/18 64/15 66/13
67/24 71/7
embarrass [2] 7/2 7/4
employed [2] 23/22
33/22
employees [7] 17/1
17/4 17/4 34/21 34/23
34/24 35/3
Employers [4] 12/24
12/25 14/24 14/25
enables [1] 50/22
end [7] 9/13 9/16 9/17
11/14 12/5 40/3 40/10
ended [1] 48/15
ends [1] 40/1
Energy [1] 61/9
engineering [1] 47/25
enough [1] 27/2
entered [1] 6/10
enterprise's [3] 4/20
5/3 5/5
enterprises [1] 10/15
entities [1] 10/21
entitled [2] 8/20 73/5
entity [2] 18/10 64/2
epitome [1] 34/7
especially [4] 29/11
34/11 44/7 50/19
establishes [1] 5/4
estate [19] 17/21
17/24 18/15 18/17
22/10 27/10 34/12 37/4

34/12/10 53/7 53/12
56/24 56/25 57/19 64/6
64/9 64/16 64/18
et [4] 1/2 1/2 1/6 46/13
et cetera [1] 46/13
even [7] 5/8 44/5 47/12
56/5 65/2 67/10 68/2
ever [22] 12/8 16/7
16/12 17/7 17/12 17/13
17/19 17/22 18/7 18/21
18/23 18/24 19/6 22/8
27/8 32/24 35/12 50/7
51/13 60/23 61/17
63/19
every [2] 11/24 29/7
everybody [1] 21/18
everyone [5] 7/20
16/12 19/19 37/15
55/23
everyone's [1] 39/16
evidence [1] 11/20
exact [1] 37/19
exactly [1] 33/6
exception [1] 5/7
exclude [3] 3/24 4/6
4/22
excuse [3] 20/10 31/7
58/13
excused [10] 28/18
28/23 37/25 39/5 39/8
39/17 49/1 70/2 70/19
71/19
excusing [2] 30/24
69/25
executive [1] 57/25
exhibits [3] 3/25 4/1
4/6
exited [1] 20/9
expect [1] 9/13
expectations [1] 12/4
expected [1] 15/19
expecting [1] 15/3
experience [16] 18/11
18/14 18/16 23/3 23/19
36/22 36/22 36/23 37/3
41/19 42/4 42/25 52/13
53/5 54/9 64/15
experienced [2] 18/20
41/7
expert [2] 17/5 23/15
explain [3] 9/5 9/24
69/13
explained [1] 11/2
explaining [1] 44/5

## E

**extra [1]** 68/5
**extract [1]** 37/11

## F

**facilities [1]** 57/23
**factor [1]** 51/12
**factories [1]** 26/1
**facts [1]** 7/24
**fair [17]** 6/19 7/23
11/17 16/17 16/21
21/10 23/17 33/25 43/1
43/18 47/16 48/14
54/10 57/1 60/17 65/11
65/25
**FAIRHOLME [2]** 1/2
1/17
**fairly [2]** 20/5 55/24
**faith [1]** 11/16
**faithfully [1]** 6/22
**falls [1]** 56/19
**familiar [8]** 5/4 18/9
18/12 23/3 36/24 52/14
52/15 64/1
**family [16]** 12/11
13/12 13/18 14/8 15/6
15/16 17/7 21/23 25/25
28/1 35/11 41/9 49/21
61/2 61/4 61/17
**fan [2]** 34/1 34/3
**FANNIE [28]** 1/9 2/14
3/3 9/22 10/14 10/14
10/17 10/19 10/20
10/24 11/3 11/11 11/18
13/24 16/13 17/16 18/8
27/18 34/1 34/4 35/6
36/5 45/7 47/20 50/5
53/19 69/10 69/19
**far [4]** 25/10 25/10
31/25 62/22
**fashioned [1]** 28/9
**fast [1]** 27/2
**faster [1]** 27/2
**father [1]** 37/5
**favorite [2]** 63/10
63/13
**FBI [3]** 33/2 33/3 33/4
**federal [13]** 1/5 9/21
9/22 9/23 10/12 11/12
13/21 13/23 13/24 18/3
18/5 36/16 47/7
**feel [5]** 19/13 43/17
55/14 58/19 65/17
**feeling [2]** 47/14 48/12

**feelings [4]** 18/14
16/18 16/22 33/23
**few [3]** 26/17 32/22
49/5
**FHA [1]** 27/22
**FHFA [8]** 2/14 5/2
10/13 10/16 10/19
13/22 69/7 69/19
**FHFA's [1]** 5/3
**fields [2]** 18/14 42/4
**file [2]** 5/24 5/25
**filed [4]** 5/14 70/9
70/12 70/14
**filings [8]** 4/20 4/22
5/3 5/6 5/6 5/10 5/11
5/15
**finally [2]** 7/10 57/2
**finance [10]** 1/5 10/13
13/22 18/14 18/16 37/3
41/20 42/4 53/6 64/16
**financial [26]** 17/18
17/24 18/1 18/4 18/6
18/7 21/16 26/19 26/23
27/17 35/22 36/4 36/11
36/16 47/8 50/12 50/19
50/25 51/1 51/4 51/6
52/7 52/10 57/3 62/7
70/6
**financially [1]** 31/19
**find [1]** 26/3
**fine [6]** 4/16 6/2 24/20
28/21 29/10 44/17
**finish [1]** 8/17
**firm [5]** 30/13 30/14
59/19 60/4 60/16
**firms [5]** 13/5 13/6
14/1 36/13 60/14
**first [17]** 5/1 8/2 8/14
9/12 12/7 12/15 12/18
13/13 13/21 14/3 19/17
20/17 25/3 29/3 40/16
62/16 62/23
**five [5]** 16/6 20/11
20/16 25/18 30/13
**Flexner [2]** 2/8 13/7
**flight [1]** 57/12
**flights [1]** 30/7
**fluctuated [1]** 41/16
**fly [1]** 30/5
**focused [1]** 53/11
**folks [1]** 5/25
**follow [24]** 9/8 9/10
15/17 19/23 24/1 29/2
29/4 44/13 44/18 45/15

46/23 48/7 48/7 48/19
48/21 48/22 49/5 50/25
56/11 56/17 56/23 57/4
66/3 66/17
**follow-up [13]** 9/8 9/10
15/17 24/1 29/2 29/4
44/18 45/15 48/1 48/4
48/22 56/11 66/3
**follow-ups [2]** 46/23
49/5
**following [2]** 18/14
42/4
**foods [2]** 31/21 35/14
**foreclosure [2]** 18/20
41/7
**foregoing [1]** 73/4
**foreign [1]** 58/4
**foreperson [2]** 42/21
53/24
**formal [1]** 49/25
**formed [2]** 11/10 55/3
**former [2]** 17/3 34/23
**formerly [1]** 50/1
**formidable [1]** 59/1
**founder [1]** 55/7
**four [4]** 8/15 8/15 13/3
40/8
**Fourteen [1]** 21/15
**franchise [1]** 66/23
**franchising [1]** 66/25
**fraud [1]** 17/23
**FREDDIE [29]** 1/9 2/15
3/4 10/14 10/14 10/17
10/19 10/20 10/24 11/4
11/11 11/18 13/25
16/13 17/16 18/8 27/18
34/2 34/4 35/6 36/5
45/7 47/12 47/21 48/10
50/5 53/19 69/10 69/19
**freelance [3]** 23/23
65/1 66/11
**freelancing [2]** 64/25
68/1
**Friday [3]** 4/21 71/10
71/15
**friend [2]** 12/12 15/6
**friends [5]** 13/12 13/18
14/8 15/16 59/22
**front [4]** 7/20 19/18
19/19 30/4
**frustrated [1]** 12/3
**full [2]** 31/25 71/16
**full-time [2]** 31/25
71/16

1/2 18/3 18/5
36/17 47/8
**Funds,et [1]** 1/17
**further [2]** 11/21 46/16

## G

**gain [3]** 22/14 22/15
22/18
**gained [3]** 17/20 22/9
27/8
**gaining [1]** 27/3
**gambling [8]** 51/21
51/25 52/1 63/23 66/18
67/5 67/9 67/10
**gap [3]** 38/19 38/24
40/3
**gender [1]** 11/3
**gender-preferred [1]**
11/3
**general [7]** 16/15 17/6
21/5 33/24 49/24 53/8
57/17
**generally [4]** 16/23
35/18 37/10 51/1
**gentlemen [1]** 6/12
**Georgetown [2]** 55/3
55/13
**Georgia [1]** 30/4
**get [10]** 5/19 6/5 7/12
26/8 28/19 40/2 47/13
65/13 66/8 71/23
**gets [2]** 20/13 26/2
**getting [1]** 31/16
**give [4]** 6/20 7/16
14/12 27/24
**given [2]** 29/11 35/2
**go [34]** 4/17 6/23 7/6
7/7 7/14 8/19 8/22 9/15
19/21 20/7 27/24 29/14
30/10 31/7 37/20 39/15
43/9 43/12 45/10 45/13
46/6 55/16 56/14 58/16
59/5 59/17 62/19 62/22
68/4 68/5 70/23 71/23
71/24 72/6
**goes [2]** 55/19 56/7
**going [27]** 5/25 6/13
6/17 6/20 6/24 7/3 7/11
8/1 8/22 13/5 14/12
14/12 15/12 16/9 20/12
20/16 22/11 31/1 31/24
37/18 38/14 39/9 44/6
48/20 55/20 55/21 56/8
**gone [3]** 19/22 71/23

