### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al,                    Civil Action
                                                 No. 1:13-1053

                    Plaintiffs,

       vs.                                       July 25, 2023
                                                 Washington, DC
FEDERAL HOUSING FINANCE
AGENCY, et al,                                   12:47 p.m.




                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC                    Miscellaneous Action
SENIOR PREFERRED STOCK PURCHASE                 No. 1:13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.
_____


### *** AFTERNOON SESSION ***
TRANSCRIPT OF JURY TRIAL - DAY 2
### BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT SENIOR JUDGE


APPEARANCES:

**For Berkley Plaintiffs: VINCENT COLATRIANO**
                              Cooper & Kirk, PLLC
                              1523 New Hampshire Avenue NW
                              Washington, D.C. 20036

APPEARANCES CONTINUED:


**For Class Plaintiffs:**     LEE D. RUDY
                              Kessler Topaz Meltzer & Check, LLP
                              280 King of Prussia Road
                              Radnor, Pennsylvania 19087

                              **HAMISH HUME**
                              **KENYA KHALELAH DAVIS**
                              Boies Schiller Flexner LLP
                              1401 New York Avenue NW
                              Washington, D.C. 20005

                              **ROBERT KRAVETZ**
                              Bernstein Litowitz Berger &
                              Grossmann LLP
                              1251 Avenue of the Americas
                              New York, NY 10020


**For Defendants FHFA,**      **ASIM VARMA**
**Fannie Mae and**            **ROBERT STANTON JONES**
**Freddie Mac:**              **IAN S. HOFFMAN**
                              **DAVID BLOCK BERGMAN**
                              Arnold & Porter Kaye Scholer LLP
                              601 Massachusetts Avenue NW
                              Washington, D.C. 20001


**Reported By:**              **LORRAINE T. HERMAN, RPR, CRC**
                              Official Court Reporter
                              U.S. District & Bankruptcy Cts.
                              333 Constitution Avenue, NW
                              Room 6720
                              Washington, D.C. 20001
                              lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1                            **P R O C E E D I N G S**

2    (AM session reported/transcribed by Nancy Meyer.)

3              **DEPUTY CLERK:**  Are you ready for the jurors,

4    Your Honor?

5              **THE COURT:**  Yes.

6         (Jury panel entered the courtroom.)

7              **THE COURT:**  All right.

8              To the members of the jury panel, I apologize for

9    this taking as long as it did.

10             The opportunity now to each counsel, for

11   exercising what we call peremptory challenges, that is, I've

12   ruled on all of the legal questions presented by any of the

13   answers that were with given during the voir dire process.

14             Each side now has an opportunity to exercise

15   peremptory challenges; that is challenges for which they

16   need not disclose a reason to the Court.  They get an

17   opportunity to see you one last time before we seat the

18   final jury.  So some of you will now be excused and some of

19   you will be seated on the final jury.

20             We will seat a jury of eight.  We have to have six

21   at the end to reach a verdict, otherwise we have a mistrial

22   and we have to start all over.  So we seat eight, in case

23   some emergency, medical or otherwise, happens.  So I seat an

24   extra couple to make sure I have six at the very end,

25   because I have to have six to get a verdict in a civil case.

1    We have to have 12 in a criminal case, but 6 in a civil

2    case.  So we are going to seat eight of you.  Some of you

3    will be released now.

4            To help counsel exercise what we call peremptory

5    challenges, some of the questions you were asked gives them

6    some information about you.  They have some information

7    about your background and other information that they take

8    into account.

9            I have been a judge so long now, I really forget

10   exactly how you do this, but some people tell me when you

11   came in the bench, if you looked a right way at them, they

12   look at that.  If you wink at them, they look at that.

13   There are all kinds of things that go into how they exercise

14   their judgment here.  But you cannot tell who is going to be

15   exercising a peremptory or who is not.  Don't be offended by

16   what happens next.

17           In any event, we have done it this way for 200

18   years.  We are going to be doing it this way as long as I am

19   a judge.  It makes everybody feel like they had some say in

20   the process.  We want everybody going away from a trial

21   feeling like they had some say in the process.  Both sides

22   have some say.  So we are going to exercise peremptories and

23   we are going to seat a jury.

24           Based on everything said so far, I think all of

25   you will be fair and impartial, but everybody gets a chance

1    to have some say in that, but if you sit there a little

2    longer while they exercise their best judgment, we will seat

3    a jury.

4            **MR. STERN:**  Your Honor, Jonathan Stern.  May we

5    approach Your Honor's court clerk?

6            **THE COURT:**  Yes.

7        (Peremptory strikes were made.)

8            **DEPUTY CLERK:**  As I call your juror number, if you

9    will come over here and I will let you know which seat to

10   take in the box.

11           For seat number one, I need Juror 1203.

12           Seat number two, I need Juror 0598.

13           Seat number three, I need Juror 1146.

14           Seat number four, I need Juror 0484.

15           Seat number five, I need Juror 0867.

16           Seat number six, I need Juror 1156.

17           Seat number seven, I need Juror 0857.

18           And seat number eight, I need Juror 0223.

19           **THE COURT:**  Was 223 number eight?

20           **DEPUTY CLERK:**  Seat number eight is 0223, yes.

21           **THE COURT:**  All right.  For the reminder then, you

22   are excused.

23           On behalf of the Court and community, I thank you

24   very much for your willingness to serve.  We could not,

25   without good citizens like you, perform our administration

1    of justice in the community.  So on behalf of the Court and

2    the community, I thank you very much for your service.  You

3    are excused at this time.

4            **DEPUTY CLERK:**  Can you remind them to check out at

5    the Jury Office.

6            **THE COURT:**  If you check out with the Jury Office,

7    they will do the final paperwork with you.

8            **MR. STERN:**  Your Honor, could we --

9            **THE COURT:**  For the eight of you, I appreciate

10   very much your willingness to serve.  And I am going to get

11   to know you a lot better the next couple weeks.

12   Congratulations or condolences, whichever you think is in

13   order.

14           [Laughter]

15           I am going to say to you that it will be

16   interesting and informative.  I am delighted you will be

17   with us.

18           I always speak to the jury when I come on and off

19   the bench.  I can't talk about the case.  I still wear

20   Redskins shirts.  I never wore the Commanders.  But I can

21   talk to you about things like that, because I can't talk

22   about the case.

23           I am going to give you some preliminary

24   instructions, and I am going to read you some long

25   preliminary instructions before we take a short break.  So

1   if you will stand and take the oath as members of the jury

2   panel and raise your right hands.  Then I will explain to

3   you how we are going to go about this.

4             **DEPUTY CLERK:**  Raise your right hands.

5             **JURORS:**  [Complied]

6             **DEPUTY CLERK:**  Do you and each of you solemnly

7   swear you will well and truly try all issues joined in this

8   cause between Fairholme Funds, Inc., et al and Federal

9   Housing Finance Agency, et al, along with the related case,

10  and a true verdict rendered according to the evidence.  If

11  so, say, I do.

12            **JURORS:**  I do.

13            **DEPUTY CLERK:**  Thank you.  You may be seated.

14            **THE COURT:**  Before we begin the trial, I want to

15  briefly describe how the trial will work and some legal

16  rules.  I will give you detailed instructions at the end of

17  the trial, after you've heard all of the evidence and before

18  you start your deliberations.

19            Your responsibility as jurors is to determine the

20  facts in the case and to apply those facts consistent with

21  the legal principles that I will explain to you.  You and

22  only you are the judges of the facts.  You alone determine

23  the weight of the evidence, including the believability of

24  each witness.

25            My responsibility is to conduct the trial in an

orderly, fair and efficient manner.  It is your sworn duty

as jurors to accept and apply the law as I explain it to

you.  You should not take anything I do or say as any

indication of my opinion as to how you should decide the

facts or what your verdicts should be.

To help you remember, you can take notes for your

personal use.  Your notes are only an aid to your memory.

They are not evidence.  Those jurors who do not take notes

should rely on your own memory of the evidence.

So you notice you have some paper there and pens

on your chairs.  Whether you take notes or not is entirely

up to you.  Some people will find that taking notes helps

them remember testimony and evidence.  Others will find that

it distracts them from listening to and watching the

witnesses.

You should make your own choice, because each of

us knows how best we can take in and remember information.

If you won't -- if you want to take notes, we have a

notebook and pen for each of you.  Please take any notes in

the notebook.  If you do take notes, you can take your

notebook back into the jury room at the end of the trial to

review while you deliberate.

In breaks and overnight during the trial, you can

leave your notebooks on your chair there.  We will keep them

safe and secure and locked, probably, overnight.  I don't

1    know if you lock them in the jury room.  The jury room is

2    right behind us here.  But during the trial you can just

3    leave your notes there on your chair, and you won't have to

4    wag them back and forth.

5           After your verdict, we will collect the notebooks

6    and the pages will be torn out and destroyed.  No one will

7    ever look at your notes.  You feel free to write down

8    whatever you want to write.  "The judge is a jerk."

9    Whatever you want.  I will not read it.  The notes are just

10   for your own personal use and information.

11          As I say, some people find it helpful to take

12   notes.  There will not be a trial transcript at the end, so

13   you have to rely on your own memory and recollection of the

14   evidence at the end.  So some people find it useful to keep

15   notes as we go along.

16          You must pay careful attention to the testimony of

17   all of the witnesses before you, because you will not have

18   transcripts or a summary of the evidence available to you

19   during deliberations.  You have to rely on your own memory

20   and your notes, if you choose to take any.

21          I want to explain some legal terminology,

22   including the burden of proof.  The plaintiffs are the

23   person who started the lawsuit.  The defendants are the

24   persons the plaintiffs have sued.  The plaintiffs must prove

25   the factual basis of their claims and that it's more likely

1    true than not true.  This burden of proof is sometimes

2    called the preponderance of the evidence standard.

3             Although there are multiple plaintiffs and

4    defendants, you must consider the evidence concerning each

5    plaintiff and each defendant separately.  The lawyers may

6    object from time to time to questions, exhibits and

7    statements.  You must not hold such objections against the

8    lawyer who makes them or the party the lawyer represents.  A

9    lawyer has a responsibility to object to evidence or

10   argument that he or she considers inappropriate.

11            If I overrule an objection to a question, it means

12   only the law permits the witness to answer the question,

13   it's still up to you to decide how much weight, if any, the

14   answer is entitled to.

15            If I sustain an objection, you should not hold it

16   against the lawyer who asked the question.  It only means

17   the law does not permit the witness to answer the question.

18   You should ignore the question.  You must not guess what the

19   answer would have been to the question.  If a question is

20   asked and answered and I rule that the answer should be

21   stricken, you must not consider either the question or the

22   answer in your deliberations.

23            Sometimes a lawyer's questions suggest the

24   existence of a fact.  But the lawyer's question is not

25   evidence.  The witness's testimony is the evidence.  As I

1   mentioned, you must decide the case solely on the evidence

2   presented within the four walls of this courtroom.  That

3   means during the trial you must not conduct any independent

4   investigation or research about the case.

5          For example, you cannot use the internet to

6   research the facts or the law or the people involved in the

7   case.  Research includes something even as simple or

8   seemingly as harmless as getting a definition of a legal

9   term over the internet or from a dictionary.

10         I want to explain why you should not conduct your

11  own investigation or research.  All parties have a right to

12  have the case decided only on evidence and legal rules that

13  they know about and to which they have a chance to respond.

14  Relying on information you get outside this courtroom would

15  be unfair, because the parties would not have a chance to

16  refute, correct or explain it.

17         Unfortunately, information we get over the

18  internet or from other sources may be incomplete, misleading

19  or just plain wrong.  It's up to you whether to decide to

20  credit any information presented in this courtroom.  And

21  only information presented in this courtroom may be

22  considered.  If evidence or legal information has not been

23  presented in this courtroom, you cannot rely on it.

24         You are not permitted to discuss the case with

25  anyone until you begin your deliberations, after I give my

1    final instructions.  That means until the case is submitted

2    to you, you may not talk about it with family members,

3    friends or even your fellow jurors.  You should not

4    communicate about the case by any means, in person, over the

5    phone, using the internet, including emailing, texting,

6    blogging or using social media, such as Facebook or Twitter.

7            The only communication you should have is with the

8    jury as a whole, once your deliberations begin.  This is

9    because we want you to keep an open mind and not make any

10   decisions until you've heard all of the evidence and talked

11   with your fellow jurors as a group.

12           When we take our first recess or when you leave

13   the courthouse at the end of the day you can call home or

14   work and tell them you have been selected for jury and how

15   long it will last.  They will undoubtedly ask what kind of

16   case you are sitting on.  You can tell them it's a civil

17   case but nothing else.  When the case is over, you may

18   discuss any part of it with anyone, if you wish to do so.

19   But during the trial, you should not discuss anything about

20   the case with anyone, including even with each other.

21           As part of the prohibition against communicating

22   with others, you may not speak with the parties, their

23   lawyers or the witnesses.  Do not be offended if a lawyer or

24   party does not respond, Hello, if you see them during the

25   trial.  You might see them in the hallway or in the

1    elevator, in the basement, if you go down to the cafeteria.

2    If they turn and walk away from you, they are not being

3    rude.  They are just under instructions to not communicate

4    with you under any circumstances, in any way, during this

5    trial.  If they walk away, they are not being -- don't be

6    offended, because I've told everyone in this trial to not

7    have any communication with any member of the jury.  And you

8    should not communicate with them.

9         It's unlikely, but if someone talks to you about

10   the case, you should refuse to do so and immediately let me

11   know by sending me a note or telling the clerk that you need

12   to speak to me.  Do not tell the other jurors.  Just let me

13   know, and I will bring you in and discuss it outside the

14   hearing of the other jurors.

15        Similarly, if during the trial, you know someone

16   involved in the case or something about the facts, raise

17   your hand immediately and ask to speak to me, and I will

18   talk to you outside the presence of the other jurors.

19        Also, there may be reports in the newspaper, on

20   television or on other media concerning the case or facts

21   relating to the case during the trial.  If there is any such

22   media coverage and you may be tempted to read, listen to or

23   watch it, you must not do so.  That is because you must

24   decide this case solely on the evidence presented in this

25   courtroom.  If any publicity about this trial or any related

1    issues during this trial come to your attention during the

2    trial, do not discuss it with any other jurors or with

3    anyone else, just let me or the courtroom clerk know as soon

4    as it happens, so that you and I can discuss it.  Don't talk

5    to anybody else about it, but talk to me about it if

6    anything comes to your attention.

7         I don't have any reason to know at this state

8    whether anything is going to be publicized but you never

9    know.  Tell me if anything comes to your attention.  Set it

10   aside and don't read it.  Tell me about it if anything comes

11   to your attention.

12        I think that all I have for preliminary

13   instructions.  So let me excuse the jurors for a few minutes

14   while I talk to the lawyers about the schedule.  I'll let

15   the clerk show you where the jury room is, how things will

16   work, and I'll talk to the lawyers about our overall

17   schedule.

18        Welcome aboard.

19   (The jury exited the courtroom.)

20        **THE COURT:**  Okay.  Who wants to go first?

21        **MR. STERN:**  Thank you, Your Honor.

22        Jonathan Stern.  Just on scheduling, Your Honor.

23        **THE COURT:**  Yes.

24        **MR. STERN:**  I confirmed with Mr. Hume, we would

25   request to start openings tomorrow, if that is acceptable to

1     the Court.

2            **THE COURT:**  I will give the jury a few minutes to

3     acclimate before I tell them we will recess until 10

4     tomorrow.

5            Do you all want to start on the pivoting motions

6     then?

7            **MR. JONES:**  Yes, Your Honor.  Stanton Jones for

8     the defendants.

9            As recently as the lunch break, the parties have

10    been discussing a possible resolution of one of the two

11    motions.  If I could confer with plaintiffs' counsel for

12    just a moment, I think we can button it up.

13           **THE COURT:**  Sure.  Sure.

14           We can defer to tomorrow morning, if you wish.  I

15    don't really care. I'll even come at 9:30.

16       (Discussion off the record between counsel.)

17           **MR. STERN:**  Sorry, Your Honor.  We are seeing if

18    we can work this out.  Jonathan Stern for the defendants.

19       (Discussion continued off the record.)

20           **MR. JONES:**  Is Your Honor ready?

21           Thank you.

22           The motion the parties are discussing is the one

23    related to the Watt-Calabria exhibits.  I am told we are

24    extremely close to an agreement so that if we start with the

25    other motion concerning the SEC filings, by the time we are

1    done with that one, we may have an agreement to report to

2    you that eliminates the Watt-Calabria motion.

3             If it's okay with Your Honor, I will start with

4    the motion to admit the SEC filings.

5             **THE COURT:**  Okay.

6             In the meantime, I am going to go ahead and

7    dismiss the jury and tell them to come back in the morning

8    then.

9             **MR. JONES:**  Certainly.

