IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FAIRHOLME FUNDS, INC., ET AL., et al,       Civil Action
                                            No. 1:13-1053
                Plaintiffs,


        vs.
                                            August 10, 2023
FEDERAL HOUSING FINANCE                     10:38 a.m.
AGENCY, et al,

                Defendants.                 Washington, DC
_____

In re: FANNIE MAE/FREDDIE MAC               Civil Action
SENIOR PREFERRED STOCK PURCHASE             No. 1:13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.
_____



                    *** MORNING SESSION ***
                PLAINTIFFS' CLOSING ARGUMENT

            TRANSCRIPT OF JURY TRIAL - DAY 13
        BEFORE THE HONORABLE ROYCE C. LAMBERTH
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Fairholme Funds,**
**Inc., Plaintiffs:**        **Vincent Colatriano**
                             COOPER & KIRK, PLLC
                             1523 New Hampshire Avenue NW
                             Washington, D.C. 20036


**For Defendant Federal**
**Housing Finance Agency:**  **Asim Varma**
                             **David Bergman**
                             **Ian Hoffman**
                             **Stanton Jones**
                             ARNOLD & PORTER KAYE SCHOLER LLP
                             601 Massachusetts Avenue NW
                             Washington, D.C. 20001

APPEARANCES CONTINUED:


For Class Plaintiffs:        **Hamish Hume**
                             **Jessica Mugler**
                               BOIES SCHILLER FLEXNER LLP
                               1401 New York Avenue NW
                               Washington, D.C. 20005

                             **Robert Kravetz**
                             **Adam H. Wierzbowski**
                             BERNSTEIN LITOWITZ BERGER &
                             GROSSMANN LLP
                             1251 Avenue of the Americas
                             New York, New York 10020

                             **Caitlin Bozman**
                             BERNSTEIN LITOWITZ BERGER &
                             GROSSMANN LLP
                             2121 Avenue of the Stars, Suite 2575
                             Los Angeles, California 90067

                             **Lee Rudy**
                             **Grant Goodhart**
                               KESSLER TOPAZ MELTZER & CHECK, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087




Reported By:                 **LORRAINE T. HERMAN, RPR, CRC**
                               Official Court Reporter
                               U.S. District & Bankruptcy Cts.
                               333 Constitution Avenue, NW
                               Room 6720
                               Washington, DC 20001
                               202-354-3196



*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is Civil Action 13-1053, with

3    related Miscellaneous Case 13-288, In Re: Fannie Mae/Freddie

4    Mac Senior Preferred Stock Purchase Agreement Class Action

5    Litigations.

6          **MR. JONES:**  Your Honor, just a couple quick items.

7    If the plaintiffs have rested their rebuttal case, which I

8    gather they have, the defendants, for preservation purposes,

9    would renew our motion for judgment, as a matter of law,

10   under Rule 50(a), for all the same reasons we expressed

11   before.

12         **THE COURT:**  That motion is denied.

13         **MR. JONES:**  Great -- well, not great.  But, thank

14   you, Your Honor.  [Laughter]  I'm glad that's taken care of.

15         We did the exercise I described yesterday of going

16   through the jury instructions.  I am pleased to report there

17   are only five issues, all of them are agreed between the

18   parties.

19         **THE COURT:**  Okay.

20         **MR. JONES:**  If it's okay, I would like to tick

21   those off now.  I think it could be done in a couple of

22   minutes, and then the parties will have a full understanding

23   of the instructions --

24         **THE COURT:**  If you've agreed on them, I will agree

25   to them.  So you can hand them to my clerk, and we will go

1    ahead and go forward.

2            **MR. JONES:**  Great.  Thank you.

3            I have hard copies of some of the changes.  But if

4    they are all agreed upon, which we've discussed this

5    morning, the parties understand what the instructions are.

6    I think we can deal with the logistics after closings or

7    after lunch.

8            (Jury entered the courtroom.)

9            **THE COURT:**  All right.  You may be seated.

10           We've reached the point in the trial when the

11   evidence is closed.  The lawyers will make their closing

12   arguments to you.  Because the plaintiffs have the burden of

13   proof, the plaintiffs will go first, then the defendants

14   will argue, then the plaintiffs get the last word in

15   rebuttal.

16           At the end of the afternoon, I will give you my

17   instructions on the law applicable to the case, and you will

18   begin your deliberations.

19           Just so you know how the process works, each side

20   gets an opportunity to make closing arguments.  Mr. Hume is

21   going to start with the plaintiffs' closing now.

22           Mr. Hume, you may proceed.

23           **MR. HUME:**  Judge Lamberth, good morning.  Good

24   morning, members of the jury.

25           The first thing I want to say is something on

CLOSING STATEMENT BY MR. HUME

1     which I know both sides agree, which is thank you for your

2     extraordinary public service.  I know it hasn't been easy.

3     Your lives have been massively disrupted.  You've sat here

4     earnestly paying attention to lawyers trying to establish

5     facts, and it can be a messy process.  It can sometimes seem

6     overwhelming with all of the evidence.  It sometimes can

7     seem tedious and repetitive.  We get that.  It may not seem

8     like we do, but we do get that.  And we want to thank you

9     for doing what you are doing, and for paying attention.

10            And part of the idea of this whole thing is, the

11     adversarial process, is with two sides both trying to

12     establish what the truth is.  Hopefully that helps neutral

13     and impartial people figure out what the truth is.

14            And it also is based upon your being selected as

15     people who, as the judge will instruct you, should use your

16     common sense and experience in life.  You must decide this

17     case, as the judge will instruct you, on the evidence that

18     was presented.  Only that.  You're obviously not allowed to

19     look at anything else.

20            And the law on which the judge will instruct you.

21     He will also tell you that you can use your common sense,

22     your experience.  And you should bring your whole person to

23     this endeavor, and that includes curiosity and trying to

24     understand.

25            Our pledge to you, our effort today, collectively

1    here, is to try to present what we think the evidence has

2    shown that accounts for the full story.  The full story.

3    All of the facts.

4            Obviously both sides have tried to emphasize

5    certain facts.  We want to try to present the facts in a way

6    that makes sense, it all makes sense, whichever way you look

7    at it, not just one thing only.  So that's what we are going

8    to try to do.

9            It's inspiring to watch the public service you're

10   involved in.  I know it's a burden for you, but it's

11   actually an enormous privilege and an inspiration for us to

12   be part of it.

13           I'd like to give you just a short preview of how

14   we are structuring this closing argument, basically, three

15   parts.  First, we're going to try to present a summary -- a

16   relatively short summary, but it may take 20 to 25 minutes,

17   of what our argument is, what we think the evidence has

18   shown.

19           Then we'll transition to the law, what the

20   instructions will be from the judge, which I think are

21   important.  And we are going to spend some time going

22   through them in some detail, which you will receive from the

23   judge after the lawyers are done arguing.

24           Then, the third part, we will take those

25   instructions and apply them to the evidence as best we can;

1    that part may take a while, and there's a lot of evidence to

2    get through.  So this may take -- I'm going to try to do

3    this in about an hour and a half to two hours.  I know

4    that's a long time to ask for your attention.  I will try to

5    move through it; that's the structure.

6              So let's get to the summary.  And a lot of this

7    will be familiar to you.  So, you know, you've learned about

8    how the net worth sweep in August of 2012 changed the terms

9    of the deal that the FHFA and Treasury made.  The original

10   deal was a dividend of 10 percent of the amount invested,

11   the liquidation preference.  And they changed that to

12   100 percent of the net worth of Fannie Mae and Freddie Mac

13   forever.  All of their current and future profits and net

14   worth, no matter how large, they could make a trillion

15   dollars, the Treasury gets it all.  And that was what the

16   evidence showed happened.  Now, the reason the FHFA has

17   given is they wanted to address this problem of the circular

18   draw.  We learned all about the circular draw where Fannie

19   and Freddie had to draw down the from the Treasury

20   commitment, just to pay the 10 percent dividend because they

21   didn't have enough net worth during many of those years.

22             And I want to be clear about something.  We're

23   obviously saying the net worth sweep is a very unreasonable

24   thing to do.  We are not denying the circular draw is a

25   problem that existed.  It was a problem in 2009, 2010 and

1    2011.  Nobody knew for certain whether it would come back as

2    a problem.  We are not saying anyone could predict the

3    future with certainty.

4         But here is what we are saying about the circular

5    draw that we think the evidence has shown.  First, there is

6    absolutely no urgency or emergency to deal with, here.  Yes,

7    there's a document saying in January 2012 they would try to

8    do it by the middle of the year, the end of the second

9    quarter even that document doesn't express some enormous,

10   enormous emergency.  And that is before they knew all of the

11   good results they had in 2012, the very good results, and

12   the increased confidence throughout 2012.

13        By the summer of 2012, there's an enormous amount

14   of evidence that I will walk you through later that there

15   was no urgency; that is the first thing we are saying.

16        The second thing we are saying is, there were

17   many, many reasonable ways to deal with the circular draw

18   issue.  And none of them were even considered.

19        The third thing we are saying is that the net

20   worth sweep was a grossly unreasonable way to deal with the

21   circular draw issue.  And one of the reasons it was

22   unreasonable is that what actually ended up happening was

23   entirely foreseeable.  It wasn't guaranteed but it was

24   foreseeable.  The fact that Fannie Mae and Freddie Mac might

25   have extraordinarily large profits in 2013 and thereafter

1    was something they knew might happen.

2           You all learned some accounting in this case.  You

3    might have learned more accounting than you cared to learn.

4    But the basic concept that you learned, and that the

5    evidence showed, is that those big losses, those

6    historically large losses, that Fannie Mae and Freddie Mac

7    had in 2009 and 2010, 2011, were principally driven, almost

8    entirely driven, by accounting judgments that the

9    accountants made, that the assets Fannie Mae and Freddie Mac

10   had, had to be written down, loans/mortgages that they

11   either owned or guaranteed, that were performing.  The

12   mortgages were being paid.  But there were huge concerns

13   that because home prices had dropped, and in many cases

14   below the value of the mortgages, which is called "being

15   underwater."  Some of you may remember.  That caused concern

16   that in the future there could be defaults.  People will

17   walk away.  They won't pay their mortgage.  They'll hand

18   their keys to the bank, and then you go into a very messy

19   foreclosure process and it takes forever and you normally

20   don't recover the amount of the mortgage, so there's a loss.

21          So the accountants are all saying, We have to take

22   huge provisions for loan loss.  Sometimes they call it

23   allowance for loan loss, ALL.  That is one principle reason

24   for those huge write-downs.  Also, you learned, they said,

25   We might not make profits, and we have this asset on our

books called the deferred tax asset.  We have to write that

down; that is another billion of losses.  Those losses were

accounting judgments.  We are not questioning them, but we

want you to understand that.

Those extraordinary accounting write-downs can

lead to extraordinary write-ups.  When the future improves,

as uncertain as it always is, when it improves, you can have

those write-downs turn to write-ups.  That was foreseeable.

There are documents in evidence.  There is testimony in

evidence that shows that.

Most remarkably -- and here's where I want your

curiosity -- I ask for your curiosity -- there were no

studies by FHFA, no memos, no written analysis, not even an

email with some analysis of the pros and cons of the net

worth sweep.  Should we do it?  Should we not do it?  Will

it make us pay more or less?  How quickly do we think the

commitment might get eaten up by these circular draws?  How

big of a problem is it?  How urgent of a problem is it?

Nothing.  Zero.

The other thing that is curious is when 2013

happened -- you know, sometimes in life you can figure out

what a person intended by how they react after the fact.

After the fact here, 2013 comes along, there are enormous

profits right away.  I will show you.  Right away.  There's

not a single document from FHFA saying, Oops.  Geez.  We

1    have huge profits above the dividend amount.  We did this

2    net worth sweep because we were worried profits were below

3    the dividend amount.  Now we have given away the store.  You

4    know, that's too bad; that wasn't what we meant.  Did anyone

5    realize this could happen?  Should we, in the public

6    interest, go back to Treasury and try to renegotiate?

7    Nothing.  No document like that.

8         And Mr. DeMarco admitted if Fannie and Freddie

9    could have kept all of that money they made in 2013, that

10   could have fulfilled the public interest, that he said he

11   was trying to fill to protect the bond and MBS investors.

12   Curious.

13        Now, there is a subtext you all heard about that

14   we think may help round out the story, to help explain what

15   is going on here.  The subtext is there was an effort and

16   conversations to wind down Fannie Mae and Freddie Mac to put

17   them out of business and replace them.

18        And the record is clear, for that to happen,

19   Congress would have to act.  And you know, and the record

20   shows, getting Congress to act on something big is not easy.

21   But what the record shows is that there was a desire to make

22   sure.  And it's clear that Treasury had this desire to make

23   sure that Fannie Mae and Freddie Mac would not retain

24   profits and build capital, would not rebuild net worth.

25        That motivation is the opposite of the motivation

 1    FHFA say they had, and FHFA knew that Treasury had that

 2    motivation when they agreed to it.  And that motivation, to

 3    make sure that Fannie and Freddie wouldn't make profits and

 4    rebuild capital, is what drove the timing of the net worth

 5    sweep.

 6         And I'd like to show you a few of the main

 7    exhibits, to go through that, because the timeline,

 8    particularly the timeline from June to August 2012, tells a

 9    critical story for you to understand the full story in this

10    case.

11         So if we could, Ms. McGuire, Slide No. 2.  Slide

12    No. 2 is a document I'm sure you remember seeing, PX-205.

13    At the end of my argument later this afternoon, I will tell

14    you what we think the most important exhibits are.  But this

15    is certainly one of them.  Maybe the most important.

16         This is a memorandum written by a Senior Official

17    of the Treasury Department, Mr. Michael Stegman, to the

18    undersecretary at the Treasury Department, Mary Miller, June

19    25th, 2012.  It says "The Secretary -- " that's the

20    Secretary of the Treasury, head of the Treasury Department,

21    Timothy Geithner, provided an overview of his and your

22    previous day's meeting with Ed DeMarco -- whom you know was

23    the Acting Director of FHFA at the time.

24         This is the essence of the discussion that took

25    place.  This is a memorandum recording what the person was

1    told by the Secretary about that meeting.  And it includes

2    the following:  "Since the Secretary raised the possibility

3    of a PR covenant --"

4            Let me pause there.  You heard about this but it

5    came in, in a way that may not be clear.  PR stands for

6    principal reduction.  This is something the Treasury

7    Department wanted, Mr. DeMarco testified about this, to

8    reduce the value of mortgages on homeowners whose mortgages

9    were above the value of their home, being underwater.

10   Trying to forgive that so they would be more likely to stay

11   in their homes and pay their mortgage.  Treasury wanted

12   that.  Mr. DeMarco did not.  You will see more about that.

13           The point is, since that was raised, "DeMarco no

14   longer sees the urgency of amending the PSPAs this year."

15           No urgency.  He was willing to not do this deal to

16   avoid principal reduction.  If that's true, that means the

17   decision on the circular draws was not so pressing that it

18   had to be done in 2012.  The record shows that.

19           The second thing it says is he, Mr. DeMarco, has

20   raised two competing reasons for this new position.  The

21   first one, the GSEs --" you've learned that's Fannie Mae and

22   Freddie Mac -- "will be generating large revenues over the

23   coming years, thereby enabling them to pay the 10 percent

24   annual dividend, well into the future, even with the caps."

25   The caps on the commitment coming in December 31st, 2012.

1    The thing the defendants say was what was driving this need

2    to do the amendment.

3              This sentence proves our case.  Proves there was

4    no urgency.  Proves they were expecting to make money above

5    the dividend or at least that that was a reasonable

6    possibility.  No one can predict the future with certainty.

7    We know that.

8              Now, you saw Mr. DeMarco testify about this

9    sentence.  Here's what he said -- when defendants' counsel

10   was asking him questions, he asked him about that exact

11   sentence.  Then it goes on to say, "You said the GSEs will

12   be generating large revenues over the coming years thereby

13   enabling them to pay the 10 percent annual dividend, well

14   into the future, even with the caps.

15             "Do you see that?

16             "I do.

17             "Did you say that?

18             "No.

19             "Did you think that?

20             "No.

21             "Would you have said that?

22             "No."

23             It's pretty clear what he was saying, right there

24   on the stand, under oath.

25             Now you learned in cases like this you get a

CLOSING STATEMENT BY MR. HUME

1    chance before the trial to take a deposition, where you ask

2    questions of a witness, they take an oath to tell the truth,

3    lawyers for both sides are there.  So you can find out what

4    they are going to say.  And in the deposition he took, he

5    was asked about this document.  Three times he was asked

6    this question.

7              "Did you, in fact, tell Secretary Geithner and

8    Ms. Miller that the GSEs will be generating large revenues

9    over the coming years, thereby enabling them to pay the 10

10   percent annual dividends well into the future, even with the

11   caps?

12             "Answer:  I don't recall exactly what I told them

13   in this -- in this discussion, except that I did not want

14   principal reduction to be part of this."

15             It's a very different answer.  You saw the video

16   clip of that.  He was asked again, "Did you, in your

17   meeting with Mr. Geithner -- transcription error or maybe my

18   partner might have misspoke, but I think it's clear -- did

19   you say, in substance number one  -- remember, number one is

20   generating revenue above the 10 percent dividend.

21             "Answer:  As I've said, I -- I don't know.  I

22   don't recall what was I said in particular with regard to --

23   regard to this."

24             That's a very, very different answer.

25             Third time.

1             "So you don't remember whether you said 1 and 2.

2    Right?

3             "Answer:  I don't remember the details of this --

4    of this discussion or debt, no."

5             Doesn't remember either way.  Now, if he doesn't

6    remember -- and that's what he said -- the best evidence of

7    what he said is what was written down at the time.  And as I

8    said, as part of what your job is as jurors, is to bring

9    your common sense and experience to bear on all of this

10   evidence and decide what you believe.  What's reliable?

11   What can you rely on?

12            Now, the next document in this timeline -- I want

13   to take you now from that date, June 25th, 2012, to almost

14   two months later, August 17th, when the net worth sweep is

15   signed.  This document you also saw -- I don't know if it

16   came in quite as clearly, PX-210.  This is a Treasury

17   Department set of talking points.  And the key thing to

18   understand is they were written for the Secretary of the

19   Treasury, TFG, the evidence shows -- Timothy Geithner.  He

20   will be testifying before Congress.  That is what this

21   document is.  This is preparing him for the possible

22   questions he might get.  Lots of questions.  Here is what

23   the answers are.  And on Page 10, there's a question, you

24   might get asked this, Secretary Geithner, "Has the

25   administration considered modifying the PSPA agreements

CLOSING STATEMENT BY MR. HUME

1    before the capacity becomes fixed at the end of 2012?"

2          The caps.  Everything you've been learning about.

3    Because they set the formula 2009, unlimited for a few years

4    under the commitment, and then it's going to be capped.  We

5    will talk more about that later, that formula.

6          Here is what they said you should tell them --

7    what the Treasury Department told Secretary Geithner he

8    should say.  It's essentially what the plaintiffs are saying

9    the evidence shows in this case.  I'm not going to read

10   every word, but the first bullet point says they are making

11   money.  They are projected to make money.

12         A lot of fuss over what conservative baseline

13   stress test is.  I don't think the evidence is clear on

14   that.  We're not making much of whether it's a stress test

15   or a baseline test.  The point is, they are saying, the

16   first thing you can tell Congress is they are projected to

17   make profits.

18         The second thing they tell him is, By the way, if

19   there's a problem with a circular draw, they can just not

20   declare a dividend pursuant to the certificates of

21   designation.  Which, as you will see, you saw a little bit

22   of this.  Professor Dharan talked about this.  I asked

23   Mr. DeMarco about it.  The certificates -- the contracts

24   between Treasury and Fannie and Freddie said, If you don't

25   pay the dividend, you don't draw the commitment.  You just

add to the liquidation preference.  We call that the payment

in kind.  My partner, Ms. Davis, called it the safety valve

because our expert called it that.

The third bullet says, We expected 207 billion,

which is the estimate of the combined commitment, combining

Fannie and Freddie.  It's a huge amount and should provide

comfort to the market.  That's what they said he should tell

Congress.

The next document, 226-A, is an email.  FHFA sent

an email to Treasury on July 31, the bottom of this, saying,

Here's what we expect Fannie and Freddie to announce for the

second quarter.  Second quarter ends June 30th.  They are

getting ready to do their SEC filings for the second quarter

where they announce their profits and other financial

results.

And it shows that both Fannie Mae and Freddie Mac

had income above the dividend amount.  Quite a bit above the

dividend amount, so they would have net worth building, even

after paying the dividends to Treasury; that is the opposite

of a circular draw problem.

Now, I'm not saying, Oh, that proves everything

was wonderful.  That proves there will never be a problem.

You can predict the future from that.  We are not saying

that.  We're not saying that.  That's not the point.  Here's

the point.  That gets sent to the Treasury Department.  They

say, Well, this is stronger than we thought.  And it gets

sent to a gentleman named Timothy Bowler.  You heard

testimony from him.  You heard he was the point person for

the Treasury Department on the net worth sweep negotiation

for the third amendment.  Point person interacting with

FHFA.

Here is how he reacted when he saw financial

results that were expected to be released soon showing the

opposite of the circular draw problem.  Here is what he

said.  "Really makes sense to push the net worth sweep this

quarter."

Just saw financial results saying the opposite of

the circular draw problem.  We better push for the net worth

sweep.  I invite your curiosity on what is going on here.

Next document, August 7th and 8, Fannie Mae and

Freddie Mac release publicly their official result, showing

those profits above the dividend amount.  One day later,

August 9th, Mr. Ugoletti, who was the point person at FHFA,

emails Mr. DeMarco and others and says, "Close Hold."

"There appears to be a renewed push --"  a renewed push

"-- to move forward on PSPA amendments."

PSPA amendments, that means the third amendment;

that means the net worth sweep.  Mr. DeMarco admitted he

understood.  And it was clear that push came from Treasury.

Treasury is seeing the profits above the dividend amount and

1    they are pushing for the net worth sweep.  They are pushing

2    it.  They drove the timing.  And they drove the timing

3    because of profits above the dividend amount.  It went down

4    real fast after that.

5            August 17th it's announced.  And here is how

6    Treasury announces it:  "Further steps to expedite

7    wind-down."  That's the headline.  That's the big-picture

8    thing.  That's what this is all about.  That's not what

9    Mr. DeMarco says it's all about.  That's not what the

10   defendants say it's all about, but that's what they say,

11   Treasury, at the time.

12           Mr. DeMarco admitted he reviewed and provided

13   edits on this press release before it was released the night

14   before he signed, on August 16th -- the day before

15   August 16th he reviewed this.

16           Here is what else it says -- under the section of

17   it that talks about the full income sweep, which is another

18   way of saying net worth sweep, Treasury says, one of the

19   benefits of that is, one of the good things we are doing, is

20   the GSEs, Fannie and Freddie, will be wound down and will

21   not be allowed to retain profits, rebuild capital and return

22   to the market in their prior form.

23           Now, this email -- this press release does also

24   say, Hey, another benefit of that whole weird, horrible

25   circular draw problem, that's going to go away here.

1              I want to be clear, I want you to see the whole

2    evidence.  I want you to see the full story to make sense of

3    all of this.

4              Now that timeline I just went through is quite

5    important in our view.  So at the risk of distracting you, I

6    would like to ask if some of my colleagues could help me.

7    We put this on an old-fashioned chart.  And I asked

8    permission from the court reporter, because unfortunately

9    she is now not going to be able to see you.  We really

10   appreciate, Judge Lamberth, you allowing us to put this up.

11   I apologize if it blocks some view between you and the

12   judge.  But this lays out the timeline of what I just

13   showed.  That on June 25th -- and it may be a little

14   crooked.  Sorry about that -- that's the memo about the

15   meeting between Secretary Geithner and Ed DeMarco saying he

16   no longer sees the urgency.  They are going to make money

17   above the caps.

18             Thank you, Mr. Zagar.  Thank you.

19             Then July 9 -- this is the date of that memo

20   getting Secretary Geithner ready to testify to Congress --

21   says, if they ask you about this problem, tell them we got

22   it under control.  No problem.

23             Then Treasury gets news about how big those

24   profits are going to be in the second quarter, and

25   Mr. Bowler, the point person, he says it really makes sense

CLOSING STATEMENT BY MR. HUME

1    to push the net worth sweep this quarter, because they are

2    making profits above the dividend.

3            Then the profits are announced officially.  A day

4    later there is a renewed push from Treasury to do the net

5    worth sweep.  It goes down real fast.  There's one document,

6    I think I didn't show you that I am going to come back to,

7    an FHFA document that says, These amendments are designed to

8    demonstrate wind down.  The FHFA knew that.

9            And then in the final press release it says this.

10   The benefit of this, the one benefit, we are not going to

11   let them rebuild capital.  We are not going to let them

12   rebuild capital, rebuild net worth; that's one of the good

13   things happening here.

14           Now, look, you may be wondering, Well, okay.

15   Maybe that's the reason.  So what?  Why can't they do that?

16   Well, here's so what.  A couple big so whats on that.

17   Number one, that's okay if Treasury wants to do that.  FHFA

18   had a different role.  FHFA's role was to be the conservator

19   of Fannie Mae and Freddie Mac.  There's a reason, we

20   submit -- you can draw inferences from the evidence.  And we

21   think this is an inference you can draw.  There is a reason

22   FHFA doesn't want to say that this was their motivation,

23   because it completely contradicts what they said they were

24   going to try to do in this conservatorship, which was to

25   preserve and conserve assets, and get the entities sound and

1   solvent.  Sound and solvent means having positive net worth.

2   There's a reason they don't want to admit that this was what

3   was going on.

4          Second problem, Mr. DeMarco admitted, You can't

5   wind them down unless Congress acts.  It's not their call to

6   make.  His job was to preserve and conserve.  If Congress

7   wants to wind them down, replace them with a different

8   model, okay, but you don't get to try to force Congress into

9   doing it by not letting them build capital.  At least the

10  conservator shouldn't have been able to do that.  And that's

11  not the reason they gave; and that should tell you

12  something, if it's not the reason they gave.  And it's the

13  opposite of the reason they gave; that should tell you

14  something.  I invite your curiosity on that.

15         Third problem is, it didn't happen.  They knew how

16  hard this was going to be.  These two enterprises had become

17  central to the entire housing system and the entire economy.

18  They are huge.  You heard that; that's something we agree

19  on.  Winding them down and replacing it, the evidence shows,

20  was going to be really hard.  There wasn't a lot of interest

21  of other people to step into this role.  And it's a very

22  difficult thing to do.  They were unique players.  And it

23  didn't happen.  You heard that.  They are larger today than

24  they were back then.  It's not a good reason.  Not a good

25  reason for FHFA; that's why they are running from it.

1          Believe it or not, that was my short summary.  I

2     am going to leave this up here.  I hope it will not be

3     distracting.  But I am going to walk now through the judge's

4     instructions.

5          I do want to show you just a few other things,

6     actually, before I get to the instructions.  If we could

7     have the slides back on to Number 12.  Number 12 just

8     summarizes this sentence because this sentence really --

9     that's a statement of destroying the rights of private

10    shareholders.  And the Treasury admits it, and the FHFA knew

11    about it.  And they either agreed with it or they went along

12    with it.  Either way, that's a breach of our contractual

13    rights, as we will explain.

