```
                           UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLUMBIA


   * * * * * * * * * * * * * * *   )
   FAIRHOLME FUNDS, INC., et al.,  )   Civil Action
                                   )   No. 13-1053
              Plaintiffs,          )
                                   )
     vs.                           )
                                   )
   FEDERAL HOUSING FINANCE AGENCY, )   Washington, D.C.
   et al.,                         )   August 14, 2023
                                   )   1:26 p.m.
              Defendants.          )
                                   )
   * * * * * * * * * * * * * * *   )

   IN RE:  FANNIE MAE/FREDDIE MAC  )
   SENIOR PREFERRED STOCK PURCHASE )   MC Case No. 13-1288
   AGREEMENT CLASS ACTION LITIGATION )


                          TRANSCRIPT OF JURY TRIAL
                                   DAY 15
                    BEFORE THE HONORABLE ROYCE C. LAMBERTH,
                      UNITED STATES SENIOR DISTRICT JUDGE



   APPEARANCES:

   FOR THE BERKLEY            VINCENT COLATRIANO, ESQ.
   PLAINTIFFS:                COOPER & KIRK, PLLC
                              1523 New Hampshire Avenue, Northwest
                              Washington, D.C. 20036

   FOR THE CLASS              HAMISH P.M. HUME, ESQ.
   PLAINTIFFS:                KENYA KHALELAH DAVIS, ESQ.
                              SAMUEL KAPLAN, ESQ.
                              JESSICA MUGLER, ESQ.
                              BOIES, SCHILLER & FLEXNER, LLP
                              1401 New York Avenue, Northwest
                              Washington, D.C. 20005

                              LEE D. RUDY, ESQ.
                              GRANT GOODHART, ESQ.
                              KESSLER, TOPAZ, MELTZER & CHECK, LLP
                              280 King of Prussia Road
                              Radnor, Pennsylvania 19087
```

```
 1    APPEARANCES, CONT'D:

 2    FOR THE CLASS              ROBERT F. KRAVETZ, ESQ.
      PLAINTIFFS:                ADAM H. WIERZBOWSKI, ESQ.
 3                               CAITLIN BOZMAN, ESQ.
                                 BERNSTEIN, LITOWITZ, BERGER &
 4                                 GROSSMAN, LLP
                                 1251 Avenue of the Americas
 5                               New York, New York 10020

 6    FOR THE DEFENDANTS         ASIM VARMA, ESQ.
      FHFA, FANNIE MAE &         IAN HOFFMAN, ESQ.
 7    FREDDIE MAC:               DAVID BERGMAN, ESQ.
                                 JONATHAN LOUIS STERN, ESQ.
 8                               STANTON JONES, ESQ.
                                 ARNOLD & PORTER KAYE SCHOLER
 9                               601 Massachusetts Avenue, Northwest
                                 Washington, D.C. 20001
10
      REPORTED BY:               LISA EDWARDS, RDR, CRR
11                               Official Court Reporter
                                 United States District Court for the
12                                 District of Columbia
                                 333 Constitution Avenue, Northwest
13                               Room 6706
                                 Washington, D.C. 20001
14                               (202) 354-3269

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

The Verdict of the Jury                                              Page 3063

Case 1:13-mc-01288-RCL   Document 394   Filed 08/14/23   Page 3 of 10

```
 1              THE COURTROOM DEPUTY:  This is Civil Action
 2   13-1053, with related Miscellaneous Case 13-1288, In Re:
 3   Fannie Mae/Freddie Mac Senior Preferred Stock Purchase
 4   Agreement Class Action Litigations.
 5              Do you want me to get the jurors?
 6              THE COURT:  I understand we have a verdict.
 7              THE COURTROOM DEPUTY:  Yes.
 8              THE COURT:  Yes.
 9              THE COURTROOM DEPUTY:  Jury panel.
10              (Whereupon, the jury entered the courtroom at 1:29
11   p.m. and the following proceedings were had:)
12              THE COURT:  You may be seated.
13              Good afternoon, ladies and gentlemen.
14              THE JURY:  Good afternoon.
15              THE COURT:  I understand you have a verdict.
16              Would the foreperson hand the verdict form to the
17   clerk.
18              THE JURY FOREPERSON:  (Tenders document to the
19   courtroom deputy.)
20              THE COURTROOM DEPUTY:  (Tenders document to the
21   Court.)
22              THE COURT:  Please publish the verdict.
23              THE COURTROOM DEPUTY:  In Civil Action 13-1053,
24   with related Miscellaneous Case 13-1288, as to Question
25   No. 1, did the Plaintiffs prove by a preponderance of the
```

