UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-cv-1053-RCL<br><br><br><br><br><br><br><br>Case No. 1:13-mc-1288-RCL |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**.

Dated: _____     _____
ROYCE C. LAMBERTH
United States District Judge