UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>  Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE

This matter comes before the Court on Consent Motion By Defendants to Extend the Briefing Schedule on Motions Regarding Prejudgment Interest, it is hereby **ORDERED** that the briefing schedule for the parties' motions regarding prejudgment interest is amended as follows:

1. Defendants may file a combined reply in support of Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs, and opposition to Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest, on or before **September 6, 2023**;

2. Plaintiffs may file a reply in support of Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest on or before **September 18, 2023**.

Dated: __8/31/23__                                   _____
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge