# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, Co., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

### DECLARATION OF MUKARRAM ATTARI, PH.D.

I, Mukarram Attari, Ph.D., hereby declare:

1. I am over 18 years of age and legally competent to make this declaration, which is true and correct and based on my personal knowledge.

2. I have been retained by Defendants as an expert in the above-captioned litigation.

3. I was asked to compute prejudgment interest, in the event the Court were to grant such an award, on the $299.4 million jury award for the Fannie Mae Junior Preferred Shareholders.

1

4. I was asked to compute "simple" (i.e., non-compound) interest accruing daily for the period beginning August 17, 2012 through August 23, 2023, at a fixed annual rate of 5% plus the prevailing Effective Federal Funds Rate as of August 17, 2012. For this computation of interest, my calculations resulted in the amount of $169.3 million.

5. I was also asked to compute interest accruing daily and compounded quarterly for the period beginning August 17, 2012 through August 23, 2023, at a fixed annual rate of 5% plus the prevailing Effective Federal Funds Rate as of August 17, 2012. For this computation of interest, my calculations resulted in the amount of $225.8 million.

6. The prevailing Effective Federal Funds Rate as of August 17, 2012 was 13 basis points.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September, 2023

_____
Mukarram Attari, Ph.D.