UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,<br><br>*Defendants.* | Case No. 1:13-cv-1053-RCL |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Case No. 1:13-mc-1288-RCL |
| This Order relates to:<br>ALL CASES | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs is **GRANTED** in part and **DENIED** in part.

It is further **ORDERED** that Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest is **GRANTED** in part and **DENIED** in part.

It is further **ORDERED** that the prejudgment interest in the judgment against the Defendants shall be determined as simple interest on the damage award of $299.4 million, accruing from the date August 17, 2012 until the date on which judgment is entered, at a fixed rate of 5% over the Federal Reserve discount rate as of August 17, 2012.

1

It is further **ORDERED** that within 14 days, the parties shall submit a joint statement setting forth their calculation of prejudgment interest using the criteria set forth in this Order, along with a proposed order of final judgment.

**IT IS SO ORDERED.**

Date: 10/24/23

Royce C. Lamberth
United States District Judge