**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BERKLEY INSURANCE, CO., *et al.*,

*Plaintiffs*,

v.

FEDERAL HOUSING FINANCE AGENCY, *et al.*,

*Defendants*.

Case No. 1:13-cv-1053 (RCL)

In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

This document relates to:
ALL CASES

Case No. 1:13-mc-1288 (RCL)

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATEMENT SETTING FORTH CALCULATION OF PREJUDGMENT INTEREST AND PROPOSED ORDER OF FINAL JUDGMENT**

Plaintiffs and Defendants ("the Parties") jointly request that the Court extend by one week, to November 14, 2023, the deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest using the criteria set forth in the Court's October 24, 2023 Order (No. 1:13-cv-01053, ECF No. 413; No. 1:13-mc-01288, ECF No. 402) and a proposed order of final judgment.

In support of this Motion, the Parties state:

1. In its October 24, 2023 Order, the Court directed the Parties to submit within 14 days—that is, by Tuesday, November 7, 2023—a joint statement setting forth the Parties' calculation of prejudgment interest and a proposed order of final judgment.

2. The Parties request a one-week extension of this deadline. Under this requested extension, the Parties would submit a joint statement setting forth the Parties' calculation of prejudgment interest and a proposed order of final judgment by Tuesday, November 14, 2023.

3. The Parties respectfully submit that good cause exists for the requested extension. The Parties are continuing to meet and confer regarding these issues, and the requested extension would enable the Parties to continue those discussions in a manner that may eliminate or reduce the need for further motions practice regarding the form and contents of the order of final judgment or the prejudgment interest calculation.

WHEREFORE, the Parties respectfully request that the Court extend by one week, to November 14, 2023, the deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest and a proposed order of final judgment. A proposed order is being submitted along with this motion.

[Signatures on following pages]

Dated: November 1, 2023

Respectfully submitted,

*/s/ Asim Varma*
Asim Varma (D.C. Bar #426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar #435392)
Ian S. Hoffman (D.C. Bar #983419)
R. Stanton Jones (D.C. Bar #987088)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency*

*/s/ Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

*/s/ Meaghan VerGow*
Meaghan VerGow (D.C. Bar #977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
skaplan@bsfllp.com
hhume@bsfllp.com

Eric L. Zagar (*pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Michael J. Barry (*pro hac vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison St.
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

*/s/ Charles J. Cooper*

Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
John D. Ramer (Bar No. 90002236)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*