# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*.<br><br>─────────────────<br><br>In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-cv-1053 (RCL)<br><br><br><br><br><br>Case No. 1:13-mc-1288 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time to Submit Joint Statement Setting Forth Calculation of Prejudgment Interest and Proposed Order of Final Judgment, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest and a proposed order of final judgment is extended by one week, to November 14, 2023.

Dated: _____                    _____
                                                                                         ROYCE C. LAMBERTH
                                                                                         United States District Judge