## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BERKLEY INSURANCE, CO., *et al.*,

      *Plaintiffs*,

    v.

FEDERAL HOUSING FINANCE
AGENCY, *et al.*,

      *Defendants.*

Case No. 1:13-cv-1053 (RCL)

In re Fannie Mae/Freddie Mac Senior
Preferred Stock Purchase Agreement Class
Action Litigations

Case No. 1:13-mc-1288 (RCL)

This document relates to:
ALL CASES

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time to Submit Joint

Statement Setting Forth Calculation of Prejudgment Interest and Proposed Order of Final

Judgment, it is hereby:

**ORDERED** that the Motion is **GRANTED**.  The deadline for the Parties to submit a

joint statement setting forth their calculation of prejudgment interest and a proposed order of

final judgment is extended by one week, to November 14, 2023.

Dated:  _11/3/23_

ROYCE C. LAMBERTH
United States District Judge