## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> *Defendants*. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br> _____ <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288 (RCL) |

### **PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time to Submit Joint Statement Setting Forth Calculation of Prejudgment Interest and Proposed Order of Final Judgment, it is hereby:

**ORDERED** that the Motion is **GRANTED.** The deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest and a proposed order of final judgment is extended by three days, to November 17, 2023.

Dated: _____

_____
HON. ROYCE C. LAMBERTH
United States District Judge