# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## ~~PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time to Submit Joint Statement Setting Forth Calculation of Prejudgment Interest and Proposed Order of Final Judgment, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest and a proposed order of final judgment is extended by three days, to November 17, 2023.

Dated: 11/15/23

_____
HON. ROYCE C. LAMBERTH
United States District Judge