# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Apollo Group Inc. Securities Litigation, | Master File No. CV 04-2147-PHX-JAT |
| | CV 04-2204-PHX-JAT (Consolidated) |
| | CV 04-2334-PHX-JAT (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: All Actions | **JUDGMENT** |

This action came before the Court for a trial by jury. The issues having been tried and the jury having rendered its verdict on January 16, 2008,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Lead Plaintiff/Class Representative Policemen's Annuity and Benefit Fund of Chicago, on behalf of itself and the following Class:

> All persons and entities who, during the period February 27, 2004 through and including September 14, 2004 ("the Class Period"), purchased the securities of the Apollo Group, Inc. on the open market, excluding the defendants herein and individuals who were, at any time during the period of February 27, 2004 through and including September 14, 2004, directors or officers of the Apollo Group, Inc. and further excluding members of the immediate family of said defendants, directors and officers, any entity in which any defendant or aforementioned director and officer has a controlling interest, and the legal

|   |   |
|---|---|
| 1 | affiliates, representatives, heirs, controlling persons, successors, and |
| 2 | predecessors in interest or assigns of any such excluded party; |

**IT IS FURTHER ORDERED AND ADJUDGED** that said judgment shall be in an amount up to $5.55 per share, subject to the limitations of 15 U.S.C. § 78u-4(e) (the 90-day period therein commencing on September 21, 2004), for each share of Apollo stock purchased during the Class Period and held through September 21, 2004, plus prejudgment interest from the date of each such purchase at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of such purchase, compounded annually, until paid in full;

**IT IS FURTHER ORDERED AND ADJUDGED** that taxable costs in this action shall be awarded to Lead Plaintiff/Class Representative and its counsel in accordance with Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54.1;

**IT IS FURTHER ORDERED AND ADJUDGED** that post-judgment interest shall accrue on the principal, prejudgment interest, and costs awarded in this judgment from the date of entry of this judgment until paid in full, at the rate established under 28 U.S.C. §1961, compounded annually;

**IT IS FURTHER ORDERED AND ADJUDGED** that said judgment is hereby entered jointly and severally against Defendants Apollo Group, Inc., Todd S. Nelson, and Kenda B. Gonzales;

**IT IS FURTHER ORDERED AND ADJUDGED** that, for purposes of developing an appropriate claims procedure and plan of allocation, this Court shall retain jurisdiction over the claims procedure as well as the nature and amount of the distribution to be made to those members of the Class who file valid claims;

**IT IS FINALLY ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over any award to Lead Plaintiff/Class Representative and its counsel of attorneys' fees and nontaxable costs in this action. In accordance with Federal Rule of Civil

1   Procedure 54(d)(2), the time for Lead Plaintiff/Class Representative and its counsel to make
2   a motion for such relief shall be extended until such time as the Court shall hereafter direct.
3       DATED this 6th day of April, 2011.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge

- 3 -