# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
OCT 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MI

|  |  |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br> Defendant. ) | CASE NO. 91-0986-CIV-GOLD <br><br> UNITED STATES MAGISTRATE <br> JUDGE ANDREA M. SIMONTON |

## FINAL JUDGMENT ON JURY VERDICT FOR NAMED PLAINTIFFS

This action came on for trial before the Court and a jury, Honorable Alan S. Gold, presiding. The issues have been duly tried and the jury has duly rendered its verdict. For the reasons stated in the Court's August 7, 2001 Order on Procedure Determination and Entry of Final Judgment, the Court finds that there is no just reason for delay in entering a final judgment on behalf of the named plaintiffs in this action.

Accordingly, pursuant to Rule 54(b), Fed. R. Civ. P., it is Ordered and Adjudged, and the Court directs entry of a Final Judgment, that the named Plaintiffs, Robert Lewis Inc., G.G.S.K. Inc., G.G.S.K. 1 Inc., John Pinder, Lee-Langley Corp., Martin I. Cook, David Wise, Willston Center Autocare, Inc., Rylyns Enterprises Inc. and Allapattah Services, Inc. shall recover of the Defendant, Exxon Corporation compensatory damages and prejudgment interest in the following amounts:



H:\LIBRARY\CASES\EXXON.646\PLEADING\judgment order.doc

| Plaintiff | Compensatory Damages | Prejudgment Interest | Total Damages |
|---|---|---|---|
| 1. Robert Lewis, Inc. | $70,678.00 | $87,969.00 | $158,647.00 |
| 2. G.G.S.K. Inc. | $42,007.00 | $58,287.00 | $100,294.00 |
| 3. G.G.S.K. 1 Inc. | $90,610.00 | $105,678.00 | $196,288.00 |
| 4. John Pinder | $103,594.00 | $159,015.00 | $262,609.00 |
| 5. Lee-Langley Corp. | $186,573.00 | $192,218.00 | $378,791.00 |
| 6. Martin I. Cook | $207,522.00 | $238,107.00 | $445,629.00 |
| 7. David Wise | $116,178.00 | $134,192.00 | $250,370.00 |
| 8. Willston Center Autocare, Inc. | $96,556.00 | $97,567.00 | $194,123.00 |
| 9. Rylyns Enterprises Inc. | $257,194.00 | $155,793.00 | $412,988.00 |
| 10. Allapattah Services, Inc. | $43,057.00 | $52,335.00 | $95,392.00 |

The Court reserves jurisdiction to award and allocate taxable costs, reimbursable expenses, attorney's fees and class representative incentive awards, to administer the determination of damages of class members, and for such further relief as is just and proper with respect to their named Plaintiffs and the Class as a whole.

Dated this 10th day of October, 2001.

Clarence Maddox
CLERK OF COURT
by: Jacob M. Hasbun, Deputy Clerk

cc: Eugene E. Stearns, Esq.
Larry S. Stewart, Esq.

-2-

H:\LIBRARY\CASES\EXXON.646\PLEADING\judgment order.doc