## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE / FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action 1:13-mc-01288-RCL <br><br> CLASS ACTION |
| THIS DOCUMENT ALSO RELATES TO: <br><br> *ALL CASES* | **NOTICE OF WITHDRAWAL OF <u>ATTORNEY DAVID L. WALES</u>** |

TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that David L. Wales is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP, and it is respectfully requested that he be withdrawn pursuant to LCvR 83.6 as counsel for Plaintiff Timothy J. Cassell in the above-captioned actions. Bernstein Litowitz Berger & Grossmann LLP, through the additional counsel of record listed below, will continue to serve as counsel for Plaintiff Timothy J. Cassell and the Class, and all future correspondence and papers in this action should continue to be directed to them.

Dated: December 6, 2023                                  Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *Adam H. Wierzbowski*
Adam H. Wierzbowski (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, N.Y. 10020
Tel: (212) 554-1400
Fax: (212) 554-1444 (fax)
adam@blbglaw.com

*Attorneys for Plaintiff Timothy J. Cassell and Co-Lead Class Counsel*