# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>            *Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>            *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## JOINT SUBMISSION REGARDING PLAINTIFFS' PROPOSED PLAN OF ALLOCATION AND A SCHEDULE FOR BRIEFING ANY DISPUTES

In accordance with this Court's Minute Order dated December 5, 2023 (ECF 409), the Parties respectfully submit this joint statement regarding Plaintiffs' Proposed Plan of Allocation and a proposed schedule for briefing disputes.

On December 19, 2023, after meeting and conferring regarding these matters by email correspondence and by videoconference on December 18, 2023, Plaintiffs sent Defendants their Proposed Order Governing Plan of Allocation and a Proposed Final Judgment approving that plan. The Proposed Plan of Allocation outlines the methodology that Plaintiffs will seek to apply to determine damages to specific Classes of shareholders, including the formulas that the Distribution Administrator will apply to each series of preferred and common shares (taking into consideration Opt-outs). The Proposed Plan of Allocation also sets forth a process by which the Distribution

1

Administrator will disburse payments to specific Class members, and it includes provisions regarding Plaintiffs' proposal as to any undistributed funds.

Defendants are still evaluating and analyzing Plaintiffs' Proposed Plan of Allocation, but as of now both Parties recognize that there are some areas of agreement and some areas of dispute that will need to be briefed before entry of a final judgment. Accordingly, the Parties request that the Court set the following schedule:

- On or before **January 10, 2024**, the Parties will continue to meet and confer and identify any areas of dispute regarding Plaintiffs' Proposed Plan of Allocation and their Proposed Final Judgment.
- On or before **January 17, 2024**, Plaintiffs shall file their motion for approval of their Proposed Plan of Allocation and for entry of their Proposed Final Judgment.
- Defendants shall file any opposition to the motion by **January 31, 2024**.
- Plaintiffs shall file any reply in support of the motion by **February 7, 2024**.

[Signatures on following pages]

Dated: December 21, 2023

Respectfully submitted,

/s/ Asim Varma
Asim Varma (D.C. Bar #426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar #435392)
Ian S. Hoffman (D.C. Bar #983419)
R. Stanton Jones (D.C. Bar #987088)
**ARNOLD & PORTER KAYE**
  **SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar #977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

/s/ Eric L. Zagar
Eric L. Zagar (*Pro Hac Vice*)
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Michael J. Barry (*Pro Hac Vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*