# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |
| This document relates to:<br>ALL CASES | |

## ~~PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Submission Regarding Plaintiffs' Proposed Plan of Allocation and a Schedule for Briefing Any Disputes, the Court hereby **ORDERS** the following:

1. On or before **January 10, 2024**, the Parties will continue to meet and confer and identify any areas of dispute regarding Plaintiffs' Proposed Plan of Allocation and their Proposed Final Judgment.

2. On or before **January 17, 2024**, Plaintiffs shall file their motion for approval of their Proposed Plan of Allocation and for entry of their Proposed Final Judgment.

3. Defendants shall file any opposition to the motion by **January 31, 2024**.

4. Plaintiffs shall file any reply in support of the motion by **February 7, 2024**.

Dated: 12/22/23

*/s/ Royce C. Lamberth*
HON. ROYCE C. LAMBERTH