UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |
| This document relates to:<br>ALL CASES | |

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion for Extension to Briefing Schedule, the Court hereby **ORDERS** the following:

1. On or before **January 22, 2024**, Plaintiffs shall file their motion for approval of their Proposed Plan of Allocation and for entry of their Proposed Final Judgment.

2. Defendants shall file any opposition to the motion by **February 5, 2024**.

3. Plaintiffs shall file any reply in support of the motion by **February 12, 2024**.

Dated: 1/18/24

                               HON. ROYCE C. LAMBERTH