**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br> _____ <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please enter the withdrawal of John C. Kairis as counsel for Lead Plaintiffs/Class Representatives Joseph Cacciapalle, Michelle M. Miller, Timothy J. Cassell, and Barry P. Borodkin. Please continue the appearance of Michael J. Barry and Rebecca Musarra of the law office of **GRANT & EISENHOFER, P.A.**, as counsel for Lead Plaintiffs/Class Representatives Joseph Cacciapalle, Michelle M. Miller, Timothy J. Cassell, and Barry P. Borodkin.

Dated:  February 2, 2024

Respectfully submitted,

**GRANT & EISENHOFER, P.A.**

*/s/  Michael J. Barry*_____
Michael J. Barry (*Pro Hac Vice*)
Rebecca Musarra (*Pro Hac Vice*)

123 Justison Street, Seventh Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com
rmusarra@gelaw.com
*Counsel for Lead Plaintiffs/Class Representatives Joseph Cacciapalle, Michelle M. Miller, Timothy J. Cassell, and Barry P. Borodkin.*