**G**

gone... [1]  72/2
good [7]  3/8 3/13 6/12
11/16 20/4 28/9 67/14
got [5]  22/2 26/3 39/11
44/6 62/3
governance [1]  11/12
government [47]
10/15 10/21 10/24 16/7
16/8 16/15 16/16 16/16
16/19 16/20 16/20
16/23 17/1 17/3 17/4
18/10 25/4 25/5 25/9
25/11 32/25 32/25
33/24 33/24 34/6 34/7
34/11 34/13 34/21
34/23 34/24 35/2 35/3
35/19 40/17 40/18 47/4
48/7 49/6 49/7 60/23
60/24 61/3 61/5 61/13
64/2 64/10
government-backed
[1]  34/11
government-sponsore
d [4]  10/15 10/21 18/10
64/2
grab [1]  68/20
graduate [1]  31/24
grandfather [4]  33/2
33/10 33/11 33/16
grant [2]  13/8 48/24
grateful [2]  28/20 66/9
Great [1]  5/18
greed [2]  26/7 26/15
Grossman [1]  13/8
Grossmann [1]  2/11
group [7]  54/15 54/17
55/2 58/8 65/1 65/3
66/11
growing [1]  45/7
growth [1]  57/20
GSEs [2]  10/16 11/13
guess [4]  39/13 54/20
58/18 70/10

**H**

had [23]  18/7 18/13
18/16 25/3 27/17 27/23
27/24 29/25 31/13 32/4
36/4 40/16 41/19 41/23
41/25 42/3 48/8 53/5
57/2 63/17 64/15 66/12
71/1
HAMISH [2]  2/7 13/13

Hampshire [1]  7/8
hand [2]  8/5 8/16
handles [1]  57/24
happened [2]  51/18
69/12
hard [4]  31/19 34/15
34/18 65/16
hardship [11]  9/16
19/10 30/14 31/13
31/15 38/4 56/9 58/21
59/13 71/1 71/5
Hartman [1]  15/14
has [15]  5/2 15/21
15/22 15/23 28/14
37/15 39/23 41/10
52/17 52/18 52/19
52/24 53/5 66/14 71/4
have [168]
haven't [3]  32/6 39/10
65/3
having [5]  11/5 38/25
39/14 45/21 48/20
he [25]  5/1 5/4 33/2
33/12 33/17 33/18 37/6
37/15 48/6 48/8 48/8
48/10 48/11 48/12
48/19 52/19 52/21
53/10 53/11 56/24
57/20 57/21 57/22
57/23 70/2
He's [2]  52/21 57/17
head [1]  67/19
headquarters [1]  62/2
hear [12]  4/8 21/3 21/6
21/20 22/17 23/9 34/18
38/12 38/21 42/13
44/23 67/14
heard [6]  12/8 23/14
39/20 45/7 67/15 69/2
hearing [2]  28/6 30/5
held [1]  11/24
help [1]  55/7
helpful [2]  4/8 4/10
her [20]  40/7 40/8 40/9
40/10 56/14 56/18
56/18 56/22 56/23
56/23 57/1 57/4 58/16
66/6 66/11 66/11 66/17
66/19 71/4 71/15
here [23]  6/15 6/23 7/9
13/10 13/15 19/17 20/2
20/11 21/10 23/18
24/19 26/9 32/1 32/23
39/4 40/10 43/1 54/10

56/8 59/2 60/19 65/7
68/18
herman [5]  2/20 2/23
73/3 73/10 73/10
high [2]  43/9 47/21
him [6]  32/4 37/20
38/10 39/12 48/21
48/23
his [7]  38/15 48/6
48/11 48/13 48/14
48/19 57/15
historical [1]  55/3
HOFFMAN [3]  2/15
3/14 14/5
Hogan [1]  53/9
hold [2]  4/2 11/6
holders [2]  11/2 47/22
home [10]  9/22 9/23
10/22 10/23 13/24
18/18 27/21 41/4 44/7
53/15
honest [2]  43/19 45/14
honestly [2]  43/21
63/9
Honor [57]  3/13 3/18
4/2 4/8 4/20 5/21 13/15
14/15 20/10 24/10
24/16 24/21 28/13
28/14 28/15 28/17
28/25 29/2 29/16 29/17
30/2 31/8 32/12 32/16
32/17 37/19 37/22
39/20 40/6 44/19 45/17
45/18 45/20 45/22
46/17 46/4 46/10 46/15
46/17 48/4 48/16 48/18
49/8 49/23 50/13 51/15
53/16 54/24 56/2 56/12
57/6 58/17 58/25 59/3
66/5 68/17 70/1
Honor's [1]  6/7
HONORABLE [1]  1/14
hope [2]  28/9 30/6
hopefully [2]  19/21
55/22
Hopkins [1]  22/6
horrible [2]  67/16
67/17
hotel [1]  57/13
hotels [2]  66/25 67/1
hourly [1]  31/16
house [6]  41/16 45/9
45/10 46/13 47/13
47/19

housing [4]  1/5 10/13
13/22 43/20
how [23]  23/20 25/15
25/17 26/11 26/25
31/22 33/15 40/2 41/10
42/16 51/6 51/10 54/3
59/20 60/8 60/10 62/13
62/22 63/6 64/4 64/8
67/10 71/11
However [1]  35/5
hubris [1]  36/13
huge [1]  60/4
HUME [2]  2/7 13/13
hundred [1]  36/1
hung [2]  54/7 54/8
husband [3]  49/23
52/17 53/9
husband's [2]  56/23
57/15

**I**

I'd [2]  28/17 34/17
I'll [3]  7/15 19/19 40/9
I'm [35]  6/20 7/3 7/17
8/22 13/5 22/18 23/14
24/12 24/17 25/19 27/3
28/6 30/18 31/16 31/23
31/24 31/25 32/1 34/1
37/23 38/17 38/21
39/15 40/5 42/2 44/6
52/11 52/16 52/20
54/23 58/3 64/12 65/12
68/10 69/8
I've [6]  9/6 14/10 31/17
52/8 59/21 69/12
IAN [3]  2/15 3/13 14/5
idea [1]  52/16
impact [5]  19/14 29/25
43/18 55/15 65/10
impartial [8]  6/19 7/23
16/17 16/21 23/17
47/16 48/14 65/25
impartially [2]  20/5
34/18
implied [5]  11/16
11/22 11/23 12/1 48/8
important [5]  19/13
43/17 51/10 63/6 65/10
INC [1]  1/2
include [2]  10/2 15/9
includes [1]  11/7
including [3]  10/2
11/24 57/12
inconvenient [1]  7/16

# I

**increasing [1]** 10/22
**indicated [1]** 31/12
**individual [3]** 9/9 23/7 23/10
**individually [2]** 7/9 9/17
**individuals [1]** 15/16
**indulgence [1]** 32/16
**industries [1]** 17/24
**influence [10]** 17/10 20/23 25/22 35/16 35/19 46/25 47/4 47/22 48/7 48/15
**information [9]** 7/6 7/19 19/13 29/25 31/1 43/17 55/14 65/9 66/8
**informed [2]** 11/14 52/11
**inherited [1]** 22/2
**initial [1]** 30/8
**INSA [1]** 54/15
**instability [1]** 52/10
**instead [1]** 59/6
**instruct [1]** 11/20
**instructions [1]** 12/5
**insurance [22]** 10/2 10/3 10/8 10/8 12/21 12/21 12/22 12/22 12/24 12/25 13/1 14/15 14/18 14/19 14/21 14/21 14/22 14/23 14/23 14/24 14/25 14/25
**insured [1]** 13/2
**intelligence [3]** 49/12 49/15 54/16
**intend [1]** 5/24
**interest [2]** 16/24 41/16
**interested [1]** 44/23
**interfere [2]** 34/11 35/19
**interfered [1]** 12/3
**internal [1]** 57/24
**International [1]** 61/21
**introduce [2]** 3/9 12/15
**introduced [1]** 14/10
**invested [7]** 17/18 21/16 26/18 35/22 50/12 50/14 62/7
**investing [5]** 35/25 51/20 63/22 66/18 67/4

51/11 53/12 57/20 63/3 63/6 63/7
**investments [1]** 50/23
**investor [2]** 11/14 37/6
**involve [3]** 7/6 16/25 34/21
**involved [3]** 18/24 26/12 68/2
**IRA [1]** 22/3
**is [117]**
**Isn't [1]** 23/4
**issue [2]** 5/13 32/18
**issued [1]** 11/1
**issues [1]** 47/16
**it [103]**
**it'd [1]** 27/5
**it's [33]** 6/13 6/16 7/16 21/5 21/7 21/11 25/24 26/2 26/6 26/14 27/1 27/1 28/12 29/17 34/18 38/15 43/22 44/2 44/4 44/6 45/8 49/24 50/8 51/16 51/24 53/19 55/7 57/19 57/19 59/8 65/2 67/8 67/17
**itself [2]** 29/9 32/18

# J

**James [2]** 15/11 15/22
**job [1]** 22/22
**jobs [2]** 22/3 61/12
**Johns [1]** 22/6
**Jonathan [4]** 14/2 24/23 28/25 68/16
**JONES [3]** 2/14 3/18 14/5
**Joseph [4]** 9/19 10/5 12/19 15/14
**Joseph Cacciapalle [1]** 10/5
**JUDGE [5]** 1/14 3/8 6/12 28/6 30/4
**judgment [1]** 23/21
**July [2]** 1/4 73/10
**Junior [1]** 54/17
**juror [62]** 16/17 16/21 19/11 19/14 20/20 21/10 23/18 24/5 24/7 24/22 24/24 25/1 25/2 28/18 28/19 28/24 29/7 29/17 29/22 29/23 30/1 30/24 31/9 31/10 31/11 38/1 38/2 38/3 39/19