10            **DEPUTY CLERK:**  Do you want me to bring them back

11   in?

12            **THE COURT:**  Yeah.

13            **DEPUTY CLERK:**  Jury panel.

14        (The jury entered the courtroom.)

15            **THE COURT:**  You may be seated.

16            All right.

17            Ladies and gentlemen, after consulting with

18   counsel, I am going to go ahead and release you for the day.

19            I don't like to start closing arguments and not

20   let both sides get their arguments in.  I think it's better

21   if we start in a way where both sides can have their opening

22   statements together at the same time.  We will start

23   tomorrow morning at 10:00.  And everybody will get their say

24   before we break tomorrow.  So we won't start and stop in

25   fits and not let everybody have a chance to say things to

1    you at the same time tomorrow.  So in light of the hour, we

2    will stop for the day.

3            Normally we would go 10 to 5 each day.  We will

4    break, depending on where we are in a witness.  Sometimes we

5    may run a little past five.  Normally we will stop between

6    4:30/5 each day.  Normally we will start at 10, some days

7    earlier.  Sometimes I have to do a sentencing in some cases

8    at 12:30, so it may affect our lunch hour.  Normally we will

9    take a 10-minute break sometime in the morning and a

10   10-minute break sometime in the afternoon.  Normally we will

11   go to lunch 12/12:30.  So you know what the normal schedule

12   will be.

13           I always say, don't talk about the case.  Don't

14   let anybody talk to you about the case.  Don't go sending

15   any Twitter or Tweeting or any that kind of stuff.  Don't do

16   any electronic investigation.  Don't go Twitter, Tweet or --

17   what are all of the gadgets I am supposed to tell you not to

18   do.  I don't do any of them myself, but I know some of you

19   young people do that stuff.  Don't go do any of those

20   things.  Especially that guy who is looking at me, who is

21   young enough to be doing this stuff.  Don't go do any of

22   those things.

23           [Laughter]

24           Anyway, you can leave your notebooks in the jury

25   room.  My chambers is right here.  We will have everything

1    locked up.  We will see you all tomorrow morning at 10:00.

2    We will get started fresh, bright and eager to go.  Don't

3    talk about anything in the case.  I will see you tomorrow.

4    I am looking forward to it.  I hope you all are.

5              **MR. JONES:**  Thank you, Your Honor.  Stanton Jones

6    for the defendants.

7              Defendants move to admit Fannie Mae's and Freddie

8    Mac's quarterly 10-Q and annual 10-K SEC filings from 2008

9    to 2020.  In the Court's recent Motion in Limine ruling on

10   Friday, the Court found that those SEC filings are "Likely

11   to be admissible" under the business records exception, but

12   the Court reserved ruling on the admission of the SEC

13   filings, "until it is clear what, if any, testimony

14   defendants may offer by a qualified witness familiar with

15   the enterprise's recordkeeping procedures."

16             Within hours after this ruling, Your Honor, the

17   plaintiffs informed us that they will object to defendants

18   making any reference discussing or displaying any of the SEC

19   filings in defendants' opening statements.  And they ask for

20   a proffer of what foundation we would lay for the business

21   records exception.

22             Within two days, Your Honor, we provided the

23   plaintiffs with the declaration of Nicholas Satriano, which

24   is presented as a certification that the SEC filings are

25   business records, consistent with Rule 803(6)(d) and

1    902(11).

2          The Satriano declaration makes two points

3    exceedingly clear.  First, Mr. Satriano is a qualified

4    witness for purposes of certifying the enterprise's SEC

5    filings as business records, because he has intimate,

6    extensive familiarity with all of the relevant Fannie Mae

7    and Freddie Mac recordkeeping procedures, as it pertains to

8    SEC filings.

9          Second, Your Honor, Mr. Satriano's declaration

10   also makes exceedingly clear that the SEC filings, in fact,

11   satisfy all of the substantive elements of the business

12   records exception.  They are made at or near the time by

13   people with knowledge and kept in the regular course and the

14   like.  On the qualified witness point, Your Honor,

15   Mr. Satriano's declaration sets out in detail his extensive

16   familiarity with all the relevant procedures, recordkeeping

17   and otherwise at the enterprises.

18          The declaration explains how the filings are

19   created, distributed, submitted, stored and maintained and

20   explains in detail just exactly how Mr. Satriano became

21   familiar with all of that through his role as the chief

22   accountant at FHFA, which of course is the conservator and

23   regulator of Fannie Mae and Freddie Mac.  And the

24   declaration explains in detail that Mr. Satriano, for

25   instance, was involved in creating FHFA's advisory guidance

1    to the enterprises, about the preparation of SEC filings.

2              He is familiar, through his work at FHFA, with

3    each enterprise's own internal written guidelines that

4    govern their own preparation of SEC filings.  He regularly

5    meets with the relevant senior management at each enterprise

6    to discuss the preparation of the SEC filings.

7              He and members of his staff attend the relevant

8    committee meetings, the disclosure committee at each

9    enterprise.  The audit committee at each enterprise's Board

10   of Directors, all in relation to Fannie Mae's and Freddie

11   Mac's preparation and submissions of these SEC filings.  The

12   record is clear that all of the relevant recordkeeping

13   procedures described, have been in substance the same,

14   without change, going all of the way back to 2008.  So

15   throughout the entire relevant period.

16             To the second point, the declaration also makes

17   clear, as does testimony, deposition and trial testimony,

18   from the enterprise's former CFOs, Ms. McFarland and

19   Mr. Kari, they establish all the requirements of the

20   business records exception are satisfied.  The SEC filings

21   were made at or near the time of the recorded activity by

22   people with knowledge.

23             On the timing point, at or near the time of the

24   recorded activity, as Your Honor well knows, these are

25   quarterly and annual SEC filings.  They are prepared on a

1    regular schedule, that is set out in federal securities

2    laws.  They are prepared in relation to a specific time

3    period at or near that time.

4           On the question of being prepared by people with

5    knowledge, the declaration explains and the testimony

6    supports, that the SEC filings are made by the relevant

7    senior management, the CEO, the CFO, the disclosure

8    committee, the audit committee, the enterprise's external

9    auditors at Deloitte Touche and PricewaterhouseCoopers, with

10   input and review from FHFA, in its role as conservators.

11          Your Honor, as our brief pointed out, the federal

12   securities laws, in fact, require each enterprise's CEO and

13   CFO to certify, within the SEC filing, that the contents are

14   based on those executive's own knowledge.

15          We identified that the SEC filings, in fact,

16   contain those certifications from the CEO and the CFO that

17   the contents are based on their knowledge.  So clearly the

18   evidence establishes that the SEC filings were made at or

19   near the time of the recorded activity, by people with

20   knowledge.

21          The other requirements, I believe on the basis of

22   the plaintiff's opposition brief, that they are not in

23   meaningful dispute.  But in any event, the record also

24   establishes that making these SEC filings was and is a

25   regular practice of each of the enterprise; and that they

1    are kept in the course of regularly conducted activity.

2              We cited cases, Your Honor, from around the

3    country, holding that SEC filings, quite obviously, meet

4    these requirements.  It's an extremely regular activity,

5    because of the rules that dictate filing these sorts of

6    reports, both quarterly and annually; that makes them by

7    definition highly regular.  And they are kept and stored by

8    each enterprise.

9              And also on the SEC's EDGAR website.  It is very

10   familiar to lawyers, both those who practice in the

11   securities area and others.  It is a very familiar

12   repository for storing SEC filings.  But both enterprises

13   also, certainly, store the enterprises on their own,

14   including on their own websites.  The SEC filings are

15   available there, as we speak.

16             Your Honor, the defendants primarily lodged

17   procedural objections to Mr. Satriano's declaration

18   explaining it should have been produced earlier; that they

19   suffered some prejudice.

20             Your Honor, those contentions just don't withstand

21   scrutiny.  It was Friday afternoon after the Court's Motion

22   in Limine ruling that they informed us that they would

23   object to any reference to the SEC filings in the

24   defendant's opening statement and asked for a proffer.  And

25   within 48 hours, we had sent the certification.  We filed

1    the motion --

2         **THE COURT:**  Oh, that's just the question of the

3    certification.  In terms of the evidence, obviously, this is

4    all a different question.

5         **MR. JONES:**  Certainly, Your Honor.

6         And the other evidence that we rely on in the

7    motion was provided before.  Ms. McFarland's testimony from

8    the first trial.  I acknowledge that Your Honor found in the

9    Motion in Limine ruling that he didn't address -- well,

10   there was no objection to the admission of these exhibits

11   the last time.  So there wasn't an extreme focus on laying a

12   foundation.  He didn't say the words for the qualified

13   witness.  He has now done that.

14        The plaintiffs don't identify any prejudice.  So

15   two other points that I'd like to address just briefly.

16   First, Your Honor, as I say, we think that the SEC filings

17   should be admitted now under the business records exception

18   on the basis of the Satriano declaration and others evidence

19   that we pointed to.

20        Additionally, we previously briefed that in

21   addition to the business records exception, these SEC

22   filings, and courts have held that SEC filings are also

23   admissible under the residual exception of Rule 807.  The

24   Court didn't reach that previously, because it found that

25   these records are likely admissible as business records.

1    But we would ask, if necessary, the Court also admit them

2    under the residual exception.

3              Lastly, Your Honor, just speaking to the opening

4    statement, and it is very important to the defendants,

5    candidly, that we be permitted to present these SEC filings

6    in opening statement.  You will recall from the last trial

7    that these -- the SEC filings are important, central,

8    contemporaneous evidence; that's both extremely important

9    and extremely reliable.

10             The Court should deny the plaintiffs' request to

11   preclude defendants from discussing or deploying the SEC

12   filings in opening statement.  Our position is that these

13   documents should just be admitted now as business records,

14   based on the Satriano certification and other evidence.  But

15   at a bare minimum, their admissibility is not questionable

16   such that they should be put out of the defendants' opening

17   statement.  Even before the Satriano declaration, the Court

18   found that their admissibility was likely.  And the Satriano

19   certification, we believe, removes any conceivable doubt

20   about the admissibility of these documents.

21             So in sum, we would ask that the Court admit the

22   SEC filings that are identified in our motion under the

23   business records exception and/or the residual exception and

24   deny the plaintiffs' request to put the SEC filings out of

25   the defendants' opening statement.

1          **THE COURT:**  Okay.

2          **MR. JONES:**  Thank you, Your Honor.

3          **THE COURT:**  All right.

4          **MS. McGUIRE:**  Can I ask the Court to switch over

5     to our -- [Inaudible]

6          **MR. RUDY:**  We don't need it.

7          **MS. McGUIRE:**  You don't need it?  Okay.

8          **THE COURT:**  I didn't hear her.

9          **MR. RUDY:**  This is our tech assistant.  You will

10     be seeing her a lot during the trial.  Xxx her name is

11     Jenna.  I said there was a chance I might ask her to display

12     a document while I'm speaking, but I don't think I will.

13          **THE COURT:**  Okay.

14          **MR. RUDY:**  With the Court's permission, I will

15     just use the ELMO.  I have one document I would like to show

16     the Court.

17          **DEPUTY CLERK:**  [Complied]

18          **MR. RUDY:**  Lee Rudy for plaintiffs.

19          Good afternoon, Your Honor.  Thank you for hearing

20     us on this important issue.

21          Your Honor, as I will explain, we respectfully do

22     not think you can admit into evidence, portions of SEC

23     filings that the defendants are seeking to submit, on the

24     basis of a 902(11) certification without giving the

25     plaintiffs the opportunity to cross-examine Mr. Satriano on

1    his certification.

2        **THE COURT:**  Why don't you start there.  I'm not

3    going to do the certification.  So you can forget that one.

4        **MR. RUDY:**  You're not going to admit them on the

5    basis of the certification?

6        **THE COURT:**  On the certification.  I don't like

7    that.  I agree with you that certification, at this stage,

8    is not in the question.  The only question is, I do think

9    it's likely I would admit it.  I still think it's likely I

10   would admit it.  So I don't know why I wouldn't let them

11   argue it.

12       **MR. RUDY:**  Thank you for clarifying.

13       **THE COURT:**  That's their risk.  It still looks

14   likely to me that it will meet the test.  I understand you

15   have a right to cross-examine him before I actually admit

16   it.  I am not going to have a hearing before the trial

17   starts about whether I will admit it, but it still looks

18   likely to me that it will meet the test for admission.  So

19   why would I have a hearing now before the trial?

20       **MR. RUDY:**  I appreciate your question.  It will

21   clarify the way I present the argument to Your Honor.

22       **THE COURT:**  Okay.

23       **MR. RUDY:**  Your Honor, let's talk first about what

24   is at issue in this trial and what is not at issue in this

25   trial.

1          When we talk about SEC filings at large, I

2    understand that there is this idea, Well, these seem like

3    the exact kind of documents that typically come in, you

4    know?  They are regularly kept and stored, et cetera.  They

5    are on Edgar.  People can look them up.  It's a process.  It

6    happens every quarter.  I get that.

7          At issue in this trial is not, for example, how

8    much money did Fannie Mae make in the second quarter of

9    2012?  It's in the SEC filing.  How much money did they make

10    in a particular business line?  It's in the SEC filing.

11    That's not what is at issue with these SEC filings.

12          **THE COURT:**  It's also, What were they projecting?

13    They were projecting things they told the SEC.  And FA

14    thought they were telling that and relying on that, weren't

15    they?  I mean, I think there was testimony to that effect.

16          **MR. RUDY:**  That's right, Your Honor.

17          **THE COURT:**  So that's part of this, isn't it?

18          **MR. RUDY:**  The projections?

19          **THE COURT:**  Yes.

20          **MR. RUDY:**  Well, specifically let me say what the

21    defendants are intending to use the SEC filings in their

22    most bare form.  It's on the screen in front of you,

23    Your Honor.  This is an opening slide that we were given

24    yesterday.

25          **THE COURT:**  Right.  Right.  Right.

1          **MR. RUDY:**  The top quote here is, "we do not

2     expect to generate net income or comprehensive income in

3     excess of our annual dividend obligation to Treasury over

4     the long term."

5          **THE COURT:**  Right.

6          **MR. RUDY:**  That is the sentence repeated over and

7     over and over again by defendants at the last trial.  And

8     it's in the SEC filings.  Specifically this is the form 10-Q

9     from the second quarter of 2012, which is the last quarterly

10    filing right before the net worth sweep in August of 2012.

11         **THE COURT:**  Right.

12         **MR. RUDY:**  So just to frame it, as Your Honor

13    knows, the plaintiffs have come forward with lots and lots

14    of evidence that in the middle of 2012, the companies are

15    hitting a tipping point.  We have Mr. Mayopoulos, the CEO,

16    saying he thinks we could be coming out of conservatorship

17    soon.  Ms. McFarland saying, We are hitting a point soon of

18    sustained marketability, the housing market is improving.

19    The loans are -- the new vintages are better.

20         Mr. DeMarco is saying, the enterprises are going

21    to be making lots of money into the future.  We don't need

22    to do a third amendment.  All of this evidence.

23         And what's the defendants' response to that,

24    largely?  It's all loose talk by executives.  The thing you

25    should be believing is this, 'cause this is --

1          **THE COURT:**  Well, that's up to the jury to decide,

2     isn't it?

3          **MR. RUDY:**  Well, I agree, if it comes --

4          **THE COURT:**  I could believe either one.

5          **MR. RUDY:**  That's a weight issue.  And the

6     question before you is admissibility.  Right?

7          **THE COURT:**  Right.

8          **MR. RUDY:**  So I agree.  If they come into

9     evidence, that's what we will be arguing.  But really what's

10    before Your Honor is admissibility of this statement.  It's

11    not the SEC filings, because we agree that there's an

12    orderly process within the enterprises of creating the

13    financial reporting.  But this isn't financial reporting.

14    This is predicting what's going to happen or not happen by

15    some subset of management that is completely opaque.

16         **THE COURT:**  To the SEC and, therefore, to the

17    public.

18         **MR. RUDY:**  It's to the SEC and to the public,

19    that's true, by somebody.

20         **THE COURT:**  By the agency.

21         **MR. RUDY:**  Correct.  Well, by the enterprises.

22    Right.

23         So the question is, Is this a reliable -- it's

24    hearsay.  They concede it's hearsay.  The question is, Is it

25    reliable?  We are not talking about the SEC filings.  We are

1    talking about this statement.  Is this a reliable statement?

2    Because this is the purpose they are seeking to introduce

3    the SEC filings, and is it reliable?  As you know, the

4    hearsay exceptions are designed to admit reliable hearsay

5    and exclude unreliable hearsay.  Let's also just note, of

6    course, that this statement is wrong.  Right?  Let's just

7    back up for a moment and say, We do not expect to generate

8    net income in excess of our annual dividend obligation to

9    Treasury over the long-term.  That's what they said in the

10   middle of 2012.  Dead wrong.