14         Now, the impact -- you've seen this a lot.  Before

15    we get to the impact.  Sorry.  Just more on this, sort of,

16    what subtext -- is what I am going to call it -- the

17    subtext of this whole big story.  Mr. DeMarco admitted he

18    thought the charters of Fannie and Freddie were flawed.  He

19    wanted to replace them.  He admitted that since leaving his

20    work for think tanks and submitted proposals to try to

21    replace them.  That doesn't make him a bad person.

22         As Ms. Davis said in her opening statement, people

23    are entitled to their political opinions.  That is not what

24    this is about.  This is just context for you to understand

25    his mindset.  This whole story makes sense if you realize he

1    wanted them wound down.  He didn't want them rebuilding

2    capital.  The problem is, that's inconsistent with the role

3    he had as conservator and what they were supposed to be

4    trying to do.  It is also the opposite of the reason he had

5    given for doing what he did.

6            Now, you've seen this chart a lot, because it's

7    important.  This is what happened in 2013.  If they hadn't

8    done the net worth sweep, the dividend they would have paid

9    to the Treasury would have been $18.9 billion.  I am

10   combining Fannie Mae and Freddie Mac.  We have it both ways.

11   I will go through that later.  It's the same story for both.

12           The actual dividend, under the net worth sweep,

13   was $130.1 billion.  They did this thing because they were

14   worried about income being below the dividend amount.  They

15   had income of over $130 billion in 2013.  In every quarter

16   they had income above the dividend amount.  I am going to

17   show you that.  It's in evidence.

18           They had to sweep all of that income, all of it,

19   to Treasury.  Mr. DeMarco admitted with that extra 111

20   billion, they would be better off in a stress scenario.  He

21   said he was worried about a stress scenario; that makes them

22   better off in a stress scenario.  Better off for

23   mortgage-backed security and mortgage investors.  That is

24   the impact -- in case you thought it was a weird year over

25   the ten years, it's 151 billion transferred to Treasury.

1    First in cash.  Then they changed how they did it.  But they

2    get all of the net worth.  And they've gotten 151 billion

3    more than they would have even gotten even under the very,

4    very generous 10 percent dividend.

5           Now, I do want to be clear that those numbers are

6    for context and for understanding what happened and why it

7    happened.  Because, as I said, there are no emails or

8    documents from 2013 saying, Geez.  What happened?  This

9    isn't what we thought.  Maybe in the public interest, do we

10   try to renegotiate or just expressing disappointment,

11   surprise or shock?  Mr. DeMarco didn't come in here and say

12   that was shocking.  No one had any idea.

13          I am going to go through the evidence to show you

14   it was foreseeable.  Not guaranteed.  We don't need to show

15   it was guaranteed; that's not the point.  Foreseeable.  One

16   of the range of foreseeable possibilities.  Those numbers

17   are not the damages we are claiming in this case.  Okay?

18   They are not relevant.  You will be instructed.  They are

19   not relevant.

20          The damages -- if we could go back a slide -- are

21   what happened to the private shareholders.  And I will talk

22   more about that.  But the private shareholders were down but

23   not out.  Remember Ms. Davis telling you that?  Even in

24   boxing, you are not allowed to kick someone when they are

25   down but not out, trying to get back up.

CLOSING STATEMENT BY MR. HUME

1          They'd invested $33 billion, over 33 billion.  The

2     value of their investment went down.  Because of all of

3     those losses.  Because of the conservatorship.  Because of

4     all of the things the defendants showed you about the

5     difficulties and the challenges of the conservatorship, the

6     huge write-downs, the huge losses.  It was uncertain what

7     was going to happen, whether Fannie or Freddie would emerge,

8     would make money.  Their investment was down.  But it wasn't

9     out.

10          In fact, when those profits were released, on

11     August 7th and 8th, the stock price went up, quite a lot,

12     because people are saying, All right.  Good news.  Maybe

13     they are turning the corner.  Maybe they are going to make

14     big profits.  Maybe those write-downs will become write-ups

15     and they can get back on their feet.  There were rights.

16     The shareholders had rights.  Not guaranteed but they were

17     part of the capital structure, part of the ownership

18     structure.  Even in conservatorship the dividends were

19     suspended, but their rights, their economic interests, were

20     not eliminated.  Mr. DeMarco said that.

21          But the net worth sweep changed that.  It said, No

22     matter how much money Fannie and Freddie make, a trillion

23     dollars, a trillion-trillion dollars, it doesn't matter.

24     Treasury is getting everything.  You guys will get nothing.

25     No matter what.

1          So it's not surprising that that's how the market

2     reacted.  That's the harm.  That's just in one day.  Right

3     away.  And you heard testimony that that harm persists.  It

4     was never remedied.  The defendants put in no expert to

5     dispute our damages number.  So that's the damages number,

6     1.6 billion.

7          So now, if we could go to, I think, the verdict

8     form.  The first question you are going to be asked is, Did

9     we prove by a preponderance of evidence, more likely than

10    not, that FHFA, as conservator, acted arbitrarily or

11    unreasonably, in entering into the net worth sweep, thereby

12    violating the reasonable expectations of the shareholders.

13    That's the question.  That's the big question in the case.

14         And you are going to go back and deliberate and

15    decide whether you checked yes or no, based on all of the

16    evidence.  We want you to see the full story.

17         You are going to get instructions that say, To

18    prove this, we prove that FHFA's actions arbitrarily or

19    unreasonably violated objectively reasonable expectations.

20    Objectively.  You all get to decide what those reasonable

21    expectations are.

22         And the Judge's instructions are going to tell you

23    exactly what to look at in deciding objectively reasonable

24    expectations.  The shareholders were not permitted to say

25    what each one subjectively expected, because that's not what

CLOSING STATEMENT BY MR. HUME

1       is relevant.  We'd have to bring in a lot of people to talk

2       about what each one expected.  It's on the objective

3       evidence.  This evidence.

4              I am going to try to go through this quickly

5       because time is marching on here.  But these are the five

6       things you can look at.  Four in bullet points.  In the

7       first one here, the actual text of the certificates, What

8       did they get?  The defendants make a big deal saying, Well,

9       it didn't guarantee a dividend.  No, it didn't guarantee

10      them.  They were suspended in conservatorship anyway.

11             But the common shareholders are the owners of the

12      company with the power before conservatorship to elect the

13      board.  Every year they elected the board.  The board

14      decides whether to declare dividends.  If it declares

15      dividends on the common stock, the preferred stock has to

16      get paid a dividend first; that's how it works.

17             So the board, when you are not in conservatorship,

18      is answerable to the common shareholders.  So the basic

19      structure is, there is a reason why you get dividends.  And

20      they want to pay dividends because then people invest.  But

21      they might decide, Let's not pay dividends.  Let's reinvest

22      in the business.  Your stock goes up then.  The basic point

23      is, if the company does well, stockholders do well, whether

24      there are dividends or not.  But they did used to pay

25      regular dividends.

1          Now, the second provision of expectations that you

2     look at is the actual statute, because this is an unusual

3     contract.  The contract with Fannie and Freddie or with any

4     corporation changes when the corporation law, the law that

5     governs the corporation changes.  So you are going to look

6     at this.

7          HERA, which you have heard about -- HERA said

8     conservator should put the agencies in sound and solvent

9     -- Fannie and Freddie in "sound and solvent condition."

10    Solvent means positive net worth -- and it should "preserve

11    the assets".  We think the net worth sweep did the opposite

12    of that.

13          It also said when Treasury invested, it needed to

14    think about, take into consideration, keeping these

15    enterprises shareholder owned.  It also has a provision that

16    says the agency can act in the public interest.

17          The jury instructions from Judge Lamberth are

18    going to say that even though they could act in the public

19    interest -- and no one disputes that.  They can and they

20    should act in fulfilling the public interest of stabilizing

21    the mortgage market.  We agree completely.  But if they do

22    that in a way that arbitrarily or unreasonably violated

23    plaintiffs' reasonable expectations, it's a breach.

24          You looked at the preferred stock purchase

25    agreement, that told you that Treasury became a shareholder;

CLOSING STATEMENT BY MR. HUME

1    xxx START HERE and it was getting a big dividend, but it

2    wasn't getting 100 percent.  In fact, it had warrants to

3    acquire common stock of 80 percent.

4              The next thing you look at is Fannie and Freddie's

5    nature.  As I told you, only Congress could change that.

6              The next thing you look at is the public statement

7    at the time.  That's relevant to objective expectations.  I

8    am going to do this quickly, because you've seen it a lot.

9    They said over and over, purpose is preserve and conserve

10   the assets.  Make them sound and solvent, that means have

11   positive net worth.  The net worth sweep totally contradicts

12   that.

13             They said, it's to stabilize, return them to

14   normal business operations.  Return them to shareholders.

15   That's what they said.

16             We recognize it changed in the sense that it

17   became harder later.  But they never said they abandoned

18   this purpose.  It just became harder, a little harder.

19   Mr. DeMarco said it; that's the objective.  Normal business

20   operations return to shareholders.

21             And he said, as I told you a moment ago, "The

22   economic interest of shareholders have not been eliminated.

23   They continue to exist."  The dividends were eliminated

24   during conservatorship.  The economic interests were not

25   eliminated.  They were still part of the ownership

CLOSING STATEMENT BY MR. HUME

1     structure.

2             Those are the things you look at for objective

3     expectations.  It's in the instructions.  That's what you

4     look at because that's what formed the contractual

5     expectations that matter.  Contractual expectations.  And

6     that last change was in December 24th, 2009, which is when

7     they changed the commitment to make it unlimited for three

8     years.  And then to set a cap that they thought would be

9     reasonable at the end of 2012.

10            And they knew when they did that, that things

11    might get really bad in 2010, '11 and '12.  They knew that;

12    that's why they made it unlimited.  They already had a

13    circular draw problem when they set that cap.  They said it

14    in the second amendment they thought it would be reasonable

15    and it was reasonable that's why there was no urgency.

16            So those were the expectations.

17            Now, what is arbitrary and unreasonable?  The

18    Judge's instructions tell you.  I will go through this

19    quickly.  But there are multiple things it could be that you

20    should look at that are listed in the alternative.  It could

21    be this.  It could be that.  This or that.  Because there

22    are different ways of describing it, the same thing,

23    arbitrary or unreasonable.

24            If you don't take appropriate consideration of or

25    regard for the existing facts and circumstances.  The

CLOSING STATEMENT BY MR. HUME

1    process.  You don't study it.  No studying of the facts.

2    None.  No deliberations for a decision of this kind or it's

3    not supported by fair, solid and substantial cause.  No good

4    reason, in light of the actual facts and circumstances at

5    the time of the decision.  Not guided by reason.  Beyond

6    what can be expected.

7           And, again, it doesn't have to be all of these

8    things.  It has to be just one of these things to be

9    arbitrary or unreasonable; that's why we are highlighting

10   the "or."  This is in the jury instructions you will hear

11   and receive.

12          You will also hear and receive that it looks at

13   whether something is reasonable, looks at whether the

14   decision-maker responded to its objectives in a manner that

15   the other party reasonably could have expected under the

16   facts and circumstances.  So you're going to get guidance on

17   this, what arbitrary and unreasonable means.  And it can be

18   any one of these things.  These are the things I just went

19   through.  It's not going to look like this in the

20   instructions.  You will hear it.  It will be written down.

21   It could be any one of these things.  A verdict form doesn't

22   require to say which one, just whether it is any one of

23   them.

24          Now, the first thing -- let's just look -- it's at

25   a really high level.  It is beyond what to be expected.  You

2802

1    heard three experts come in here and tell you, Totally

2    unprecedented.  Never been in a net worth sweep before.

3    That's unrebutted.  That's a lawyer -- lawyers like to say

4    "Unrebutted testimony."  No evidence from the defendants

5    saying, Oh, there was this other net worth sweep.  No.

6         Here's the other thing, just at a high level, why

7    it's beyond what can be expected and meets the definition of

8    all of those other things.  I really want to talk about what

9    the shareholders still had that was destroyed.  That's what

10   these slides are going to try to show.  Because in the

11   conservatorship -- not before the

12   conservatorship -- Treasury became a shareholder.

13        Ms. Davis showed you a slide.  Treasury became a

14   shareholder with the other shareholders.  Now, it became the

15   most powerful shareholder.  And it was the one allowed to

16   get the big dividend and all other dividends were suspended.

17        But the private shareholders still existed.  Their

18   contracts were not terminated.  Mr. DeMarco said that they

19   were not terminated.  He said economic interests were not

20   eliminated.  They were still there.  And so were the common

21   shareholders.

22        And like I said, one thing the certificates made

23   clear, you cannot pay a dividend to the common shareholders

24   unless you pay the preferred shareholders first.

25        Here's the other thing in the conservatorship.

1    Treasury had these warrants.  I haven't heard that much

2    about it, but it's actually kind of important.  They had

3    warrants to acquire 79.9 percent of the common stock.  Why

4    would they do that?  Well, because they thought it might be

5    valuable; that was part of their compensation.

6              And if that common stock is valuable or

7    potentially valuable, and had rights, it could be valuable.

8    In the future, if Fannie and Freddie became profitable, if

9    they return and grow, then that's good for the common

10   shareholders, the private ones.  And if it's good for the

11   private ones, the common shareholders, that's good for the

12   private preferred shareholders, because you can never pay

13   the common unless you pay the private preferred first.

14             Here is the other thing that is clear as day on

15   the face of the agreements.  Contract with Treasury.  The

16   contract with the private shareholders.

17             To the extent Treasury was going to try to get a

18   dividend above the 10-percent amount, here's what had to

19   happen.  The dividends were suspended, but Treasury could

20   consent to allow a dividend.  Let's say they consent.  They

21   say, We want more than the 10 percent.  Fannie and Freddie

22   had money.  We want more than the 10 percent.

23             Here's what they could do.  First, they could

24   exercise their warrant to become a common shareholder and

25   declare a dividend, but then they have to pay the private

CLOSING STATEMENT BY MR. HUME

1    preferred first.  Then they can pay the common, and they are

2    going to get almost all of it.  They are going to get

3    80 percent.  So if they want more than the 10 percent, they

4    can get it.  But the private shareholders also get paid;

5    that's what the agreement -- that's the structure that was

6    in place during the conservatorship until the net worth

7    sweep.

8         Here's what the net worth sweep did.  It said, You

9    private guys, you are out of the picture no matter what.  It

10   doesn't matter if we make a trillion dollars, a

11   trillion-trillion.  It doesn't matter.  You are never

12   getting anything.  Treasury is getting everything.  A

13   hundred percent.  No matter how much.  So that's something

14   we think meets the definition of arbitrary and unreasonable.

15        Now, as I told you they've already received 151

16   billion more than they would have under the 10 percent.  And

17   if they had done it the way I showed, they would have gotten

18   most of that, but not all of it.

19        And just very briefly, as context for this

20   arbitrary and unreasonable, remember that the reason the

21   private shareholders have that place in line and have some

22   contractual rights is that they invested money.  They

23   invested over 19 billion in Fannie Mae; over 14 billion in

24   Freddie Mac; over 32.9 total.

25        And here is the thing that is important to

1    remember.  Almost two-thirds of that was in the financial

2    crisis.  These are the preferred shareholders.  Common

3    shareholders date back further.  The private preferred

4    shareholders, the private preferred, regulator -- the

5    predecessor, OFHEO, went to Fannie and Freddie said, The

6    housing market, the bubble, is bursting.  Housing pricing is

7    going down.  This doesn't look good.  Go get more money,

8    more net worth.  Get some investment.

9          So they went out and got investments.  A lot.

10   That's how much they got, 19.7 of the 32.9.  That's in

11   evidence.  That's how much the private shareholders

12   invested.  And they took a risk.  There were no guarantees.

13   But that's why they have these contractual rights; that's

14   why they have a place in line.

15         Mr. Lockhart admitted it.  He actually used the

16   word "force" -- well, he agreed to the word "force."  Forced

17   that investment.  I want to be clear.  We are not saying he

18   forced our clients to invest.  He forced Fannie and Freddie

19   to go get those investments.  The regulator was asking for

20   it, was the point.

21         Now, other definitions that it meets -- a number

22   together here, because we are going to run short of time and

23   go through the evidence pretty quickly on some of this.  But

24   here are three other definitions of arbitrary or

25   unreasonable.  Taken or made without appropriate

1    consideration of or regard for the facts and circumstances.

2    Not supported by fair and substantial cause in light of the

3    facts and circumstances.  Lacking justification in fact or

4    circumstance.

5              It may sound like three different ways of saying

6    the same thing.  They are very similar.  But some of them

7    may land more than with some of the others.  Read all of

8    them.  Take them all into account.

9              What's the reason?  What is the cause?  Well, here

10   we go again.  They put in -- I do want to make sure -- this

11   may not have received the attention it deserves.  It's in

12   evidence.  This case began back in 2013.  And a little while

13   after it began in December, the FHFA submitted a declaration

14   for Mr. Ugoletti, Mr. DeMarco's special advisor, his point

15   person on the whole net worth sweep negotiation or

16   discussion.  He put in a sworn declaration saying what the

17   reason was.  It's the same thing the defendants are saying

18   now, which is there is a risk of circular draws materially

19   eroding the commitment.  Those are my words.  Those are our

20   words.  That summarizes what the declaration is saying.  I

21   think it summarizes what the defendants are saying.  That's

22   the reason.

23             He didn't say, Oh, and we also wanted to wind them

24   down and make sure they didn't build capital.  Because he

25   couldn't say that because it is obviously inconsistent with

1    what they were supposed to be doing.  That's the reason.

2    And that's the reason you have to consider in applying those

3    arbitrary and unreasonable standards and the expectations of

4    shareholders.

5              Now, again, I said at the beginning, we are not

6    saying there was no circular draw problem.  We are saying

7    there was no urgency.  Certainly no emergency.  And there

8    were lots of other ways to deal with it that were

9    reasonable.  And to be clear, the net worth sweep was not

10   one of the reasonable ways.  It was a grossly unreasonable

11   way.

12             Why was there no urgency?  Because they set a

13   formula in the heat of the financial crisis, December of

14   2009, after Fannie and Freddie had taken huge losses and

15   huge draws from the commitment and already were talking

16   about a circular dividend problem, a circular draw problem,

17   and expecting it to get worse.  So they made the commitment

18   unlimited when they knew all of that.

19             Secretary Geithner and Mr. DeMarco said, Let's

20   come up with a formula for what the cap is going to be after

21   we get to the end of 2012, after the financial Armageddon we

22   may still be in.  What are we going to have the cap as?  It

23   will be $200 billion, minus what we drew in 2009 and 2008.

24   2010, '11 and '12 draws won't factor into the amendment.  It

25   was predictable what it would be.  And it was set as what

CLOSING STATEMENT BY MR. HUME

1    would be a reasonable commitment for the markets, to know

2    that that commitment would still be there.  That's a lot of

3    money.  That's a big commitment.

4              No urgency.

5              And there are estimates -- the only estimates

6    you've seen in this case of what could happen over a 10-year

7    period showed that the erosion would be this much for Fannie

8    and nothing for Freddie.  Those estimates were sent to FHFA,

9    to the Fannie Mae board and to Treasury in July and August

10   of 2012.  No urgency.

11             Mr. DeMarco admitted, when I showed him that

12   number, that chart showing that number.  He admitted that's

13   not material erosion.  Over ten years.  Now, that estimate

14   is not guaranteed to happen, but it was an estimate based on

15   a reasonable projection.  No urgency.

16             You heard from some of the senior executives by a

17   videotaped deposition or some others through actors on the

18   stand.

19             "Mr. Mayopoulos, did you worry about the financial

20   consequences of circular draws?

21             "Answer:  Not in any immediate way, because there

22   was still plenty of capacity left."

23             Just what that picture showed.  Even defendants'

24   professional expert admitted this.  "There was very little

25   risk that the commitment would run out in 2013 or 2014."

CLOSING STATEMENT BY MR. HUME

1          Now, to be clear, we recognize, you are not going

2     to wait for it to run out.  If it starts to run down really,

3     really fast, you are going to have a problem.  But the point

4     is, there was no sign that that was likely to happen.  In

5     fact, the sign was, You weren't going to need draws,

6     certainly in 2012, at all.

7          You've seen this.  First quarter, Fannie made more

8     than the dividend.  Freddie made just about the same.

9     Second quarter, they made considerably more than the

10    dividend.

11         This is those results that led to the push from

12    Treasury.  We got to get the net worth sweep done.  Look.

13    They are making money more than the dividend.  They are

14    building capital.  We have to get the sweep done.

15         Now, we are not saying that because there were two

16    quarters, after all of those losses, everything is

17    wonderful.  No problems.  Guaranteed future.  We are not

18    saying that.  We are just saying this shows no urgency.  And

19    it's not just this, showing no urgency.  They were

20    projecting the nearer in time the projection, the more

21    reliable it is.  They are saying, What about the rest of

22    2012?  Fannie Mae says -- in May 2012 they are saying, We

23    expect comprehensive income above the dividend obligation.

24    We should be good for 2012.  No draw.

25         If they have a draw -- if they have a small draw,

1   it's not going to be material.  They are saying, We are not

2   going to need any draw in 2012.  Maybe we will need one in

3   2013.  But that's not material erosion.  That's not

4   emergency.

5           Freddie Mac said the same thing in this August

6   2012 presentation, "Comprehensive income is projected at 9.7

7   billion and exceeds 7.2 billion of dividends."

8           "No additional Treasury draw is required in Q3 and

9   Q4."  This is before the net worth sweep Freddie Mac said

10  that.  No urgency.

11          They actually said, in their base case, and their

12  better case, they wouldn't need any draw until 2015.  Worst

13  case they would.  But 12.8 billion of draw on the worst

14  case, that's not huge over 149- or a 148-dollar billion

15  commitment.

16          And you've seen PX-205.  It says no urgency.

17          That's the other thing we asked Mr. DeMarco about.

18  I showed you what he said about number one here.  What did

19  he say about no urgency?  He took the stand.  Defendants'

20  counsel asked him.

21          "It said you said no urgency.  Did you say that?

22          "No.

23          "Would you have said that?

24          "No.

25          "Did you think that?

CLOSING STATEMENT BY MR. HUME

1          "No."

2          Unequivocal he told him.  Unequivocal.

3          Okay.  What did he say in deposition?  I showed

4     him.  He was asked about that same document.  "Is it

5     accurate or is it not accurate that you no longer saw the

6     urgency of amending the PSPAs?"

7          "Answer:  No, it was -- what was accurate was, I

8     was not interested or seeing urgency in doing a third

9     amendment that included a covenant requiring me to do

10    principal reduction."

11         Now, he's saying that if Treasury's going to put

12    principal reduction for giving homeowners principal mortgage

13    amounts into the third amendment, he's not going to do that.

14    What that shows is, is there could not have been an

15    emergency to do the net worth sweep.  There could not have

16    been an emergency threatening the five-trillion-dollar

17    market of bond and MBS investors, if Mr. DeMarco is willing

18    to walk away and refused to do the deal, if it includes

19    principal reduction.  That's what that says.

20         He said it again.  He said, "Isn't it true that

21    you were willing to walk away from the third amendment?"

22    That's what I asked him in trial.

23         In deposition he said, "I am willing to walk

24    away."  You saw the video clip about it.  "If they insist on

25    principal reduction.  They are not going to force me."

1    Well, if he is willing to say that, then he didn't think

2    there was some huge emergency to do the net worth sweep.

3            Now, let's talk about these bond and MBS

4    investors.  I know we are getting deep into it now.

5    Mortgage-backed securities investors.  We heard of the five

6    trillion of investors of mortgage-backed security and bonds.

7    Four trillion are the mortgage-backed securities investors

8    and investors.  And they are counting on Fannie Mae and

9    Freddie Mac to guarantee them.  If there are defaults and

10   foreclosures, they are counting on Fannie and Freddie;

11   that's why the commitment is important.  That's a big part

12   of what the defendants are telling you.

13           And we agree that market is huge.  If that market

14   melts down, that's a big problem.  No one is saying anything

15   different.  But what we are saying is that there is zero

16   evidence that the mortgage-backed securities were panicking

17   in 2012.  Mr. DeMarco admitted that the volume of purchases,

18   the amount of investment purchasing of mortgage-backed

19   securities, from Fannie and Freddie, was going up in 2012.

20   People wanted more, not less.

21           Yeah.  You'll see some analyst reports,

22   particularly from before the good financial results saying,

23   Um, you know, there is this problem, that problem.  We don't

24   know our future.  Analyst reports identify risks.  SEC

25   disclosures identify risks, forward-looking risks.  This

1    might happen.  That might happen.  Be warned.  Like in the

2    drug commercials.  This could happen.  That could happen.

3           Okay.  The investors, the actual market were

4    buying more.  And the expert, their professional expert, who

5    came in to tell you that this was all super reasonable, he

6    didn't say anything about that four-trillion-dollar markup.

7    He didn't say there was a problem.  He didn't say the net

8    worth sweep really helped that market.  Nothing.

9           The day the net worth sweep was announced, this

10   document says, "It's almost a non-event."  The net worth

11   sweep is almost a non-event for these people.  That four

12   trillion dollars, the net worth sweep, no big deal.

13          Let's talk about the bond investors.  And now I'm

14   going to need a little help from my good friend,

15   Ms. McGuire.

16          Thanks.

17          I think what I would like to show you -- if you

18   will indulge me on a graph that takes a little explaining

19   and was shown in trial and put into evidence -- PX-597.

20          Now, let me try to explain a little bit.  Yield

21   curve spread.  Yield spread.  You have a bond in Fannie Mae

22   or Freddie Mac.  When the price of the bond goes up, the

23   yield goes down, because your percentage return goes down.

24          What people track, though, is how does the price

25   of that bond and the yield on that bond, compare to the

1    safest security or bond on planet earth, the United States

2    Treasury bond?  Because when people feel good about Fannie

3    and Freddie, there could be other reasons for this, but when

4    people are feeling good, the trade is good.  It's almost as

5    safe, almost as safe as a United States Treasury bond.  When

6    people are not feeling good about Fannie and Freddie, the

7    yield spread goes up.

8            So what is happening in this chart is that -- I

9    know it's a little hard to read from here, but this will be

10   in evidence.  It starts back here in 2006 and it ends on

11   August 16th, 2012, before the net worth sweep was announced.

12   The market doesn't know about it.

13           So what's happening in the bond market?  Well, the

14   whole story, what's going on here?  This is the heart of the

15   financial crisis.  And people are worried about Fannie Mae

16   and Freddie Mac.  2007, 2008, they are really worried.  The

17   time of the conservatorship, that is what market concern in

18   a financial crisis looks like.  That's the big spike.

19           But here, in 2012, throughout the year, it's

20   basically going down the whole time.  And going down means

21   it's getting safer or there might be other reasons, but they

22   are certainly not panicking.  It's getting close to being as

23   safe, very close, as the United States Treasury; and that's

24   the five-year bond curve.  But the 30-year, just so they

25   could show it, PX-636, it shows the same story, basically.