```
 1    evidence that FHFA, in its role as the conservator of Fannie
 2    Mae and Freddie Mac, acted arbitrarily or unreasonably in
 3    entering into the net worth sweep, thereby violating the
 4    reasonable expectations of holders of Fannie Mae junior
 5    preferred stock, Freddie Mac junior preferred stock and/or
 6    Freddie Mac common stock?
 7              And to Fannie Mae junior preferred stock:  Yes.
 8              As to Freddie Mac junior preferred stock:  Yes.
 9              As to Freddie Mac common stock:  Yes.
10              As to Question No. 2:  Did the Plaintiffs prove by
11    a preponderance of the evidence that the Fannie Mae junior
12    preferred shareholders, the Freddie Mac junior preferred
13    shareholders and/or the Freddie Mac common shareholders
14    sustained harm as a result of the net worth sweep?
15              As to Fannie Mae junior preferred shareholders:
16    Yes.
17              As to Freddie Mac junior preferred shareholders:
18    Yes.
19              And as to Freddie Mac common shareholders:  Yes.
20              As to Question No. 3:  Enter the amount of damages
21    (monetary compensation), if any, that you find each group of
22    Plaintiffs listed below has proven to a reasonable
23    certainty.  Please answer in dollars and cents or state
24    "none."
25              As to Fannie Mae junior preferred shareholders:
```

```
 1     $299.4 million.
 2              As to Freddie Mac junior preferred shareholders:
 3     $281.8 million.
 4              And as to Freddie Mac common shareholders:  $31.2
 5     million.
 6              As to Question No. 4.  Do you award prejudgment
 7     interest on any damages you awarded Freddie Mac common and
 8     junior preferred shareholders?
 9              The answer:  No.
10              That is the verdict of the jurors.
11              THE COURT:  The clerk read that -- the form itself
12     says "M," but she read it as "million" in the damages.
13              Is that the verdict of each of you as read?
14              THE JURY:  (Nods head in the affirmative.)
15              THE COURT:  So that's the verdict as read.
16              Is there a request for the polling of the jury?
17              MR. STERN:  Yes, please.
18              THE COURT:  Would the clerk poll the jury.
19              THE COURTROOM DEPUTY:  Members of the jury, as
20     your number is called, please indicate if your individual
21     verdict is the same as that just announced.  If it is,
22     please answer "yes."  If it is not, please answer "no."
23              Juror No. 1?
24              JUROR NO. 1:  Yes.
25              THE COURTROOM DEPUTY:  Juror No. 2?
```

```
1                     JUROR NO. 2:  Yes.
2                     THE COURTROOM DEPUTY:  Juror No. 3?
3                     JUROR NO. 3:  Yes.
4                     THE COURTROOM DEPUTY:  Juror No. 4?
5                     JUROR NO. 4:  Yes.
6                     THE COURTROOM DEPUTY:  Juror No. 5?
7                     JUROR NO. 5:  Yes.
8                     THE COURTROOM DEPUTY:  No. 6?
9                     JUROR NO. 6:  Yes.
10                    THE COURTROOM DEPUTY:  Juror No. 7?
11                    JUROR NO. 7:  Yes.
12                    THE COURTROOM DEPUTY:  Juror No. 8?
13                    JUROR NO. 8:  Yes.
14                    THE COURTROOM DEPUTY:  The jury has been polled,
15      your Honor.  The verdict is unanimous.
16                    THE COURT:  Ladies and gentlemen of the jury, on
17      behalf of the Court and the community, I want to thank you
18      very much for your service in this case.  As I told you at
19      the outset, we could not fairly and impartially administer
20      justice without good citizens like you being willing to do
21      your duty as good citizens and perform this service.
22                    If you'll wait just a moment in the jury room, I'd
23      like to thank each of you individually for your service
24      before you leave today.
25                    I know we extended beyond what I estimated
```

1  originally to you, but I thank you very much for your duty
2  and service in this case.  On behalf of the Court and the
3  community, I commend you for your service.
4              The jurors will be excused.
5              (Whereupon, the jury exited the courtroom at 1:34
6  p.m. and the following proceedings were had:)
7              THE COURT:  I will say to the attorneys, although
8  I gave permission to talk to jurors after the last trial
9  when they did not reach a verdict, I routinely do not give
10 permission to talk to jurors that reach a verdict.
11             You can of course apply post-proceedings if you
12 seek permission, and I'll consider what reasons you have.
13 But I normally do not.  And I don't know how many years it's
14 been since I've found good cause.  But if you want to try
15 that, you can try it post-verdict.
16             MR. STERN:  I'm not going to try, your Honor.  I
17 rose to address another point, if I may.
18             THE COURT:  Okay.
19             MR. STERN:  Your Honor, we would ask that the
20 Court defer entering judgment in order to give us an
21 opportunity to file a motion that we intend to file tomorrow
22 morning with respect to prejudgment interest for the Fannie
23 Mae junior preferred stock, which as the Court knows is not
24 an issue that was submitted to the jury.
25             THE COURT:  Right.

1            MR. STERN:  So if we could move the Court or
2    request that the Court not enter judgment pending decision
3    on that motion, that's our application.
4            THE COURT:  That's fine.
5            Anything else?
6            Thank you very much, counsel.
7            I'll take a short recess to thank the jurors
8    before I call the criminal case.
9            MR. HUME:  Thank you, your Honor.
10            (Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 14th day of August, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269