39/23 40/12 40/15 43/9 43/18 44/17 44/19 45/19 45/23 46/15 46/21 46/22 48/5 48/17 49/2 49/3 49/4 54/10 58/11 58/20 59/10 59/11 60/17 65/11 68/13 68/25 69/1 69/18 69/25 70/22 70/24 70/25 71/20
**jurors [5]** 6/19 8/2 9/11 16/3 29/3
**jury [32]** 1/13 3/17 4/9 5/19 6/10 6/16 6/21 7/5 7/10 7/12 7/22 7/22 16/4 18/23 20/9 24/16 24/19 30/12 32/4 39/6 39/9 40/1 42/8 42/23 46/5 46/11 53/22 53/24 54/6 54/7 54/8 59/1
**just [48]** 3/20 5/13 6/21 6/24 14/10 21/1 22/12 22/13 22/22 24/13 24/18 25/24 26/6 26/15 28/17 29/16 30/15 30/20 31/16 35/13 35/25 37/11 39/15 39/20 41/5 41/17 45/2 45/22 46/7 46/14 46/23 48/18 49/5 50/2 51/19 52/11 56/6 58/19 60/12 61/13 61/15 62/24 63/12 65/13 66/5 66/17 67/20 72/6
**justice [1]** 20/6

# K

**K-a-r-i [2]** 15/12 15/21
**Kaplan [2]** 13/14 13/16
**Kari [2]** 15/12 15/21
**Kaye [1]** 2/16
**keep [1]** 7/23
**KENYA [2]** 2/7 13/13
**Kessler [2]** 2/5 13/7
**KHALELAH [1]** 2/7
**kidding [3]** 61/13 61/15 65/14
**kind [7]** 22/1 30/8 30/10 35/9 53/25 63/2 71/11
**King [1]** 2/5
**Kirk [2]** 1/17 13/9
**knew [3]** 23/13 59/17 69/15

43/20 **know [54]** 7/16 13/1 13/2 13/3 13/12 13/18 15/16 16/2 16/3 16/12 23/13 23/14 23/20 24/14 25/9 25/25 28/1 29/18 32/4 32/10 34/13 35/2 35/5 39/13 40/1 41/3 41/15 41/25 42/1 42/12 43/20 45/9 50/7 52/22 53/12 53/3 54/25 55/10 55/17 56/18 59/20 59/24 60/2 60/12 60/14 60/19 61/4 61/11 63/9 64/4 67/6 67/9 68/1 70/13
**knowing [1]** 34/19
**knowledge [8]** 12/11 13/12 14/8 15/5 43/20 44/8 50/9 60/16
**known [5]** 9/22 9/23 13/22 13/23 13/25
**KRAVETZ [2]** 2/10 13/17

# L

**L-i-n-e-k-i-n [1]** 15/10
**ladies [1]** 6/12
**laid [1]** 26/3
**LAMBERTH [2]** 1/14 6/13
**land [1]** 57/23
**large [12]** 17/8 17/10 20/23 25/22 35/12 35/16 46/25 47/4 48/6 49/21 56/20 61/18
**larger [2]** 35/18 36/13
**last [12]** 3/24 6/4 8/14 9/13 19/12 21/6 29/17 40/12 45/20 47/20 56/3 56/5
**late [1]** 4/13
**later [2]** 6/6 9/24
**Laughter [8]** 16/11 19/24 20/8 37/17 61/14 65/15 65/18 65/21
**law [15]** 7/25 11/5 11/10 11/12 13/5 13/6 14/1 47/21 59/19 59/21 60/4 60/14 64/5 64/18 65/12
**lawsuit [1]** 18/22
**lawsuits [5]** 19/2 19/2 19/4 19/4 37/9
**lawyer [1]** 30/3

# L

lawyers [12]  12/13
12/16 13/10 13/13 14/2
14/9 19/3 19/5 30/14
37/11 59/24 60/19
Layton [2]  15/11 15/22
lead [1]  5/2
leadership [6]  55/5
65/6 66/12 66/13 66/14
67/24
League [1]  54/17
leaking [1]  56/5
learn [1]  67/8
least [1]  7/11
leave [2]  8/18 19/25
leaving [1]  30/19
LEE [13]  2/4 3/8 5/23
13/17 28/13 30/23
32/14 37/18 45/18
46/17 56/2 66/16 69/24
Lee Rudy [1]  3/8
left [2]  62/4 70/17
legal [2]  11/21 61/23
legality [1]  21/12
legislative [1]  37/20
less [2]  17/2 34/22
let [20]  9/12 20/4 26/17
28/5 29/24 30/21 32/4
32/8 32/22 37/13 39/15
40/9 43/4 44/13 55/25
58/16 59/17 62/16
69/22 72/6
Let's [4]  54/18 54/25
68/21 71/23
letting [1]  37/20
levels [1]  52/9
lie [1]  44/6
like [33]  3/9 20/5 21/11
21/18 21/22 23/7 23/10
23/11 24/11 24/14
25/24 26/12 27/23
27/25 28/17 35/4 36/1
36/1 45/8 45/10 45/13
51/21 51/25 56/18
56/22 56/23 58/19
63/23 65/20 66/18 67/4
67/8 68/4
likely [3]  17/2 34/22
35/4
Limine [1]  4/21
line [2]  21/6 29/24
Linekin [1]  15/10
liquidity [1]  10/2
list [2]  14/13 32/17

literally [2]  71/10
71/14
litigation [2]  69/20
70/6
LITIGATIONS [2]  1/11
3/5
Litowitz [2]  2/10 13/8
little [20]  7/14 7/15
9/15 20/25 23/14 26/2
26/9 38/15 38/25 41/13
44/6 44/23 45/4 47/2
50/15 50/18 54/23
56/18 67/4 67/23
lives [1]  47/14
LLP [4]  2/5 2/8 2/11
2/16
loan [6]  9/22 9/23
13/24 27/23 27/24 28/2
location [1]  61/25
Lockhart [2]  15/11
15/22
long [13]  7/17 7/21
25/15 25/17 28/8 31/22
33/15 41/10 42/16 51/6
54/3 60/8 60/10
longer [4]  7/12 9/15
31/25 55/19
look [5]  8/13 12/7
43/23 44/19 45/3
lorraine [5]  2/20 2/23
73/3 73/10 73/10
lose [1]  47/13
loss [1]  22/14
lost [7]  17/20 22/9
26/24 27/2 27/9 27/12
44/6
lot [14]  21/18 21/22
22/13 25/25 26/14 27/6
47/13 56/25 57/21
63/15 64/6 64/10 67/8
69/14
Lovells [1]  53/9
lunch [1]  72/8
luncheon [1]  71/21

# M

ma'am [1]  39/24
MAC [29]  1/9 2/15 3/4
10/14 10/14 10/17
10/19 10/20 10/24 11/4
11/11 11/18 13/25
16/13 17/16 18/8 27/18
34/2 34/4 35/6 36/5
45/7 47/12 47/21 48/10

50/5 53/20 69/10 69/19
made [3]  22/13 48/19
63/15
MAE [27]  1/9 2/14 3/3
9/22 10/14 10/14 10/17
10/19 10/20 10/24 11/3
11/11 11/18 13/24
16/13 17/16 18/8 27/18
34/1 34/4 36/5 45/7
47/20 50/5 53/19 69/10
69/19
MAE/FREDDIE [1]  1/9
Maine [1]  55/21
majority [1]  50/19
make [11]  16/16 16/20
19/10 19/20 33/25
45/12 50/16 50/23
59/13 62/13 63/3
making [5]  47/5 48/7
51/11 63/6 63/7
manage [1]  58/6
managed [1]  56/21
manager [1]  56/21
many [3]  16/8 27/24
70/18
Mario [1]  15/12
mark [2]  9/2 50/6
market [22]  10/23
17/18 17/21 21/16
21/16 22/10 26/19
26/23 27/9 31/21 34/12
35/22 50/12 50/14
51/21 52/3 52/4 52/11
62/7 63/10 63/23 66/18
markets [1]  53/12
Marriott [5]  61/21
61/22 63/14 63/16 67/2
Maryland [1]  62/20
Mason [1]  15/14
Massachusetts [1]
2/16
matter [2]  24/10 73/5
matters [3]  3/16 55/2
57/24
may [24]  3/23 4/13
6/11 7/6 7/12 8/11 9/9
14/14 15/3 15/17 20/10
20/21 28/23 32/11
32/12 32/18 37/25
38/23 39/20 46/5 46/6
46/18 56/14 66/13
maybe [8]  25/16 30/6
41/11 42/17 48/21
56/12 59/8 59/9