11             Of course as we know because --

12        **THE COURT:**  I don't know what that means.

13        **MR. RUDY:**  What it means --

14        **THE COURT:**  They didn't think that at the time

15   they wrote this.

16        **MR. RUDY:**  Well, that's their argument.  Whether

17   they believed it or not, let's just at least frame it as

18   "It's wrong."  Because they did earn way more money than the

19   dividends --

20        **THE COURT:**  It's wrong in retrospect.

21        **MR. RUDY:**  It's wrong in retrospect and we contend

22   it's wrong at the time it was made.

23        **THE COURT:**  Well, that's not for me to decide.

24        **MR. RUDY:**  It's not for you to decide.  It's for

25   the jury to decide, if the evidence comes in.  Correct.

1        **THE COURT:**  So I'm supposed to keep it from the

2   jury?

3        **MR. RUDY:**  You're supposed to keep it from the

4   juror, if they can't lay an adequate business record

5   foundation.

6        **THE COURT:**  Why isn't this business record?  It is

7   a business record and says on its face.

8        **MR. RUDY:**  Well, that's their argument it's a

9   business record, if they can lay the foundation.  Right?  So

10  let me turn to whether they can lay the foundation.

11       **THE COURT:**  Why is it a foundation?  It's given by

12  the agency to the SEC.

13       **MR. RUDY:**  It's given by the agency -- no, by the

14  enterprises to the SEC.

15       **THE COURT:**  Right.

16       **MR. RUDY:**  By Fannie and Freddie, where

17  Mr. Satriano doesn't work.

18       **THE COURT:**  Why isn't that a business record?

19  When Fannie Mae gave it to the SEC, that's a business

20  record, isn't?

21       **MR. RUDY:**  Well, that's the conclusion, isn't it?

22  If you agree with that, I can sit down.

23       **THE COURT:**  Okay.  You can sit down.

24       [Laughter]

25       **MR. RUDY:**  Your Honor, I'm sorry to offer that and

1    then retract it.  [Laughter]

2            **THE COURT:**  Well, if an agency gives something

3    like that to the SEC, why isn't that a business record?

4            **MR. RUDY:**  It's a business record if it's

5    reliable; that's the question.  And the question is whether

6    they have --

7            **THE COURT:**  They didn't just make it up, unless

8    you think McFarland is the flake I thought she was but ...

9            **MR. RUDY:**  Well, what 806 requires is some

10   evidentiary basis for how this statement is made.  How it's

11   made, as Weinstein's on evidence, we quoted in our brief,

12   says that -- the question is, "How the record came into

13   existence?"

14           What Mr. Satriano -- look, I agree with you that

15   the 902(11) certification is an inadequate basis, at this

16   eleventh hour, to be dealing with this.  But the question is

17   whether Mr. Satriano, if he testified live, to the things he

18   said in his certification, would suffice to move this

19   hearsay statement into evidence.  And we submit that

20   Mr. Satriano just doesn't have a basis to do it.

21           Now, why is that important?  Well, look, I know

22   from my work in this field how SEC filings generally are

23   prepared.  I know that there's meetings of committees, of

24   management.  I know the CFO talks to the controller and they

25   assemble numbers, and they put them in a document and file

1    it with the SEC.  The fact that I know that, doesn't make me

2    a records custodian.

3              That's essentially what the Satriano certification

4    says; and that's essentially what he is going to testify to.

5    He doesn't know how these statements came into being.  He

6    knows, from his general experience as a CFO of another

7    company, the conservator, what generally happens at

8    enterprises; that's what his testimony is.  And that,

9    respectfully, is not sufficient to lay that foundation.

10             Your Honor, it's important to note that

11   Mr. Satriano is someone who is known to us.  He was

12   disposed.  He gave testimony in the last trial.  We know

13   what his basis of information is, because he was asked

14   questions about it and he gave answers to that.

15             So Mr. Satriano has already, for example, told

16   this court -- give me one moment, Your Honor.  He was asked

17   a question about in the context of the DTA write-up.  Let me

18   tell you why it is relevant to this statement.

19             Mr. Satriano was called in the last trial to

20   explain what happened at Fannie and Freddie, with these

21   deferred tax assets that had been written down earlier in

22   conservatorship.  And they were written up, right after the

23   net worth sweep.  So in 2013 it caused about 100 billion

24   extra dollars, to get transferred to Fannie and Freddie to

25   the Treasury.

1          So Mr. Satriano was being asked questions about

2     how did that judgment happen?  Right?  Which was a mid-2012

3     judgment.  They were saying, Not quite ready to write up the

4     DTAs.  End of 2012, not quite ready.  And then right at the

5     beginning of 2013, Now we are ready.

6          So this was the subject of cross-examination at

7     trial and of deposition testimony.  And I'm going to quote

8     to you from his deposition on this point.  And the reason

9     I'm telling you this is because it directly undercuts his

10    ability to move a statement like the one on the screen into

11    evidence.  Right?

12         Here's the testimony.  This is on Pages 93 to 95

13    of Mr. Satriano's deposition.  He is being asked about

14    Fannie and Freddie's decision to reverse the DTA allowances

15    in early 2013.

16         On Page 95 he's asked, "When, prior to 2013

17    management --" that's Fannie and Freddie's management --

18    "came to the view that Fannie and Freddie were predicting

19    'sustained profitability'."  Once they have that judgment,

20    then they're allowed to use the deferred tax asset.  It

21    becomes something they write back up.  Right?  So when did

22    they come to the conclusion of reaching sustained

23    profitability?

24         "Answer:  I don't know.

25         "Question:  Finish your answer, please.

1          "Answer:  You know, I look at the financial

2     statements and what they" -- Fannie and Freddie -- "actually

3     put in their financial statements.  And the first round that

4     came to us, first or second round of the draft 10-Q/10-K

5     that came to us for 2012, had not yet had that discussion

6     about releasing the DTAs in there.

7          "So while there may be discussion internally, and

8     there may be projections, they were not used in the

9     presentation of the required disclosures in the financial

10    statements."

11         So what does that mean?  It means -- this is

12    Mr. Satriano admitting that he's reading the after-the-fact

13    judgments of what management is deciding about these

14    critical questions of profitability, future profitability,

15    sustained profitability.  He's relying on what he's reading

16    in those filings, to make his judgments.

17         Why is that important?  Because the statement on

18    the screen -- again, coming back to this.  This is why they

19    are using the 10-Qs and the 10-Ks, to use it for the truth

20    of the matter asserted.

21         Mr. Stern says at the last trial, You can go to

22    jail for getting this wrong.  Now, of course, no one went to

23    jail - I've never seen anyone go to jail for overpromising

24    and underdelivering.  Okay?  But that's his argument.  This

25    is more believable than all the other evidence in the case,

1   because it's so reliable.

2          And now you have a records custodian, who is not

3   employed by the agency.  You don't have to be.  I concede.

4   You don't have to be in Fannie or Freddie to be a records

5   custodian.  But when you are outside of the enterprise, and

6   you are the records custodian, who is moving the document

7   into evidence -- first of all, I don't want to belabor the

8   point of the 902(11) certification, but they don't want us

9   to take his deposition.  They don't want us to ask him these

10  questions, right, because of his prior testimony; that he

11  doesn't have the basis to say how this sentence came into

12  being.

13         There's reference in his certification to a

14  "disclosure committee."  He says a disclosure committee

15  exists, and it looks at certain disclosures.  Doesn't say

16  which disclosures.  Doesn't say how they get drafted.

17  Doesn't say by whom they get drafted.  Doesn't say what FHFA

18  does in response to them being drafted.  We have no basis

19  for understanding the reliability of this sentence.

20         Now, again, you asking, but it's submitted by the

21  enterprise to the SEC why wouldn't it be believable?  Well,

22  look, FHFA has, essentially a veto right over what Fannie

23  and Freddie put in with SEC.  They have to get approval for

24  any filing with SEC.

25         Look, I don't know what is going on behind the

1   scenes, but there is reason for us to think that this

2   sentence is not, like, the best belief of Fannie and Freddie

3   management.  It's bullet point number 34 of a 58-bullet

4   point risk disclosure.  It's not like the black and white,

5   the guts of the 10-K or the 10-Q.

6          Again, if it was -- if it was financial reporting,

7   if it was how much money did they make in the second quarter

8   and Mr. Satriano is trying to move it into evidence, are we

9   going to contest this?  I mean, he doesn't really have the

10  basis to be a custodian, but he has enough understanding of

11  the way the numbers came together.  But this isn't numbers.

12  He is an accountant.  He has no visibility into the

13  management decisions that come to form a sentence like this,

14  and I don't think he is an appropriate custodian.

15         Be I don't want to dwell on the procedural

16  unfairness in light of the 902(11) point and I can move on.

17  I will just say a couple things.  One, in a former life as a

18  federal prosecutor, I lost a lot of sleep worrying about how

19  I am going to get evidence before a jury.  And we put these

20  guys on notice in May.  He started his chronology four days

21  ago.  We told them in May, in a face-to-face meeting.

22  Followed up with an email.  Followed up with a motion.  You

23  guys have a problem.  Maybe we were right.  Maybe we were

24  wrong.  But are saying, We are going to be contesting this

25  evidence.  What did they do about it?  Nothing.  Nothing.

1          Then on Friday, when Your Honor ruled, we sent

2   them a note.  Yeah.  We sent them a note saying, Hey, just

3   so you know, you guys have to make a proffer before you

4   open.  They wrote, No, we are not making a proffer.  We are

5   going to give you a 902(11) certification.

6          So Sunday night at 7:30 we get a 902(11)

7   certification that says all of this stuff.  We are obviously

8   preparing for trial.  On Monday morning, as I am sitting

9   here, reading on my phone their, you know, their brief

10  explaining why the 902(11) certification is satisfactory.

11         Then, this morning, again on my phone, in the Uber

12  on the way to court I'm reading --

13         **THE COURT:**  The reply.

14         **MR. RUDY:**  -- the reply brief that has a footnote

15  in it that says, You can talk to Mr. Satriano and do voir

16  dire of him before openings.  When that is -- we are opening

17  supposedly today.  Right?

18         So I am looking at this --

19         **THE COURT:**  Well, clearly, I am not doing any --

20         **MR. RUDY:**  I know.  It just goes to -- the

21  procedural fairness is related to the substantive fairness.

22  Right?

23         These are very good lawyers.  When they see a

24  problem, they know how to solve it.  This is a problem they

25  saw and didn't want to solve.  So, Your Honor, I will rest

1    at that point, Your Honor.

2            I think that -- you know, look, I don't think that

3    you should admit the SEC filings on the certification now.

4    That's the first thing.

5            **THE COURT:**  I'm not now.

6            **MR. RUDY:**  Thank you.

7            The second is, I do think that we should have an

8    opportunity, before the SEC filings come into evidence, to

9    do some sort of fact finding of Mr. Satriano, out of the

10   presence of the jury, in the presence of the jury,

11   deposition, whatever Your Honor orders.  Obviously we are

12   all busy but I suppose we could find time.  I think it's,

13   frankly -- their conduct in addressing this issue -- a

14   forfeit; that's what I think should happen.

15           When you see an issue from May, you took us to

16   task for filing a late supplemental expert report.  Just by

17   contrast -- we respect Your Honor's ruling on that.  But by

18   contrast, when we saw that issue coming, we didn't hide it.

19   We told them months in advance, This is what we intend to

20   do.  We know you will object to it.  We offered his

21   deposition.  They took his deposition.  It created

22   additional impeachment material that they now have.  But

23   because we didn't want any prejudice to them.  We thought it

24   was a fair argument that it's not allowed.  But it shouldn't

25   be about prejudice and sandbagging.

1          Your Honor, we don't think they should be allowed

2     to open on the SEC filings, until they lay the foundation.

3     I don't think I should have to scramble, and take a

4     deposition in, you know, half a day to do it.

5          **THE COURT:**  Right.

6          **MR. RUDY:**  So I think they forfeited their right.

7     If Your Honor is inclined to let them open on it, then I

8     would respectfully urge Your Honor to reserve our

9     opportunity to challenge this later before the SEC filings

10    are actually displayed to the jury.

11         **THE COURT:**  Okay.

12         **MR. RUDY:**  Thank you.

13         **THE COURT:**  All right.

14         I will not allow the certification.  I will allow

15    the opening on it.  I will not admit it until we have

16    further discussion of it.  But I would still say it's likely

17    admissible.  So we will leave it at that for today.

18         **MR. STERN:**  Your Honor --

19         **MR. RUDY:**  Thank you, Your Honor.

20         **THE COURT:**  Yeah.

21         **MR. STERN:**  At the risk of snatching defeat from

22    the jaws of victory, Your Honor, when you say we can open on

23    it -- Jonathan Stern for the defendants.

24         When you say we can open on it, it's our intention

25    to use that slide and one like it.

1          **THE COURT:**  I understand.

2          **MR. STERN:**  Thank you, Your Honor.

3          **THE COURT:**  That includes using the slide.  I

4     would not say it is -- I would say it is likely I am going

5     to find it admissible but, obviously, I have to hear the

6     testimony, as I said at the time I ruled on the original

7     Motion in Limine.

8          **MR. STERN:**  Understood, Your Honor.  Thank you.

9          **THE COURT:**  And understanding the plaintiffs'

10    argument, I clearly am still not buying what he is saying,

11    in terms of the merits of the argument.

12          Okay.  Anything else you all want to do today?

13          **MR. JONES:**  Yes, your Honor.  Stanton Jones for

14    the defendants again.

15          I am told we are still waiting for a response from

16    the --

17          **THE COURT:**  I'm sorry?

18          **MR. JONES:**  We are still waiting for a response

19    from the plaintiffs on the other motion at this point.  We

20    could either take a break or hold it over until tomorrow

21    morning.

22          I guess the one other item I was going to mention

23    while I'm up here is that there is one other joint

24    submission that the parties made, which was a joint

25    submission, putting forward a handful of remaining disputes

1    we have about deposition designation testimony.  I just

2    wanted to flag that we would want a resolution on that as

3    well.

4              **THE COURT:**  All right.  If you all want a few

5    minutes, we can take a few minutes.

6              **MR. HUME:**  My understanding, Your Honor, Mr. Jones

7    can correct me if I'm wrong, Mr. Kravetz has been leading

8    this.  We are not giving up anything.  Okay?

9              We reserve our right to present these clips, these

10   statements by Mr. Watt, Mr. Calabria when they were

11   directors of FHFA.  We will give them notice so we can argue

12   this again so that's fine.  We are not going to mention it

13   in opening.

14             **MR. JONES:**  If Mr. Kravetz agrees, we will take a

15   break and talk about it.  Mr. Kravetz agrees.  I will leave

16   it at that, if that's okay with Your Honor.

17             **THE COURT:**  We will take a few minutes.

18        (Recess at 3:15 p.m. until 3:51 p.m.)

19             **THE COURT:**  Mr. Jones?

20             **MR. JONES:**  Thank you, Your Honor.  Stanton Jones

21   for the defendants.

22             On our Motion to Exclude the Watt-Calabria

23   exhibits, I can report the parties have met and conferred,

24   primarily about the circumstances under which plaintiffs

25   might actually introduce those exhibits into evidence.

1            The parties have not been able to reach a final

2    agreement that would enable us to withdraw the motion; so I

3    guess that's the bad news.  The good news is, the parties

4    have agreed that, first, we don't need -- neither side needs

5    a decision on this motion now, as in before opening

6    statements.  And the parties have agreed that it's at least

7    possible that a decision on the motion will not ever be

8    needed.  Essentially because the plaintiffs might not ever

9    introduce these exhibits into evidence, and then we don't

10   need to object to exhibits they are not introducing.

11            **THE COURT:**  Okay.

12            **MR. JONES:**  So if it's acceptable to the Court, I

13   think what the parties would ask, essentially, to just leave

14   this motion tabled for now.

15            **THE COURT:**  Okay.

16            **MR. JONES:**  Anything else on that?

17            **MR. KRAVETZ:**  Good afternoon, Your Honor.  Robert

18   Kravetz on behalf of plaintiffs.

19            Mr. Jones has stated our understanding accurately.

20            **THE COURT:**  What are the expectations for tomorrow

21   then?  We will start the opening statements with the

22   plaintiff first.  And how much time are the plaintiffs

23   expecting?

24            **MR. HUME:**  Your Honor, we would expect about an

25   hour and a half.  Somewhere between an hour, hour and a

1      half.  Maybe closer to an hour and a half.

2              **THE COURT:**  Okay.

3              And what's the defendant looking at?

4              **MR. STERN:**   Jonathan Stern for the defendants,

5      Your Honor.

6              An hour and a half, with a little bit of leeway.

7      I am trying to wax some off tonight.  An hour and a half,

8      plus a bit, maybe.

9              **THE COURT:**  All right.

10             And then how are the plaintiffs going to start in

11     your case?  Who is your first witness?