1    It's a little flatter at the end.  Basically the same story.

2    That's not panic.  It's not even the beginnings of panic.

3                And their professional expert -- if we can go back

4    to the slides now.

5                Their professional expert came in to tell you what

6    a big deal this was.  Remember, of the 5 trillion of these

7    market participants, 4 trillion in mortgage-backed

8    securities -- didn't talk about that at all.  The 1 trillion

9    of bond investors, they talked about 2 percent or a little

10   less.  That's all he could look at.

11               He was a paid expert to come in and tell you what

12   a big deal this was.  How worried they were about the

13   circular draw and how big a deal the net worth sweep was in

14   helping people out.  That's all he could do.  And what he

15   showed on the 2 percent or less than 2 percent was a very

16   small blip after the net worth sweep was announced.

17               And all the documents at the time say that that

18   little blip was because the bond market sees they are going

19   to wind down Fannie and Freddie.  And there's going to be a

20   lot fewer -- they are going to be issuing fewer bonds.  And

21   we like these bonds.  Supply and demand.  There's going to

22   be a reduction in supply.  We've got to buy them, if we want

23   them.  That makes the price go up.  That accounts for the

24   blip.  That's what the contemporaneous documents say.  And

25   that's all he could look at was 2 percent.  No urgency.

1          Now, let's talk about process.  Again, the

2     instructions say, it's arbitrary or unreasonable if there's

3     not appropriate consideration of or regard to the existing

4     facts and circumstances.  Well, this may be the most

5     overwhelming thing the evidence shows, and the one on which

6     we invite your curiosity the most.

7          Defendants heard us -- Ms. Davis talked about this

8     in our opening.  And defendants got up and said, Yeah, they

9     are going to say no memo.  Okay.  But Mr. DeMarco, he

10     gathered all of the relevant information, from all of the

11     relevant sources.

12          Really?  And he did it without a single document.

13     Talked to all of these people.  He didn't tell most of them

14     about the net worth sweep.  He gathered the information.

15     Put it in his head and processed it without putting anything

16     in writing.  Took it all in.  Every single thing.  It was in

17     his head.  So there's no problem.  No process problem.  It's

18     all in his head.

19          That way they get to say -- that way they get to

20     say he considered everything because he had access to

21     everything.  There's nothing he didn't consider, because it

22     was all in his head.  He didn't need a memo analyzing the

23     pros and cons.

24          Well, just so the record is clear, he was asked,

25     "Is there a single document, a single memorandum, analyzing

CLOSING STATEMENT BY MR. HUME

1     the pros and cons of entering into the net worth sweep?

2             "Answer:  No.

3             "Question:  Is that truthful and accurate?

4             "Answer:  Yes."

5             I couldn't resist showing you Ms. Davis' chart

6     from the opening.  We got all of this document production.

7     A big lawsuit.  Lots of documents produced.  And we looked

8     and we looked.  Where is the memo analyzing the net worth

9     sweep?  Where are the studies?  None.

10            Now, contrast that with what you learned about

11    principal reduction.  Remember, the thing that Treasury

12    wanted, they wanted for the homeowners whose mortgages were

13    higher than their home prices, because home prices had come

14    down.  They are under water.  They wanted Fannie and

15    Freddie, FHFA, controlling Fannie and Freddie, to forgive

16    that mortgage.  Write it off.

17            Mr. DeMarco thought that wasn't a good idea.  This

18    case doesn't turn on who was right or wrong about that.

19    It's a policy dispute.  But on that issue, Whoa.  He did a

20    lot of work.  He had FHFA do a lot of work.  There is one

21    document in evidence, PX-500.  A letter he wrote to

22    Congress.  It shows he got analysis, modeling, financial

23    models.  He got all of the different areas of FHFA working

24    on it, looking at it, analyzing it, studying it, doing

25    projections, doing models, on principal reduction.

1              Nothing like that.  Nothing remotely close to it.

2    Nothing at all on the net worth sweep.  That's what process

3    looks like when you are making a decision worth billions,

4    tens of billions, in the net worth sweep case, hundreds of

5    billions; that's the kind of process I think a reasonable

6    shareholder would expect.

7              Let's just look at a comparison real quick.

8    Principal reduction.  Told Congress he reached a conclusion

9    after much study, over six months.  Net worth sweep, no memo

10   analyzing the pros and cons.  Principle reduction, lots of

11   people were involved.  Net worth sweep, DeMarco and

12   Ugoletti.

13             Yes, there were some other people getting emails.

14   There was no evidence they were ever asked to analyze

15   whether or not to do it.  In fact, the evidence shows they

16   were not.  (Displays graph)

17             Lots of analysis.  No written analysis.

18             Modeling.  No modeling.

19             Documents, lots.  No documents.

20             There's no comparison.  Something weird is going

21   on.  I invite your curiosity.  What is going on?  Lots of

22   people not consulted.  You've seen all of this.  This is

23   just a small sample of the people not consulted.  Nobody at

24   Fannie and Freddie were consulted.  They were consulted on

25   principal reduction.  Fannie and Freddie were told about

1      this, senior management, two days before, This is what is

2      what's happening.

3              Ms. Tagoe wasn't involved.  Ms. Tagoe ran the

4      office of financial modeling.  Each year in October, they

5      would put out a kind of what-if document for Fannie and

6      Freddie, if X, Y or Z happens, 1, 2 or 3 paths go down, what

7      does it look like?  She and her group were not asked to

8      update those projections before the net worth sweep.

9              Now, I've shown no urgency.  I've shown lack of

10     process.  No deliberation.

11             Alternatives.  There were lots of ways to deal

12     with this.  And even defendants' experts admits if you were

13     to make a decision, it would be reasonable to consider the

14     range of alternatives.  There is no evidence, none, that any

15     alternatives were considered.  Let me go through a couple

16     quickly, because time is running out on me a little bit

17     here.

18             There is one that is really, really important.

19     And it's a little technical, but I hope that we can make it

20     simple and we've tried to.  Ms. Davis talked about this in

21     opening and she called it the safety valve.  That's our

22     word.  It's our expert's word.  It's a nickname.  Even

23     payment in kind is a nickname, because it describes in a

24     colloquial way what's happening.

25             And the key thing about it is, under this -- in

CLOSING STATEMENT BY MR. HUME

1    the certificates of designation it says that if you don't

2    pay the 10 percent dividend, for any reason, if you fail to

3    pay it, then the amount of that dividend gets added to the

4    liquidation preference -- that's what these hashes are

5    meaning.  The amount that Treasury has as liquidation will

6    go up.  That's one thing that will happen.  And going

7    forward, your rate goes to 12 percent.

8              Okay.  But here is the key thing.  No change on

9    the commitment.  This is the Treasury commitment.  It

10   doesn't go down under this option.

11             So if this is what you are worried about, the

12   commitment.  [Pointing to slide]  No change.  You are

13   worried about the bond and the MBS investors are worried

14   about this.  [Pointing to slide] They are not worried about

15   this. [Pointing to slide]

16             So if you are worried about the bond and MBS

17   investors and the commitment, the payment in kind is a

18   really good option.  Here is what it says.  In the opening

19   statement the defendant says, You are going to learn the

20   evidence shows it wasn't a choice.

21             Well, the stock certificate says, For each

22   dividend period -- it says holders of senior-preferred

23   stock; that's Treasury.  Although Treasury could sell it,

24   but that's Treasury -- shall be entitled to receive -- I

25   want this to be clear.  Does it highlight -- rateably when,

CLOSING STATEMENT BY MR. HUME

1    as in if declared, by the board of directors, in its sole

2    direction.  Board of directors of Fannie Mae and Freddie

3    Mac.

4            Mr. DeMarco told you FHFA stepped into the shoes

5    of the board.  They hired board members but they controlled

6    the board.  They paid those dividends when as and if, in

7    their sole discretion.

8            Now, the certificate then says -- and that's the

9    same language.  That's the same language defense counsel

10   told you means, Private shareholders have no right to a

11   dividend.  It's true.  The board has to declare it.  And for

12   the private shareholders, the only check on that is the way

13   the market works and that the common shareholders, when not

14   in conservatorship, elect the board each year.

15           Now, for Treasury they had a slightly better deal

16   than that.  If the board didn't declare a dividend for

17   Treasury, it says, To the extent not paid, that dividend

18   amount shall be added to the liquidation preference.  Just

19   like I just showed you in the chart.  And that's true

20   whether or not there's money to pay.

21           And Mr. DeMarco himself agreed that if you didn't

22   pay -- even if you just chose not to pay, that's a failure

23   to pay.  Nothing turns on the word "failure."  You can

24   choose to fail.  It's an option.  And he called it a

25   backstop at one point, once he learned about it.

1          But the really key thing about Mr. DeMarco is he

2     admitted -- I don't know if we have a slide on this.  He

3     admitted he never considered it.

4          Yet in questioning from defense counsel, he kept

5     trying to tell you all the reasons it wasn't a good thing,

6     as if he did consider it.  But in my questioning I showed --

7     I don't know if we have this now, but if not I will show it

8     later.  He didn't consider it.  He said, "throughout his

9     years of conservatorship it never came up."

10          It's not like he considered it and said, No,

11     12 percent is worse than 10.  Remember he said it's a 20

12     percent increase.  The question isn't whether 12 is worse

13     than 10.  The question is whether 12 is better than the net

14     worth sweep.  If you are worried about these -- I told you,

15     if you are worried about these guys, this chart is showing

16     what the bond and MBS investors worry about.  They want to

17     make sure that they get paid, if there is a liquidation if

18     Fannie and Freddie fail.  They want that Treasury backstop.

19     They do not care about the stuff behind them; that's the

20     line of shareholders.  Treasury, then the private preferred,

21     then the common.  If that liquidation preference grows, the

22     bond and MBS investors don't care, because they are in front

23     of it; that's why it is a good option.

24          Now, there are other good options.  The most

25     obvious option is, there was no urgency.  Let's wait and

2823

1      see.  We are going to make it through 2012 without a draw.

2      There might be a small draw in 2013.  It might not be a

3      problem.  It seems manageable and things are looking up.

4      Let's take our time on this.  How about we at least take

5      enough time to study it?  How about we do that rather than

6      an August rush pushed by Treasury after they see the

7      earnings?

8              Second, you could say, Look, if we hit a period

9      where we are going to have a huge draw, then we will

10     trigger.  Then we will trigger it.  Wouldn't that be a

11     reasonable thing to ask for, if you were trying to deal with

12     this?  Or go to Treasury and say, Look, here's what we will

13     do.  We will pay you the lesser of 10 percent or our net

14     worth.  If we pay you less, then the balance that we don't

15     pay, we will owe you and with interest.  Kind of like the

16     payment in kind provision.  They could have tried for that.

17     They didn't.  No evidence that they considered any of these

18     alternatives.

19             And most importantly, and Mr. DeMarco admitted

20     this, they could have said, Look, what if, as is

21     foreseeable, we end up making huge profits.  And it would be

22     good for Fannie and Freddie to keep some of that net worth.

23     It would be good for them and it would be good for the bond

24     and MBS investors, because it gives an extra cushion.  What

25     if that happens?  Let's make sure we don't have to overpay

CLOSING STATEMENT BY MR. HUME

1          you.  No effort to do that.

2                  Now, accounting.  Writedowns that become writeups.

3          Professor Dharan explained to you these massive writedowns.

4          He explained when things get better, they can become

5          writeups.  The loan loss divisions and deferred tax assets.

6          Both.

7                  And you saw evidence from before the net worth

8          sweep that showed that it was foreseeable, and to some

9          expected, strongly expected by some, that that was what was

10         going to happen.

11                 Even in January 2012, this Chief Financial Officer

12         of Fannie Mae was saying, We are at an inflection point.  It

13         was reported to Mr. DeMarco.  Inflection point in the credit

14         cycle meaning, credit is getting better.  Delinquencies are

15         getting better.  Fewer delinquencies.  Fewer problems.  We

16         are going to take less writedowns, and we might be able to

17         release writedowns and do writeups.

18                 She explained that could be a double tailwind.

19         Not only are we not going to have to take more of these

20         writedowns, we can start doing writeups.  Double tailwind

21         she said.

22                 FHFA's own principle examiner said, We should not

23         be surprised if there is a roaring recovery -- this is a

24         very important document.  May 2009.  It's a little hard to

25         understand.  It's not just "roaring recovery" that I want

1    you to draw your attention to.  It's why.  Fueled by drawing

2    down their approximately 70-billion dollar ALL, allowance

3    for loan loss.  I know I am throwing a lot of accounting at

4    you here.  But that's writedown becoming a writeup.  It was

5    foreseeable.

6         Let me go through the deferred tax asset quickly.

7    The basic idea.  As profits are increasing, it becomes more

8    likely for a deferred tax asset to be written up.  And there

9    was a lot of good information.  Guarantee fees were going

10   up.  Credit losses were going down.  They were predicting

11   that at the time.  You just saw the prediction of guarantee

12   fees going up.  Prediction of credit losses going down.

13        And this was shared with Mr. DeMarco.  Everything

14   that our expert said was shared with him on August 9th.

15   Stable to rising home prices, delinquency rates continuing

16   to decline.  Good news.  This outsider said, This is a

17   high-five for FHFA.  They've done a great job of turning

18   them around.  Home prices were going up.  GDP was going up.

19   And they talked about the DTAs before the net worth sweep.

20        Fannie May said, Going to the board -- the purpose

21   of this presentation to the board is to talk about writing

22   up the deferred tax asset of about $62 billion.  That's the

23   purpose of this presentation on August 9th.  And FHFA

24   attended those presentations.

25        But I do want to be clear about something.  If

CLOSING STATEMENT BY MR. HUME

1    Fannie and Freddie knew it, FHFA knew it.  FHFA stepped into

2    the shoes of the boards.  They knew it.

3            Mr. Satriano received an email before the net

4    worth sweep saying that Jeff -- so the record is clear on

5    this -- Jeff Spohn, who attended those board meetings, he

6    worked at FHFA, said both of the boards had discussed

7    writing up, rerecording certain deferred tax assets.

8    Writing it up by tens of billions of dollars, because they

9    are going to be profitable going forward.

10           It hadn't happened.  It wasn't certain.  But it

11   was foreseeable.  They knew that -- you saw those slides of

12   2013.  They knew that might happen.

13           Susan McFarland told them it might happen.  She

14   told Treasury.  She told FHFA.  I even mentioned the

15   possibility, in the not-so-distant future, where the

16   deferred tax asset would be released.  Not there yet but,

17   you know, you could see positive things coming.  I told them

18   that at a meeting before the net worth sweep.  She told FHFA

19   that.

20           Mr. Satriano admitted that he knew that on August

21   14th.  Ms. McFarland said she told FHFA that, and that it

22   was in the 50-billion-dollar range.  I said, Probably in the

23   50-billion range.  That's a lot of net worth.  Straight to

24   your net worth.

25           Under the net worth sweep, it goes to Treasury and

1          it's so big it caused Fannie and Freddie to go and borrow

2          money, borrow even more money from the bond market, to pay

3          the dividend to Treasury.  So those assets got written up by

4          a lot.

5                    Now I'm going to skip through all of this.  There

6          were documents about the golden years of GSE earnings.  I

7          think what I'd like to do to save time, I've tested your

8          patience, I know.  And if you just bear with me, I am going

9          to jump forward here.  There's a lot of information here

10         about Mr. DeMarco being told there are golden years of

11         profitability coming up.

12                   Let's skip to Slide 118.  Because I do think the

13         evidence of what happened after -- this was foreseeable --

14         and what happened after and how did they react?  I do think

15         this is important, and then I am going to try to wrap up

16         quickly.  Because how they react after tells you something

17         about what was going on.

18                   In the very first SEC filing, after the net worth

19         sweep, for the third quarter that ended September 30th,

20         2012, here is what they said, Fannie Mae.  They said,

21         "Because we are permitted to retain only a limited and

22         decreasing amount of capital reserves --"

23                   And let me just explain that, because this was not

24         focused on.  Here is how the net worth sweep worked

25         technically.  It did say from 2013 you could keep 3 billion

1    of net worth, but each year that would go down to zero in

2    2018.  Which, by the way, is part of -- it looks like a

3    wind-down.  Keep a little, but less each year, and you sweep

4    the rest of your net worth to Treasury.

5           So they are saying, We are only going to be able

6    to keep a little bit, and it goes down each year.  Because

7    of that, we may not have sufficient reserves to avoid a net

8    worth deficit, if we have a bad quarter, because we don't

9    have a cushion to absorb it.  We don't have a net worth

10   buffer to absorb the loss.

11          In 2018 it says, "We are not permitted to retain

12   any capital reserves -- that's because of the net worth

13   sweep -- against losses in subsequent quarters.  Therefore,

14   if we have a comprehensive loss for a quarter, we will have

15   a net worth deficit."

16          Warning about the future.  That's what you do in

17   these SEC statements.  You warn about the future.  But now

18   they are warning -- instead of warning about the circular

19   draw, now they are warning about what was going to happen

20   because of the net worth sweep.

21          They also said this:  If we have non-cash GAAP

22   earnings.  Look at that highlighted phrase.  More

23   accounting.  I'm sorry.  More accounting.  All that means in

24   plain English is, if we write up an asset on our books, like

25   the deferred tax asset, like a loan loss reserve that we

1   release, we have more assets on our balance sheet.  That's

2   profit.  That's net worth.

3         Just like when you wrote it down, it was a loss.

4   Don't let anyone make you believe, Oh, well that's just an

5   accounting game.  That ain't real.  Don't fall for that.

6   Okay?  Because all of the losses were the same thing.  They

7   were real.  So is the writeup.

8         And what this is saying is, If that happens, we

9   still have to pay a dividend and we have to issue debt.  We

10  have to borrow more money to pay the dividend to Treasury.

11        If we were required to do that -- this is

12  September 30th, 2012, as of -- it could have a material

13  adverse effect on our results.  The net worth sweep could

14  have an adverse material effect on our results; that's what

15  they said right away.

16        Now, here is what did happen.  Here is how the

17  rest of 2012 turned out.  Income above what the 10 percent

18  dividend was, the last year of that 10 percent dividend, no

19  documents or emails saying, Oops.  Maybe we shouldn't have

20  done the net worth sweep so fast.  Maybe we should have done

21  a memo.

22        And the year 2012 10-K they say the same thing.

23  This could have an adverse effect on our results.  Let's see

24  what happened in 2013 real quick.  I am going to go quarter

25  by quarter.  This is in evidence through the summary

1    witness.  I'm going to show what the 10 percent dividend

2    would have been for the quarter for Fannie Mae.  And then

3    I'm going to show what their income was, because the whole

4    point of the circular draw was their income would be less

5    than the dividend.

6             I kept the scale the same on every chart.  So this

7    one is literally off the charts.  The reason -- one big

8    reason for that is they wrote up the deferred tax asset, and

9    they had to sweep all of that money to Treasury.

10            What about Freddie?  Close to off the charts.  No

11   email saying, Oops.  Maybe we shouldn't have done it so

12   fast.  Should we go back and ask if we can renegotiate or do

13   something?  No.

14            Second quarter, off the charts again.  Way above

15   the dividend.  Second quarter, Fannie and Freddie, income

16   above the dividend amount.

17            Third quarter, income above the dividend amount

18   for Fannie.  Income above the dividend amount for Freddie.

19            Fourth quarter, income above the dividend amount

20   for Fannie.  Income way above the dividend amount for

21   Freddie.

22            You see in the annuals -- I will just do this

23   quickly.  I just want to get to see what they said in their

24   SEC statements.  You've seen this one a lot.  And

25   Mr. DeMarco said, It would have been better for a stress

CLOSING STATEMENT BY MR. HUME

1    scenario, if they could have been able to keep that 111

2    billion.  Mr. Satriano said they had to go out and borrow

3    money to pay those dividends.

4           Here is what they said in their financial filings.

5    They said that because they had to get rid of all of that

6    net worth, because of the net worth sweep, it increased the

7    likelihood of taking draws in future periods.  The net worth

8    sweep increased the likelihood of draws in future periods.

9           Now, I think we may have more of those slides but

10   I think -- I would understand if you had seen enough slides

11   from me and might like to get to the break.

12          Here is what I would like to make sure is clear.

13   When you understand this timeline and the desire to make

14   sure that they not be allowed to rebuild capital, which is

15   what Treasury says, which is what drove the timing, but is

16   opposite of what defendants say, it helps explain some of

17   the weird things that might not otherwise make sense.

18          For example, why did they move quickly to do this

19   in August, right after Fannie and Freddie announced record

20   profits, showing income above the dividend amount?  Because

21   they didn't want Fannie and Freddie to build net worth.  Why

22   did they not consider the safety valve, the payment in kind

23   provision?  Because they weren't really worried about

24   investors.  That wasn't the main thing.  The main thing was

25   they were worried about making sure Fannie and Freddie did

1    not start building net worth

2          Why did they not study the extent to which there

3    was a realistic risk of the circular draws actually,

4    materially eroding the commitment?  Because their main focus

5    was making sure that Fannie and Freddie didn't build net

6    worth.  It helps explain it.  This subtext helps explain

7    what is going on here.

8          So now, I think we should just very quickly show

9    Slide 142, if we could.  I am going to wait for this

10   afternoon to address the periodic commitment fee as an

11   explanation.  You heard from Professor Thakor for why this

12   is not an explanation.  This is the question.  And based on

13   the evidence and the full story, and your common sense and

14   your experience and your curiosity about what is really

15   going on here, we think shows that answer.

16         Now, very quickly on damages.  It's a very simple

17   story on damages.  You've seen it.  That's what happened

18   because the shareholders had something, which is why the

19   stock went up when there was good news.  And the net worth

20   sweep took it away.

21         There was testimony from our expert, Mr. Mason,

22   Dr. Mason, said it persists to this day.  There is nothing

23   from defendants on that.

24         And so the damage numbers, which I can show you

25   again later, but for those of you taking notes, in case you

CLOSING STATEMENT BY MR. HUME

1    haven't written them down, these are the damages number we

2    are asking for for each group, for the Fannie Mae junior

3    preferred, its $779 million.  We ask for round numbers.  You

4    are allowed to ask for round numbers.  This is the number of

5    the damage that came in from the expert.  And for Freddie

6    Mac it's $786 million.  And for the Freddie Mac common

7    shareholders it's 46 million.  So those are the numbers.

8            First, we think the evidence shows they suffered

9    the harm, and that those are the numbers that we think the

10   evidence shows should be written in on the verdict form.

11           Now, there is a question on the verdict form about

12   prejudgment interest.  It's in your discretion for the

13   Freddie Mac, under Virginia law, to decide if that's

14   appropriate, and to choose a date from which it is

15   appropriate.  I would just ask you to follow the

16   instructions on that.  We will trust your judgment on that.

17           So now I am going to finish.  I'm sure you all

18   heard there are two sides to every story; that's definitely

19   true.  You are going to hear from the defendants now.  And I

20   ask that you listen to them with the same attention and

21   impartiality you have given us.  Just remember, there is

22   only one set of facts.  Two sides to a story.  Different

23   facts that people like to emphasize.  We want you to

24   understand the full story.

25           I want you to remember when you listen to them,

CLOSING STATEMENT BY MR. HUME

1    that the big losses are from large accounting writedowns,

2    and writedowns can become writeups, when the economy and the

3    housing market turns the corner.  It therefore shows it was

4    foreseeable so there could be these big results in 2013.

5    The evidence shows there was no urgency to do this.  And we

6    ask that you remember this timeline.  And the subtext.

7           Thank you so much for listening to me.  I'm sorry

8    I went on for a while.  And thank you for your service.

9           **THE COURT:**  All right, ladies and gentlemen, we

10   will take our luncheon recess at this time.  We will come

11   back at 1:20.  That will give you one hour.

12          Don't talk about the case yet.  Don't let anyone

13   talk about the case.  I will see you at 1:20.  The Court

14   will be in recess.

15       (Jury exited the courtroom.)

16       (Lunch recess was taken at 12:20 p.m.)

17       (REPORTER'S NOTE: The p.m. portion of the trial was

18   reported by Nancy Meyer, who prepared said transcript.)