Mayopoulos [2]  15/11
15/23
McFarland [2]  15/11
15/23
me [46]  3/9 9/12 19/14
19/15 20/4 20/25 22/16
23/20 24/14 26/5 26/6
26/13 26/17 27/25 28/5
29/9 29/24 30/21 31/14
31/19 32/1 32/8 32/22
34/8 34/25 37/13 43/4
44/9 44/13 45/4 46/18
47/2 47/10 47/22 48/15
50/15 55/25 57/15 58/2
59/17 60/1 62/16 67/23
69/22 70/9 71/8
mean [9]  7/2 10/4 10/8
10/10 10/19 21/11
22/21 66/24 68/1
means [2]  45/6 67/11
meant [4]  29/2 44/21
45/5 66/19
medical [3]  19/9 52/18
59/12
meet [1]  5/6
Meltzer [2]  2/5 13/7
member [14]  12/11
14/8 15/6 17/7 30/13
35/11 49/21 54/15
54/16 55/2 55/11 57/25
61/17 66/15
members [4]  6/21 7/23
10/6 21/23
memory [1]  17/14
mentioned [7]  15/21
15/22 15/23 15/24
22/12 34/9 55/18
Mexico [1]  26/2
Michelle [3]  9/19 10/5
12/20
microphone [1]  24/11
mics [2]  24/19 24/20
Middle [1]  30/4
Midwest [2]  12/23
14/24
might [17]  7/3 7/4
16/16 26/11 29/25
38/20 43/18 43/25 45/8
45/12 46/13 47/22
48/15 55/14 56/9 57/8
72/1
military [2]  19/6 58/4
Miller [3]  9/19 10/5
12/20

## M

mind [4]  7/24 25/7
41/25 54/14
mindset [3]  43/23
44/20 45/4
minor [1]  42/14
minute [1]  29/15
minutes [2]  20/11
20/16
Miscellaneous [2]  1/9
3/3
Mission [1]  58/8
mistaken [1]  25/14
mode [1]  57/20
mom [4]  33/4 33/21
71/3 71/11
moment [3]  6/21 28/7
39/21
Monday [1]  30/5
money [6]  17/20 22/9
22/13 26/24 27/9 63/15
more [34]  7/8 12/5
17/2 20/4 20/25 21/2
21/5 21/8 21/12 26/5
31/18 34/8 34/22 34/25
35/4 35/10 36/20 41/13
45/4 47/2 47/10 47/22
48/20 50/15 51/8 51/25
56/7 56/18 57/22 58/2
66/8 67/5 67/23 68/21
Morgan [1]  51/5
morning [10]  1/13 3/8
3/13 4/9 4/14 5/13 6/4
6/6 6/12 7/11
mortgage [14]  9/21
9/23 9/24 13/23 13/24
18/8 27/17 27/19 27/22
36/4 41/17 45/13 53/17
69/20
mortgage-backed [1]
69/20
mortgages [3]  10/22
10/23 36/14
most [6]  47/3 47/5
47/11 47/12 61/2 61/4
mother [1]  33/1
motion [10]  3/24 4/6
4/10 4/12 4/20 4/21
5/14 5/24 6/4 48/24
motions [1]  3/21
move [4]  26/7 26/7
45/21 48/16
moved [2]  26/1 26/1
Mr [1]  4/25

Mr. [4]  5/9 24/18 30/23
44/15
Mr. Rudy [3]  24/18
30/23 44/15
Mr. Satriano's [1]  5/9
much [13]  20/3 24/4
32/6 35/19 35/20 40/2
44/9 49/1 58/10 67/6
68/9 70/20 71/19
multiple [1]  21/23
mumble [1]  40/7
must [1]  8/24
my [64]  6/22 20/10
21/23 22/3 22/3 22/5
22/12 22/25 23/21 25/8
25/25 27/12 27/23
27/24 30/8 30/15 30/25
33/1 33/2 33/2 33/11
33/11 33/16 33/18
33/21 34/13 34/14 35/2
37/5 37/18 38/25 39/23
40/19 41/8 41/8 41/9
41/11 42/5 46/18 47/5
47/19 49/23 50/8 51/1
52/17 52/25 53/9 55/11
58/17 58/18 59/15 61/2
61/4 62/23 63/10 65/2
65/3 65/13 67/11 69/12
70/17 71/3 71/5 71/8
myself [4]  20/10 30/3
62/11 64/17

## N

Naa [1]  15/12
name [5]  13/5 49/25
51/3 59/18 65/3
named [1]  13/3
names [5]  14/15 14/18
14/20 15/15 15/25
nascent [1]  55/8
national [6]  9/21 13/23
49/15 49/15 49/17 55/1
nature [1]  29/11
Nautilus [2]  12/24
14/24
need [6]  4/5 6/25
19/23 24/7 30/12 32/5
negative [10]  17/10
20/23 25/22 26/4 26/14
28/3 35/16 46/25 48/8
48/11
neighbors [1]  28/1
nerves [1]  65/13
new [7]  1/18 2/8 2/12

news [1]  50/25
next [15]  9/2 13/13
15/4 25/21 28/19 30/5
38/7 38/10 38/14 38/18
38/23 39/24 60/22
69/13 71/25
Nicholas [2]  4/25
15/20
niece [1]  25/8
night [1]  6/4
no [49]  1/3 1/10 3/11
3/16 8/23 8/23 9/4 9/5
23/19 24/2 24/16 24/19
24/21 24/23 28/14
28/15 33/8 36/6 36/8
36/9 36/23 38/6 42/1
42/1 42/22 43/2 43/19
44/16 45/17 45/19 48/4
51/22 52/2 54/7 54/21
59/25 60/18 60/21 63/1
63/21 65/7 65/12 65/13
67/16 68/15 68/17 71/7
71/8 71/12
Nods [1]  67/19
non [6]  55/1 55/6 55/7
57/11 58/13 58/24
non-profit [3]  55/1
55/6 55/7
non-refundable [2]
57/11 58/13
non-refundables [1]
58/24
None [2]  63/4 63/5
not [56]  4/4 9/4 9/4
11/7 13/15 13/16 17/2
17/4 21/5 21/7 22/19
23/15 25/14 25/19 27/2
28/6 31/2 31/16 32/10
33/5 33/8 34/1 34/3
34/6 34/12 34/17 34/22
34/24 36/8 37/21 40/8
44/6 44/20 46/2 46/11
46/15 47/14 48/12 50/8
50/8 50/24 51/3 52/17
52/20 52/21 53/19
53/21 55/24 59/8 62/24
64/12 65/7 66/12 68/2
68/19 70/9
noteholders [2]  69/7
69/11
nothing [2]  36/1 63/9
notion [1]  5/14
now [26]  6/1 11/22

number [35]  8/13 8/15
8/16 9/3 12/8 16/6 16/8
16/9 16/14 16/18 16/22
16/25 17/5 17/7 17/9
17/12 17/17 17/19
17/22 17/25 18/2 18/7
18/9 18/11 18/13 18/18
18/19 18/21 18/23
18/24 19/1 19/6 19/7
19/9 30/1
NW [4]  1/18 2/8 2/16
2/21
NY [1]  2/12

## O

oath [3]  6/20 7/16
65/23
object [2]  5/9 37/21
objection [5]  28/14
28/16 45/19 46/1 57/5
obligations [1]  30/12
observation [2]  58/17
58/18
obviously [4]  19/21
30/11 56/24 59/2
off [5]  4/2 26/3 31/2
31/18 32/5
office [3]  39/6 39/9
61/8
Official [2]  2/20 73/3
officials [3]  16/16
16/20 16/23
oh [13]  34/5 36/9
41/15 41/24 42/5 43/4
45/10 59/16 59/23
60/12 62/24 67/1 72/3
okay [106]
old [4]  28/9 38/6 54/23
62/3
old-fashioned [1]  28/9
once [1]  31/25
one [27]  4/17 20/4
22/2 22/3 25/21 27/20
28/7 28/17 31/4 32/13
34/20 35/1 37/7 38/25
43/4 45/2 45/14 47/2
47/10 49/17 55/9 59/9

# O

**one... [5]** 62/3 62/4 64/13 66/5 71/7
**ones [1]** 34/11
**only [4]** 11/8 30/25 44/18 58/17
**open [3]** 7/19 7/24 24/20
**opening [2]** 4/11 5/11
**openings [2]** 4/12 5/14
**opinion [6]** 21/5 21/7 26/4 27/23 34/13 34/14
**opinions [7]** 17/9 20/22 25/21 35/15 46/24 57/1 57/4
**opposition [2]** 5/24 6/5
**oral [1]** 4/8
**order [2]** 8/20 72/4
**ordinarily [1]** 58/13
**organization [3]** 56/20 58/7 66/15
**organizational [1]** 56/20
**organizations [4]** 19/8 54/14 64/24 67/23
**other [22]** 9/10 10/8 16/2 16/3 16/4 17/23 19/12 26/3 26/17 30/9 32/18 32/22 43/5 45/2 45/15 55/14 56/11 64/6 64/10 65/9 66/10 67/20
**others [3]** 3/10 17/1 34/21
**otherwise [4]** 7/5 46/16 58/20 58/22
**our [8]** 4/6 20/6 30/12 46/18 52/10 71/9 71/11 71/21
**out [8]** 7/9 20/11 30/18 40/9 63/15 69/12 70/6 71/11
**outcome [2]** 4/11 67/9
**outside [2]** 39/14 68/19
**over [11]** 4/23 6/13 11/1 27/4 27/5 38/25 43/22 53/23 56/5 60/2 69/10
**overconfident [1]** 57/8
**overruled [1]** 46/1
**overseas [2]** 26/1 26/7
**own [7]** 17/12 17/13 18/18 27/21 44/7 50/16