12             **MR. KRAVETZ:**  Your Honor, Robert Kravetz again for

13     plaintiffs.

14             We will call our document reader, Ms. Jill Bellak,

15     who is a paralegal at one of the law firms for the

16     plaintiffs.  And the parties have agreed upon an instruction

17     for Your Honor to read before Ms. Bellak takes the stand.

18             **THE COURT:**  Okay.

19             **MR. KRAVETZ:**  Essentially she will read documents

20     in twice.  We set forth the agreement in our pretrial

21     statements.  We will ask that Your Honor read in the

22     agreement.  Ms. Bellak will read portions of the document

23     selected by the plaintiffs.  And then there will be one

24     other part of the agreement Your Honor will read in before

25     Ms. Bellak reads experts from the defendants.  So that's how

1    we will start.

2              **THE COURT:**  Okay.

3              Is that going to consume the day or what?

4         **MR. KRAVETZ:**  No, that should take about 15 to 25

5    minutes, depending on how fast we get through the excerpts.

6              **THE COURT:**  Okay.

7              And then what do you have?

8         **MR. KRAVETZ:**  I believe Ms. Hartman will testify,

9    Your Honor.  Susan Hartman, our summary witness.

10             **THE COURT:**  Okay.

11             Anything else on tap?

12        **MR. KRAVETZ:**  Then if we get through that point,

13   depending on the length of the trial to date, then we would

14   have a deposition designations from Mr. Lockhart, the former

15   director of FHFA.

16             **THE COURT:**  Okay.

17        **MR. KRAVETZ:**  Your Honor read a limiting

18   instruction the last time, before we had the first deponent

19   testify, by way of a video.  So we will have that ready for

20   tomorrow as well, Your Honor.

21             **THE COURT:**  Okay.  All right.

22             Anything else I need to do?

23        **MR. STERN:**  Jonathan Stern for the defense.  Your

24   Honor, nothing from the defense.

25             **THE COURT:**  Plaintiffs?

1          **MR. HUME:**  Nothing, Your Honor.

2          **THE COURT:**  See you all at 10:00.

3     (Proceedings concluded at 3:55 p.m.)

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    July 25, 2023              /s/   Lorraine T. Herman
10          **DATE**                  **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEPUTY CLERK: [10] 341/3 343/8 343/20 344/4 345/4 345/6 345/13 354/10 354/13 363/17
JURORS: [2] 345/5 345/12
MR. HUME: [3] 380/6 381/24 384/1
MR. JONES: [12] 353/7 353/20 354/9 356/5 361/5 363/2 379/13 379/18 380/14 380/20 381/12 381/16
MR. KRAVETZ: [7] 381/17 382/12 382/19 383/4 383/8 383/12 383/17
MR. RUDY: [37] 363/6 363/9 363/14 363/18 364/4 364/12 364/20 364/23 365/16 365/18 365/20 366/1 366/6 366/12 367/3 367/5 367/8 367/18 367/21 368/13 368/16 368/21 368/24 369/3 369/8 369/13 369/16 369/21 369/25 370/4 370/9 376/14 376/20 377/6 378/6 378/12 378/19
MR. STERN: [11] 343/4 344/8 352/21 352/24 353/17 378/18 378/21 379/2 379/8 382/4 383/23
MS. McGUIRE: [2] 363/4 363/7
THE COURT: [74]

'
'cause [1] 366/25
'sustained [1] 372/19

/
/s [1] 385/9

0
0223 [2] 343/18 343/20
0484 [1] 343/14
0598 [1] 343/12
0857 [1] 343/17
0867 [1] 343/15

1
10 [3] 353/3 355/3 355/6
10-K [2] 356/8 375/5
10-Ks [1] 373/19
10-minute [2] 355/9 355/10
10-Q [3] 356/8 366/8 375/5
10-Q/10-K [1] 373/4
10-Qs [1] 373/19
100 [1] 371/23
10020 [1] 340/12
1053 [1] 339/3
10:00 [3] 354/23 356/1 384/2
11 [8] 357/1 363/24 370/15 374/8 375/16 376/5 376/6 376/10
1146 [1] 343/13
1156 [1] 343/16
12 [1] 342/1
12/12:30 [1] 355/11
1203 [1] 343/11
1251 [1] 340/11
1288 [1] 339/10
12:30 [2] 355/8 355/11
12:47 [1] 339/6
1401 [1] 340/8
15 [1] 383/4
1523 [1] 339/18
19087 [1] 340/6
1:13-1053 [1] 339/3
1:13-1288 [1] 339/10

2
200 [1] 342/17
20001 [2] 340/17 340/22
20005 [1] 340/9
20036 [1] 339/18
2008 [2] 356/8 358/14
2012 [8] 365/9 366/9 366/10 366/14 368/10 372/2 372/4 373/5
2013 [4] 371/23 372/5 372/15 372/16
2020 [1] 356/9
2023 [2] 339/4 385/9
223 [1] 343/19
25 [3] 339/4 383/4 385/9
280 [1] 340/5

3
333 [1] 340/21
34 [1] 375/3
3:15 [1] 380/18
3:51 [1] 380/18
3:55 p.m [1] 384/3

4
48 [1] 360/25
4:30/5 [1] 355/6

5
58-bullet [1] 375/3

6
601 [1] 340/16
6720 [1] 340/22

7
7:30 [1] 376/6

8
803 [1] 356/25
806 [1] 370/9
807 [1] 361/23

9
902 [8] 357/1 363/24 370/15 374/8 375/16 376/5 376/6 376/10
93 [1] 372/12
95 [2] 372/12 372/16
9:30 [1] 353/15

A
ability [1] 372/10
able [1] 381/1
aboard [1] 352/18
about [44] 342/6 342/7 344/19 344/21 344/22 345/3 349/4 349/13 350/2 350/4 350/19 351/9 351/16 351/25 352/5 352/5 352/10 352/14 352/16 355/13 355/14 356/3 358/1 362/20 364/17 364/23 365/1 367/25 368/1 371/14 371/17 371/23 372/1 372/13 373/6 373/13 375/18 375/25 377/25 380/1 380/15 380/24 381/24 383/4
above [1] 385/5
above-entitled [1]

accept [1] 346/2
acceptable [2] 352/25 381/12
acclimate [1] 353/3
according [1] 345/10
account [1] 342/8
accountant [2] 357/22 375/12
accurately [1] 381/19
acknowledge [1] 361/8
Action [3] 339/2 339/9 339/10
activity [5] 358/21 358/24 359/19 360/1 360/4
actually [4] 364/15 373/2 378/10 380/25
addition [1] 361/21
additional [1] 377/22
Additionally [1] 361/20
address [2] 361/9 361/15
addressing [1] 377/13
adequate [1] 369/4
administration [1] 343/25
admissibility [5] 362/15 362/18 362/20 367/6 367/10
admissible [5] 356/11 361/23 361/25 378/17 379/5
admission [3] 356/12 361/10 364/18
admit [13] 354/4 356/7 362/1 362/21 363/22 364/4 364/9 364/10 364/15 364/17 368/4 377/3 378/15
admitted [2] 361/17 362/13
admitting [1] 373/12
advance [1] 377/19
advisory [1] 357/25
affect [1] 355/8
after [8] 345/17 347/5 349/25 354/17 356/16 360/21 371/22 373/12
afternoon [5] 339/13 355/10 360/21 363/19 381/17

**A**

**again [8]** 366/7 373/18 374/20 375/6 376/11 379/14 380/12 382/12
**against [3]** 348/7 348/16 350/21
**agency [7]** 339/6 345/9 367/20 369/12 369/13 370/2 374/3
**ago [1]** 375/21
**agree [6]** 364/7 367/3 367/8 367/11 369/22 370/14
**agreed [3]** 381/4 381/6 382/16
**agreement [7]** 339/10 353/24 354/1 381/2 382/20 382/22 382/24
**agrees [2]** 380/14 380/15
**ahead [2]** 354/6 354/18
**aid [1]** 346/7
**aided [1]** 340/25
**al [4]** 339/2 339/6 345/8 345/9
**all [40]** 341/7 341/12 341/22 342/13 342/24 343/21 345/7 345/17 347/17 349/11 350/10 352/12 353/5 354/16 355/17 356/1 356/4 357/6 357/11 357/16 357/21 358/10 358/12 358/14 358/19 361/4 363/3 366/22 366/24 373/25 374/7 376/7 377/12 378/13 379/12 380/4 380/4 382/9 383/21 384/2
**allow [2]** 378/14 378/14
**allowances [1]** 372/14
**allowed [3]** 372/20 377/24 378/1
**alone [1]** 345/22
**along [2]** 345/9 347/15
**already [1]** 371/15
**also [10]** 351/19 357/10 358/16 359/23 360/9 360/13 361/22 362/1 365/12 368/5
**Although [1]** 348/3
**always [2]** 344/18

**am [21]** 341/2 342/18 344/10 344/15 344/16 344/23 344/24 353/23 354/6 354/18 355/17 356/4 364/16 375/19 376/8 376/18 376/19 379/4 379/10 379/15 382/7
**amendment [1]** 366/22
**Americas [1]** 340/11
**annual [4]** 356/8 358/25 366/3 368/8
**annually [1]** 360/6
**another [1]** 371/6
**answer [9]** 348/12 348/14 348/17 348/19 348/20 348/22 372/24 372/25 373/1
**answered [1]** 348/20
**answers [2]** 341/13 371/14
**any [36]** 341/12 342/17 346/3 346/19 347/20 348/13 349/3 349/20 350/4 350/9 350/18 351/4 351/4 351/7 351/7 351/21 351/25 351/25 352/2 352/7 355/15 355/15 355/16 355/18 355/19 355/21 356/13 356/18 356/18 359/23 360/23 361/14 362/19 374/24 376/19 377/23
**anybody [2]** 352/5 355/14
**anyone [5]** 349/25 350/18 350/20 352/3 373/23
**anything [12]** 346/3 350/19 352/6 352/8 352/9 352/10 356/3 352/9 352/17 356/5 379/12 380/8 381/16 383/11 383/22
**Anyway [1]** 355/24
**apologize [1]** 341/8
**APPEARANCES [2]** 339/16 340/3
**apply [2]** 345/20 346/2
**appreciate [2]** 344/9 364/20
**approach [1]** 343/5
**appropriate [1]** 375/14

**approval [1]** 374/23
**are [83]**
**area [1]** 360/11
**argue [2]** 364/11 380/11
**arguing [1]** 367/9
**argument [8]** 348/10 364/21 368/16 369/8 373/24 377/24 379/10 379/11
**arguments [2]** 354/19 354/20
**Arnold [1]** 340/16
**around [1]** 360/2
**as [50]**
**aside [1]** 352/10
**ASIM [1]** 340/14
**ask [10]** 350/15 351/17 356/19 362/1 362/21 363/4 363/11 374/9 381/13 382/21
**asked [9]** 342/5 348/16 348/20 360/24 371/13 371/16 372/1 372/13 372/16
**asking [1]** 374/20
**assemble [1]** 370/25
**asserted [1]** 373/20
**asset [1]** 372/20
**assets [1]** 371/21
**assistant [1]** 363/9
**attend [1]** 358/7
**attention [5]** 347/16 352/1 352/6 352/9 352/11
**audit [2]** 358/9 359/8
**auditors [1]** 359/9
**August [1]** 366/10
**available [2]** 347/18 360/15
**Avenue [5]** 339/18 340/8 340/11 340/16 340/21
**away [3]** 342/20 351/2 351/5

**B**

**back [8]** 346/21 347/4 354/7 354/10 358/14 368/7 372/21 373/18
**background [1]** 342/7
**bad [1]** 381/3
**Bankruptcy [1]** 340/21
**bare [2]** 362/15 365/22

**based [4]** 342/24 359/14 359/17 362/14
**basement [1]** 351/1
**basis [12]** 347/25 359/21 361/18 363/24 364/5 370/10 370/15 370/20 371/13 374/11 374/18 375/10
**be [49]**
**became [1]** 357/20
**because [22]** 341/25 344/21 346/16 347/17 349/15 350/9 351/6 351/23 357/5 360/5 361/24 367/11 368/2 368/11 368/18 371/13 372/9 373/17 374/1 374/10 377/23 381/8
**becomes [1]** 372/21
**been [10]** 342/9 348/19 349/22 350/14 353/10 358/13 360/18 371/21 380/7 381/1
**before [25]** 339/14 341/17 344/25 345/14 345/17 347/17 353/3 354/24 361/7 362/17 364/15 364/16 364/19 366/10 367/6 367/10 375/19 376/3 376/16 377/8 378/9 381/5 382/17 382/24 383/18
**begin [3]** 345/14 349/25 350/8
**beginning [1]** 372/5
**behalf [3]** 343/23 344/1 381/18
**behind [2]** 347/2 374/25
**being [8]** 351/2 351/5 359/4 371/5 372/1 372/13 374/12 374/18
**belabor [1]** 374/7
**belief [1]** 375/2
**believability [1]** 345/23
**believable [2]** 373/25 374/21
**believe [4]** 359/21 362/19 367/4 383/8
**believed [1]** 368/17
**believing [1]** 366/25
**Bellak [4]** 382/14 382/17 382/22 382/25

**B**

bench [2] 342/11
344/19
Berger [1] 340/10
BERGMAN [1] 340/15
Berkley [1] 339/17
Bernstein [1] 340/10
best [3] 343/2 346/17
375/2
better [3] 344/11
354/20 366/19
between [4] 345/8
353/16 355/5 381/25
billion [1] 371/23
bit [2] 382/6 382/8
black [1] 375/4
BLOCK [1] 340/15
blogging [1] 350/6
Board [1] 358/9
Boies [1] 340/8
both [7] 342/21 354/20
354/21 360/6 360/10
360/12 362/8
box [1] 343/10
break [8] 344/25 353/9
354/24 355/4 355/9
355/10 379/20 380/15
breaks [1] 346/23
brief [5] 359/11 359/22
370/11 376/9 376/14
briefed [1] 361/20
briefly [2] 345/15
361/15
bright [1] 356/2
bring [2] 351/13
354/10
bullet [2] 375/3 375/3
burden [2] 347/22
348/1
business [20] 356/11
356/20 356/25 357/5
357/11 358/20 361/7
361/21 361/25 362/13
362/23 365/10 369/4
369/6 369/7 369/9
369/18 369/19 370/3
370/4
busy [1] 377/12
button [1] 353/12
buying [1] 379/10

**C**

cafeteria [1] 351/1
Calabria [4] 353/23

call [5] 341/11 342/4
343/8 350/13 382/14
called [2] 348/2 371/19
came [8] 342/11
370/12 371/5 372/18
373/4 373/5 374/11
375/11
can [32] 344/4 344/20
346/6 346/17 346/20
346/23 347/2 350/13
350/16 352/4 353/12
353/14 353/18 354/21
355/24 363/4 363/22
364/3 365/5 369/9
369/10 369/22 369/23
373/21 375/16 376/15
378/22 378/24 380/5
380/7 380/11 380/23
can't [3] 344/19 344/21
369/4
candidly [1] 362/5
cannot [3] 342/14
349/5 349/23
care [1] 353/15
careful [1] 347/16
case [29] 341/22
341/25 342/1 342/2
344/19 344/22 345/9
345/20 349/1 349/4
349/7 349/12 349/24
350/1 350/4 350/16
350/17 350/17 350/20
351/10 351/16 351/20
351/21 351/24 355/13
355/14 356/3 373/25
382/11
cases [2] 355/7 360/2
cause [1] 345/8
caused [1] 371/23
central [1] 362/7
CEO [4] 359/7 359/12
359/16 366/15
certain [1] 374/15
certainly [3] 354/9
360/13 361/5
certification [21]
356/24 360/25 361/3
362/14 362/19 363/24
364/1 364/3 364/5
364/6 364/7 370/15
370/18 371/3 374/8
374/13 376/5 376/7
376/10 377/3 378/14