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3            I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    August 10, 2023          /s/   Lorraine T. Herman
                **DATE**              **Lorraine T. Herman**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK: [1]**
2771/2
**MR. HUME: [1]**
2772/23
**MR. JONES: [4]**
2771/6 2771/13
2771/20 2772/2
**THE COURT: [5]**
2771/12 2771/19
2771/24 2772/9 2834/9

**$**

**$130 [1]** 2793/15
**$130.1 [1]** 2793/13
**$18.9 [1]** 2793/9
**$200 [1]** 2807/23
**$33 [1]** 2795/1
**$62 [1]** 2825/22
**$779 [1]** 2833/3
**$786 [1]** 2833/6

**'**

**'11 [2]** 2800/11
2807/24
**'12 [2]** 2800/11
2807/24

**-**

**-- Fannie [1]** 2798/9
**-- to [1]** 2787/21

**/**

**/s [1]** 2835/9

**1**

**1.6 [1]** 2796/6
**10 [7]** 2769/6 2781/23
2783/9 2784/23
2822/11 2822/13
2835/9
**10 percent [14]**
2775/10 2775/20
2782/13 2783/20
2794/4 2803/21
2803/22 2804/3
2804/16 2820/2
2823/13 2829/17
2829/18 2830/1
**10-K [1]** 2829/22
**10-percent [1]** 2803/18
**10-year [1]** 2808/6
**100 percent [2]**
2775/12 2799/2

**1053 [2]** 2769/4 2771/2
**10:38 [1]** 2769/6
**111 [2]** 2793/19 2831/1
**118 [1]** 2827/12
**12 [4]** 2792/7 2792/7
2822/12 2822/13
**12 percent [2]** 2820/7
2822/11
**12.8 [1]** 2810/13
**1251 [1]** 2770/8
**1288 [1]** 2769/10
**12:20 [1]** 2834/16
**13 [1]** 2769/15
**13-1053 [1]** 2771/2
**13-288 [1]** 2771/3
**14 [1]** 2804/23
**1401 [1]** 2770/4
**142 [1]** 2832/9
**148-dollar [1]** 2810/14
**149 [1]** 2810/14
**14th [1]** 2826/21
**151 [3]** 2793/25 2794/2
2804/15
**1523 [1]** 2769/20
**16th [3]** 2788/14
2788/15 2814/11
**17th [2]** 2784/14
2788/5
**19 [1]** 2804/23
**19.7 [1]** 2805/10
**19087 [1]** 2770/15
**1:13-1053 [1]** 2769/4
**1:13-1288 [1]** 2769/10
**1:20 [2]** 2834/11
2834/13

**2**

**2 percent [4]** 2815/9
2815/15 2815/15
2815/25
**20 [2]** 2774/16 2822/11
**20001 [2]** 2769/25
2770/21
**20005 [1]** 2770/5
**20036 [1]** 2769/20
**2006 [1]** 2814/10
**2007 [1]** 2814/16
**2008 [2]** 2807/23
2814/16
**2009 [7]** 2775/25
2777/7 2785/3 2800/6
2807/14 2807/23
2824/24

**2010 [4]** 2775/25
2777/7 2800/11
2807/24
**2011 [2]** 2776/1 2777/7
**2012 [30]** 2775/8
2776/7 2776/11
2776/12 2776/13
2780/8 2780/19
2781/18 2781/25
2784/13 2785/1 2800/9
2807/21 2808/10
2809/6 2809/22
2809/22 2809/24
2810/2 2810/6 2812/17
2812/19 2814/11
2814/19 2823/1
2824/11 2827/20
2829/12 2829/17
2829/22
**2013 [15]** 2776/25
2778/20 2778/23
2779/9 2793/7 2793/15
2794/8 2806/12
2808/25 2810/3 2823/2
2826/12 2827/25
2829/24 2834/4
**2014 [1]** 2808/25
**2015 [1]** 2810/12
**2018 [2]** 2828/2
2828/11
**202-354-3196 [1]**
2770/22
**2023 [2]** 2769/6 2835/9
**205 [2]** 2780/12
2810/16
**207 [1]** 2786/4
**210 [1]** 2784/16
**2121 [1]** 2770/11
**226-A [1]** 2786/9
**24th [1]** 2800/6
**25 [1]** 2774/16
**2575 [1]** 2770/11
**25th [3]** 2780/19
2784/13 2789/13
**280 [1]** 2770/14
**288 [1]** 2771/3

**3**

**30-year [1]** 2814/24
**30th [3]** 2786/12
2827/19 2829/12
**31 [1]** 2786/10
**3196 [1]** 2770/22
**31st [1]** 2781/25

**329 [2]** 2804/24
2805/10
**33 [1]** 2795/1
**333 [1]** 2770/20

**4**

**46 [1]** 2833/7

**5**

**50 [1]** 2771/10
**50-billion [1]** 2826/23
**50-billion-dollar [1]**
2826/22
**500 [1]** 2817/21
**597 [1]** 2813/19

**6**

**601 [1]** 2769/24
**636 [1]** 2814/25
**6720 [1]** 2770/21

**7**

**7.2 [1]** 2810/7
**70-billion [1]** 2825/2
**79.9 [1]** 2803/3
**7th [2]** 2787/15
2795/11

**8**

**80 percent [2]** 2799/3
2804/3
**8th [1]** 2795/11

**9**

**9.7 [1]** 2810/6
**90067 [1]** 2770/11
**9th [3]** 2787/18
2825/14 2825/23

**A**

**a.m [1]** 2769/6
**abandoned [1]**
2799/17
**able [5]** 2789/9
2791/10 2824/16
2828/5 2831/1
**about [94]**
**above [23]** 2779/1
2781/9 2782/4 2783/20
2786/17 2786/17
2787/17 2787/25
2788/3 2789/17 2790/2
2793/16 2803/18
2809/23 2829/17
2830/14 2830/16

**A**

**above... [6]** 2830/17 2830/18 2830/19 2830/20 2831/20 2835/5

**above-entitled [1]** 2835/5

**absolutely [1]** 2776/6

**absorb [2]** 2828/9 2828/10

**access [1]** 2816/20

**account [1]** 2806/8

**accountants [2]** 2777/9 2777/21

**accounting [11]** 2777/2 2777/3 2777/8 2778/3 2778/5 2824/2 2825/3 2828/23 2828/23 2829/5 2834/1

**accounts [2]** 2774/2 2815/23

**accurate [4]** 2811/5 2811/5 2811/7 2817/3

**acquire [2]** 2799/3 2803/3

**acquire 79.9 [1]** 2803/3

**act [5]** 2779/19 2779/20 2798/16 2798/18 2798/20

**acted [1]** 2796/10

**Acting [1]** 2780/23

**Action [5]** 2769/3 2769/9 2769/10 2771/2 2771/4

**actions [1]** 2796/18

**actors [1]** 2808/17

**acts [1]** 2791/5

**actual [5]** 2793/12 2797/7 2798/2 2801/4 2813/3

**actually [7]** 2774/11 2776/22 2792/6 2803/2 2805/15 2810/11 2832/3

**Adam [1]** 2770/6

**add [1]** 2786/1

**added [2]** 2820/3 2821/18

**additional [1]** 2810/8

**address [2]** 2775/17 2832/10

**administration [1]** 2784/25

**admit [1]** 2791/7

**admits [2]** 2792/10 2819/12

**admitted [16]** 2779/8 2787/23 2788/12 2791/4 2792/17 2792/19 2793/19 2805/15 2808/11 2808/22 2808/24 2812/17 2822/2 2822/3 2823/19 2826/20

**adversarial [1]** 2773/11

**adverse [3]** 2829/13 2829/14 2829/23

**advisor [1]** 2806/14

**after [20]** 2772/6 2772/7 2774/23 2778/22 2778/23 2786/19 2788/4 2806/13 2807/14 2807/20 2807/21 2809/16 2815/16 2818/9 2823/6 2827/13 2827/14 2827/16 2827/18 2831/19

**afternoon [3]** 2772/16 2780/13 2832/10

**again [8]** 2783/16 2801/7 2806/10 2807/5 2811/20 2816/1 2830/14 2832/25

**against [1]** 2828/13

**agencies [1]** 2798/8

**agency [3]** 2769/7 2769/22 2798/16

**ago [1]** 2799/21

**agree [5]** 2771/24 2773/1 2791/18 2798/21 2812/13

**agreed [7]** 2771/17 2771/24 2772/4 2780/2 2792/11 2805/16 2821/21

**agreement [4]** 2769/10 2771/4 2798/25 2804/5

**agreements [2]** 2784/25 2803/15

**ahead [1]** 2772/1

**aided [1]** 2770/24

**ain't [1]** 2829/5

**al [3]** 2769/3 2769/3 2769/7

**all [64]** 2771/10

2777/4 2777/24 2778/7

2773/6 2774/3 2774/6 2775/13 2775/15 2775/18 2776/10 2777/2 2777/21 2777/23 2779/9 2779/13 2784/9 2788/8 2788/9 2788/10 2789/3 2793/18 2793/18 2794/2 2795/2 2795/4 2795/12 2796/15 2796/20 2801/7 2802/8 2802/16 2804/2 2804/18 2806/7 2806/8 2807/18 2809/6 2809/16 2813/5 2815/8 2815/10 2815/14 2815/17 2815/25 2816/10 2816/10 2816/13 2816/16 2816/18 2816/22 2817/6 2817/23 2818/2 2818/22 2822/5 2825/2 2827/5 2828/23 2829/6 2830/9 2831/5 2833/17 2834/9

**allow [1]** 2803/20

**allowance [2]** 2777/23 2825/2

**allowed [6]** 2773/18 2788/21 2794/24 2802/15 2831/14 2833/4

**allowing [1]** 2789/10

**almost [8]** 2777/7 2784/13 2804/2 2805/1 2813/10 2813/11 2814/4 2814/5

**along [2]** 2778/23 2792/11

**already [3]** 2800/12 2804/15 2807/15

**also [12]** 2773/14 2773/21 2777/24 2784/15 2788/23 2793/4 2798/13 2798/15 2801/12 2804/4 2806/23 2828/21

**alternative [1]** 2800/20

**alternatives [4]** 2819/11 2819/14 2819/15 2823/18

**Although [1]** 2820/23

**always [1]** 2778/7

**am [17]** 2771/16 2790/6 2792/2 2792/3 2792/16 2793/9 2793/16 2794/13 2797/4 2799/8 2811/23 2825/3 2827/8 2827/15 2829/24 2832/9 2833/17

**amending [2]** 2781/14 2811/6

**amendment [8]** 2782/2 2787/5 2787/22 2800/14 2807/24 2811/9 2811/13 2811/21

**amendments [3]** 2787/21 2787/22 2790/7

**Americas [1]** 2770/8

**amount [25]** 2775/10 2776/13 2777/20 2779/1 2779/3 2786/6 2786/7 2786/18 2787/17 2787/25 2788/3 2793/14 2793/16 2803/18 2812/18 2820/3 2820/5 2821/18 2827/22 2830/16 2830/17 2830/18 2830/19 2830/20 2831/20

**amounts [1]** 2811/13

**analysis [5]** 2778/13 2778/14 2817/22 2818/17 2818/17

**analyst [2]** 2812/21 2812/24

**analyze [1]** 2818/14

**analyzing [5]** 2816/22 2816/25 2817/8 2817/24 2818/10

**Angeles [1]** 2770/11

**announce [2]** 2786/11 2786/14

**announced [6]** 2788/5 2790/3 2813/9 2814/11 2815/16 2831/19

**announces [1]** 2788/6

**annual [3]** 2781/24 2782/13 2783/10

**annuals [1]** 2830/22

**another [3]** 2778/2 2788/17 2788/24

# A

**answer [10]** 2783/12 2783/15 2783/21 2783/24 2784/3 2808/21 2811/7 2817/2 2817/4 2832/15
**answerable [1]** 2797/18
**answers [1]** 2784/23
**any [12]** 2794/12 2798/3 2801/18 2801/21 2801/22 2808/21 2810/2 2810/12 2819/14 2820/2 2823/17 2828/12
**anyone [4]** 2776/2 2779/4 2829/4 2834/12
**anything [5]** 2773/19 2804/12 2812/14 2813/6 2816/15
**anyway [1]** 2797/10
**apologize [1]** 2789/11
**APPEARANCES [2]** 2769/17 2770/1
**appears [1]** 2787/20
**applicable [1]** 2772/17
**apply [1]** 2774/25
**applying [1]** 2807/2
**appreciate [1]** 2789/10
**appropriate [5]** 2800/24 2805/25 2816/3 2833/14 2833/15
**approximately [1]** 2825/2
**arbitrarily [3]** 2796/10 2796/18 2798/22
**arbitrary [9]** 2800/17 2800/23 2801/9 2801/17 2804/14 2804/20 2805/24 2807/3 2816/2
**are [157]**
**areas [1]** 2817/23
**argue [1]** 2772/14
**arguing [1]** 2774/23
**argument [4]** 2769/24 2774/14 2774/17 2780/13
**arguments [2]** 2772/12 2772/20
**Armageddon [1]** 2807/21

**ARNOLD [1]** 2769/24
**around [1]** 2825/18
**as [39]** 2771/9 2773/14 2773/15 2773/17 2774/25 2776/1 2778/7 2778/7 2783/21 2784/7 2784/8 2784/8 2784/16 2785/21 2792/13 2792/22 2793/3 2794/7 2796/10 2799/5 2799/21 2803/14 2804/15 2804/19 2807/22 2807/25 2814/4 2814/5 2814/5 2814/22 2814/23 2820/5 2821/1 2821/6 2822/6 2823/20 2825/7 2829/12 2832/10
**Asim [1]** 2769/22
**ask [12]** 2775/4 2778/12 2783/1 2789/6 2789/21 2823/11 2830/12 2833/3 2833/4 2833/15 2833/20 2834/6
**asked [15]** 2782/10 2783/5 2783/5 2783/16 2784/24 2785/22 2789/7 2796/8 2810/17 2810/20 2811/4 2811/22 2816/24 2818/14 2819/7
**asking [3]** 2782/10 2805/19 2833/2
**asset [9]** 2777/25 2778/1 2825/6 2825/8 2825/22 2826/16 2828/24 2828/25 2830/8
**assets [8]** 2777/9 2790/25 2798/11 2799/10 2824/5 2826/7 2827/3 2829/1
**attended [2]** 2825/24 2826/5
**attention [6]** 2773/4 2773/9 2775/4 2806/11 2825/1 2833/20
**August [19]** 2769/6 2775/8 2780/8 2784/14 2787/15 2787/18 2788/5 2788/14 2788/15 2795/11 2808/9 2810/5 2814/11

2825/23 2826/20 2831/19 2835/9
**August 16th [1]** 2788/15
**Avenue [6]** 2769/20 2769/24 2770/4 2770/8 2770/11 2770/20
**avoid [2]** 2781/16 2828/7
**away [11]** 2777/17 2778/24 2778/24 2779/3 2788/25 2796/3 2811/18 2811/21 2811/24 2829/15 2832/20

---

# B

**back [15]** 2776/1 2779/6 2790/6 2791/24 2792/7 2794/20 2794/25 2795/15 2796/14 2805/3 2806/24 2814/10 2815/3 2830/12 2834/11
**backed [7]** 2793/23 2812/5 2812/6 2812/7 2812/16 2812/18 2815/7
**backstop [2]** 2821/25 2822/18
**bad [4]** 2779/4 2792/21 2800/11 2828/8
**balance [2]** 2823/14 2829/1
**bank [1]** 2777/18
**Bankruptcy [1]** 2770/20
**base [1]** 2810/11
**based [4]** 2773/14 2796/15 2808/14 2832/12
**baseline [2]** 2785/12 2785/15
**basic [4]** 2777/4 2797/18 2797/22 2825/7
**basically [4]** 2774/14 2814/20 2814/25 2815/1
**be [97]**
**bear [2]** 2784/9 2827/8

**became [7]** 2798/25 2799/17 2799/18 2802/12 2802/13 2802/14 2803/8
**because [62]** 2772/12 2775/20 2777/13 2779/2 2780/7 2785/3 2786/3 2788/3 2789/8 2790/1 2790/23 2792/8 2793/6 2793/13 2794/7 2795/2 2795/3 2795/3 2795/12 2796/25 2797/5 2797/20 2798/2 2799/8 2800/4 2800/21 2802/10 2803/4 2803/12 2805/22 2806/24 2806/25 2807/12 2808/21 2809/15 2813/23 2814/2 2815/18 2816/20 2816/21 2817/13 2819/16 2819/23 2822/22 2823/24 2826/8 2827/12 2827/16 2827/21 2827/23 2828/6 2828/8 2828/12 2828/20 2829/6 2830/3 2831/5 2831/6 2831/20 2831/23 2832/4 2832/18
**become [6]** 2791/16 2795/14 2803/24 2824/4 2824/4 2834/2
**becomes [2]** 2785/1 2825/7
**becoming [1]** 2825/4
**been [12]** 2773/2 2773/3 2785/2 2791/10 2793/9 2799/22 2802/2 2811/14 2811/16 2830/2 2830/25 2831/1
**before [23]** 2769/15 2771/11 2776/10 2783/1 2784/20 2785/1 2788/13 2788/14 2788/14 2792/6 2792/14 2797/12 2802/2 2802/11 2810/9 2812/22 2814/11 2819/1 2819/8 2824/7 2825/19 2826/3 2826/18
**began [2]** 2806/12

**B**

began... [1] 2806/13
begin [1] 2772/18
beginning [1] 2807/5
beginnings [1] 2815/2
behind [1] 2822/19
being [7] 2773/14
2777/12 2777/14
2781/9 2793/14
2814/22 2827/10
believe [3] 2784/10
2792/1 2829/4
below [3] 2777/14
2779/2 2793/14
benefit [3] 2788/24
2790/10 2790/10
benefits [1] 2788/19
BERGER [2] 2770/7
2770/10
Bergman [1] 2769/22
BERNSTEIN [2]
2770/7 2770/10
best [2] 2774/25
2784/6
better [11] 2787/13
2793/20 2793/22
2793/22 2810/12
2821/15 2822/13
2824/4 2824/14
2824/15 2830/25
between [4] 2771/17
2785/24 2789/11
2789/15
beyond [3] 2801/5
2801/25 2802/7
big [25] 2777/5
2778/18 2779/20
2788/7 2789/23
2790/16 2792/17
2795/14 2796/13
2797/8 2799/1 2802/16
2808/3 2812/11
2812/14 2813/12
2814/18 2815/6
2815/12 2815/13
2817/7 2827/1 2830/7
2834/1 2834/4
big-picture [1] 2788/7
billion [25] 2778/2
2786/4 2793/9 2793/13
2793/15 2793/20
2793/25 2794/2 2795/1
2795/1 2796/6 2804/16
2804/23 2804/23

2807/23 2810/7 2810/9
2810/13 2810/14
2825/2 2825/22
2826/22 2826/23
2827/25 2831/2
billions [4] 2818/3
2818/4 2818/5 2826/8
bit [5] 2785/21
2786/17 2813/20
2819/16 2828/6
bit's [1] 2815/24
blocks [1] 2789/11
blip [2] 2815/16
2815/18 2815/24
board [16] 2797/13
2797/13 2797/13
2797/17 2808/9 2821/1
2821/2 2821/5 2821/5
2821/6 2821/11
2821/14 2821/16
2825/20 2825/21
2826/5
boards [2] 2826/2
2826/6
BOIES [1] 2770/4
bond [21] 2779/11
2811/17 2812/3
2813/13 2813/21
2813/22 2813/25
2813/25 2814/1 2814/2
2814/5 2814/13
2814/24 2815/9
2815/18 2820/13
2820/16 2822/16
2822/22 2823/23
2827/2
bonds [3] 2812/6
2815/20 2815/21
books [2] 2778/1
2828/24
borrow [4] 2827/1
2827/2 2829/10 2831/2
both [9] 2773/1
2773/11 2774/4 2783/3
2786/16 2793/10
2793/11 2824/6 2826/6
bottom [1] 2786/10
Bowler [2] 2787/2
2789/25
boxing [1] 2794/24
Bozman [1] 2770/9
breach [2] 2792/12
2798/23
break [1] 2831/11
briefly [1] 2804/19

**C**

Caitlin [1] 2770/9
California [1] 2770/11
call [4] 2777/22 2786/1
2791/5 2792/16
called [6] 2777/14
2778/1 2786/2 2786/3
2819/21 2821/24
came [7] 2781/5
2784/16 2787/24
2813/5 2815/5 2822/9
2833/5
can [36] 2771/25
2772/6 2773/5 2773/5
2773/6 2773/21
2774/25 2778/5 2778/7
2778/21 2782/6 2783/3
2784/11 2785/16
2785/19 2786/23
2790/20 2790/21
2795/15 2797/6
2798/16 2798/19
2801/6 2801/17 2802/7
2803/12 2804/1 2804/4
2815/3 2819/19
2821/23 2824/4
2824/20 2830/12
2832/24 2834/2
can't [2] 2790/15
2791/4
cannot [1] 2802/23
cap [4] 2800/8 2800/13
2807/20 2807/22
capacity [2] 2785/1

bring [3] 2773/22
2784/8 2797/1
bubble [1] 2805/6
buffer [1] 2828/10
build [5] 2779/24
2791/9 2806/24
2831/21 2832/5
building [3] 2786/18
2809/14 2832/1
bullet [3] 2785/10
2786/4 2797/6
burden [2] 2772/12
2774/10
bursting [1] 2805/6
business [4] 2779/17
2797/22 2799/14
2799/19
buy [1] 2815/22
buying [1] 2813/4

capital [13] 2779/24
2780/4 2788/21
2790/11 2790/12
2791/9 2793/2 2795/17
2806/24 2809/14
2827/22 2828/12
2831/14
capped [1] 2785/4
caps [6] 2781/24
2781/25 2782/14
2783/11 2785/2
2789/17
care [3] 2771/14
2822/19 2822/22
cared [1] 2777/3
case [22] 2771/3
2771/7 2772/17
2773/17 2777/2
2780/10 2782/3 2785/9
2793/24 2794/17
2796/13 2806/12
2808/6 2810/11
2810/12 2810/13
2810/14 2817/18
2818/4 2832/25
2834/12 2834/13
cases [2] 2777/13
2782/25
cash [2] 2794/1
2828/21
cause [3] 2801/3
2806/2 2806/9
caused [2] 2777/15
2827/1
central [1] 2791/17
certain [4] 2774/5
2776/1 2826/7 2826/10
certainly [4] 2780/15
2807/7 2809/6 2814/22
certainty [2] 2776/3
2782/6
certificate [2] 2820/21
2821/8
certificates [5]
2785/20 2785/23
2797/7 2802/22 2820/1
certify [1] 2835/4
challenges [1] 2795/5
chance [1] 2783/1
change [4] 2799/5
2800/6 2820/8 2820/12
changed [6] 2775/8
2775/11 2794/1

**C**

changed... [3] 2795/21 2799/16 2800/7
changes [3] 2772/3 2798/4 2798/5
chart [8] 2789/7 2793/6 2808/12 2814/8 2817/5 2821/19 2822/15 2830/6
charters [1] 2792/18
charts [3] 2830/7 2830/10 2830/14
check [2] 2770/14 2821/12
checked [1] 2796/15
Chief [1] 2824/11
choice [1] 2820/20
choose [2] 2821/24 2833/14
chose [1] 2821/22
circular [23] 2775/17 2775/18 2775/24 2776/4 2776/17 2776/21 2778/17 2781/17 2785/19 2786/20 2787/9 2787/13 2788/25 2800/13 2806/18 2807/6 2807/16 2807/16 2808/20 2815/13 2828/18 2830/4 2832/3
circumstance [1] 2806/4
circumstances [6] 2800/25 2801/4 2801/16 2806/1 2806/3 2816/4
Civil [3] 2769/3 2769/9 2771/2
claiming [1] 2794/17
CLASS [3] 2769/10 2770/3 2771/4
clear [20] 2775/22 2779/18 2779/22 2781/5 2782/23 2783/18 2785/13 2787/24 2789/1 2794/5 2802/23 2803/14 2805/17 2807/9 2809/1 2816/24 2820/25 2825/25 2826/4 2831/12
clearly [1] 2784/16

clerk [1] 2771/25
clients [1] 2805/18
clip [2] 2783/16 2811/24
close [5] 2787/19 2814/22 2814/23 2818/1 2830/10
closed [1] 2772/11
closing [5] 2769/14 2772/11 2772/20 2772/21 2774/14
closings [1] 2772/6
Colatriano [1] 2769/19
colleagues [1] 2789/6
collectively [1] 2773/25
colloquial [1] 2819/24
COLUMBIA [1] 2769/1
combined [1] 2786/5
combining [2] 2786/5 2793/10
come [8] 2776/1 2790/6 2794/11 2802/1 2807/20 2815/11 2817/13 2834/10
comes [1] 2778/23
comfort [1] 2786/7
coming [6] 2781/23 2781/25 2782/12 2783/9 2826/17 2827/11
commercials [1] 2813/2
commitment [22] 2775/20 2778/17 2781/25 2785/4 2785/25 2786/5 2800/7 2806/19 2807/15 2807/17 2808/1 2808/2 2808/3 2808/25 2810/15 2812/11 2820/9 2820/9 2820/12 2820/17 2832/4 2832/10
common [21] 2773/16 2773/21 2784/9 2797/11 2797/15 2797/18 2799/3 2802/20 2802/23 2803/3 2803/6 2803/9 2803/11 2803/13 2803/24 2804/1 2805/2 2821/13 2822/21 2832/13 2833/6

company [2] 2797/7 2797/23
compare [1] 2813/25
comparison [2] 2818/7 2818/20
compensation [1] 2803/5
competing [1] 2781/20
completely [2] 2790/23 2798/21
comprehensive [3] 2809/23 2810/6 2828/14
computer [1] 2770/24
computer-aided [1] 2770/24
concept [1] 2777/4
concern [2] 2777/15 2814/17
concerns [1] 2777/12
conclusion [1] 2818/8
condition [1] 2798/9
confidence [1] 2776/12
Congress [12] 2779/19 2779/20 2784/20 2785/16 2786/8 2789/20 2791/5 2791/6 2791/8 2799/5 2817/22 2818/8
cons [4] 2778/14 2816/23 2817/1 2818/10
consent [2] 2803/20 2803/20
consequences [1] 2808/20
conservative [1] 2785/12
conservator [5] 2790/18 2791/10 2793/3 2796/10 2798/8
conservatorship [15] 2790/24 2795/3 2795/5 2795/18 2797/10 2797/12 2797/17 2799/24 2802/11 2802/12 2802/25 2804/6 2814/17 2821/14 2822/9
conservatorship -- Treasury [1] 2802/12
conserve [3] 2790/25 2791/6 2799/9

consider [6] 2807/2 2816/21 2819/13 2822/6 2822/8 2831/22
considerably [1] 2809/9
consideration [4] 2798/14 2800/24 2806/1 2816/3
considered [7] 2776/18 2784/25 2816/20 2819/15 2822/3 2822/10 2823/17
Constitution [1] 2770/20
consulted [4] 2818/22 2818/23 2818/24 2818/24
contemporaneous [1] 2815/24
context [3] 2792/24 2794/6 2804/19
continue [1] 2799/23
CONTINUED [1] 2770/1
continuing [1] 2825/15
contract [4] 2798/3 2798/3 2803/15 2803/16
contracts [2] 2785/23 2802/18
contractual [5] 2792/12 2800/4 2800/5 2804/22 2805/13
contradicts [2] 2790/23 2799/11
contrast [1] 2817/10
control [1] 2789/22
controlled [1] 2821/5
controlling [1] 2817/15
conversations [1] 2779/16
COOPER [1] 2769/19
copies [1] 2772/3
corner [2] 2795/13 2834/3
corporation [3] 2798/4 2798/4 2798/5
correct [1] 2835/4
could [46] 2771/21 2775/14 2776/2 2777/16 2779/5 2779/9

**C**

**could... [40]** 2779/10 2780/11 2789/6 2792/6 2794/20 2796/7 2798/18 2799/5 2800/19 2800/20 2800/21 2801/15 2801/21 2803/7 2803/19 2803/23 2803/23 2808/6 2811/14 2811/15 2813/2 2813/2 2814/3 2814/25 2815/10 2815/14 2815/25 2820/23 2823/8 2823/16 2823/20 2824/18 2826/17 2827/25 2829/12 2829/13 2829/23 2831/1 2832/9 2834/4
**couldn't [2]** 2806/25 2817/5
**counsel [4]** 2782/9 2810/20 2821/9 2822/4
**counting [2]** 2812/8 2812/10
**couple [4]** 2771/6 2771/21 2790/16 2819/15
**court [5]** 2769/1 2770/19 2789/8 2834/13 2835/3
**courtroom [2]** 2772/8 2834/15
**covenant [2]** 2781/3 2811/9
**CRC [1]** 2770/19
**credit [4]** 2824/13 2824/14 2825/10 2825/12
**crisis [4]** 2805/2 2807/13 2814/15 2814/18
**critical [1]** 2780/9
**crooked [1]** 2789/14
**Cts [1]** 2770/20
**curiosity [8]** 2773/23 2778/12 2778/12 2787/14 2791/14 2816/6 2818/21 2832/14
**curious [2]** 2778/20 2779/12
**current [1]** 2775/13

**curve [2]** 2813/21 2814/24
**cushion [2]** 2823/24 2828/9
**cycle [1]** 2824/14

**D**

**D.C [3]** 2769/20 2769/25 2770/5
**damage [2]** 2832/24 2833/5
**damages [7]** 2794/17 2794/20 2796/5 2796/5 2832/16 2832/17 2833/1
**date [5]** 2784/13 2789/19 2805/3 2833/14 2835/9
**David [1]** 2769/22
**Davis [6]** 2786/2 2792/22 2794/23 2802/13 2816/7 2819/20
**Davis' [1]** 2817/5
**day [8]** 2769/15 2787/17 2788/14 2790/3 2796/2 2803/14 2813/9 2832/22
**day's [1]** 2780/22
**days [1]** 2819/1
**DC [2]** 2769/8 2770/21
**deal [17]** 2772/6 2775/9 2775/10 2776/6 2776/17 2776/20 2781/15 2797/8 2807/8 2811/18 2813/12 2815/6 2815/12 2815/13 2819/11 2821/15 2823/11
**debt [2]** 2784/4 2829/9
**December [4]** 2781/25 2800/6 2806/13 2807/13
**decide [6]** 2773/16 2784/10 2796/15 2796/20 2797/21 2833/13
**decides [1]** 2797/14
**deciding [1]** 2796/23
**decision [6]** 2781/17 2801/2 2801/5 2801/14 2818/3 2819/13
**decision-maker [1]** 2801/14