**owned [5]** 17/12 17/13 17/15 35/14 50/5
**owns [1]** 37/6

# P

**P. [1]** 12/19
**P. Borodkin [1]** 12/19
**p.m [1]** 72/8
**pages [1]** 5/15
**paid [1]** 31/17
**pain [1]** 8/8
**panel [6]** 3/17 6/10 6/21 7/5 16/5 20/9
**paper [1]** 7/1
**paralegal [5]** 61/24 65/13 66/21 66/23 68/3
**paralegals [1]** 65/17
**parents [6]** 12/13 14/10 15/8 22/5 22/13 22/25
**Parke [2]** 60/3 64/22
**part [6]** 11/23 31/24 32/11 41/2 65/1 68/5
**part-time [2]** 31/24 32/11
**participant [1]** 66/15
**particular [6]** 16/15 16/19 16/19 17/6 33/24 53/11
**parties [11]** 4/3 4/5 7/15 12/12 12/16 12/18 13/21 14/9 19/2 19/4 69/15
**partner [2]** 37/6 53/9
**party [2]** 18/21 18/25
**passed [2]** 33/2 33/17
**past [10]** 17/15 17/17 21/15 26/18 32/5 35/21 50/4 50/11 62/6 64/13
**patient [1]** 7/13
**pause [4]** 20/15 28/8 56/12 68/24
**pay [7]** 21/2 21/5 21/8 31/22 32/1 47/22 48/20
**pays [1]** 26/9
**Peloton [3]** 63/14 67/12 67/14
**pen [1]** 8/13
**penalty [1]** 8/8
**pencil [1]** 8/13
**Pennsylvania [1]** 2/6
**people [13]** 8/1 21/19 21/22 26/2 26/9 35/9

36/20 41/9 45/11 47/11
47/13 56/22 58/6
**Perfect [1]** 59/9
**perfectly [2]** 59/7 59/9
**perhaps [1]** 32/17
**period [1]** 39/1
**perjury [1]** 8/9
**person [2]** 34/7 56/24
**person's [1]** 31/3
**personal [15]** 7/6 7/18 18/11 19/10 23/2 27/23 30/20 35/3 36/21 36/23 38/4 47/5 52/8 52/13 59/12
**personalized [1]** 9/9
**personally [5]** 12/10 14/7 15/5 34/2 50/8
**personnel [1]** 57/24
**pertains [1]** 4/19
**phone [4]** 24/11 24/14 24/19 46/6
**phrase [1]** 34/10
**physical [1]** 4/14
**pick [4]** 7/22 8/2 8/19 71/12
**picked [2]** 20/13 64/17
**picking [1]** 71/14
**placed [1]** 52/16
**plaintiff [2]** 10/3 10/8
**plaintiffs [35]** 1/3 1/17 2/4 3/9 4/7 4/25 5/8 5/23 9/18 10/1 10/4 10/4 10/7 10/9 10/10 10/10 10/11 11/2 11/15 11/25 12/18 12/20 13/3 13/6 15/9 19/3 28/14 30/23 32/14 44/16 45/18 56/2 66/16 68/15 69/24
**plaintiffs' [5]** 3/6 3/25 4/21 11/17 11/18
**planned [1]** 30/19
**plans [1]** 55/19
**please [4]** 3/6 8/3 8/13 9/2
**PLLC [1]** 1/17
**podium [2]** 3/7 28/19
**point [6]** 20/3 28/17 33/17 44/24 54/24 58/6
**pool [3]** 40/9 40/10 40/13
**Porter [6]** 2/16 14/1 59/19 59/23 60/1 60/10
**portfolio [1]** 57/20

**position [2]** 5/10 57/16
**positive [5]** 17/10 20/23 25/22 35/15 46/25
**possibilities [1]** 57/10
**possible [2]** 4/4 50/8
**post [1]** 61/8
**postal [1]** 61/3
**postponed [1]** 56/15
**postponing [1]** 57/10
**potential [2]** 9/11 16/3
**potentially [2]** 4/12 57/1
**practice [2]** 30/10 53/11
**pre [1]** 3/23
**pre-trial [1]** 3/23
**prefer [1]** 29/8
**preferred [8]** 1/10 3/4 9/20 11/1 11/3 12/24 14/25 24/19
**preliminary [1]** 3/16
**present [1]** 4/9
**preservation [1]** 55/3
**presiding [1]** 6/13
**pretrial [1]** 3/21
**previous [1]** 22/3
**previously [1]** 57/18
**price [1]** 26/10
**pricing [1]** 26/8
**principally [1]** 48/6
**prior [3]** 53/8 53/10 59/1
**probably [10]** 33/17 34/17 34/18 35/4 36/12 43/24 50/17 58/16 67/10 68/6
**problem [3]** 31/3 55/24 56/4
**problems [1]** 69/18
**procedures [1]** 5/5
**proceedings [2]** 2/25 73/5
**process [7]** 6/17 7/14 8/20 19/20 39/11 39/13 47/19
**processes [1]** 58/7
**produced [2]** 2/25 47/21
**professional [4]** 19/8 54/13 64/24 67/22
**professionals [1]** 54/16
**profit [3]** 55/1 55/6

**P**

profit... [1] 55/7
projects [1] 58/5
promise [1] 8/25
promote [1] 10/22
property [1] 23/5
propounded [1] 8/7
prospective [22] 6/21
20/20 24/5 25/2 28/24
29/23 31/9 31/11 38/1
38/3 39/19 40/15 46/22
49/2 49/4 58/11 59/11
68/13 69/1 70/22 70/25
71/20
protocol [1] 24/10
provide [1] 12/5
proving [1] 11/21
Prussia [1] 2/5
public [5] 16/24 35/20
43/7 57/18 67/7
publicly [1] 10/25
publicly-traded [1]
10/25
purchase [3] 1/10 3/4
50/8
purpose [1] 7/22
purview [1] 34/12
put [11] 13/3 13/18
14/11 15/18 27/25
29/18 35/13 40/9 50/5
65/19 67/18
putting [1] 67/11

**Q**

QTS [4] 49/24 50/1
50/2 53/9
qualified [3] 58/20
58/22 59/8
question [39] 7/2 9/4
9/15 12/1 12/7 12/10
12/15 12/17 14/11
14/12 14/14 15/2 15/4
16/1 16/2 16/5 19/12
19/22 20/22 23/2 25/3
29/4 29/8 29/10 29/11
40/16 42/2 43/4 43/16
45/2 45/20 48/13 48/19
50/6 60/13 60/22 66/10
66/18 69/13
questionnaire [1]
31/12
questions [24] 6/17
6/22 6/23 7/3 7/4 7/7
8/7 8/17 8/22 8/23 8/24

28/23 9/6 9/8 9/9 9/10
26/17 27/20 27/21
32/18 32/22 48/4 56/11
57/6
quick [2] 3/20 28/17
quite [7] 21/17 21/23
22/19 26/24 27/12
27/15 44/20

**R**

Radnor [1] 2/6
raise [3] 8/5 28/18
30/16
rape [2] 42/11 42/14
rate [1] 41/16
rather [2] 7/18 29/9
re [2] 1/9 3/3
reach [2] 4/5 42/23
reached [1] 54/6
read [5] 12/8 14/16
14/19 69/12 69/12
reading [1] 52/8
ready [2] 3/17 4/17
real [21] 17/21 17/24
18/15 18/17 22/10 26/4
26/4 27/10 34/12 37/4
37/5 41/20 53/7 53/11
56/24 56/25 57/19 64/6
64/9 64/16 64/18
realize [1] 31/2
really [4] 21/5 23/14
27/25 56/9
Realty [1] 50/1
reason [3] 19/9 23/17
59/12
reasonable [1] 12/4
reasons [1] 48/16
recall [1] 3/23
received [1] 6/3
receiving [1] 5/8
recently [1] 67/14
recess [4] 20/18 71/22
72/7 72/8
recognize [3] 15/15
15/25 16/4
recognized [1] 59/18
record [7] 3/7 29/16
29/18 45/22 46/14
58/19 73/5
recorded [1] 2/25
recordkeeping [1] 5/5
records [1] 5/7
Redstone [2] 40/23
41/5

refer [6] 5/11 10/3 10/4
10/9 10/13 10/18
referred [5] 3/25 10/15
10/18 48/10 48/11
reflect [1] 58/19
refundable [2] 57/11
58/13
refundables [1] 58/24
regarding [1] 57/23
Regional [2] 12/23
14/22
regulated [1] 11/11
related [3] 3/3 3/21 5/6
relationships [2]
11/13 35/3
relatively [1] 58/7
remain [1] 40/12
remember [5] 34/10
64/13 65/2 65/3 67/25
reminder [1] 31/1
report [1] 56/22
Reported [1] 2/20
reporter [3] 2/20 46/19
73/3
represent [2] 10/6
70/4
represented [1] 69/18
representing [1] 13/6
requests [1] 66/5
requirements [1] 5/7
reread [1] 12/17
reserved [1] 4/22
resolve [3] 5/13 31/3
32/18
respectfully [1] 29/10
response [2] 24/2
54/21
responsibilities [1]
56/19
responsibility [1] 5/2
responsible [1] 23/5
rest [1] 61/4
resume [1] 65/2
retail [1] 35/25
retired [6] 22/22 33/12
33/15 33/17 33/18 41/5
retirement [3] 21/18
21/22 22/1
return [2] 20/1 46/5
review [2] 5/3 25/10
revisit [1] 46/11
right [35] 3/15 4/18 6/1
6/11 8/5 8/16 8/23
13/17 13/20 14/6 23/6