**certifications [1]**
359/16
certify [2] 359/13
385/4
certifying [1] 357/4
cetera [1] 365/4
CFO [5] 359/7 359/13
359/16 370/24 371/6
CFOs [1] 358/18
chair [2] 346/24 347/3
chairs [1] 346/11
challenge [1] 378/9
challenges [4] 341/11
341/15 341/15 342/5
chambers [1] 355/25
chance [5] 342/25
349/13 349/15 354/25
363/11
change [1] 358/14
check [3] 340/5 344/4
344/6
chief [1] 357/21
choice [1] 346/16
choose [1] 347/20
chronology [1] 375/20
circumstances [2]
351/4 380/24
cited [1] 360/2
citizens [1] 343/25
civil [4] 339/2 341/25
342/1 350/16
claims [1] 347/25
clarify [1] 364/21
clarifying [1] 364/12
CLASS [2] 339/10
340/4
clear [5] 356/13 357/3
357/10 358/12 358/17
clearly [3] 359/17
376/19 379/10
clerk [4] 343/5 351/11
352/3 352/15
clips [1] 380/9
close [1] 353/24
closer [1] 382/1
closing [1] 354/19
COLATRIANO [1]
339/17
collect [1] 347/5
COLUMBIA [1] 339/1
come [11] 343/9
344/18 352/1 353/15
354/7 365/3 366/13
367/8 372/22 375/13

comes [5] 352/6 352/9
352/10 367/3 368/25
coming [3] 366/16
373/18 377/18
Commanders [1]
344/20
committee [7] 358/8
358/8 358/9 359/8
359/8 374/14 374/14
committees [1] 370/23
communicate [3]
350/4 351/3 351/8
communicating [1]
350/21
communication [2]
350/7 351/7
community [3] 343/23
344/1 344/2
companies [1] 366/14
company [1] 371/7
completely [1] 367/15
Complied [2] 345/5
363/17
comprehensive [1]
366/2
computer [1] 340/25
computer-aided [1]
340/25
concede [2] 367/24
374/3
conceivable [1]
362/19
concerning [3] 348/4
351/20 353/25
concluded [1] 384/3
conclusion [2] 369/21
372/22
condolences [1]
344/12
conduct [4] 345/25
349/3 349/10 377/13
conducted [1] 360/1
confer [1] 353/11
conferred [1] 380/23
confirmed [1] 352/24
Congratulations [1]
344/12
conservator [2]
357/22 371/7
conservators [1]
359/10
conservatorship [2]
366/16 371/22

**C**

consider [2] 348/4 348/21
considered [1] 349/22
considers [1] 348/10
consistent [2] 345/21 356/25
Constitution [1] 340/21
consulting [1] 354/17
consume [1] 383/3
contain [1] 359/16
contemporaneous [1] 362/8
contend [1] 368/21
contentions [1] 360/20
contents [2] 359/13 359/17
contest [1] 375/9
contesting [1] 375/24
context [1] 371/17
continued [2] 340/3 353/19
contrast [2] 377/17 377/18
controller [1] 370/24
Cooper [1] 339/17
correct [5] 349/16 367/21 368/25 380/7 385/4
could [7] 343/24 344/8 353/11 366/16 367/4 377/12 379/20
counsel [5] 341/10 342/4 353/11 353/16 354/18
country [1] 360/3
couple [3] 341/24 344/11 375/17
course [6] 357/13 357/22 360/1 368/6 368/11 373/22
court [20] 339/1 340/20 341/16 343/5 343/23 344/1 353/1 356/10 356/12 361/24 362/1 362/10 362/17 362/21 363/4 363/16 371/16 376/12 381/12 385/3
Court's [3] 356/9 360/21 363/14
courthouse [1] 350/13

courtroom [10] 341/6 349/2 349/14 349/20 349/21 349/23 351/25 352/3 352/19 354/14
courts [1] 361/22
coverage [1] 351/22
CRC [1] 340/20
created [2] 357/19 377/21
creating [2] 357/25 367/12
credit [1] 349/20
criminal [1] 342/1
critical [1] 373/14
cross [3] 363/25 364/15 372/6
cross-examination [1] 372/6
cross-examine [2] 363/25 364/15
Cts [1] 340/21
custodian [6] 371/2 374/2 374/5 374/6 375/10 375/14

**D**

D.C [4] 339/18 340/9 340/17 340/22
date [2] 383/13 385/9
DAVID [1] 340/15
DAVIS [1] 340/7
day [8] 339/13 350/13 354/18 355/2 355/3 355/6 378/4 383/3
days [3] 355/6 356/22 375/20
DC [1] 339/5
dcd.uscourts.gov [1] 340/23
Dead [1] 368/10
dealing [1] 370/16
decide [9] 346/4 348/13 349/1 349/19 351/24 367/1 368/23 368/24 368/25
decided [1] 349/12
deciding [1] 373/13
decision [3] 372/14 381/5 381/7
decisions [2] 350/10 375/13
declaration [11] 356/23 357/2 357/9 357/15 357/18 357/24

courtroom [10] 341/6 358/16 359/5 360/17
361/18 362/17
defeat [1] 378/21
defendant [2] 348/5 382/3
defendant's [1] 360/24
defendants [21] 339/8 340/14 347/23 348/4 353/8 353/18 356/6 356/7 356/14 356/17 360/16 362/4 362/11 363/23 365/21 366/7 378/23 379/14 380/21 382/4 382/25
defendants' [4] 356/19 362/16 362/25 366/23
defense [2] 383/23 383/24
defer [1] 353/14
deferred [2] 371/21 372/20
definition [2] 349/8 360/7
deliberate [1] 346/22
deliberations [5] 345/18 347/19 348/22 349/25 350/8
delighted [1] 344/16
Deloitte [1] 359/9
DeMarco [1] 366/20
deny [2] 362/10 362/24
depending [3] 355/4 383/5 383/13
deploying [1] 362/11
deponent [1] 383/18
deposition [11] 358/17 372/7 372/8 372/13 374/9 377/11 377/21 377/21 378/4 380/1 383/14
describe [1] 345/15
described [1] 358/13
designation [1] 380/1
designations [1] 383/14
designed [1] 368/4
destroyed [1] 347/6
detail [3] 357/15 357/20 357/24
detailed [1] 345/16
determine [2] 345/19 345/22
dictate [1] 360/5

dictionary [1] 349/9
did [8] 341/9 365/8 365/9 368/18 372/2 372/21 375/7 375/25
didn't [9] 361/9 361/12 361/24 363/8 368/14 370/7 376/25 377/18 377/23
different [1] 361/4
dire [2] 341/13 376/16
directly [1] 372/9
director [1] 383/15
directors [2] 358/10 380/11
disclose [1] 341/16
disclosure [5] 358/8 359/7 374/14 374/14 375/4
disclosures [3] 373/9 374/15 374/16
discuss [7] 349/24 350/18 350/19 351/13 352/2 352/4 358/6
discussing [4] 353/10 353/22 356/18 362/11
discussion [5] 353/16 353/19 373/5 373/7 378/16
dismiss [1] 354/7
display [1] 363/11
displayed [1] 378/10
displaying [1] 356/18
disposed [1] 371/12
dispute [1] 359/23
disputes [1] 379/25
distracts [1] 346/14
distributed [1] 357/19
DISTRICT [4] 339/1 339/1 339/14 340/21
dividend [2] 366/3 368/8
dividends [1] 368/19
do [39] 342/10 344/7 345/6 345/11 345/12 346/3 346/8 346/20 350/18 350/23 351/10 351/12 351/23 352/2 353/5 354/10 355/7 355/15 355/18 355/18 355/19 355/19 355/21 363/21 364/3 364/8 366/1 366/22 368/7 370/20 375/25 376/15 377/7 377/9 377/20

## D

do... [4] 378/4 379/12 383/7 383/22
document [6] 363/12 363/15 370/25 374/6 382/14 382/22
documents [4] 362/13 362/20 365/3 382/19
does [5] 348/17 350/24 358/17 373/11 374/18
doesn't [10] 369/17 370/20 371/1 371/5 374/11 374/15 374/16 374/17 374/17 375/9
doing [3] 342/18 355/21 376/19
dollars [1] 371/24
don't [41] 342/15 346/25 351/5 352/4 352/7 352/10 353/15 354/19 355/13 355/13 355/14 355/15 355/16 355/18 355/19 355/21 356/2 360/20 361/14 363/6 363/7 363/12 364/2 364/6 364/10 366/21 368/12 372/24 374/3 374/4 374/7 374/8 374/9 374/25 375/14 375/15 377/2 378/1 378/3 381/4 381/9
done [3] 342/17 354/1 361/13
doubt [1] 362/19
down [5] 347/7 351/1 369/22 369/23 371/21
draft [1] 373/4
drafted [3] 374/16 374/17 374/18
DTA [2] 371/17 372/14
DTAs [2] 372/4 373/6
during [13] 341/13 346/23 347/2 347/19 349/3 350/19 350/24 351/4 351/15 351/21 352/1 352/1 363/10
duty [1] 346/1
dwell [1] 375/15

## E

each [18] 341/10 341/14 345/6 345/24 346/16 346/19 348/4 348/5 350/20 355/3 355/6 358/3 358/5 358/8 358/9 359/12 359/25 360/8
eager [1] 356/2
earlier [3] 355/7 360/18 371/21
early [1] 372/15
earn [1] 368/18
EDGAR [2] 360/9 365/5
effect [1] 365/15
efficient [1] 346/1
eight [7] 341/20 341/22 342/2 343/18 343/19 343/20 344/9
either [3] 348/21 367/4 379/20
electronic [1] 355/16
elements [1] 357/11
elevator [1] 351/1
eleventh [1] 370/16
eliminates [1] 354/2
ELMO [1] 363/15
else [7] 350/17 352/3 352/5 379/12 381/16 383/11 383/22
email [1] 375/22
emailing [1] 350/5
emergency [1] 341/23
employed [1] 374/3
enable [1] 381/2
end [8] 341/21 341/24 345/16 346/21 347/12 347/14 350/13 372/4
enough [2] 355/21 375/10
entered [2] 341/6 354/14
enterprise [6] 358/5 358/9 359/25 360/8 374/5 374/21
enterprise's [7] 356/15 357/4 358/3 358/9 358/18 359/8 359/12
enterprises [9] 357/17 358/1 360/12 360/13 366/20 367/12 367/21 369/14 371/8
entire [1] 358/15
entirely [1] 346/11
entitled [2] 348/14 385/5

especially [1] 355/20
essentially [6] 371/3 371/4 374/22 381/8 381/13 382/19
establish [1] 358/19
establishes [2] 359/18 359/24
et [5] 339/2 339/6 345/8 345/9 365/4
et cetera [1] 365/4
even [5] 349/7 350/3 350/20 353/15 362/17
event [2] 342/17 359/23
ever [3] 347/7 381/7 381/8
every [1] 365/6
everybody [5] 342/19 342/20 342/25 354/23 354/25
everyone [1] 351/6
everything [2] 342/24 355/25
evidence [40] 345/10 345/17 345/23 346/8 346/9 346/13 347/14 347/18 348/2 348/4 348/9 348/25 348/25 349/1 349/12 349/22 350/10 351/24 359/18 361/3 361/6 361/18 362/8 362/14 363/22 366/14 366/22 367/9 368/25 370/11 370/19 372/11 373/25 374/7 375/8 375/19 375/25 377/8 380/25 381/9
evidentiary [1] 370/10
exact [1] 365/3
exactly [2] 342/10 357/20
examination [1] 372/6
examine [2] 363/25 364/15
example [3] 349/5 365/7 371/15
exceedingly [2] 357/3 357/10
exception [10] 356/11 356/21 357/12 358/20 361/17 361/21 361/23 362/2 362/23 362/23
exceptions [1] 368/4
excerpts [1] 383/5

excess [2] 366/3 368/8
exclude [2] 368/5 380/22
excuse [1] 352/13
excused [3] 341/18 343/22 344/3
executive's [1] 359/14
executives [1] 366/24
exercise [5] 341/14 342/4 342/13 342/22 343/2
exercising [2] 341/11 342/15
exhibits [7] 348/6 353/23 361/10 380/23 380/25 381/9 381/10
existence [2] 348/24 370/13
exists [1] 374/15
exited [1] 352/19
expect [3] 366/2 368/7 381/24
expectations [1] 381/20
expecting [1] 381/23
experience [1] 371/6
expert [1] 377/16
experts [1] 382/25
explain [8] 345/2 345/21 346/2 347/21 349/10 349/16 363/21 371/20
explaining [2] 360/18 376/10
explains [4] 357/18 357/20 357/24 359/5
extensive [2] 357/6 357/15
external [1] 359/8
extra [2] 341/24 371/24
extreme [1] 361/11
extremely [4] 353/24 360/4 362/8 362/9

## F

FA [1] 365/13
face [3] 369/7 375/21 375/21
Facebook [1] 350/6
fact [7] 348/24 357/10 359/12 359/15 371/1 373/12 377/9
facts [7] 345/20

**F**

**facts... [6]** 345/20 345/22 346/5 349/6 351/16 351/20
**factual [1]** 347/25
**fair [3]** 342/25 346/1 377/24
**FAIRHOLME [2]** 339/2 345/8
**fairness [2]** 376/21 376/21
**familiar [5]** 356/14 357/21 358/2 360/10 360/11
**familiarity [2]** 357/6 357/16
**family [1]** 350/2
**FANNIE [18]** 339/9 340/14 356/7 357/6 357/23 358/10 365/8 369/16 369/19 371/20 371/24 372/14 372/17 372/18 373/2 374/4 374/22 375/2
**far [1]** 342/24
**fast [1]** 383/5
**federal [5]** 339/5 345/8 359/1 359/11 375/18
**feel [2]** 342/19 347/7
**feeling [1]** 342/21
**fellow [2]** 350/3 350/11
**few [5]** 352/13 353/2 380/4 380/5 380/17
**FHFA [8]** 340/14 357/22 358/2 359/10 374/17 374/22 380/11 383/15
**FHFA's [1]** 357/25
**field [1]** 370/22
**file [1]** 370/25
**filed [1]** 360/25
**filing [7]** 359/13 360/5 365/9 365/10 366/10 374/24 377/16
**filings [47]** 353/25 354/4 356/8 356/10 356/13 356/19 356/24 357/5 357/8 357/10 357/18 358/1 358/4 358/6 358/11 358/20 358/25 359/6 359/15 359/18 359/24 360/3 360/12 360/14 360/23

361/16 361/22 361/22 362/5 362/7 362/12 362/22 362/24 363/23 365/1 365/11 365/21 366/8 367/11 367/25 368/3 370/22 373/16 377/3 377/8 378/2 378/9
**final [5]** 341/18 341/19 344/7 350/1 381/1
**FINANCE [2]** 339/5 345/9
**financial [6]** 367/13 367/13 373/1 373/3 373/9 375/6
**find [6]** 346/12 346/13 347/11 347/14 377/12 379/5
**finding [1]** 377/9
**fine [1]** 380/12
**Finish [1]** 372/25
**firms [1]** 382/15
**first [14]** 350/12 352/20 357/3 361/8 361/16 364/23 373/3 373/4 374/7 377/4 381/4 381/22 382/11 383/18
**fits [1]** 354/25
**five [2]** 343/15 355/5
**flag [1]** 380/2
**flake [1]** 370/8
**Flexner [1]** 340/8
**focus [1]** 361/11
**Followed [2]** 375/22 375/22
**footnote [1]** 376/14
**foregoing [1]** 385/4
**forfeit [1]** 377/14
**forfeited [1]** 378/6
**forget [2]** 342/9 364/3
**form [3]** 365/22 366/8 375/13
**former [3]** 358/18 375/17 383/14
**forth [2]** 347/4 382/20
**forward [3]** 356/4 366/13 379/25
**found [4]** 356/10 361/8 361/24 362/18
**foundation [8]** 356/20 361/12 369/5 369/9 369/10 369/11 371/9 378/2

four [3] 348/14 349/21 375/20
**frame [2]** 366/12 368/17
**frankly [1]** 377/13
**FREDDIE [14]** 339/9 340/15 356/7 357/7 357/23 358/10 369/16 371/20 371/24 372/18 373/2 374/4 374/23 375/2
**Freddie's [2]** 372/14 372/17
**free [1]** 347/7
**fresh [1]** 356/2
**Friday [3]** 356/10 360/21 376/1
**friends [1]** 350/3
**front [1]** 365/22
**FUNDS [2]** 339/2 345/8
**further [1]** 378/16
**future [2]** 366/21 373/14

**G**

**gadgets [1]** 355/17
**gave [3]** 369/19 371/12 371/14
**general [1]** 371/6
**generally [2]** 370/22 371/7
**generate [2]** 366/2 368/7
**gentlemen [1]** 354/17
**get [17]** 341/16 341/25 344/10 349/14 349/17 354/20 354/23 356/2 365/6 371/24 374/16 374/17 374/23 375/19 376/6 383/5 383/12
**gets [1]** 342/25
**getting [2]** 349/8 373/22
**give [7]** 344/23 345/16 349/25 353/2 371/16 376/5 380/11
**given [4]** 341/13 365/23 369/11 369/13
**gives [2]** 342/5 370/2
**giving [2]** 363/24 380/8
**go [16]** 342/13 345/3 347/15 351/1 352/20

354/18 355/3 355/11 355/14 355/16 355/19 355/21 356/2 373/21 373/23
**goes [1]** 376/20
**going [32]** 342/2 342/14 342/18 342/20 342/22 342/23 344/10 344/15 344/23 344/24 345/3 352/8 354/6 354/18 358/14 364/3 364/4 364/16 366/20 367/14 371/4 372/7 374/25 375/9 375/19 375/24 376/5 379/4 379/22 380/12 382/10 383/3
**good [5]** 343/25 363/19 376/23 381/3 381/17
**govern [1]** 358/4
**Grossmann [1]** 340/11
**group [1]** 350/11
**guess [3]** 348/18 379/22 381/3
**guidance [1]** 357/25
**guidelines [1]** 358/3
**guts [1]** 375/5
**guy [1]** 355/20
**guys [3]** 375/20 375/23 376/3