**declaration [3]** 2806/13 2806/16 2806/20
**declare [5]** 2785/20 2797/14 2803/25 2821/11 2821/16
**declared [1]** 2821/1
**declares [1]** 2797/14
**decline [1]** 2825/16
**decreasing [1]** 2827/22
**deep [1]** 2812/4
**defaults [2]** 2777/16 2812/9
**defendant [2]** 2769/21 2820/19
**defendants [17]** 2769/8 2771/8 2772/13 2782/1 2788/10 2795/4 2796/4 2797/8 2802/4 2806/17 2806/21 2812/12 2816/7 2816/8 2831/16 2832/23 2833/19
**defendants' [4]** 2782/9 2808/23 2810/19 2819/12
**defense [2]** 2821/9 2822/4
**deferred [9]** 2778/1 2824/5 2825/6 2825/8 2825/22 2826/7 2826/16 2828/25 2830/8
**deficit [2]** 2828/8 2828/15
**definitely [1]** 2833/18
**definition [2]** 2802/7 2804/14
**definitions [2]** 2805/21 2805/24
**deliberate [1]** 2796/14
**deliberation [1]** 2819/10
**deliberations [2]** 2772/18 2801/2
**delinquencies [2]** 2824/14 2824/15
**delinquency [1]** 2825/15
**demand [1]** 2815/21
**DeMarco [36]** 2779/8 2780/22 2781/7 2781/12 2781/13

2782/8 2782/8 2785/23 2787/19 2787/23 2788/9 2788/12 2789/15 2791/4 2792/17 2793/19 2794/11 2795/20 2799/19 2802/18 2807/19 2808/11 2810/17 2811/17 2812/17 2816/9 2817/17 2818/11 2821/4 2821/21 2822/1 2823/19 2824/13 2825/13 2827/10 2830/25
**DeMarco's [1]** 2806/14
**demonstrate [1]** 2790/8
**denied [1]** 2771/12
**denying [1]** 2775/24
**Department [8]** 2780/17 2780/18 2780/20 2781/7 2784/17 2785/7 2786/25 2787/4
**deposition [5]** 2783/1 2783/4 2808/17 2811/3 2811/23
**described [1]** 2771/15
**describes [1]** 2819/23
**describing [1]** 2800/22
**deserves [1]** 2806/11
**designation [2]** 2785/21 2820/1
**designed [1]** 2790/7
**desire [3]** 2779/21 2779/22 2831/13
**destroyed [1]** 2802/9
**destroying [1]** 2792/9
**detail [1]** 2774/22
**details [1]** 2784/3
**Dharan [2]** 2785/22 2824/3
**did [34]** 2771/15 2779/1 2779/4 2781/12 2782/17 2782/19 2783/7 2783/13 2783/16 2783/18 2793/5 2793/13 2794/1 2796/8 2797/8 2797/24 2798/11 2800/10 2804/8 2808/19 2810/18 2810/21

**D**

**did... [12]** 2810/25
2811/3 2816/12
2817/19 2822/6
2827/14 2827/25
2829/16 2831/18
2831/22 2831/25
2832/2
**didn't [24]** 2775/21
2790/6 2791/15
2791/23 2793/1
2794/11 2797/9 2797/9
2806/23 2806/24
2812/1 2813/6 2813/7
2813/7 2815/8 2816/13
2816/21 2816/22
2821/16 2821/21
2822/8 2823/17
2831/21 2832/5
**different [9]** 2783/15
2783/24 2790/18
2791/7 2800/22 2806/5
2812/15 2817/23
2833/22
**difficult [1]** 2791/22
**difficulties [1]** 2795/5
**direction [1]** 2821/2
**Director [1]** 2780/23
**directors [2]** 2821/1
2821/2
**disappointment [1]**
2794/10
**disclosures [1]**
2812/25
**discretion [2]** 2821/7
2833/12
**discussed [2]** 2772/4
2826/6
**discussion [4]**
2780/24 2783/13
2784/4 2806/16
**Displays [1]** 2818/16
**dispute [2]** 2796/5
2817/19
**disputes [1]** 2798/19
**disrupted [1]** 2773/3
**distant [1]** 2826/15
**distracting [2]** 2789/5
2792/3
**DISTRICT [4]** 2769/1
2769/1 2769/16
2770/20
**dividend [54]** 2775/10
2775/20 2779/1 2779/3

2781/24 2782/19
2782/13 2783/20
2785/20 2785/25
2786/17 2786/18
2787/17 2787/25
2788/3 2790/2 2793/8
2793/12 2793/14
2793/16 2794/4 2797/9
2797/16 2799/1
2802/16 2802/23
2803/18 2803/20
2803/25 2807/16
2809/8 2809/10
2809/13 2809/23
2820/2 2820/3 2820/22
2821/11 2821/16
2821/17 2827/3 2829/9
2829/10 2829/18
2829/18 2830/1 2830/5
2830/15 2830/16
2830/17 2830/18
2830/19 2830/20
2831/20
**dividends [16]**
2783/10 2786/19
2795/18 2797/14
2797/15 2797/19
2797/20 2797/21
2797/24 2797/25
2799/23 2802/16
2803/19 2810/7 2821/6
2831/3
**divisions [1]** 2824/5
**do [53]** 2773/8 2773/8
2774/8 2775/2 2775/24
2776/8 2778/15
2778/15 2778/16
2781/15 2782/2
2782/15 2782/16
2786/13 2790/4
2790/15 2790/17
2790/24 2791/10
2791/22 2792/5 2793/4
2794/5 2794/9 2797/23
2798/21 2799/8 2803/4
2803/23 2806/10
2811/9 2811/13
2811/15 2811/18
2812/2 2815/14
2817/20 2818/15
2822/19 2823/5
2823/13 2824/1
2824/17 2825/25
2827/7 2827/12

2827/14 2828/16
2829/11 2830/12
2830/22 2831/18
2834/5
**document [21]** 2776/7
2776/9 2778/25 2779/7
2780/12 2783/5
2784/12 2784/15
2784/21 2786/9
2787/15 2790/5 2790/7
2811/4 2813/10
2816/12 2816/16
2817/6 2817/21 2819/5
2824/24
**documents [9]** 2778/9
2794/8 2815/17
2815/24 2817/7
2818/19 2818/19
2827/6 2829/19
**does [5]** 2788/23
2797/23 2813/24
2819/7 2820/25
**doesn't [14]** 2776/9
2784/5 2784/5 2790/22
2792/21 2795/23
2801/7 2801/21
2804/10 2804/11
2805/7 2814/12
2817/18 2820/10
**doing [10]** 2773/9
2773/9 2788/19 2791/9
2793/5 2807/1 2811/8
2817/24 2817/25
2824/20
**dollar [5]** 2810/14
2811/16 2813/6 2825/2
2826/22
**dollars [6]** 2775/15
2795/23 2795/23
2804/10 2813/12
2826/8
**don't [28]** 2777/20
2783/12 2783/21
2783/22 2784/1 2784/3
2784/15 2785/13
2785/24 2785/25
2791/2 2791/8 2794/14
2800/24 2801/1
2812/23 2820/1 2822/2
2822/7 2822/22
2823/14 2823/25
2828/8 2828/9 2829/4
2829/5 2834/12
2834/12

**done [11]** 2771/21
2774/23 2781/18
2793/8 2804/17
2809/12 2809/14
2825/17 2829/20
2829/20 2830/11
**double [2]** 2824/18
2824/20
**down [39]** 2775/19
2777/10 2778/2
2779/16 2784/7 2788/3
2788/7 2788/20 2790/5
2790/8 2791/5 2791/7
2791/19 2793/1
2794/22 2794/25
2795/2 2795/8 2801/20
2805/7 2806/24 2809/2
2812/14 2813/23
2813/23 2814/20
2814/20 2815/19
2817/14 2819/6
2820/10 2825/2
2825/10 2825/12
2828/1 2828/3 2828/6
2829/3 2833/1
**downs [5]** 2777/24
2778/5 2778/8 2795/6
2795/14
**Dr. [1]** 2832/22
**Dr. Mason [1]** 2832/22
**draw [32]** 2775/18
2775/18 2775/19
2775/24 2776/5
2776/17 2776/21
2785/19 2785/25
2786/20 2787/9
2787/13 2788/25
2790/20 2790/21
2800/13 2807/6
2807/16 2809/24
2809/25 2809/25
2810/2 2810/8 2810/12
2810/13 2815/13
2823/1 2823/2 2823/9
2825/1 2828/19 2830/4
**drawing [1]** 2825/1
**draws [10]** 2778/17
2781/17 2806/18
2807/15 2807/24
2808/20 2809/5 2831/7
2831/8 2832/3
**drew [1]** 2807/23
**driven [2]** 2777/7
2777/8

**D**

**driving [1]** 2782/1
**dropped [1]** 2777/13
**drove [4]** 2780/4
2788/2 2788/2 2831/15
**drug [1]** 2813/2
**DTAs [1]** 2825/19
**during [3]** 2775/21
2799/24 2804/6

**E**

**each [10]** 2772/19
2796/25 2797/2 2819/4
2820/21 2821/14
2828/1 2828/3 2828/6
2833/2
**earnestly [1]** 2773/4
**earnings [3]** 2823/7
2827/6 2828/22
**earth [1]** 2814/1
**easy [2]** 2773/2
2779/20
**eaten [1]** 2778/17
**economic [4]** 2795/19
2799/22 2799/24
2802/19
**economy [2]** 2791/17
2834/2
**Ed [2]** 2780/22
2789/15
**edits [1]** 2788/13
**effect [3]** 2829/13
2829/14 2829/23
**effort [3]** 2773/25
2779/15 2824/1
**either [4]** 2777/11
2784/5 2792/11
2792/12
**elect [2]** 2797/12
2821/14
**elected [1]** 2797/13
**eliminated [5]** 2795/20
2799/22 2799/23
2799/25 2802/20
**else [2]** 2773/19
2788/16
**email [6]** 2778/14
2786/9 2786/10
2788/23 2826/3
2830/11
**emails [4]** 2787/19
2794/7 2818/13
2829/19
**emerge [1]** 2795/7

**emergency [1]** 2776/6
2776/10 2807/7 2810/4
2811/15 2811/16
2812/2
**emphasize [2]** 2774/4
2833/23
**enabling [3]** 2781/23
2782/13 2783/9
**end [8]** 2772/16
2776/8 2780/13 2785/1
2800/9 2807/21 2815/1
2823/21
**endeavor [1]** 2773/23
**ended [2]** 2776/22
2827/19
**ends [2]** 2786/12
2814/10
**English [1]** 2828/24
**enormous [5]** 2774/11
2776/9 2776/10
2776/13 2778/23
**enough [3]** 2775/21
2823/5 2831/10
**entered [1]** 2772/8
**entering [2]** 2796/11
2817/1
**enterprises [2]**
2791/16 2798/15
**entire [2]** 2791/17
2791/17
**entirely [2]** 2776/23
2777/8
**entities [1]** 2790/25
**entitled [3]** 2792/23
2820/24 2835/5
**eroding [2]** 2806/19
2832/4
**erosion [3]** 2808/7
2808/13 2810/3
**error [1]** 2783/17
**essence [1]** 2780/24
**essentially [1]** 2785/8
**establish [2]** 2773/4
2773/12
**estimate [3]** 2786/5
2808/13 2808/14
**estimates [3]** 2808/5
2808/5 2808/8
**et [3]** 2769/3 2769/3
2769/7
**even [20]** 2776/9
2776/18 2778/13
2781/24 2782/14
2783/10 2786/18

2795/18 2798/18
2808/23 2815/2
2819/12 2819/22
2821/22 2824/11
2826/14 2827/2
**event [2]** 2813/10
2813/11
**ever [1]** 2818/14
**every [6]** 2785/10
2793/15 2797/13
2816/16 2830/6
2833/18
**everything [8]** 2785/2
2786/21 2795/24
2804/12 2809/16
2816/20 2816/21
2825/13
**evidence [48]** 2772/11
2773/6 2773/17 2774/1
2774/17 2774/25
2775/1 2775/16 2776/5
2776/14 2777/5 2778/9
2778/10 2784/6
2784/10 2784/19
2785/9 2785/13 2789/2
2790/20 2791/19
2793/17 2794/13
2796/9 2796/16 2797/3
2797/3 2802/4 2805/11
2805/23 2806/12
2812/16 2813/19
2814/10 2816/5
2817/21 2818/14
2818/15 2819/14
2820/20 2823/17
2824/7 2827/13
2829/25 2832/13
2833/8 2833/10 2834/5
**exact [1]** 2782/10
**exactly [2]** 2783/12
2796/23
**examiner [1]** 2824/22
**example [1]** 2831/18
**exceeds [1]** 2810/7
**except [1]** 2783/13
**executives [1]**
2808/16
**exercise [2]** 2771/15
2803/24
**exhibits [2]** 2780/7
2780/14
**exist [1]** 2799/23
**existed [2]** 2775/25

**existing [2]** 2800/25
2816/3
**exited [1]** 2834/15
**expect [3]** 2786/11
2809/23 2818/6
**expectations [12]**
2796/12 2796/19
2796/21 2796/24
2798/1 2798/23 2799/7
2800/3 2800/5 2800/5
2800/16 2807/3
**expected [10]** 2786/4
2787/8 2796/25 2797/2
2801/6 2801/15
2801/25 2802/7 2824/9
2824/9
**expecting [2]** 2782/4
2807/17
**expedite [1]** 2788/6
**experience [4]**
2773/16 2773/22
2784/9 2832/14
**expert [11]** 2786/3
2796/4 2808/24 2813/4
2813/4 2815/3 2815/5
2815/11 2825/14
2832/21 2833/5
**expert's [1]** 2819/22
**experts [2]** 2802/1
2819/12
**explain [7]** 2779/14
2792/13 2813/20
2827/23 2831/16
2832/6 2832/6
**explained [3]** 2824/3
2824/4 2824/18
**explaining [1]** 2813/18
**explanation [2]**
2832/11 2832/12
**express [1]** 2776/9
**expressed [1]** 2771/10
**expressing [1]**
2794/10
**extent [3]** 2803/17
2821/17 2832/2
**extra [2]** 2793/19
2823/24
**extraordinarily [1]**
2776/25
**extraordinary [3]**
2773/2 2778/5 2778/6

**fact [9]** 2776/24 2778/22 2778/23 2783/7 2795/10 2799/2 2806/3 2809/5 2818/15
**factor [1]** 2807/24
**facts [13]** 2773/5 2774/3 2774/5 2774/5 2800/25 2801/1 2801/4 2801/16 2806/1 2806/3 2816/4 2833/22 2833/23
**fail [3]** 2820/2 2821/24 2822/18
**failure [2]** 2821/22 2821/23
**fair [2]** 2801/3 2806/2
**FAIRHOLME [2]** 2769/3 2769/18
**fall [1]** 2829/5
**familiar [1]** 2775/7
**FANNIE [66]** 2769/9 2771/3 2775/12 2775/18 2776/24 2777/6 2777/9 2779/8 2779/16 2779/23 2780/3 2781/21 2785/24 2786/6 2786/11 2786/16 2787/15 2788/20 2790/19 2792/18 2793/10 2795/7 2795/22 2798/3 2798/9 2799/4 2803/8 2803/21 2804/23 2805/5 2805/18 2807/14 2808/7 2808/9 2809/7 2809/22 2812/8 2812/10 2812/19 2813/21 2814/2 2814/6 2814/15 2815/19 2817/14 2817/15 2818/24 2818/25 2819/5 2821/2 2822/18 2823/22 2824/12 2825/20 2826/1 2827/1 2827/20 2830/2 2830/15 2830/18 2830/20 2831/19 2831/21 2831/25 2832/5 2833/2
**fashioned [1]** 2789/7
**fast [5]** 2788/4 2790/5 2809/3 2829/20

**FEDERAL [2]** 2769/6 2769/21
**fee [1]** 2832/10
**feel [1]** 2814/2
**feeling [2]** 2814/4 2814/6
**fees [2]** 2825/9 2825/12
**feet [1]** 2795/15
**few [3]** 2780/6 2785/3 2792/5
**fewer [4]** 2815/20 2815/20 2824/15 2824/15
**FHFA [31]** 2775/9 2775/16 2778/13 2778/25 2780/1 2780/1 2780/23 2786/9 2787/6 2787/18 2790/7 2790/8 2790/17 2790/22 2791/25 2792/10 2796/10 2806/14 2808/8 2817/15 2817/20 2817/23 2821/4 2825/17 2825/23 2826/1 2826/1 2826/6 2826/14 2826/18 2826/21
**FHFA's [3]** 2790/18 2796/18 2824/22
**figure [2]** 2773/13 2778/21
**filing [1]** 2827/18
**filings [2]** 2786/13 2831/4
**fill [1]** 2779/11
**final [1]** 2790/9
**FINANCE [2]** 2769/6 2769/22
**financial [14]** 2786/14 2787/7 2787/12 2805/1 2807/13 2807/21 2808/19 2812/22 2814/15 2814/18 2817/22 2819/4 2824/11 2831/4
**find [1]** 2783/3
**finish [1]** 2833/17
**first [20]** 2772/13 2772/25 2774/15 2776/5 2776/15 2781/21 2785/10 2785/16 2794/1 2796/8

2830/11
2797/7 2797/16
2801/24 2802/24 2803/13 2803/23 2804/1 2809/7 2827/18 2833/8
**five [6]** 2771/17 2797/5 2811/16 2812/5 2814/24 2825/17
**five-trillion-dollar [1]** 2811/16
**five-year [1]** 2814/24
**fixed [1]** 2785/1
**flatter [1]** 2815/1
**flawed [1]** 2792/18
**FLEXNER [1]** 2770/4
**focus [1]** 2832/4
**focused [1]** 2827/4
**follow [1]** 2833/15
**following [1]** 2781/2
**force [4]** 2791/8 2805/16 2805/16 2811/25
**forced [3]** 2805/16 2805/18 2805/18
**foreclosure [1]** 2777/19
**foreclosures [1]** 2812/10
**foregoing [1]** 2835/4
**foreseeable [12]** 2776/23 2776/24 2778/8 2794/14 2794/15 2794/16 2823/21 2824/8 2825/5 2826/11 2827/13 2834/4
**forever [2]** 2775/13 2777/19
**forgive [2]** 2781/10 2817/15
**form [5]** 2788/22 2796/8 2801/21 2833/10 2833/11
**formed [1]** 2800/4
**formula [4]** 2785/3 2785/5 2807/13 2807/20
**forward [6]** 2772/1 2787/21 2812/25 2820/7 2826/9 2827/9
**forward-looking [1]** 2812/25
**four [4]** 2797/6 2812/7 2813/6 2813/11

**four-trillion-dollar [1]** 2813/6
**Fourth [1]** 2830/19
**FREDDIE [64]** 2769/9 2771/3 2775/12 2775/19 2776/24 2777/6 2777/9 2779/8 2779/16 2779/23 2780/3 2781/22 2785/24 2786/6 2786/11 2786/16 2787/16 2788/20 2790/19 2792/18 2793/10 2795/7 2795/22 2798/3 2798/9 2803/8 2803/21 2804/24 2805/5 2805/18 2807/14 2808/8 2809/8 2810/5 2810/9 2812/9 2812/10 2812/19 2813/22 2814/3 2814/6 2814/16 2815/19 2817/15 2817/15 2818/24 2818/25 2819/6 2821/2 2822/18 2823/22 2826/1 2827/1 2830/10 2830/15 2830/18 2830/21 2831/19 2831/21 2831/25 2832/5 2833/5 2833/6 2833/13
**Freddie's [1]** 2799/4
**friend [1]** 2813/14
**front [1]** 2822/22
**Fueled [1]** 2825/1
**fulfilled [1]** 2779/10
**fulfilling [1]** 2798/20
**full [9]** 2771/22 2774/2 2774/4 2780/9 2788/17 2789/2 2796/16 2832/13 2833/24
**FUNDS [2]** 2769/3 2769/18
**further [2]** 2788/6 2805/3
**fuss [1]** 2785/12
**future [17]** 2775/13 2776/3 2777/16 2778/6 2781/24 2782/6 2782/14 2783/10 2786/23 2803/8 2809/17 2812/24 2826/15 2828/16

**F**

future... [3]  2828/17
2831/7 2831/8

**G**

GAAP [1]  2828/21
game [1]  2829/5
gather [1]  2771/8
gathered [2]  2816/10
2816/14
gave [3]  2791/11
2791/12 2791/13
GDP [1]  2825/18
Geez [2]  2778/25
2794/8
Geithner [9]  2780/21
2783/7 2783/17
2784/19 2784/24
2785/7 2789/15
2789/20 2807/19
generating [4]
2781/22 2782/12
2783/8 2783/20
generous [1]  2794/4
gentleman [1]  2787/2
gentlemen [1]  2834/9
get [44]  2772/14
2773/7 2773/8 2775/2
2775/6 2778/17
2782/25 2784/22
2784/24 2790/25
2791/8 2792/6 2792/15
2794/2 2794/25
2795/15 2795/24
2796/17 2796/20
2797/8 2797/16
2797/19 2800/11
2801/16 2802/16
2803/17 2804/2 2804/2
2804/4 2804/4 2805/7
2805/8 2805/19
2807/17 2807/21
2809/12 2809/14
2816/19 2816/19
2822/17 2824/4
2830/23 2831/5
2831/11
gets [6]  2772/20
2775/15 2786/25
2787/1 2789/23 2820/3
getting [14]  2779/20
2786/13 2789/20
2795/24 2799/1 2799/2
2804/12 2804/12

2812/4 2814/2
2814/22 2818/13
2824/14 2824/15
give [3]  2772/16
2774/13 2834/11
given [4]  2775/17
2779/3 2793/5 2833/21
gives [1]  2823/24
giving [1]  2811/12
glad [1]  2771/14
go [31]  2771/25
2772/1 2772/13
2777/18 2779/6 2780/7
2788/25 2793/11
2794/13 2794/20
2796/7 2796/14 2797/4
2800/18 2805/7
2805/19 2805/23
2806/10 2815/3
2815/23 2819/6
2819/15 2820/6
2820/10 2823/12
2825/6 2827/1 2828/1
2829/24 2830/12
2831/2
goes [10]  2782/11
2790/5 2797/22
2813/22 2813/23
2813/23 2814/7 2820/7
2826/25 2828/6
going [98]
golden [2]  2827/6
2827/10
good [32]  2772/23
2772/23 2776/11
2776/11 2788/19
2790/12 2791/24
2791/24 2795/12
2801/3 2803/9 2803/10
2803/11 2805/7
2809/24 2812/22
2813/14 2814/2 2814/4
2814/4 2816/4 2817/17
2820/18 2822/5
2822/23 2822/24
2823/22 2823/23
2823/23 2825/9
2825/16 2832/19
Goodhart [1]  2770/13
got [10]  2789/21
2805/9 2805/10
2809/22 2815/22
2816/8 2817/6 2817/22
2817/23 2827/3

gotten [3]  2794/2
2794/3 2804/17
governs [1]  2798/5
Grant [1]  2770/13
graph [2]  2813/18
2818/16
great [4]  2771/13
2771/13 2772/2
2825/17
grossly [2]  2776/20
2807/10
GROSSMANN [2]
2770/7 2770/10
group [2]  2819/7
2833/2
grow [1]  2803/9
grows [1]  2822/21
GSE [1]  2827/6
GSEs [4]  2781/21
2782/11 2783/8
2788/20
guarantee [5]  2797/9
2797/9 2812/9 2825/9
2825/11
guaranteed [7]
2776/23 2777/11
2794/14 2794/15
2795/16 2808/14
2809/17
guarantees [1]
2805/12
guidance [1]  2801/16
guided [1]  2801/5
guys [3]  2795/24
2804/9 2822/15

**H**

had [40]  2775/19
2776/11 2777/7
2777/10 2777/10
2777/13 2779/22
2780/1 2780/1 2781/18
2786/17 2790/18
2791/16 2793/3 2793/4
2793/15 2793/16
2793/18 2794/12
2795/16 2799/2
2800/12 2802/9 2803/1
2803/2 2803/7 2803/18
2803/22 2804/17
2807/14 2816/20
2817/13 2817/20
2821/15 2826/6 2830/9
2831/2 2831/5 2831/10

hadn't [2]  2793/7
2826/10
half [1]  2775/3
Hamish [1]  2770/3
Hampshire [1]
2769/20
hand [2]  2771/25
2777/17
happen [20]  2777/1
2779/5 2779/18
2791/15 2791/23
2795/2 2803/19 2808/6
2808/14 2809/4 2813/1
2813/1 2813/2 2813/2
2820/6 2824/10
2826/12 2826/13
2828/19 2829/16
happened [12]
2775/16 2778/21
2793/7 2794/6 2794/7
2794/8 2794/21
2826/10 2827/13
2827/14 2829/24
2832/17
happening [6]
2776/22 2790/13
2814/8 2814/13 2819/2
2819/24
happens [3]  2819/6
2823/25 2829/8
hard [5]  2772/3
2791/16 2791/20
2814/9 2824/24
harder [3]  2799/17
2799/18 2799/18
harm [3]  2796/2
2796/3 2833/9
has [11]  2774/1
2774/17 2775/16
2776/5 2781/19
2784/24 2797/15
2798/15 2801/8 2820/5
2821/11
hashes [1]  2820/4
hasn't [1]  2773/2
have [82]
haven't [2]  2803/1
2833/1
having [1]  2791/1
he [97]
he's [2]  2811/11
2811/13
head [5]  2780/20

**H**

**head... [4]** 2816/15 2816/17 2816/18 2816/22
**headline [1]** 2788/7
**hear [4]** 2801/10 2801/12 2801/20 2833/19
**heard [15]** 2779/13 2781/4 2787/2 2787/3 2791/18 2791/23 2796/3 2798/7 2802/1 2803/1 2808/16 2812/5 2816/7 2832/11 2833/18
**heart [1]** 2814/14
**heat [1]** 2807/13
**help [4]** 2779/14 2779/14 2789/6 2813/14
**helped [1]** 2813/8
**helping [1]** 2815/14
**helps [4]** 2773/12 2831/16 2832/6 2832/6
**her [2]** 2792/22 2819/7
**HERA [2]** 2798/7 2798/7
**here [45]** 2773/3 2774/1 2776/4 2776/6 2778/23 2779/15 2784/22 2785/6 2787/7 2787/9 2787/14 2788/5 2788/16 2788/25 2790/13 2792/2 2794/11 2797/5 2797/7 2799/1 2802/1 2803/14 2804/25 2805/22 2805/24 2806/9 2810/18 2814/9 2814/10 2814/14 2814/19 2819/17 2820/8 2820/18 2825/4 2827/9 2827/9 2827/20 2827/24 2829/16 2829/16 2831/4 2831/12 2832/7 2832/15
**here's [11]** 2778/11 2782/9 2786/11 2786/24 2790/16 2802/6 2802/25 2803/18 2803/23 2804/8 2823/12
**HERMAN [4]** 2770/19