23/8 24/3 24/25 29/13 30/21
31/6 31/23 32/10 32/20
39/10 41/4 44/12 47/14
48/1 48/12 59/5 59/15
62/5 63/18 67/13 68/19
71/18 71/21 72/4 72/5
right-hand [1] 8/16
ringer [1] 27/25
rise [1] 29/9
Road [1] 2/5
ROBERT [3] 2/10 2/14
13/17
Robinhood [1] 62/15
role [6] 55/5 65/6
66/12 66/13 66/14
67/24
room [3] 2/22 7/8 9/11
Ross [2] 15/12 15/21
ROYCE [1] 1/14
RPR [1] 2/20
RUDY [16] 2/4 3/8 5/23
13/17 24/18 28/13
30/23 30/24 32/14
37/18 44/15 45/19
46/17 56/2 66/16 69/24
Rule [1] 4/25
rules [1] 47/3
ruling [5] 4/6 4/10 4/21
4/22 46/11
run [4] 7/17 7/21 55/7
58/15

**S**

said [12] 14/17 31/15
34/24 44/19 45/3 47/1
47/9 48/8 48/12 57/2
66/12 67/4
salaried [1] 31/17
same [2] 22/22 31/17
Samuel [2] 13/14
13/16
Samuel Kaplan [1]
13/14
Sands [1] 30/4
Satriano [2] 5/1 15/20
Satriano's [1] 5/9
save [2] 7/17 48/23
saw [2] 62/14 67/20
say [10] 8/9 12/9 20/4
22/11 34/17 34/19 35/7
50/24 67/1 70/11
saying [4] 38/13 38/18
38/22 40/8
says [2] 46/12 50/4

**scheduling [2]** 30/8 71/9
**Schiff [1]** 60/6
**Schiller [1]** 2/8
**Scholer [1]** 2/16
**school [5]** 38/16 38/19 38/24 40/4 43/9
**schools [2]** 43/7 67/7
**score [2]** 47/21 48/20
**scouting [2]** 57/21 57/22
**scroll [1]** 46/12
**search [1]** 17/14
**seat [4]** 7/10 8/18 19/17 20/17
**seated [5]** 6/11 7/13 8/11 20/21 23/18
**SEC [7]** 4/20 4/22 5/3 5/6 5/10 5/11 5/15
**second [4]** 4/19 12/10 13/22 49/17
**secondary [1]** 10/23
**seconds [2]** 28/19 46/7
**secretary [1]** 61/23
**securities [6]** 17/24 18/15 18/17 37/3 53/6 69/20
**security [2]** 55/1 64/16
**see [11]** 8/21 13/11 20/2 40/9 44/13 54/18 54/25 65/2 72/1 72/3 72/7
**seek [2]** 39/5 39/8
**seeking [1]** 46/11
**seem [1]** 27/2
**seemed [1]** 27/25
**seems [1]** 27/23
**selected [2]** 39/13 40/2
**selection [4]** 5/19 6/16 7/22 40/1
**SENIOR [3]** 1/10 1/14 3/4
**sent [1]** 4/24
**separately [1]** 9/10
**series [5]** 6/17 6/23 7/7 8/17 8/22
**serious [2]** 36/1 52/18
**serve [15]** 6/18 8/2 16/17 16/21 16/24 19/10 19/14 30/1 30/12 31/13 55/15 58/4 59/13

**served [3]** 18/23 19/6 42/8
**service [2]** 16/4 61/3
**serving [2]** 57/25 69/18
**SESSION [1]** 1/13
**set [1]** 34/15
**Seven [1]** 60/9
**several [2]** 10/2 41/8
**share [3]** 19/13 43/17 65/10
**shareholder [3]** 11/17 11/24 12/4
**shareholders [3]** 9/21 11/5 11/13
**shareholders' [1]** 11/7
**she [41]** 20/13 25/17 33/6 33/7 33/8 40/7 40/8 40/10 40/25 41/4 41/4 41/15 41/17 42/6 44/21 45/24 46/1 52/18 52/24 56/8 56/19 56/21 56/21 56/22 57/2 57/2 58/19 58/22 59/1 66/6 66/7 66/7 66/10 66/12 66/12 66/13 66/14 66/15 66/19 71/12 71/16
**She's [1]** 33/5
**sheet [5]** 6/25 8/12 8/18 9/3 12/8
**sheets [3]** 8/21 9/7 19/25
**Shiller [1]** 13/7
**short [2]** 5/14 19/20
**shorthand [1]** 2/25
**should [9]** 8/12 11/22 12/7 21/2 21/4 21/8 27/6 36/20 55/18
**shouldn't [1]** 68/6
**show [1]** 28/2
**sic [1]** 26/15
**side [1]** 59/9
**Sidebar [24]** 28/11 28/22 30/22 31/5 32/9 32/21 37/14 37/24 44/14 45/1 45/16 46/4 46/9 46/20 48/3 48/25 56/1 57/7 58/14 59/4 66/4 66/20 69/23 70/3
**sides [1]** 66/1
**sign [1]** 45/14
**significant [4]** 17/20

**since [3]** 22/22 31/18 31/23
**single [1]** 29/4
**sir [4]** 24/4 33/14 49/19 52/2
**sister [5]** 40/19 40/24 42/5 52/17 71/8
**sit [2]** 19/17 40/10
**site [1]** 55/3
**sits [1]** 51/19
**six [4]** 5/15 25/18 38/6 42/17
**six-year-old [1]** 38/6
**slack [2]** 71/13 71/15
**slowly [1]** 27/1
**small [3]** 30/11 30/13 55/7
**so [60]** 4/5 5/13 7/6 7/11 7/13 7/20 8/2 8/3 8/9 8/19 9/17 12/15 13/1 15/9 15/18 19/15 19/21 20/6 21/23 21/23 23/20 26/3 26/9 26/15 27/22 27/24 28/3 29/16 30/8 30/15 31/16 31/23 38/20 38/25 39/9 39/12 39/15 47/22 48/15 48/23 51/16 53/2 53/8 54/11 55/7 55/17 55/18 56/7 57/18 57/20 58/3 59/16 63/18 64/13 65/13 67/10 67/18 68/1 71/9 71/15
**so...they [1]** 22/22
**social [4]** 19/7 54/13 64/24 67/22
**social/professional [1]** 67/22
**solemnly [1]** 8/6
**some [16]** 7/3 7/4 9/9 19/20 20/3 21/12 28/1 29/25 30/9 39/14 52/18 52/19 57/2 62/18 69/15 69/17
**somebody [3]** 45/9 59/7 61/8
**someone [22]** 16/6 17/19 17/22 18/13 18/16 18/19 22/8 27/8 32/24 37/2 38/9 38/25 40/17 41/6 41/19 42/3 49/6 53/5 59/17 59/18 60/23 64/15

**something [14]** 11/16 11/23 21/12 21/13 37/15 41/17 42/11 56/9 66/13 67/15 67/18 67/24 69/2 70/15
**sometime [1]** 5/25
**sometimes [4]** 10/15 10/16 10/17 71/9
**somewhere [1]** 47/20
**sophisticated [1]** 56/24
**sorry [12]** 21/20 21/21 24/12 24/17 38/8 38/11 38/21 39/7 40/5 41/24 42/2 69/8
**sort [2]** 21/12 22/11
**sorts [1]** 30/10
**sounds [1]** 21/11
**south [1]** 25/25
**Southern [2]** 70/7 70/16
**speaking [2]** 24/15 27/11
**special [1]** 9/16
**specialized [1]** 50/25
**specifically [1]** 48/10
**specifics [2]** 34/13 34/19
**sponsored [5]** 10/15 10/21 10/25 18/10 64/2
**spouses [2]** 12/13 14/10 15/8
**spread [1]** 7/9
**stability [1]** 10/23
**stand [7]** 8/3 13/11 13/13 14/2 14/2 20/1 24/7
**standard [2]** 11/21 58/24
**standing [1]** 14/4
**Stanley [1]** 51/5
**STANTON [3]** 2/14 3/18 14/5
**Starbucks [1]** 23/24
**start [5]** 4/15 20/19 29/24 38/20 59/6
**starting [3]** 3/6 14/2 56/3
**starts [3]** 38/16 38/24 40/4
**state [1]** 3/7
**statements [2]** 4/11 5/12

# S

**STATES [2]** 1/1 1/14
**stay [5]** 18/3 18/6 20/12 36/17 47/8
**stenotype [1]** 2/25
**step [2]** 71/10 71/10
**steps [21]** 20/20 24/5 25/2 28/24 29/23 31/9 31/11 38/1 38/3 39/19 40/15 46/22 49/2 49/4 58/11 59/11 68/13 69/1 70/22 70/25 71/20
**Stern [4]** 14/2 24/23 28/25 68/16
**still [6]** 5/9 33/21 38/21 54/19 59/8 72/1
**stock [26]** 1/10 3/4 11/1 11/3 11/6 11/8 17/15 17/18 17/20 21/16 22/9 26/19 27/9 35/22 50/5 50/12 50/14 51/20 52/3 52/4 62/7 63/10 63/17 63/22 66/18 67/16
**stocks [3]** 51/11 67/7 67/10
**stopping [1]** 59/6
**strategic [1]** 58/5
**strategies [1]** 58/7
**street [2]** 42/19 42/20
**stricken [2]** 29/20 46/2
**strike [5]** 37/21 45/21 48/5 48/16 48/24
**strong [17]** 16/14 16/18 16/22 17/9 18/2 18/4 19/1 19/3 20/22 21/7 25/21 33/23 35/15 36/15 37/9 46/24 47/7
**struck [1]** 29/17
**studies [1]** 58/3
**stuff [4]** 35/3 43/21 44/8 64/10
**submit [1]** 29/10
**subprime [1]** 36/14
**such [3]** 11/8 19/2 19/4
**suggest [1]** 56/12
**suggesting [1]** 66/13
**suing [1]** 69/7
**suit [1]** 18/25
**summons [1]** 39/11
**supposed [4]** 30/3 30/18 39/15 55/16
**sure [11]** 7/17 14/20