**H**

**had [7]** 342/19 342/21 360/25 371/21 373/5 373/5 383/18
**half [6]** 378/4 381/25 382/1 382/1 382/6 382/7
**hallway [1]** 350/25
**HAMISH [1]** 340/7
**Hampshire [1]** 339/18
**hand [1]** 351/17
**handful [1]** 379/25
**hands [2]** 345/2 345/4
**happen [4]** 367/14 367/14 372/2 377/14
**happened [1]** 371/20
**happens [5]** 341/23 342/16 352/4 365/6 371/7
**harmless [1]** 349/8
**Hartman [2]** 383/8 383/9

# H

**has [12]** 341/14 348/9 349/22 357/5 361/13 371/15 374/22 375/10 375/12 376/14 380/7 381/19
**have [72]**
**he [29]** 348/10 357/5 358/2 358/4 358/7 361/9 361/12 361/13 366/16 370/17 370/17 371/4 371/5 371/5 371/11 371/12 371/13 371/14 371/16 372/13 374/10 374/14 375/9 375/10 375/12 375/12 375/14 375/20 379/10
**he's [4]** 372/16 373/12 373/15 373/15
**hear [2]** 363/8 379/5
**heard [2]** 345/17 350/10
**hearing [4]** 351/14 363/19 364/16 364/19
**hearsay [6]** 367/24 367/24 368/4 368/4 368/5 370/19
**held [1]** 361/22
**Hello [1]** 350/24
**help [2]** 342/4 346/6
**helpful [1]** 347/11
**helps [1]** 346/12
**her [4]** 363/8 363/10 363/10 363/11
**here [7]** 342/14 343/9 347/2 355/25 366/1 376/9 379/23
**Here's [1]** 372/12
**herman [5]** 340/20 340/23 385/3 385/9 385/9
**Hey [1]** 376/2
**hide [1]** 377/18
**highly [1]** 360/7
**him [3]** 364/15 374/9 376/16
**his [19]** 357/15 357/21 358/2 358/7 364/1 370/18 371/6 371/8 371/13 372/8 372/9 373/16 373/24 374/9 374/10 374/13 375/20 377/20 377/21
**hitting [2]** 366/15

366/17
**HOFFMAN [1]** 340/15
**hold [3]** 348/7 348/15 379/20
**holding [1]** 360/3
**home [1]** 350/13
**Honor [63]**
**Honor's [2]** 343/5 377/17
**HONORABLE [1]** 339/14
**hope [1]** 356/4
**hour [9]** 355/1 355/8 370/16 381/25 381/25 381/25 382/1 382/6 382/7
**hours [2]** 356/16 360/25
**housing [3]** 339/5 345/9 366/18
**how [28]** 342/10 342/13 345/3 345/15 346/4 346/17 348/13 350/14 352/15 357/18 357/20 365/7 365/9 370/10 370/10 370/12 370/22 371/5 372/2 374/11 374/16 375/7 375/18 376/24 381/22 382/10 382/25 383/5
**HUME [2]** 340/7 352/24

# I

**I'd [1]** 361/15
**I'll [3]** 352/14 352/16 353/15
**I'm [11]** 363/12 364/2 369/1 369/25 372/7 372/9 376/12 377/5 379/17 379/23 380/7
**I've [3]** 341/11 351/6 373/23
**IAN [1]** 340/15
**idea [1]** 365/2
**identified [2]** 359/15 362/22
**identify [1]** 361/14
**ignore [1]** 348/18
**immediately [2]** 351/10 351/17
**impartial [1]** 342/25
**impeachment [1]** 377/22

**important [7]** 362/4 362/7 362/8 363/20 370/21 371/10 373/17
**improving [1]** 366/18
**inadequate [1]** 370/15
**inappropriate [1]** 348/10
**Inaudible [1]** 363/5
**INC [2]** 339/2 345/8
**inclined [1]** 378/7
**includes [2]** 349/7 379/3
**including [5]** 345/23 347/22 350/5 350/20 360/14
**income [3]** 366/2 366/2 368/8
**incomplete [1]** 349/18
**independent [1]** 349/3
**indication [1]** 346/4
**information [11]** 342/6 342/6 342/7 346/17 347/10 349/14 349/17 349/20 349/21 349/22 371/13
**informative [1]** 344/16
**informed [2]** 356/17 360/22
**input [1]** 359/10
**instance [1]** 357/25
**instruction [2]** 382/16 383/18
**instructions [6]** 344/24 344/25 345/16 350/1 351/3 352/13
**intend [1]** 377/19
**intending [1]** 365/21
**intention [1]** 378/24
**interesting [1]** 344/16
**internal [1]** 358/3
**internally [1]** 373/7
**internet [4]** 349/5 349/9 349/18 350/5
**intimate [1]** 357/5
**introduce [3]** 368/2 380/25 381/9
**introducing [1]** 381/10
**investigation [3]** 349/4 349/11 355/16
**involved [3]** 349/6 351/16 357/25
**is [125]**
**isn't [9]** 365/17 367/2 367/13 369/6 369/18

389/20 369/21 370/3 375/11
**issue [9]** 363/20 364/24 364/24 365/7 365/11 367/5 377/13 377/15 377/18
**issues [2]** 345/7 352/1
**it [111]**
**it's [44]** 347/25 348/13 349/19 350/16 351/9 354/3 354/20 360/4 364/9 364/9 365/5 365/9 365/10 365/12 365/22 366/8 366/24 367/10 367/18 367/23 367/24 368/18 368/20 368/21 368/22 368/24 368/24 369/8 369/11 369/13 370/4 370/4 370/10 371/10 374/1 374/20 375/3 375/4 377/12 377/24 378/16 378/24 381/6 381/12
**item [2]** 379/22
**its [2]** 359/10 369/7

# J

**jail [3]** 373/22 373/23 373/23
**jaws [1]** 378/22
**Jenna [1]** 363/11
**jerk [1]** 347/8
**Jill [1]** 382/14
**joined [1]** 345/7
**joint [2]** 379/23 379/24
**Jonathan [6]** 343/4 352/22 353/18 378/23 382/4 383/23
**Jonathan Stern [1]** 343/4
**JONES [8]** 340/14 353/7 356/5 379/13 380/6 380/19 380/20 381/19
**judge [4]** 339/14 342/9 342/19 347/8
**judges [1]** 345/22
**judgment [5]** 342/14 343/2 372/2 372/3 372/19
**judgments [2]** 373/13 373/16
**July [2]** 339/4 385/9
**juror [10]** 343/8 343/11

## J

**juror... [8]** 343/12
343/13 343/14 343/15
343/16 343/17 343/18
369/4
**jurors [11]** 341/3
345/19 346/2 346/8
350/3 350/11 351/12
351/14 351/18 352/2
352/13
**jury [32]** 339/13 341/6
341/8 341/18 341/19
341/20 342/23 343/3
344/5 344/6 344/18
345/1 346/21 347/1
347/1 350/8 350/14
351/7 352/15 352/19
353/2 354/7 354/13
354/14 355/24 367/1
368/25 369/2 375/19
377/10 377/10 378/10
**just [27]** 347/2 347/9
349/19 351/3 351/12
352/3 352/22 353/12
357/20 360/20 361/2
361/15 362/3 362/13
363/15 366/12 368/5
368/6 368/17 370/7
370/20 375/17 376/2
376/20 377/16 380/1
381/13
**justice [1]** 344/1

## K

**Kari [1]** 358/19
**Kaye [1]** 340/16
**keep [5]** 346/24 347/14
350/9 369/1 369/3
**KENYA [1]** 340/7
**kept [4]** 357/13 360/1
360/7 365/4
**Kessler [1]** 340/5
**KHALELAH [1]** 340/7
**kind [3]** 350/15 355/15
365/3
**kinds [1]** 342/13
**King [1]** 340/5
**Kirk [1]** 339/17
**know [33]** 343/9
344/11 347/1 349/13
351/11 351/13 351/15
352/3 352/7 352/9
355/11 355/18 364/10
365/4 368/3 368/11

368/12 370/21 370/23
370/24 371/1 371/5
371/12 372/24 373/1
374/25 376/3 376/9
376/20 376/24 377/2
377/20 378/4
**knowledge [6]** 357/13
358/22 359/5 359/14
359/17 359/20
**known [1]** 371/11
**knows [4]** 346/17
358/24 366/13 371/6
**KRAVETZ [6]** 340/10
380/7 380/14 380/15
381/18 382/12
**Ks [1]** 373/19

## L

**Ladies [1]** 354/17
**LAMBERTH [1]** 339/14
**large [1]** 365/1
**largely [1]** 366/24
**last [10]** 341/17 350/15
361/11 362/6 366/7
366/9 371/12 371/19
373/21 383/18
**Lastly [1]** 362/3
**late [1]** 377/16
**later [1]** 378/9
**Laughter [4]** 344/14
355/23 369/24 370/1
**law [5]** 346/2 348/12
348/17 349/6 382/15
**laws [2]** 359/2 359/12
**lawsuit [1]** 347/23
**lawyer [5]** 348/8 348/8
348/9 348/16 350/23
**lawyer's [2]** 348/23
348/24
**lawyers [6]** 348/5
350/23 352/14 352/16
360/10 376/23
**lay [6]** 356/20 369/4
369/9 369/10 371/9
378/2
**laying [1]** 361/11
**leading [1]** 380/7
**least [2]** 368/17 381/6
**leave [7]** 346/24 347/3
350/12 355/24 378/17
380/15 381/13
**LEE [2]** 340/4 363/18
**leeway [1]** 382/6
**legal [7]** 341/12 345/15

349/12 349/22
**length [1]** 383/13
**let [14]** 343/9 351/10
351/12 352/3 352/13
352/14 354/20 354/25
355/14 364/10 365/20
369/10 371/17 378/7
**let's [4]** 364/23 368/5
368/6 368/17
**life [1]** 375/17
**light [2]** 355/1 375/16
**like [16]** 342/19 342/21
343/25 344/21 354/19
357/14 361/15 363/15
364/6 365/2 370/3
372/10 375/2 375/4
375/13 378/25
**likely [10]** 347/25
356/10 361/25 362/18
364/9 364/9 364/14
364/18 378/16 379/4
**Limine [4]** 356/9
360/22 361/9 379/7
**limiting [1]** 383/17
**line [1]** 365/10
**listen [1]** 351/22
**listening [1]** 346/14
**LITIGATIONS [1]**
339/11
**Litowitz [1]** 340/10
**little [3]** 343/1 355/5
382/6
**live [1]** 370/17
**LLP [4]** 340/5 340/8
340/11 340/16
**loans [1]** 366/19
**lock [1]** 347/1
**locked [2]** 346/25
356/1
**Lockhart [1]** 383/14
**lodged [1]** 360/16
**long [7]** 341/9 342/9
342/18 344/24 350/15
366/4 368/9
**long-term [1]** 368/9
**longer [1]** 343/2
**look [10]** 342/12
342/12 347/7 365/5
370/14 370/21 373/1
374/22 374/25 377/2
**looked [1]** 342/11
**looking [4]** 355/20
356/4 376/18 382/3

**looks [3]** 364/13
364/17 374/15
**loose [1]** 366/24
**lorraine [5]** 340/20
340/23 385/3 385/9
385/9
**lost [1]** 375/18
**lot [3]** 344/11 363/10
375/18
**lots [3]** 366/13 366/13
366/21
**lunch [3]** 353/9 355/8
355/11

## M

**MAC [4]** 339/9 340/15
357/7 357/23
**Mac's [2]** 356/8 358/11
**made [9]** 343/7 357/12
358/21 359/6 359/18
368/22 370/10 370/11
379/24
**MAE [6]** 339/9 340/14
357/6 357/23 365/8
369/19
**Mae's [2]** 356/7 358/10
**MAE/FREDDIE [1]**
339/9
**maintained [1]** 357/19
**make [10]** 341/24
346/16 350/9 365/8
365/9 370/7 371/1
373/16 375/7 376/3
**makes [6]** 342/19
348/8 357/2 357/10
358/16 360/6
**making [4]** 356/18
359/24 366/21 376/4
**management [9]** 358/5
359/7 367/15 370/24
372/17 372/17 373/13
375/3 375/13
**manner [1]** 346/1
**market [1]** 366/18
**marketability [1]**
366/18
**Massachusetts [1]**
340/16
**material [1]** 377/22
**matter [2]** 373/20
385/5
**may [20]** 343/4 345/13
348/5 349/18 349/21
350/2 350/17 350/22

# M

**may... [12]** 351/19
351/22 354/1 354/15
355/5 355/8 356/14
373/7 373/8 375/20
375/21 377/15
**maybe [4]** 375/23
375/23 382/1 382/8
**Mayopoulos [1]**
366/15
**McFarland [3]** 358/18
366/17 370/8
**McFarland's [1]** 361/7
**me [22]** 342/10 351/10
351/11 351/12 351/12
351/17 352/3 352/5
352/9 352/10 352/13
354/10 355/20 364/14
364/18 365/20 368/23
369/10 371/1 371/16
371/17 380/7
**mean [3]** 365/15
373/11 375/9
**meaningful [1]** 359/23
**means [8]** 348/11
348/16 349/3 350/1
350/4 368/12 368/13
373/11
**meantime [1]** 354/6
**media [3]** 350/6
351/20 351/22
**medical [1]** 341/23
**meet [3]** 360/3 364/14
364/18
**meeting [1]** 375/21
**meetings [2]** 358/8
370/23
**meets [1]** 358/5
**Meltzer [1]** 340/5
**member [1]** 351/7
**members [4]** 341/8
345/1 350/2 358/7
**memory [4]** 346/7
346/9 347/13 347/19
**mention [2]** 379/22
380/12
**mentioned [1]** 349/1
**merits [1]** 379/11
**met [1]** 380/23
**Meyer [1]** 341/2
**mid [1]** 372/2
**mid-2012 [1]** 372/2
**middle [2]** 366/14
368/10

**might [4]** 350/25
363/11 380/25 381/8
**mind [1]** 350/9
**minimum [1]** 362/15
**minute [2]** 355/9
355/10
**minutes [6]** 352/13
353/2 380/5 380/5
380/17 383/5
**Miscellaneous [1]**
339/9
**misleading [1]** 349/18
**mistrial [1]** 341/21
**moment [3]** 353/12
368/7 371/16
**Monday [1]** 376/8
**money [5]** 365/8 365/9
366/21 368/18 375/7
**months [1]** 377/19
**more [3]** 347/25
368/18 373/25
**morning [8]** 353/14
354/7 354/23 355/9
356/1 376/8 376/11
379/21
**most [1]** 365/22
**motion [18]** 353/22
353/25 354/2 354/4
356/9 360/21 361/1
361/7 361/9 362/22
375/22 379/7 379/19
380/22 381/2 381/5
381/7 381/14
**motions [2]** 353/5
353/11
**move [5]** 356/7 370/18
372/10 375/8 375/16
**moving [1]** 374/6
**Mr [4]** 376/15 380/7
380/10 380/14
**Mr. [30]** 352/24 357/3
357/9 357/15 357/20
357/24 358/19 360/17
363/25 366/15 366/20
369/17 370/14 370/17
370/20 371/11 371/15
371/19 372/1 372/13
373/12 373/21 375/8
377/9 380/6 380/10
380/15 380/19 381/19
383/14
**Mr. Calabria [1]**
380/10
**Mr. DeMarco [1]**

**Mr. Hume [1]** 352/24
**Mr. Jones [3]** 380/6
380/19 381/19
**Mr. Kari [1]** 358/19
**Mr. Kravetz [1]** 380/15
**Mr. Lockhart [1]**
383/14
**Mr. Mayopoulos [1]**
366/15
**Mr. Satriano [15]**
357/3 357/20 357/24
363/25 369/17 370/14
370/17 370/20 371/11
371/15 371/19 372/1
373/12 375/8 377/9
**Mr. Satriano's [4]**
357/9 357/15 360/17
372/13
**Mr. Stern [1]** 373/21
**Ms. [8]** 358/18 361/7
366/17 382/14 382/17
382/22 382/25 383/8
**Ms. Bellak [3]** 382/17
382/22 382/25
**Ms. Hartman [1]** 383/8
**Ms. Jill [1]** 382/14
**Ms. McFarland [2]**
358/18 366/17
**Ms. McFarland's [1]**
361/7
**much [8]** 343/24 344/2
344/10 348/13 365/8
365/9 375/7 381/22
**multiple [1]** 348/3
**must [10]** 347/16
347/24 348/4 348/7
348/18 348/21 349/1
349/3 351/23 351/23
**my [8]** 345/25 346/4
349/25 355/25 370/22
376/9 376/11 380/6
**myself [1]** 355/18