2835/3 2835/9 2835/9
**Hey [1]** 2788/24
**high [3]** 2801/25 2802/6 2825/17
**high-five [1]** 2825/17
**higher [1]** 2817/13
**highlight [1]** 2820/25
**highlighted [1]** 2828/22
**highlighting [1]** 2801/9
**him [12]** 2782/10 2782/10 2784/21 2785/18 2787/3 2792/21 2808/11 2810/20 2811/2 2811/4 2811/22 2825/14
**himself [1]** 2821/21
**hired [1]** 2821/5
**his [10]** 2780/21 2791/6 2792/19 2792/25 2806/14 2816/15 2816/17 2816/18 2816/22 2822/8
**historically [1]** 2777/6
**hit [1]** 2823/8
**Hoffman [1]** 2769/23
**Hold [1]** 2787/19
**holders [1]** 2820/22
**home [6]** 2777/13 2781/9 2817/13 2817/13 2825/15 2825/18
**homeowners [3]** 2781/8 2811/12 2817/12
**homes [1]** 2781/11
**Honor [2]** 2771/6 2771/14
**HONORABLE [1]** 2769/15
**hope [2]** 2792/2 2819/19
**Hopefully [1]** 2773/12
**horrible [1]** 2788/24
**hour [2]** 2775/3 2834/11
**hours [1]** 2775/3
**housing [6]** 2769/6 2769/22 2791/17 2805/6 2805/6 2834/3
**how [28]** 2772/19 2774/13 2775/8

2778/17 2778/18 2778/22 2787/7 2788/5 2789/23 2791/15 2794/1 2795/22 2796/1 2797/16 2804/13 2805/10 2805/11 2813/24 2815/12 2815/13 2823/4 2823/5 2827/14 2827/16 2827/24 2829/16
**huge [15]** 2777/12 2777/22 2777/24 2779/1 2786/6 2791/18 2795/6 2795/6 2807/14 2807/15 2810/14 2812/2 2812/13 2823/9 2823/21
**Hume [3]** 2770/3 2772/20 2772/22
**hundred [1]** 2804/13
**hundred percent [1]** 2804/13
**hundreds [1]** 2818/4

**I**

**I'd [3]** 2774/13 2780/6 2827/7
**I'm [12]** 2771/14 2775/2 2780/12 2785/9 2786/21 2813/13 2827/5 2828/23 2830/1 2830/3 2833/17 2834/7
**I've [4]** 2783/21 2819/9 2819/9 2827/7
**Ian [1]** 2769/23
**idea [4]** 2773/10 2794/12 2817/17 2825/7
**identify [2]** 2812/24 2812/25
**immediate [1]** 2808/21
**impact [3]** 2792/14 2792/15 2793/24
**impartial [1]** 2773/13
**impartiality [1]** 2833/21
**important [11]** 2774/21 2780/14 2780/15 2789/5 2793/7 2803/2 2804/25 2812/11 2819/18 2824/24 2827/15
**importantly [1]**

**improves [2]** 2778/6 2778/7
**INC [2]** 2769/3 2769/19
**included [1]** 2811/9
**includes [3]** 2773/23 2781/1 2811/18
**income [17]** 2786/17 2788/17 2793/14 2793/15 2793/16 2793/18 2809/23 2810/6 2829/17 2830/3 2830/4 2830/15 2830/17 2830/18 2830/19 2830/20 2831/20
**inconsistent [2]** 2793/2 2806/25
**increase [1]** 2822/12
**increased [3]** 2776/12 2831/6 2831/8
**increasing [1]** 2825/7
**indulge [1]** 2813/10
**inference [1]** 2790/21
**inferences [1]** 2790/20
**inflection [2]** 2824/12 2824/13
**information [4]** 2816/10 2816/14 2825/9 2827/9
**insist [1]** 2811/24
**inspiration [1]** 2774/11
**inspiring [1]** 2774/9
**instead [1]** 2828/18
**instruct [3]** 2773/15 2773/17 2773/20
**instructed [1]** 2794/18
**instructions [17]** 2771/16 2771/23 2772/5 2772/17 2774/20 2774/25 2792/4 2792/6 2796/17 2796/22 2798/17 2800/3 2800/18 2801/10 2801/20 2816/2 2833/16
**intended [1]** 2778/22
**interacting [1]** 2787/5
**interest [10]** 2779/6 2779/10 2791/20 2794/9 2798/16 2798/19 2798/20 2799/22 2823/15

**I**

**interest... [1]** 2833/12
**interested [1]** 2811/8
**interests [3]** 2795/19
2799/24 2802/19
**invest [2]** 2797/20
2805/18
**invested [6]** 2775/10
2795/1 2798/13
2804/22 2804/23
2805/12
**investment [5]** 2795/2
2795/8 2805/8 2805/17
2812/18
**investments [2]**
2805/9 2805/19
**investors [17]** 2779/11
2793/23 2811/17
2812/4 2812/5 2812/6
2812/7 2812/8 2813/3
2813/13 2815/9
2820/13 2820/17
2822/16 2822/22
2823/24 2831/24
**invite [4]** 2787/14
2791/14 2816/6
2818/21
**involved [3]** 2774/10
2818/11 2819/3
**is [225]**
**isn't [3]** 2794/9
2811/20 2822/12
**issue [4]** 2776/18
2776/21 2817/19
2829/9
**issues [1]** 2771/17
**issuing [1]** 2815/20
**it [246]**
**it's [65]** 2771/20
2774/9 2774/10
2774/10 2779/22
2782/23 2783/15
2783/18 2785/4 2785/8
2785/14 2786/6 2788/5
2788/9 2788/10 2791/5
2791/12 2791/12
2791/21 2791/24
2793/6 2793/11
2793/17 2793/25
2796/1 2797/2 2798/23
2799/13 2800/3 2801/2
2801/19 2801/24
2802/7 2803/2 2803/10
2806/11 2806/17

2809/15 2810/4
2813/10 2814/4 2814/9
2814/19 2814/21
2814/22 2815/1 2815/2
2816/2 2816/17
2817/19 2819/19
2819/22 2819/22
2821/11 2821/24
2822/10 2822/11
2824/24 2824/25
2825/1 2827/1 2832/16
2833/6 2833/7 2833/12
**items [1]** 2771/6
**its [3]** 2801/14 2821/1
2833/3

**J**

**January [2]** 2776/7
2824/11
**Jeff [2]** 2826/4 2826/5
**Jessica [1]** 2770/3
**job [3]** 2784/8 2791/6
2825/17
**Jones [1]** 2769/23
**judge [10]** 2769/16
2772/23 2773/15
2773/17 2773/20
2774/20 2774/23
2789/10 2789/12
2798/17
**judge's [3]** 2792/3
2796/22 2800/18
**judgment [2]** 2771/9
2833/16
**judgments [2]** 2777/8
2778/3
**July [3]** 2786/10
2789/19 2808/9
**jump [1]** 2827/9
**June [5]** 2780/8
2780/18 2784/13
2786/12 2789/13
**junior [1]** 2833/2
**jurors [1]** 2784/8
**jury [7]** 2769/15
2771/16 2772/8
2772/24 2798/17
2801/10 2834/15
**just [45]** 2771/6
2772/19 2774/7
2774/13 2775/20
2785/19 2785/25
2787/12 2789/4
2789/12 2792/5 2792/7

2792/10 2792/12
2794/10 2796/2
2799/18 2801/8
2801/18 2801/22
2801/24 2802/6
2804/10 2808/23
2809/8 2809/18
2809/19 2814/24
2816/24 2818/7
2818/23 2821/18
2821/19 2821/22
2824/25 2825/11
2827/8 2827/23 2829/3
2829/4 2830/22
2830/23 2832/8
2833/15 2833/21
**justification [1]** 2806/3

**K**

**KAYE [1]** 2769/24
**keep [5]** 2823/22
2827/25 2828/3 2828/6
2831/1
**keeping [1]** 2798/14
**kept [3]** 2779/9 2822/4
2830/6
**KESSLER [1]** 2770/14
**key [4]** 2784/17
2819/25 2820/8 2822/1
**keys [1]** 2777/18
**kick [1]** 2794/24
**kind [10]** 2786/2
2801/2 2803/2 2818/5
2819/5 2819/23
2820/17 2823/15
2823/16 2831/22
**King [1]** 2770/14
**KIRK [1]** 2769/19
**knew [16]** 2776/1
2776/10 2777/1 2780/1
2790/8 2791/15
2792/10 2800/10
2800/11 2807/18
2826/1 2826/1 2826/2
2826/11 2826/12
2826/20
**know [24]** 2772/19
2773/1 2773/2 2774/10
2775/3 2775/7 2778/21
2779/4 2779/19
2780/22 2782/7
2783/21 2784/15
2808/1 2812/4 2812/23
2812/24 2814/9

2814/12 2822/2 2822/7
2825/3 2826/17 2827/8
**Kravetz [1]** 2770/6

**L**

**lack [1]** 2819/9
**Lacking [1]** 2806/3
**ladies [1]** 2834/9
**LAMBERTH [4]**
2769/15 2772/23
2789/10 2798/17
**land [1]** 2806/7
**language [2]** 2821/9
2821/9
**large [7]** 2775/14
2776/25 2777/6
2781/22 2782/12
2783/8 2834/1
**larger [1]** 2791/23
**last [3]** 2772/14 2800/6
2829/18
**later [10]** 2776/14
2780/13 2784/14
2785/5 2787/17 2790/4
2793/11 2799/17
2822/8 2832/25
**Laughter [1]** 2771/14
**law [7]** 2771/9 2772/17
2773/20 2774/19
2798/4 2798/4 2833/13
**lawsuit [1]** 2817/7
**lawyer [1]** 2802/3
**lawyers [5]** 2772/11
2773/4 2774/23 2783/3
2802/3
**lays [1]** 2789/12
**lead [1]** 2778/6
**learn [2]** 2777/3
2820/19
**learned [10]** 2775/7
2775/18 2777/2 2777/3
2777/4 2777/24
2781/21 2782/25
2817/10 2821/25
**learning [1]** 2785/2
**least [3]** 2782/5 2791/7
2823/4
**leave [1]** 2792/2
**leaving [1]** 2792/19
**led [1]** 2809/11
**Lee [1]** 2770/13
**left [1]** 2808/22
**less [8]** 2778/16
2812/20 2815/10

# L

**less... [5]** 2815/15
2823/14 2824/16
2828/3 2830/4
**lesser [1]** 2823/13
**let [9]** 2781/4 2790/11
2790/11 2813/20
2819/15 2825/6
2827/23 2829/4
2834/12
**let's [15]** 2775/6
2797/21 2797/21
2801/24 2803/20
2807/19 2812/3
2813/13 2816/1 2818/7
2822/25 2823/4
2823/25 2827/12
2829/23
**letter [1]** 2817/21
**letting [1]** 2791/9
**level [2]** 2801/25
2802/6
**life [2]** 2773/16
2778/21
**light [2]** 2801/4 2806/2
**like [29]** 2771/20
2773/8 2774/13 2779/7
2780/6 2782/25 2789/6
2801/19 2802/3
2802/22 2806/5 2813/1
2813/17 2814/18
2815/21 2818/1 2818/3
2819/7 2821/19
2822/10 2823/15
2827/7 2828/2 2828/24
2828/25 2829/3
2831/11 2831/12
2833/23
**likelihood [2]** 2831/7
2831/8
**likely [4]** 2781/10
2796/9 2809/4 2825/8
**limited [1]** 2827/21
**line [3]** 2804/21
2805/14 2822/20
**liquidation [7]**
2775/11 2786/1 2820/4
2820/5 2821/18
2822/17 2822/21
**listed [1]** 2800/20
**listen [2]** 2833/20
2833/25
**listening [1]** 2834/7
**literally [1]** 2830/7

**LITIGATIONS [2]**
2769/11 2771/5
**LITOWITZ [2]** 2770/7
2770/10
**little [17]** 2785/21
2789/13 2799/18
2806/12 2808/24
2813/14 2813/18
2813/20 2814/9 2815/1
2815/9 2815/18
2819/16 2819/19
2824/24 2828/3 2828/6
**lives [1]** 2773/3
**LLP [5]** 2769/24
2770/4 2770/7 2770/10
2770/14
**loan [5]** 2777/22
2777/23 2824/5 2825/3
2828/25
**loans [1]** 2777/10
**loans/mortgages [1]**
2777/10
**Lockhart [1]** 2805/15
**logistics [1]** 2772/6
**long [1]** 2775/4
**longer [3]** 2781/14
2789/16 2811/5
**look [24]** 2773/19
2774/6 2790/14
2796/23 2797/6 2798/2
2798/5 2799/4 2799/6
2800/2 2800/4 2800/20
2801/19 2801/24
2805/7 2809/12
2815/10 2815/25
2818/7 2819/7 2823/8
2823/12 2823/20
2828/22
**looked [3]** 2798/24
2817/7 2817/8
**looking [3]** 2812/25
2817/24 2823/3
**looks [5]** 2801/12
2813/14 2818/3 2828/2
**LORRAINE [4]**
2770/19 2835/3 2835/9
2835/9
**Los [1]** 2770/11
**loss [9]** 2777/20
2777/22 2777/23
2824/5 2825/3 2828/10
2828/14 2828/25
2829/3

**losses [13]** 2777/5
2777/6 2778/2 2778/2
2795/3 2795/6 2807/14
2809/16 2825/10
2825/12 2828/13
2829/6 2834/1
**lot [20]** 2775/1 2775/6
2785/12 2791/20
2792/14 2793/6
2795/11 2797/1 2799/8
2805/9 2808/2 2815/20
2817/20 2817/20
2825/3 2825/9 2826/23
2827/4 2827/9 2830/24
**lots [8]** 2784/22
2807/8 2817/7 2818/10
2818/17 2818/19
2818/21 2819/11
**lunch [2]** 2772/7
2834/16
**luncheon [1]** 2834/10

# M

**MAC [23]** 2769/9
2771/4 2775/12
2776/24 2777/6 2777/9
2779/16 2779/23
2781/22 2786/16
2787/16 2790/19
2793/10 2804/24
2810/5 2810/9 2812/9
2813/22 2814/16
2821/3 2833/6 2833/6
2833/13
**made [10]** 2775/9
2777/9 2779/9 2800/12
2802/22 2805/25
2807/17 2809/7 2809/8
2809/9
**MAE [24]** 2769/9
2771/3 2775/12
2776/24 2777/6 2777/9
2779/16 2779/23
2781/21 2786/16
2787/15 2790/19
2793/10 2804/23
2808/9 2809/22 2812/8
2813/21 2814/15
2821/2 2824/12
2827/20 2830/2 2833/2
**MAE/FREDDIE [2]**
2769/9 2771/3
**main [4]** 2780/6
2831/24 2831/24

**make [34]** 2772/11
2772/20 2775/14
2777/25 2778/16
2779/21 2779/22
2780/3 2780/3 2782/4
2785/11 2785/17
2789/2 2789/16 2791/6
2792/21 2795/8
2795/13 2795/22
2797/8 2799/10 2800/7
2804/10 2806/10
2806/24 2819/13
2819/19 2822/17
2823/1 2823/25 2829/4
2831/12 2831/13
2831/17
**maker [1]** 2801/14
**makes [7]** 2774/6
2774/6 2787/10
2789/25 2792/25
2793/21 2815/23
**making [8]** 2785/10
2785/14 2790/2
2809/13 2818/3
2823/21 2831/25
2832/5
**manageable [1]**
2823/3
**management [1]**
2819/1
**manner [1]** 2801/14
**many [4]** 2775/21
2776/17 2776/17
2777/13
**marching [1]** 2797/5
**market [18]** 2786/7
2788/22 2796/1
2798/21 2805/6
2811/17 2812/13
2812/13 2813/3 2813/8
2814/12 2814/13
2814/17 2815/7
2815/18 2821/13
2827/2 2834/3
**markets [1]** 2808/1
**markup [1]** 2813/6
**Mary [1]** 2780/18
**Mason [2]** 2832/21
2832/22
**Massachusetts [1]**
2769/24
**massive [1]** 2824/3
**massively [1]** 2773/3

**M**

**material [5]** 2808/13 2810/1 2810/3 2829/12 2829/14
**materially [2]** 2806/18 2832/4
**matter [11]** 2771/9 2775/14 2795/22 2795/23 2795/25 2800/5 2804/9 2804/10 2804/11 2804/13 2835/5
**may [21]** 2772/9 2772/22 2773/7 2774/16 2775/1 2775/2 2777/15 2779/14 2781/5 2789/13 2790/14 2806/5 2806/7 2806/11 2807/22 2809/22 2816/4 2824/24 2825/20 2828/7 2831/9
**maybe [11]** 2780/15 2783/17 2790/15 2794/9 2795/12 2795/13 2795/14 2810/2 2829/19 2829/20 2830/11
**Mayopoulos [1]** 2808/19
**MBS [8]** 2779/11 2811/17 2812/3 2820/13 2820/16 2822/16 2822/22 2823/24
**McFarland [2]** 2826/13 2826/21
**McGuire [2]** 2780/11 2813/15
**me [13]** 2781/4 2789/6 2811/9 2811/25 2813/18 2813/20 2819/15 2819/16 2825/6 2827/8 2827/23 2831/11 2834/7
**meaning [2]** 2820/5 2824/14
**means [10]** 2781/16 2787/22 2787/23 2791/1 2798/10 2799/10 2801/17 2814/20 2821/10 2828/23
**meant [1]** 2779/4

**meeting [5]** 2780/21 2781/1 2783/17 2789/15 2826/18
**meeting with [1]** 2783/17
**meetings [1]** 2826/5
**meets [3]** 2802/7 2804/14 2805/21
**melts [1]** 2812/14
**MELTZER [1]** 2770/14
**members [2]** 2772/24 2821/5
**memo [7]** 2789/14 2789/19 2816/9 2816/22 2817/8 2818/9 2829/21
**memorandum [3]** 2780/16 2780/25 2816/25
**memos [1]** 2778/13
**mentioned [1]** 2826/14
**messy [2]** 2773/5 2777/18
**Meyer [1]** 2834/18
**Michael [1]** 2780/17
**middle [1]** 2776/8
**might [21]** 2776/24 2777/1 2777/3 2777/25 2778/17 2783/18 2784/22 2784/24 2797/21 2800/11 2803/4 2813/1 2813/1 2814/21 2823/2 2823/2 2824/16 2826/12 2826/13 2831/11 2831/17
**Miller [2]** 2780/18 2783/8
**million [3]** 2833/3 2833/6 2833/7
**mindset [1]** 2792/25
**minus [1]** 2807/23
**minutes [2]** 2771/22 2774/16
**Miscellaneous [1]** 2771/3
**misspoke [1]** 2783/18
**model [1]** 2791/8
**modeling [4]** 2817/22 2818/18 2818/18 2819/4
**models [2]** 2817/23 2817/25
**modifying [1]** 2784/25

**moment [1]** 2799/21
**money [18]** 2779/9 2782/4 2785/11 2785/11 2789/16 2795/8 2795/22 2803/22 2804/22 2805/7 2808/3 2809/13 2821/20 2822/7 2827/2 2829/10 2830/9 2831/3
**months [2]** 2784/14 2818/9
**more [30]** 2777/3 2778/16 2781/10 2781/12 2785/5 2792/15 2794/3 2794/22 2796/9 2803/21 2803/22 2804/3 2804/16 2805/7 2805/8 2806/7 2809/7 2809/9 2809/13 2809/20 2812/20 2813/4 2824/19 2825/7 2827/2 2828/22 2828/23 2829/1 2829/10 2831/9
**morning [4]** 2769/13 2772/5 2772/23 2772/24
**mortgage [14]** 2777/17 2777/20 2781/11 2793/23 2793/23 2798/21 2811/12 2812/5 2812/6 2812/7 2812/16 2812/18 2815/7 2817/16
**mortgage-backed [7]** 2793/23 2812/5 2812/6 2812/7 2812/16 2812/18 2815/7
**mortgages [6]** 2777/10 2777/12 2777/14 2781/8 2781/8 2817/12
**most [10]** 2778/11 2780/14 2780/15 2802/15 2804/18 2816/4 2816/6 2816/13 2822/24 2823/19
**motion [2]** 2771/9 2771/12
**motivation [5]** 2779/25 2779/25 2780/2 2780/2 2790/22

2775/5 2787/21 2831/18
**Mr [6]** 2781/7 2782/8 2783/17 2821/4 2827/10 2832/21
**Mr. [41]** 2772/20 2772/22 2779/8 2780/17 2781/12 2781/19 2785/23 2787/18 2787/19 2787/23 2788/9 2788/12 2789/18 2789/25 2791/4 2792/17 2793/19 2794/11 2795/20 2799/19 2802/18 2805/15 2806/14 2806/14 2807/19 2808/11 2808/19 2810/17 2811/17 2812/17 2816/9 2817/17 2821/21 2822/1 2823/19 2824/13 2825/13 2826/3 2826/20 2830/25 2831/2
**Mr. Bowler [1]** 2789/25
**Mr. DeMarco [28]** 2779/8 2781/12 2781/19 2785/23 2787/19 2787/23 2788/9 2788/12 2791/4 2792/17 2793/19 2794/11 2795/20 2799/19 2802/18 2807/19 2808/11 2810/17 2811/17 2812/17 2816/9 2817/17 2821/21 2822/1 2823/19 2824/13 2825/13 2830/25
**Mr. DeMarco's [1]** 2806/14
**Mr. Hume [2]** 2772/20 2772/22
**Mr. Lockhart [1]** 2805/15
**Mr. Mayopoulos [1]** 2808/19
**Mr. Michael [1]** 2780/17
**Mr. Satriano [3]**

# M

**Mr. Satriano... [3]** 2826/3 2826/20 2831/2
**Mr. Ugoletti [2]** 2787/18 2806/14
**Mr. Zagar [1]** 2789/18
**Ms [1]** 2817/5
**Ms. [12]** 2780/11 2783/8 2786/2 2792/22 2794/23 2802/13 2813/15 2816/7 2819/3 2819/3 2819/20 2826/21
**Ms. Davis [6]** 2786/2 2792/22 2794/23 2802/13 2816/7 2819/20
**Ms. McFarland [1]** 2826/21
**Ms. McGuire [2]** 2780/11 2813/15
**Ms. Miller [1]** 2783/8
**Ms. Tagoe [2]** 2819/3 2819/3
**much [9]** 2785/14 2795/22 2803/1 2804/13 2805/10 2805/11 2808/7 2818/9 2834/7
**Mugler [1]** 2770/3
**multiple [1]** 2800/19
**must [1]** 2773/16
**my [10]** 2771/25 2772/16 2780/13 2783/17 2786/2 2789/6 2792/1 2806/19 2813/14 2822/6

# N

**named [1]** 2787/2
**Nancy [1]** 2834/18
**nature [1]** 2799/5
**nearer [1]** 2809/20
**need [8]** 2782/1 2794/14 2809/5 2810/2 2810/2 2810/12 2813/14 2816/22
**needed [1]** 2798/13
**negotiation [2]** 2787/4 2806/15
**net [86]**
**neutral [1]** 2773/12
**never [8]** 2786/22 2796/4 2799/17 2802/2

2803/12 2804/11 2822/3 2822/9
**new [5]** 2769/20 2770/4 2770/8 2770/8 2781/20
**news [4]** 2789/23 2795/12 2825/16 2832/19
**next [5]** 2784/12 2786/9 2787/15 2799/4 2799/6
**nickname [2]** 2819/22 2819/23
**night [1]** 2788/13
**no [87]**
**Nobody [2]** 2776/1 2818/23
**non [3]** 2813/10 2813/11 2828/21
**non-cash [1]** 2828/21
**non-event [2]** 2813/10 2813/11
**none [4]** 2776/18 2801/2 2817/9 2819/14
**normal [2]** 2799/14 2799/19
**normally [1]** 2777/19
**not [126]**
**not-so-distant [1]** 2826/15
**NOTE [1]** 2834/17
**notes [1]** 2832/25
**nothing [11]** 2778/19 2779/7 2795/24 2808/8 2813/8 2816/21 2818/1 2818/1 2818/2 2821/23 2832/22
**now [55]** 2771/21 2772/21 2775/16 2779/3 2779/13 2782/8 2782/25 2784/5 2784/12 2784/13 2786/21 2788/23 2789/4 2789/9 2790/14 2792/3 2792/14 2793/6 2794/5 2796/7 2798/1 2800/17 2801/24 2802/14 2804/15 2805/21 2806/18 2807/5 2808/13 2809/1 2809/15 2811/11 2812/3 2812/4 2813/13 2813/20 2815/4 2816/1 2817/10 2819/9 2821/8

2821/16 2822/17 2822/24 2824/2 2827/5 2828/17 2828/19 2829/16 2831/9 2832/8 2832/16 2833/11 2833/17 2833/19
**number [13]** 2783/19 2783/19 2790/17 2792/7 2792/7 2796/5 2796/5 2805/21 2808/12 2808/12 2810/18 2833/1 2833/4
**numbers [7]** 2794/5 2794/16 2832/24 2833/3 2833/4 2833/7 2833/9
**NW [4]** 2769/20 2769/24 2770/4 2770/20

# O

**oath [2]** 2782/24 2783/2
**objective [4]** 2797/2 2799/7 2799/19 2800/2
**objectively [3]** 2796/19 2796/20 2796/23
**objectives [1]** 2801/14
**obligation [1]** 2809/23
**obvious [1]** 2822/25
**obviously [4]** 2773/18 2774/4 2775/23 2806/25
**October [1]** 2819/4
**off [8]** 2771/21 2793/20 2793/22 2793/22 2817/16 2830/7 2830/10 2830/14
**office [1]** 2819/4
**Officer [1]** 2824/11
**official [4]** 2770/19 2780/16 2787/16 2835/3
**officially [1]** 2790/3
**OFHEO [1]** 2805/5
**Oh [4]** 2786/21 2802/5 2806/23 2829/4
**okay [11]** 2771/19 2771/20 2790/14 2790/17 2791/8 2794/17 2811/3 2813/3 2816/9 2820/8 2829/6

**old [1]** 2789/7
**old-fashioned [1]** 2789/7
**once [1]** 2821/25
**one [43]** 2774/7 2776/21 2777/23 2780/15 2781/21 2782/6 2783/19 2783/19 2787/17 2788/18 2788/19 2790/5 2790/10 2790/12 2790/17 2794/12 2794/15 2796/2 2796/25 2797/2 2797/7 2798/19 2801/8 2801/18 2801/21 2801/22 2801/22 2802/15 2802/22 2807/10 2810/2 2810/18 2812/14 2816/5 2817/20 2819/18 2820/6 2821/25 2830/7 2830/7 2830/24 2833/22 2834/11
**ones [2]** 2803/10 2803/11
**only [10]** 2771/17 2773/18 2774/7 2799/5 2808/5 2821/12 2824/19 2827/21 2828/5 2833/22
**Oops [3]** 2778/25 2829/19 2830/11
**opening [5]** 2792/22 2816/8 2817/6 2819/21 2820/18
**operations [2]** 2799/14 2799/20
**opinions [1]** 2792/23
**opportunity [1]** 2772/20
**opposite [8]** 2779/25 2786/19 2787/9 2787/12 2791/13 2793/4 2798/11 2831/16
**option [5]** 2820/10 2820/18 2821/24 2822/23 2822/25
**options [1]** 2822/24
**original [1]** 2775/9
**other [20]** 2778/20 2786/14 2791/21