21/7 21/23 22/19 25/19 37/23 44/21 52/17 52/20 64/12
**Susan [3]** 15/11 15/14 15/23
**sustaining [1]** 54/16
**swear [1]** 8/3
**system [2]** 30/12 52/10
**systems [1]** 5/5

# T

**T-a-g-o-e [1]** 15/13
**T-h-a-k-o-r [1]** 15/14
**table [1]** 60/20
**tag [1]** 71/8
**Tagoe [1]** 15/13
**taint [1]** 7/5
**take [10]** 5/10 5/16 7/11 7/12 9/7 19/20 20/16 51/1 71/4 71/21
**taken [2]** 31/17 72/8
**takes [1]** 7/13
**taking [1]** 67/11
**talk [12]** 7/9 9/17 15/2 19/15 28/5 28/12 30/21 32/8 37/13 38/5 55/25 69/22
**talked [4]** 32/2 32/6 66/7 66/11
**talking [1]** 67/22
**Tavern [1]** 55/2
**tax [3]** 21/2 21/13 36/19
**taxes [2]** 21/5 21/8
**teacher's [1]** 43/6
**team [2]** 58/1 71/9
**technically [1]** 31/24
**tell [22]** 6/15 7/15 8/25 9/13 20/7 20/25 22/16 26/5 31/13 34/8 34/25 41/13 45/4 47/2 47/10 50/15 57/15 58/2 60/1 64/13 67/5 67/23
**telling [1]** 44/9
**ten [2]** 41/11 54/4
**term [4]** 18/9 36/25 64/1 64/8
**testified [1]** 5/1
**testimony [2]** 16/25 34/21
**Thakor [1]** 15/13
**than [13]** 7/12 7/18 16/4 17/4 27/3 27/6

29/9 34/23 35/10 36/20 51/8 51/25 56/7
**thank [17]** 5/18 5/21 6/9 8/11 20/3 20/6 24/4 28/25 29/21 31/8 40/6 44/9 46/3 49/1 58/10 68/12 70/21
**Thanks [3]** 68/9 70/19 71/19
**that [187]**
**that's [18]** 5/22 6/2 6/25 16/8 16/18 17/16 23/13 32/10 34/13 34/14 35/8 35/8 38/13 47/5 47/14 48/12 52/25 71/11
**their [16]** 4/22 11/13 11/13 12/13 14/10 15/8 16/24 19/3 19/4 45/14 47/13 47/13 57/19 60/2 61/12 62/2
**them [16]** 8/19 8/20 13/2 13/2 13/11 14/16 31/24 33/3 35/4 37/11 59/6 59/20 60/16 61/22 65/4 72/6
**themselves [1]** 35/10
**then [22]** 8/17 12/16 13/5 13/10 15/25 20/1 22/8 28/1 33/18 39/13 45/8 47/6 50/11 52/10 62/6 64/14 64/23 65/9 68/21 71/19 71/24 72/4
**therapy [1]** 4/14
**there [26]** 3/16 8/23 9/15 13/20 19/25 25/7 25/17 26/12 27/19 28/17 30/13 33/22 37/16 38/19 39/4 40/2 43/16 49/10 51/25 54/14 56/12 60/8 60/11 70/15 71/12 72/1
**there's [5]** 25/25 34/20 38/24 43/4 71/7
**these [16]** 3/20 8/24 13/10 13/12 13/19 14/9 39/11 39/12 39/14 39/25 43/23 44/19 45/3 45/10 66/22 72/4
**they [36]** 5/9 5/10 10/6 10/25 11/6 21/8 22/15 26/2 26/3 26/7 27/25 27/25 28/1 28/2 31/22 31/25 33/13 33/15 35/6

57/20 60/3 60/12 61/6 61/12 61/12 62/3 64/10 64/24 71/23 71/24 72/1 72/1
**they've [1]** 22/21
**thing [5]** 20/4 35/8 43/5 44/7 54/20
**things [6]** 30/10 56/17 56/22 57/11 67/14 71/5
**think [46]** 7/20 15/15 21/1 21/4 21/8 21/10 21/13 22/15 22/18 26/11 26/13 27/21 30/14 33/19 34/10 34/15 34/17 35/9 35/18 36/12 36/19 37/10 41/21 43/21 43/22 45/10 47/17 48/23 51/16 52/11 53/3 54/11 56/4 56/8 58/12 58/15 58/22 58/23 58/23 59/14 59/16 65/10 65/19 67/8 68/4 69/13
**third [1]** 13/24
**Thirteen [1]** 17/14
**Thirty [1]** 29/20
**Thirty-two [1]** 29/20
**this [74]**
**those [19]** 5/6 11/12 12/20 13/1 13/3 15/15 15/16 15/25 17/4 20/13 30/9 34/24 36/19 45/7 48/16 55/5 56/14 57/6 62/13
**thought [2]** 29/25 60/13
**thousands [1]** 27/14
**three [4]** 8/14 13/21 33/3 58/6
**through [14]** 5/19 6/23 7/7 7/14 8/22 16/4 19/21 19/22 27/25 39/9 39/10 50/16 50/19 62/9
**Tim [2]** 15/11 15/23
**time [21]** 7/18 9/14 19/21 24/7 27/4 27/5 31/7 31/24 31/25 32/5 32/11 39/14 39/16 40/2 47/20 56/5 58/13 59/7 59/8 68/3 71/16
**times [1]** 40/8
**Timothy [3]** 9/19 10/5 12/19

Case 1:13-mc-01288-RCL Document 5356 Filed 08/13/23 Page 88 of 89

**T**

**today** [4]  5/25 6/6 20/3 20/7
**together** [2]  10/11 10/19
**told** [1]  5/8
**tomorrow** [2]  4/9 6/6
**too** [5]  5/17 8/21 32/23 35/19 35/20
**took** [2]  12/2 60/2
**top** [1]  45/8
**Topaz** [2]  2/5 13/7
**topic** [1]  52/12
**totally** [1]  4/16
**tough** [1]  30/15
**town** [1]  30/19
**trade** [2]  51/14 63/20
**traded** [3]  10/25 51/13 63/19
**training** [3]  50/22 50/25 63/3
**transactional** [1]  53/13
**transcript** [3]  1/13 2/25 73/4
**transcription** [1]  2/25
**Transportation** [2]  61/3 61/7
**treated** [1]  11/5
**trends** [1]  51/1
**trial** [14]  1/13 3/23 5/1 6/13 6/14 6/19 8/2 9/13 15/3 15/4 26/12 56/4 56/8 65/20
**trip** [3]  30/19 30/20 57/11
**trouble** [1]  56/8
**true** [2]  44/4 73/4
**truly** [1]  8/7
**trust** [4]  46/18 50/2 52/19 57/20
**trusts** [1]  53/12
**truth** [1]  9/1
**truthfully** [1]  6/22
**try** [4]  16/23 16/24 19/19 38/12
**tumbled** [1]  26/24
**Turning** [1]  13/20
**two** [25]  3/20 9/13 12/15 12/17 29/3 29/20 30/14 31/18 32/5 38/7 38/10 38/14 38/18 38/23 38/25 39/11 39/12 39/25 39/14 39/24

39/25 40/3 54/18 60/5 68/21 71/13
**two-week** [2]  38/25 40/3
**type** [6]  17/23 43/20 44/8 53/13 54/1 66/6

**U**

**U-g-o-l-e-t-t-i** [1]  15/12
**U.S** [4]  2/21 17/11 20/24 47/1
**Ugoletti** [1]  15/12
**uncle** [4]  22/3 33/3 33/12 33/18
**under** [6]  8/8 11/10 13/4 57/19 57/19 65/23
**underlying** [1]  52/10
**understand** [6]  11/22 28/14 31/25 40/8 46/10 67/10
**understanding** [4]  39/23 52/25 57/2 69/12
**understands** [1]  56/25
**Understood** [2]  58/25 59/3
**underwriting** [6]  18/15 18/17 37/4 41/20 53/6 64/16
**Unfortunately** [2]  4/4 67/7
**unit** [1]  33/5
**UNITED** [2]  1/1 1/14
**University** [5]  43/15 49/15 49/16 49/18 62/20
**unreasonably** [1]  12/3
**until** [2]  4/15 20/12
**unwritten** [1]  11/23
**up** [45]  5/16 8/20 9/8 9/10 13/11 15/17 19/23 20/1 20/13 20/20 24/1 25/2 27/24 29/2 29/4 29/23 31/11 38/3 40/15 44/13 44/18 45/7 45/14 45/15 46/22 48/1 48/4 48/19 48/20 48/22 49/4 56/11 56/17 56/23 57/4 58/6 59/11 59/15 65/19 66/3 66/17 69/1 70/25 71/12 71/14
**update** [2]  4/19 4/24
**updates** [1]  3/20
**upon** [1]  6/18
**upper** [1]  8/16

**ups** [2]  46/23 49/5
**us** [5]  5/8 24/11 41/1 58/15 67/5
**use** [6]  24/11 24/14 24/19 37/11 45/23 45/24
**used** [7]  33/2 34/10 45/23 46/12 46/15 64/6 64/21
**using** [1]  24/20