# N

**name [1]** 363/10
**Nancy [1]** 341/2
**near [5]** 357/12 358/21
358/23 359/3 359/19
**necessary [1]** 362/1
**need [16]** 341/16
343/11 343/12 343/13
343/14 343/15 343/16
343/17 343/18 351/11

369/6 363/7 366/21
381/4 381/10 383/22
**needed [1]** 381/8
**needs [1]** 381/4
**neither [1]** 381/4
**net [4]** 366/2 366/10
368/8 371/23
**never [3]** 344/20 352/8
373/23
**new [4]** 339/18 340/8
340/12 366/19
**news [2]** 381/3 381/3
**newspaper [1]** 351/19
**next [2]** 342/16 344/11
**Nicholas [1]** 356/23
**night [1]** 376/6
**no [10]** 339/3 339/10
347/6 361/10 369/13
373/22 374/18 375/12
376/4 383/4
**normal [1]** 355/11
**Normally [5]** 355/3
355/5 355/6 355/8
355/10
**not [80]**
**note [5]** 351/11 368/5
371/10 376/2 376/2
**notebook [3]** 346/19
346/20 346/21
**notebooks [3]** 346/24
347/5 355/24
**notes [14]** 346/6 346/7
346/8 346/11 346/12
346/18 346/19 346/20
347/3 347/7 347/9
347/12 347/15 347/20
**nothing [5]** 350/17
375/25 375/25 383/24
384/1
**notice [3]** 346/10
375/20 380/11
**now [19]** 341/10
341/14 341/18 342/3
342/9 361/13 361/17
362/13 364/19 370/21
372/5 373/22 374/2
374/20 377/3 377/5
377/22 381/5 381/14
**number [12]** 343/8
343/11 343/12 343/13
343/14 343/15 343/16
343/17 343/18 343/19
343/20 375/3
**numbers [3]** 370/25

**N**

numbers... [2]  375/11 375/11
NW [4]  339/18 340/8 340/16 340/21
NY [1]  340/12

**O**

oath [1]  345/1
object [6]  348/6 348/9 356/17 360/23 377/20 381/10
objection [3]  348/11 348/15 361/10
objections [2]  348/7 360/17
obligation [2]  366/3 368/8
obviously [5]  360/3 361/3 376/7 377/11 379/5
off [4]  344/18 353/16 353/19 382/7
offended [3]  342/15 350/23 351/6
offer [2]  356/14 369/25
offered [1]  377/20
Office [2]  344/5 344/6
Official [2]  340/20 385/3
Oh [1]  361/2
okay [22]  352/20 354/3 354/5 363/1 363/7 363/13 364/22 369/23 373/24 378/11 379/12 380/8 380/16 381/11 381/15 382/2 382/18 383/2 383/6 383/10 383/16 383/21
once [2]  350/8 372/19
one [18]  341/17 343/11 347/6 353/10 353/22 354/1 363/15 364/3 367/4 371/16 372/10 373/22 375/17 378/25 379/22 379/23 382/15 382/23
only [8]  345/22 346/7 348/12 348/16 349/12 349/21 350/7 364/8
opaque [1]  367/15
open [6]  350/9 376/4 378/2 378/7 378/22 378/24

opening [14]  354/21 356/19 360/24 362/3 362/6 362/12 362/16 362/25 365/23 376/16 378/15 380/13 381/5 381/21
openings [2]  352/25 376/16
opinion [1]  346/4
opportunity [6]  341/10 341/14 341/17 363/25 377/8 378/9
opposition [1]  359/22
order [1]  344/13
orderly [2]  346/1 367/12
orders [1]  377/11
original [1]  379/6
other [18]  342/7 349/18 350/20 351/12 351/14 351/18 351/20 352/2 353/25 359/21 361/6 361/15 362/14 373/25 379/19 379/22 379/23 382/24
others [4]  346/13 350/22 360/11 361/18
otherwise [3]  341/21 341/23 357/17
our [20]  343/25 350/12 352/16 355/8 359/11 362/12 362/22 363/5 363/9 366/3 368/8 370/11 378/8 378/24 380/9 380/22 381/19 382/14 382/20 383/9
out [11]  344/4 344/6 347/6 353/18 357/15 359/1 359/11 362/16 362/24 366/16 377/9
outside [4]  349/14 351/13 351/18 374/5
over [14]  341/22 343/9 349/9 349/17 350/4 350/17 363/4 366/3 366/6 366/7 366/7 368/9 374/22 379/20
overall [1]  352/16
overnight [2]  346/23 346/25
overpromising [1]  373/23
overrule [1]  348/11
own [11]  346/9 346/16

347/11 349/13 347/ 349/11 358/3 358/4 359/14 360/13 360/14

**P**

p.m [4]  339/6 380/18 380/18 384/3
Page [1]  372/16
pages [2]  347/6 372/12
panel [4]  341/6 341/8 345/2 354/13
paper [1]  346/10
paperwork [1]  344/7
paralegal [1]  382/15
part [4]  350/18 350/21 365/17 382/24
particular [1]  365/10
parties [12]  349/11 349/15 350/22 353/9 353/22 379/24 380/23 381/1 381/3 381/6 381/13 382/16
party [2]  348/8 350/24
past [1]  355/5
pay [1]  347/16
pen [1]  346/19
Pennsylvania [1]  340/6
pens [1]  346/10
people [11]  342/10 346/12 347/11 347/14 349/6 355/19 357/13 358/22 359/4 359/19 365/5
peremptories [1]  342/22
peremptory [5]  341/11 341/15 342/4 342/15 343/7
perform [1]  343/25
period [2]  358/15 359/3
permission [1]  363/14
permit [1]  348/17
permits [1]  348/12
permitted [2]  349/24 362/5
person [2]  347/23 350/4
personal [2]  346/7 347/10
persons [1]  347/24
pertains [1]  357/7

phone [3]  350/5 376/9 376/11
pivoting [1]  353/5
plain [1]  349/19
plaintiff [2]  348/5 381/22
plaintiff's [1]  359/22
plaintiffs [23]  339/3 339/17 340/4 347/22 347/24 347/24 348/3 356/17 356/23 361/14 363/18 363/25 366/13 379/19 380/24 381/8 381/18 381/22 382/10 382/13 382/16 382/23 383/25
plaintiffs' [4]  353/11 362/10 362/24 379/9
please [2]  346/19 372/25
PLLC [1]  339/17
plus [1]  382/8
point [13]  357/14 358/16 358/23 366/15 366/17 372/8 374/8 375/3 375/4 375/16 377/1 379/19 383/12
pointed [2]  359/11 361/19
points [2]  357/2 361/15
Porter [1]  340/16
portions [2]  363/22 382/22
position [1]  362/12
possible [2]  353/10 381/7
practice [2]  359/25 360/10
preclude [1]  362/11
predicting [2]  367/14 372/18
PREFERRED [1]  339/10
prejudice [4]  360/19 361/14 377/23 377/25
preliminary [3]  344/23 344/25 352/12
preparation [4]  358/1 358/4 358/6 358/11
prepared [4]  358/25 359/2 359/4 370/23
preparing [1]  376/8
preponderance [1]

P

preponderance... [1] 348/2
presence [3] 351/18 377/10 377/10
present [3] 362/5 364/21 380/9
presentation [1] 373/9
presented [7] 341/12 349/2 349/20 349/21 349/23 351/24 356/24
pretrial [1] 382/20
previously [2] 361/20 361/24
PricewaterhouseCoopers [1] 359/9
primarily [2] 360/16 380/24
principles [1] 345/21
prior [2] 372/16 374/10
probably [1] 346/25
problem [3] 375/23 376/24 376/24
procedural [3] 360/17 375/15 376/21
procedures [4] 356/15 357/7 357/16 358/13
proceedings [3] 340/25 384/3 385/5
process [5] 341/13 342/20 342/21 365/5 367/12
produced [2] 340/25 360/18
proffer [4] 356/20 360/24 376/3 376/4
profitability [4] 372/23 373/14 373/14 373/15
profitability' [1] 372/19
prohibition [1] 350/21
projecting [2] 365/12 365/13
projections [2] 365/18 373/8
proof [2] 347/22 348/1
prosecutor [1] 375/18
prove [1] 347/24
provided [2] 356/22 361/7
Prussia [1] 340/5
public [2] 367/17 367/18
publicity [1] 351/25

publicized [1] 352/8
PURCHASE [1] 339/10
purpose [1] 368/2
purposes [1] 357/4
put [6] 362/16 362/24 370/25 373/3 374/23 375/19
putting [1] 379/25

Q

Qs [1] 373/19
qualified [4] 356/14 357/3 357/14 361/12
quarter [4] 365/6 365/8 366/9 375/7
quarterly [4] 356/8 358/25 360/6 366/9
question [24] 348/11 348/12 348/16 348/17 348/18 348/19 348/19 348/21 348/24 359/4 361/2 361/4 364/8 364/8 364/20 367/6 367/23 367/24 370/5 370/5 370/12 370/16 371/17 372/25
questionable [1] 362/15
questions [8] 341/12 342/5 348/6 348/23 371/14 372/1 373/14 374/10
quite [3] 360/3 372/3 372/4
quote [2] 366/1 372/7
quoted [1] 370/11

R

Radnor [1] 340/6
raise [3] 345/2 345/4 351/16
re [1] 339/9
reach [3] 341/21 361/24 381/1
reaching [1] 372/22
read [10] 344/24 347/9 351/22 352/10 382/17 382/19 382/21 382/22 382/24 383/17
reader [1] 382/14
reading [4] 373/12 373/15 376/9 376/12
reads [1] 382/25
ready [6] 341/3 353/20

372/3 372/4 372/5 383/19
really [4] 342/9 353/15 367/9 375/9
reason [4] 341/16 352/7 372/8 375/1
recall [1] 362/6
recent [1] 356/9
recently [1] 353/9
recess [3] 350/12 353/3 380/18
recollection [1] 347/13
record [14] 353/16 353/19 358/12 359/23 369/4 369/6 369/7 369/9 369/18 369/20 370/3 370/4 370/12 385/5
recorded [4] 340/25 358/21 358/24 359/19
recordkeeping [4] 356/15 357/7 357/16 358/12
records [16] 356/11 356/21 356/25 357/5 357/12 358/20 361/17 361/21 361/25 361/25 362/13 362/23 371/2 374/2 374/4 374/6
Redskins [1] 344/20
reference [3] 356/18 360/23 374/13
refuse [1] 351/10
refute [1] 349/16
regular [5] 357/13 359/1 359/25 360/4 360/7
regularly [3] 358/4 360/1 365/4
regulator [1] 357/23
related [4] 345/9 351/25 353/23 376/21
relating [1] 351/21
relation [2] 358/10 359/2
release [1] 354/18
released [1] 342/3
releasing [1] 373/6
relevant [8] 357/6 357/16 358/5 358/7 358/12 358/15 359/6 371/18
reliability [1] 374/19
reliable [8] 362/9

367/25 367/25 368/1 368/3 368/4 370/5 374/1
rely [5] 346/9 347/13 347/19 349/23 361/6
relying [3] 349/14 365/14 373/15
remaining [1] 379/25
remember [3] 346/6 346/13 346/17
remind [1] 344/4
reminder [1] 343/21
removes [1] 362/19
rendered [1] 345/10
repeated [1] 366/6
reply [2] 376/13 376/14
report [3] 354/1 377/16 380/23
reported [2] 340/20 341/2
reported/transcribed [1] 341/2
Reporter [2] 340/20 385/3
reporting [3] 367/13 367/13 375/6
reports [2] 351/19 360/6
repository [1] 360/12
represents [1] 348/8
request [3] 352/25 362/10 362/24
require [1] 359/12
required [1] 373/9
requirements [3] 358/19 359/21 360/4
requires [1] 370/9
research [4] 349/4 349/6 349/7 349/11
reserve [2] 378/8 380/9
reserved [1] 356/12
residual [3] 361/23 362/2 362/23
resolution [2] 353/10 380/2
respect [1] 377/17
respectfully [3] 363/21 371/9 378/8
respond [2] 349/13 350/24
response [4] 366/23 374/18 379/15 379/18

# R

**responsibility [3]** 345/19 345/25 348/9
**rest [1]** 376/25
**retract [1]** 370/1
**retrospect [2]** 368/20 368/21
**reverse [1]** 372/14
**review [2]** 346/22 359/10
**right [41]** 341/7 342/11 343/21 345/2 345/4 347/2 349/11 354/16 355/25 363/3 364/15 365/16 365/25 365/25 365/25 366/5 366/10 366/11 367/6 367/7 367/22 368/6 369/9 369/15 371/22 372/2 372/4 372/11 372/21 374/10 374/22 375/23 376/17 376/22 378/5 378/6 378/13 380/4 380/9 382/9 383/21
**risk [3]** 364/13 375/4 378/21
**Road [1]** 340/5
**ROBERT [4]** 340/10 340/14 381/17 382/12
**role [2]** 357/21 359/10
**room [6]** 340/22 346/21 347/1 347/1 352/15 355/25
**round [2]** 373/3 373/4
**ROYCE [1]** 339/14
**RPR [1]** 340/20
**rude [1]** 351/3
**RUDY [2]** 340/4 363/18
**rule [3]** 348/20 356/25 361/23
**ruled [3]** 341/12 376/1 379/6
**rules [3]** 345/16 349/12 360/5
**ruling [6]** 356/9 356/12 356/16 360/22 361/9 377/17
**run [1]** 355/5

# S

**safe [1]** 346/25
**said [5]** 342/24 363/11 368/9 370/18 379/6
**same [3]** 354/22 355/1

**sabens [1]** 356/13
**sandbagging [1]** 377/25
**satisfactory [1]** 376/10
**satisfied [1]** 358/20
**satisfy [1]** 357/11
**Satriano [23]** 356/23 357/2 357/3 357/20 357/24 361/18 362/14 362/17 362/18 363/25 369/17 370/14 370/17 370/20 371/3 371/11 371/15 371/19 372/1 373/12 375/8 376/15 377/9
**Satriano's [4]** 357/9 357/15 360/17 372/13
**saw [2]** 376/25 377/18
**say [26]** 342/19 342/21 342/22 343/1 344/15 345/11 346/3 347/11 354/23 354/25 355/13 361/12 361/16 365/20 368/7 374/11 374/15 374/16 374/17 374/17 375/17 378/16 378/22 378/24 379/4 379/4
**saying [7]** 366/16 366/17 366/20 372/3 375/24 376/2 379/10
**says [7]** 369/7 370/12 371/4 373/21 374/14 376/7 376/15
**scenes [1]** 375/1
**schedule [4]** 352/14 352/17 355/11 359/1
**scheduling [1]** 352/22
**Schiller [1]** 340/8
**Scholer [1]** 340/16
**scramble [1]** 378/3
**screen [3]** 365/22 372/10 373/18
**scrutiny [1]** 360/21
**seat [17]** 341/17 341/20 341/22 341/23 342/2 342/23 343/2 343/9 343/11 343/12 343/13 343/14 343/15 343/16 343/17 343/18 343/20
**seated [3]** 341/19 345/13 354/15
**SEC [59]**
**SEC's [1]** 360/9

**second [7]** 347/9 358/16 365/8 366/9 373/4 375/7 377/7
**secure [1]** 346/25
**securities [3]** 359/1 359/12 360/11
**see [8]** 341/17 350/24 350/25 356/1 356/3 376/23 377/15 384/2
**seeing [2]** 353/17 363/10
**seeking [2]** 363/23 368/2
**seem [1]** 365/2
**seemingly [1]** 349/8
**seen [1]** 373/23
**selected [2]** 350/14 382/23
**sending [2]** 351/11 355/14
**senior [4]** 339/10 339/14 358/5 359/7
**sent [3]** 360/25 376/1 376/2
**sentence [5]** 366/6 374/11 374/19 375/2 375/13
**sentencing [1]** 355/7
**separately [1]** 348/5
**serve [2]** 343/24 344/10
**service [1]** 344/2
**session [2]** 339/13 341/2
**set [3]** 352/9 359/1 382/20
**sets [1]** 357/15
**seven [1]** 343/17
**she [3]** 348/10 370/8 382/19
**shirts [1]** 344/20
**short [1]** 344/25
**shorthand [1]** 340/25
**should [26]** 346/3 346/4 346/5 346/9 346/16 348/15 348/18 348/20 349/10 350/3 350/7 350/19 351/8 351/10 360/18 361/17 362/10 362/13 362/16 366/25 377/3 377/7 377/14 378/1 378/3 383/4
**shouldn't [1]** 377/24