**other... [17]** 2792/5
2801/15 2802/5 2802/6
2802/8 2802/14
2802/16 2802/25
2803/14 2805/21
2805/24 2807/8
2810/17 2814/3
2814/21 2818/13
2822/24
**others [3]** 2787/19
2806/7 2808/17
**otherwise [1]** 2831/17
**our [26]** 2771/9
2773/25 2773/25
2774/17 2777/25
2782/3 2786/3 2789/5
2792/12 2796/5
2805/18 2806/19
2812/24 2816/8
2819/21 2819/22
2823/4 2823/13
2825/14 2828/24
2829/1 2829/13
2829/14 2829/23
2832/21 2834/10
**out [18]** 2773/13
2778/21 2779/14
2779/17 2783/3
2789/12 2794/23
2794/25 2795/9 2804/9
2805/9 2808/25 2809/2
2815/14 2819/5
2819/16 2829/17
2831/2
**outsider [1]** 2825/16
**over [16]** 2781/22
2782/12 2783/9
2785/12 2793/15
2793/24 2795/1 2799/9
2799/9 2804/23
2804/23 2804/24
2808/6 2808/13
2810/14 2818/9
**overpay [1]** 2823/25
**overview [1]** 2780/21
**overwhelming [2]**
2773/6 2816/5
**owe [1]** 2823/15
**own [1]** 2824/22
**owned [2]** 2777/11
2798/15
**owners [1]** 2797/11
**ownership [2]** 2795/17

**P**

**p.m [2]** 2834/16
2834/17
**Page [1]** 2784/23
**paid [8]** 2777/12
2793/8 2797/16 2804/4
2815/11 2821/6
2821/17 2822/17
**panic [2]** 2815/2
2815/2
**panicking [2]** 2812/16
2814/22
**part [12]** 2773/10
2774/12 2774/24
2775/1 2783/14 2784/8
2795/17 2795/17
2799/25 2803/5
2812/11 2828/2
**participants [1]**
2815/7
**particular [1]** 2783/22
**particularly [2]** 2780/8
2812/22
**parties [3]** 2771/18
2771/22 2772/5
**partner [2]** 2783/18
2786/2
**parts [1]** 2774/15
**party [1]** 2801/15
**paths [1]** 2819/6
**patience [1]** 2827/8
**pause [1]** 2781/4
**pay [30]** 2775/20
2777/17 2778/16
2781/11 2781/23
2782/13 2783/9
2785/25 2797/20
2797/21 2797/24
2802/23 2802/24
2803/12 2803/13
2803/25 2804/1 2820/2
2820/3 2821/20
2821/22 2821/22
2821/23 2823/13
2823/14 2823/15
2827/2 2829/9 2829/10
2831/3
**paying [3]** 2773/4
2773/9 2786/19
**payment [5]** 2786/1
2819/23 2820/17
2823/16 2831/22

**Pennsylvania [1]**
2770/15
**people [22]** 2773/13
2773/15 2777/16
2791/21 2792/22
2795/12 2797/1
2797/20 2812/20
2813/11 2813/24
2814/2 2814/4 2814/6
2814/15 2815/14
2816/13 2818/11
2818/13 2818/22
2818/23 2833/23
**percent [30]** 2775/10
2775/12 2775/20
2781/23 2782/13
2783/10 2783/20
2794/4 2799/2 2799/3
2803/3 2803/18
2803/21 2803/22
2804/3 2804/3 2804/13
2804/16 2815/9
2815/15 2815/15
2815/25 2820/2 2820/7
2822/11 2822/12
2823/13 2829/17
2829/18 2830/1
**percentage [1]**
2813/23
**performing [1]**
2777/11
**period [3]** 2808/7
2820/22 2823/8
**periodic [1]** 2832/10
**periods [2]** 2831/7
2831/8
**permission [1]** 2789/8
**permitted [3]** 2796/24
2827/21 2828/11
**persists [2]** 2796/3
2832/22
**person [9]** 2773/22
2778/22 2780/25
2787/3 2787/5 2787/18
2789/25 2792/21
2806/15
**phrase [1]** 2828/22
**picture [3]** 2788/7
2804/9 2808/23
**place [4]** 2780/25
2804/6 2804/21
2805/14
**plain [1]** 2828/24
**plaintiffs [8]** 2769/4

2769/19 2770/3 2771/7
2772/12 2772/13
2772/14 2785/8
**plaintiffs' [3]** 2769/14
2772/21 2798/23
**planet [1]** 2814/1
**players [1]** 2791/22
**pleased [1]** 2771/16
**pledge [1]** 2773/25
**plenty [1]** 2808/22
**PLLC [1]** 2769/19
**point [19]** 2772/10
2781/13 2785/10
2785/15 2786/24
2786/25 2787/3 2787/5
2787/18 2789/25
2794/15 2797/22
2805/20 2806/14
2809/3 2821/25
2824/12 2824/13
2830/4
**Pointing [3]** 2820/12
2820/14 2820/15
**points [2]** 2784/17
2797/6
**policy [1]** 2817/19
**political [1]** 2792/23
**PORTER [1]** 2769/24
**portion [1]** 2834/17
**position [1]** 2781/20
**positive [4]** 2791/1
2798/10 2799/11
2826/17
**possibilities [1]**
2794/16
**possibility [3]** 2781/2
2782/6 2826/15
**possible [1]** 2784/21
**potentially [1]** 2803/7
**power [1]** 2797/12
**powerful [1]** 2802/15
**PR [2]** 2781/3 2781/5
**predecessor [1]**
2805/5
**predict [3]** 2776/2
2782/6 2786/23
**predictable [1]**
2807/25
**predicting [1]** 2825/10
**prediction [2]** 2825/11
2825/12
**preference [5]**
2775/11 2786/1 2820/4
2821/18 2822/21

# P

**preferred [14]** 2769/10
2771/4 2797/15
2798/24 2802/24
2803/12 2803/13
2804/1 2805/2 2805/3
2805/4 2820/22
2822/20 2833/3
**prejudgment [1]**
2833/12
**prepared [1]** 2834/18
**preparing [1]** 2784/21
**preponderance [1]**
2796/9
**present [3]** 2774/1
2774/5 2774/15
**presentation [3]**
2810/6 2825/21
2825/23
**presentations [1]**
2825/24
**presented [1]** 2773/18
**preservation [1]**
2771/8
**preserve [4]** 2790/25
2791/6 2798/10 2799/9
**press [3]** 2788/13
2788/23 2790/9
**pressing [1]** 2781/17
**pretty [2]** 2782/23
2805/23
**preview [1]** 2774/13
**previous [1]** 2780/22
**price [4]** 2795/11
2813/22 2813/24
2815/23
**prices [5]** 2777/13
2817/13 2817/13
2825/15 2825/18
**pricing [1]** 2805/6
**principal [12]** 2781/6
2781/16 2783/14
2811/10 2811/12
2811/12 2811/19
2811/25 2817/11
2817/25 2818/8
2818/25
**principally [1]** 2777/7
**principle [3]** 2777/23
2818/10 2824/22
**prior [1]** 2788/22
**private [19]** 2792/9
2794/21 2794/22
2802/17 2803/10

2803/11 2803/12
2803/13 2803/16
2803/25 2804/4 2804/9
2804/21 2805/3 2805/4
2805/11 2821/10
2821/12 2822/20
**privilege [1]** 2774/11
**Probably [1]** 2826/22
**problem [29]** 2775/17
2775/25 2775/25
2776/2 2778/18
2778/18 2785/19
2786/20 2786/22
2787/9 2787/13
2788/25 2789/21
2789/22 2791/4
2791/15 2793/2
2800/13 2807/6
2807/16 2807/16
2809/3 2812/14
2812/23 2812/23
2813/7 2816/17
2816/17 2823/3
**problems [2]** 2809/17
2824/15
**proceed [1]** 2772/22
**proceedings [2]**
2770/24 2835/5
**process [10]** 2772/19
2773/5 2773/11
2777/19 2801/1 2816/1
2816/17 2818/2 2818/5
2819/10
**processed [1]** 2816/15
**produced [2]** 2770/24
2817/7
**production [1]** 2817/6
**professional [4]**
2808/24 2813/4 2815/3
2815/5
**Professor [3]** 2785/22
2824/3 2832/11
**profit [1]** 2829/2
**profitability [1]**
2827/11
**profitable [2]** 2803/8
2826/9
**profits [22]** 2775/13
2776/25 2777/25
2778/24 2779/1 2779/2
2779/24 2780/3
2785/17 2786/14
2787/17 2787/25
2788/3 2788/21

2789/24 2790/2 2790/8
2795/10 2795/14
2823/21 2825/7
2831/20
**projected [3]** 2785/11
2785/16 2810/6
**projecting [1]** 2809/20
**projection [2]** 2808/15
2809/20
**projections [2]**
2817/25 2819/8
**proof [1]** 2772/13
**proposals [1]** 2792/20
**pros [4]** 2778/14
2816/23 2817/1
2818/10
**protect [1]** 2779/11
**prove [3]** 2796/9
2796/18 2796/18
**proves [5]** 2782/3
2782/3 2782/4 2786/21
2786/22
**provide [1]** 2786/6
**provided [2]** 2780/21
2788/12
**provision [4]** 2798/1
2798/15 2823/16
2831/23
**provisions [1]** 2777/22
**Prussia [1]** 2770/14
**PSPA [3]** 2784/25
2787/21 2787/22
**PSPAs [2]** 2781/14
2811/6
**public [9]** 2773/2
2774/9 2779/5 2779/10
2794/9 2798/16
2798/18 2798/20
2799/6
**publicly [1]** 2787/16
**purchase [3]** 2769/10
2771/4 2798/24
**purchases [1]** 2812/17
**purchasing [1]**
2812/18
**purpose [4]** 2799/9
2799/18 2825/20
2825/23
**purposes [1]** 2771/8
**pursuant [1]** 2785/20
**push [8]** 2787/10
2787/13 2787/20
2787/20 2787/24
2790/1 2790/4 2809/11

**pushed [1]** 2823/6
**pushing [2]** 2788/1
2788/1
**put [11]** 2779/16
2789/7 2789/10 2796/4
2798/8 2806/10
2806/16 2811/11
2813/19 2816/15
2819/5
**putting [1]** 2816/15
**PX [6]** 2780/12
2784/16 2810/16
2813/19 2814/25
2817/21
**PX-205 [2]** 2780/12
2810/16
**PX-210 [1]** 2784/16
**PX-500 [1]** 2817/21
**PX-597 [1]** 2813/19
**PX-636 [1]** 2814/25

# Q

**Q3 [1]** 2810/8
**Q4 [1]** 2810/9
**quarter [20]** 2776/9
2786/12 2786/12
2786/13 2787/11
2789/24 2790/1
2793/15 2809/7 2809/9
2827/19 2828/8
2828/14 2829/24
2829/25 2830/2
2830/14 2830/15
2830/17 2830/19
**quarters [2]** 2809/16
2828/13
**question [10]** 2783/6
2784/23 2796/8
2796/13 2796/13
2817/3 2822/12
2822/13 2832/12
2833/11
**questioning [3]**
2778/3 2822/4 2822/6
**questions [4]** 2782/10
2783/2 2784/22
2784/22
**quick [3]** 2771/6
2818/7 2829/24
**quickly [12]** 2778/16
2797/4 2799/8 2800/19
2805/23 2819/16
2825/6 2827/16
2830/23 2831/18

# Q

**quickly... [2]** 2832/8 2832/16
**quite [4]** 2784/16 2786/17 2789/4 2795/11

# R

**Radnor [1]** 2770/15
**raised [3]** 2781/2 2781/13 2781/20
**ran [1]** 2819/3
**range [4]** 2794/16 2819/14 2826/22 2826/23
**rate [1]** 2820/7
**rateably [1]** 2820/25
**rates [1]** 2825/15
**rather [1]** 2823/5
**re [2]** 2769/9 2771/3
**reached [2]** 2772/10 2818/8
**react [3]** 2778/22 2827/14 2827/16
**reacted [2]** 2787/7 2796/2
**read [3]** 2785/9 2806/7 2814/9
**ready [2]** 2786/13 2789/20
**real [6]** 2788/4 2790/5 2818/7 2829/5 2829/7 2829/24
**realistic [1]** 2832/3
**realize [2]** 2779/5 2792/25
**really [19]** 2787/10 2789/9 2789/25 2791/20 2792/8 2800/11 2801/25 2802/8 2809/2 2809/3 2813/8 2814/16 2816/12 2819/18 2819/18 2820/18 2822/1 2831/23 2832/14
**reason [24]** 2775/16 2777/23 2790/15 2790/19 2790/21 2791/2 2791/11 2791/12 2791/13 2791/24 2791/25 2793/4 2797/19 2801/4 2801/5 2804/20 2806/9

2806/11 2806/22 2807/1 2807/2 2820/2 2830/7 2830/8
**reasonable [19]** 2776/17 2782/5 2796/12 2796/19 2796/20 2796/23 2798/23 2800/9 2800/14 2800/15 2801/13 2807/9 2807/10 2808/1 2808/15 2813/5 2818/5 2819/13 2823/11
**reasonably [1]** 2801/15
**reasons [6]** 2771/10 2776/21 2781/20 2814/3 2814/21 2822/5
**rebuild [7]** 2779/24 2780/4 2788/21 2790/11 2790/12 2790/12 2831/14
**rebuilding [1]** 2793/1
**rebuttal [2]** 2771/7 2772/15
**recall [2]** 2783/12 2783/22
**receive [4]** 2774/22 2801/11 2801/12 2820/24
**received [3]** 2804/15 2806/11 2826/3
**recess [3]** 2834/10 2834/14 2834/16
**recognize [2]** 2799/16 2809/1
**record [8]** 2779/18 2779/19 2779/21 2781/18 2816/24 2826/4 2831/19 2835/5
**recorded [1]** 2770/24
**recording [1]** 2780/25
**recover [1]** 2777/20
**recovery [2]** 2824/23 2824/25
**reduce [1]** 2781/8
**reduction [13]** 2781/6 2781/16 2783/14 2811/10 2811/12 2811/19 2811/25 2815/22 2817/11 2817/25 2818/8 2818/10 2818/25
**refused [1]** 2811/18

**regard [5]** 2783/22 2783/23 2800/25 2806/1 2816/3
**regular [1]** 2797/25
**regulator [2]** 2805/4 2805/19
**reinvest [1]** 2797/21
**related [1]** 2771/3
**relatively [1]** 2774/16
**release [6]** 2787/16 2788/13 2788/23 2790/9 2824/17 2829/1
**released [4]** 2787/8 2788/13 2795/10 2826/16
**relevant [6]** 2794/18 2794/19 2797/1 2799/7 2816/10 2816/11
**reliable [2]** 2784/10 2809/21
**rely [1]** 2784/11
**remarkably [1]** 2778/11
**remedied [1]** 2796/4
**remember [16]** 2777/15 2780/12 2783/19 2784/1 2784/3 2784/5 2784/6 2794/23 2804/20 2805/1 2815/6 2817/11 2822/11 2833/21 2833/25 2834/6
**remotely [1]** 2818/1
**renegotiate [3]** 2779/6 2794/10 2830/12
**renew [1]** 2771/9
**renewed [3]** 2787/20 2787/20 2790/4
**repetitive [1]** 2773/7
**replace [4]** 2779/17 2791/7 2792/19 2792/21
**replacing [1]** 2791/19
**report [1]** 2771/16
**reported [3]** 2770/19 2824/13 2834/18
**reporter [3]** 2770/19 2789/8 2835/3
**REPORTER'S [1]** 2834/17
**reports [2]** 2812/21 2812/24
**require [1]** 2801/22
**required [2]** 2810/8

**requiring [1]** 2811/9
**rerecording [1]** 2826/7
**reserve [1]** 2828/25
**reserves [3]** 2827/22 2828/7 2828/12
**resist [1]** 2817/5
**responded [1]** 2801/14
**rest [3]** 2809/21 2828/4 2829/17
**rested [1]** 2771/7
**result [1]** 2787/16
**results [11]** 2776/11 2776/11 2786/15 2787/8 2787/12 2809/11 2812/22 2829/13 2829/14 2829/23 2834/4
**retain [4]** 2779/23 2788/21 2827/21 2828/11
**return [6]** 2788/21 2799/13 2799/14 2799/20 2803/9 2813/23
**revenue [1]** 2783/20
**revenues [3]** 2781/22 2782/12 2783/8
**reviewed [2]** 2788/12 2788/15
**rid [1]** 2831/5
**right [12]** 2772/9 2778/24 2778/24 2782/23 2784/2 2795/12 2796/2 2817/18 2821/10 2829/15 2831/19 2834/9
**rights [8]** 2792/9 2792/13 2795/15 2795/16 2795/19 2803/7 2804/22 2805/13
**rising [1]** 2825/15
**risk [5]** 2789/5 2805/12 2806/18 2808/25 2832/3
**risks [3]** 2812/24 2812/25 2812/25
**Road [1]** 2770/14
**roaring [2]** 2824/23 2824/25
**Robert [1]** 2770/6

**R**

**role [4]** 2790/18
2790/18 2791/21
2793/2
**Room [1]** 2770/21
**round [3]** 2779/14
2833/3 2833/4
**ROYCE [1]** 2769/15
**RPR [1]** 2770/19
**Rudy [1]** 2770/13
**Rule [1]** 2771/10
**run [4]** 2805/22
2808/25 2809/2 2809/2
**running [2]** 2791/25
2819/16
**rush [1]** 2823/6

**S**

**safe [3]** 2814/5 2814/5
2814/23
**safer [1]** 2814/21
**safest [1]** 2814/1
**safety [3]** 2786/2
2819/21 2831/22
**said [71]**
**same [16]** 2771/10
2793/11 2800/22
2806/6 2806/17 2809/8
2810/5 2811/4 2814/25
2815/1 2821/9 2821/9
2829/6 2829/22 2830/6
2833/20
**sample [1]** 2818/23
**sat [1]** 2773/3
**Satriano [3]** 2826/3
2826/20 2831/2
**save [1]** 2827/7
**saw [11]** 2782/8
2783/15 2784/15
2785/21 2787/7
2787/12 2811/5
2811/24 2824/7
2825/11 2826/11
**say [41]** 2772/25
2780/1 2782/1 2782/11
2782/17 2783/4
2783/19 2785/8 2787/1
2788/10 2788/10
2788/24 2790/22
2794/11 2796/17
2796/24 2798/18
2801/22 2802/3
2803/20 2803/21
2806/23 2806/25

2810/19 2810/21
2811/3 2812/1 2813/6
2813/7 2813/7 2815/17
2815/24 2816/2 2816/9
2816/19 2816/20
2823/8 2823/12
2827/25 2829/22
2831/16
**saying [47]** 2775/23
2776/2 2776/4 2776/7
2776/15 2776/16
2776/19 2777/21
2778/25 2782/23
2785/8 2785/15
2786/10 2786/21
2786/23 2786/24
2787/12 2788/18
2789/15 2794/8
2795/12 2797/8 2802/5
2805/17 2806/5
2806/16 2806/17
2806/20 2806/21
2807/6 2807/6 2809/15
2809/18 2809/18
2809/21 2809/22
2810/1 2811/11
2812/14 2812/15
2812/22 2824/12
2826/4 2828/5 2829/8
2829/19 2830/11
**says [26]** 2780/19
2781/19 2785/10
2786/19 2787/19 2788/9
2788/16 2788/18
2789/21 2789/25
2790/7 2790/9 2798/16
2809/22 2810/16
2811/19 2813/10
2820/1 2820/18
2820/19 2820/21
2820/22 2821/8
2821/17 2828/11
2831/15
**scale [1]** 2830/6
**scenario [4]** 2793/20
2793/21 2793/22
2831/1
**SCHILLER [1]** 2770/4
**SCHOLER [1]** 2769/24
**seated [1]** 2772/9
**SEC [5]** 2786/13
2812/24 2827/18
2828/17 2830/24
**second [15]** 2776/8

2785/18 2786/12
2786/12 2786/13
2789/24 2791/4 2798/1
2800/14 2809/9 2823/8
2830/14 2830/15
**Secretary [11]** 2780/19
2780/20 2781/1 2781/2
2783/7 2784/18
2784/24 2785/7
2789/15 2789/20
2807/19
**section [1]** 2788/16
**securities [5]** 2812/5
2812/7 2812/16
2812/19 2815/8
**security [3]** 2793/23
2812/6 2814/1
**see [15]** 2781/12
2782/15 2785/21
2789/1 2789/2 2789/9
2796/16 2812/21
2823/1 2823/6 2826/17
2829/23 2830/22
2830/23 2834/13
**seeing [3]** 2780/12
2787/25 2811/8
**seem [3]** 2773/5
2773/7 2773/7
**seems [1]** 2823/3
**seen [10]** 2792/14
2793/6 2799/8 2808/6
2809/7 2810/16
2818/22 2830/24
2831/10 2832/17
**sees [3]** 2781/14
2789/16 2815/18
**selected [1]** 2773/14
**sell [1]** 2820/23
**senior [6]** 2769/10
2771/4 2780/16
2808/16 2819/1
2820/22
**senior-preferred [1]**
2820/22
**sense [12]** 2773/16
2773/21 2774/6 2774/6
2784/9 2787/10 2789/2
2789/25 2792/25
2799/16 2831/17
2832/13
**sent [4]** 2786/9
2786/25 2787/2 2808/8
**sentence [5]** 2782/3

2782/9 2782/11 2792/8
2792/8
**September [2]**
2827/19 2829/12
**service [3]** 2773/2
2774/9 2834/8
**SESSION [1]** 2769/13
**set [7]** 2784/17 2785/3
2800/8 2800/13
2807/12 2807/25
2833/22
**shall [2]** 2820/24
2821/18
**shared [2]** 2825/13
2825/14
**shareholder [7]**
2798/15 2798/25
2802/12 2802/14
2802/15 2803/24
2818/6
**shareholders [34]**
2792/10 2794/21
2794/22 2795/16
2796/12 2796/24
2797/11 2797/18
2799/14 2799/20
2799/22 2802/9
2802/14 2802/17
2802/21 2802/23
2802/24 2803/10
2803/11 2803/12
2803/16 2804/4
2804/21 2805/2 2805/3
2805/4 2805/11 2807/4
2821/10 2821/12
2821/13 2822/20
2832/18 2833/7
**she [9]** 2789/9 2819/7
2819/21 2824/18
2824/21 2826/13
2826/14 2826/18
2826/21
**sheet [1]** 2829/1
**shock [1]** 2794/11
**shocking [1]** 2794/12
**shoes [2]** 2821/4
2826/2
**short [4]** 2774/13
2774/16 2792/1
2805/22
**shorthand [1]** 2770/24
**should [21]** 2773/15
2773/22 2778/15
2778/15 2779/5 2785/6

**S**

should... [15] 2785/8
2786/6 2786/7 2791/11
2791/13 2798/8
2798/10 2798/20
2800/20 2809/24
2824/22 2829/20
2830/12 2832/8
2833/10
shouldn't [3] 2791/10
2829/19 2830/11
show [15] 2778/24
2780/6 2790/6 2792/5
2793/17 2794/13
2794/14 2802/10
2813/17 2814/25
2822/7 2830/1 2830/3
2832/8 2832/24
showed [15] 2775/16
2777/5 2789/13 2795/4
2802/13 2804/17
2808/7 2808/11
2808/23 2810/18
2811/3 2815/15
2821/19 2822/6 2824/8
showing [7] 2787/8
2787/16 2808/12
2809/19 2817/5
2822/15 2831/20
shown [6] 2774/2
2774/18 2776/5
2813/19 2819/9 2819/9
shows [20] 2778/10
2779/20 2779/21
2781/18 2784/19
2785/9 2786/16
2791/9 2809/18
2811/14 2814/25
2816/5 2817/22
2818/15 2820/20
2832/15 2833/8
2833/10 2834/3 2834/5
side [1] 2772/19
sides [6] 2773/1
2773/11 2774/4 2783/3
2833/18 2833/22
sign [2] 2809/4 2809/5
signed [2] 2784/15
2788/14
similar [1] 2806/6
simple [2] 2819/20
2832/16
since [3] 2781/2
2781/13 2792/19

single [5] 2779/25
2816/12 2816/16
2816/25 2816/25
six [1] 2818/9
skip [2] 2827/5
2827/12
slide [10] 2780/11
2780/11 2794/20
2802/13 2820/12
2820/14 2820/15
2822/2 2827/12 2832/9
slides [6] 2792/7
2802/10 2815/4
2826/11 2831/9
2831/10
slightly [1] 2821/15
small [4] 2809/25
2815/16 2818/23
2823/2
so [53] 2771/25
2772/19 2774/7 2775/2
2775/6 2775/7 2777/20
2777/21 2780/11
2781/10 2781/17
2783/3 2784/1 2786/18
2789/5 2790/15
2790/16 2790/16
2796/1 2796/5 2796/7
2797/17 2797/18
2798/5 2800/16
2801/16 2802/20
2804/3 2804/13 2805/9
2807/17 2814/8
2814/13 2814/24
2816/17 2816/24
2820/11 2820/16
2826/4 2826/15 2827/1
2827/3 2828/5 2829/7
2829/20 2830/6
2830/11 2832/8
2832/24 2833/7
2833/17 2834/4 2834/7
sole [2] 2821/1 2821/7
solid [1] 2801/3
solvent [6] 2791/1
2791/1 2798/8 2798/9
2798/10 2799/10
some [23] 2772/3
2774/21 2774/22
2776/9 2777/2 2777/15
2778/14 2789/6
2789/11 2804/21
2805/8 2805/23 2806/6
2806/7 2808/16

2808/17 2812/2
2812/21 2818/13
2823/22 2824/8 2824/9
2831/16
someone [1] 2794/24
something [15]
2772/25 2775/22
2777/1 2779/20 2781/6
2791/12 2791/14
2791/18 2801/13
2804/13 2818/20
2825/25 2827/16
2830/13 2832/18
sometimes [4] 2773/5
2773/6 2777/22
2778/21
soon [1] 2787/8
sorry [4] 2789/14
2792/15 2828/23
2834/7
sort [1] 2792/15
sound [6] 2790/25
2791/1 2798/8 2798/9
2799/10 2806/5
sources [1] 2816/11
special [1] 2806/14
spend [1] 2774/21
spike [1] 2814/18
Spohn [1] 2826/5
spread [3] 2813/21
2813/21 2814/7
stabilize [1] 2799/13
stabilizing [1] 2798/20
Stable [1] 2825/15
stand [3] 2782/24
2808/18 2810/19
standards [1] 2807/3
stands [1] 2781/5
Stanton [1] 2769/23
Stars [1] 2770/11
start [4] 2772/21
2799/1 2824/20 2832/1
starts [2] 2809/2
2814/10
statement [4] 2792/9
2792/22 2799/6
2820/19
statements [2]
2828/17 2830/24
STATES [5] 2769/1
2769/16 2814/1 2814/5
2814/23
statute [1] 2798/2
stay [1] 2781/10