**V**

**vacation** [1]  55/17
**value** [1]  37/11
**VARMA** [2]  2/14 14/4
**vast** [1]  50/19
**verdict** [2]  42/23 54/6
**vertigo** [1]  59/15
**very** [10]  20/3 24/4 44/3 44/9 49/1 55/7 58/10 68/9 70/20 71/19
**vestry** [1]  55/11
**Veteran** [1]  25/14
**victim** [1]  17/23
**view** [3]  26/14 28/3 48/8
**views** [12]  17/5 17/25 18/2 18/5 19/1 19/3 35/9 36/10 36/15 37/9 47/7 52/6
**VINCENT** [2]  1/17 13/17
**Virginia** [1]  37/7
**voir** [1]  6/16
**volunteers** [1]  54/17
**vs** [1]  1/4

**W**

**W.R** [2]  10/7 10/10
**Wait** [1]  29/15
**wallet** [1]  51/19
**want** [8]  6/15 7/19 15/17 30/15 38/5 44/13 59/2 65/2
**wanted** [8]  15/5 24/13 40/5 45/9 46/13 46/14 51/14 63/20
**wants** [1]  16/12
**was** [75]
**Washington** [7]  1/5 1/18 2/9 2/17 2/22 16/10 54/17
**wasn't** [3]  21/17 21/23 60/11

**waste** [3]  39/16 58/12 59/8
**Wasting** [1]  59/7
**watch** [2]  38/9 38/25
**Watt** [2]  4/1 4/6
**Watt-Calabria** [2]  4/1 4/6
**way** [6]  7/17 29/10 45/12 48/8 65/17 71/12
**ways** [1]  32/19
**we** [90]
**We're** [1]  20/16
**we've** [1]  19/21
**week** [7]  3/24 38/25 40/1 40/3 40/3 55/17 56/6
**weekend** [3]  4/23 56/6 56/7
**weeks** [16]  9/14 30/14 31/18 32/5 38/7 38/11 38/14 38/19 38/23 39/12 39/12 39/14 39/24 40/1 55/18 71/13
**weird** [1]  38/13
**welcome** [2]  6/15 44/11
**well** [16]  3/14 6/21 8/7 16/13 26/20 32/13 33/3 49/14 51/24 52/15 57/21 58/12 59/8 59/9 71/25 72/3
**well-qualified** [1]  59/8
**went** [1]  36/13
**were** [22]  4/3 4/4 23/18 33/13 35/6 36/19 36/21 42/21 44/5 45/7 46/24 47/6 51/10 59/15 60/10 63/7 63/13 64/23 64/24 67/22 69/11 70/16
**what** [58]  6/16 9/24 14/16 22/1 25/7 27/6 29/4 33/4 33/6 35/7 35/24 36/7 39/22 40/8 40/24 41/2 41/25 42/1 42/10 42/12 43/5 43/10 43/21 44/21 45/4 45/12 47/23 48/11 49/10 49/17 50/22 51/18 53/2 53/25 54/14 54/18 56/18 57/4 57/15 58/2 58/4 61/1 61/5 61/22 61/25 62/16 63/2 63/12 64/24 66/6 66/7 66/19 66/21 66/24 67/1 67/9

**W**

**what... [2]** 69/5 71/1
**What's [3]** 49/13 49/25 57/10
**whatever [1]** 68/2
**when [32]** 8/17 10/3 10/7 10/9 10/18 19/16 26/8 26/23 27/11 27/23 28/2 38/15 38/16 38/19 38/24 39/11 40/3 43/22 44/5 44/7 45/3 51/10 59/15 60/3 62/4 63/7 66/10 67/4 68/1 69/12 70/4 70/13
**where [23]** 4/10 4/20 6/17 7/4 7/8 23/4 23/22 25/12 26/12 31/20 35/9 43/12 43/13 53/11 55/20 56/19 58/5 60/5 62/19 64/20 69/7 70/16 71/9
**whether [7]** 9/16 12/1 12/2 16/23 19/2 48/13 66/12
**which [10]** 3/25 7/6 10/13 11/10 35/14 52/19 55/2 55/9 55/12 64/13
**while [6]** 6/4 7/14 10/24 32/1 32/23 64/5
**who [28]** 5/1 5/2 7/23 7/24 8/2 10/9 14/2 14/4 15/21 15/22 15/22 15/23 17/1 17/1 17/3 17/4 22/4 33/10 34/21 34/23 34/24 51/3 56/22 58/3 59/7 60/12 61/20 71/4
**whole [2]** 31/21 35/14
**whose [2]** 7/23 11/6
**why [2]** 34/5 56/15
**will [71]** 4/5 6/5 6/18 6/23 6/25 7/7 7/8 7/9 7/13 7/17 7/20 7/23 7/23 7/24 8/2 8/7 8/18 9/6 9/7 9/12 9/15 9/24 10/13 11/20 12/5 12/15 12/16 12/17 13/11 13/13 14/1 14/2 14/19 16/25 19/16 19/17 19/18 19/20 19/25 20/2 20/7 20/11 20/19 29/14 31/7 34/18 34/20 37/20 37/21 40/9 40/12 48/23

48/24 51/17 52/12 55/22 55/24 56/4 56/12 58/15 59/5 59/6 60/16 67/9 68/22 69/13 70/2 70/19 71/19 71/21 72/7
**Williamsburg [1]** 37/7
**willingness [1]** 6/18
**wiped [1]** 69/11
**wise [2]** 51/3 51/3
**within [1]** 56/19
**without [3]** 9/10 20/4 34/19
**witness [2]** 18/25 35/2
**witnesses [9]** 15/2 15/7 15/9 15/17 15/19 17/1 17/3 17/6 34/23
**won't [2]** 19/19 40/9
**Wonderful [1]** 5/21
**word [6]** 45/23 45/23 45/24 45/25 46/12 46/15
**work [31]** 7/20 23/23 23/24 25/10 25/11 26/3 26/20 31/20 32/24 33/4 35/12 35/13 40/17 49/6 49/9 49/21 53/13 56/9 56/18 56/24 57/15 59/22 60/4 60/5 61/12 61/12 64/6 65/12 65/16 67/10 71/11
**worked [11]** 16/7 16/12 17/8 25/4 25/8 40/19 60/3 60/8 60/23 61/6 61/18
**worker [2]** 31/16 32/11
**working [6]** 6/1 6/5 28/12 59/21 64/5 71/16
**works [6]** 33/1 33/3 37/6 61/2 61/8 66/6
**world [1]** 19/19
**worth [1]** 51/16
**Worthless [1]** 39/18
**would [73]** 3/9 4/7 4/10 8/3 15/9 15/17 16/1 16/20 19/10 19/13 19/14 20/25 21/9 23/20 24/11 24/14 26/13 28/19 29/3 29/7 29/8 29/10 30/14 30/15 30/24 31/13 31/17 31/19 32/5 33/16 33/25 34/15 35/1 35/2 35/4 35/7 35/9 39/3 43/23 44/18 44/19 44/23 45/3

48/18 50/24 51/23 56/5 56/12 56/17 56/18 56/23 56/25 57/4 58/5 58/13 58/18 64/8 65/10 65/10 65/17 66/8 66/14 66/17 68/19 69/17 69/25 71/1 71/5 71/25
**wouldn't [1]** 51/23
**write [6]** 6/24 6/24 6/25 8/14 9/4 19/15
**write-down [1]** 6/25
**writing [3]** 9/5 65/1 66/11
**written [1]** 19/22
**wrong [3]** 8/23 41/21 59/14
**wrongdoing [1]** 17/23

**Y**

**yeah [9]** 29/20 34/1 36/12 36/18 37/1 37/5 37/10 50/18 71/15
**year [3]** 38/6 62/23 62/25
**years [18]** 11/1 25/16 25/18 33/17 33/18 33/19 40/20 41/11 42/17 51/8 54/4 59/22 60/9 61/24 64/18 64/22 66/8 70/18
**yep [1]** 71/17
**yes [59]** 6/25 8/23 9/2 9/5 9/8 12/9 13/3 13/18 14/11 15/18 16/1 16/5 16/9 19/22 25/3 25/6 26/3 27/11 27/14 27/22 28/3 30/2 33/1 33/14 34/24 40/19 41/23 42/6 42/9 42/24 43/11 44/1 44/3 44/3 46/8 47/1 47/9 47/11 49/8 49/19 49/23 50/13 53/16 53/18 53/23 57/12 60/25 61/19 62/3 62/8 63/24 64/3 65/22 65/24 65/24 66/2 68/11 69/4 69/17
**yesterday [1]** 64/13
**yet [2]** 40/9 71/23
**York [3]** 2/8 2/12 70/7
**you [349]**
**you're [2]** 32/23 44/11
**you've [3]** 19/22 27/4

**your [126]**
**Your Honor [52]** 3/13 3/18 4/2 4/8 4/20 13/15 14/15 20/10 24/10 24/16 24/21 28/13 28/25 29/2 29/16 30/2 31/8 32/12 32/16 32/17 37/19 37/22 39/20 40/6 44/19 45/17 45/18 45/20 45/22 45/23 46/15 46/17 48/4 48/16 48/18 49/8 49/23 50/13 51/15 53/16 54/24 56/2 56/12 57/6 58/25 59/3 66/5 68/17 70/1
**Your Honor's [1]** 6/7
**yours [3]** 12/12 14/9 15/6
**yourself [3]** 17/2 34/22 62/10

**Z**

**zero [1]** 47/20