**show [2]** 352/15 363/15
**side [2]** 341/14 381/4
**sides [3]** 342/21 354/20 354/21
**Similarly [1]** 351/15
**simple [1]** 349/7
**sit [3]** 343/1 369/22 369/23
**sitting [2]** 350/16 376/8
**six [4]** 341/20 341/24 341/25 343/16
**sleep [1]** 375/18
**slide [3]** 365/23 378/25 379/3
**snatching [1]** 378/21
**so [57]**
**social [1]** 350/6
**solely [2]** 349/1 351/24
**solemnly [1]** 345/6
**solve [2]** 376/24 376/25
**some [28]** 341/18 341/18 341/23 342/2 342/5 342/6 342/6 342/10 342/19 342/21 342/22 343/1 344/23 344/24 345/15 346/10 346/12 347/11 347/14 347/21 355/6 355/7 355/18 360/19 367/15 370/9 377/9 382/7
**somebody [1]** 367/19
**someone [3]** 351/9 351/15 371/11
**something [4]** 349/7 351/16 370/2 372/21
**sometime [2]** 355/9 355/10
**sometimes [4]** 348/1 348/23 355/4 355/7
**Somewhere [1]** 381/25
**soon [3]** 352/3 366/17 366/17
**sorry [3]** 353/17 369/25 379/17
**sort [1]** 377/9
**sorts [1]** 360/5
**sources [1]** 349/18
**speak [5]** 344/18 350/22 351/12 351/17 360/15
**speaking [2]** 362/3

**S**

speaking... [1]  363/12
specific [1]  359/2
specifically [2]  365/20
 366/8
staff [1]  358/7
stage [1]  364/7
stand [2]  345/1 382/17
standard [1]  348/2
STANTON [5]  340/14
 353/7 356/5 379/13
 380/20
start [15]  341/22
 345/18 352/25 353/5
 353/24 354/3 354/19
 354/21 354/22 354/24
 355/6 364/2 381/21
 382/10 383/1
started [3]  347/23
 356/2 375/20
starts [1]  364/17
state [1]  352/7
stated [1]  381/19
statement [15]  360/24
 362/4 362/6 362/12
 362/17 362/25 367/10
 368/1 368/1 368/6
 370/10 370/19 371/18
 372/10 373/17
statements [11]  348/7
 354/22 356/19 371/5
 373/2 373/3 373/10
 380/10 381/6 381/21
 382/21
STATES [2]  339/1
 339/14
stenotype [1]  340/25
Stern [7]  343/4 352/22
 353/18 373/21 378/23
 382/4 383/23
still [9]  344/19 348/13
 364/9 364/13 364/17
 378/16 379/10 379/15
 379/18
STOCK [1]  339/10
stop [3]  354/24 355/2
 355/5
store [1]  360/13
stored [3]  357/19
 360/7 365/4
storing [1]  360/12
stricken [1]  348/11
strikes [1]  343/7
stuff [4]  355/15 355/19

subject [1]  372/6
submission [2]  379/24
 379/25
submissions [1]
 358/11
submit [2]  363/23
 370/19
submitted [3]  350/1
 357/19 374/20
subset [1]  367/15
substance [1]  358/13
substantive [2]  357/11
 376/21
such [4]  348/7 350/6
 351/21 362/16
sued [1]  347/24
suffered [1]  360/19
suffice [1]  370/18
sufficient [1]  371/9
suggest [1]  348/23
sum [1]  362/21
summary [2]  347/18
 383/9
Sunday [1]  376/6
supplemental [1]
 377/16
supports [1]  359/6
suppose [1]  377/12
supposed [3]  355/17
 369/1 369/3
supposedly [1]  376/17
sure [3]  341/24 353/13
 353/13
Susan [1]  383/9
sustain [1]  348/15
sustained [3]  366/18
 372/22 373/15
swear [1]  345/7
sweep [2]  366/10
 371/23
switch [1]  363/4
sworn [1]  346/1

**T**

tabled [1]  381/14
take [24]  342/7 343/10
 344/25 345/1 346/3
 346/6 346/8 346/11
 346/17 346/18 346/19
 346/20 346/20 347/11
 347/20 350/12 355/9
 374/9 378/3 379/20
 380/5 380/14 380/17

takes [1]  382/17
taking [2]  341/9
 346/12
talk [17]  344/19 344/21
 344/21 350/2 351/18
 352/4 352/5 352/14
 352/16 355/13 355/14
 356/3 364/23 365/1
 366/24 376/15 380/15
talked [1]  350/10
talking [2]  367/25
 368/1
talks [2]  351/9 370/24
tap [1]  383/11
task [1]  377/16
tax [2]  371/21 372/20
tech [1]  363/9
television [1]  351/20
tell [11]  342/10 342/14
 350/14 350/16 351/12
 352/9 352/10 353/3
 354/7 355/17 371/18
telling [3]  351/11
 365/14 372/9
tempted [1]  351/22
term [3]  349/9 366/4
 368/9
terminology [1]
 347/21
terms [2]  361/3 379/11
test [2]  364/14 364/18
testified [1]  370/17
testify [3]  371/4 383/8
 383/19
testimony [16]  346/13
 347/16 348/25 356/13
 358/17 358/17 359/5
 361/7 365/15 371/8
 371/12 372/7 372/12
 374/10 379/6 380/1
texting [1]  350/5
than [3]  348/1 368/18
 373/25
thank [15]  343/23
 344/2 345/13 352/21
 353/21 356/5 363/2
 363/19 364/12 377/6
 378/12 378/19 379/2
 379/8 380/20
that [153]
that's [28]  361/2 362/8
 364/13 365/11 365/16
 365/17 367/1 367/5

367/19 368/9
 368/16 368/23 369/8
 369/19 369/21 370/5
 371/3 371/4 371/8
 372/17 373/24 377/4
 377/14 380/12 380/16
 381/3 382/25
their [22]  342/14 343/2
 347/25 350/22 354/20
 354/21 354/23 358/4
 359/17 360/13 360/14
 362/15 362/18 364/13
 365/21 368/16 369/8
 373/3 376/9 376/9
 377/13 378/6
them [33]  342/5
 342/11 342/12 344/4
 346/13 346/14 346/24
 347/1 347/4 348/8
 350/14 350/16 350/24
 350/25 351/8 353/3
 354/7 354/10 355/18
 360/6 362/1 364/4
 364/10 365/5 370/25
 374/18 375/21 376/2
 376/2 377/19 377/23
 378/7 380/11
then [17]  343/21 345/2
 353/6 354/8 370/1
 372/4 372/20 376/1
 376/11 378/7 381/9
 381/21 382/10 382/23
 383/7 383/12 383/13
there [22]  342/13
 343/1 346/10 346/24
 347/3 347/12 348/3
 351/19 351/21 360/15
 361/10 361/11 363/11
 364/2 365/2 365/15
 373/6 373/7 373/8
 375/1 379/23 382/23
there's [3]  367/11
 370/23 374/13
therefore [1]  367/16
these [23]  358/11
 358/24 359/24 360/4
 360/5 361/10 361/21
 361/25 362/5 362/7
 362/12 362/20 365/2
 365/11 371/5 371/20
 373/13 374/9 375/19
 376/23 380/9 380/9
 381/9
they [82]

## T

**they're [1]** 372/20
**thing [2]** 366/24 377/4
**things [9]** 342/13
344/21 352/15 354/25
355/20 355/22 365/13
370/17 375/17
**think [24]** 342/24
344/12 352/12 353/12
354/20 361/16 363/12
363/22 364/8 364/9
365/15 368/14 370/8
375/1 375/14 377/2
377/2 377/7 377/12
377/14 378/1 378/3
378/6 381/13
**thinks [1]** 366/16
**third [1]** 366/22
**this [83]**
**those [11]** 345/20
346/8 355/19 355/22
356/10 359/14 359/16
360/10 360/20 373/16
380/25
**thought [3]** 365/14
370/8 377/23
**three [1]** 343/13
**through [4]** 357/21
358/2 383/5 383/12
**throughout [1]** 358/15
**time [20]** 341/17 344/3
348/6 348/6 353/25
354/22 355/1 357/12
358/21 358/23 359/2
359/3 359/19 361/11
368/14 368/22 377/12
379/6 381/22 383/18
**timing [1]** 358/23
**tipping [1]** 366/15
**today [3]** 376/17
378/17 379/12
**together [2]** 354/22
375/11
**told [7]** 351/6 353/23
365/13 371/15 375/21
377/19 379/15
**tomorrow [11]** 352/25
353/4 353/14 354/23
354/24 355/1 356/1
356/3 379/20 381/20
383/20
**tonight [1]** 382/7
**took [2]** 377/15 377/21
**top [1]** 366/1

**Topaz [1]** 340/5
**torn [1]** 347/6
**Touche [1]** 359/9
**transcribed [1]** 341/2
**transcript [4]** 339/13
340/25 347/12 385/4
**transcription [1]**
340/25
**transcripts [1]** 347/18
**transferred [1]** 371/24
**Treasury [3]** 366/3
368/9 371/25
**trial [36]** 339/13
342/20 345/14 345/15
345/17 345/25 346/21
346/23 347/2 347/12
349/3 350/19 350/25
351/5 351/6 351/15
351/21 351/25 352/1
352/2 358/17 361/8
362/6 363/10 364/16
364/19 364/24 364/25
365/7 366/7 371/12
371/19 372/7 373/21
376/8 383/13
**true [5]** 345/10 348/1
348/1 367/19 385/4
**truly [1]** 345/7
**truth [1]** 373/19
**try [1]** 345/7
**trying [2]** 375/8 382/7
**turn [2]** 351/2 369/10
**Tweet [1]** 355/16
**Tweeting [1]** 355/15
**twice [1]** 382/20
**Twitter [3]** 350/6
355/15 355/16
**two [5]** 343/12 353/10
356/22 357/2 361/15
**typically [1]** 365/3

## U

**U.S [1]** 340/21
**Uber [1]** 376/11
**under [8]** 351/3 351/4
356/11 361/17 361/23
362/3 362/22 380/24
**undercuts [1]** 372/9
**underdelivering [1]**
373/24
**understand [3]** 364/14
365/2 379/1
**understanding [5]**
374/19 375/10 379/9

**Understood [1]** 379/8
**undoubtedly [1]**
350/15
**unfair [1]** 349/15
**unfairness [1]** 375/16
**Unfortunately [1]**
349/17
**UNITED [2]** 339/1
339/14
**unless [1]** 370/7
**unlikely [1]** 351/9
**unreliable [1]** 368/5
**until [9]** 349/25 350/1
350/10 353/3 356/13
378/2 378/15 379/20
380/18
**up [17]** 346/12 348/13
349/19 353/12 356/1
365/5 367/1 368/7
370/7 371/17 371/22
372/3 372/21 375/22
375/22 379/23 380/8
**upon [1]** 382/16
**urge [1]** 378/8
**us [14]** 344/17 346/17
347/2 356/17 360/22
363/20 371/11 373/4
373/5 374/8 374/9
375/1 377/15 381/2
**use [8]** 346/7 347/10
349/5 363/15 365/21
372/20 373/19 378/25
**used [1]** 373/8
**useful [1]** 347/14
**using [4]** 350/5 350/6
373/19 379/3

## V

**VARMA [1]** 340/14
**verdict [4]** 341/21
341/25 345/10 347/25
**verdicts [1]** 346/5
**very [8]** 341/24 343/24
344/2 344/10 360/9
360/11 362/4 376/23
**veto [1]** 374/22
**victory [1]** 378/22
**video [1]** 383/19
**view [1]** 372/18
**VINCENT [1]** 339/17
**vintages [1]** 366/19
**visibility [1]** 375/12
**voir [2]** 341/13 376/15

**vs [1]** 339/4

## W

**wag [1]** 347/4
**waiting [2]** 379/15
379/18
**walk [2]** 351/2 351/5
**walls [1]** 349/2
**want [19]** 342/20
345/14 346/18 347/8
347/9 347/21 349/10
350/9 353/5 354/10
374/7 374/8 374/9
375/15 376/25 377/23
379/12 380/2 380/4
**wanted [1]** 380/2
**wants [1]** 352/20
**was [24]** 343/19
357/25 359/24 360/21
361/7 361/10 362/18
363/11 365/15 368/22
370/8 371/11 371/13
371/16 371/19 372/1
372/2 372/6 375/6
375/6 375/7 377/24
379/22 379/24
**Washington [5]** 339/5
339/18 340/9 340/17
340/22
**wasn't [1]** 361/11
**watch [1]** 351/23
**watching [1]** 346/14
**Watt [4]** 353/23 354/2
380/10 380/22
**Watt-Calabria [3]**
353/23 354/2 380/22
**wax [1]** 382/7
**way [11]** 342/11
342/17 342/18 351/4
354/21 358/14 364/21
368/18 375/11 376/12
383/19
**we [148]**
**wear [1]** 344/19
**website [1]** 360/9
**websites [1]** 360/14
**weeks [1]** 344/11
**weight [3]** 345/23
348/13 367/5
**Weinstein's [1]** 370/11
**Welcome [1]** 352/18
**well [19]** 345/7 358/24
361/9 365/2 365/20
367/1 367/3 367/21

400

**W**

**well... [11]** 368/16
368/23 369/8 369/21
370/2 370/9 370/21
374/21 376/19 380/3
383/20
**went [1]** 373/22
**were [16]** 341/13 342/5
343/7 358/21 359/18
365/12 365/13 365/14
365/23 371/22 372/3
372/18 373/8 375/23
375/23 380/10
**weren't [1]** 365/14
**what [42]** 341/11 342/4
342/16 346/5 348/18
350/15 355/11 355/17
356/13 356/20 364/23
364/24 365/11 365/12
365/20 367/9 368/9
368/12 368/13 370/9
370/14 371/3 371/4
371/7 371/8 371/13
371/20 373/2 373/11
373/13 373/15 374/17
374/22 374/25 375/25
377/14 377/19 379/10
381/13 381/20 383/3
383/7
**what's [4]** 366/23
367/9 367/14 382/3
**whatever [3]** 347/8
347/9 377/11
**when [18]** 342/10
344/18 350/12 350/12
350/17 365/1 369/19
372/16 372/21 374/5
376/1 376/16 376/23
377/15 377/18 378/22
378/24 380/10
**where [4]** 352/15
354/21 355/4 369/16
**whether [8]** 346/11
349/19 352/8 364/17
368/16 369/10 370/5
370/17
**which [10]** 341/15
343/9 349/13 356/23
357/22 366/9 372/2
374/16 379/24 380/24
**whichever [1]** 344/12
**while [6]** 343/2 346/22
352/14 363/12 373/7
379/23

**who [15]** 342/14
342/15 346/8 347/23
348/8 348/16 352/20
355/20 355/20 360/10
371/11 374/2 374/6
382/11 382/15
**whole [1]** 350/8
**whom [1]** 374/17
**why [14]** 349/10 364/2
364/10 364/19 369/6
369/11 369/18 370/3
370/21 371/18 373/17
373/18 374/21 376/10
**will [80]**
**willingness [2]** 343/24
344/10
**wink [1]** 342/12
**wish [2]** 350/18 353/14
**withdraw [1]** 381/2
**within [6]** 349/2
356/16 356/22 359/13
360/25 367/12
**without [3]** 343/25
358/14 363/24
**withstand [1]** 360/20
**witness [10]** 345/24
348/12 348/17 355/4
356/14 357/4 357/14
361/13 382/11 383/9
**witness's [1]** 348/25
**witnesses [3]** 346/15
347/17 350/23
**won't [3]** 346/18 347/3
354/24
**words [1]** 361/12
**wore [1]** 344/20
**work [7]** 345/15
350/14 352/16 353/18
358/2 369/17 370/22
**worrying [1]** 375/18
**worth [2]** 366/10
371/23
**would [23]** 348/19
349/14 349/15 352/24
355/3 356/20 360/22
362/1 362/21 363/15
364/9 364/10 364/19
370/18 378/8 378/16
379/4 379/4 380/2
381/2 381/13 381/24
383/13
**wouldn't [2]** 364/10
374/21

**white [1]** 379/4
371/17 372/3 372/21
**write-up [1]** 371/17
**written [3]** 358/3
371/21 371/22
**wrong [10]** 349/19
368/6 368/10 368/18
368/20 368/21 368/22
373/22 375/24 380/7
**wrote [2]** 368/15 376/4

**X**

**Xxx [1]** 363/10

**Y**

**Yeah [3]** 354/12 376/2
378/20
**years [1]** 342/18
**yes [7]** 341/5 343/6
343/20 352/23 353/7
365/19 379/13
**yesterday [1]** 365/24
**yet [1]** 373/5
**York [2]** 340/8 340/12
**you [199]**
**You're [2]** 364/4 369/3
**you've [2]** 345/17
350/10
**young [2]** 355/19
355/21
**your [109]**
**your Honor [57]**
**Your Honor's [2]**
343/5 377/17

**write [5]** 347/7 347/8