Stegman [1] 2780/7
stenotype [1] 2770/24
step [1] 2791/21
stepped [2] 2821/4
2826/1
steps [1] 2788/6
still [8] 2799/25 2802/9
2802/17 2802/20
2807/22 2808/2
2808/22 2829/9
stock [13] 2769/10
2771/4 2795/11
2797/15 2797/15
2797/22 2798/24
2799/3 2803/3 2803/6
2820/21 2820/23
2832/19
stockholders [1]
2797/23
store [1] 2779/3
story [18] 2774/2
2774/2 2779/14 2780/9
2780/9 2789/2 2792/17
2792/25 2793/11
2796/16 2814/14
2814/25 2815/1
2832/13 2832/17
2833/18 2833/22
2833/24
Straight [1] 2826/23
stress [6] 2785/13
2785/14 2793/20
2793/21 2793/22
2830/25
stronger [1] 2787/1
strongly [1] 2824/9
structure [6] 2775/5
2795/17 2795/18
2797/19 2800/1 2804/5
structuring [1]
2774/14
studies [2] 2778/13
2817/9
study [4] 2801/1
2818/9 2823/5 2832/2
studying [2] 2801/1
2817/24
stuff [1] 2822/19
subjectively [1]
2796/25
submit [1] 2790/20
submitted [2] 2792/20
2806/13
subsequent [1]

**subsequent... [1]**
2828/13
**substance [1]** 2783/19
**substantial [2]** 2801/3
2806/2
**subtext [6]** 2779/13
2779/15 2792/16
2792/17 2832/6 2834/6
**suffered [1]** 2833/8
**sufficient [1]** 2828/7
**Suite [1]** 2770/11
**summarizes [3]**
2792/8 2806/20
2806/21
**summary [5]** 2774/15
2774/16 2775/6 2792/1
2829/25
**summer [1]** 2776/13
**super [1]** 2813/5
**supply [2]** 2815/21
2815/22
**supported [2]** 2801/3
2806/2
**supposed [2]** 2793/3
2807/1
**sure [13]** 2779/22
2779/23 2780/3
2780/12 2806/10
2806/24 2822/17
2823/25 2831/12
2831/14 2831/25
2832/5 2833/17
**surprise [1]** 2794/11
**surprised [1]** 2824/23
**surprising [1]** 2796/1
**Susan [1]** 2826/13
**suspended [4]**
2795/19 2797/10
2802/16 2803/19
**sweep [66]** 2775/8
2775/23 2776/20
2778/15 2779/2 2780/5
2784/14 2787/4
2787/10 2787/14
2787/23 2788/1
2788/17 2788/18
2790/1 2790/5 2793/8
2793/12 2793/18
2795/21 2796/11
2798/11 2799/11
2802/2 2802/5 2804/7
2804/8 2806/15 2807/9
2809/12 2809/14

2810/9 2811/13 2812/23
2813/8 2813/9 2813/11
2813/12 2814/11
2815/13 2815/16
2816/14 2817/1 2817/9
2818/2 2818/4 2818/9
2818/11 2819/8
2822/14 2824/8
2825/19 2826/4
2826/18 2826/25
2827/19 2827/24
2828/3 2828/13
2828/20 2829/13
2829/20 2830/9 2831/6
2831/8 2832/20
**sworn [1]** 2806/16
**system [1]** 2791/17

**T**

**Tagoe [2]** 2819/3
2819/3
**tailwind [2]** 2824/18
2824/20
**take [16]** 2774/16
2774/24 2775/1 2775/2
2777/21 2783/1 2783/2
2784/13 2798/14
2800/24 2806/8 2823/4
2823/4 2824/16
2824/19 2834/10
**taken [4]** 2771/14
2805/24 2807/14
2834/16
**takes [2]** 2777/19
2813/18
**taking [2]** 2831/7
2832/25
**talk [11]** 2785/5
2794/21 2797/1 2802/8
2812/3 2813/13 2815/8
2816/1 2825/21
2834/12 2834/13
**talked [6]** 2785/22
2815/9 2816/7 2816/13
2819/20 2825/19
**talking [2]** 2784/17
2807/15
**talks [1]** 2788/17
**tanks [1]** 2792/20
**tax [9]** 2778/1 2824/5
2825/6 2825/8 2825/22
2826/7 2826/16
2828/25 2830/8
**technical [1]** 2819/19

**technically [1]**
2827/25
**tedious [1]** 2773/7
**tell [19]** 2773/21
2780/13 2783/2 2783/7
2785/6 2785/16
2785/18 2786/7
2789/21 2791/11
2791/13 2796/22
2800/18 2802/1 2813/5
2815/5 2815/11
2816/13 2822/5
**telling [2]** 2794/23
2812/12
**tells [2]** 2780/8
2827/16
**ten [2]** 2793/25
2808/13
**tens [2]** 2818/4 2826/8
**terminated [2]**
2802/18 2802/19
**terms [1]** 2775/8
**test [3]** 2785/13
2785/14 2785/15
**tested [1]** 2827/7
**testified [1]** 2781/7
**testify [2]** 2782/8
2789/20
**testifying [1]** 2784/20
**testimony [5]** 2778/9
2787/3 2796/3 2802/4
2832/21
**text [1]** 2797/7
**TFG [1]** 2784/19
**Thakor [1]** 2832/11
**than [21]** 2777/3
2787/1 2791/23 2794/3
2796/9 2803/21
2803/22 2804/3
2804/16 2806/7 2809/8
2809/9 2809/13
2815/15 2817/13
2821/16 2822/11
2822/13 2822/13
2823/5 2830/5
**thank [8]** 2771/13
2772/2 2773/1 2773/8
2789/18 2789/18
2834/7 2834/8
**Thanks [1]** 2813/16
**that [324]**
**that's [106]**
**their [36]** 2771/7
2772/11 2775/13

2777/17 2777/18
2781/9 2781/11
2781/11 2786/13
2786/14 2787/16
2788/22 2790/22
2791/5 2792/23 2795/2
2795/8 2795/15
2795/19 2795/19
2802/17 2803/5
2803/24 2810/11
2810/11 2813/4 2815/3
2815/5 2817/13 2821/7
2825/22 2830/3 2830/4
2830/23 2831/4 2832/4
**them [50]** 2771/17
2771/24 2771/25
2771/25 2774/22
2774/25 2776/18
2778/3 2779/17
2779/17 2780/15
2781/23 2782/13
2783/9 2783/12 2785/6
2789/21 2790/11
2790/11 2791/5 2791/7
2791/7 2791/9 2791/19
2792/19 2792/21
2793/1 2793/1 2793/21
2797/10 2799/10
2799/13 2799/14
2801/23 2806/6 2806/8
2806/8 2806/23 2812/9
2815/22 2815/23
2816/13 2822/19
2823/23 2825/18
2826/13 2826/17
2833/1 2833/20
2833/25
**then [30]** 2771/22
2772/13 2772/14
2774/19 2774/24
2777/18 2782/11
2785/4 2789/19
2789/23 2790/3 2790/9
2791/24 2794/1
2797/20 2797/22
2800/8 2803/9 2803/25
2804/1 2812/1 2820/3
2821/8 2822/20
2822/21 2823/9
2823/10 2823/14
2827/15 2830/2
**there [77]**
**there's [18]** 2775/1
2776/7 2776/13

**T**

**there's... [15]** 2777/20 2778/24 2784/23 2785/19 2790/5 2790/19 2791/2 2815/19 2815/25 2816/2 2816/17 2816/21 2818/20 2821/20 2827/9

**thereafter [1]** 2776/25

**thereby [4]** 2781/23 2782/12 2783/9 2796/11

**therefore [2]** 2828/13 2834/3

**these [28]** 2778/17 2790/7 2791/16 2797/5 2798/14 2801/7 2801/8 2801/18 2801/18 2801/21 2802/10 2803/1 2805/2 2805/13 2812/3 2813/11 2815/6 2815/21 2816/13 2822/15 2823/17 2824/3 2824/19 2828/17 2833/1 2834/4

**they [221]**

**They'd [1]** 2795/1

**They'll [1]** 2777/17

**they've [3]** 2794/2 2804/15 2825/17

**thing [42]** 2772/25 2773/10 2774/7 2775/24 2776/15 2776/16 2776/19 2778/20 2781/19 2782/1 2784/17 2785/16 2785/18 2788/8 2791/22 2793/13 2799/4 2799/6 2800/22 2801/24 2802/6 2802/22 2802/25 2803/14 2804/25 2806/6 2806/17 2810/5 2810/17 2816/5 2816/16 2817/11 2819/25 2820/6 2820/8 2822/1 2822/5 2823/11 2829/6 2829/22 2831/24 2831/24

**things [18]** 2788/19 2790/13 2792/5 2795/4

2797/6 2800/2 2800/10 2800/19 2801/8 2801/8 2801/18 2801/18 2801/21 2802/8 2823/3 2824/4 2826/17 2831/17

**think [33]** 2771/21 2772/6 2774/1 2774/17 2774/20 2776/5 2778/16 2779/14 2780/14 2782/19 2783/18 2785/13 2790/6 2790/21 2792/20 2796/7 2798/11 2798/14 2804/14 2806/21 2810/25 2812/1 2813/17 2818/5 2827/7 2827/12 2827/14 2831/9 2831/10 2832/8 2832/15 2833/8 2833/9

**third [12]** 2774/24 2776/19 2783/25 2786/4 2787/5 2787/22 2791/15 2811/8 2811/13 2811/21 2827/19 2830/17

**thirds [1]** 2805/1

**this [180]**

**those [38]** 2771/21 2774/24 2775/21 2777/5 2777/5 2777/24 2778/2 2778/5 2778/8 2787/17 2789/23 2794/5 2794/16 2795/3 2795/10 2795/14 2796/20 2800/2 2800/16 2802/8 2805/19 2806/19 2806/19 2807/2 2808/8 2809/11 2809/16 2819/8 2821/6 2825/24 2826/5 2826/11 2827/3 2831/3 2831/9 2832/25 2833/7 2833/9

**though [2]** 2798/18 2813/24

**thought [8]** 2787/1 2792/18 2793/24 2794/9 2800/8 2800/14 2803/4 2817/17

**threatening [1]** 2811/16

**three [6]** 2774/14

2805/24 2806/5

**through [20]** 2771/16 2774/22 2775/2 2775/5 2776/14 2780/7 2789/4 2792/3 2793/11 2794/13 2797/4 2800/18 2801/19 2805/23 2808/17 2819/15 2823/1 2825/6 2827/5 2829/25

**throughout [3]** 2776/12 2814/19 2822/8

**throwing [1]** 2825/3

**tick [1]** 2771/20

**time [20]** 2774/21 2775/4 2780/23 2783/25 2784/7 2788/11 2797/5 2799/7 2801/5 2805/22 2809/20 2814/17 2814/20 2815/17 2819/16 2823/4 2823/5 2825/11 2827/7 2834/10

**timeline [7]** 2780/7 2780/8 2784/12 2789/4 2789/12 2831/13 2834/6

**times [1]** 2783/5

**timing [4]** 2780/4 2788/2 2788/2 2831/15

**Timothy [3]** 2780/21 2784/19 2787/2

**today [2]** 2773/25 2791/23

**together [1]** 2805/22

**told [20]** 2781/1 2783/12 2785/7 2798/25 2799/5 2799/21 2804/15 2811/2 2818/8 2818/25 2821/4 2821/10 2822/14 2826/13 2826/14 2826/14 2826/17 2826/18 2826/21 2827/10

**too [1]** 2779/4

**took [6]** 2780/24 2783/4 2805/12 2810/19 2816/16 2832/20

**TOPAZ [1]** 2770/14

**total [1]** 2804/24

**totally [2]** 2799/11 2802/1

**track [1]** 2813/24

**trade [1]** 2814/4

**transcript [4]** 2769/15 2770/24 2834/18 2835/4

**transcription [2]** 2770/24 2783/18

**transferred [1]** 2793/25

**transition [1]** 2774/19

**Treasury [67]** 2775/9 2775/15 2775/19 2779/6 2779/22 2780/1 2780/17 2780/18 2780/20 2780/20 2781/6 2781/11 2784/16 2784/19 2785/7 2785/24 2786/10 2786/19 2786/25 2787/4 2787/24 2787/25 2788/6 2788/11 2788/18 2789/23 2790/4 2790/17 2792/10 2793/9 2793/19 2793/25 2795/24 2798/13 2798/25 2802/12 2802/13 2803/1 2803/15 2803/17 2803/19 2804/12 2808/9 2809/12 2810/8 2814/2 2814/5 2814/23 2817/11 2820/5 2820/9 2820/23 2820/23 2820/24 2821/15 2821/17 2822/18 2822/20 2823/6 2823/12 2826/14 2826/25 2827/3 2828/4 2829/10 2830/9 2831/15

**Treasury's [1]** 2811/11

**trial [6]** 2769/15 2772/10 2783/1 2811/22 2813/19 2834/17

**tried [3]** 2774/4 2819/20 2823/16

**trigger [2]** 2823/10 2823/10

## T

**trillion [15]** 2775/14 2795/22 2795/23 2795/23 2804/10 2804/11 2804/11 2811/16 2812/6 2812/7 2813/6 2813/12 2815/6 2815/7 2815/8
**trillion-trillion [2]** 2795/23 2804/11
**true [6]** 2781/16 2811/20 2821/11 2821/19 2833/19 2835/4
**trust [1]** 2833/16
**truth [3]** 2773/12 2773/13 2783/2
**truthful [1]** 2817/3
**try [17]** 2774/1 2774/5 2774/8 2774/15 2775/2 2775/4 2776/7 2779/6 2790/24 2791/8 2792/20 2794/10 2797/4 2802/10 2803/17 2813/20 2827/15
**trying [9]** 2773/4 2773/11 2773/23 2779/11 2781/10 2793/4 2794/25 2822/5 2823/11
**turn [2]** 2778/8 2817/18
**turned [1]** 2829/17
**turning [2]** 2795/13 2825/17
**turns [2]** 2821/23 2834/3
**two [10]** 2773/11 2775/3 2781/20 2784/14 2791/16 2805/1 2809/15 2819/1 2833/18 2833/22
**two-thirds [1]** 2805/1

## U

**U.S [1]** 2770/20
**Ugoletti [3]** 2787/18 2806/14 2818/12
**Um [1]** 2812/23
**uncertain [2]** 2778/7 2795/6
**under [14]** 2771/10 2782/24 2785/4

2788/16 2789/22 2793/12 2794/3 2801/15 2804/16 2817/14 2819/25 2820/10 2826/25 2833/13
**undersecretary [1]** 2780/18
**understand [10]** 2772/5 2773/24 2778/4 2780/9 2784/18 2792/24 2824/25 2831/10 2831/13 2833/24
**understanding [2]** 2771/22 2794/6
**understood [1]** 2787/24
**underwater [2]** 2777/15 2781/9
**Unequivocal [2]** 2811/2 2811/2
**unfortunately [1]** 2789/8
**unique [1]** 2791/22
**UNITED [5]** 2769/1 2769/16 2814/1 2814/5 2814/23
**unless [3]** 2791/5 2802/24 2803/13
**unlimited [4]** 2785/3 2800/7 2800/12 2807/18
**unprecedented [1]** 2802/2
**unreasonable [13]** 2775/23 2776/20 2776/22 2800/17 2800/23 2801/9 2801/17 2804/14 2804/20 2805/25 2807/3 2807/10 2816/2
**unreasonably [3]** 2796/11 2796/19 2798/22
**unrebutted [2]** 2802/3 2802/4
**until [2]** 2804/6 2810/12
**unusual [1]** 2798/2
**up [31]** 2776/22 2778/17 2789/10 2792/2 2794/25 2795/11 2797/22

2807/20 2813/13 2813/22 2814/7 2815/23 2816/8 2820/6 2822/9 2823/3 2823/21 2825/8 2825/10 2825/12 2825/18 2825/18 2825/22 2826/7 2826/8 2827/3 2827/11 2827/15 2828/24 2830/8 2832/19
**update [1]** 2819/8
**upon [2]** 2772/4 2773/14
**ups [3]** 2778/6 2778/8 2795/14
**urgency [24]** 2776/6 2776/15 2781/14 2781/15 2782/4 2789/16 2800/15 2807/7 2807/12 2808/4 2808/10 2808/15 2809/18 2809/19 2810/10 2810/16 2810/19 2810/21 2811/6 2811/8 2815/25 2819/9 2822/25 2834/5
**urgent [1]** 2778/18
**us [5]** 2774/11 2778/16 2789/10 2816/7 2833/21
**use [2]** 2773/15 2773/21
**used [2]** 2797/24 2805/15

## V

**valuable [4]** 2803/5 2803/6 2803/7 2803/7
**value [4]** 2777/14 2781/8 2781/9 2795/2
**valve [3]** 2786/2 2819/21 2831/22
**Varma [1]** 2769/22
**verdict [4]** 2796/7 2801/21 2833/10 2833/11
**very [19]** 2775/23 2776/11 2777/18 2783/15 2783/24 2783/24 2791/21 2794/3 2794/4 2804/19 2806/6 2808/24 2814/23 2815/15

2824/24 2827/18 2832/8 2832/16 2832/16
**video [2]** 2783/15 2811/24
**videotaped [1]** 2808/17
**view [2]** 2789/5 2789/11
**Vincent [1]** 2769/19
**violated [2]** 2796/19 2798/22
**violating [1]** 2796/12
**Virginia [1]** 2833/13
**volume [1]** 2812/17
**vs [1]** 2769/5

## W

**wait [3]** 2809/2 2822/25 2832/9
**walk [6]** 2776/14 2777/17 2792/3 2811/18 2811/21 2811/23
**want [34]** 2772/25 2773/8 2774/5 2775/22 2778/4 2778/11 2783/13 2784/12 2789/1 2789/1 2789/2 2790/22 2791/2 2792/5 2793/1 2794/5 2796/16 2797/20 2802/8 2803/21 2803/22 2804/3 2805/17 2806/10 2815/22 2820/25 2822/16 2822/18 2824/25 2825/25 2830/23 2831/21 2833/23 2833/25
**wanted [10]** 2775/17 2781/7 2781/11 2792/19 2793/1 2806/23 2812/20 2817/12 2817/12 2817/14
**wants [2]** 2790/17 2791/7
**warn [1]** 2828/17
**warned [1]** 2813/1
**warning [4]** 2828/16 2828/18 2828/18 2828/19
**warrant [1]** 2803/24

**W**

**warrants [3]** 2799/2 2803/1 2803/3
**was [136]**
**Washington [5]** 2769/8 2769/20 2769/25 2770/5 2770/21
**wasn't [11]** 2776/23 2779/4 2791/20 2795/8 2799/2 2817/17 2819/3 2820/20 2822/5 2826/10 2831/24
**watch [1]** 2774/9
**water [1]** 2817/14
**way [19]** 2774/5 2774/6 2776/20 2781/5 2784/5 2785/18 2788/18 2792/12 2798/22 2804/17 2807/11 2808/21 2816/19 2816/19 2819/24 2821/12 2828/2 2830/14 2830/20
**ways [7]** 2776/17 2793/10 2800/22 2806/5 2807/8 2807/10 2819/11
**we [171]**
**We'd [1]** 2797/1
**we'll [1]** 2774/19
**we're [4]** 2774/15 2775/22 2785/14 2786/24
**we've [4]** 2772/4 2772/10 2815/22 2819/20
**weird [4]** 2788/24 2793/24 2818/20 2831/17
**well [19]** 2771/13 2781/24 2782/13 2783/10 2787/1 2790/14 2790/16 2797/8 2797/23 2797/23 2803/4 2805/16 2806/9 2812/1 2814/13 2816/4 2816/24 2820/21 2829/4
**went [10]** 2788/3 2789/4 2792/11 2795/2 2795/11 2801/18

2805/5 2805/9 2832/19 2834/8
**were [73]**
**weren't [2]** 2809/5 2831/23
**what [152]**
**what's [6]** 2784/10 2806/9 2814/13 2814/14 2819/2 2819/24
**what-if [1]** 2819/5
**whats [1]** 2790/16
**when [32]** 2772/10 2778/6 2778/7 2778/20 2780/2 2782/9 2784/14 2787/7 2794/24 2795/10 2797/17 2798/4 2798/13 2800/6 2800/10 2800/13 2807/18 2808/11 2813/22 2814/2 2814/3 2814/5 2818/3 2820/25 2821/6 2821/13 2824/4 2829/3 2831/13 2832/19 2833/25 2834/2
**where [8]** 2775/18 2778/11 2783/1 2786/14 2817/8 2817/9 2823/9 2826/15
**whether [14]** 2776/1 2784/1 2785/14 2795/7 2796/15 2797/14 2797/23 2801/13 2801/13 2801/22 2818/15 2821/20 2822/12 2822/13
**which [24]** 2771/7 2772/4 2773/1 2773/1 2773/20 2774/20 2774/22 2777/14 2785/21 2786/5 2788/17 2790/24 2798/7 2800/6 2801/22 2806/18 2816/5 2828/2 2831/14 2831/15 2832/2 2832/18 2832/24 2833/14
**whichever [1]** 2774/6
**while [3]** 2775/1 2806/12 2834/8
**who [6]** 2773/15 2787/18 2813/4 2817/18 2826/5

**Whoa [1]** 2817/19
**whole [10]** 2773/10 2773/22 2788/24 2789/1 2792/17 2792/25 2806/15 2814/14 2814/20 2830/3
**whom [1]** 2780/22
**whose [2]** 2781/8 2817/12
**why [20]** 2790/15 2791/25 2794/6 2797/19 2800/12 2800/15 2801/9 2802/6 2803/3 2805/13 2805/14 2807/12 2812/11 2822/23 2825/1 2831/18 2831/21 2832/2 2832/11 2832/18
**Wierzbowski [1]** 2770/6
**will [64]** 2771/22 2771/24 2771/25 2772/11 2772/13 2772/14 2772/16 2772/17 2773/15 2773/17 2773/20 2773/21 2774/20 2774/22 2774/24 2775/4 2775/7 2776/14 2777/16 2778/15 2778/24 2780/13 2781/12 2781/22 2782/11 2783/8 2784/20 2785/5 2785/21 2786/22 2788/20 2788/20 2792/2 2792/13 2793/11 2794/18 2794/21 2795/14 2795/24 2800/18 2801/10 2801/12 2801/20 2801/20 2807/23 2810/2 2813/18 2814/9 2820/5 2820/6 2822/7 2823/9 2823/10 2823/12 2823/13 2823/15 2828/14 2830/22 2833/16 2834/10 2834/10 2834/11 2834/13 2834/14

**willing [5]** 2781/15 2811/17 2811/21 2811/23 2812/1
**wind [8]** 2779/16 2788/7 2790/8 2791/5 2791/7 2806/23 2815/19 2828/3
**wind-down [2]** 2788/7 2828/3
**Winding [1]** 2791/19
**without [4]** 2805/25 2816/12 2816/15 2823/1
**witness [2]** 2783/2 2830/1
**won't [2]** 2777/17 2807/24
**wonderful [2]** 2786/22 2809/17
**wondering [1]** 2790/14
**word [7]** 2772/14 2785/10 2805/16 2805/16 2819/22 2821/23
**words [2]** 2806/19 2806/20
**work [3]** 2792/20 2817/20 2817/20
**worked [2]** 2826/6 2827/24
**working [1]** 2817/23
**works [3]** 2772/19 2797/16 2821/13
**worried [15]** 2779/2 2793/14 2793/21 2814/15 2814/16 2815/12 2820/11 2820/13 2820/13 2820/14 2820/16 2822/14 2822/15 2831/23 2831/25
**worry [2]** 2808/19 2822/16
**worse [3]** 2807/17 2822/11 2822/12
**worst [2]** 2810/12 2810/13
**worth [87]**
**would [44]** 2771/9 2771/20 2776/1 2776/7 2779/19 2779/23 2779/24 2781/10 2782/21 2786/18

## W

**would... [34]** 2789/6
2793/8 2793/9 2793/20
2794/3 2795/7 2795/8
2800/8 2800/14 2803/4
2804/16 2804/17
2807/25 2808/1 2808/2
2808/7 2808/25
2810/13 2810/23
2813/17 2818/6 2819/5
2819/13 2823/21
2823/23 2823/23
2826/16 2828/1 2830/2
2830/4 2830/25
2831/10 2831/12
2833/15
**wouldn't [3]** 2780/3
2810/12 2823/10
**wound [2]** 2788/20
2793/1
**wrap [1]** 2827/15
**write [11]** 2777/24
2778/1 2778/5 2778/6
2778/8 2778/8 2795/6
2795/14 2795/14
2817/16 2828/24
**write-downs [5]**
2777/24 2778/5 2778/8
2795/6 2795/14
**write-ups [3]** 2778/6
2778/8 2795/14
**writedown [1]** 2825/4
**writedowns [7]** 2824/2
2824/3 2824/16
2824/17 2824/20
2834/1 2834/2
**writeup [2]** 2825/4
2829/7
**writeups [5]** 2824/2
2824/5 2824/17
2824/20 2834/2
**writing [4]** 2816/16
2825/21 2826/7 2826/8
**written [11]** 2777/10
2778/13 2780/16
2784/7 2784/18
2801/20 2818/17
2825/8 2827/3 2833/1
2833/10
**wrong [1]** 2817/18
**wrote [3]** 2817/21
2829/3 2830/8

## X

**xxx [1]** 2799/1

## Y

**Yeah [2]** 2812/21
2816/8
**year [15]** 2776/8
2781/14 2793/24
2797/13 2808/6
2814/19 2814/24
2814/24 2819/4
2821/14 2828/1 2828/3
2828/6 2829/18
2829/22
**years [11]** 2775/21
2781/23 2782/12
2783/9 2785/3 2793/25
2800/8 2808/13 2822/9
2827/6 2827/10
**yes [4]** 2776/6 2796/15
2817/4 2818/13
**yesterday [1]** 2771/15
**yet [3]** 2822/4 2826/16
2834/12
**yield [5]** 2813/20
2813/21 2813/23
2813/25 2814/7
**York [3]** 2770/4 2770/8
2770/8
**you [236]**
**You'll [1]** 2812/21
**you're [3]** 2773/18
2774/9 2801/16
**you've [14]** 2771/24
2773/3 2775/7 2781/21
2785/2 2792/14 2793/6
2799/8 2808/6 2809/7
2810/16 2818/22
2830/24 2832/17
**your [34]** 2771/6
2771/14 2772/18
2773/1 2773/3 2773/14
2773/15 2773/21
2773/22 2773/22
2775/4 2778/11
2778/12 2780/21
2783/16 2784/8 2784/9
2787/14 2791/14
2797/22 2813/23
2816/6 2818/21 2820/7
2825/1 2826/24 2827/7
2828/4 2832/13
2832/14 2832/14
2833/12 2833/16

## Z

**Your Honor [2]** 2771/6
2771/14

**Zagar [1]** 2789/18
**zero [3]** 2778/19
2812/15 2828/1